**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re CARVANA CO. SECURITIES LITIGATION | CASE No. 2:22-cv-04870-ES-JSA |
| This Document Relates To: | Hon. Esther Salas |
| ALL ACTIONS. | CLASS ACTION |

**[PR~~OPOSED~~] ORDER TRANSFERRING ACTION**
**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

THIS MATTER having come before the Court on the parties' Joint Stipulation to Transfer the Action to the U.S. District Court for the District of Arizona. The Court, having reviewed the Joint Stipulation,

**IT IS** on this 15th day of November, 2022, **ORDERED** as follows:

1.    The above-captioned action is TRANSFERRED to the U.S. District Court for the District of Arizona pursuant to 28 U.S.C. § 1404(a), for further proceedings.

2.    The parties shall bear their own respective costs and fees, including attorneys' fees, relating to the transfer.

3.    The deadline to submit a Stipulation and Proposed Schedule pursuant to this Court's November 3, 2022 Order (Dkt. 21) is adjourned. ~~Within fourteen (14) days of this action being transferred to the U.S. District Court of Arizona, the Parties shall meet and confer regarding scheduling and shall submit a Stipulation~~

1

~~and Proposed Schedule in the transferee court, which shall contain the Parties'~~

~~proposed schedule for filing an amended or consolidated complaint and briefing for~~

~~a motion to dismiss.~~

4.     The Clerk of this Court is ORDERED to transmit to the clerk of the U.S. District Court for the District of Arizona a copy of this order and all pleadings and papers on file in the Clerk's office relating to this action, and to take any other steps needed to effectuate this transfer.

**IT IS SO ORDERED.**

Hon. Jessica S. Allen
U.S. Magistrate Judge