FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: +1.602.916.5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia, III Mark Jenkins, Ryan Keeton, Benjamin Huston, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation. | Case No. 2:22-cv-02126-PHX-MTL |
| | **DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF CARVANA DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' CONSOLIDATED COMPLAINT** |
| | **(Oral Argument Requested)** |

I, Matthew J. Peters, declare as follows:

1. I am counsel with the law firm of Latham & Watkins LLP, counsel of record for Defendants Carvana Co. ("Carvana"), Ernest Garcia III ("Garcia Junior"), Mark Jenkins, Ryan Keeton, Benjamin Huston, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (the "Carvana Defendants") in the above-captioned litigation.

2. I am a member in good standing of the bars of the State of Maryland and the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended March 31, 2020, which was filed with the Securities and Exchange Commission ("SEC") on May 6, 2020. This document is referenced in the Consolidated Complaint ("CC") at ¶¶ 202–04 and contains Statements 21, 35, and 57 in Appendix A.

4. Attached hereto as Exhibit 2 is a true and correct copy of Carvana's Q1 2020 Earnings Call Transcript, dated May 6, 2020, which is publicly available through S&P Global Market Intelligence. This document is referenced in the CC at ¶ 200 and contains Statement 1 in Appendix A.

5. Attached hereto as Exhibit 3 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended June 30, 2020, which was filed with the SEC on August 5, 2020. This document is referenced in the CC at ¶¶ 209–10, and contains Statement 37 in Appendix A.

6. Attached hereto as Exhibit 4 is a true and correct copy of Carvana's Q2 2020 Earnings Call Transcript, dated August 5, 2020, which is publicly available through S&P Global Market Intelligence. This document is referenced in the CC at ¶ 206, and contains Statements 3, 19, and 22 in Appendix A.

7. Attached hereto as Exhibit 5 is a true and correct copy of Carvana's Form

10-Q for the quarterly period ended September 30, 2020, which was filed with the SEC on October 29, 2020.  This document is referenced in the CC at ¶ 215.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Carvana's Letter to Shareholders for Q3 2020, dated October 29, 2020, which is publicly available on Carvana's website.  This document is referenced in the CC at ¶¶ 211–12, and contains Statements 38–39 in Appendix A.

9.      Attached hereto as Exhibit 7 is a true and correct copy of Garcia Junior's publicly available Schedule 13G/A, which was filed with the SEC on February 12, 2021.

10.      Attached hereto as Exhibit 8 is a true and correct copy of Carvana's Form 10-K for the fiscal year ended December 31, 2020, which was filed with the SEC on February 25, 2021.  This document is referenced in the CC at, for example, ¶¶ 223–28 and contains Statements 26, 43–45, 58, and 67–70 in Appendix A.

11.      Attached hereto as Exhibit 9 is a true and correct copy of Carvana's Q4 2020 Earnings Call Transcript, dated February 25, 2021, which is publicly available through S&P Global Market Intelligence.  This document is referenced in the CC at ¶¶ 220–22 and contains Statements 7, 25, and 42 in Appendix A.

12.      Attached hereto as Exhibit 10 is a true and correct copy of Carvana's Letter to Shareholders for Q4 2020, dated February 25, 2021, which is publicly available on Carvana's website.  This document is referenced in the CC at ¶¶ 217–19, and contains Statements 6, 24, and 40–41 in Appendix A.

13.      Attached hereto as Exhibit 11 is a true and correct copy of Carvana Form 10-Q for the quarterly period ended March 31, 2021, which was filed with the SEC on May 6, 2021.  This document is referenced in the CC at ¶¶ 240.

14.      Attached hereto as Exhibit 12 is a true and correct copy of Carvana's Q1 2021 Earnings Call Transcript, dated May 6, 2021, which is publicly available through S&P Global Market Intelligence. This document is referenced in the CC at ¶¶ 238–39 and contains Statements 8, 27–28 and 48 in Appendix A.

15.      Attached hereto as Exhibit 13 is a true and correct copy of Carvana's Letter

to Shareholders for Q1 2021, dated May 6, 2021, which is publicly available on Carvana's website.  This document is referenced in the CC at ¶¶ 236–37, and contains Statement 47 in Appendix A.

