In re Carvana Co. Securities Litigation
Case No. 2:22-cv-02126-PHX-MTL
Index of Exhibits in Support of
Defendants' Motion to Dismiss

| Exhibit | Date | Description |
|---------|------|-------------|
| 1. | 5/6/2020 | Carvana's Q1 2020 Form 10-Q |
| 2. | 5/6/2020 | Carvana's Q1 2020 Earnings Call Transcript |
| 3. | 8/5/2020 | Carvana's Q2 2020 Form 10-Q |
| 4. | 8/5/2020 | Carvana's Q2 2020 Earnings Call Transcript |
| 5. | 10/29/2020 | Carvana's Q3 2020 10-Q Form 10-Q |
| 6. | 10/29/2020 | Carvana's Q3 2020 Letter to Shareholders |
| 7. | 2/12/2021 | Ernest Garcia III ("Garcia Junior's") Schedule 13G/A |
| 8. | 2/25/2021 | Carvana's 2020 Form 10-K |
| 9. | 2/25/2021 | Carvana's Q4 2020 Earnings Call Transcript |
| 10. | 2/25/2021 | Carvana's Q4 2020 Letter to Shareholders |
| 11. | 5/6/2021 | Carvana's Q1 2021 Form 10-Q |
| 12. | 5/6/2021 | Carvana's Q1 2021 Earnings Call Transcript |
| 13. | 5/6/2021 | Carvana's Q1 2021 Letter to Shareholders |
| 14. | 8/5/2021 | Carvana's Q2 2021 Form 10-Q |
| 15. | 8/5/2021 | Carvana's Q2 2021 Earnings Call Transcript |
| 16. | 11/4/2021 | Carvana's Q3 2021 Form 10-Q |
| 17. | 11/4/2021 | Carvana's Q3 2021 Earnings Call Transcript |
| 18. | 11/4/2021 | Carvana's Q3 2021 Letter to Shareholders |
| 19. | 2/24/2022 | Carvana's 2021 Form 10-K |
| 20. | 2/24/2022 | Carvana's Q4 2021 Earnings Call Transcript |
| 21. | 2/24/2022 | Carvana's Q4 2021 Letter to Shareholders |

In re Carvana Co. Securities Litigation
Case No. 2:22-cv-02126-PHX-MTL
Index of Exhibits in Support of
Defendants' Motion to Dismiss

| Exhibit | Date | Description |
|---|---|---|
| 22. | 3/23/2022 | Carvana's Form DEF 14A |
| 23. | 4/20/2022 | Carvana's Q1 2022 Earnings Call Transcript |
| 24. | 4/20/2022 | Carvana's Q1 2022 Letter to Shareholders |
| 25. | 8/4/2022 | Carvana's Q2 2022 Earnings Call Transcript |
| 26. | 8/4/2022 | Carvana's Q2 2022 Letter to Shareholders |
| 27. | 11/3/2022 | Carvana's Q3 2022 Form 10-Q |
| 28. | 2/23/2023 | Carvana's 2022 Form 10-K |
| 29. | 3/15/2023 | Minute Order, *City of Warwick Ret. Sys. v. Carvana Co.*, CV 2022-013054 (Sup. Ct., Maricopa Cnty.) |