16.    Attached hereto as Exhibit 14 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended June 30, 2021, which was filed with the SEC on August 5, 2021.  This document is referenced in the CC at ¶¶ 246–47 and contains Statement 59 in Appendix A.

17.    Attached hereto as Exhibit 15 is a true and correct copy of Carvana's Q2 2021 Earnings Call Transcript, dated August 5, 2021, which is publicly available through S&P Global Market Intelligence.  This document is referenced in the CC at ¶¶ 243–45 and contains Statements 9 and 29–30 in Appendix A.

18.    Attached hereto as Exhibit 16 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended September 30, 2021, which was filed with the SEC on November 4, 2021.  This document is referenced in the CC at ¶¶ 155 n.43 and 252.

19.    Attached hereto as Exhibit 17 is a true and correct copy of Carvana's Q3 2021 Earnings Call Transcript, dated November 4, 2021, which is publicly available through S&P Global Market Intelligence.  This document is referenced in the CC at ¶¶ 250–51 and contains Statements 10 and 32 in Appendix A.

20.    Attached hereto as Exhibit 18 is a true and correct copy of Carvana's Letter to Shareholders for Q3 2021, dated November 4, 2021, which is publicly available on Carvana's website.  This document is referenced in the CC at ¶¶ 253–54 and contains Statements 11 and 50 in Appendix A.

21.    Attached hereto as Exhibit 19 is a true and correct copy of Carvana's Form 10-K for the fiscal year ended December 31, 2021, which was filed with the SEC on February 24, 2022.  This document is referenced in the CC at, for example, ¶¶ 32, 259–60, and 427–37 and contains Statements 13–15, 33–34, 52–56, and 62–63 in Appendix A.

22.    Attached hereto as Exhibit 20 is a true and correct copy of Carvana's Q4 2021 Earnings Call Transcript, dated February 24, 2022, which is publicly available

through S&P Global Market Intelligence. This document is referenced in the CC at ¶¶ 257–58 and contains Statements 12 and 61 in Appendix A.

23. Attached hereto as Exhibit 21 is a true and correct copy of Carvana's Letter to Shareholders for Q4 2021, dated February 24, 2022, which is publicly available on Carvana's website. This document is referenced in the CC at ¶¶ 255–57, and contains Statements 51 and 71 in Appendix A.

24. Attached hereto as Exhibit 22 is a true and correct copy of Carvana's Form DEF 14A, which was filed with the SEC on March 23, 2022. This document is referenced in the CC at ¶¶ 153 n.41 and 155.

25. Attached hereto as Exhibit 23 is a true and correct copy of Carvana's Q1 2022 Earnings Call Transcript, dated April 20, 2022, which is publicly available through S&P Global Market Intelligence. This document is referenced in the CC at ¶¶ 271–73, and contains Statements 17 and 74–75 in Appendix A.

26. Attached hereto as Exhibit 24 is a true and correct copy of Carvana's Letter to Shareholders for Q1 2022, dated April 20, 2022, which is publicly available on Carvana's website. This document is referenced in the CC at ¶¶ 268 and 270-271, and contains Statements 16–17 and 73 in Appendix A.

27. Attached hereto as Exhibit 25 is a true and correct copy of Carvana's Q2 2022 Earnings Call Transcript, dated August 4, 2022, which is publicly available through S&P Global Market Intelligence. This document is referenced in the CC at ¶¶ 191 n.67 and 276–78 and contains Statements 18 and 65 in Appendix A.

28. Attached hereto as Exhibit 26 is a true and correct copy of Carvana's Letter to Shareholders for Q2 2022, dated August 4, 2022. This document is referenced in the CC at ¶ 276, and contains Statement 76 in Appendix A.

29. Attached hereto as Exhibit 27 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended September 30, 2022, which was filed with the SEC on November 3, 2022. This document is referenced in the CC at ¶ 44 n.18.

30. Attached hereto as Exhibit 28 is a true and correct copy of Carvana's Form

10-K for the fiscal year ended December 31, 2022, which was filed with the SEC on February 23, 2023.

31.    Attached hereto as Exhibit 29 is a true and correct copy of a Minute Entry granting motions to dismiss in *City of Warwick Ret. Sys. v. Carvana Co.*, CV 2022-013054 (Sup. Ct., Maricopa Cnty.), filed on March 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2023, in the District of Columbia.

By:    */s/ Matthew J. Peters*
Matthew J. Peters