**Exhibit 11**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Quarterly Period Ended March 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____**

**Commission File Number: 001-38073**

# CARVANA CO.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **81-4549921** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1930 W. Rio Salado Parkway    Tempe    Arizona** | **85281** |
| (Address of principal executive offices) | (Zip Code) |

**(480) 719-8809**
(Registrant's telephone number, including area code)
**N/A**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, Par Value $0.001 Per Share | CVNA | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | Accelerated filer | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | | ☐ |
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐Yes ☒No

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date:

As of May 3, 2021, the registrant had 80,972,031 shares of Class A common stock outstanding and 91,411,043 shares of Class B common stock outstanding.

**INDEX TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

|  |  | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | |
| | Unaudited Condensed Consolidated Balance Sheets as of March 31, 2021 and December 31, 2020 | 1 |
| | Unaudited Condensed Consolidated Statements of Operations for the Three Months Ended March 31, 2021 and 2020 | 2 |
| | Unaudited Condensed Consolidated Statements of Stockholders' Equity for the Three Months Ended March 31, 2021 and 2020 | 3 |
| | Unaudited Condensed Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2021 and 2020 | 5 |
| | Notes to Unaudited Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 47 |
| Item 4. | Controls and Procedures | 47 |
| **PART II.** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 48 |
| Item 1A. | Risk Factors | 48 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 48 |
| Item 3. | Defaults Upon Senior Securities | 48 |
| Item 4. | Mine Safety Disclosures | 48 |
| Item 5. | Other Information | 48 |
| Item 6. | Exhibits | 49 |

**PART I. FINANCIAL INFORMATION**

**ITEM I. FINANCIAL STATEMENTS**

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and par values)**

| | March 31, 2021 | December 31, 2020 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 370 | $ 301 |
| Restricted cash | 45 | 28 |
| Accounts receivable, net | 118 | 79 |
| Finance receivables held for sale, net | 384 | 275 |
| Vehicle inventory | 1,439 | 1,036 |
| Beneficial interests in securitizations | 177 | 131 |
| Other current assets, including $8 and $6, respectively, due from related parties | 95 | 73 |
| Total current assets | 2,628 | 1,923 |
| Property and equipment, net | 982 | 909 |
| Operating lease right-of-use assets, including $21 and $22, respectively, from leases with related parties | 156 | 156 |
| Intangible assets, net | 5 | 6 |
| Goodwill | 9 | 9 |
| Other assets, including $4 for both periods due from related parties | 39 | 32 |
| Total assets | $ 3,819 | $ 3,035 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities, including $23 and $16, respectively, due to related parties | $ 484 | $ 342 |
| Short-term revolving facilities | 122 | 40 |
| Current portion of long-term debt | 69 | 65 |
| Other current liabilities, including $4 and $3, respectively, from leases with related parties | 21 | 20 |
| Total current liabilities | 696 | 467 |
| Long-term debt, excluding current portion | 2,254 | 1,617 |
| Operating lease liabilities, excluding current portion, including $18 and $19, respectively, from leases with related parties | 147 | 148 |
| Other liabilities | 1 | 1 |
| Total liabilities | 3,098 | 2,233 |
| Commitments and contingencies (Note 16) | | |
| Stockholders' equity: | | |
| Preferred stock, $0.01 par value - 50,000 shares authorized; none issued and outstanding as of March 31, 2021 and December 31, 2020 | — | — |
| Class A common stock, $0.001 par value - 500,000 shares authorized; 79,834 and 76,512 shares issued and outstanding as of March 31, 2021 and December 31, 2020, respectively | — | — |
| Class B common stock, $0.001 par value - 125,000 shares authorized; 92,519 and 95,592 shares issued and outstanding as of March 31, 2021 and December 31, 2020, respectively | — | — |
| Additional paid-in capital | 755 | 742 |
| Accumulated deficit | (390) | (354) |
| Total stockholders' equity attributable to Carvana Co. | 365 | 388 |
| Non-controlling interests | 356 | 414 |
| Total stockholders' equity | 721 | 802 |
| Total liabilities & stockholders' equity | $ 3,819 | $ 3,035 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

1

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and per share amounts)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **Sales and operating revenues:** | | |
| Used vehicle sales, net | $ 1,800 | $ 964 |
| Wholesale vehicle sales, including $6 and $0, respectively, from related parties | 240 | 80 |
| Other sales and revenues, including $42 and $20, respectively, from related parties | 205 | 54 |
| **Net sales and operating revenues** | 2,245 | 1,098 |
| Cost of sales, including $1 for both periods to related parties | 1,907 | 960 |
| **Gross profit** | 338 | 138 |
| Selling, general and administrative expenses, including $6 and $4, respectively, to related parties | 397 | 276 |
| Interest expense | 30 | 29 |
| Other (income) expense, net | (7) | 17 |
| **Net loss before income taxes** | (82) | (184) |
| Income tax provision | — | — |
| **Net loss** | (82) | (184) |
| Net loss attributable to non-controlling interests | (46) | (124) |
| **Net loss attributable to Carvana Co.** | $ (36) | $ (60) |
| Net loss per share of Class A common stock, basic and diluted | $ (0.46) | $ (1.19) |
| Weighted-average shares of Class A common stock, basic and diluted [(1)] | 78,103 | 50,399 |

(1) Weighted-average shares of Class A common stock outstanding have been adjusted for unvested restricted stock awards.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

2

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2019** | 50,507 | $ — | 101,219 | $ — | $ 281 | $ (183) | $ 94 | $ 192 |
| Net loss | — | — | — | — | — | (60) | (124) | (184) |
| Exchanges of LLC Units | 116 | — | (19) | — | — | — | — | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 2 | — | — | 2 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (2) | — | — | (2) |
| Issuance of Class A common stock to settle vested restricted stock units | 38 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (8) | — | — | — | (2) | — | — | (2) |
| Options exercised | 7 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 7 | — | — | 7 |
| **Balance, March 31, 2020** | 50,660 | $ — | 101,200 | $ — | $ 286 | $ (243) | $ (30) | $ 13 |

3

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY - (Continued)**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2020** | 76,512 | $ — | 95,592 | $ — | $ 742 | $ (354) | $ 414 | $ 802 |
| Net loss | — | — | — | — | — | (36) | (46) | (82) |
| Exchanges of LLC Units | 3,247 | — | (3,073) | — | 12 | — | (12) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 225 | — | — | 225 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (225) | — | — | (225) |
| Issuance of Class A common stock to settle vested restricted stock units | 62 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (2) | — | — | — | (9) | — | — | (9) |
| Options exercised | 15 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 10 | — | — | 10 |
| **Balance, March 31, 2021** | 79,834 | $ — | 92,519 | $ — | $ 755 | $ (390) | $ 356 | $ 721 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

4

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**
**(In millions)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **Cash Flows from Operating Activities:** | | |
| Net loss | $ (82) | $ (184) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 22 | 16 |
| Provision for bad debt and valuation allowance | 1 | 5 |
| Gain on loan sales | (138) | (13) |
| Equity-based compensation expense | 8 | 6 |
| Amortization and write-off of debt issuance costs and bond premium | 2 | 2 |
| Originations of finance receivables | (1,427) | (782) |
| Proceeds from sale of finance receivables, net | 1,368 | 813 |
| Principal payments received on finance receivables held for sale | 32 | 26 |
| Unrealized (gain) loss on beneficial interests in securitization | (2) | 11 |
| Changes in assets and liabilities: | | |
| Accounts receivable | (41) | 13 |
| Vehicle inventory | (397) | (80) |
| Other assets | (29) | (4) |
| Accounts payable and accrued liabilities | 151 | 2 |
| Operating lease right-of-use assets | — | (46) |
| Operating lease liabilities | — | 47 |
| Net cash used in operating activities | (532) | (168) |
| **Cash Flows from Investing Activities:** | | |
| Purchases of property and equipment | (82) | (90) |
| Principal payments received on beneficial interests in securitizations | 7 | 1 |
| Net cash used in investing activities | (75) | (89) |
| **Cash Flows from Financing Activities:** | | |
| Proceeds from short-term revolving facilities | 2,064 | 1,964 |
| Payments on short-term revolving facilities | (1,981) | (1,721) |
| Proceeds from issuance of long-term debt | 640 | 52 |
| Payments on long-term debt | (14) | (6) |
| Payments of debt issuance costs | (7) | (3) |
| Tax withholdings related to restricted stock awards | (9) | (2) |
| Net cash provided by financing activities | 693 | 284 |
| **Net increase in cash, cash equivalents and restricted cash** | 86 | 27 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 415 | $ 145 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

5

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## NOTE 1 — BUSINESS ORGANIZATION

**Description of Business**

Carvana Co. and its wholly-owned subsidiary Carvana Co. Sub LLC (collectively, "Carvana Co."), together with its consolidated subsidiaries (the "Company"), is the leading e-commerce platform for buying and selling used cars. The Company is transforming the used car sales experience by giving consumers what they want — a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Using the website, customers can complete all phases of a used vehicle purchase transaction, including financing their purchase, trading in their current vehicle, and purchasing complementary products such as vehicle service contracts ("VSC") and GAP waiver coverage. Each element of the Company's business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

**Organization**

Carvana Co. is a holding company that was formed as a Delaware corporation on November 29, 2016 for the purpose of completing its initial public offering ("IPO") and related transactions in order to operate the business of Carvana Group, LLC and its subsidiaries (collectively, "Carvana Group"). Substantially all of the Company's assets and liabilities represent the assets and liabilities of Carvana Group, except the Company's Senior Notes (as defined in Note 9 — Debt Instruments) which were issued by Carvana Co. and guaranteed by its and Carvana Group's existing domestic restricted subsidiaries.

In accordance with Carvana Group LLC's amended and restated limited liability company agreement (the "LLC Agreement"), Carvana Co. is the sole manager of Carvana Group and conducts, directs and exercises full control over the activities of Carvana Group. There are two classes of common ownership interests in Carvana Group, Class A common units (the "Class A Units") and Class B common units (the "Class B Units"). As further discussed in Note 10 — Stockholders' Equity, the Class A Units and Class B Units (collectively, the "LLC Units") do not hold voting rights, which results in Carvana Group being considered a variable interest entity ("VIE"). Due to Carvana Co.'s power to control and its significant economic interest in Carvana Group, it is considered the primary beneficiary of the VIE and the Company consolidates the financial results of Carvana Group. As of March 31, 2021, Carvana Co. owned approximately 45.7% of Carvana Group and the LLC Unitholders (as defined in Note 10 — Stockholders' Equity) owned the remaining 54.3%.

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation**

The accompanying unaudited condensed consolidated financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information. All intercompany balances and transactions have been eliminated. Certain information and footnote disclosures normally included in annual financial statements have been condensed or omitted. The Company believes the disclosures made are adequate to prevent the information presented from being misleading. However, the accompanying unaudited condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements and notes thereto included within the Company's most recent Annual Report on Form 10-K filed on February 25, 2021. In addition, in 2021, the Company has changed its presentation from thousands to millions and, as a result, any necessary rounding adjustments have been made to prior year disclosed amounts.

The accompanying unaudited condensed consolidated financial statements reflect all adjustments (consisting only of normal and recurring items) necessary to present fairly the Company's financial position as of March 31, 2021, and results of operations, changes in stockholder's equity, and cash flows for the three months ended March 31, 2021 and 2020. Interim results are not necessarily indicative of full year performance because of the impact of seasonal and short-term variations.

As discussed in Note 1 — Business Organization, Carvana Group is considered a VIE and Carvana Co. consolidates its financial results due to the determination that it is the primary beneficiary.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Liquidity**

The Company has incurred losses from inception through March 31, 2021, and expects to incur additional losses in the future as the Company continues to build inspection and reconditioning centers ("IRCs") and vending machines, serve more of the U.S. population, and enhance technology and software. Since March 31, 2020, the Company has completed equity offerings of approximately 18 million shares of Class A common stock for net proceeds of approximately $1.1 billion and has issued a total of $1.7 billion in senior unsecured notes due between 2025 and 2028, from which approximately $627 million of the proceeds were used to repay its senior unsecured notes due in 2023. As of March 2021, the Company's forward flow partner has also committed to purchase a total of $4 billion of the Company's finance receivables through March 2022. In addition, the Company has a $1.25 billion floor plan facility effective through March 31, 2023. Management believes that current working capital, results of operations, and existing financing arrangements are sufficient to fund operations for at least one year from the financial statement issuance date.

**Use of Estimates**

The preparation of these unaudited condensed consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions. Certain accounting estimates involve significant judgments, assumptions and estimates by management that have a material impact on the carrying value of certain assets and liabilities, disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses during the reporting period, which management considers to be critical accounting estimates. The judgments, assumptions and estimates used by management are based on historical experience, management's experience, and other factors, which are believed to be reasonable under the circumstances. Because of the nature of the judgments and assumptions made by management, actual results could differ materially from these judgments and estimates, which could have a material impact on the carrying values of the Company's assets and liabilities and the results of operations.

**Adoption of New Accounting Standards**

In March 2020, the Financial Accounting Standards Board ("FASB") issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting* ("ASU 2020-04"). ASU 2020-04 provides optional guidance for a limited period of time related to contract modifications and hedge accounting to ease the potential burden in accounting for (or recognizing the effects of) reference rate reform on financial reporting. The standard is effective from March 12, 2020 through December 31, 2022, except for hedging relationships existing as of December 31, 2022 that an entity has elected certain optional expedients for and that are retained through the end of the hedging relationship. The Company may elect to take advantage of this optional guidance in its transition away from LIBOR within certain debt contracts but does not expect a material impact on its consolidated financial statements. In January 2021, the FASB issued ASU 2021-01, *Reference Rate Reform (Topic 848): Scope* ("ASU 2021-01"), which refines the scope of Topic 848 and clarifies some of its guidance as part of the FASB's monitoring of global reference rate activities. As of March 31, 2021, the Company had not modified any contracts or had any hedge accounting activity in which it utilized the optional guidance under ASU 2020-04 and ASU 2021-01.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes* ("ASU 2019-12"). ASU 2019-12 removes certain exceptions to the general principles in Topic 740 and also clarifies and amends existing guidance to improve consistent application. The Company adopted ASU 2019-12 for its fiscal year beginning January 1, 2021 and it did not have a material effect on its consolidated financial statements.

7

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**NOTE 3 — PROPERTY AND EQUIPMENT, NET**

The following table summarizes property and equipment, net as of March 31, 2021 and December 31, 2020:

|  | March 31, 2021 | December 31, 2020 |
|---|---|---|
|  | (in millions) | |
| Land and site improvements | $ 152 | $ 132 |
| Buildings and improvements | 539 | 477 |
| Transportation fleet | 218 | 190 |
| Software | 125 | 113 |
| Furniture, fixtures and equipment | 65 | 60 |
| Total property and equipment excluding construction in progress | 1,099 | 972 |
| Less: accumulated depreciation and amortization on property and equipment | (197) | (171) |
| Property and equipment excluding construction in progress, net | 902 | 801 |
| Construction in progress | 80 | 108 |
| Property and equipment, net | $ 982 | $ 909 |

Depreciation and amortization expense on property and equipment was approximately $22 million and $16 million for the three months ended March 31, 2021 and 2020, respectively. These amounts primarily relate to selling, general and administrative activities and are included as a component of selling, general and administrative expenses in the accompanying unaudited condensed consolidated statements of operations.

**NOTE 4 — GOODWILL AND INTANGIBLE ASSETS, NET**

On April 12, 2018, the Company acquired Car360, Inc. ("Car360"), a provider of app-based photo capture technology. The following table summarizes intangible assets and goodwill related to the Car360 acquisition as of March 31, 2021 and December 31, 2020:

|  | Useful Life | March 31, 2021 | December 31, 2020 |
|---|---|---|---|
|  |  | (in millions) | |
| Intangible assets: |  |  |  |
| Developed technology | 7 years | $ 9 | $ 9 |
| Non-compete agreements | 5 years | 1 | 1 |
| Intangible assets, acquired cost |  | 10 | 10 |
| Less: accumulated amortization |  | (5) | (4) |
| Intangible assets, net |  | $ 5 | $ 6 |
|  |  |  |  |
| Goodwill | N/A | $ 9 | $ 9 |

8

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

Amortization expense was less than $1 million during each of the three months ended March 31, 2021 and 2020. As of March 31, 2021, the remaining weighted-average amortization period for definite-lived intangible assets was approximately 3.9 years. The anticipated annual amortization expense to be recognized in future years as of March 31, 2021 is as follows:

| | Expected Future Amortization |
|---|---|
| | (in millions) |
| Remainder of 2021 | $ 1 |
| 2022 | 1 |
| 2023 | 1 |
| 2024 | 1 |
| 2025 | 1 |
| Thereafter | — |
| Total | $ 5 |

**NOTE 5 — ACCOUNTS PAYABLE AND OTHER ACCRUED LIABILITIES**

The following table summarizes accounts payable and other accrued liabilities as of March 31, 2021 and December 31, 2020:

| | March 31, 2021 | December 31, 2020 |
|---|---|---|
| | (in millions) | |
| Accounts payable, including $23 and $16, respectively, due to related parties | $ 143 | $ 67 |
| Sales taxes and vehicle licenses and fees | 110 | 71 |
| Accrued compensation and benefits | 52 | 34 |
| Reserve for returns and cancellations | 36 | 25 |
| Accrued interest expense | 35 | 20 |
| Accrued advertising costs | 25 | 21 |
| Customer deposits | 17 | 17 |
| Accrued property and equipment | 15 | 33 |
| Other accrued liabilities | 51 | 54 |
| Total accounts payable and accrued liabilities | $ 484 | $ 342 |

**NOTE 6 — RELATED PARTY TRANSACTIONS**

**Lease Agreements**

In November 2014, the Company and DriveTime Automotive Group (together with its consolidated affiliates, collectively "DriveTime") entered into a lease agreement that governs the Company's access to and utilization of temporary storage, reconditioning, offices and parking space at various DriveTime facilities (the "DriveTime Lease Agreement"). The DriveTime Lease Agreement was most recently amended in December 2018. Lease duration varies by location, with cancellable terms, provided 60 days' prior written notice is given, expiring between 2021 and 2024. The Company has the right to exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Hub Lease Agreement described below.

In March 2017, the Company and DriveTime entered into a lease agreement that governs the Company's access to and utilization of office and parking space at various DriveTime facilities (the "DriveTime Hub Lease Agreement"). The DriveTime Hub Lease Agreement was most recently amended in September 2020. Lease expiration varies by location with most having cancellable terms, provided 60 days' prior written notice is given, expiring in 2021 and the Company having the right to

9

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Lease Agreement described above.

The DriveTime Lease Agreement and the DriveTime Hub Lease Agreement both have non-cancellable lease terms of less than twelve months with rights to terminate at the Company's election with 60 days' prior written notice and extension options as described above. At non-reconditioning locations, it is not reasonably certain that the Company will exercise its options to extend the leases or abstain from exercising its termination rights within these lease agreements to create a lease term greater than one year and therefore the Company accounts for them as short-term leases. For these locations the Company makes variable monthly lease payments based on its pro rata utilization of space at each facility plus a pro rata share of each facility's actual insurance costs and real estate taxes. Management has determined that the costs allocated to the Company are based on a reasonable methodology. The DriveTime Lease Agreement includes the Blue Mound and Delanco IRCs. At both of these locations, the Company expects to extend the lease terms beyond twelve months, therefore those locations are not considered short-term leases. The Company occupies all of the space at these IRCs and makes monthly lease payments based on DriveTime's actual rent expense. In addition, the Company is responsible for the actual insurance costs and real estate taxes at these IRC locations.

At all locations, the Company is additionally responsible for paying for any tenant improvements it requires to conduct its operations. Management has determined that the costs allocated to the Company are based on a reasonable methodology.

In 2016 and 2018, the Company entered into lease agreements related to an IRC in Tolleson, Arizona, with Verde Investments, Inc., an affiliate of DriveTime ("Verde"), with an initial term of approximately 15 years. In September 2020, to consummate a sale leaseback transaction with an unrelated third party, the Company exercised a pre-existing option to purchase the leased land and related assets from Verde for its net book value of approximately $22 million thus terminating the lease agreements. The Company immediately sold such land and related assets along with the Company's leasehold improvements at the IRC to a third party who simultaneously leased back the land and the IRC to the Company.

In February 2017, the Company entered into a lease agreement with DriveTime for sole occupancy of a fully operational IRC in Winder, Georgia, where the Company previously maintained partial occupancy. The lease has an initial term of eight years, subject to the Company's ability to exercise three renewal options of five years each.

In November 2018, the Company entered into a lease agreement with DriveTime of a fully operational IRC near Cleveland, Ohio. DriveTime vacated the facility in February 2019, at which point the Company became the sole occupant and began leasing the full facility from DriveTime. The lease has an initial term of three years, subject to the Company's ability to exercise three renewal options of five years each.

Expenses related to these operating lease agreements are allocated based on usage to inventory and selling, general and administrative expenses in the accompanying unaudited condensed consolidated balance sheets and statements of operations. Costs allocated to inventory are recognized as cost of sales when the inventory is sold. During the three months ended March 31, 2021, total costs related to these operating lease agreements, including those noted above, were approximately $1 million with approximately $0.5 million and $0.8 million allocated to inventory and selling, general and administrative expenses, respectively. During the three months ended March 31, 2020, total costs related to these lease agreements were approximately $2 million, with approximately $1 million allocated to both inventory and selling, general and administrative expenses.

In February 2019, the Company entered into an agreement to assume a lease of an IRC near Nashville, Tennessee that DriveTime leased from an unrelated landlord. The lease expires in four years, subject to the ability to exercise three renewal options of five years each. DriveTime remained an occupant of the facility through April 1, 2019, after which the Company became the sole occupant, but is not fully released from the lease obligations by the landlord.

**Corporate Office Leases**

In September 2016, the Company entered into a lease for the second floor of its corporate headquarters in Tempe, Arizona. In connection with that lease, the Company entered into a sublease with DriveTime for the use of the first floor of the same building. The lease and sublease each have a term of 83 months, subject to the right to exercise three five-year extension options. Pursuant to the sublease, the Company will pay the rent equal to the amounts due under DriveTime's master lease

10

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

directly to DriveTime's landlord. The rent expense incurred related to this first floor sublease was approximately $0.2 million during each of the three months ended March 31, 2021 and 2020.

In December 2019, Verde purchased an office building in Tempe, Arizona that the Company leased from an unrelated landlord prior to Verde's purchase. In connection with the purchase, Verde assumed that lease. The lease has an initial term of ten years, subject to the right to exercise two five-year extension options. The rent expense incurred under the lease with Verde was approximately $0.2 million during each of the three months ended March 31, 2021 and 2020.

**Wholesale Revenue**

In 2020, DriveTime began purchasing wholesale vehicles from the Company through competitive online auctions that are managed by an unrelated third party. As a result, the Company recognized approximately $6 million and less than $1 million of wholesale revenue from DriveTime during the three months ended March 31, 2021 and 2020, respectively.

**Master Dealer Agreement**

In December 2016, the Company entered into a master dealer agreement with DriveTime (the "Master Dealer Agreement"), pursuant to which the Company may sell VSCs to customers purchasing a vehicle from the Company. The Company earns a commission on each VSC sold to its customers, and DriveTime is obligated by and subsequently administers the VSCs. The Company collects the retail purchase price of the VSCs from its customers and remits the purchase price net of commission to DriveTime. During the three months ended March 31, 2021 and 2020, the Company recognized approximately $38 million and $18 million, respectively, of commissions earned on VSCs sold to its customers and administered by DriveTime, net of a reserve for estimated contract cancellations. The commission earned on the sale of these VSCs is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations. In November 2018, the Company amended the Master Dealer Agreement to allow the Company to receive payments for excess reserves based on the performance of the VSCs versus the reserves held by the VSC administrator, once a required claims period for such VSCs has passed. In August 2020 and April 2021, the Company and DriveTime amended the Master Dealer Agreement to adjust excess reserve payment calculations and timing and the scope of DriveTime's after-sale administration services, respectively. The Company recognized approximately $4 million and $2 million during the three months ended March 31, 2021 and 2020, respectively, related to payments for excess reserves to which it expects to be entitled, which is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations.

Beginning in 2017, DriveTime also administers the Company's limited warranty provided to all customers and a portion of the Company's GAP waiver coverage under the Master Dealer Agreement. The Company pays a per-vehicle fee to DriveTime to administer the limited warranty included with every purchase and prior to the first quarter of 2020 paid a per-contract fee to DriveTime to administer a portion of the GAP waiver coverage it sells to its customers. Since the first quarter of 2020, the Company's GAP waiver coverage sales have been administered by an unrelated party. The Company incurred approximately $3 million and $1 million during the three months ended March 31, 2021 and 2020, respectively, related to the administration of limited warranty and GAP waiver coverage.

**Servicing and Administrative Fees**

DriveTime provides servicing and administrative functions associated with the Company's finance receivables. The Company incurred expenses of approximately $2 million during each of the three months ended March 31, 2021 and 2020 related to these services.

**Aircraft Time Sharing Agreement**

The Company entered into an agreement to share usage of two aircraft owned by Verde and operated by DriveTime on October 22, 2015, and the agreement was subsequently amended in 2017. Pursuant to the agreement, the Company agreed to reimburse DriveTime for actual expenses for each of its flights. The original agreement was for 12 months, with perpetual 12-month automatic renewals. Either the Company or DriveTime can terminate the agreement with 30 days' prior written notice. The Company reimbursed DriveTime less than $1 million under this agreement during each of the three months ended March 31, 2021 and 2020.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Shared Services Agreement with DriveTime**

In November 2014, the Company and DriveTime entered into a shared services agreement whereby DriveTime provided certain accounting and tax, legal and compliance, information technology, telecommunications, benefits, insurance, real estate, equipment, corporate communications, software and production, and other services primarily to facilitate the transition of these services to the Company on a standalone basis (the "Shared Services Agreement"). The Shared Services Agreement was most recently amended and restated in February 2021 and operates on a year-to-year basis, with the Company having the right to terminate any or all services with 30 days' prior written notice and DriveTime having the right to terminate any or all services with 90 days' prior written notice. Charges allocated to the Company are based on the Company's actual use of the specific services detailed in the Shared Services Agreement. The Company incurred less than $1 million in expenses related to the Shared Services Agreement during each of the three months ended March 31, 2021 and 2020.

**Accounts Payable Due to Related Party**

As of March 31, 2021 and December 31, 2020, approximately $23 million and $16 million, respectively, was due to related parties primarily related to the agreements mentioned above, and is included in accounts payable and accrued liabilities in the accompanying unaudited condensed consolidated balance sheets.

**NOTE 7 — FINANCE RECEIVABLE SALE AGREEMENTS**

The Company originates loans for its customers and sells them to partners and investors pursuant to finance receivable sale agreements. Historically, the Company has sold loans through two types of arrangements: forward flow agreements, including a master purchase and sale agreement and master transfer agreements, and fixed pool loan sales, including securitization transactions.

**Master Purchase and Sale Agreement**

In December 2016, the Company entered into a master purchase and sale agreement (the "Master Purchase and Sale Agreement" or "MPSA") with Ally Bank and Ally Financial (collectively the "Ally Parties"). Pursuant to the MPSA, the Company sells finance receivables meeting certain underwriting criteria under a committed forward flow arrangement without recourse to the Company for their post-sale performance. Throughout 2020 and 2021, the Company and the Ally Parties have amended the MPSA to, among other things and subject to the terms of the agreement, broaden the set of finance receivables covered by the MPSA and provide additional flexibility in the timing of sales of finance receivables. In March 2021, the Ally Parties committed to purchase up to a maximum of $4.0 billion of principal balances of finance receivables through March 2022.

During the three months ended March 31, 2021 and 2020, the Company sold approximately $491 million and $351 million, respectively, in principal balances of finance receivables under the MPSA and had approximately $3.5 billion of unused capacity as of March 31, 2021.

**Securitization Transactions**

The Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Risk Retention Rules, as further discussed in Note 8 — Securitizations and Variable Interest Entities.

During the three months ended March 31, 2021 and 2020, the Company sold approximately $813 million and $495 million, respectively, in principal balances of finance receivables through securitization transactions.

12

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Gain on Loan Sales**

The total gain related to finance receivables sold to financing partners and pursuant to securitization transactions was approximately $138 million and $13 million during the three months ended March 31, 2021 and 2020, respectively, which is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations.

**NOTE 8 — SECURITIZATIONS AND VARIABLE INTEREST ENTITIES**

As noted in Note 7 — Finance Receivable Sale Agreements, the Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Regulation RR of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (the "Risk Retention Rules"). The beneficial interests retained by the Company include but are not limited to rated notes and certificates of the securitization trusts. The holders of the certificates issued by the securitization trusts have rights to cash flows only after the holders of the notes issued by the securitization trusts have received their contractual cash flows. The securitization trusts have no direct recourse to the Company's assets, and holders of the securities issued by the securitization trusts can look only to the assets of the securitization trusts that issued their securities for payment. The beneficial interests held by the Company are subject principally to the credit and prepayment risk stemming from the underlying finance receivables.

The securitization trusts established in connection with asset-backed securitization transactions are VIEs. For each VIE that the Company establishes in its role as sponsor of securitization transactions, it performs an analysis to determine whether or not it is the primary beneficiary of the VIE. The Company's continuing involvement with the VIEs consists of retaining a portion of the securities issued by the VIEs and performing ministerial duties as the trust administrator. As of March 31, 2021, the Company is not the primary beneficiary of these securitization trusts because its retained interests in the VIEs do not have exposures to losses or benefits that could potentially be significant to the VIEs. The Company does not consolidate the securitization trusts.

The assets the Company retains in the unconsolidated VIEs are presented as beneficial interests in securitizations on the accompanying unaudited condensed consolidated balance sheets, which as of March 31, 2021 and December 31, 2020 were approximately $177 million and $131 million, respectively. The Company held no other assets or liabilities related to its involvement with unconsolidated VIEs as of March 31, 2021.

The following table summarizes the carrying value and total exposure to losses of its assets related to unconsolidated VIEs with which the Company has continuing involvement, but is not the primary beneficiary at March 31, 2021 and December 31, 2020. Total exposure represents the estimated loss the Company would incur under severe, hypothetical circumstances, such as if the value of the interests in the securitization trusts and any associated collateral declined to zero. The Company believes the possibility of this is remote. As such, the total exposure presented below is not an indication of the Company's expected losses.

| | March 31, 2021 | | December 31, 2020 | |
| | Carrying Value | Total Exposure | Carrying Value | Total Exposure |
| | (in millions) | | | |
| Rated notes | $ 130 | $ 130 | $ 98 | $ 98 |
| Certificates and other assets | 47 | 47 | 33 | 33 |
| Total unconsolidated VIEs | $ 177 | $ 177 | $ 131 | $ 131 |

The beneficial interests in securitizations are considered securities available for sale subject to restrictions on transfer pursuant to the Company's obligations as a sponsor under Risk Retention Rules. As described in Note 9 — Debt Instruments, the Company has entered into secured borrowing facilities through which it finances certain of these retained beneficial

13

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

interests in securitizations. These securities are interests in securitization trusts, thus there are no contractual maturities. The amortized cost and fair value of securities available for sale as of March 31, 2021 and December 31, 2020 were as follows:

| | March 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
| | (in millions) | | | |
| Rated notes | $ 128 | $ 130 | $ 96 | $ 98 |
| Certificates and other assets | 42 | 47 | 28 | 33 |
| Total securities available for sale | $ 170 | $ 177 | $ 124 | $ 131 |

**NOTE 9 — DEBT INSTRUMENTS**

**Short-Term Revolving Facilities**

*Floor Plan Facility*

The Company has a floor plan facility with a lender to finance its used vehicle inventory (the "Floor Plan Facility"), which is secured by the Company's vehicles, general intangibles, accounts receivable, and finance receivables. Under the Floor Plan Facility, repayment of amounts drawn for the purchase of a vehicle should generally be made within several days after selling or otherwise disposing of the vehicle. Outstanding balances related to vehicles held in inventory for more than 180 days require monthly principal payments equal to 10% of the original principal amount of that vehicle until the remaining outstanding balance is the lesser of (i) 50% of the original principal amount or (ii) 50% of the wholesale value. Prepayments may be made without incurring a premium or penalty. Additionally, the Company is permitted to make prepayments to the lender to be held as principal payments under the Floor Plan Facility and subsequently reborrow such amounts. The Floor Plan Facility also requires monthly interest payments and that at least 7.5% of the total principal amount owed to the lender is held as restricted cash.

Effective October 1, 2020, the Company amended the Floor Plan Facility to increase the line of credit to $1.25 billion, reduce the interest rate to one-month LIBOR plus 3.15%, and extend the maturity date to March 31, 2023. Effective March 1, 2021, the interest rate was reduced to one-month LIBOR plus 2.65%. The Company will also be required to pay the lender an availability fee based on the average unused capacity during the prior calendar quarter.

During the three months ended March 31, 2021, the effective interest rate on the Floor Plan Facility was approximately 2.68%. As of March 31, 2021, the Company had an outstanding balance under this facility of approximately $122 million, unused capacity of approximately $1.1 billion, and held approximately $9 million in restricted cash related to this facility. For the year ended December 31, 2020, the effective interest rate on the Floor Plan Facility was approximately 3.87%. As of December 31, 2020, the Company had an outstanding balance of approximately $40 million, unused capacity of approximately $1.2 billion, and held approximately $3 million in restricted cash related to this facility.

*Active Finance Receivable Facilities*

The Company has various short-term revolving credit facilities to fund certain automotive finance receivables originated by the Company prior to selling them, which are typically secured by the finance receivables pledged to them (the "Finance Receivable Facilities").

In January 2020, the Company entered into an agreement pursuant to which a lender agreed to provide a revolving credit facility, which was subsequently increased to $500 million, to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until July 23, 2021.

In February 2020, the Company entered into an agreement pursuant to which a second lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until February 20, 2022.

14

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

Both facilities require that any undistributed amounts collected on the pledged finance receivables be held as restricted cash. The facilities require monthly payments of interest and fees based on usage and unused facility amounts. Both facilities self-amortize from the end of the draw period until maturity, offer full prepayment rights, and have no credit sublimits or aging restrictions, subject to negotiated concentration limits. The subsidiaries that entered into these facilities are each wholly-owned, special purpose entities whose assets are not available to the general creditors of the Company. As of March 31, 2021 and December 31, 2020, the Company had no amounts outstanding under these facilities, unused capacity of approximately $1.0 billion, and held approximately $36 million and $25 million, respectively, in restricted cash related to these facilities. During the three months ended March 31, 2021, the Company's effective interest rate on these facilities was approximately 1.74%. For the year ended December 31, 2020, the Company's effective interest rate on these facilities was approximately 2.77%.

*Past Finance Receivable Facilities*

In April 2019, the Company entered into an agreement pursuant to which Ally Bank agreed to provide a $300 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus a spread ranging from 1.00% to 1.80%.

In May 2019, the Company and Ally Bank entered into a separate agreement to provide an additional $350 million revolving credit facility to fund certain other automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus 1.95%.

Both credit facilities required that at least 2% of the outstanding pledged finance receivables principal balances, plus any undistributed amounts collected on the pledged finance receivables amount, be held as restricted cash. Interest payments on these credit facilities were payable monthly on each draw date. Principal repayments occurred on the fifteenth day of each calendar month in an amount equal to the undistributed receivables collected.

The Company voluntarily terminated these facilities in February 2020 after entering into the active finance receivable facilities described above.

**Long-Term Debt**

*Senior Unsecured Notes*

Since 2018, the Company has issued various senior unsecured notes, each as further described below (collectively, the "Senior Notes") under various indentures, each as further described below (collectively, the "Indentures").

*2027 Senior Unsecured Notes*

On March 29, 2021, the Company issued $600 million in aggregate principal amount of 5.500% senior unsecured notes due April 15, 2027 (the "2027 Notes"). The 2027 Notes were newly issued under an indenture (the "2027 Indenture"), dated as of March 29, 2021, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2027 Notes is payable semi-annually on April 15 and October 15 of each year, beginning on October 15, 2021. Subject to certain exceptions, the 2027 Notes are guaranteed by the Company's existing domestic restricted subsidiaries.

The Company may redeem some or all of the 2027 Notes on or after April 15, 2024 at redemption prices set forth in the 2027 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to April 15, 2024, the Company may redeem up to 35.0% of the aggregate principal amount of the 2027 Notes at a redemption price equal to 105.500%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2027 Notes prior to April 15, 2024, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2027 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

In connection with the issuance of the 2027 Notes, Carvana Group issued preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2027 Notes, as further discussed in Note 10 — Stockholders' Equity.

15

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

*2025 and 2028 Senior Unsecured Notes*

On October 2, 2020, the Company issued $500 million in aggregate principal amount of 5.625% senior unsecured notes due October 1, 2025 (the "2025 Notes") and $600 million aggregate principal amount of 5.875% senior unsecured notes due October 1, 2028 (the "2028 Notes" and, collectively, the "2025 and 2028 Notes"). The 2025 and 2028 Notes were newly issued under separate indentures (the "2025 Indenture" and "2028 Indenture", respectively), each dated as of October 2, 2020, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2025 and 2028 Notes is payable semi-annually on April 1 and October 1 of each year, beginning on April 1, 2021. The 2025 and 2028 Notes mature on October 1, 2025 and October 1, 2028, respectively, unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed solely for the purpose of facilitating the Company's sales of its finance receivables, if any).

The Company may redeem some or all of the 2025 Notes on or after October 1, 2022 at redemption prices set forth in the 2025 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2022, the Company may redeem up to 35.0% of the aggregate principal amount of the 2025 Notes at a redemption price equal to 105.625%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2025 Notes prior to October 1, 2022, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2025 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

The Company may redeem some or all of the 2028 Notes on or after October 1, 2023 at redemption prices set forth in the 2028 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2023, the Company may redeem up to 35.0% of the aggregate principal amount of the 2028 Notes at a redemption price equal to 105.875%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2028 Notes prior to October 1, 2023, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2028 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

In connection with the issuance of the 2025 and 2028 Notes, Carvana Group amended and restated the LLC Agreement to, among other things, authorize the issuance of preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2025 and 2028 Notes, as further discussed in Note 10 — Stockholders' Equity.

The Indentures contain restrictive covenants that limit the ability of the Company and certain of its subsidiaries to, among other things and subject to certain exceptions, incur additional debt or issue preferred stock, create new liens, make intercompany payments, pay dividends and make other distributions in respect of the Company's capital stock, redeem or repurchase the Company's capital stock or prepay subordinated indebtedness, make certain investments or certain other restricted payments, guarantee indebtedness, designate unrestricted subsidiaries, sell certain kinds of assets, enter into certain types of transactions with affiliates, and effect mergers or consolidations. Certain of these covenants will be suspended if the 2027 Notes, 2025 Notes, and 2028 Notes are assigned an investment grade rating from any two of Moody's Investors Service, Inc., Standard & Poor's Rating Services, and Fitch Ratings, Inc., and there is no continuing default. As of March 31, 2021, the Company was in compliance with all covenants.

The outstanding principal of the Senior Notes, net of unamortized debt issuance costs, was approximately $1.7 billion and $1.1 billion as of March 31, 2021 and December 31, 2020, respectively, and is included in long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*2023 Senior Unsecured Notes*

On September 21, 2018, the Company issued an aggregate of $350 million in senior unsecured notes due 2023 (the "2023 Original Notes") under an indenture entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee (the "2023 Indenture"). On May 24, 2019, the Company issued $250 million in aggregate principal amount of additional notes (the "2023 Additional Notes") under the Indenture, at a 100.5% premium. The 2023 Original Notes and 2023 Additional Notes (together the "2023 Notes") were treated as a single class for all purposes and had

16

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

the same terms. The 2023 Notes accrued interest at a rate of 8.875% per annum, which was payable semi-annually in arrears on April 1 and October 1 of each year.

In connection with the issuance of the 2023 Notes, Carvana Group amended its LLC Agreement to create a class of non-convertible preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2023 Notes, as further discussed in Note 10 — Stockholders' Equity.

On October 2, 2020, the Company used approximately $627 million of the proceeds from the issuance of its 2025 and 2028 Notes, described above, to redeem in full the $600 million aggregate principal amount of its 2023 Notes by exercising its option to redeem all of the 2023 Notes at the redemption price set forth in the 2023 Indenture, plus accrued interest. The Company incurred approximately $34 million of debt extinguishment costs, including approximately $27 million of redemption premium and approximately $7 million related to derecognizing unamortized debt issuance costs and premium.

*Notes Payable*

The Company has entered into promissory note and disbursement agreements to finance certain equipment for its transportation fleet and building improvements. The assets financed with the proceeds from these notes serve as the collateral for each note and certain security agreements related to these assets have cross collateralization and cross default provisions with respect to one another. Each note has a fixed annual interest rate, a two- to five-year term and requires monthly payments. As of March 31, 2021 and December 31, 2020, the outstanding principal of these notes had a weighted-average interest rate of 7.1% and totaled approximately $22 million and $25 million, respectively, net of unamortized debt issuance costs, of which approximately $16 million and $17 million as of March 31, 2021 and December 31, 2020, respectively, was due within the next twelve months and is included in current portion of long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*Real Estate Financing*

The Company finances certain purchases and construction of its property and equipment through various sale and leaseback transactions. As of March 31, 2021, none of these transactions have qualified for sale accounting due to meeting the criteria for finance leases, or forms of continuing involvement, such as repurchase options or renewal periods that extend the lease for substantially all of the asset's remaining useful life, and are therefore accounted for as financing transactions. These arrangements require monthly payments and have initial terms of 20 to 25 years. Some of the agreements are subject to renewal options of up to 25 years and some are subject to base rent increases throughout the term. As of March 31, 2021 and December 31, 2020, the outstanding liability associated with these sale and leaseback arrangements, net of unamortized debt issuance costs, was approximately $404 million and $385 million, respectively, and was included in long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*Financing of Beneficial Interests in Securitizations*

As discussed in Note 8 — Securitizations and Variable Interest Entities, the Company has retained certain beneficial interests in securitizations pursuant to the Company's obligations as a sponsor under Risk Retention Rules. Beginning in June 2019, the Company entered into secured borrowing facilities through which it finances certain retained beneficial interests in securitizations whereby the Company sells such interests and agrees to repurchase them for their fair value at a stated time of repurchase.

As of March 31, 2021 and December 31, 2020, the Company has pledged approximately $95 million and $81 million, respectively, of its beneficial interests in securitizations as collateral under the repurchase agreements with expected repurchases ranging from January 2026 to January 2028. The securitization trusts distribute payments related to the Company's pledged beneficial interests in securitizations directly to the lenders, which reduces the beneficial interests in securitizations and the related debt balance. Pledged collateral levels are monitored daily and are generally maintained at an agreed-upon

17

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

percentage of the fair value of the amounts borrowed during the life of the transactions. In the event of a decline in the fair value of the pledged collateral, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The outstanding balance of these facilities, net of unamortized debt issuance costs, was approximately $93 million and $79 million as of March 31, 2021 and December 31, 2020, respectively, of which approximately $22 million as of each date was included in current portion of long-term debt in the accompanying unaudited condensed consolidated balance sheets.

**NOTE 10 — STOCKHOLDERS' EQUITY**

**Organizational Transactions**

Carvana Co.'s amended and restated certificate of incorporation, among other things authorizes (i) 50 million shares of Preferred Stock, par value $0.01 per share, (ii) 500 million shares of Class A common stock, par value $0.001 per share, and (iii) 125 million shares of Class B common stock, par value $0.001 per share. Each share of Class A common stock generally entitles its holder to one vote on all matters to be voted on by stockholders. Each share of Class B common stock held by Ernest Garcia II, Ernest Garcia III, and entities controlled by one or both of them (collectively the "Garcia Parties") generally entitles its holder to ten votes on all matters to be voted on by stockholders, for so long as the Garcia Parties maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Carvana Co.'s Class A common stock, determined on an as-exchanged basis, assuming that all of the Class A Units and Class B Units were exchanged for Class A common stock. All other shares of Class B common stock generally entitle their holders to one vote per share on all matters to be voted on by stockholders. Holders of Class B common stock are not entitled to receive dividends and would not be entitled to receive any distributions upon the liquidation, dissolution or winding down of the Company. Holders of Class A and Class B common stock vote together as a single class on all matters presented to stockholders for their vote or approval, except as otherwise required by applicable law.

Carvana Group's amended and restated LLC Agreement provides for two classes of common ownership interests in Carvana Group: (i) Class A Units and (ii) Class B Units (together, the "LLC Units"). Carvana Co. is required to, at all times, maintain (i) a four-to-five ratio between the number of shares of Class A common stock issued and outstanding by Carvana Co. and the number of Class A Units owned by Carvana Co. (subject to certain exceptions for treasury shares and shares underlying certain convertible or exchangeable securities and subject to adjustment as set forth in the exchange agreement (the "Exchange Agreement") further discussed below, and taking into account Carvana Co. Sub, LLC's 0.1% ownership interest in Carvana, LLC) and (ii) a four-to-five ratio between the number of shares of Class B common stock owned by the original holders of LLC units prior to the IPO (the "Original LLC Unitholders") and the number of Class A Units owned by the Original LLC Unitholders. The Company may issue shares of Class B common stock only to the extent necessary to maintain these ratios. Shares of Class B common stock are transferable only if an Original LLC Unitholder elects to exchange them, together with 1.25 times as many LLC Units, for consideration from the Company. Such consideration from the Company can be, at the Company's election, either shares of Class A common stock or cash.

As of both March 31, 2021 and December 31, 2020, there were approximately 215 million Class A Units and 3 million Class B Units (as adjusted for the participation thresholds and closing price of Class A common stock on March 31, 2021 and December 31, 2020), issued and outstanding. As discussed in Note 12 — Equity-Based Compensation, Class B Units were issued under the Company's LLC Equity Incentive Plan (the "LLC Equity Incentive Plan") and are subject to a participation threshold, and are earned over the requisite service period.

**Exchange Agreement**

Carvana Co. and the Original LLC Unitholders together with any holders of LLC Units issued subsequent to the IPO (together, the "LLC Unitholders") entered into an Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to (i) conversion ratio adjustments for stock splits, stock dividends, reclassifications and similar transactions, (ii) vesting for certain LLC Units, and (iii) the respective participation threshold for Class B Units. To the extent such owners also hold Class B common stock, they are required to deliver to Carvana Co. a number of shares of Class B common stock equal to the number of shares of Class A common stock

18

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

being exchanged for. Any shares of Class B common stock so delivered are canceled. The number of exchangeable Class B Units is determined based on the value of Carvana Co.'s Class A common stock and the applicable participation threshold.

During the three months ended March 31, 2021 and 2020, certain LLC Unitholders exchanged approximately 4 million and less than 1 million LLC Units and approximately 3 million and less than 1 million shares of Class B common stock for approximately 3 million and less than 1 million newly-issued shares of Class A common stock, respectively. Simultaneously, and in connection with these exchanges, Carvana Co. received approximately 4 million and less than 1 million LLC Units during the three months ended March 31, 2021 and 2020, respectively, increasing its total ownership interest in Carvana Group, and canceled the exchanged shares of Class B common stock.

### Class A Non-Convertible Preferred Units

On October 2, 2018, Carvana Group, LLC amended its LLC Agreement to create a class of non-convertible preferred units (the "Class A Non-Convertible Preferred Units"), effective September 21, 2018. The Class A Non-Convertible Preferred Units were created in connection with Carvana Co.'s issuance of its Senior Notes, as discussed further and defined in Note 9 — Debt Instruments. On October 2, 2020, Carvana Group, LLC amended and restated its LLC Agreement to, among other things, authorize the issuance of 1.1 million Class A Non-Convertible Preferred Units to be sold to Carvana Co. in connection with the issuance of its 2025 and 2028 Notes and authorize the issuance of additional Class A Non-Convertible Preferred Units, in each case in consideration for the capital contribution made or deemed to have been made by Carvana Co. of the net proceeds of senior unsecured notes issuances. On March 29, 2021, Carvana Group, LLC issued 0.6 million Class A Non-Convertible Preferred Units in connection with the issuance of its 2027 Notes. Carvana Co. used its net proceeds from the 2023 Notes, the 2025 and 2028 Notes, and the 2027 Notes, to purchase 0.6 million, 1.1 million and 0.6 million, respectively, of Class A Non-Convertible Preferred Units.

When Carvana Co. makes payments on the Senior Notes, Carvana Group makes an equal cash distribution, as necessary, to the Class A Non-Convertible Preferred Units. For each $1,000 principal amount of Senior Notes that Carvana Co. repays or otherwise retires, one Class A Non-Convertible Preferred Unit is canceled and retired. As discussed further in Note 9 — Debt Instruments, the Company redeemed its 2023 Notes on October 2, 2020 using a portion of its net proceeds from the issuance of its 2025 and 2028 Notes, at which point 0.6 million Class A Non-Convertible Preferred Units were canceled and retired.

### NOTE 11 — NON-CONTROLLING INTERESTS

As discussed in Note 1 — Business Organization, Carvana Co. consolidates the financial results of Carvana Group and reports a non-controlling interest related to the portion of Carvana Group owned by the LLC Unitholders. Changes in the ownership interest in Carvana Group while Carvana Co. retains its controlling interest will be accounted for as equity transactions. Exchanges of LLC Units result in a change in ownership and reduce the amount recorded as non-controlling interests and increase additional paid-in capital.

Upon the issuance of shares of Class A common stock by Carvana Co. related to the Company's equity compensation plans such as the exercise of options, issuance of restricted or non-restricted stock, payment of bonuses in stock or settlement of stock appreciation rights in stock, Carvana Group is required to issue to Carvana Co. a number of Class A Units equal to 1.25 times the number of shares of Class A common stock being issued in connection with the exercise of such options or issuance of other types of equity compensation, subject to adjustment for stock splits, stock dividends, reclassifications and similar transactions. Activity related to the Company's equity compensation plans may result in a change in ownership which will impact the amount recorded as non-controlling interest and additional paid-in capital.

The non-controlling interest related to the Class B Units is determined based on the respective participation thresholds and the share price of Class A common stock on an as-converted basis. To the extent that the number of as-converted Class B Units change or Class B Units are forfeited, the resulting difference in ownership will be accounted for as equity transactions adjusting the non-controlling interest and additional paid-in capital.

During the three months ended March 31, 2021 and 2020, the total adjustments related to exchanges of LLC Units were a decrease in non-controlling interests and a corresponding increase in additional paid-in capital of approximately $12 million and less than $1 million, respectively, which have been included in exchanges of LLC Units in the accompanying unaudited condensed consolidated statements of stockholders' equity.

19

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

As of March 31, 2021, Carvana Co. owned approximately 45.7% of Carvana Group with the LLC Unitholders owning the remaining 54.3%. The net loss attributable to the non-controlling interests on the accompanying unaudited condensed consolidated statements of operations represents the portion of the net loss attributable to the economic interest in Carvana Group held by the non-controlling LLC Unitholders calculated based on the weighted average non-controlling interests' ownership during the periods presented.

## NOTE 12 — EQUITY-BASED COMPENSATION

Equity-based compensation is recognized based on amortizing the grant-date fair value on a straight-line basis over the requisite service period, which is generally the vesting period of the award, less actual forfeitures. A summary of equity-based compensation recognized during the three months ended March 31, 2021 and 2020 is as follows:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| | (in millions) | |
| Restricted Stock Units and Awards | $ 7 | $ 5 |
| Options | 3 | 2 |
| Total equity-based compensation | 10 | 7 |
| Equity-based compensation capitalized to property and equipment | (2) | (1) |
| Equity-based compensation, net of capitalized amounts | $ 8 | $ 6 |

As of March 31, 2021, the total unrecognized compensation related to outstanding equity awards was approximately $106 million, which the Company expects to recognize over a weighted-average period of approximately 3.0 years. Total unrecognized equity-based compensation will be adjusted for actual forfeitures.

**2017 Omnibus Incentive Plan**

In connection with the IPO, the Company adopted the 2017 Omnibus Incentive Plan (the "2017 Incentive Plan"). Under the 2017 Incentive Plan, 14 million shares of Class A common stock are available for issuance, which the Company may grant as stock options, stock appreciation rights, restricted stock, restricted stock units and other stock-based awards to employees, directors, officers and consultants. The majority of equity granted by the Company vests over four year periods based on continued employment with the Company. As of March 31, 2021, approximately 10 million shares remain available for future equity award grants under this plan.

**Class A Units**

During 2018, the Company granted certain employees Class A Units with service-based vesting over two- to four-year periods and a grant-date fair value of $18.58 per Class A Unit. The grantees entered into the Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting. The Company incurred less than $1 million of equity-based compensation related to the Class A Units during each of the three months ended March 31, 2021 and 2020.

**Class B Units**

In March 2015, Carvana Group adopted the LLC Equity Incentive Plan. Under the LLC Equity Incentive Plan, Carvana Group could grant Class B Units to eligible employees, non-employee officers, consultants and directors with service-based vesting, typically four- to five-years. In connection with the completion of the IPO, Carvana Group discontinued the grant of new awards under the LLC Equity Incentive Plan, however the LLC Equity Incentive Plan will continue in connection with administration of existing awards that remain outstanding. Grantees may receive shares of the Company's Class A common stock in exchange for their Class B Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to

20

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting and the respective participation threshold for Class B Units. Class B Units do not expire. There were no Class B Units issued during the three months ended March 31, 2021 or 2020. As of March 31, 2021, outstanding Class B Units had participation thresholds between $0.00 to $12.00. The Company incurred less than $1 million of equity-based compensation related to the Class B Units during each of the three months ended March 31, 2021 and 2020.

## NOTE 13 — LOSS PER SHARE

Basic and diluted net loss per share is computed by dividing the net loss attributable to Class A common stockholders by the weighted-average shares of Class A common stock outstanding during the period. Diluted net loss per share is computed by giving effect to all potentially dilutive shares. For all periods presented, potentially dilutive shares are excluded from diluted net loss per share because they have an anti-dilutive impact. Therefore, basic and diluted net loss per share attributable to Class A common stockholders are the same for all periods presented.

The following table presents the calculation of basic and diluted net loss per share during the three months ended March 31, 2021 and 2020:

| | Three Months Ended March 31, | |
| | 2021 | 2020 |
| | (in millions, except number of shares and per share amounts) | |
|---|---|---|
| Numerator: | | |
| Net loss | $ (82) | $ (184) |
| Net loss attributable to non-controlling interests | 46 | 124 |
| Net loss attributable to Carvana Co. Class A common stockholders, basic and diluted | $ (36) | $ (60) |
| Denominator: | | |
| Weighted-average shares of Class A common stock outstanding (in thousands) | 78,149 | 50,555 |
| Nonvested weighted-average restricted stock awards (in thousands) | (46) | (156) |
| Weighted-average shares of Class A common stock to compute basic and diluted net loss per Class A common share (in thousands) | 78,103 | 50,399 |
| Net loss per share of Class A common stock, basic and diluted | $ (0.46) | $ (1.19) |

Shares of Class B common stock do not share in the losses of the Company and are therefore not participating securities. As such, separate presentation of basic and diluted net loss per share of Class B common stock under the two-class method has not been presented. LLC Units (adjusted for the exchange ratio and participation thresholds) are considered potentially dilutive shares of Class A common stock because they are exchangeable into shares of Class A common stock, if the Company elects not to settle exchanges in cash.

Weighted-average as-converted LLC Units of approximately 97 million and 105 million, comprised of approximately 95 million and 101 million Class A Units together with the related Class B common stock and approximately 2 million and 4 million Class B Units, for the three months ended March 31, 2021 and 2020, respectively, were evaluated under the if-converted method for potentially dilutive effects and were determined to be anti-dilutive. Outstanding Class B Units were approximately 3 million and 5 million at March 31, 2021 and 2020, respectively. Weighted-average potentially dilutive restricted stock awards and units of approximately 0.7 million and 0.8 million for the three months ended March 31, 2021 and 2020, respectively, were evaluated under the treasury stock method for potentially dilutive effects and were determined to be anti-dilutive. As of March 31, 2021 and 2020, 1.2 million and 1.3 million options, respectively, were outstanding and evaluated under the treasury stock method for potentially dilutive effects and were determined to be anti-dilutive.

## NOTE 14 — INCOME TAXES

As described in Note 1 — Business Organization and Note 10 — Stockholders' Equity, as a result of the IPO, Carvana Co. began consolidating the financial results of Carvana Group. Carvana Group is treated as a partnership for U.S. federal and most

21

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

applicable state and local income tax purposes. As a partnership, Carvana Group is not subject to U.S. federal and certain state and local income taxes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. was formed on November 29, 2016 and did not engage in any operations prior to the IPO. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state, and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co.

As described in Note 10 — Stockholders' Equity, the Company acquired approximately 4 million and less than 1 million LLC Units during the three months ended March 31, 2021 and 2020, respectively, in connection with exchanges with LLC Unitholders. During the three months ended March 31, 2021 and 2020, the Company recorded a gross deferred tax asset of approximately $225 million and $2 million, respectively, associated with the basis difference in its investment in Carvana Group related to the acquisition of these LLC Units which is reflected as an increase to additional paid-in capital in the accompanying unaudited condensed consolidated statement of stockholders' equity.

As described in Note 4 — Goodwill and Intangible Assets, Net, the Company acquired various intangible assets in connection with the acquisition of Car360 in 2018. As a result, the Company recognized a deferred tax liability of approximately $2 million which is reflected within other liabilities in the accompanying unaudited condensed consolidated balance sheets. The deferred tax liability will be amortized over five to seven years and less than $1 million was amortized during each of the three months ended March 31, 2021 and 2020.

During the three months ended March 31, 2021, management performed an assessment of the recoverability of deferred tax assets. Management determined, based on the accounting standards applicable to such assessment, that there was sufficient negative evidence as a result of the Company's cumulative losses to conclude it was more likely than not that its deferred tax assets would not be realized and has recorded a full valuation allowance against its deferred tax assets. In the event that management was to determine that the Company would be able to realize its deferred tax assets in the future in excess of their net recorded amount, an adjustment to the valuation allowance would be made which would reduce the provision for income taxes.

The Company recognizes uncertain income tax positions when it is more-likely-than-not the position will be sustained upon examination. As of March 31, 2021 and December 31, 2020, the Company has not identified any uncertain tax positions and has not recognized any related reserves.

The Company's effective tax rate for the three months ended March 31, 2021 and 2020 was a benefit of 0.1% and 0.0%, respectively, related to Car360.

**Tax Receivable Agreement**

Carvana Co. expects to obtain an increase in its share of the tax basis in the net assets of Carvana Group when LLC Units are exchanged by the LLC Unitholders and other qualifying transactions. As described in Note 10 — Stockholders' Equity, each change in outstanding shares of Class A common stock results in a corresponding increase or decrease in Carvana Co.'s ownership of LLC Units. The Company intends to treat any exchanges of LLC Units as direct purchases of LLC interests for U.S. federal income tax purposes. These increases in tax basis may reduce the amounts that Carvana Co. would otherwise pay in the future to various taxing authorities. They may also decrease gains (or increase losses) on future dispositions of certain capital assets to the extent tax basis is allocated to those capital assets.

In connection with the IPO, the Company entered into a Tax Receivable Agreement ("TRA"). Under the TRA, the Company generally will be required to pay to the Original LLC Unitholders 85% of the amount of cash savings, if any, in U.S. federal, state or local tax that the Company actually realizes directly or indirectly (or are deemed to realize in certain circumstances) as a result of (i) certain tax attributes created as a result of any sales or exchanges (as determined for U.S. federal income tax purposes) to or with the Company of their interests in Carvana Group for shares of Carvana Co.'s Class A common stock or cash, including any basis adjustment relating to the assets of Carvana Group and (ii) tax benefits attributable to payments made under the TRA (including imputed interest). The Company expects to benefit from the remaining 15% of any tax benefits that it may actually realize. To the extent that the Company is unable to timely make payments under the TRA for any reason, such payments generally will be deferred and will accrue interest until paid.

22

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

If the Internal Revenue Service or a state or local taxing authority challenges the tax basis adjustments that give rise to payments under the TRA and the tax basis adjustments are subsequently disallowed, the recipients of payments under the agreement will not reimburse the Company for any payments the Company previously made to them. Any such disallowance would be taken into account in determining future payments under the TRA and would, therefore, reduce the amount of any such future payments. Nevertheless, if the claimed tax benefits from the tax basis adjustments are disallowed, the Company's payments under the TRA could exceed its actual tax savings, and the Company may not be able to recoup payments under the TRA that were calculated on the assumption that the disallowed tax savings were available.

The TRA provides that if (i) certain mergers, asset sales, other forms of business combinations, or other changes of control were to occur, (ii) there is a material breach of any material obligations under the TRA; or (iii) the Company elects an early termination of the TRA, then the TRA will terminate and the Company's obligations, or the Company's successor's obligations, under the TRA will accelerate and become due and payable, based on certain assumptions, including an assumption that the Company would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the TRA and that any LLC Units that have not been exchanged are deemed exchanged for the fair market value of the Company's Class A common stock at the time of termination.

As of March 31, 2021, the Company has concluded based on applicable accounting standards, that it was more likely than not that its deferred tax assets subject to the TRA would not be realized; therefore, the Company has not recorded a liability related to the tax savings it may realize from utilization of such deferred tax assets. As of March 31, 2021, the total unrecorded TRA liability is approximately $857 million. If utilization of the deferred tax assets subject to the TRA becomes more likely than not in the future, the Company will record a liability related to the TRA which will be recognized as expense within its consolidated statements of operations.

## NOTE 15 — LEASES

The Company is party to various lease agreements for real estate and transportation equipment. For each lease agreement, the Company determines its lease term as the non-cancellable period of the lease and includes options to extend or terminate the lease when it is reasonably certain that it will exercise that option. The Company also assesses whether each lease is an operating or finance lease at the lease commencement date. Rent expense of operating leases is recognized on a straight-line basis over the lease term and includes scheduled rent increases as well as amortization of tenant improvement allowances.

**Operating Leases**

As of March 31, 2021, the Company is a tenant under various operating leases related to certain of its hubs, vending machines, IRCs, storage, parking and corporate offices. The initial terms expire at various dates between 2021 and 2032. Many of the leases include one or more renewal options ranging from one to twenty years and some contain purchase options. The Company's operating leases are included in operating lease right-of-use assets, other current liabilities, and operating lease liabilities on the accompanying unaudited condensed consolidated balance sheets.

Refer to Note 6 — Related Party Transactions for further discussion of operating leases with related parties.

**Finance Leases**

The Company has finance leases for certain equipment in its transportation fleet. The leases have initial terms of two to five years, some of which include extension options for up to four additional years, and require monthly payments. The Company's finance leases are included in long-term debt on the accompanying unaudited condensed consolidated balance sheets.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Lease Costs and Activity**

The Company's lease costs and activity during the three months ended March 31, 2021 and 2020 were as follows:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | | 2020 | |
| | (in millions) | | | |
| **Lease costs:** | | | | |
| Finance leases: | | | | |
| Amortization of finance lease assets | $ | 7 | $ | 3 |
| Interest obligations under finance leases | | 2 | | 1 |
| Total finance lease costs | $ | 9 | $ | 4 |
| | | | | |
| Operating leases: | | | | |
| Fixed lease costs to non-related parties | $ | 10 | $ | 6 |
| Fixed lease costs to related parties | | 1 | | 2 |
| Total operating lease costs | $ | 11 | $ | 8 |
| | | | | |
| **Cash payments related to lease liabilities included in operating cash flows:** | | | | |
| Operating lease liabilities to non-related parties | $ | 7 | $ | 4 |
| Operating lease liabilities to related parties | $ | 1 | $ | 2 |
| Interest payments on finance lease liabilities | $ | 2 | $ | 1 |
| | | | | |
| **Cash payments related to lease liabilities included in financing cash flows:** | | | | |
| Principal payments on finance lease liabilities | $ | 11 | $ | 4 |

24

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Maturity Analysis of Lease Liabilities**

The following table summarizes maturities of lease liabilities as of March 31, 2021:

| | Finance Leases | | Operating Leases [1] | | | | Total |
| | | Related Party [2] | | Non-Related Party | Total Operating | | |
| | | | | (in millions) | | | |
| Remainder of 2021 | $ 28 | $ 4 | $ | 22 | $ 26 | $ | 54 |
| 2022 | 34 | 5 | | 26 | 31 | | 65 |
| 2023 | 33 | 5 | | 21 | 26 | | 59 |
| 2024 | 24 | 4 | | 16 | 20 | | 44 |
| 2025 | 16 | 3 | | 16 | 19 | | 35 |
| Thereafter | 5 | 7 | | 130 | 137 | | 142 |
| Total minimum lease payments | 140 | 28 | | 231 | 259 | | 399 |
| Less: amount representing interest | (14) | (6) | | (85) | (91) | | (105) |
| Total lease liabilities | $ 126 | $ 22 | $ | 146 | $ 168 | $ | 294 |

(1) Leases that are on a month-to-month basis, short-term leases, and lease extensions that the Company does not expect to exercise are not included.
(2) Related party lease payments exclude rent payments due under the DriveTime Lease Agreement and the DriveTime Hub Lease Agreement for locations where the Company shares space with DriveTime, as those are variable lease payments contingent upon the Company's utilization of the leased assets.

As of March 31, 2021 and December 31, 2020, none of the Company's lease agreements contain material residual value guarantees or material restrictive covenants.

**Lease Terms and Discount Rates**

The weighted-average remaining lease terms and discount rates as of March 31, 2021 and 2020 were as follows, excluding short-term operating leases:

| | Three Months Ended March 31, | |
| | 2021 | 2020 |
| **Weighted-average remaining lease terms (years)** | | |
| Operating leases | 9.5 | 10.9 |
| Finance leases | 4.4 | 4.5 |
| **Weighted-average discount rate** | | |
| Operating leases | 8.2 % | 8.3 % |
| Finance leases | 5.3 % | 5.4 % |

**NOTE 16 — COMMITMENTS AND CONTINGENCIES**

**Accrued Limited Warranty**

As part of its retail strategy, the Company provides a 100-day or 4,189-mile limited warranty to customers to repair certain broken or defective components of each used vehicle sold. As such, the Company accrues for such repairs based on actual claims incurred to-date and repair reserves based on historical trends. The liability was approximately $15 million and $11

25

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

million as of March 31, 2021 and December 31, 2020, respectively, and is included in accounts payable and other accrued liabilities in the accompanying unaudited condensed consolidated balance sheets.

**Legal Matters**

From time to time, the Company is involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, the Company does not believe that the ultimate resolution of these actions will have a material adverse effect on its financial position, results of operations, liquidity and capital resources.

Future litigation may be necessary to defend the Company and its partners by determining the scope, enforceability and validity of third party proprietary rights or to establish its proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on the Company because of defense and settlement costs, diversion of management resources and other factors.

**NOTE 17 — FAIR VALUE OF FINANCIAL INSTRUMENTS**

The Company holds certain assets that are required to be measured at fair value on a recurring basis, and beneficial interests in securitizations for which it elected the fair value option. A description of the fair value hierarchy and the Company's methodologies are included in Note 2 — Summary of Significant Accounting Policies.

The following tables are a summary of fair value measurements and hierarchy level at March 31, 2021 and December 31, 2020:

|  | March 31, 2021 | | | |
|---|---|---|---|---|
|  | Carrying Value | Level 1 | Level 2 | Level 3 |
|  | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [(1)] | $ 265 | $ 265 | $ — | $ — |
| Beneficial interests in securitizations | 177 | — | — | 177 |

|  | December 31, 2020 | | | |
|---|---|---|---|---|
|  | Carrying Value | Level 1 | Level 2 | Level 3 |
|  | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [(1)] | $ 308 | $ 308 | $ — | $ — |
| Beneficial interests in securitizations | 131 | — | — | 131 |

_____

(1) Consists of highly liquid investments with original maturities of three months or less and classified in cash and cash equivalents in the accompanying unaudited condensed consolidated balance sheets.

As of March 31, 2021 and December 31, 2020, the Company has purchase price adjustment receivables of approximately $22 million and $14 million, respectively, which are carried at fair value and classified as other assets in the accompanying unaudited condensed consolidated balance sheets. Under the MPSA, the purchaser will make future cash payments to the Company based on the performance of the finance receivables sold. The fair value of the purchase price adjustment receivables are determined based on the extent to which the Company's estimated performance of the underlying finance receivables exceeds a mutually agreed upon performance threshold of the underlying finance receivables as of measurement dates specified in the MPSA. The Company develops its estimate of future cumulative losses based on the historical performance of finance receivables it originated with similar characteristics as well as general macro-economic trends. The Company then utilizes a discounted cash flow model to calculate the present value of the expected future payment amounts. Due to the lack of observable market data these receivables are classified as Level 3. The adjustments to the fair value of the purchase price

26

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

adjustment receivables were a gain of approximately $8 million and a loss of approximately $5 million during the three months ended March 31, 2021 and 2020, respectively, and are reflected in other (income) expense, net in the accompanying unaudited condensed consolidated statements of operations.

**Beneficial Interests in Securitizations**

Beneficial interests in securitizations include notes and certificates of the securitization trusts, the same securities as issued to other investors as described in Note 8 — Securitizations and Variable Interest Entities. Level 2 assets typically include beneficial interests in securitization transactions that closed near the end of the period due to the proximity to the end of the period and lack of observable changes in economic inputs. Given the changes in the market and overall economic inputs between pricing and closing of the March 2020 securitization transaction, it was initially classified as Level 3. As the March 2021 and December 2020 securitization transactions occurred in the middle of the month, allowing observable changes in economic inputs to occur before period end, the March 2021 and December 2020 transactions were classified as Level 3 as of March 31, 2021 and December 31, 2020, respectively.

The Company's beneficial interests in securitizations include rated notes and certificates and other assets, all of which are classified as Level 3 due to the lack of observable market data. The Company determines the fair value of its rated notes based on non-binding broker quotes. The non-binding broker quotes are based on models that consider the prevailing interest rates, recent market transactions, and current business conditions. The Company determines the fair value of its certificates and other assets using a combination of non-binding market quotes and internally developed discounted cash flow models. The discounted cash flow models use discount rates based on prevailing interest rates and the characteristics of the specific instruments. As of both March 31, 2021 and December 31, 2020, the discount rates were 1.4% to 10.0%. Significant increases or decreases in the inputs to the models could result in a significantly higher or lower fair value measurement. The Company elected the fair value option on its beneficial interests in securitizations, which allows it to recognize changes in the fair value of these assets in the period the fair value changes. Changes in the fair value of the beneficial interests in securitizations are reflected in other (income) expense, net in the accompanying unaudited condensed consolidated statements of operations.

For beneficial interests in securitizations measured at fair value on a recurring basis, the Company's transfers between levels of the fair value hierarchy are deemed to have occurred at the beginning of the reporting period on a quarterly basis. During the three months ended March 31, 2020, the Company transferred beneficial interests acquired as part of the December 2019 securitization transaction initially classified as Level 2 from Level 2 to Level 3. The assets were initially classified as Level 2 due to the transactions' proximity to the end of each respective reporting period and the lack of observable changes in economic inputs. As noted above, the Company uses significant unobservable inputs to measure the fair value of these assets on a recurring basis, thus they will be classified as Level 3 in future periods. There were no transfers out of Level 3 during the three months ended March 31, 2021 or 2020.

The following table presents additional information about Level 3 beneficial interests in securitizations measured at fair value on a recurring basis for the three months ended March 31, 2021 and 2020:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | | 2020 | |
| | (in millions) | | | |
| **Opening Balance** | $ | 131 | $ | 69 |
| Transfers into Level 3 | | — | | 29 |
| Received in securitization transactions | | 57 | | 40 |
| Cash receipts | | (13) | | (8) |
| Change in fair value | | 2 | | (11) |
| **Ending Balance** | $ | 177 | $ | 119 |

**Fair Value of Financial Instruments**

The carrying amounts of restricted cash, accounts receivable, accounts payable and accrued liabilities, and accounts payable to related party approximate fair value because their respective maturities are less than three months. The carrying

27

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

value of the short-term revolving facilities were determined to approximate fair value due to their short-term duration and variable interest rates that approximate prevailing interest rates as of each reporting period. The carrying value of notes payable and sale leasebacks were determined to approximate fair value as each of the transactions were entered into at prevailing interest rates during each respective period and they have not materially changed as of or during the periods ended March 31, 2021 and December 31, 2020. The carrying value of the financing of beneficial interests in securitizations was determined to approximate fair value because in the event of a decline in the fair value of the pledged collateral of the financing, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The fair value of the Senior Notes, which are not carried at fair value on the accompanying unaudited condensed consolidated balance sheets, was determined using Level 2 inputs based on quoted market prices for the identical liability. The fair value of the Senior Notes as of March 31, 2021 and December 31, 2020 was as follows:

|  | March 31, 2021 | | December 31, 2020 |
| --- | --- | --- | --- |
|  | (in millions) | | |
| Carrying value, net of unamortized debt issuance costs | $ 1,677 | $ | 1,083 |
| Fair value | 1,716 | | 1,121 |

The fair value of finance receivables, which are not carried at fair value on the accompanying unaudited condensed consolidated balance sheets, was determined utilizing the estimated sales price based on the historical experience of the Company. Such fair value measurement of the finance receivables, net is considered Level 2 under the fair value hierarchy. The carrying value and fair value of the finance receivables as of March 31, 2021 and December 31, 2020 were as follows:

|  | March 31, 2021 | | December 31, 2020 |
| --- | --- | --- | --- |
|  | (in millions) | | |
| Carrying value | $ 384 | $ | 275 |
| Fair value | 427 | | 300 |

**Derivative Instruments**

As of March 31, 2021 and December 31, 2020, the Company had no outstanding derivative instruments.

28

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

## NOTE 18 — SUPPLEMENTAL CASH FLOW INFORMATION

The following table summarizes supplemental cash flow information for the three months ended March 31, 2021 and 2020:

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2021** | | **2020** | |
| | (in millions) | | | |
| **Supplemental cash flow information:** | | | | |
| Cash payments for interest | $ | 14 | $ | 13 |
| **Non-cash investing and financing activities:** | | | | |
| Capital expenditures included in accounts payable and accrued liabilities | $ | 25 | $ | 36 |
| Property and equipment acquired under finance leases | $ | 26 | $ | 18 |
| Operating lease right-of-use assets obtained in exchange for operating lease liabilities | $ | 6 | $ | 50 |
| Equity-based compensation expense capitalized to property and equipment | $ | 2 | $ | 1 |
| Fair value of beneficial interests received in securitization transactions | $ | 57 | $ | 40 |
| Reductions of beneficial interests in securitizations and associated long-term debt | $ | 6 | $ | 7 |

The following table provides a reconciliation of cash, cash equivalents, and restricted cash reported within the accompanying unaudited condensed consolidated balance sheets that sum to the total of the same amounts shown in the accompanying unaudited condensed consolidated statements of cash flows for all periods presented:

| | March 31, 2021 | | December 31, 2020 | | March 31, 2020 | | December 31, 2019 | |
|---|---|---|---|---|---|---|---|---|
| | (in millions) | | | | | | | |
| Cash and cash equivalents | $ | 370 | $ | 301 | $ | 72 | $ | 76 |
| Restricted cash [1] | | 45 | | 28 | | 73 | | 42 |
| Total cash, cash equivalents and restricted cash | $ | 415 | $ | 329 | $ | 145 | $ | 118 |

_____

(1) Amounts included in restricted cash primarily represent the deposits required under the Company's short-term revolving facilities. Refer to Note 9 — Debt Instruments for additional information.

## NOTE 19 — SUBSEQUENT EVENTS

**Short-Term Revolving Facility**

On April 30, 2021, the Company and a subsidiary entered into an agreement with a new lender pursuant to which the lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until October 30, 2022. The facility requires monthly payments of interest and fees based on usage and unused facility amounts. The subsidiary is a wholly-owned, special purpose entity whose assets are not available to the general creditors of the Company.

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

*Unless the context requires otherwise, references in this report to "Carvana," the "Company," "we," "us," and "our" refer to Carvana Co. and its consolidated subsidiaries. The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to, and should be read in conjunction with, our audited consolidated financial statements, the accompanying notes and the MD&A included in our most recent Annual Report filed on Form 10-K, as well as our consolidated financial statements and the accompanying notes included in Item 1 of this Form 10-Q.*

<strong>Overview</strong>

Carvana is the leading e-commerce platform for buying and selling used cars. We are transforming the used car buying and selling experience by giving consumers what they want - a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Each element of our business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

Our business combines a comprehensive online sales experience with a vertically integrated supply chain that allows us to sell high-quality vehicles to our customers transparently and efficiently at a low price. Using our website, customers can complete all phases of a used vehicle purchase transaction. Specifically, our online sales experience allows customers to:

- *Purchase a used vehicle.*   As of March 31, 2021, we listed approximately 32,800 total units on our website, where customers can select and purchase a vehicle, including arranging financing and signing contracts, directly from their desktop or mobile device. Selling used vehicles to retail customers is the primary driver of our business. Selling used vehicles generates revenue equal to the selling price of the vehicle, less an allowance for returns, and also enables multiple additional revenue streams, including vehicle service contracts ("VSCs"), GAP waiver coverage, and trade-ins.

- *Finance their purchase.*   Customers can pay for their Carvana vehicle using cash, financing from other parties such as banks or credit unions, or financing with us using our proprietary loan origination platform. Customers who choose to apply for our in-house financing fill out a short prequalification form, select from a range of financing terms we provide and, if approved, apply the financing to their purchase in our online checkout process. We generally seek to sell the loans we originate to financing partners or pursuant to a securitization transaction and, in each case, we earn a premium upon sale.

- *Protect their purchase.*   Customers have the option to protect their vehicle with a VSC as part of our online checkout process. VSCs provide customers with insurance against certain mechanical repairs after the expiration of their vehicle's original manufacturer warranty. We earn a fee for selling VSCs on behalf of DriveTime, who is the obligor under these VSCs. We generally have no contractual liability to customers for claims under these agreements. We also offer GAP waiver coverage to customers in most states in which we operate.

- *Sell us their car.*   We allow our customers to trade-in a vehicle and apply the trade-in value to their purchase, or to sell us a vehicle independent of a purchase. Using our digital appraisal tool, customers can receive a firm offer for their vehicle nearly instantaneously from our site simply by answering a few questions about the vehicle condition and features. We generate trade-in offers using a proprietary valuation algorithm supported by extensive used vehicle market and customer-behavior data. When customers accept our offer, they can schedule a time to have the vehicle picked up at their home and receive payment, eliminating the need to visit a dealership or negotiate a private sale. We take their vehicles into inventory and sell them either at auction as a wholesale sale or through our website as a retail sale. Vehicles sold at auction typically do not meet the quality or condition standards required to be included in retail inventory displayed for sale on our website.

To enable a seamless customer experience, we have built a vertically-integrated used vehicle supply chain, supported by proprietary software systems and data.

- *Vehicle acquisition.*   We primarily acquire our used vehicle inventory directly from customers when they trade in or sell us their vehicles and through the large and liquid national used-car auction market. Acquiring directly from customers eliminates auction fees and provides more diverse vehicles. The remainder of our inventory is acquired from vehicle finance and leasing companies, rental car companies, and other suppliers. We use proprietary algorithms to determine which cars to bid on at auction and how much to bid. Our software sifts through over 100,000 vehicles per

30

day and filters out vehicles with reported accidents, poor condition ratings, or other unacceptable attributes, and can evaluate the tens of thousands of potential vehicle purchases that remain per day, creating a competitive advantage versus in-person sourcing methods generally used by traditional dealerships. Once our algorithms have identified a suitable vehicle for purchase, bids are verified and executed by a centralized team of inventory-sourcing professionals. For vehicles sold to us through our website, we use proprietary algorithms to determine an appropriate offer. We assess vehicles on the basis of quality, inventory fit, consumer desirability, relative value, expected reconditioning costs, and vehicle location to identify what we believe represent the most in-demand and profitable vehicles to acquire for inventory. We utilize a broad range of data sources, including proprietary site data, and a variety of external data sources to support our assessments.

- *Inspection and reconditioning.*   Once we acquire a vehicle, we leverage our in-house logistics or a vendor to transport the vehicle to an inspection and reconditioning center ("IRC"), at which point the vehicle is entered into our inventory management system. We then begin a 150-point inspection process covering controls, features, brakes, tires, and cosmetics. Each IRC includes trained technicians, vehicle lifts, paint-less dent repair, and paint capabilities and receives on-site support from vendors with whom we have integrated systems to ensure ready access to parts and materials. When an inspection is complete, we estimate the necessary reconditioning cost for the vehicle to be deemed "Carvana Certified" and expected timing for that vehicle to be made available for sale on our website.

- *Photography and merchandising.*   To provide transparency to our customers, our patented, automated photo booths capture a 360-degree exterior and interior virtual tour of each vehicle in our website inventory. Our photo booths photograph the interior and exterior of the vehicle while technicians annotate material defects based on visibility-threshold category. We also feature integrations with various vehicle data providers for vehicle feature and option information. We have instituted a unified cosmetic standard across all IRCs to better ensure a consistent customer experience.

- *Transportation and fulfillment.*   Third-party vehicle transportation is often slow, expensive, and unreliable. To address these challenges, we built an in-house auto logistics network backed by a proprietary transportation management system ("TMS") to transport our vehicles nationwide. The system is based on a "hub and spoke" model, which connects all IRCs to vending machines and hubs via our owned and leased fleet of multi-car and single car haulers. Our TMS allows us to efficiently manage locations, routes, route capacities, trucks, and drivers while also dynamically optimizing for speed and cost. We store inventory primarily at the IRCs, and when a vehicle is sold, it is delivered directly to the customer or transported to a vending machine or certain hubs for pick-up by the customer. Due to our robust and proprietary logistics infrastructure, we are able to offer our customers and operations team highly accurate predictions of vehicle availability, minimizing unanticipated delays and ensuring a seamless and reliable customer experience.

### COVID-19 Update

In March 2020, the World Health Organization declared the novel coronavirus outbreak ("COVID-19") to be a global pandemic, and a number of state and local government authorities issued shelter in place and stay at home orders which negatively impacted our operations and the demand for used vehicles during the first half of 2020. During the second half of 2020 and through the first quarter of 2021, we have seen a recovery in general market conditions as demand for used vehicles has increased across our network, resulting in a 76.4% increase in used vehicles sales during the first quarter of 2021 compared to the first quarter of 2020. We believe we have been relatively successful in navigating the impact of COVID-19 on our business to date and believe our business model makes us well-positioned to scale up and down to meet expected customer demand during and after the current COVID-19 pandemic. We will continue to evaluate the nature and extent of the impact to our business and our results of operations and financial condition as conditions evolve as a result of the COVID-19 pandemic.

### Used Vehicle Unit Sales

Since launching to customers in Atlanta, Georgia in January 2013, we have experienced rapid growth in sales through our website www.carvana.com. During the three months ended March 31, 2021, the number of vehicles we sold to retail customers

31

grew by 76.4% to 92,457 compared to 52,427 in the three months ended March 31, 2020. We expect our used vehicle sales to grow in future periods with increased penetration in our current markets and expansion into new ones.

We view the number of vehicles we sell to retail customers as the most important measure of our growth, and we expect to continue to focus on building a scalable platform to increase our retail units sold. This focus on retail units sold is motivated by several factors:

- Retail units sold enable multiple revenue streams, including the sale of the vehicle itself, the sale of automotive finance receivables originated to finance the vehicle, the sale of VSCs, the sale of GAP waiver coverage, and the sale of vehicles acquired from customers.

- Retail units sold are the primary driver of customer referrals and repeat sales. Each time we sell a vehicle to a new customer, that customer may refer future customers and can become a repeat buyer in the future.

- Retail units sold are an important driver of the average number of days between when we acquire the vehicle and when we sell it. Reducing average days to sale impacts gross profit on our vehicles because used vehicles depreciate over time.

- Retail units sold allow us to benefit from economies of scale due to our centralized online sales model. We believe our model provides meaningful operating leverage in acquisition, reconditioning, transport, customer service, and delivery.

We plan to invest in technology and infrastructure to support growth in retail units sold. This includes continued investment in our vehicle acquisition, reconditioning and logistics network, as well as continued investment in product development and engineering to deliver customers a best-in-class experience.

### Markets and Population Coverage

Our growth in retail units sold is driven by increased penetration in our existing markets and expansion into new markets. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers with a Carvana employee in a branded delivery truck. We define our population coverage as the percentage of U.S. population that lives within those markets. Opening a new market involves hiring a team of customer advocates, connecting the market to our existing logistics network and initiating local advertising. As a market scales, we may elect to build a vending machine in the market to further increase customer awareness and enhance our fulfillment operations.

Our expansion model has enabled us to increase our rate of market openings, resulting in serving more of the U.S. population, in each of the past eight years. Our market openings since March 31, 2020 increased the total percentage of the U.S. population served to 74.5% in 272 markets as of March 31, 2021 from 68.7% in 161 markets as of March 31, 2020. Over time, we have continually improved our market expansion playbook, which we believe provides us with the capability to efficiently execute our growth plan. We continually evaluate consumer demand and our operational capacity to determine our market opening and vending machine launch strategy.

When we open a market, we commence advertising using a blend of brand and direct advertising channels. Our advertising spend in each market is approximately proportionate to each market's population, subject to adjustments based on specific characteristics of the market, used vehicle market seasonality, and special events such as vending machine openings. This historically has led to increased market penetration over time following the market opening. We also advertise on national television to increase brand awareness.

### Revenue and Gross Profit

Our increased penetration in existing markets and expansion into new markets has led to growth in retail unit sales. We generate revenue on retail units sold from four primary sources: the sale of the vehicles, gains on the sales of loans originated to finance the vehicles, wholesale sales of vehicles we acquire from customers, and sales of ancillary products such as VSCs and GAP waiver coverage.

Our largest source of revenue, used vehicle sales, totaled $1.8 billion and $964 million during the three months ended March 31, 2021 and 2020, respectively. As we increase penetration in existing markets and expand to new ones, we expect used vehicle sales to increase along with retail units sold. We generate gross profit on used vehicle sales from the difference between the retail selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

32

Wholesale sales, which includes sales of trade-ins and other vehicles acquired from customers that do not meet the requirements for our retail inventory, totaled $240 million and $80 million during the three months ended March 31, 2021 and 2020, respectively. We expect wholesale sales to increase with retail units sold through trade-ins and as we expand our program of acquiring vehicles from customers who wish to sell us a car independent of a retail sale. We generate gross profit on wholesale vehicle sales from the difference between the wholesale selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Other sales and revenues, which primarily includes gains on the sales of automotive finance receivables we originate, sales commission on VSCs and sales of GAP waiver coverage totaled $205 million and $54 million during the three months ended March 31, 2021 and 2020, respectively. We expect other sales and revenues to increase with retail units sold. We also expect other sales and revenues to increase as we improve our ability to monetize loans we originate and sell and offer attractive financing solutions and ancillary products to our customers, including products customarily sold by automotive retailers or insurance products customarily sold by traditional insurance companies. Other sales and revenues are 100% gross margin products for which gross profit equals revenue.

During our growth phase, our highest priority outside of safety, will continue to be providing exceptional customer experiences, increasing our brand awareness and building an infrastructure to support growth in retail units sold. Secondarily, we plan to pursue several strategies designed to increase our total gross profit per unit. These strategies include the following:

- *Increase the purchase of vehicles from customers.* We plan to grow the number of vehicles that we purchase from our customers either as trade-ins or independent of a retail sale. This in turn will grow our wholesale business, provide additional vehicles for our retail business, which are more profitable compared to the same vehicle acquired at auction, and expand our inventory selection.

- *Reduce average days to sale.* Our goal is generally to increase both our number of markets and our sales at a faster rate than we increase our inventory size, which we believe would decrease average days to sale due to a relative increase in demand versus supply. Reductions in average days to sale lead to fewer vehicle price reductions, and therefore higher average selling prices, all other factors being equal. Higher average selling prices in turn lead to higher gross profit per unit sold, all other factors being equal.

- *Leverage existing IRC infrastructure.* As we scale, we intend to more fully utilize the capacity in our 12 existing IRCs, which collectively have capacity to inspect and recondition approximately 680,000 vehicles per year at full utilization**.**

- *Increase utilization of our logistics network.* As we scale, we intend to more fully utilize our in-house logistics network to transport cars to our IRCs after acquisition from customers or wholesale auctions.

- *Increase conversion on existing products.* We plan to continue to improve our website to highlight the benefits of our complementary product offerings, including financing, VSCs, GAP waiver coverage, and trade-ins.

- *Add new products and services.* We plan to utilize our online sales platform to offer additional complementary products and services to our customers.

- *Increase monetization of our finance receivables.* We plan to continue selling finance receivables in securitization transactions and otherwise expand our base of financial partners who purchase the finance receivables originated on our platform to reduce our effective cost of funds.

- *Optimize purchasing and pricing.* We are constantly improving the ways in which we predict customer demand, value vehicles sight unseen and optimize what we pay to acquire those vehicles. We also regularly test different pricing of our products, including vehicle sticker prices, trade-in and independent vehicle offers, and ancillary product prices, and we believe we can improve by further optimizing prices over time.

**Seasonality**

Used vehicle sales exhibit seasonality with sales peaking late in the first calendar quarter and diminishing through the rest of the year, with the lowest relative level of vehicle sales expected to occur in the fourth calendar quarter. Due to our rapid growth, our overall sales patterns to date have not reflected the general seasonality of the used vehicle industry, but we expect

33

this to change once our business and markets mature. Used vehicle prices also exhibit seasonality, with used vehicles depreciating at a faster rate in the last two quarters of each year and a slower rate in the first two quarters of each year, all other factors being equal. We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business.

## Investment in Growth

We have aggressively invested in the growth of our business and we expect this investment to continue during normal conditions. We anticipate that our operating expenses will increase substantially as we continue to expand our logistics network, increase our advertising spending, and serve more of the U.S. population. There is no guarantee that we will be able to realize the desired return on our investments.

## Relationship with Related Parties

For discussion about our relationship with related parties, refer to Note 6 — Related Party Transactions of our accompanying unaudited condensed consolidated financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q.

## Key Operating Metrics

We regularly review a number of metrics, including the following key metrics, to evaluate our business, measure our progress and make strategic decisions. Our key operating metrics reflect the key drivers of our growth, including increasing brand awareness, enhancing the selection of vehicles we make available to our customers, and serving more of the U.S. population. Our key operating metrics also demonstrate our ability to translate these drivers into retail sales and to monetize these retail sales through a variety of product offerings.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| Retail units sold | 92,457 | 52,427 |
| Population coverage | 74.5 % | 68.7 % |
| Average monthly unique visitors | 13,234,758 | 6,807,631 |
| Number of IRCs | 12 | 8 |
| Total website units | 32,854 | 33,570 |
| Total gross profit per unit | $ 3,656 | $ 2,640 |

### Retail Units Sold

We define retail units sold as the number of vehicles sold to customers in a given period, net of returns under our seven-day return policy. We view retail units sold as a key measure of our growth for several reasons. First, retail units sold is the primary driver of our revenues and, indirectly, gross profit, since retail unit sales enable multiple complementary revenue streams, including financing, VSCs, GAP waiver coverage, and trade-ins. Second, growth in retail units sold increases the base of available customers for referrals and repeat sales. Third, growth in retail units sold is an indicator of our ability to successfully scale our logistics, fulfillment, and customer service operations.

### Population Coverage

We have previously reported number of markets as a key operating metric. As we have continued to grow, the population covered by these markets is increasingly a more important driver of our growth than the number of markets we serve. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers, which is typically conducted by a Carvana employee in a branded delivery truck. We define population coverage as the metropolitan statistical area population in the markets we serve at the end of the period divided by the total population in the U.S., based on 2015 data from the U.S. Census Bureau. We view the growth in population we serve as a key driver of our growth. As we increase our population coverage, the number of consumers who have access to our fully integrated customer experience increases, which in turn helps increase the number of vehicles we sell.

34

*Average Monthly Unique Visitors*

We define a monthly unique visitor as an individual who has visited our website within a calendar month, based on data provided by Google Analytics. We calculate average monthly unique visitors as the sum of monthly unique visitors in a given period, divided by the number of months in that period. We view average monthly unique visitors as a key indicator of the strength of our brand, the effectiveness of our advertising and merchandising campaigns, and consumer awareness of our brand.

*Number of IRCs*

Number of IRCs is a new key operating metric. As we continue to grow, our number of IRCs is a more important metric than average days to sale due to the impact of IRC capacity on retail units sold and the relative stability of average days to sale over the past three years. We define the number of IRCs as the number of owned or leased IRCs in which Carvana employees perform our 150-point inspection and recondition vehicles to "Carvana Certified" standards before sale to customers. As we scale, we intend to more fully utilize the capacity in our existing 12 IRCs, which, as of March 31, 2021, collectively have capacity to inspect and recondition approximately 680,000 vehicles per year at full utilization. As we increase our number of IRCs, we increase this capacity to inspect and recondition vehicles, which in turn increases the number of vehicles we can sell.

*Total Website Units*

We define total website units as the number of vehicles listed on our website on the last day of a given reporting period, including available inventory for sale, vehicles currently engaged in a purchase or reserved by a customer, and units that can be reserved that generally have not yet completed the inspection and reconditioning process. We view total website units as a key measure of our growth. Growth in total website units increases the selection of vehicles available to consumers in all of our markets simultaneously, which we believe will allow us to increase the number of vehicles we sell. Moreover, growth in total website units indicates our ability to scale our vehicle purchasing, inspection and reconditioning operations. As part of our inventory strategy, over time we may choose not to expand total website units while continuing to grow sales, thereby improving other key operating metrics of the business.

*Total Gross Profit per Unit*

We define total gross profit per unit as the aggregate gross profit in a given period, divided by retail units sold in that period including gross profit generated from the sale of the used vehicle, gains on the sales of loans originated to finance the vehicle, commissions on sales of VSCs, revenue from GAP waiver coverage, and gross profit generated from wholesale sales of vehicles.

**Components of Results of Operations**

*Used Vehicle Sales*

Used vehicle sales represent the aggregate sales of used vehicles to customers through our website. Revenue from used vehicles sales is recognized upon delivery to the customer or pick up of the vehicle by the customer, and is reported net of a reserve for expected returns. Factors affecting used vehicle sales revenue include the number of retail units sold and the average selling price of these vehicles. Changes in retail units sold are a much larger driver of changes in revenue than are changes in average selling price.

The number of used vehicles we sell depends on the volume of traffic to our website, our population coverage, our inventory selection, the effectiveness of our branding and marketing efforts, the quality of our customer's purchase experience, our volume of referrals and repeat customers, the competitiveness of our pricing, competition from other used car dealerships and general economic conditions. On a quarterly basis, the number of used vehicles we sell is also affected by seasonality, with demand for used vehicles reaching a seasonal high point late in the first quarter of each year, commensurate with the timing of tax refunds, and diminishing through the rest of the year, with the lowest relative level of used vehicle sales expected to occur in the fourth calendar quarter.

Our retail average selling price depends on the mix of vehicles we acquire, retail prices in our markets, our pricing strategy, and our average days to sale. We may choose to shift our inventory mix to higher or lower cost vehicles, or to raise or lower our prices relative to market to take advantage of supply or demand imbalances, which could temporarily lead to average selling prices increasing or decreasing. We also generally expect lower average days to sale to be associated with higher retail average selling prices due to decreased vehicle depreciation prior to sale, all other factors being equal.

*Wholesale Vehicle Sales*

Wholesale vehicle sales is equal to the aggregate proceeds we receive on vehicles sold to wholesalers. The vehicles we sell to wholesalers are primarily acquired from customers who sell a vehicle to us without purchasing a retail vehicle and from our customers who trade-in their existing vehicles when making a purchase from us. Factors affecting wholesale vehicle sales include the number of wholesale units sold and the average wholesale selling price of these vehicles. The average selling price of our wholesale units is primarily driven by the mix of vehicles we sell to wholesalers, as well as general supply and demand conditions in the applicable wholesale vehicle market. Beginning in 2020, wholesale vehicle sales includes aggregate proceeds we receive on vehicles sold to DriveTime through competitive online auctions that are managed by an unrelated third party.

*Other Sales and Revenues*

We generate other sales and revenues primarily through the sales of loans we originate and sell in securitization transactions or to financing partners, reported net of a reserve for expected repurchases, interest earned on loans prior to sale, and commissions we receive on VSCs and sales of GAP waiver coverage. In 2016, we entered into a master dealer agreement with DriveTime, pursuant to which we receive a commission for selling VSCs that DriveTime administers. The commission revenue we recognize on VSCs depends on the number of retail units we sell, the conversion rate of VSCs on these sales, commission rates we receive, VSC early cancellation frequency and product features. The GAP waiver coverage revenue we recognize depends on the number of retail units we sell, the number of customers that choose to finance their purchases with us, the frequency of GAP waiver coverage early cancellation, and the conversion rate of GAP waiver coverage on those sales.

We generally seek to sell the loans we originate to securitization trusts we sponsor and establish or to financing partners. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that we sell to the securitization trusts. We also sell the loans we originate under committed forward-flow arrangements, including a master purchase and sale agreement, and through fixed pool loan sales, with financing partners who generally acquire them at premium prices without recourse to us for their post-sale performance. Factors affecting revenue from these sales include the number of loans we originate, the average principal balance of the loans, the credit quality of the portfolio, and the price at which we are able to sell them in securitization transactions or to financing partners.

The number of loans we originate is driven by the number of used vehicles sold and the percentage of our sales for which we provide financing, which is influenced by the financing terms we offer our customers relative to alternatives available to the customer. The average principal balance is driven primarily by the mix of vehicles we sell, since higher average selling prices typically mean higher average balances. The price at which we sell the loan is driven by the terms of our securitization transactions and forward-flow arrangement, applicable interest rates, and whether or not the loan includes GAP waiver coverage.

*Cost of Sales*

Cost of sales includes the cost to acquire, recondition, and transport vehicles associated with preparing them for resale. Vehicle acquisition costs are driven by the mix of vehicles we acquire, the source of those vehicles, and supply-and-demand dynamics in the wholesale vehicle market. Reconditioning costs consist of direct costs, including parts, labor, and third-party repair expenses directly attributable to specific vehicles, as well as indirect costs, such as IRC overhead. Transportation costs consist of costs incurred to transport the vehicles from the point of acquisition to the IRC. Cost of sales also includes any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value.

*Used Vehicle Gross Profit*

Used vehicle gross profit is the vehicle sales price minus our costs of sales associated with vehicles that we list and sell on our website. Used vehicle gross profit per unit is our aggregate used vehicle gross profit in any measurement period divided by the number of retail units sold in that period.

*Wholesale Vehicle Gross Profit*

Wholesale vehicle gross profit is the vehicle sales price minus our cost of sales associated with vehicles we sell to wholesalers. Factors affecting wholesale gross profit include the number of wholesale units sold, the average wholesale selling price of these vehicles, and the average acquisition price associated with these vehicles.

36

*Other Gross Profit*

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in gross profit and the associated drivers are identical to changes in revenues from these products and the associated drivers.

*Selling, General and Administrative Expenses*

Selling, general and administrative ("SG&A") expenses include expenses associated with advertising and providing customer service to customers, operating our vending machines and hubs, operating our logistics and fulfillment network and other corporate overhead expenses, including expenses associated with information technology, product development, engineering, legal, accounting, finance, and business development. We anticipate that these expenses will increase as we grow. SG&A expenses exclude the costs of inspecting and reconditioning vehicles and transporting vehicles from the point of acquisition to the IRC, which are included in cost of sales, and payroll costs for our employees related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.

*Interest Expense*

Interest expense includes interest incurred on our Senior Notes, our Floor Plan Facility, and our Finance Receivable Facilities (each as defined in Note 9 — Debt Instruments of our financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q), as well as our notes payable, and finance leases, which are used to fund general working capital, our inventory, our transportation fleet, and certain of our property and equipment. Interest expense excludes the interest incurred during various construction projects to build, upgrade or remodel certain facilities, which is capitalized to property and equipment and depreciated over the estimated useful lives of the related assets.

*Other (Income) Expense, Net*

Other (income) expense, net includes changes in fair value on our beneficial interests in securitizations and purchase price adjustment receivables (as discussed in Note 17 — Fair Value of Financial Instruments of our financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q), along with other general expenses such as gains or losses from disposals of long-lived assets.

*Income Tax Provision*

Income taxes are recognized based upon our anticipated underlying annual blended federal and state income tax rates adjusted, as necessary, for any discrete tax matters occurring during the period. As the sole managing member of Carvana Group, LLC ("Carvana Group"), Carvana Co. consolidates the financial results of Carvana Group. Carvana Group is treated as a partnership and therefore not subject to U.S. federal and most applicable state and local income tax purposes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co. During the three months ended March 31, 2021, the Company generated an immaterial income tax benefit through Car360, a wholly-owned subsidiary acquired in April 2018.

**Results of Operations**

| | Three Months Ended March 31, | | | | Change |
|---|---|---|---|---|---|
| | 2021 | | 2020 | | |
| | (in millions, except unit and per unit amounts) | | | | |
| **Net sales and operating revenues:** | | | | | |
| Used vehicle sales, net | $ | 1,800 | $ | 964 | 86.7 % |
| Wholesale vehicle sales [1] | | 240 | | 80 | 200.0 % |
| Other sales and revenues [2] | | 205 | | 54 | 279.6 % |
| Total net sales and operating revenues | $ | 2,245 | $ | 1,098 | 104.5 % |
| **Gross profit:** | | | | | |
| Used vehicle gross profit | $ | 112 | $ | 83 | 34.9 % |
| Wholesale vehicle gross profit [1] | | 21 | | 1 | 2,000.0 % |
| Other gross profit [2] | | 205 | | 54 | 279.6 % |
| Total gross profit | $ | 338 | $ | 138 | 144.9 % |
| **Unit sales information:** | | | | | |
| Used vehicle unit sales | | 92,457 | | 52,427 | 76.4 % |
| Wholesale vehicle unit sales | | 26,040 | | 10,754 | 142.1 % |
| **Per unit selling prices:** | | | | | |
| Used vehicles | $ | 19,469 | $ | 18,393 | 5.9 % |
| Wholesale vehicles | $ | 9,217 | $ | 7,402 | 24.5 % |
| **Per retail unit gross profit:** | | | | | |
| Used vehicle gross profit | $ | 1,211 | $ | 1,581 | (23.4)% |
| Wholesale vehicle gross profit | $ | 227 | $ | 23 | 887.0 % |
| Other gross profit | $ | 2,218 | $ | 1,036 | 114.1 % |
| Total gross profit | $ | 3,656 | $ | 2,640 | 38.5 % |
| **Per wholesale unit gross profit:** | | | | | |
| Wholesale vehicle gross profit | $ | 806 | $ | 114 | 607.0 % |

(1) Includes $6 and $0, respectively, of wholesale revenue from related parties.
(2) Includes $42 and $20, respectively, of other sales and revenues from related parties.

*Used Vehicle Sales*

   *Three months ended March 31, 2021 Versus 2020.* Used vehicle sales increased by $836 million to $1.8 billion during the three months ended March 31, 2021, compared to $964 million during the three months ended March 31, 2020. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 92,457 from 52,427 during the three months ended March 31, 2021 and 2020, respectively. The increase in unit sales was driven by growth in existing markets due to continued marketing efforts, expanded inventory selection, and increased brand awareness. The increase in unit sales was also driven by growth to 74.5% market population coverage as of March 31, 2021 from 68.7% as of March 31, 2020. The average selling price of our retail units sold increased to $19,469 from $18,393 due primarily to the vehicle mix and increased demand for used vehicles.

*Wholesale Vehicle Sales*

   *Three months ended March 31, 2021 Versus 2020.* Wholesale vehicle sales increased by $160 million to $240 million during the three months ended March 31, 2021, compared to $80 million during the three months ended March 31, 2020. The increase in revenue was primarily driven by an increase in wholesale units sold to 26,040 from 10,754 during the three months ended March 31, 2021 and 2020, respectively. In addition, the average selling price of our wholesale units sold increased to

38

$9,217 during the three months ended March 31, 2021 from $7,402 during the three months ended March 31, 2020 due to the mix of units acquired from customers and strong wholesale market prices.

### Other Sales and Revenues

*Three months ended March 31, 2021 Versus 2020.* Other sales and revenues increased by $151 million to $205 million during the three months ended March 31, 2021, compared to $54 million during the three months ended March 31, 2020. This increase was primarily driven by originating and selling more finance receivables, along with better pricing on the sales of finance receivables during the three months ended March 31, 2021, due in part to the impact of COVID-19 on the securitization market in March 2020. Additionally, the increase was due to an increase in retail units sold, which led to an increase in VSC sales and GAP waiver coverage sales.

### Used Vehicle Gross Profit

*Three months ended March 31, 2021 Versus 2020.* Used vehicle gross profit increased by $29 million to $112 million during the three months ended March 31, 2021, compared to $83 million during the three months ended March 31, 2020. Increased retail units sold was partially offset by a decrease in used vehicle gross profit per unit to $1,211 for the three months ended March 31, 2021 compared to $1,581 for the three months ended March 31, 2020. The per unit decrease was primarily due to higher transitory costs associated with rapidly ramping our IRC capacity during the three months ended March 31, 2021.

### Wholesale Vehicle Gross Profit

*Three months ended March 31, 2021 Versus 2020.* Wholesale vehicle gross profit increased by $20 million to $21 million during the three months ended March 31, 2021, compared to $1 million during the three months ended March 31, 2020. This was primarily due to an increase in wholesale units sold to 26,040 during the three months ended March 31, 2021 from 10,754 during the three months ended March 31, 2020, along with an increase in wholesale vehicle gross profit per wholesale unit to $806 in the three months ended March 31, 2021 compared to $114 in the three months ended March 31, 2020. The per unit increase was primarily driven by acquiring more vehicles from customers and strong wholesale market prices.

### Other Gross Profit

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in other gross profit and the associated drivers are identical to changes in other sales and revenues and the associated drivers.

*Components of SG&A*

|  | Three Months Ended March 31, | |
|  | 2021 | 2020 |
|  | (in millions) | |
| Compensation and benefits [1] | $ 126 | $ 84 |
| Advertising | 100 | 75 |
| Market occupancy [2] | 13 | 8 |
| Logistics [3] | 30 | 19 |
| Other [4] | 128 | 90 |
| Total | $ 397 | $ 276 |

_____
(1) Compensation and benefits includes all payroll and related costs, including benefits, payroll taxes, and equity-based compensation, except those related to preparing vehicles for sale, which are included in cost of sales, and those related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.
(2) Market occupancy costs includes occupancy costs of our vending machine and hubs. It excludes occupancy costs related to reconditioning vehicles which are included in cost of sales and the portion related to corporate occupancy which are included in other costs.
(3) Logistics includes fuel, maintenance and depreciation related to operating our own transportation fleet, and third party transportation fees, except the portion related to inbound transportation, which is included in cost of sales.
(4) Other costs include all other selling, general and administrative expenses such as IT expenses, corporate occupancy, professional services and insurance, limited warranty, and title and registration.

Selling, general and administrative expenses increased by $121 million to $397 million during the three months ended March 31, 2021, compared to $276 million during the three months ended March 31, 2020. The increase was partially due to an increase in compensation and benefits by $42 million during the three months ended March 31, 2021 which was primarily driven by expansion of our teams to support our growth. The increase in selling, general and administrative expenses was also due to an increase in advertising expense of $25 million during the three months ended March 31, 2021, primarily due to an increase in advertising to drive growth in units sold and acquired from customers. Market occupancy, logistics, and other expenses also increased during the three months ended March 31, 2021 compared to the respective prior year period primarily due to increases in the number of units sold and in population coverage, and in preparation for future growth.

*Interest Expense*

Interest expense increased slightly by $1 million to $30 million during the three months ended March 31, 2021, compared to $29 million during the three months ended March 31, 2020. The increase is primarily due to the increase in long-term debt from the issuance of additional senior unsecured notes in October 2020, along with the additional sale leaseback financing in place during the three months ended March 31, 2021 compared to March 31, 2020. The increases were offset by decreased interest expense incurred on our short-term revolving facilities in the three months ended March 31, 2021 compared to the three months ended March 31, 2020.

*Other (Income) Expense, Net*

Other expense, net changed by $24 million to income of $7 million during the three months ended March 31, 2021 compared to expense of $17 million during the three months ended March 31, 2020. The change in the three months ended March 31, 2021 compared to March 31, 2020 is primarily due to fair value adjustments on our retained beneficial interests in securitizations and purchase price adjustment receivables as of March 31, 2021 compared to March 31, 2020 when the capital markets were more uncertain, primarily due to the onset of the COVID-19 pandemic.

**Non-GAAP Financial Measures**

To supplement the consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we also present the following non-GAAP measures: EBITDA and EBITDA margin. We believe the presentation of both U.S. GAAP and non-GAAP financial measures provides investors with increased transparency into financial measures used by our

40

management team, and it also improves investors' understanding of our underlying operating performance and their ability to analyze our ongoing operating trends. All historic non-GAAP financial measures have been reconciled with the most directly comparable U.S. GAAP financial measures.

*EBITDA and EBITDA Margin*

EBITDA and EBITDA Margin are supplemental measures of operating performance that do not represent and should not be considered an alternative to net loss or cash flow from operations, as determined by U.S. GAAP. EBITDA is defined as net loss before interest expense, income tax expense, and depreciation and amortization expense. EBITDA Margin is EBITDA as a percentage of total revenues. We use EBITDA to measure the operating performance of our business and EBITDA Margin to measure our operating performance relative to our total revenues. We believe that EBITDA and EBITDA Margin are useful measures to us and to our investors because they exclude certain financial and capital structure items that we do not believe directly reflect our core operations and may not be indicative of our recurring operations, in part because they may vary widely across time and within our industry independent of the performance of our core operations. We believe that excluding these items enables us to more effectively evaluate our performance period-over-period and relative to our competitors. EBITDA and EBITDA Margin may not be comparable to similarly titled measures provided by other companies due to potential differences in methods of calculations. A reconciliation of EBITDA to net loss, which is the most directly comparable U.S. GAAP measure, and calculation of EBITDA Margin is as follows:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | | 2020 | |
| | (dollars in millions) | | | |
| Net loss | $ | (82) | $ | (184) |
| Depreciation and amortization expense | | 22 | | 16 |
| Interest expense | | 30 | | 29 |
| EBITDA[1] | $ | (30) | $ | (139) |
| | | | | |
| Total revenues | $ | 2,245 | $ | 1,098 |
| EBITDA Margin | | (1.3)% | | (12.6)% |

_____

(1) Includes less than $1 million and $0 million of income tax provision, respectively.

**Liquidity and Capital Resources**

*General*

We generate cash from the sale of used retail vehicles, the sale of wholesale vehicles, and proceeds from the sale of finance receivables originated in connection with the sale of used vehicles. We generate additional cash flows through our financing activities including our short-term revolving inventory and finance receivable facilities, real estate and equipment financing, the issuance of long-term notes, and new issuances of equity. Historically, cash generated from financing activities has funded growth and expansion into new markets and strategic initiatives and we expect this to continue in the future.

Our ability to service our debt and fund working capital, capital expenditures, and business development efforts will depend on our ability to generate cash from operating and financing activities, which is subject to our future operating performance, as well as to general economic, financial, competitive, legislative, regulatory, and other conditions, some of which may be beyond our control. Our future capital requirements will depend on many factors, including our rate of revenue growth, our construction of IRCs and vending machines, the timing and extent of our spending to support our technology and software development efforts, and increased population coverage.

We had the following liquidity resources available as of March 31, 2021 and December 31, 2020:

| | March 31, 2021 | | December 31, 2020 |
|---|---|---|---|
| | (in millions) | | |
| Cash and cash equivalents | $ | 370 | $ | 301 |
| Availability under short-term revolving facilities [1] | | 1,294 | | 1,088 |
| Availability under sale-leaseback agreements [2] | | 1 | | 19 |
| Committed liquidity resources available | $ | 1,665 | $ | 1,408 |

---

(1) Based on pledging all eligible vehicles and finance receivables under the available capacity in the Floor Plan Facility and Finance Receivable Facilities, excluding the impact to restricted cash requirements.

(2) We have $285 million and $250 million of total unfunded gross real estate assets as of March 31, 2021 and December 31, 2020, respectively.

As of March 31, 2021 and December 31, 2020, the short-term revolving facilities had total capacity of approximately $2.25 billion, an outstanding balance of $122 million and $40 million, and unused capacity of $2.1 billion and $2.2 billion, respectively.

We also had $6 million of committed funds for future construction costs of IRCs with unfinished construction as of both March 31, 2021 and December 31, 2020.

In addition, we had $80 million and $48 million of total unpledged beneficial interests in securitizations as of March 31, 2021 and December 31, 2020, respectively.

On April 30, 2021, we entered into an agreement with a new lender pursuant to which the lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables that we originated. We can draw upon this facility until October 30, 2022.

As of March 31, 2021 and December 31, 2020, our outstanding principal amount of indebtedness, including finance leases, was $2.5 billion and $1.7 billion, respectively, summarized in the table below. See Note 9 — Debt Instruments and Note 15 —

Leases included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q for further information on our debt and finance leases.

| | March 31, 2021 | | December 31, 2020 |
|---|---|---|---|
| | (in millions) | | |
| **Asset-Based Financing:** | | | |
| Inventory | $ 122 | $ | 40 |
| Finance receivables and beneficial interests | 95 | | 81 |
| Transportation fleet[1] | 138 | | 124 |
| Real estate[2] | 418 | | 398 |
| Total asset-based financing | 773 | | 643 |
| Senior Notes | 1,700 | | 1,100 |
| Total debt | 2,473 | | 1,743 |
| Less: unamortized debt issuance costs[3] | (28) | | (21) |
| Total debt, net | $ 2,445 | $ | 1,722 |

_____

(1) Amount includes notes payable and finance leases.

(2) Amount includes real estate financing and notes payable.

(3) The unamortized debt issuance costs related to long-term debt are presented as a reduction of the carrying amount of the corresponding liabilities on our consolidated balance sheets. Unamortized debt issuance costs related to revolving debt agreements are presented within other assets on our consolidated balance sheets and not included here.

*Cash Flows*

The following table presents a summary of our consolidated cash flows from operating, investing and financing activities for the three months ended March 31, 2021 and 2020:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2021 | 2020 |
| | (in millions) | |
| Net cash used in operating activities | $ (532) | $ (168) |
| Net cash used in investing activities | (75) | (89) |
| Net cash provided by financing activities | 693 | 284 |
| Net increase in cash, cash equivalents and restricted cash | 86 | 27 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 415 | $ 145 |

*Operating Activities*

Our primary sources of operating cash flows result from the sales of used retail vehicles, wholesale vehicles, loans we originate, and ancillary products. Our primary uses of cash from operating activities are purchases of inventory, cash used to acquire customers, and personnel-related expenses. For the three months ended March 31, 2021, net cash used in operating activities was $532 million, an increase of $364 million compared to net cash used in operating activities of $168 million for the three months ended March 31, 2020. The increase in our net cash used in operating activities was primarily due to changes in working capital, primarily related to the increase in our vehicle inventory, along with increased cash used by originations and proceeds of finance receivables due to the timing of originations and subsequent sales. These increases in uses of cash were partially offset by the net cash inflows associated with the change in accounts payable and accrued liabilities.

43

*Investing Activities*

Our primary use of cash for investing activities is purchases of property and equipment to expand our operations. Cash used in investing activities was $75 million and $89 million during the three months ended March 31, 2021 and 2020, respectively, a decrease of $14 million, primarily driven by a slight decrease in purchases of property and equipment and increase in principal payments received on beneficial interests in securitizations.

*Financing Activities*

Cash flows from financing activities primarily relate to our short and long-term debt activity and proceeds from equity issuances which have been used to provide working capital and for general corporate purposes, including paying down our short-term revolving facilities. Cash provided by financing activities was $693 million and $284 million during the three months ended March 31, 2021 and 2020, respectively, an increase of $409 million. The change primarily relates to increased net proceeds from long-term debt primarily from the issuance of our $600 million Senior Notes during the three months ended March 31, 2021, slightly offset by decreased net proceeds on our short-term revolving facilities.

## Contractual Obligations and Commitments

On March 29, 2021, we issued $600 million in aggregate principal amount of 5.500% senior unsecured notes due April 15, 2027 (the "2027 Notes"). The interest on the 2027 Notes is payable semi-annually on April 15 and October 15 of each year, beginning on October 15, 2021.

Other than as noted above, we have not entered into any material contractual obligations or commitments outside of the ordinary course of business since the most recently ended fiscal year as disclosed in the header "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our most recent Annual Report on Form 10-K, filed February 25, 2021.

## Fair Value Measurements

We report money market securities, certain receivables, and beneficial interests in securitizations at fair value. See Note 17 — Fair Value of Financial Instruments, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q, which is incorporated into this item by reference.

## Off-Balance Sheet Arrangements

In the ordinary course of business, we sponsor and engage in securitization transactions to sell our finance receivables to a diverse pool of investors. These securitizations involve unconsolidated variable interest entities in which we retain at least 5% of the credit risk of the underlying finance receivables by holding at least 5% of the notes and certificates issued by these entities. We are exposed to market risk in the securitization market. See Note 8 — Securitizations and Variable Interest Entities, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q, for further discussion regarding our transactions with unconsolidated variable interest entities.

Except as discussed above, we did not have any off-balance sheet arrangements as of March 31, 2021.

## Critical Accounting Policies

Refer to Note 2 — Summary of Significant Accounting Policies, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q for accounting pronouncements and material changes to our critical accounting policies since December 31, 2020. There have been no other material changes to our critical accounting policies and use of estimates from those described under "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

44

**FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q, as well as information included in oral statements or other written statements made or to be made by us, contain statements that constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on our current beliefs, expectations, and assumptions regarding the future of our business, future plans and strategies, and other future conditions. Forward-looking statements can be identified by words such as "anticipate," "believe," "envision," "estimate," "expect," "intend," "may," "plan," "predict," "project," "target," "potential," "will," "would," "could," "should," "continue," "ongoing," "contemplate," and other similar expressions, although not all forward-looking statements contain these identifying words. Examples of forward-looking statements include, among others, statements we make regarding:

- future financial position;

- business strategy;

- budgets, projected costs, and plans;

- future industry growth;

- financing sources;

- the impact of litigation, government inquiries, and investigations; and

- all other statements regarding our intent, plans, beliefs, or expectations or those of our directors or officers.

We may not actually achieve the plans, intentions or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements. Actual results or events could differ materially from the plans, intentions and expectations disclosed in the forward-looking statements we make. Important factors that could cause actual results and events to differ materially from those indicated in the forward-looking statements include, among others, the following:

- our history of losses and ability to maintain profitability in the future;

- our ability to effectively manage our rapid growth;

- our ability to maintain customer service quality and reputational integrity and enhance our brand;

- our limited operating history;

- the seasonal and other fluctuations in our quarterly operating results, including as a result of COVID-19 and other future epidemics and public health crises;

- our relationship with DriveTime and its affiliates;

- our management's accounting judgments and estimates, as well as changes to accounting policies;

- our ability to compete in the highly competitive industry in which we participate;

- the changes in prices of new and used vehicles;

- our ability to acquire desirable inventory;

- our ability to sell our inventory expeditiously;

- our ability to sell and generate gains on the sale of automotive finance receivables;

- our dependence on the sale of automotive finance receivables for a substantial portion of our gross profits;

45

- our exposure to credit losses and prepayments on our interests in automotive finance receivables;

- our reliance on credit data for the automotive finance receivables we sell;

- our ability to successfully market and brand our business;

- our reliance on internet searches to drive traffic to our website;

- our ability to comply with the laws and regulations to which we are subject;

- the changes in the laws and regulations to which we are subject;

- our ability to comply with the Telephone Consumer Protection Act of 1991;

- the evolution of regulation of the Internet and e-commerce;

- our ability to grow complementary product and service offerings;

- our ability to address the shift to mobile device technology by our customers;

- risks related to the larger automotive ecosystem;

- the geographic concentration where we provide services and recondition and store vehicle inventory;

- our ability to obtain affordable inventory insurance;

- our ability to raise additional capital;

- our ability to maintain adequate relationships with the lenders that finance our vehicle inventory purchases;

- the representations we make with regard to our finance receivables we sell;

- our reliance on our proprietary credit scoring model in the forecasting of loss rates;

- our reliance on internal and external logistics to transport our vehicle inventory;

- the risks associated with the construction and operation of our IRCs, hubs and vending machines, including our dependence on one supplier for construction and maintenance for our vending machines;

- our ability to finance IRCs and vending machines;

- our ability to protect the personal information and other data that we collect, process, and store;

- disruptions in availability and functionality of our website;

- our ability to protect our intellectual property, technology, and confidential information;

- our ability to defend against claims that our employees, consultants or advisors have wrongfully used or disclosed trade secrets or intellectual property;

- our ability to defend against intellectual property disputes;

- our ability to comply with the terms of open source licenses;

- conditions affecting automotive manufacturers, including manufacturer recalls;

- our reliance on third party technology to complete critical business functions;

- our dependence on key personnel to operate our business;

- the resources required to comply with public company obligations;

- the diversion of management's attention and other disruptions associated with potential future acquisitions;

- the restrictions that could limit the flexibility in operating our business imposed by the covenants contained in the indentures governing our Senior Notes;

- the legal proceedings to which we may be subject in the ordinary course of business;

- risks relating to our corporate structure and tax receivable agreements; and

- other factors disclosed in the section titled "Risk Factors" in our most recent Annual Report on Form 10-K and other filings we make with the Securities and Exchange Commission.

The forward-looking statements in this Quarterly Report on Form 10-Q represent our views as of the date of this Report. We undertake no obligation to publicly update any forward-looking statements whether as a result of new information, future developments or otherwise.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

There have been no material changes to our quantitative and qualitative disclosures about market risk from those described under "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

## ITEM 4. CONTROLS AND PROCEDURES

### Evaluation of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including the chief executive officer and chief financial officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this report. Based on this evaluation, our chief executive officer and chief financial officer concluded that our disclosure controls and procedures were effective as of such date. Our disclosure controls and procedures are designed to ensure that information required to be disclosed in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and that such information is accumulated and communicated to management, including the chief executive officer and chief financial officer, to allow timely decisions regarding required disclosure.

### Changes in Internal Controls Over Financial Reporting

There were no changes to our internal control over financial reporting that occurred during the three months ended March 31, 2021 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

**PART II. OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

From time to time, we are involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, we do not believe that the ultimate resolution of these actions will have a material adverse effect on our financial position, results of operations, liquidity and capital resources.

Future litigation may be necessary to defend ourselves and our partners by determining the scope, enforceability and validity of third party proprietary rights or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources and other factors.

**ITEM 1A. RISK FACTORS**

There have been no material changes to the risk factors disclosed under the heading "Risk Factors" in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

**Recent Sales of Unregistered Securities**

There were no unregistered sales of equity during the three months ended March 31, 2021, except as otherwise previously reported.

During the three months ended March 31, 2021, pursuant to the terms of the Exchange Agreement entered into in connection with our IPO, certain LLC Unitholders exchanged approximately 4 million LLC Units and approximately 3 million shares of Class B common stock for approximately 3 million newly-issued shares of Class A common stock. These shares were issued in reliance on an exemption from registration pursuant to Section 4(a)(2) of the Securities Act of 1933.

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES**

None.

**ITEM 4. MINE SAFETY DISCLOSURES**

Not applicable.

**ITEM 5. OTHER INFORMATION**

None.

**ITEM 6. EXHIBITS**

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 4.1 | Indenture, dated March 29, 2021, among Carvana Co., each of the guarantors party thereto and U.S. Bank National Association, as trustee, related to the 5.500% Senior Notes due 2027 (incorporated by reference to Exhibit 4.1 to Carvana's Current Report on Form 8-K filed with the SEC on March 30, 2021). |
| 4.2 | Form of 5.500% Senior Notes due 2027 (incorporated by reference to Exhibit 4.2 to Carvana's Current Report on Form 8-K filed with the SEC on March 30, 2021). |
| 10.1 | First Amendment to Second Amended and Restated Inventory Financing and Security Agreement, dated March 15, 2021, among Carvana, LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana's Current Report on Form 8-K filed with the SEC on March 18, 2021). |
| 10.2 * | Fifteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated March 19, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana's Current Report on Form 8-K filed with the SEC on March 24, 2021). |
| 10.3 | Sixteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated May 3, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc., filed herewith. |
| 10.4 | Third Addendum to the Master Dealer Agreement, effective April 19, 2021, among SilverRock Automotive, Inc., SilverRock Automotive of Florida, Inc., and Carvana, LLC, filed herewith. |
| 31.1 | Certification of the Chief Executive Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 31.2 | Certification of the Chief Financial Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 32.1 | Certification of the Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, furnished herewith. |
| 32.2 | Certification of the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, furnished herewith. |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document. |

* Certain portions of the exhibit (indicated by "[***]") have been omitted as the Registrant has determined (i) the omitted information is not material and (ii) the omitted information would likely cause competitive harm to the Registrant if publicly disclosed.

49

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date:    May 6, 2021

**Carvana Co.**
(Registrant)

By: /s/ Mark Jenkins

Mark Jenkins
Chief Financial Officer
(On behalf of the Registrant and as Principal Financial Officer)

50

**Exhibit 10.3**

**SIXTEENTH AMENDMENT**

SIXTEENTH AMENDMENT, effective as of May 1, 2021 (this "Amendment") to the Amended and Restated Master Purchase and Sale Agreement, dated as of March 6, 2017, as amended by the First Amendment, dated as of September 14, 2017, by the Second Amendment, dated as of November 3, 2017, by Omnibus Amendment No. 2 to Basic Documents (Ally-Carvana Flow), dated as of January 4, 2018, by the Third Amendment, dated as of November 2, 2018, by the Fourth Amendment, effective as of January 4, 2019, by the Fifth Amendment, effective as of March 6, 2019, by the Sixth Amendment, effective as of April 19, 2019, by the Seventh Amendment, effective as of March 19, 2020, by the Eighth Amendment, effective as of March 24, 2020, by the Ninth Amendment, effective as of April 29, 2020, by the Tenth Amendment, effective as of May 19, 2020, by the Eleventh Amendment, effective as of June 30, 2020, by the Twelfth Amendment, dated as of September 29, 2020, by the Thirteenth Amendment, dated as of December 30, 2020, by the Fourteenth Amendment, dated as of January 29, 2021 and by the Fifteenth Amendment, dated as of March 19, 2021 (the "Master Purchase and Sale Agreement"), among CARVANA AUTO RECEIVABLES 2016-1 LLC, a Delaware limited liability company, as Transferor (the "Transferor"), ALLY BANK, a Utah chartered bank, as a Purchaser (in such capacity, a "Purchaser"), and ALLY FINANCIAL INC., a Delaware corporation, as a Purchaser (in such capacity, a "Purchaser" and, together with Ally Bank, the "Purchasers").

WITNESSETH:

WHEREAS, the Transferors and the Purchasers are parties to the Master Purchase and Sale Agreement pursuant to which the Purchasers have agreed to purchase specified portfolios of receivables and related property from the Transferor; and

WHEREAS, the parties wish to amend the Master Purchase and Sale Agreement in certain respects;

NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto hereby agree as follows:

SECTION I
DEFINITIONS

Section 1.01    Defined Terms. Unless otherwise defined herein, capitalized terms used in the above recitals and in this Amendment are defined in and shall have the respective meanings assigned to them in (or by reference in) Appendix A to the Master Purchase and Sale Agreement.

SECTION II

Exhibit 10.3

AMENDMENTS

Section 2.01    Amendments to Appendix A (Definitions). Appendix A to the Master Purchase and Sale Agreement is hereby amended by:

(a)    adding a new definition of "Supplemental Servicing Fees" in proper alphabetical order to read as follows:

""Supplemental Servicing Fees" means, with respect to a Receivables Pool as of any Distribution Date, all late fees, prepayment charges and other administrative fees and expenses or similar charges allowed by applicable law with respect to related Receivables, collected (from whatever source) on the Receivables serviced by the Servicer during the related Collection Period.

(b)    inserting each of the following terms which are double underlined in the place where such term appears below to, and deleting the stricken terms from, the "Scheduled Commitment Termination Date" definition:

""Scheduled Commitment Termination Date" means March 18, 2022March 19, 2022.""

SECTION III
MISCELLANEOUS

Section 3.01    Conditions to Effectiveness. This Amendment shall become effective as of the date first written above upon the receipt of the following:

(a)    a signed counterpart to this Amendment duly executed and delivered by each of the parties hereto; and

(b)    a signed copy of the Sixth Amendment to Master Servicing Agreement, effective as of the date hereof, shall have been duly executed and delivered by Bridgecrest Credit Company, LLC, Ally Financial, Ally Bank, and DriveTime Automotive Group, Inc.

Section 3.02    Continuing Effect of the Master Purchase and Sale Agreement. Except as specifically amended and modified above, the Master Purchase and Sale Agreement is and shall continue to be in full force and effect and is hereby in all respects ratified and confirmed. The execution, delivery and effectiveness of this Amendment shall not operate as a waiver of any right, power or remedy of the Purchasers under the Master Purchase and Sale Agreement, nor constitute a waiver of any provision of the Master Purchase and Sale Agreement.

Section 3.03    Representations and Warranties. The representations and warranties of the Seller and the Transferor contained in the Basic Documents shall be true and correct in all material respects as of the effective date of this Amendment.

Section 3.04    Binding Effect. This Amendment shall be binding upon and inure to the benefit of the Purchasers, the Servicer and their respective successors and permitted assigns.

Section 3.05    Counterparts. This Amendment may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same agreement. The words "execution", "signed", "signature", and words of like import in any such amendment, waiver, certificate, agreement or document related to this Amendment shall include images of manually executed signatures transmitted by facsimile or other electronic format (including, without limitation, "pdf", "tif" or "jpg") and other electronic signatures (including, without limitation, DocuSign and AdobeSign). The use of electronic signatures and electronic records (including, without limitation, any contract or other record created, generated, sent, communicated, received, or stored by electronic means) shall be of the same legal effect, validity and enforceability as a manually executed signature or use of a paper-based record-keeping system to the fullest extent permitted by applicable law, including the Federal Electronic Signatures in Global and National Commerce Act, the New York State Electronic Signatures and Records Act and any other applicable law, including, without limitation, any state law based on the Uniform Electronic Transactions Act or the UCC. In case any provision in or obligation under this Amendment shall be invalid, illegal or unenforceable in any jurisdiction, the validity, legality and enforceability of the remaining provisions or obligations, or of such provision or obligation in any other jurisdiction, shall not in any way be affected or impaired thereby. This Amendment contains the final and complete integration of all prior expressions by the parties hereto with respect to the subject matter hereof and shall constitute the entire agreement among the parties hereto with respect to the subject matter hereof, superseding all prior oral or written understandings other than any fee letter contemplated hereby.

Section 3.06    GOVERNING LAW. SUBMISSION TO JURISDICTION, ETC.

(a)    THIS AMENDMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAWS THEREOF OR OF ANY OTHER JURISDICTION OTHER THAN SECTION 5-1401 AND SECTION 5-1402 OF THE NEW YORK GENERAL OBLIGATIONS LAW, AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES UNDER THIS AMENDMENT SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

(b)    THE TRANSFEROR AND THE PURCHASERS HEREBY MUTUALLY AGREE TO SUBMIT TO THE NONEXCLUSIVE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK AND OF ANY NEW YORK STATE COURT SITTING IN THE CITY OF NEW YORK FOR PURPOSES OF ALL LEGAL PROCEEDINGS ARISING OUT OF OR RELATING TO THIS AMENDMENT, ANY OTHER BASIC DOCUMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY. EACH OF THE TRANSFEROR AND THE PURCHASERS HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY OBJECTION WHICH IT MAY NOW OR HEREAFTER HAVE TO THE LAYING OF THE VENUE OF ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT AND ANY CLAIM THAT ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT HAS BEEN BROUGHT IN AN INCONVENIENT FORUM.

(c)   THE TRANSFEROR AND THE PURCHASERS EACH HEREBY WAIVES (TO EXTENT THAT IT MAY LAWFULLY DO SO) ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE ARISING OUT OF, CONNECTED WITH, RELATED TO, OR IN CONNECTION WITH THIS AMENDMENT. INSTEAD, ANY DISPUTE RESOLVED IN COURT WILL BE RESOLVED IN A BENCH TRIAL WITHOUT A JURY.

Section 3.07    Effect of Headings. The section headings herein are for convenience only and shall not affect the construction hereof.

*[remainder of the page intentionally left blank]*

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered by their proper and duly authorized officers as of the day and year first above written.

CARVANA AUTO RECEIVABLES 2016-1 LLC,
    as Transferor

By:   /s/ Paul Breaux
       Name:    Paul Breaux
       Title:    Vice President

ALLY BANK,
    as Purchaser

By:   /s/ Aaron Dawkins
       Name:    Aaron Dawkins
       Title:    Authorized Representative

ALLY FINANCIAL INC.,
    as Purchaser

By:   /s/ Thomas Elkins
       Name:    Thomas Elkins
       Title:    Authorized Representative

Agreed to and Accepted By:

CARVANA, LLC,
    as Seller

By:   /s/ Paul Breaux
Name:    Paul Breaux
Title:    Vice President



**Dealer Agreement Third Addendum**
**Dealer Profit Sharing Program**

**Exhibit 10.4**

**Effective April 19, 2021 this Dealer Agreement Third Addendum ("Third Addendum") attaches to, supersedes, and becomes a part of the Dealer Agreement ("Agreement") previously entered into between SilverRock Automotive, Inc. and SilverRock Automotive of Florida, Inc. (collectively "SilverRock Automotive" or "Company") and Carvana, LLC ("Dealer").**

WHEREAS, SilverRock and Carvana are parties to that certain SilverRock Automotive Master Dealer Agreement, effective December 8, 2016 (the "**Master Dealer Agreement**"), in which the parties arrange for certain services to be provided by SilverRock to Carvana. The parties desire to amend the Master Dealer Agreement as set forth herein.

In consideration of the mutual agreements and subject to the terms and conditions herein contained, each party agrees as follows for the benefit of the other party:

**Section 1.    Amendment to the Master Dealer Agreement.**
(a)    The parties hereby amend and add the following subsection to the Master Dealer Agreement, **Section 2, Company Obligations:**

**2.8**    Providing and maintaining resources to assist Purchasers with all non-title and registration, vehicle-specific post-sale communications and resolutions, whether or not related to a Contract Program or Customer Contract (collectively, "Post-Sale Services"). Dealer shall compensate Company for Post-Sale Services in an amount mutually agreed upon by the Parties. Dealer shall reimburse Company for Post-Sale Services expenses incurred directly by Company on behalf of a Purchaser.

**Section 2.    Representations, Warranties, and Confirmations.** Each of SilverRock and Carvana hereby represent and warrant that:
(a)    It has the power and authority, and is duly authorized, including by all corporate or limited liability company action on its part, to execute and deliver this Amendment.
(b)    This Amendment and the Master Dealer Agreement has been duly and validly executed and delivered by such party.
(c)    This Amendment and the Master Dealer Agreement, as amended hereby, constitute legal, valid, and binding obligations of such parties and are enforceable against such parties in accordance with their terms.

**Section 3.    Governing Law.** This Amendment shall be construed in accordance with the laws of the State of Arizona and the obligations, rights, and remedies of the parties hereunder shall be determined in accordance with such laws.

**Section 4.    Counterparts.** This Amendment may be executed in two (2) or more counterparts (and by different parties on separate counterparts), each of which shall be an original, but all of which together shall constitute one and the same instrument. Delivery of an executed counterpart of this Amendment by emails or facsimile shall be effective as delivery of a manually executed counterpart of this Amendment.

[Remainder of Page Intentionally Left Blank]

**Dealer Agreement Third Addendum**
**Dealer Profit Sharing Program**

IN WITNESS WHEREOF, the parties have caused this Addendum to be executed by their duly authorized representatives.

| SilverRock: | Dealer: |
|---|---|
| **SilverRock Automotive, Inc.** | **Carvana, LLC** |
| **SilverRock Automotive of Florida, Inc.** | 1930 W Rio Salado Pkwy |
| 1720 W Rio Salado Pkwy | Tempe, AZ 85281 |
| Tempe, AZ 85281 | |
| | |
| Signature: /s/ Erik Rasmussen | Signature: /s/ Paul Breaux |
| *Authorized Representative of SilverRock* | *Authorized Representative of Dealer* |
| | |
| Name: Erik Rasmussen | Name: Paul Breaux |
| Title: Sr. Managing Director | Title: General Counsel |
| Date: 4/21/2021 | Date: 4/21/2021 |

2

<u>Exhibit 31.1</u>

**Certification of the Chief Executive Officer**
**Pursuant to Rule 13a-14(a)**

I, Ernest Garcia III, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Carvana Co.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e1)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:    May 6, 2021                                                /s/ Ernest C. Garcia, III
                                                                            Ernest C. Garcia, III
                                                                            *Chairman and Chief Executive Officer*

<u>Exhibit 31.2</u>

**Certification of the Chief Financial Officer**
**Pursuant to Rule 13a-14(a)**

I, Mark Jenkins, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Carvana Co.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:     May 6, 2021                                   /s/ Mark Jenkins
                                                        Mark Jenkins
                                                        *Chief Financial Officer*

<u>Exhibit 32.1</u>

**Certification of the Chief Executive Officer**
**Pursuant to Rule 18 U.S.C. Section 1350**

In connection with the Quarterly Report on Form 10-Q of Carvana Co. (the "Company") for the quarter ended March 31, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Ernest Garcia III, Chief Executive Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    May 6, 2021                                                  /s/ Ernest C. Garcia, III
                                                                     Ernest C. Garcia, III
                                                                     *Chairman and Chief Executive Officer*

<u>Exhibit 32.2</u>

**Certification of the Chief Financial Officer**
**Pursuant to Rule18 U.S.C. Section 1350**

In connection with the Quarterly Report on Form 10-Q of Carvana Co. (the "Company") for the quarter ended March 31, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Mark Jenkins, Chief Financial Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1. The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.


Date:    May 6, 2021                                          /s/ Mark Jenkins
                                                             Mark Jenkins
                                                             *Chief Financial Officer*

# Exhibit 12

**S&P Global**
Market Intelligence

# Carvana Co. NYSE:CVNA
# FQ1 2021 Earnings Call Transcripts

## Thursday, May 06, 2021 9:30 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ4 2020- | -FQ1 2021- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|
|  | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.49) | (0.69) | (2.25) | (1.96) |
| **Revenue  (mm)** | 1609.27 | 1946.48 | 5372.46 | 8883.05 |

Currency: USD
Consensus as of  May-04-2021 11:08 AM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2020** | (0.64) | (1.18) | NM |
| **FQ2 2020** | (0.79) | (0.62) | NM |
| **FQ3 2020** | (0.28) | (0.10) | NM |
| **FQ4 2020** | (0.49) | (0.90) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .............................................................................. | **3** |
| **Presentation** | .............................................................................. | **4** |
| **Question and Answer** | .............................................................................. | **7** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

**Mark Jenkins**
*Chief Financial Officer*

**Michael Louis Levin**
*Vice President of Investor Relations*

**ANALYSTS**

**Alexander Eugene Potter**
*Piper Sandler & Co., Research Division*

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

**Colin Alan Sebastian**
*Robert W. Baird & Co. Incorporated, Research Division*

**Edward James Yruma**
*KeyBanc Capital Markets Inc., Research Division*

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

**Nathaniel Holmes Schindler**
*BofA Securities, Research Division*

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

**Nicholas Freeman Jones**
*Citigroup Inc., Research Division*

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Carvana First Quarter 2021 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded. I would now like to turn the conference over to Mike Levin, Vice President, Investor Relations. Please go ahead.

**Michael Louis Levin**
*Vice President of Investor Relations*

Thank you, Gary. Good afternoon, ladies and gentlemen, and thank you for joining us on Carvana's First Quarter 2021 Earnings Conference Call. Please note that this call will be simultaneously webcast on the Investor Relations section of the company's corporate website at investors.carvana.com. The first quarter shareholder letter is also posted on the IR website. Joining me on the call today are Ernie Garcia, Chief Executive Officer; and Mark Jenkins, Chief Financial Officer.

Before we start, I would like to remind you that the following discussion contains forward-looking statements within the meaning of the federal securities laws, including, but not limited to, Carvana's market opportunities and future financial results that involve risks and uncertainties that may cause actual results to differ materially from those discussed here. A detailed discussion of the material factors that cause actual results to differ from forward-looking statements can be found in the Risk Factors section of Carvana's most recent Form 10-K and Form 10-Q.

The forward-looking statements and risks in this conference call are based on current expectations as of today, and Carvana assumes no obligation to update or revise them, whether as a result of new developments or otherwise. Unless otherwise noted on today's call, all comparisons are on a year-over-year basis.

Our commentary today will include non-GAAP financial measures. Reconciliations between GAAP and non-GAAP metrics for our reported results can be found in our shareholder letter issued today, a copy of which can be found on our Investor Relations website.

And now with that said, I'd like to turn the call over to Ernie Garcia. Ernie?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Thanks, Mike, and thank you all for joining the call. The first quarter was another great quarter across the board. In our shareholder letters, we always lay out our financial priorities of rapidly scaling the business, of growing GPU and of demonstrating operating leverage. In the first quarter, we made tremendous progress across each of these priorities. We grew units and revenue by 76% and 104%, respectively. We grew GPU by over $1,000 year-over-year and almost $300 quarter-over-quarter. And we levered EBITDA margin by over 10% year-over-year and 2.5% quarter-over-quarter.

Even more impressively, these results were achieved despite meaningful operational constraints across the business and the significant investments we've been making to alleviate them. In the first quarter, our average weekly production was up 26% versus the fourth quarter. As a result of the relatively low inventory levels we are carrying throughout the quarter, unit volumes closely tracked production up 28% sequentially. Importantly, the investments we have made in ramping up our ops capacity in general and our inspection center capacity in particular are starting to pay off. As a result of ongoing focus, weekly production levels have been up closer to 50% above the fourth quarter more recently, which positions us well to begin growing inventory and increasing selection for our customers again for the first time since the pandemic struck over a year ago.

Getting to this point is a result of a lot of careful planning and hard work across our real estate, inspection center, logistics, market ops and advocate teams who all put in tremendous efforts to catch up to demand

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and to fight off the pandemic-driven ops constraints of the last year. Great job, and thank you to those teams.

These efforts and the ongoing execution of our plan have positioned us well for a great 2021 and 2022, and the foundation is continuing to be laid to enable us to continue scaling rapidly in the years beyond. Eight years ago, we had a dream to change the way people buy cars, and we've made a lot of progress. When we look back at what got us here, it's just the list of simple ideas that are easy to say and very hard to actually put into action. It all started by imagining a new way to buy a car that was better for our customers in every important way. The excitement of that dream enabled us to attract incredible people who made our dream their own. From there, it has just been ambition, hard work, perseverance and constant learning. And with a critical mass of enthusiastic, customer-focused, ambitious people, we've built a self-reinforcing culture.

Those simple ideas have taken us a long way. In 2013, our first year, we had $4 million of revenue. Today, we're over 1,000x larger. Looking forward, we're just as excited as we were then. We're delivering to customers the best experiences available in buying or selling a car. The quality of the unit economics that emerge from the investments we have made over time are showing up in our results. The scalability of our model is apparent, and our business gets better as it gets bigger.

And we're still dreaming. The ambition that underlies our dreams burns as brightly today as it did at the beginning. And with every step we take, we can see further down the field. While we're extremely proud of what we've built and the team that got us here, we're nowhere near where we ultimately want to be in either scale or scope. We're still at the beginning.

To get from where we are to where we want to be, we'll maintain our customer focus. We'll keep surrounding ourselves with exceptional people. We'll remain ambitious. We will stay disciplined in prioritizing our efforts. We'll keep working a little harder than those around us and we'll have fun along the way. In short, we'll traverse the path in front of us the same way we have traversed the path behind us. We know what to do. We just have to keep doing it. Mark?

**Mark Jenkins**
*Chief Financial Officer*

Thank you, Ernie, and thank you all for joining us today. Q1 was a strong quarter for Carvana across all key financial metrics, and our financial results demonstrate significant progress toward our long-term goals.

Retail units sold in Q1 totaled 92,457, an increase of 76%. Total revenue was $2.245 billion, an increase of 104%. Revenue growth outpaced retail unit growth due to higher retail average selling prices and wholesale and other revenue. We expect revenue growth to outpace retail unit growth again in Q2, and then we expect revenue growth to be similar to retail unit growth in the back half of the year.

Total GPU was $3,656 in Q1, an increase of $1,016 year-over-year and $277 sequentially. Since Q1 2020 was impacted by the onset of COVID-19 in March, I will focus my commentary on sequential changes.

Retail GPU declined slightly to $1,211 from $1,265 in Q4, reflecting a continuation of approximately $200 per unit of transitory costs, primarily driven by rapidly ramping our reconditioning capacity in the midst of COVID-19. We do not expect the majority of these transitory costs to impact Q2. Wholesale GPU increased to $227 from $108 in Q4, primarily driven by strong industry-wide wholesale prices in the latter part of Q1.

Other GPU increased to $2,218 from $2,006 in Q4, primarily driven by completing 2 public securitizations for the first time in Q1, paired with an increase in ancillary product attachment rates that offset a onetime benefit in Q4. EBITDA margin was negative 1.3% in Q1, a 2.6 percentage point improvement from negative 3.9% in Q4, driven by both GPU gains and SG&A leverage. We ended the quarter with more than $2 billion in total liquidity resources, giving us significant flexibility to execute our plan.

We had another strong quarter of buying cars from customers in Q1, buying approximately as many cars from customers as we sold to them and achieving a customer source ratio over 60%. Our success over

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the last 2 years has made the strength of our offering of buying cars from customers clear, and we no longer expect to provide detailed statistics on buying cars from customers each quarter. So far in Q2, we are seeing outstanding performance. And in April, we set a new company record for cars bought from customers both on an absolute basis and relative to retail units sold. We are as excited as ever about the opportunities ahead.

We continue to focus on scaling our production capacity to meet demand. In Q1, we opened our 12th IRC near Birmingham, Alabama, bringing our total annual production capacity to approximately 680,000 units at full utilization. We remain on track to open 1 additional IRC in Q2 and 8 in 2022, bringing our total capacity at full utilization to over 1.25 million units by the end of 2022.

So far in Q1, we have opened 22 new markets, bringing our total to 288 and increasing our population coverage to more than 77% of the U.S. population. In May, we also launched our first 5 markets in the Pacific Northwest, adding the last major region to our nationwide footprint. After Q2, we expect our path to 95% population coverage to primarily consist of opening smaller fill-in markets.

In our Q4 2020 shareholder letter, we outlined our expectations for the year 2021, including accelerated retail units sold growth, revenue growth in line with retail unit growth, total GPU in the mid-3,000s and a small EBITDA margin loss while investing for growth and continuing our progress on demonstrating leverage. We remain on track to meet or exceed these expectations, and we continue to be excited about 2021 as a significant step toward our long-term goals.
Thanks for your attention. We will now take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Sharon Zackfia with William Blair.

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

I guess congratulations on a great first quarter. And I'm trying to kind of think about your improvements that you've been making in productivity and how we should think about that for the rest of the year. And I think, Ernie, you mentioned that soon you'll have available inventory ahead of the year-ago period. I guess I'm wondering, when will you be back to kind of prepandemic levels? What's your line of sight on that?

And then I know you mentioned the $200 in transitory costs on GPU. Obviously, the year-over-year contraction was a little bit more than that on the car itself. What else was pressuring that? Are you finding that it's more competitive to get inventory? You're having to pay a little bit more than would be ideal? Just any thoughts there would be great.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So let's start with production. I think, as you know, basically since the second quarter of last year, we've been pretty constrained in production given the pullback that we made then and then all the demand that we've seen and just trying to catch up. So I think in the first quarter, we kept pace. Basically, our sales grew sequentially at effectively the same rate as our production grew and so I think that, that kind of suggests that those constraints were still in place. But then post the end of the first quarter, we've made a lot of progress, and we've continued to see our production growing. So we now expect to be able to grow inventory.

Basically, what we're saying there is we've kind of gotten to a place where we expect production to be a little bit more than sales. And we don't want to kind of specify exactly the rates which we expect inventory to grow, but that's a mile marker to kind of now be in a place we expect to grow inventory, and we're pretty excited about that. Obviously, growing inventory helps with conversion across the site and so that's an important milestone that we've hit, but we're not going to quantify it from there. We'll keep working hard, trying to grow that as quickly as we can. As we grow into the production capacity, we expect to be around $1.25 million by the end of 2022. And then, Mark, do you want to hit #2?

**Mark Jenkins**
*Chief Financial Officer*

Sure. Yes, then I'll hit the question on retail GPU. So Q1 retail GPU was largely in line with our expectations when taking into account the transitory costs that we talked about in Q4. I think when you look on a year-over-year basis, in addition to those transitory costs, last year, we talked some about the impact of some of the early phases of iteration on buying cars from customers that positively impacted GPU last Q1. So I think there's some base effect from those early phases of iteration that's impacting the year-over-year comparison. I think when we look at where we're headed from here, we did call out that we expect the majority of those transitory costs that impacted Q4 and Q1 this year to be gone by Q2. And so that's a tailwind to retail GPU as we move towards 2Q, other things being equal. Obviously, overall, we feel really good about our progress there, had a solid quarter in light of those transitory costs and expect to step up in Q2.

**Operator**

Our next question is from Zach Fadem with Wells Fargo.

**Zachary Robert Fadem**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Wells Fargo Securities, LLC, Research Division*

Now that you've entered the Pacific Northwest and now have reconditioning centers all over the country, can you talk about the opportunity to start listing your inventory regionally versus nationwide? And to what extent this could unlock a higher level of GPU or operating efficiencies across the business?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So obviously, we're excited about launching the Pacific Northwest. That was kind of the last region in our footprint that we weren't yet in. So I think opening that up is exciting because it basically means from here to roughly our 95% population coverage goal, in the long run, we basically have markets to fill in. So that's very exciting.

Also, as we grow demand in general in the existing markets and in new markets, that just puts us in a position where we can economically carry a larger and larger inventory. And so that's great news for conversion across the country. As inventory gets larger and larger, you certainly have some duplication of inventory that is optimal, where you want to take some of that duplicative inventory and put it in different places around the country that are closer to customers to minimize delivery times, which is also an input into to conversion.

So there is some of what you're talking about that kind of automatically happens with scale, where shipping distances should drop and conversion rates should go up. We have all kinds of tests all the time where we're getting a good handle on how inventory size impacts conversion, how delivery times impact conversion and kind of what the right thing is to do internally. But I don't think that we're going to give more concrete guidance on the precise expectations that we have around those different numbers.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Got it. And then on production, you've got one more IRC to go this year. But could you about the glide path for adding more production lines in your existing facilities? And how should we think about the full unlock of the 680,000 capacity as we move through the year?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think a way to look at that is to look at our past. We provided in our shareholder letter in Q4 2020, you can kind of see our production capacity -- our facility production capacity in each of our previous years. And then you can get a sense of how long it took for us to unlock that facility capacity with actual production by just looking at kind of sales rates in the future periods. So that will at least give you a sense of how quickly we can unlock that.

Something we've been working on internally is being able to unlock that production capacity more quickly. We've spoken before about there are many different operational parts of the business, and all those different parts of the business have different lag times associated with how quickly you can alleviate constraints if you find yourself constrained. And definitely, production is the area with the longest lead times. It's the hardest to kind of grow capacity very quickly there. We've seen that over the last year. So we definitely put a lot of focus on catching up and on making ourselves even more flexible. And so you can see the results of that progress in kind of our sales growth over the last several quarters and in the fact that we're now expecting to grow inventory. So that's been a huge focal point. It's something that we think we are continuing to get better at.

**Operator**

Our next question is from Nick Jones with Citi.

**Nicholas Freeman Jones**
*Citigroup Inc., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I guess what are the puts and takes in investing into production capacity if maybe chip shortage lasts longer than expected? And I mean can you be in a situation where you have too much capacity? I guess how fluid is that situation? And then the second question I have is some of your legacy competitors -- or brick-and-mortar competitors are hanging out pretty large targets now. Ernie, how do you feel the competition has changed really, if at all, due to COVID? Or are people noticing what Carvana's been doing all these years?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think, first, the used market is fairly different than the new market. It's not totally independent. It's impacted in many ways. But the used market, all those cars are already on the road today. There's around 270 million cars on the road. And basically, these transactions are just customers trading with one another. So it's not fundamentally impacted by underlying production levels in the way that the new market is.

The new market is impacting the used market to a degree today because the kind of decrease in available supply and new then kind of flows over in excess demand to late model used and that kind of flows down through all the other used kind of year levels as well. So there are some impacts there, but wouldn't expect them to be super pronounced. I don't think that's like a first order driver of what's going to happen to the used market over the next 6 months or a year.

Even more importantly than that, I think production capacity is an investment in kind of our long-term future. When we open these facilities and we unlock that capacity by hiring and training the people in those inspection centers, that means that we have the capacity to kind of build those cars over and over again that powers our growth to 2 million cars and beyond and to becoming the largest, most profitable automotive retailer. So those are big investments in our future that are kind of being made with a much longer lens than the current chip shortages that we're seeing today.

And then as it relates to competitors, I mean, I think there was probably no reasonable expectation of our path from kind of where we started to where we wanted to be, but there wouldn't be competition along the way. I think we've been fortunate enough to have a fair amount of success. And with success, there's always competition. So we expect the competition. I think we should continue to expect competition. We should probably expect competition to continue to show up as we continue to have more success in the future.

That said, I do think if you kind of step back and evaluate the competitive environment, this market, the used car market, does have a lot of really nice properties. First of all, it's a 40 million unit market. And so the largest player has on the order of 2% market share. We're now the second largest player in just 8 years, but it's highly, highly fragmented. And so even some of these big goals that are being put out by others in the industry, they still are very, very small compared to the market itself.

And then by some measures, the market may be considered fairly competitive in the sense that there's tens of thousands of players in it. But those tens of thousands of players that work hard are providing customers with a very similar experience to one another. And when you start to look at kind of differentiated experiences, there's very, very few players that really have the capacity to make the investments in time, energy and money that are necessary to build an e-commerce platform, and we're way, way ahead there. So we're really excited about our position. We think that the market that we operate in has really nice competitive dynamics, all else constant.

And then we also think that the most important thing that we can do is stay focused on our customers and on ourselves. It gets really easy for 2 competitors to look at each other and kind of chase each other in circles. And we instead want to make sure that we're focusing on our customers, that we're building out the solutions that they really need and then that we're focusing on ourselves. The last year has taught us that when you see a lot of demand that you're trying to grow really rapidly, that comes accompanied with a bunch of operational challenges that aren't trivial to solve. And so we need to stay really focused on ourselves and our execution. And we think if we do that, we're going to achieve our goals.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

The next question is from Chris Bottiglieri with Exane BNP Paribas.

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

I just wanted to focus around retail GPU. Some of the movements in used car pricing, I thought, might have been a tailwind in Q1 versus a headwind in Q4. Was that the case? Did you not see that? And then b, if it wasn't -- if used car pricing was more favorable this quarter, were there any other headwinds that we should be thinking about as we model retail GPU that you incurred this quarter?

**Mark Jenkins**
*Chief Financial Officer*

Sure. So I think there are always many dynamics that are going into retail GPU. I think this quarter, we certainly started to see appreciation -- rapid appreciation in the wholesale market that's appearing to some degree in the retail market. That really came on more toward the end of the quarter. So I think I'm not sure that, that was a particularly large effect on our Q1 number. So I think the main effects on Q1 were the ones I called out, namely these transitory costs on the order of $200, roughly the same as what we experienced in Q4. That was probably the biggest unusual impact on retail GPU in Q1. And as I mentioned, we expect the majority of those transitory costs to have disappeared by Q2. And so we think the removal of those transitory impacts will be a tailwind, other things equal, as we move toward Q2.

**Operator**

The next question is from Rajat Gupta with JPMorgan.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

I just had a question on -- just a follow-up to one of the previous questions. As you open up more IRC and the production capacity is increasing and like, thus, the inventory selection increases, how does like the advertising leverage start to look once that happens? Like do we start to see a meaningful pickup in the leverage? Or just how should we think about that as that capacity ramps up? And I have a quick follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think there's probably a lot of ways to think about that. So certainly, as we grow inventory, all else constant, we would expect conversion rates to go up. As we kind of decrease delivery time, we'd expect conversion rates to go up. The relationship from conversion rates to customer acquisition cost is very clear. As conversion rates go up, you would expect to see leverage in customer acquisition cost. So I think that those relationships would be as expected.

I also think if you take a look at kind of the cohort data that we provided over the last several Q4s, you can kind of take a look at what our customer acquisition cost looks like in some of our older cohorts. I think our oldest cohort last Q4 was approaching on the order of $500, give or take, versus a company level of around $1,100, I think, in Q1. So I think we've kind of demonstrated what we can do with customer acquisition cost in those older markets. Obviously, in those older markets, we expect it to continue to go down over time as we grow inventory and decrease delivery times and further build the brand. So hopefully that gives you a sense of where we think that can go.

And then between here and there, I think it's just a function of how many markets we open, what we decide to do with our marketing budget, how quickly we can grow our inventory, how quickly we can decrease our delivery times, how well we execute. And in general, we still feel like we're very early in brand building. We measure that in lots of different ways. But virtually, any measure of customer awareness is still at low levels relative to where we want to be. And so we're not being shy about continuing to invest in our brand, and we'll do that as long as we think that that's a smart thing to do.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

Got it. That's helpful. And just on the finance GPU. I know it wasn't broken out separately this quarter. But like just based on like my math, it points to somewhere around like $1,600, $1,700 or so. Firstly, like is that close or accurate?

And then just looking at versus the targets at the Analyst Day like 2.5 years back. Obviously, rates are much lower. But what other factors have driven this uptake? Is this kind of like a sustainable level that you would expect in the near term or maybe even higher? Just curious as to how to think about that and like what a more normalized finance GPU number should look like going forward.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So first of all, we didn't provide that breakout so we're -- we don't intend to provide it here. I think that you at least understand our rationale there. Going back in time to our Analyst Day that you referenced, at that time, we were selling on the order of 1/4 as many cars as we're selling today. Our GPU is on the order of half, maybe even less than what it is today. And I think our EBITDA margin is probably 10 or 15 points worse. And so at that time, we were trying to provide pretty detailed walks for our investors so they could understand how those buildups would occur over time. I think as we've matured and as we've seen a lot of progress in many of those different line items, and I think the market in general has a much better understanding of how those things progress, we're just kind of simplifying our reporting and kind of aligning more closely with industry standard. And so we don't intend to kind of break it out at that level of detail going forward.

That said, I think it's not hard to infer the general area that it's in, as you pointed to. And that general area is very exciting, and it's very strong compared to what we initially outlined at that Analyst Day in 2018. So I think there's a couple of reasons for that. Some of them are fundamental and sustainable. I think we've really -- we have done a pretty good job with that business, and we made a lot of fundamental progress in terms of the way that we're able to assess credit risk and price credit risk and the way that we're able to monetize our finance platform. So I think there's a lot of things that we've done there that we're proud of, and we think that there's probably some additional fundamental value that we can unlock.

I think we're also in something of a unique environment. Early in the pandemic, we tightened credit pretty dramatically. We've held credit tighter than probably would be the norm, all else constant. We've generally over kind of the last several quarters been in a very low interest rate environment. So that's helpful. So there's a couple of things that aren't necessarily persistent across time, but we still think that there's progress we made there. And then in the rest of other, we think that there's progress to be made in our other existing items, and we think that there's progress to be made by adding additional items as well over time. So we think that that's one of several success stories relative to our long-term model that we put out in 2018, and we think that gives us a lot of flexibility going forward.

**Operator**

The next question is from Colin Sebastian with Baird.

**Colin Alan Sebastian**
*Robert W. Baird & Co. Incorporated, Research Division*

I have a couple of questions. I guess, first off, I was hoping you could update us on the attach rates of other products and services and how much room there might be to grow those. And then secondly, there have been some questions around Google's testing of auto listing ads and curious if that's something that you might find attractive to participate in or if you think that might change the competitive landscape at all.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. So I apologize, I think I'm going to give you kind of boring answers to those questions. So we don't plan to kind of break out our attach rates for our other products and services. We definitely do believe that there is room to continue to improve there. We've made a lot of improvement over the last several years, but we think there's clearly room to go from here and so we'll work to do that.

As far as Google testing their different ad products, we obviously use Google as one of our many customer acquisition channels. We use them in search marketing and then we use them in several other ways as well. So I think we'll view that as a marketing channel. We'll evaluate it like we evaluate all of our other marketing channels. And to the extent it gives us a high-quality return, then we would expect to utilize that as well.

**Operator**

The next question is from Michael Montani with Evercore ISI.

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

So the first one I had was just around when you're able to self-source a unit, is there a sense that you can provide of the kind of tailwind that, that gives to GPU versus when you have to go to auction? I guess I was thinking potentially 10% benefit over $1,000, but just wondering if you could give any clarity there, and then -- and a follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I -- go ahead, Mark.

**Mark Jenkins**
*Chief Financial Officer*

Yes, sure. Yes, I can take that one. So I think it varies quarter to quarter, but a reasonable way to think about the benefit of sourcing from customers is to look at it in the context of our wholesale GPU. So basically, what wholesale GPU captures is the difference between our acquisition cost of a car from a customer and the wholesale market trading price of that car. And so that's a good way to think about the cost benefit of customer sourcing.

And so that just gives you a sense -- and to give you a sense of that, it varies quarter to quarter. This quarter, we were around $800 or so on wholesale GPU. And so I think that's -- it does vary quarter to quarter, but that's a reasonable way to sort of keep track of the relative cost benefit of customer sourcing.

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

Okay. That makes sense. And then just a follow-up question I had was any incremental color you can share this year and then next year with the 8 IRCs on how to think about the CapEx outlook. What's kind of a normal number? And then specifically, how does this year or next year look?

**Mark Jenkins**
*Chief Financial Officer*

Yes, sure. So a rough way to think about the capital investment related to one of these 67,000 unit IRCs is on the order of $50 million per IRC, maybe a little bit more than that, but on that order of magnitude. And then, of course, the way we think about that from a financing perspective is we've historically sale-leasebacked our IRCs. We think that there's lots of very efficient ways and a great market for financing those IRC investments so that they're not actually net outlays for the business, but they're financed outlays. And so that's to give you a rough order of magnitude of how much they cost. And I think we feel really good about the desirability of those assets from a financing perspective.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

The next question is from Nat Schindler with Bank of America.

**Nathaniel Holmes Schindler**
*BofA Securities, Research Division*

And I think the GPU question has been done to death, so I thought I'd try something a little different. Could you walk through maybe on what you saw probably more on a weekly or daily basis prior to stimulus checks going out and then after them going out and how much impact that had on the quarter? Secondly, on a related note, with the tax filing date pushed out to May 15, does that have any impact on the seasonality that is usually more Q1 weighted as people get their tax returns? Finally -- well, let's just stop there. I'm not going to add more.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So nice multi-part question there. Let's try to break it down. So I think let me try to combine basically the first 2 concepts. I think both tax refunds and stimulus basically take the form of government depositing relatively large checks in the bank accounts of many, many people at once. And so I think that didn't look materially different than it's looked in years past. Generally, what happens is people start to get notifications through email or whatever else that kind of money has hit their account. You'll see kind of the evening before, we'll see a lot of traffic and activity happening on the site. And then the next day, you'll start to see demand show up. I think that, that was undoubtedly material this year.

As it relates to us, I think a key statistic to keep in mind is we did grow sales sequentially 28%. We also grew production sequentially 26%. We undoubtedly saw increased demand kind of on the day after stimulus was dropped. But then the form that, that takes that just further compressed your inventory, therefore, reducing conversion rates for everyone afterwards. And so I think if we had to try to imagine kind of what would have happened to our sales absent stimulus, I think, first of all, that's very hard to do. But just directionally, we clearly would have been less kind of on the days and weeks immediately after stimulus. And our expectations would have been more in the weeks -- kind of a couple of weeks after the stimulus drop.

So I don't know how big the impact was, but I think it was smaller for us this year than it would have been in previous years because in previous years, we're carrying enough inventory heading into that kind of an event to be able to handle that big onslaught of demand and then still have sufficient inventory for our customers afterwards. So I do think it was a little bit different. And then the tax returns being pushed out a little bit, I do think that, that had an impact. But I think that impact is largely behind us. The vast majority of that impact is behind us. So I don't think that's too meaningful for the future.

**Nathaniel Holmes Schindler**
*BofA Securities, Research Division*

So you don't expect the normal Q1 tax refund, call it, seasonality is going to be drawn out into Q2? It was pretty much still all taken up in Q1 despite being pushed out a week -- a month?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So the tax filing date was pushed out a month from what I believe is April 15 to May 15, but the date at which most customers get money in their accounts has historically been sometime in February. If you go back maybe 10 years, it was even kind of late January. But it's been slowly kind of moving out and more recently has been the end of February. That, this year, might have been a week later than normal and then probably had kind of a normal spread from there in terms of when you see the demand impact. But that didn't move as much as just the filing date itself moved. And the filing date itself is far less powerful than the day that the tax refunds are kind of released to the masses.

**Operator**

The next question is from Naved Khan with Truist Securities.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

Maybe on a related note. So since the noise from the stimulus and the tax seems to be behind us, maybe -- can you maybe give us some sense of how the April trends are looking like for you? And how should we think about the shape of the quarter? And then I have a follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So we want to stay away, I think, from giving too much detailed kind of intra-period color, but we provided an outlook in the shareholder letter and I think that, that captures our expectations. Demand has been very strong for really the last year for our offering. And we've continually been carrying a lower inventory than we wish that we were carrying. We're excited now to kind of be at a place where we believe that we'll be able to start growing inventory, which we think is helpful, all else constant. So I would say things continue to look great from our perspective. There's nothing notable to call out that would go in any other direction, and kind of those expectations are what we have in our outlook.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

Okay. And then maybe -- so you guys mentioned the opportunity for more ancillary products. Is there a near-term potential for you to introduce a new product on the platform? Or is that still ways away?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I think across the entire business, there's many, many different things that we can focus on. Obviously, we have a very complicated business from vehicle acquisition, transporting it to the inspection centers, running the inspection centers, merchandising it for customers, pricing for customers, building the finance business, running our warranty product. There's so much that we can work on. So we have -- across the business, we have on the order of 70 different product teams that are working on all these various road maps at different points in time, and we do our best to prioritize all those different projects as intelligently as we can. Generally speaking, we won't kind of comment on what that underlying prioritization looks like, but there's no doubt that there's opportunity in the future to add additional products and that, that could be potentially exciting.

**Operator**

The next question is from Ron Josey with JMP Securities.

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

I wanted to ask 2 questions, please. I think just a follow-up on an earlier question on the expansion in the Pacific Northwest. Can you just help, Ernie, talk about the distribution and the time to deliver and how you can flex your just -- your supply chain into those 5 new markets in that overall region which is new?

And then the second question is just on brand awareness. And with 95% population coverage now in sight, and I think still pretty low brand awareness, as we've talked about, $100 million in marketing spend in the quarter is pretty interesting. Just wanted to get your sense on how we should think about marketing spend going forward, how you all are putting those dollars to work around brand awareness, educational spend and performance.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So the Pacific Northwest is obviously something that we've been looking at for a long time, but it's a relatively isolated population center way up in the Northwest. And so it took us a long time to get to a place where we thought it was sensible to kind of add that to our logistics network. Over the last month or

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

2, we've added that. And we also added the Salt Lake City area in Utah, which kind of gives us a midpoint that allows us to connect up there. We can also connect through California. So we thought it was a natural time. Obviously, our long-term aspirations are to get to approximately 95% population coverage and to be a national brand and so that was something that we needed to do at some point. We've been holding off as we've been so constrained in inventory.

But given our expectation we're going to grow inventory and our visibility into where we're headed over the next couple of years as well as our knowledge of our historical lag times and ramping up volumes in new markets, we thought now was a good time. So we went ahead and pulled the trigger on that, and we're excited to kind of fill out the rest of our regional footprint.

On brand awareness, I do think that we remain very low in brand awareness. We -- our dollar spend is starting to approach pretty sizable numbers that are meaningful compared to the marketing budgets of lots of companies. But we have to also keep in mind that kind of our accumulated dollar spend is still very low compared to a lot of more mature companies that have been around for a long time. And so we do think that it's still early. We're spending a lot in brand. We definitely spend a lot in kind of education. I think for a customer to buy a car from Carvana, they have to first know that you exist. They have to next understand what you do and kind of how it's different from buying a car in a traditional way. And so we have a lot of different value props that we have to educate them about.

And then they have to trust that you're real and your return policy is real and that they can kind of trust the quality of the car that comes their way. And all those things just take time to build up in consumer minds. So we're testing a lot. We're learning a lot as we go. I think we're very excited about the position that we're in with customer acquisition costs given the knowledge that we've accumulated over time by just looking at how we've levered our older cohorts. So we're confident that we know how to lever customer acquisition pretty significantly, but we also believe that we're very early in brand building. And so as long as we find different channels that we think are hitting a different audience and educating them in a different way, like I said before, we're not going to be shy about spending that money and building our brand. We think that's a good investment in the long term.

### Operator

The next question is from Alex Potter with Piper Sandler.

### Alexander Eugene Potter
*Piper Sandler & Co., Research Division*

I had a question about certified preowned. I was just wondering if you have a strategy for trying to break in there. Or is that a segment that you consider more or less off-limits? Anything you'd be willing to share on that front would be interesting.

### Ernest C. Garcia
*Co-Founder, President, CEO & Chairman*

Sure. So I think there's maybe a couple of ways to approach that problem. So first of all, every car that we sell is certified. It's Carvana certified. And our certification process was patterned off of some of the luxury manufacturers' certification processes. And so the cars that we deliver to customers are of that kind of -- that quality. The specific brand certified preowned is generally reserved for the combination of kind of franchise dealers and oftentimes kind of the branded OEM warranty that gets associated with that sale, although that's not always necessarily a condition of the brand of certified preowned. So I think that we do believe that we're breaking into that market by building a brand of delivering very high-quality cars and by building a logistics network and infrastructure of reconditioning centers that are able to certify cars to that same quality. So that's our goal. But the particular brand is generally protected by -- or for franchise dealers.

### Alexander Eugene Potter
*Piper Sandler & Co., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Understood. And then last question, customer source ratio, still really strong. I can appreciate that you won't be disclosing that going forward. I guess maybe just qualitatively, you're still running well ahead of what you thought you could do several years ago, which has been great. I'm sure it's a tailwind for GPU. Are you starting to get convinced now that you can actually keep running indefinitely at these higher customer sourcing rates?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, so at a very high level, the market for selling cars is around 40 million possible units. Generally speaking, a customer who's getting a car is also getting rid of another car and so the market for us buying cars is kind of theoretically at least very similar in size. And if you look at Q1's sales of 92,000 and the number of cars bought from customers in a similar ballpark, you're basically looking at something like 1% of the market. So I think that we're very, very small compared to both of those markets.

I do think they are connected in certain ways through brand, particularly our brand, and the speed at which we can build our brand and generate awareness across all customers that we both buy and sell cars. But they're also fairly disconnected in the sense that only a subset of those transactions happen simultaneously when a customer is simultaneously buying a car and trading another car. A lot of them are kind of separated in time, where a customer will buy a car then maybe sell a car later, sell a car and then buy a car later.

So I think they can grow independently. We've undoubtedly seen a tremendous, tremendous amount of progress in that business over the last couple of years, and we're extremely excited about it. And I think now basically, the retail business and the business of buying cars for customers are going to race each other to the unseeable finish line somewhere out in the great blue yonder.

**Operator**

The next question is from Seth Basham with Wedbush Securities.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

My question's back on the topic of finance GPU. It seems like you hit a high watermark there with this quarter's results. And I'm trying to understand if you think that is a high watermark for 2021 and where you think that can go longer term.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So we -- yes. I think for other GPU in general, we have definitely hit kind of our highest level ever. As described earlier, I do think that there are fundamental gains that we can continue to make in every line item of other GPU, and there are other opportunities for different products that we can add over time. So I think that that's exciting. I also do think that it's hard to size the kind of beneficial impacts that exist in this environment where, one, we're doing something that we have control over but is likely leading to slightly higher other GPU, which is running with tighter credit; and then, two, we benefited from very low interest rates. So those are likely to unwind. I think the balance of those things is hard to precisely predict.

But we're clearly in great shape versus the long-term model that we outlined a couple of years ago. And I think it's too early, and we're in too unique of an environment to update that model. So we think, in general, that's probably roughly the right way to continue to think about it. And obviously, we've done very well against that model over the last several quarters.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. All right. Helpful. And my follow-up question is just around reconditioning. Have you been using third-party reconditioning for things other than specialized services? And do you plan to do that in the future?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think in the past, we've talked about -- we have run various tests to try to see what are the various ways that we can ramp up our production capacity across the business. That has included utilizing some third-party recon. We are continuing to utilize some third-party recon today. It remains a significant minority of the cars we produce overall, and that's our expectation for the future as well. But it is something that we are utilizing and continuing to test today.

**Operator**

The next question comes from John Colantuoni with Jefferies.

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

Can you talk about the tight inventory environment in the wholesale market and some of the measures Carvana has implemented to unlock new channels for inventory acquisition and if you're expecting those measures to have any notable impacts on the near-term vehicle GPU outside of what's going on with wholesale prices?

**Mark Jenkins**
*Chief Financial Officer*

Sure. So I can take that one. So I mean, I think our #1 channel for sourcing inventory has now become sourcing cars directly from customers, which has several advantages that we've talked about historically. I think we're certainly going to continue to focus on that. That's a business that we want to build and continue to grow over the long term. And so I think that's our #1 area of focus and would be the -- sort of the first answer to that question.

I think in terms of the wholesale market dynamics, we're still certainly buying cars out on the wholesale market. I think we're buying cars. We're making money on those cars when we retail them. I think we feel very comfortable in the current environment. And our -- from a sourcing perspective, our main area of focus is going to be continue to grow the business of buying cars from customers.

**Operator**

And our final question comes from Edward Yruma with KeyBanc.

**Edward James Yruma**
*KeyBanc Capital Markets Inc., Research Division*

Just 2 quick ones for me. I guess first on interest rates, have you seen any significant movement in the interest rate you're offering to consumers? Has there been an impact?

And then a broader question. One of your competitors, I guess, as they've scaled, has had kind of customer service and closed difficulties. Obviously, your numbers have been phenomenal. But how would you score kind of your customer service levels, particularly as you continue to ramp your business?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think on interest rates, they've come down obviously since prepandemic pretty dramatically, and then it kind of bounced around a little bit from there. There's been some upward movement over the last quarter or so, but nothing material. And so I don't think that there's -- the story there is that they're low. I don't think that recent movements are super material.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In terms of customer service levels, our focus from day 1 has been to build a business from the ground up that delivers great customer experiences and to build all the things that are required to really enable those great experiences to be differentiated in a fundamental way, and that's always been our focus. And I think when we look at kind of all of our scores for what customer experience looks like, there's a lot of different things that drive that. I think first and foremost is the way that we've designed the business and the way that we've designed the customer experience. And then I think from there, you've got your technology and your processes and the quality of those and kind of how good an experience those are capable of delivering.

I think very importantly, the next layer is your cultural layer. How much do all the people that talk to your customers -- that takes your customers' cars, that deliver the car to the customers, how much do they care about the customers and care about what we're doing together and empathize with the exciting moments that the customer is having when they are getting a car which is the second largest purchase they make in their life? And I think that we would like to think that we've done a pretty good job building a culture there that really cares about delivering great customer experiences.

And I think the last layer is, do you have sufficient capacity across your operations groups to deliver to customers great experiences? And I think over time, we've been constrained many, many times in our 8-year life. Obviously, throughout the pandemic, you've heard of various constraints. If we go back to 2019, we have logistics and market ops constraints. Prior to that, we had constraints in the call center and in different places. So we've had constraints across the business at various points in time. Those constraints generally do lead, all else constant, to our measures of customer experience going down a little bit. Now when they go down, they've traditionally gone down by relatively small amounts, and they remain at levels that are far above industry standard.

And then importantly, when we continue to kind of staff up and get our feet underneath us and alleviate those constraints, we see them go right back to where they were, which means that we're in a great place in the kind of foundational elements that matter the most, which is business design, technology processes and culture. And so really, we're really happy about the way that we've been able to manage customer experience, which is our primary goal through all of this growth that has driven us to be a 1,000x larger company today than we were in the first year that we launched in 2013. But undoubtedly, there are impacts from very high levels of growth, and those impacts are the directions that you would expect. But I think we've done a good job managing them historically.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to management for any closing remarks.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Perfect. Thanks, everyone, for joining the call. And to the entire Carvana team, thank you. Great quarter. Great job. To all the operations teams, this has been a long slog. You've done an incredible job coming in every day and delivering great customer experiences, and we really appreciate it. I hope that you hear the sincerity of that appreciation, doesn't just sound like something that we say every call.

To the inspection center team, in particular, this has been an absolute battle. Great job to all of you. I know that you've taken the last couple of calls and pinned those up on your locker for inspiration. Clearly, it did inspire. You guys have done a great job. We really appreciate it. Please keep going. We've still got a lot of ground to cover, but thanks to all. Have a good one.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# Exhibit 13





# LETTER TO **SHAREHOLDERS**

## Q1 | 2021





# CARVANA

MAY 6, 2021







Dear Shareholders,

Q1 2021 was another strong quarter for Carvana.

We grew retail units sold by 76% YoY to a total of 92,457, up from 52,427 last year. We grew revenue by 104% to $2.245 billion from $1.098 billion last year. We also improved Total GPU by $1,016 YoY and $277 sequentially, and we levered net loss and EBITDA margin by 13.0% and 11.3% YoY and 4.8% and 2.6% sequentially, respectively.

These are incredible numbers that we are extremely proud of, but they only tell part of the story.

We achieved this level of growth despite carrying just half the available inventory we had a year ago, and we achieved this level of operating leverage despite the investments we are making to rapidly scale our capacity across all operational functions.

On this front the news is also good. In Q1 weekly average vehicle production was up approximately 26% sequentially. That progress has continued with weekly average vehicle production currently up 51% vs. Q4, which we expect to lead to growing available inventory for our customers.

Our success in Q1 is a testament to the desirability of our customer offering, the scalability and strength of our business model, our long-term focus, and the quality of our customer-focused team.

We are firmly on the path to changing the way people buy cars, to delivering more than 2 million cars per year, and to becoming the largest and most profitable automotive retailer.

## Summary of Q1 2021 Results

Q1 2021 Financial Results: All financial comparisons stated below are versus Q1 2020, unless otherwise noted. Complete financial tables appear at the end of this letter.

- Retail units sold totaled 92,457, an increase of 76%
- Revenue totaled $2.245 billion, an increase of 104%
- Total gross profit was $338 million, an increase of 145%
- Total gross profit per unit was $3,656, an increase of $1,016
- Net loss was $82 million, an improvement from $184 million
- EBITDA margin was (1.3%), an improvement from (12.6%)
- Basic and diluted net loss, per Class A share was $0.46 based on 78.1 million shares of Class A common stock outstanding

Q1 2021 Other Results:
- Opened our 12th inspection and reconditioning center (IRC) near Birmingham, AL
- Opened our 28th vending machine in Las Vegas, NV
- Expanded our population coverage to 74.5% through the addition of six new markets

## Recent Events

- Following the end of the quarter we added 16 new markets including our first 5 markets in the Pacific Northwest. This adds the last major region in our nationwide footprint and brings our total U.S. population coverage to 77.4%

## Outlook

Our financial goal is to become the largest and most profitable automotive retailer. The first quarter was another meaningful step toward this goal, with rapidly growing retail units and revenue, increasing GPU, and improving EBITDA margin.

In our Q4 2020 shareholder letter, we outlined our expectations for the year, including accelerated FY21 retail units sold growth, FY21 revenue growth in line with retail unit growth, FY21 Total GPU in the mid-$3,000s, and a small FY21 EBITDA margin loss, while investing for growth and continuing our progress on demonstrating leverage.

We remain on track to meet or exceed these expectations, and we continue to be excited about 2021 as a significant step toward our long-term goals.

For more information regarding the non-GAAP financial measures discussed in this letter, please see the reconciliations of our non-GAAP measurements to their most directly comparable GAAP-based financial measurements included at the end of this letter.

## Scaling Vehicle Production

A top priority continues to be scaling vehicle production. While we have made significant progress over the past two quarters increasing production volume, rapid demand growth has thus far outpaced these increases, leading to a 27% reduction in average immediately available inventory from Q4 to Q1. We believe additional inventory would have led to more retail units sold in Q1, and thus we remain focused on growing inventory by scaling production volume as quickly as possible.

There are two components to scaling our vehicle production: (1) expanding our IRC infrastructure capacity by building new facilities, and (2) increasing production volumes at both existing and new IRCs by staffing additional production lines. We continue to make progress on these components, including finding efficiencies to reduce the required lead times of each.

In Q1, we opened our 12th IRC, near Birmingham, AL, bringing our annual production capacity at full utilization to more than 680k units. We remain on track to open 1 additional IRC in 2021 (expected in Q2) and 8 in 2022, bringing our total capacity at full utilization to over 1.25 million units by the end of 2022.

In addition, we have continued to add to our team in existing facilities leading to an increase in weekly average production volume of 26% in Q1 relative to Q4. Those increases in weekly average production volume have continued into Q2 to a level where we are currently producing cars at a rate approximately 51% faster than in Q4.



*Immediately available inventory are vehicles listed on our website that have been reconditioned and photographed and are available for immediate purchase by a customer. They are a subset of total website units, which is reported in key operating metrics and represents all vehicles listed on our website including immediately available inventory, vehicles currently engaged in a purchase or reserved by a customer, and units that can be reserved that generally have not yet completed the inspection and reconditioning process.

3

## Expansion

In Q1 2021 we expanded our total percentage of the U.S. population we serve to 74.5%, up from 73.7% at the end of 2020 through the addition of 6 new markets, bringing our total market count to 272. We also opened 1 new vending machine in the first quarter, bringing our total to 28. In 2021, we continue to expect to increase our population coverage to 78%-80% while serving more than 300 markets by year-end.

Following the end of the quarter we added 16 new markets including the first 5 markets in the Pacific Northwest. This adds the last major region in our nationwide footprint and brings our total U.S. population coverage to 77.4% as of May 6, 2021. From here, our path to 95% population coverage will primarily consist of opening smaller fill-in markets.



**CARVANA MARKETS, VENDING MACHINES, AND IRCs**

*As of May 6, 2021

For a complete list of our market opening history, estimated populations, and estimated total industry used vehicle sales by market, along with details on our IRCs, please see: investors.carvana.com/investor-resources/investor-materials

4

## Management Objectives

Our three primary financial objectives are: (1) Grow Retail Units and Revenue; (2) Increase Total Gross Profit Per Unit; and (3) Demonstrate Operating Leverage. We believe continued focus on these goals will lead to a strong long-term financial model.

Below we present our long-term financial model that we introduced at our Analyst Day on November 29, 2018. We believe this is the appropriate frame through which to evaluate our results and progress towards each of our financial objectives.

## LONG TERM FINANCIAL GOALS

| | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | Q1 2021 | Long Term Target |
|---|---|---|---|---|---|---|---|
| YoY Revenue Growth | 180% | 135% | 128% | 101% | 42% | 104% | – |
| Gross Margin | 5.3% | 7.9% | 10.1% | 12.9% | 14.2% | 15.1% | 15 – 19% |
| Advertising | 7.4% | 6.5% | 5.7% | 5.2% | 5.1% | 4.5% | 1.0 – 1.5% |
| SG&A ex. Advertising and D&A | 21.1% | 18.2% | 14.9% | 13.7% | 13.7% | 12.3% | 4.5 – 5.5% |
| D&A | 1.3% | 1.3% | 1.2% | 1.0% | 1.3% | 1.0% | 0.5 – 1.0% |
| SG&A Total as % of Revenue | 29.8% | 26.0% | 21.7% | 20.0% | 20.2% | 17.7% | 6 – 8% |
| Net Loss Margin | (25.5)% | (19.1)% | (13.0)% | (9.3)% | (8.3)% | (3.7)% | – |
| EBITDA Margin | (23.2%) | (16.9%) | (10.5%) | (6.2%) | (4.6%) | (1.3%) | 8 – 13.5% |

Note: Numbers may not foot due to rounding.

5

## Objective #1: Grow Retail Units and Revenue

Retail units sold growth accelerated to 76% YoY in Q1, up from 43% in Q4.  For the quarter, retail units sold totaled 92,457 vs. 52,427 in Q1 2020. Q1 revenue grew to $2.245 billion, up 104% from $1.098 billion. Year-over-year retail unit and revenue growth were impacted to a degree by the onset of the COVID-19 pandemic in March 2020, but were primarily driven by strong demand for our offering this year.

Our growth in Q1 came despite significantly constrained inventory on our website. Average immediately available inventory was approximately 27% lower on average in Q1 2021 when compared to Q4 2020. Demand continues to outpace our ability to fulfill it, and we are taking many steps to ramp up production capacity in the near-term to support accelerated growth in 2021.



## Objective #2: Increase Total Gross Profit Per Unit

Total GPU was $3,656 in Q1 2021, an increase of $1,016 year-over-year and $277 sequentially, reflecting broad-based gains. Given that the prior year quarter was significantly impacted by the onset of the COVID-19 pandemic, the commentary below focuses on sequential changes.

For Q1 2021:

- Total
  - Total GPU was $3,656 vs. $2,640 in Q1 2020 and $3,379 in Q4 2020
- Retail
  - Retail GPU was $1,211 vs. $1,581 in Q1 2020 and $1,265 in Q4 2020
  - Sequential changes in Retail GPU reflected a continuation of approximately $200 per unit of transitory costs primarily driven by rapidly ramping our reconditioning capacity in the midst of COVID-19 and an approximately flat consumer sourced ratio.
- Wholesale
  - Wholesale GPU was $227 vs. $23 in Q1 2020 and $108 in Q4 2020
  - Sequential changes in Wholesale GPU were driven by record volume of 26,040 wholesale units and an increase in gross profit per wholesale unit sold to $806 from $358. These gains were primarily driven by strong wholesale market pricing in the latter part of Q1.
- Other
  - Other GPU was $2,218 vs. $1,036 in Q1 2020 and $2,006 in Q4 2020
  - Sequential changes in Other GPU were primarily driven by completing two public securitizations for the first time in Q1. In addition, the prior quarter included a one-time benefit for a reduction in our reserve for VSC cancellations, which was largely offset by increased attachment rates on ancillary products in Q1.



## Objective #3: Demonstrate Operating Leverage

We levered net loss margin and EBITDA margin in Q1 by 13.0% and 11.3% YoY and 4.8% and 2.6% sequentially, respectively, despite constraints on production that significantly limited our immediately available inventory. Our year-over-year and sequential improvements were driven by both GPU gains and SG&A leverage, and the year-over-year improvement also benefited from lapping the onset of COVID-19 in March 2020.

For Q1 2021, as a percentage of revenue:

- Total SG&A levered by 7.4% year-over-year, reflecting gains in all components. Compensation and benefits levered by 2.1%, advertising levered by 2.3%, logistics and market occupancy levered by 0.5%, and other SG&A levered by 2.5%. Leverage across all components was driven by benefits from scale and process efficiencies and by lapping the onset of the COVID-19 pandemic in March 2020, partially offset by investments to support our growth plan in 2021 and beyond
- Total SG&A levered by 1.1% sequentially, primarily reflecting benefits from scale and lapping approximately 1% of revenue in transitory expenses in Q4 2020, partially offset by investments to support our growth plan in 2021 and beyond



## Summary

During the first quarter, we marked the 8th year since our launch in Atlanta, GA in 2013.

When we launched, we were a scrappy group on a mission to change the way people buy cars by re-imagining the business from the ground up with the north star of delivering the best customer experiences available.

Eight years later, we've grown quite a bit. We now deliver to approximately three quarters of the US population in 288 markets, and last year we delivered approximately 1,000 times as many cars to our customers as we did in our first year.

While many things have changed, a lot hasn't. We are still a scrappy group. We are still on a mission. We are still imagining. And we are still doing all that with the customer at the center of everything we do.

Our ambition burns as bright as it did on the first day.

The march continues.

Sincerely,

Ernie Garcia, III, Chairman and CEO

Mark Jenkins, CFO

8

## Appendix

*Conference Call Details*

Carvana will host a conference call today, May 6, 2021, at 5:30 p.m. EDT (2:30 p.m. PDT) to discuss financial results. To participate in the live call, analysts and investors should dial (833) 255-2830 or (412) 902-6715, and ask for "Carvana Earnings." A live audio webcast of the conference call along with supplemental financial information will also be accessible on the company's website at investors.carvana.com. Following the webcast, an archived version will also be available on the Investor Relations section of the company's website. A telephonic replay of the conference call will be available until May 13, 2021, by dialing (877) 344-7529 or (412) 317-0088 and entering passcode 10154369#.

*Forward Looking Statements*

This letter contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements reflect Carvana's current expectations and projections with respect to, among other things, its financial condition, results of operations, plans, objectives, future performance, and business. These statements may be preceded by, followed by or include the words "aim," "anticipate," "believe," "estimate," "expect," "forecast," "intend," "likely," "outlook," "plan," "potential," "project," "projection," "seek," "can," "could," "may," "should," "would," "will," the negatives thereof and other words and terms of similar meaning.

Forward-looking statements include all statements that are not historical facts. Such forward-looking statements are subject to various risks and uncertainties. Accordingly, there are or will be important factors that could cause actual outcomes or results to differ materially from those indicated in these statements. Among these factors are risks related to the "Risk Factors" identified in our Annual Report on Form 10-K for 2020.

There is no assurance that any forward-looking statements will materialize. You are cautioned not to place undue reliance on forward-looking statements, which reflect expectations only as of this date. Carvana does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments, or otherwise.

*Use of Non-GAAP Financial Measures*

As appropriate, we supplement our results of operations determined in accordance with U.S. generally accepted accounting principles ("GAAP") with certain non-GAAP financial measurements that are used by management, and which we believe are useful to investors, as supplemental operational measurements to evaluate our financial performance. These measurements should not be considered in isolation or as a substitute for reported GAAP results because they may include or exclude certain items as compared to similar GAAP-based measurements, and such measurements may not be comparable to similarly-titled measurements reported by other companies. Rather, these measurements should be considered as an additional way of viewing aspects of our operations that provide a more complete understanding of our business. We strongly encourage investors to review our consolidated financial statements included in publicly filed reports in their entirety and not rely solely on any one, single financial measurement or communication.

Reconciliations of our non-GAAP measurements to their most directly comparable GAAP-based financial measurements are included at the end of this letter.

Investor Relations Contact Information: Mike Levin, investors@carvana.com

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and par values)**

| | March 31, 2021 | December 31, 2020 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 370 | $ 301 |
| Restricted cash | 45 | 28 |
| Accounts receivable, net | 118 | 79 |
| Finance receivables held for sale, net | 384 | 275 |
| Vehicle inventory | 1,439 | 1,036 |
| Beneficial interests in securitizations | 177 | 131 |
| Other current assets, including $8 and $6, respectively, due from related parties | 95 | 73 |
| Total current assets | 2,628 | 1,923 |
| Property and equipment, net | 982 | 909 |
| Operating lease right-of-use assets, including $21 and $22, respectively, from leases with related parties | 156 | 156 |
| Intangible assets, net | 5 | 6 |
| Goodwill | 9 | 9 |
| Other assets, including $4 for both periods due from related parties | 39 | 32 |
| Total assets | $ 3,819 | $ 3,035 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities, including $23 and $16, respectively, due to related parties | $ 484 | $ 342 |
| Short-term revolving facilities | 122 | 40 |
| Current portion of long-term debt | 69 | 65 |
| Other current liabilities, including $4 and $3, respectively, from leases with related parties | 21 | 20 |
| Total current liabilities | 696 | 467 |
| Long-term debt, excluding current portion | 2,254 | 1,617 |
| Operating lease liabilities, excluding current portion, including $18 and $19, respectively, from leases with related parties | 147 | 148 |
| Other liabilities | 1 | 1 |
| Total liabilities | 3,098 | 2,233 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Preferred stock, $0.01 par value - 50,000 shares authorized; none issued and outstanding as of March 31, 2021 and December 31, 2020 | — | — |
| Class A common stock, $0.001 par value - 500,000 shares authorized; 79,834 and 76,512 shares issued and outstanding as of March 31, 2021 and December 31, 2020, respectively | — | — |
| Class B common stock, $0.001 par value - 125,000 shares authorized; 92,519 and 95,592 shares issued and outstanding as of March 31, 2021 and December 31, 2020, respectively | — | — |
| Additional paid-in capital | 755 | 742 |
| Accumulated deficit | (390) | (354) |
| Total stockholders' equity attributable to Carvana Co. | 365 | 388 |
| Non-controlling interests | 356 | 414 |
| Total stockholders' equity | 721 | 802 |
| Total liabilities & stockholders' equity | $ 3,819 | $ 3,035 |

10

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and per share amounts)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Sales and operating revenues:** | | |
| Used vehicle sales, net | $ 1,800 | $ 964 |
| Wholesale vehicle sales, including $6 and $0, respectively, from related parties | 240 | 80 |
| Other sales and revenues, including $42 and $20, respectively, from related parties | 205 | 54 |
| **Net sales and operating revenues** | 2,245 | 1,098 |
| Cost of sales, including $1 for both periods to related parties | 1,907 | 960 |
| **Gross profit** | 338 | 138 |
| Selling, general and administrative expenses, including $6 and $4, respectively, to related parties | 397 | 276 |
| Interest expense | 30 | 29 |
| Other (income) expense, net | (7) | 17 |
| **Net loss before income taxes** | (82) | (184) |
| Income tax provision | — | — |
| **Net loss** | (82) | (184) |
| Net loss attributable to non-controlling interests | (46) | (124) |
| **Net loss attributable to Carvana Co.** | $ (36) | $ (60) |
| Net loss per share of Class A common stock, basic and diluted | $ (0.46) | $ (1.19) |
| Weighted-average shares of Class A common stock, basic and diluted [1] | 78,103 | 50,399 |

(1) Weighted-average shares of Class A common stock outstanding have been adjusted for unvested restricted stock awards.

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**
**(In millions)**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2021 | 2020 |
| **Cash Flows from Operating Activities:** | | |
| Net loss | $ (82) | $ (184) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 22 | 16 |
| Provision for bad debt and valuation allowance | 1 | 5 |
| Gain on loan sales | (138) | (13) |
| Equity-based compensation expense | 8 | 6 |
| Amortization and write-off of debt issuance costs and bond premium | 2 | 2 |
| Originations of finance receivables | (1,427) | (782) |
| Proceeds from sale of finance receivables, net | 1,368 | 813 |
| Principal payments received on finance receivables held for sale | 32 | 26 |
| Unrealized (gain) loss on beneficial interests in securitization | (2) | 11 |
| Changes in assets and liabilities: | | |
| Accounts receivable | (41) | 13 |
| Vehicle inventory | (397) | (80) |
| Other assets | (29) | (4) |
| Accounts payable and accrued liabilities | 151 | 2 |
| Operating lease right-of-use assets | — | (46) |
| Operating lease liabilities | — | 47 |
| Net cash used in operating activities | (532) | (168) |
| **Cash Flows from Investing Activities:** | | |
| Purchases of property and equipment | (82) | (90) |
| Principal payments received on beneficial interests in securitizations | 7 | 1 |
| Net cash used in investing activities | (75) | (89) |
| **Cash Flows from Financing Activities:** | | |
| Proceeds from short-term revolving facilities | 2,064 | 1,964 |
| Payments on short-term revolving facilities | (1,981) | (1,721) |
| Proceeds from issuance of long-term debt | 640 | 52 |
| Payments on long-term debt | (14) | (6) |
| Payments of debt issuance costs | (7) | (3) |
| Tax withholdings related to restricted stock awards | (9) | (2) |
| Net cash provided by financing activities | 693 | 284 |
| **Net increase in cash, cash equivalents and restricted cash** | 86 | 27 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 415 | $ 145 |

**CARVANA CO. AND SUBSIDIARIES**
**OUTSTANDING SHARES AND LLC UNITS**
**(Unaudited)**

LLC Units (adjusted for the exchange ratio and participation thresholds) are considered potentially dilutive shares of Class A common stock because they are exchangeable into shares of Class A common stock, if the Company elects not to settle exchanges in cash. Weighted-average shares of Class A common stock and as-exchanged LLC Units, which were evaluated for potentially dilutive effects and were determined to be anti-dilutive, are as follows:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | **2021** | **2020** |
|  | **(in thousands)** | |
| Weighted-average shares of Class A common stock outstanding | 78,103 | 50,399 |
| Weighted-average as-exchanged LLC Units for shares of Class A common stock | 96,569 | 105,241 |
|  | 174,672 | 155,640 |

13

**CARVANA CO. AND SUBSIDIARIES**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**(Unaudited)**

To supplement the consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we also present the following non-GAAP measures: EBITDA and EBITDA margin. We believe the presentation of both U.S. GAAP and non-GAAP financial measures provides investors with increased transparency into financial measures used by our management team, and it also improves investors' understanding of our underlying operating performance and their ability to analyze our ongoing operating trends. All historic non-GAAP financial measures have been reconciled with the most directly comparable U.S. GAAP financial measures.

### EBITDA and EBITDA Margin

EBITDA and EBITDA Margin are supplemental measures of operating performance that do not represent and should not be considered an alternative to net loss or cash flow from operations, as determined by U.S. GAAP. EBITDA is defined as net loss before interest expense, income tax expense, and depreciation and amortization expense. EBITDA Margin is EBITDA as a percentage of total revenues. We use EBITDA to measure the operating performance of our business and EBITDA Margin to measure our operating performance relative to our total revenues. We believe that EBITDA and EBITDA Margin are useful measures to us and to our investors because they exclude certain financial and capital structure items that we do not believe directly reflect our core operations and may not be indicative of our recurring operations, in part because they may vary widely across time and within our industry independent of the performance of our core operations. We believe that excluding these items enables us to more effectively evaluate our performance period-over-period and relative to our competitors. EBITDA and EBITDA Margin may not be comparable to similarly titled measures provided by other companies due to potential differences in methods of calculations. A reconciliation of EBITDA to net loss, which is the most directly comparable U.S. GAAP measure, and calculation of EBITDA Margin is as follows:

| | Three Months Ended | | | | |
| | Mar 31, 2020 | Jun 30, 2020 | Sep 30, 2020 | Dec 31, 2020 | Mar 31, 2021 |
|---|---|---|---|---|---|
| | (dollars in millions) | | | | |
| Net loss | $ (184) | $ (106) | $ (18) | $ (154) | $ (82) |
| Depreciation and amortization expense | 16 | 17 | 19 | 22 | 22 |
| Interest expense | 29 | 20 | 20 | 62 | 30 |
| EBITDA [1] | $ (139) | $ (69) | $ 21 | $ (70) | $ (30) |
| | | | | | |
| Total revenues | $ 1,098 | $ 1,118 | $ 1,544 | $ 1,827 | $ 2,245 |
| Net loss margin | (16.7)% | (9.5)% | (1.1)% | (8.5)% | (3.7)% |
| EBITDA Margin | (12.6)% | (6.2)% | 1.4 % | (3.9)% | (1.3)% |

(1) Includes $0 million for the three months ended March 31, 2020, and less than $1 million for each of the other periods presented of income tax provision.

| | Years Ended December 31, | | | | | | |
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| | (dollars in millions) | | | | | | |
| Net loss | $ (15) | $ (37) | $ (93) | $ (164) | $ (255) | $ (365) | $ (462) |
| Depreciation and amortization expense | 2 | 3 | 5 | 11 | 24 | 41 | 74 |
| Interest expense | — | 1 | 3 | 8 | 25 | 81 | 131 |
| EBITDA [1] | $ (13) | $ (33) | $ (85) | $ (145) | $ (206) | $ (243) | $ (257) |
| | | | | | | | |
| Total revenues | $ 42 | $ 130 | $ 365 | $ 859 | $ 1,955 | $ 3,940 | $ 5,587 |
| Net loss margin | (36.6)% | (28.2)% | (25.5)% | (19.1)% | (13.0)% | (9.3)% | (8.3)% |
| EBITDA Margin | (32.2)% | (25.0)% | (23.2)% | (16.9)% | (10.5)% | (6.2)% | (4.6)% |

(1) Includes $0 million for each of the years ended 2014 through 2019, and less than $1 million for 2020 of income tax provision.

**CARVANA CO. AND SUBSIDIARIES**
**RESULTS OF OPERATIONS**
**(Unaudited)**

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | | 2020 | Change |
| | (in millions, except unit and per unit amounts) | | | |
| **Net sales and operating revenues:** | | | | |
| Used vehicle sales, net | $ | 1,800 | $ | 964 | 86.7 % |
| Wholesale vehicle sales [1] | | 240 | | 80 | 200.0 % |
| Other sales and revenues [2] | | 205 | | 54 | 279.6 % |
| Total net sales and operating revenues | $ | 2,245 | $ | 1,098 | 104.5 % |
| **Gross profit:** | | | | |
| Used vehicle gross profit | $ | 112 | $ | 83 | 34.9 % |
| Wholesale vehicle gross profit [1] | | 21 | | 1 | 2,000.0 % |
| Other gross profit [2] | | 205 | | 54 | 279.6 % |
| Total gross profit | $ | 338 | $ | 138 | 144.9 % |
| **Unit sales information:** | | | | |
| Used vehicle unit sales | | 92,457 | | 52,427 | 76.4 % |
| Wholesale vehicle unit sales | | 26,040 | | 10,754 | 142.1 % |
| **Per unit selling prices:** | | | | |
| Used vehicles | $ | 19,469 | $ | 18,393 | 5.9 % |
| Wholesale vehicles | $ | 9,217 | $ | 7,402 | 24.5 % |
| **Per unit gross profit:** | | | | |
| Used vehicle gross profit | $ | 1,211 | $ | 1,581 | (23.4)% |
| Wholesale vehicle gross profit | $ | 227 | $ | 23 | 887.0 % |
| Other gross profit | $ | 2,218 | $ | 1,036 | 114.1 % |
| Total gross profit | $ | 3,656 | $ | 2,640 | 38.5 % |
| **Per wholesale unit gross profit:** | | | | |
| Wholesale vehicle gross profit | $ | 806 | $ | 114 | 607.0 % |

_____

(1) Includes $6 and $0, respectively, of wholesale revenue from related parties.
(2) Includes $42 and $20, respectively, of other sales and revenues from related parties.

**CARVANA CO. AND SUBSIDIARIES**
**COMPONENTS OF SG&A**
**(Unaudited)**

| | Three Months Ended | | | | |
|---|---|---|---|---|---|
| | Mar 31, 2020 | Jun 30, 2020 | Sep 30, 2020 | Dec 31, 2020 | Mar 31, 2021 |
| | (in millions) | | | | |
| Compensation and benefits [1] | $ 84 | $ 74 | $ 80 | $ 100 | $ 126 |
| Advertising | 75 | 62 | 65 | 84 | 100 |
| Market occupancy [2] | 8 | 8 | 10 | 11 | 13 |
| Logistics [3] | 19 | 17 | 18 | 23 | 30 |
| Other [4] | 90 | 78 | 96 | 124 | 128 |
| Total | $ 276 | $ 239 | $ 269 | $ 342 | $ 397 |

_____

(1) Compensation and benefits includes all payroll and related costs, including benefits, payroll taxes, and equity-based compensation, except those related to preparing vehicles for sale, which are included in cost of sales, and those related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.
(2) Market occupancy costs includes occupancy costs of our vending machine and hubs. It excludes occupancy costs related to reconditioning vehicles which are included in cost of sales and the portion related to corporate occupancy which are included in other costs.
(3) Logistics includes fuel, maintenance and depreciation related to operating our own transportation fleet, and third party transportation fees, except the portion related to inbound transportation, which is included in cost of sales.
(4) Other costs include all other selling, general and administrative expenses such as IT expenses, corporate occupancy, professional services and insurance, limited warranty, and title and registration.

**CARVANA CO. AND SUBSIDIARIES**
**LIQUIDITY RESOURCES**
**(Unaudited)**

| | March 31, 2021 | | December 31, 2020 |
|---|---|---|---|
| | (in millions) | | |
| Cash and cash equivalents | $ 370 | $ | 301 |
| Availability under short-term revolving facilities [1] | 1,294 | | 1,088 |
| Availability under sale-leaseback agreements [2][3] | 1 | | 19 |
| **Committed liquidity resources available** | **$ 1,665** | **$** | **1,408** |

_____

(1) Based on pledging all eligible vehicles and finance receivables under the available capacity in the Floor Plan Facility and Finance Receivable Facilities, excluding the impact to restricted cash requirements.

(2) We have $285 million and $250 million of total unfunded gross real estate assets as of March 31, 2021 and December 31, 2020, respectively.

As of March 31, 2021 and December 31, 2020, the short-term revolving facilities had total capacity of $2.25 billion, an outstanding balance of $122 million and $40 million, and unused capacity of $2.1 billion and $2.2 billion, respectively.

We also had $6 million of committed funds for future construction costs of IRCs with unfinished construction as of both March 31, 2021 and December 31, 2020.

In addition, we had $80 million and $48 million of total unpledged beneficial interests in securitizations as of March 31, 2021 and December 31, 2020, respectively.

On April 30, 2021, we entered into an agreement with a new lender pursuant to which the lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables that we originated. We can draw upon this facility until October 30, 2022.















**Exhibit 14**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Quarterly Period Ended June 30, 2021**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from \_\_\_\_\_ to _____**

Commission File Number: 001-38073

# CARVANA CO.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **81-4549921** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **1930 W. Rio Salado Parkway        Tempe        Arizona** | **85281** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(480) 719-8809**
(Registrant's telephone number, including area code)
**N/A**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, Par Value $0.001 Per Share | CVNA | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒   Yes ☐   No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒   Yes ☐   No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
|---|---|---|---|---|
| Non-accelerated filer | ☐ | (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐Yes ☒No

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date:

As of August 2, 2021, the registrant had 84,502,051 shares of Class A common stock outstanding and 88,081,043 shares of Class B common stock outstanding.

**INDEX TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

|  |  | **Page** |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | |
| | Unaudited Condensed Consolidated Balance Sheets as of June 30, 2021 and December 31, 2020 | 1 |
| | Unaudited Condensed Consolidated Statements of Operations for the Three and Six Months Ended June 30, 2021 and 2020 | 2 |
| | Unaudited Condensed Consolidated Statements of Stockholders' Equity for the Three and Six Months Ended June 30, 2021 and 2020 | 3 |
| | Unaudited Condensed Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2021 and 2020 | 5 |
| | Notes to Unaudited Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 33 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 51 |
| Item 4. | Controls and Procedures | 51 |
| **PART II.** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 52 |
| Item 1A. | Risk Factors | 52 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 52 |
| Item 3. | Defaults Upon Senior Securities | 52 |
| Item 4. | Mine Safety Disclosures | 52 |
| Item 5. | Other Information | 52 |
| Item 6. | Exhibits | 53 |

**PART I. FINANCIAL INFORMATION**

**ITEM I. FINANCIAL STATEMENTS**

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and par values)**

| | | June 30, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 201 | $ | 301 |
| Restricted cash | | 109 | | 28 |
| Accounts receivable, net | | 185 | | 79 |
| Finance receivables held for sale, net | | 429 | | 275 |
| Vehicle inventory | | 1,974 | | 1,036 |
| Beneficial interests in securitizations | | 239 | | 131 |
| Other current assets, including $9 and $6, respectively, due from related parties | | 108 | | 73 |
| Total current assets | | 3,245 | | 1,923 |
| Property and equipment, net | | 1,103 | | 909 |
| Operating lease right-of-use assets, including $20 and $22, respectively, from leases with related parties | | 159 | | 156 |
| Intangible assets, net | | 5 | | 6 |
| Goodwill | | 9 | | 9 |
| Other assets, including $6 and $4, respectively, due from related parties | | 60 | | 32 |
| Total assets | $ | 4,581 | $ | 3,035 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities, including $18 and $16, respectively, due to related parties | $ | 558 | $ | 342 |
| Short-term revolving facilities | | 680 | | 40 |
| Current portion of long-term debt | | 71 | | 65 |
| Other current liabilities, including $4 and $3, respectively, from leases with related parties | | 24 | | 20 |
| Total current liabilities | | 1,333 | | 467 |
| Long-term debt, excluding current portion | | 2,327 | | 1,617 |
| Operating lease liabilities, excluding current portion, including $17 and $19, respectively, from leases with related parties | | 150 | | 148 |
| Other liabilities | | 1 | | 1 |
| Total liabilities | | 3,811 | | 2,233 |
| Commitments and contingencies (Note 16) | | | | |
| Stockholders' equity: | | | | |
| Preferred stock, $0.01 par value - 50,000 shares authorized; none issued and outstanding as of June 30, 2021 and December 31, 2020 | | — | | — |
| Class A common stock, $0.001 par value - 500,000 shares authorized; 83,106 and 76,512 shares issued and outstanding as of June 30, 2021 and December 31, 2020, respectively | | — | | — |
| Class B common stock, $0.001 par value - 125,000 shares authorized; 89,401 and 95,592 shares issued and outstanding as of June 30, 2021 and December 31, 2020, respectively | | — | | — |
| Additional paid-in capital | | 771 | | 742 |
| Accumulated deficit | | (368) | | (354) |
| Total stockholders' equity attributable to Carvana Co. | | 403 | | 388 |
| Non-controlling interests | | 367 | | 414 |
| Total stockholders' equity | | 770 | | 802 |
| Total liabilities & stockholders' equity | $ | 4,581 | $ | 3,035 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

1

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and per share amounts)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Sales and operating revenues:** | | | | |
| Used vehicle sales, net | $ 2,504 | $ 992 | $ 4,304 | $ 1,956 |
| Wholesale vehicle sales, including $16, $0, $22, and $0, respectively, from related parties | 557 | 49 | 797 | 129 |
| Other sales and revenues, including $49, $23, $91, and $43, respectively, from related parties | 275 | 77 | 480 | 131 |
| **Net sales and operating revenues** | 3,336 | 1,118 | 5,581 | 2,216 |
| Cost of sales, including $3, $1, $4, and $2, respectively, to related parties | 2,784 | 968 | 4,691 | 1,928 |
| **Gross profit** | 552 | 150 | 890 | 288 |
| Selling, general and administrative expenses, including $6, $5, $12, and $9, respectively, to related parties | 470 | 239 | 867 | 515 |
| Interest expense, including $0, $0, $0, and $1, respectively, to related parties | 43 | 20 | 73 | 49 |
| Other (income) expense, net | (6) | (3) | (13) | 14 |
| **Net income (loss) before income taxes** | 45 | (106) | (37) | (290) |
| Income tax provision | — | — | — | — |
| **Net income (loss)** | 45 | (106) | (37) | (290) |
| Net income (loss) attributable to non-controlling interests | 23 | (65) | (23) | (189) |
| **Net income (loss) attributable to Carvana Co.** | $ 22 | $ (41) | $ (14) | $ (101) |
| | | | | |
| Net earnings (loss) per share of Class A common stock - basic | $ 0.27 | $ (0.62) | $ (0.18) | $ (1.73) |
| Net earnings (loss) per share of Class A common stock - diluted | $ 0.26 | $ (0.62) | $ (0.18) | $ (1.73) |
| | | | | |
| Weighted-average shares of Class A common stock - basic [1] | 81,398 | 66,327 | 79,751 | 58,363 |
| Weighted-average shares of Class A common stock - diluted | 176,015 | 66,327 | 79,751 | 58,363 |

(1) Weighted-average shares of Class A common stock - basic - outstanding have been adjusted for unvested restricted stock awards.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

2

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2019** | 50,507 | $ — | 101,219 | $ — | $ 281 | $ (183) | $ 94 | $ 192 |
| Net loss | — | — | — | — | — | (60) | (124) | (184) |
| Exchanges of LLC Units | 116 | — | (19) | — | — | — | — | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 2 | — | — | 2 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (2) | — | — | (2) |
| Issuance of Class A common stock to settle vested restricted stock units | 38 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (8) | — | — | — | (2) | — | — | (2) |
| Options exercised | 7 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 7 | — | — | 7 |
| **Balance, March 31, 2020** | 50,660 | $ — | 101,200 | $ — | $ 286 | $ (243) | $ (30) | $ 13 |
| Net loss | — | — | — | — | — | (41) | (65) | (106) |
| Issuance of Class A common stock, net of underwriters' discounts and commissions and offering expenses | 18,333 | — | — | — | 1,059 | — | — | 1,059 |
| Adjustments to the non-controlling interests related to equity offering | — | — | — | — | (643) | — | 643 | — |
| Exchanges of LLC Units | 285 | — | — | — | 1 | — | (1) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 21 | — | — | 21 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (21) | — | — | (21) |
| Issuance of Class A common stock to settle vested restricted stock units | 61 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (26) | — | — | — | (4) | — | — | (4) |
| Options exercised | 101 | — | — | — | 3 | — | — | 3 |
| Equity-based compensation | — | — | — | — | 8 | — | — | 8 |
| **Balance, June 30, 2020** | 69,414 | $ — | 101,200 | $ — | $ 710 | $ (284) | $ 547 | $ 973 |

3

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY - (Continued)**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2020** | 76,512 | $ — | 95,592 | $ — | $ 742 | $ (354) | $ 414 | $ 802 |
| Net loss | — | — | — | — | — | (36) | (46) | (82) |
| Exchanges of LLC Units | 3,247 | — | (3,073) | — | 12 | — | (12) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 225 | — | — | 225 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (225) | — | — | (225) |
| Issuance of Class A common stock to settle vested restricted stock units | 62 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (2) | — | — | — | (9) | — | — | (9) |
| Options exercised | 15 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 10 | — | — | 10 |
| **Balance, March 31, 2021** | 79,834 | $ — | 92,519 | $ — | $ 755 | $ (390) | $ 356 | $ 721 |
| Net income | — | — | — | — | — | 22 | 23 | 45 |
| Exchanges of LLC Units | 3,189 | — | (3,118) | — | 12 | — | (12) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 217 | — | — | 217 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (217) | — | — | (217) |
| Issuance of Class A common stock to settle vested restricted stock units | 59 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (2) | — | — | — | (8) | — | — | (8) |
| Options exercised | 26 | — | — | — | 1 | — | — | 1 |
| Equity-based compensation | — | — | — | — | 11 | — | — | 11 |
| **Balance, June 30, 2021** | 83,106 | $ — | 89,401 | $ — | $ 771 | $ (368) | $ 367 | $ 770 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

4

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**
**(In millions)**

|  | Six Months Ended June 30, | |
| --- | --- | --- |
|  | 2021 | 2020 |
| **Cash Flows from Operating Activities:** | | |
| Net loss | $ (37) | $ (290) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 46 | 33 |
| Loss on disposal of property and equipment | 1 | 5 |
| Provision for bad debt and valuation allowance | 6 | 8 |
| Gain on loan sales | (338) | (52) |
| Equity-based compensation expense | 18 | 12 |
| Amortization and write-off of debt issuance costs and bond premium | 5 | 4 |
| Originations of finance receivables | (3,289) | (1,565) |
| Proceeds from sale of finance receivables, net | 3,254 | 1,459 |
| Principal payments received on finance receivables held for sale | 78 | 38 |
| Unrealized (gain) loss on beneficial interests in securitization | (4) | 3 |
| Changes in assets and liabilities: | | |
| Accounts receivable | (111) | (7) |
| Vehicle inventory | (926) | 137 |
| Other assets | (60) | (3) |
| Accounts payable and accrued liabilities | 216 | 39 |
| Operating lease right-of-use assets | (4) | (42) |
| Operating lease liabilities | 6 | 46 |
| Net cash used in operating activities | (1,139) | (175) |
| **Cash Flows from Investing Activities:** | | |
| Purchases of property and equipment | (194) | (171) |
| Principal payments received on beneficial interests in securitizations | 20 | 4 |
| Net cash used in investing activities | (174) | (167) |
| **Cash Flows from Financing Activities:** | | |
| Proceeds from short-term revolving facilities | 4,664 | 2,617 |
| Payments on short-term revolving facilities | (4,024) | (3,154) |
| Proceeds from issuance of long-term debt | 710 | 87 |
| Payments on long-term debt | (29) | (12) |
| Payments of debt issuance costs | (11) | (4) |
| Net proceeds from issuance of Class A common stock | — | 1,059 |
| Proceeds from equity-based compensation plans | 1 | 3 |
| Tax withholdings related to restricted stock awards | (17) | (6) |
| Net cash provided by financing activities | 1,294 | 590 |
| **Net (decrease) increase in cash, cash equivalents and restricted cash** | (19) | 248 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 310 | $ 366 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

5

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## NOTE 1 — BUSINESS ORGANIZATION

**Description of Business**

Carvana Co. and its wholly-owned subsidiary Carvana Co. Sub LLC (collectively, "Carvana Co."), together with its consolidated subsidiaries (the "Company"), is the leading e-commerce platform for buying and selling used cars. The Company is transforming the used car sales experience by giving consumers what they want — a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Using the website, customers can complete all phases of a used vehicle purchase transaction, including financing their purchase, trading in their current vehicle, and purchasing complementary products such as vehicle service contracts ("VSC") and GAP waiver coverage. Each element of the Company's business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

**Organization**

Carvana Co. is a holding company that was formed as a Delaware corporation on November 29, 2016 for the purpose of completing its initial public offering ("IPO") and related transactions in order to operate the business of Carvana Group, LLC and its subsidiaries (collectively, "Carvana Group"). Substantially all of the Company's assets and liabilities represent the assets and liabilities of Carvana Group, except the Company's Senior Notes (as defined in Note 9 — Debt Instruments) which were issued by Carvana Co. and guaranteed by its and Carvana Group's existing domestic restricted subsidiaries.

In accordance with Carvana Group LLC's amended and restated limited liability company agreement (the "LLC Agreement"), Carvana Co. is the sole manager of Carvana Group and conducts, directs and exercises full control over the activities of Carvana Group. There are two classes of common ownership interests in Carvana Group, Class A common units (the "Class A Units") and Class B common units (the "Class B Units"). As further discussed in Note 10 — Stockholders' Equity, the Class A Units and Class B Units (collectively, the "LLC Units") do not hold voting rights, which results in Carvana Group being considered a variable interest entity ("VIE"). Due to Carvana Co.'s power to control and its significant economic interest in Carvana Group, it is considered the primary beneficiary of the VIE and the Company consolidates the financial results of Carvana Group. As of June 30, 2021, Carvana Co. owned approximately 47.5% of Carvana Group and the LLC Unitholders (as defined in Note 10 — Stockholders' Equity) owned the remaining 52.5%.

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation**

The accompanying unaudited condensed consolidated financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information. All intercompany balances and transactions have been eliminated. Certain information and footnote disclosures normally included in annual financial statements have been condensed or omitted. The Company believes the disclosures made are adequate to prevent the information presented from being misleading. However, the accompanying unaudited condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements and notes thereto included within the Company's most recent Annual Report on Form 10-K filed on February 25, 2021. In addition, in 2021, the Company has changed its presentation from thousands to millions and, as a result, any necessary rounding adjustments have been made to prior year disclosed amounts.

The accompanying unaudited condensed consolidated financial statements reflect all adjustments (consisting only of normal and recurring items) necessary to present fairly the Company's financial position as of June 30, 2021, results of operations and changes in stockholder's equity for the three and six months ended June 30, 2021 and 2020, and cash flows for the six months ended June 30, 2021 and 2020. Interim results are not necessarily indicative of full year performance because of the impact of seasonal and short-term variations.

As discussed in Note 1 — Business Organization, Carvana Group is considered a VIE and Carvana Co. consolidates its financial results due to the determination that it is the primary beneficiary.

6

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Liquidity**

Since inception, the Company has incurred losses, and expects to incur additional losses in the future as it continues to build inspection and reconditioning centers ("IRCs") and vending machines, serve more of the U.S. population, and enhance technology and software. Since March 31, 2020, the Company has completed equity offerings of approximately 18 million shares of Class A common stock for net proceeds of approximately $1.1 billion and has issued a total of $1.7 billion in senior unsecured notes due between 2025 and 2028, from which approximately $627 million of the proceeds were used to repay its senior unsecured notes due in 2023. As of June 2021, the Company's forward flow partner has also committed to purchase a total of $4.0 billion of the Company's finance receivables through March 2022. In addition, the Company has a $1.75 billion floor plan facility effective July 1, 2021, through March 31, 2023. Management believes that current working capital, results of operations, and existing financing arrangements are sufficient to fund operations for at least one year from the financial statement issuance date.

**Use of Estimates**

The preparation of these unaudited condensed consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions. Certain accounting estimates involve significant judgments, assumptions and estimates by management that have a material impact on the carrying value of certain assets and liabilities, disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses during the reporting period, which management considers to be critical accounting estimates. The judgments, assumptions and estimates used by management are based on historical experience, management's experience, and other factors, which are believed to be reasonable under the circumstances. Because of the nature of the judgments and assumptions made by management, actual results could differ materially from these judgments and estimates, which could have a material impact on the carrying values of the Company's assets and liabilities and the results of operations.

**Adoption of New Accounting Standards**

In March 2020, the Financial Accounting Standards Board ("FASB") issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting* ("ASU 2020-04"). ASU 2020-04 provides optional guidance for a limited period of time related to contract modifications and hedge accounting to ease the potential burden in accounting for (or recognizing the effects of) reference rate reform on financial reporting. The standard is effective from March 12, 2020 through December 31, 2022, except for hedging relationships existing as of December 31, 2022 that an entity has elected certain optional expedients for and that are retained through the end of the hedging relationship. The Company may elect to take advantage of this optional guidance in its transition away from LIBOR within certain debt contracts but does not expect a material impact on its consolidated financial statements. In January 2021, the FASB issued ASU 2021-01, *Reference Rate Reform (Topic 848): Scope* ("ASU 2021-01"), which refines the scope of Topic 848 and clarifies some of its guidance as part of the FASB's monitoring of global reference rate activities. As of June 30, 2021, the Company had not modified any contracts or had any hedge accounting activity in which it utilized the optional guidance under ASU 2020-04 and ASU 2021-01.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes* ("ASU 2019-12"). ASU 2019-12 removes certain exceptions to the general principles in Topic 740 and also clarifies and amends existing guidance to improve consistent application. The Company adopted ASU 2019-12 for its fiscal year beginning January 1, 2021 and it did not have a material effect on its consolidated financial statements.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**NOTE 3 — PROPERTY AND EQUIPMENT, NET**

The following table summarizes property and equipment, net as of June 30, 2021 and December 31, 2020:

|  | June 30, 2021 | December 31, 2020 |
|---|---|---|
|  | (in millions) | |
| Land and site improvements | $ 188 | $ 132 |
| Buildings and improvements | 593 | 477 |
| Transportation fleet | 246 | 190 |
| Software | 140 | 113 |
| Furniture, fixtures and equipment | 68 | 60 |
| Total property and equipment excluding construction in progress | 1,235 | 972 |
| Less: accumulated depreciation and amortization on property and equipment | (228) | (171) |
| Property and equipment excluding construction in progress, net | 1,007 | 801 |
| Construction in progress | 96 | 108 |
| Property and equipment, net | $ 1,103 | $ 909 |

Depreciation and amortization expense on property and equipment was approximately $23 million and $17 million for the three months ended June 30, 2021 and 2020, respectively, and approximately $45 million and $32 million for the six months ended June 30, 2021 and 2020, respectively. These amounts primarily relate to selling, general and administrative activities and are included as a component of selling, general and administrative expenses in the accompanying unaudited condensed consolidated statements of operations.

**NOTE 4 — GOODWILL AND INTANGIBLE ASSETS, NET**

On April 12, 2018, the Company acquired Car360, Inc. ("Car360"), a provider of app-based photo capture technology. The following table summarizes intangible assets and goodwill related to the Car360 acquisition as of June 30, 2021 and December 31, 2020:

|  | Useful Life | June 30, 2021 | December 31, 2020 |
|---|---|---|---|
|  |  | (in millions) | |
| Intangible assets: |  |  |  |
| Developed technology | 7 years | $ 9 | $ 9 |
| Non-compete agreements | 5 years | 1 | 1 |
| Intangible assets, acquired cost |  | 10 | 10 |
| Less: accumulated amortization |  | (5) | (4) |
| Intangible assets, net |  | $ 5 | $ 6 |
|  |  |  |  |
| Goodwill | N/A | $ 9 | $ 9 |

Amortization expense was less than $1 million during each of the three months ended June 30, 2021 and 2020, and $1 million during each of the six months ended June 30, 2021 and 2020. As of June 30, 2021, the remaining weighted-average

8

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

amortization period for definite-lived intangible assets was approximately 3.6 years. The anticipated annual amortization expense to be recognized in future years as of June 30, 2021 is as follows:

|  | Expected Future Amortization |
|---|---|
|  | (in millions) |
| Remainder of 2021 | $ 1 |
| 2022 | 1 |
| 2023 | 1 |
| 2024 | 1 |
| 2025 | 1 |
| Thereafter | — |
| Total | $ 5 |

### NOTE 5 — ACCOUNTS PAYABLE AND OTHER ACCRUED LIABILITIES

The following table summarizes accounts payable and other accrued liabilities as of June 30, 2021 and December 31, 2020:

|  | June 30, 2021 | December 31, 2020 |
|---|---|---|
|  | (in millions) | |
| Accounts payable, including $18 and $16, respectively, due to related parties | $ 154 | $ 67 |
| Sales taxes and vehicle licenses and fees | 120 | 71 |
| Accrued compensation and benefits | 72 | 34 |
| Reserve for returns and cancellations | 38 | 25 |
| Accrued advertising costs | 33 | 21 |
| Accrued property and equipment | 33 | 33 |
| Accrued interest expense | 28 | 20 |
| Customer deposits | 23 | 17 |
| Other accrued liabilities | 57 | 54 |
| Total accounts payable and accrued liabilities | $ 558 | $ 342 |

### NOTE 6 — RELATED PARTY TRANSACTIONS

**Lease Agreements**

In November 2014, the Company and DriveTime Automotive Group (together with its consolidated affiliates, collectively "DriveTime") entered into a lease agreement that governs the Company's access to and utilization of temporary storage, reconditioning, offices and parking space at various DriveTime facilities (the "DriveTime Lease Agreement"). The DriveTime Lease Agreement was most recently amended in December 2018. Lease duration varies by location, with cancellable terms, provided 60 days' prior written notice is given, expiring between 2021 and 2024. The Company has the right to exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Hub Lease Agreement described below.

In March 2017, the Company and DriveTime entered into a lease agreement that governs the Company's access to and utilization of office and parking space at various DriveTime facilities (the "DriveTime Hub Lease Agreement"). The DriveTime Hub Lease Agreement was most recently amended in July 2021. Lease expiration varies by location with most having cancellable terms, provided 60 days' prior written notice is given, expiring in 2022 and the Company having the right to

9

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Lease Agreement described above.

The DriveTime Lease Agreement and the DriveTime Hub Lease Agreement both have non-cancellable lease terms of less than twelve months with rights to terminate at the Company's election with 60 days' prior written notice and extension options as described above. At non-reconditioning locations, it is not reasonably certain that the Company will exercise its options to extend the leases or abstain from exercising its termination rights within these lease agreements to create a lease term greater than one year and therefore the Company accounts for them as short-term leases. For these locations, the Company makes variable monthly lease payments based on its pro rata utilization of space at each facility plus a pro rata share of each facility's actual insurance costs and real estate taxes. Management has determined that the costs allocated to the Company are based on a reasonable methodology. The DriveTime Lease Agreement includes the Blue Mound and Delanco IRCs. At both of these locations, the Company expects to extend the lease terms beyond twelve months, therefore those locations are not considered short-term leases. The Company occupies all of the space at these IRCs and makes monthly lease payments based on DriveTime's actual rent expense. In addition, the Company is responsible for the actual insurance costs and real estate taxes at these IRC locations.

At all locations, the Company is additionally responsible for paying for any tenant improvements it requires to conduct its operations. Management has determined that the costs allocated to the Company are based on a reasonable methodology.

In 2016 and 2018, the Company entered into lease agreements related to an IRC in Tolleson, Arizona, with Verde Investments, Inc., an affiliate of DriveTime ("Verde"), with an initial term of approximately 15 years. In September 2020, to consummate a sale leaseback transaction with an unrelated third party, the Company exercised a pre-existing option to purchase the leased land and related assets from Verde for its net book value of approximately $22 million thus terminating the lease agreements. The Company immediately sold such land and related assets along with the Company's leasehold improvements at the IRC to a third party who simultaneously leased back the land and the IRC to the Company.

In February 2017, the Company entered into a lease agreement with DriveTime for sole occupancy of a fully operational IRC in Winder, Georgia, where the Company previously maintained partial occupancy. The lease has an initial term of eight years, subject to the Company's ability to exercise three renewal options of five years each.

In November 2018, the Company entered into a lease agreement with DriveTime of a fully operational IRC near Cleveland, Ohio. DriveTime vacated the facility in February 2019, at which point the Company became the sole occupant and began leasing the full facility from DriveTime. The lease has an initial term of three years, subject to the Company's ability to exercise three renewal options of five years each. In July 2021, the Company exercised the first renewal option to extend through October 2026 and agreed to assume the lease from DriveTime effective October 1, 2021.

Expenses related to these operating lease agreements are allocated based on usage to inventory and selling, general and administrative expenses in the accompanying unaudited condensed consolidated balance sheets and statements of operations. Costs allocated to inventory are recognized as cost of sales when the inventory is sold. During the three months ended June 30, 2021, total costs related to these operating lease agreements, including those noted above, were approximately $1 million with approximately $0.5 million and $0.7 million allocated to inventory and selling, general and administrative expenses, respectively. During the three months ended June 30, 2020, total costs related to these lease agreements were approximately $2 million, with approximately $1 million allocated to both inventory and selling, general and administrative expenses. During the six months ended June 30, 2021, total costs related to these lease agreements were approximately $3 million with approximately $1 million and $2 million allocated to inventory and selling, general and administrative expenses, respectively. During the six months ended June 30, 2020, total costs related to these lease agreements were approximately $4 million with approximately $2 million allocated to both inventory and selling, general and administrative expenses.

In February 2019, the Company entered into an agreement to assume a lease of an IRC near Nashville, Tennessee that DriveTime leased from an unrelated landlord. The lease expires in four years, subject to the ability to exercise three renewal options of five years each. DriveTime remained an occupant of the facility through April 1, 2019, after which the Company became the sole occupant, but is not fully released from the lease obligations by the landlord.

10

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Corporate Office Leases**

In September 2016, the Company entered into a lease for the second floor of its corporate headquarters in Tempe, Arizona. In connection with that lease, the Company entered into a sublease with DriveTime for the use of the first floor of the same building. The lease and sublease each have a term of 83 months, subject to the right to exercise three five-year extension options. Pursuant to the sublease, the Company will pay the rent equal to the amounts due under DriveTime's master lease directly to DriveTime's landlord. The rent expense incurred related to this first floor sublease was approximately $0.3 million during each of the three months ended June 30, 2021 and 2020, and approximately $0.5 million during each of the six months ended June 30, 2021 and 2020, respectively.

In December 2019, Verde purchased an office building in Tempe, Arizona that the Company leased from an unrelated landlord prior to Verde's purchase. In connection with the purchase, Verde assumed that lease. The lease has an initial term of ten years, subject to the right to exercise two five-year extension options. The rent expense incurred under the lease with Verde was approximately $0.2 million during each of the three months ended June 30, 2021 and 2020, and approximately $0.4 million during each of the six months ended June 30, 2021 and 2020, respectively.

**Wholesale Revenue**

In 2020, DriveTime began purchasing wholesale vehicles from the Company through competitive online auctions that are managed by an unrelated third party. As a result, the Company recognized approximately $16 million and $22 million of wholesale revenue from DriveTime during the three and six months ended June 30, 2021, respectively, and less than $1 million during the three and six months ended June 30, 2020.

**Retail Vehicle Acquisitions**

During the second quarter of 2021, the Company began acquiring retail vehicles from DriveTime that were reconditioned to meet the Company's required vehicle quality standards. The Company recognized approximately $2 million of cost of goods sold during the three and six months ended June 30, 2021 and no amounts during the three and six months ended June 30, 2020 related to vehicles acquired from DriveTime.

**Master Dealer Agreement**

In December 2016, the Company entered into a master dealer agreement with DriveTime (the "Master Dealer Agreement"), pursuant to which the Company may sell VSCs to customers purchasing a vehicle from the Company. The Company earns a commission on each VSC sold to its customers, and DriveTime is obligated by and subsequently administers the VSCs. The Company collects the retail purchase price of the VSCs from its customers and remits the purchase price net of commission to DriveTime. During the three months ended June 30, 2021 and 2020, the Company recognized approximately $45 million and $20 million, respectively, and during the six months ended June 30, 2021 and 2020, the Company recognized approximately $83 million and $38 million, respectively, of commissions earned on VSCs sold to its customers and administered by DriveTime, net of a reserve for estimated contract cancellations. The commission earned on the sale of these VSCs is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations. In November 2018, the Company amended the Master Dealer Agreement to allow the Company to receive payments for excess reserves based on the performance of the VSCs. In August 2020 and April 2021, the Company and DriveTime amended the Master Dealer Agreement to adjust excess reserve payment calculations and timing and the scope of DriveTime's after-sale administration services. The Company recognized approximately $4 million and $3 million during the three months ended June 30, 2021 and 2020, respectively, and approximately $8 million and $5 million during the six months ended June 30, 2021 and 2020, respectively, related to payments for excess reserves to which it expects to be entitled, which is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations.

Beginning in 2017, DriveTime also administers the Company's limited warranty provided to all customers and a portion of the Company's GAP waiver coverage under the Master Dealer Agreement. The Company pays a per-vehicle fee to DriveTime to administer the limited warranty included with every purchase and prior to the first quarter of 2020 paid a per-contract fee to DriveTime to administer a portion of the GAP waiver coverage it sells to its customers. Since the first quarter of 2020, the Company's GAP waiver coverage sales have been administered by an unrelated party. The Company incurred approximately $3 million and $2 million during the three months ended June 30, 2021 and 2020, respectively, and approximately $6 million and

11

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

$3 million during the six months ended June 30, 2021 and 2020, respectively, related to the administration of limited warranty and GAP waiver coverage.

**Servicing and Administrative Fees**

DriveTime provides servicing and administrative functions associated with the Company's finance receivables. The Company incurred expenses of approximately $1 million during each of the three months ended June 30, 2021 and 2020, and approximately $3 million during each of the six months ended June 30, 2021 and 2020, related to these services.

**Aircraft Time Sharing Agreement**

The Company entered into an agreement to share usage of two aircraft owned by Verde and operated by DriveTime on October 22, 2015, and the agreement was subsequently amended in 2017. Pursuant to the agreement, the Company agreed to reimburse DriveTime for actual expenses for each of its flights. The original agreement was for 12 months, with perpetual 12-month automatic renewals. Either the Company or DriveTime can terminate the agreement with 30 days' prior written notice. The Company reimbursed DriveTime less than $1 million under this agreement during each of the three and six months ended June 30, 2021 and 2020.

**Shared Services Agreement with DriveTime**

In November 2014, the Company and DriveTime entered into a shared services agreement whereby DriveTime provided certain accounting and tax, legal and compliance, information technology, telecommunications, benefits, insurance, real estate, equipment, corporate communications, software and production, and other services primarily to facilitate the transition of these services to the Company on a standalone basis (the "Shared Services Agreement"). The Shared Services Agreement was most recently amended and restated in February 2021 and operates on a year-to-year basis, with the Company having the right to terminate any or all services with 30 days' prior written notice and DriveTime having the right to terminate any or all services with 90 days' prior written notice. Charges allocated to the Company are based on the Company's actual use of the specific services detailed in the Shared Services Agreement. The Company incurred less than $1 million in expenses related to the Shared Services Agreement during each of the three and six months ended June 30, 2021 and 2020.

**Accounts Payable Due to Related Party**

As of June 30, 2021 and December 31, 2020, approximately $18 million and $16 million, respectively, was due to related parties primarily related to the agreements mentioned above, and is included in accounts payable and accrued liabilities in the accompanying unaudited condensed consolidated balance sheets.

**NOTE 7 — FINANCE RECEIVABLE SALE AGREEMENTS**

The Company originates loans for its customers and sells them to partners and investors pursuant to finance receivable sale agreements. Historically, the Company has sold loans through two types of arrangements: forward flow agreements, including a master purchase and sale agreement and master transfer agreements, and fixed pool loan sales, including securitization transactions.

**Master Purchase and Sale Agreement**

In December 2016, the Company entered into a master purchase and sale agreement (the "Master Purchase and Sale Agreement" or "MPSA") with Ally Bank and Ally Financial (collectively the "Ally Parties"). Pursuant to the MPSA, the Company sells finance receivables meeting certain underwriting criteria under a committed forward flow arrangement without recourse to the Company for their post-sale performance. Throughout 2020 and 2021, the Company and the Ally Parties have amended the MPSA to, among other things and subject to the terms of the agreement, broaden the set of finance receivables covered by the MPSA and provide additional flexibility in the timing of sales of finance receivables. In March 2021, the Ally Parties committed to purchase up to a maximum of $4.0 billion of principal balances of finance receivables through March 2022.

12

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

During the six months ended June 30, 2021 and 2020, the Company sold approximately $1.1 billion and $960 million, respectively, in principal balances of finance receivables under the MPSA and had approximately $2.9 billion of unused capacity as of June 30, 2021.

**Securitization Transactions**

The Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Risk Retention Rules, as further discussed in Note 8 — Securitizations and Variable Interest Entities.

During the six months ended June 30, 2021 and 2020, the Company sold approximately $2.0 billion and $495 million, respectively, in principal balances of finance receivables through securitization transactions.

**Gain on Loan Sales**

The total gain related to finance receivables sold to financing partners and pursuant to securitization transactions was approximately $200 million and $39 million during the three months ended June 30, 2021 and 2020, respectively, and $338 million and $52 million during the six months ended June 30, 2021 and 2020, respectively, which is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations.

**NOTE 8 — SECURITIZATIONS AND VARIABLE INTEREST ENTITIES**

As noted in Note 7 — Finance Receivable Sale Agreements, the Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Regulation RR of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (the "Risk Retention Rules"). The beneficial interests retained by the Company include but are not limited to rated notes and certificates of the securitization trusts. The holders of the certificates issued by the securitization trusts have rights to cash flows only after the holders of the notes issued by the securitization trusts have received their contractual cash flows. The securitization trusts have no direct recourse to the Company's assets, and holders of the securities issued by the securitization trusts can look only to the assets of the securitization trusts that issued their securities for payment. The beneficial interests held by the Company are subject principally to the credit and prepayment risk stemming from the underlying finance receivables.

The securitization trusts established in connection with asset-backed securitization transactions are VIEs. For each VIE that the Company establishes in its role as sponsor of securitization transactions, it performs an analysis to determine whether or not it is the primary beneficiary of the VIE. The Company's continuing involvement with the VIEs consists of retaining a portion of the securities issued by the VIEs and performing ministerial duties as the trust administrator. As of June 30, 2021, the Company is not the primary beneficiary of these securitization trusts because its retained interests in the VIEs do not have exposures to losses or benefits that could potentially be significant to the VIEs. The Company does not consolidate the securitization trusts.

The assets the Company retains in the unconsolidated VIEs are presented as beneficial interests in securitizations on the accompanying unaudited condensed consolidated balance sheets, which as of June 30, 2021 and December 31, 2020 were approximately $239 million and $131 million, respectively. The Company held no other assets or liabilities related to its involvement with unconsolidated VIEs as of June 30, 2021.

The following table summarizes the carrying value and total exposure to losses of its assets related to unconsolidated VIEs with which the Company has continuing involvement, but is not the primary beneficiary at June 30, 2021 and December 31, 2020. Total exposure represents the estimated loss the Company would incur under severe, hypothetical circumstances, such as

13

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

if the value of the interests in the securitization trusts and any associated collateral declined to zero. The Company believes the possibility of this is remote. As such, the total exposure presented below is not an indication of the Company's expected losses.

| | June 30, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Total Exposure | Carrying Value | Total Exposure |
| | (in millions) | | | |
| Rated notes | $ 174 | $ 174 | $ 98 | $ 98 |
| Certificates and other assets | 65 | 65 | 33 | 33 |
| Total unconsolidated VIEs | $ 239 | $ 239 | $ 131 | $ 131 |

The beneficial interests in securitizations are considered securities available for sale subject to restrictions on transfer pursuant to the Company's obligations as a sponsor under Risk Retention Rules. As described in Note 9 — Debt Instruments, the Company has entered into secured borrowing facilities through which it finances certain of these retained beneficial interests in securitizations. These securities are interests in securitization trusts, thus there are no contractual maturities. The amortized cost and fair value of securities available for sale as of June 30, 2021 and December 31, 2020 were as follows:

| | June 30, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
| | (in millions) | | | |
| Rated notes | $ 173 | $ 174 | $ 96 | $ 98 |
| Certificates and other assets | 58 | 65 | 28 | 33 |
| Total securities available for sale | $ 231 | $ 239 | $ 124 | $ 131 |

## NOTE 9 — DEBT INSTRUMENTS

**Short-Term Revolving Facilities**

*Floor Plan Facility*

The Company has a floor plan facility with a lender to finance its used vehicle inventory (the "Floor Plan Facility"), which is secured by the Company's vehicles, general intangibles, accounts receivable, and finance receivables. Under the Floor Plan Facility, repayment of amounts drawn for the purchase of a vehicle should generally be made within several days after selling or otherwise disposing of the vehicle. Outstanding balances related to vehicles held in inventory for more than 180 days require monthly principal payments equal to 10% of the original principal amount of that vehicle until the remaining outstanding balance is the lesser of (i) 50% of the original principal amount or (ii) 50% of the wholesale value. Prepayments may be made without incurring a premium or penalty. Additionally, the Company is permitted to make prepayments to the lender to be held as principal payments under the Floor Plan Facility and subsequently reborrow such amounts. The Floor Plan Facility also requires monthly interest payments and that at least 7.5% of the total principal amount owed to the lender is held as restricted cash.

Effective October 1, 2020, the Company amended the Floor Plan Facility to increase the line of credit to $1.25 billion, reduce the interest rate to one-month LIBOR plus 3.15%, and extend the maturity date to March 31, 2023. Effective March 1, 2021, the interest rate was reduced to one-month LIBOR plus 2.65%. Effective July 1, 2021, the line of credit was increased to $1.75 billion, and the LIBOR-based interest rate was amended to a substantially similar rate tied to a prime rate minus 0.50%, in advance of the cessation of LIBOR. The Company is also required to pay the lender an availability fee based on the average unused capacity during the prior calendar quarter.

During the three months ended June 30, 2021, the effective interest rate on the Floor Plan Facility was approximately 2.59%. As of June 30, 2021, the Company had an outstanding balance under this facility of approximately $680 million, unused capacity of approximately $570 million, and held approximately $51 million in restricted cash related to this facility. For the year ended December 31, 2020, the effective interest rate on the Floor Plan Facility was approximately 3.87%. As of

14

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

December 31, 2020, the Company had an outstanding balance of approximately $40 million, unused capacity of approximately $1.2 billion, and held approximately $3 million in restricted cash related to this facility.

*Active Finance Receivable Facilities*

The Company has various short-term revolving credit facilities to fund certain automotive finance receivables originated by the Company prior to selling them, which are typically secured by the finance receivables pledged to them (the "Finance Receivable Facilities").

In January 2020, the Company entered into an agreement pursuant to which a lender agreed to provide a revolving credit facility, which was subsequently increased to $500 million, to fund certain automotive finance receivables originated by the Company. In June 2021, the Company amended its agreement to, among other things, extend the maturity date to January 24, 2023.

In February 2020, the Company entered into an agreement pursuant to which a second lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until February 20, 2022.

On April 30, 2021, the Company entered into an agreement pursuant to which a third lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until October 30, 2022.

The facilities require that any undistributed amounts collected on the pledged finance receivables be held as restricted cash. The facilities require monthly payments of interest and fees based on usage and unused facility amounts. The facilities self-amortize from the end of the draw period until maturity, offer full prepayment rights, and have no credit sublimits or aging restrictions, subject to negotiated concentration limits. The subsidiaries that entered into these facilities are each wholly-owned, special purpose entities whose assets are not available to the general creditors of the Company. As of June 30, 2021 and December 31, 2020, the Company had no amounts outstanding under these facilities, unused capacity of approximately $1.5 billion and $1.0 billion, respectively, and held approximately $46 million and $25 million, respectively, in restricted cash related to these facilities. During the three months ended June 30, 2021, the Company's effective interest rate on these facilities was approximately 1.67%. For the year ended December 31, 2020, the Company's effective interest rate on these facilities was approximately 2.77%.

*Past Finance Receivable Facilities*

In April 2019, the Company entered into an agreement pursuant to which Ally Bank agreed to provide a $300 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus a spread ranging from 1.00% to 1.80%.

In May 2019, the Company and Ally Bank entered into a separate agreement to provide an additional $350 million revolving credit facility to fund certain other automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus 1.95%.

Both credit facilities required that at least 2% of the outstanding pledged finance receivables principal balances, plus any undistributed amounts collected on the pledged finance receivables amount, be held as restricted cash. Interest payments on these credit facilities were payable monthly on each draw date. Principal repayments occurred on the fifteenth day of each calendar month in an amount equal to the undistributed receivables collected.

The Company voluntarily terminated these facilities in February 2020 after entering into the active finance receivable facilities described above.

15

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Long-Term Debt**

*Senior Unsecured Notes*

Since 2018, the Company has issued various senior unsecured notes, each as further described below (collectively, the "Senior Notes") under various indentures, each as further described below (collectively, the "Indentures").

*2027 Senior Unsecured Notes*

On March 29, 2021, the Company issued $600 million in aggregate principal amount of 5.50% senior unsecured notes due April 15, 2027 (the "2027 Notes"). The 2027 Notes were newly issued under an indenture (the "2027 Indenture"), dated as of March 29, 2021, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2027 Notes is payable semi-annually on April 15 and October 15 of each year, beginning on October 15, 2021. The 2027 Notes mature on April 15, 2027 unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed solely for the purpose of facilitating the Company's sales of its finance receivables, if any).

The Company may redeem some or all of the 2027 Notes on or after April 15, 2024 at redemption prices set forth in the 2027 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to April 15, 2024, the Company may redeem up to 35.0% of the aggregate principal amount of the 2027 Notes at a redemption price equal to 105.50%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2027 Notes prior to April 15, 2024, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2027 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

In connection with the issuance of the 2027 Notes, Carvana Group issued preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2027 Notes, as further discussed in Note 10 — Stockholders' Equity.

*2025 and 2028 Senior Unsecured Notes*

On October 2, 2020, the Company issued $500 million in aggregate principal amount of 5.625% senior unsecured notes due October 1, 2025 (the "2025 Notes") and $600 million aggregate principal amount of 5.875% senior unsecured notes due October 1, 2028 (the "2028 Notes" and, collectively, the "2025 and 2028 Notes"). The 2025 and 2028 Notes were newly issued under separate indentures (the "2025 Indenture" and "2028 Indenture", respectively), each dated as of October 2, 2020, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2025 and 2028 Notes is payable semi-annually on April 1 and October 1 of each year, beginning on April 1, 2021. The 2025 and 2028 Notes mature on October 1, 2025 and October 1, 2028, respectively, unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed solely for the purpose of facilitating the Company's sales of its finance receivables, if any).

The Company may redeem some or all of the 2025 Notes on or after October 1, 2022 at redemption prices set forth in the 2025 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2022, the Company may redeem up to 35.0% of the aggregate principal amount of the 2025 Notes at a redemption price equal to 105.625%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2025 Notes prior to October 1, 2022, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2025 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

The Company may redeem some or all of the 2028 Notes on or after October 1, 2023 at redemption prices set forth in the 2028 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2023, the Company may redeem up to 35.0% of the aggregate principal amount of the 2028 Notes at a redemption price equal to 105.875%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2028 Notes prior to October 1, 2023, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company

16

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

experiences certain change of control events, it must make an offer to purchase all of the 2028 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

In connection with the issuance of the 2025 and 2028 Notes, Carvana Group issued preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2025 and 2028 Notes, as further discussed in Note 10 — Stockholders' Equity.

The Indentures contain restrictive covenants that limit the ability of the Company and certain of its subsidiaries to, among other things and subject to certain exceptions, incur additional debt or issue preferred stock, create new liens, make intercompany payments, pay dividends and make other distributions in respect of the Company's capital stock, redeem or repurchase the Company's capital stock or prepay subordinated indebtedness, make certain investments or certain other restricted payments, guarantee indebtedness, designate unrestricted subsidiaries, sell certain kinds of assets, enter into certain types of transactions with affiliates, and effect mergers or consolidations. Certain of these covenants will be suspended if the 2027 Notes, 2025 Notes, and 2028 Notes are assigned an investment grade rating from any two of Moody's Investors Service, Inc., Standard & Poor's Rating Services, and Fitch Ratings, Inc., and there is no continuing default. As of June 30, 2021, the Company was in compliance with all covenants.

The outstanding principal of the Senior Notes, net of unamortized debt issuance costs, was approximately $1.7 billion and $1.1 billion as of June 30, 2021 and December 31, 2020, respectively, and is included in long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*2023 Senior Unsecured Notes*

On September 21, 2018, the Company issued an aggregate of $350 million in senior unsecured notes due 2023 (the "2023 Original Notes") under an indenture entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee (the "2023 Indenture"). On May 24, 2019, the Company issued $250 million in aggregate principal amount of additional notes (the "2023 Additional Notes") under the Indenture, at a 100.5% premium. The 2023 Original Notes and 2023 Additional Notes (together the "2023 Notes") were treated as a single class for all purposes and had the same terms. The 2023 Notes accrued interest at a rate of 8.875% per annum, which was payable semi-annually in arrears on April 1 and October 1 of each year.

In connection with the issuance of the 2023 Notes, Carvana Group amended its LLC Agreement to create a class of non-convertible preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2023 Notes, as further discussed in Note 10 — Stockholders' Equity.

On October 2, 2020, the Company used approximately $627 million of the proceeds from the issuance of its 2025 and 2028 Notes, described above, to redeem in full the $600 million aggregate principal amount of its 2023 Notes by exercising its option to redeem all of the 2023 Notes at the redemption price set forth in the 2023 Indenture, plus accrued interest. The Company incurred approximately $34 million of debt extinguishment costs, including approximately $27 million of redemption premium and approximately $7 million related to derecognizing unamortized debt issuance costs and premium.

*Notes Payable*

The Company has entered into promissory note and disbursement agreements to finance certain equipment for its transportation fleet and building improvements. The assets financed with the proceeds from these notes serve as the collateral for each note and certain security agreements related to these assets have cross collateralization and cross default provisions with respect to one another. Each note has a fixed annual interest rate, a two- to five-year term and requires monthly payments. As of June 30, 2021 and December 31, 2020, the outstanding principal of these notes had a weighted-average interest rate of 7.1% and totaled approximately $18 million and $25 million, respectively, net of unamortized debt issuance costs, of which approximately $13 million and $17 million as of June 30, 2021 and December 31, 2020, respectively, was due within the next

17

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

twelve months and is included in current portion of long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*Real Estate Financing*

The Company finances certain purchases and construction of its property and equipment through various sale and leaseback transactions. As of June 30, 2021, none of these transactions have qualified for sale accounting due to meeting the criteria for finance leases, or forms of continuing involvement, such as repurchase options or renewal periods that extend the lease for substantially all of the asset's remaining useful life, and are therefore accounted for as financing transactions. These arrangements require monthly payments and have initial terms of 20 to 25 years. Some of the agreements are subject to renewal options of up to 25 years and some are subject to base rent increases throughout the term. As of June 30, 2021 and December 31, 2020, the outstanding liability associated with these sale and leaseback arrangements, net of unamortized debt issuance costs, was approximately $419 million and $385 million, respectively, and was included in long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*Financing of Beneficial Interests in Securitizations*

As discussed in Note 8 — Securitizations and Variable Interest Entities, the Company has retained certain beneficial interests in securitizations pursuant to the Company's obligations as a sponsor under Risk Retention Rules. Beginning in June 2019, the Company entered into secured borrowing facilities through which it finances certain retained beneficial interests in securitizations whereby the Company sells such interests and agrees to repurchase them for their fair value at a stated time of repurchase.

As of June 30, 2021 and December 31, 2020, the Company has pledged approximately $143 million and $81 million, respectively, of its beneficial interests in securitizations as collateral under the repurchase agreements with expected repurchases ranging from July 2024 to May 2028. The securitization trusts distribute payments related to the Company's pledged beneficial interests in securitizations directly to the lenders, which reduces the beneficial interests in securitizations and the related debt balance. Pledged collateral levels are monitored daily and are generally maintained at an agreed-upon percentage of the fair value of the amounts borrowed during the life of the transactions. In the event of a decline in the fair value of the pledged collateral, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The outstanding balance of these facilities, net of unamortized debt issuance costs, was approximately $141 million and $79 million as of June 30, 2021 and December 31, 2020, respectively, of which approximately $21 million and $22 million, respectively, was included in current portion of long-term debt in the accompanying unaudited condensed consolidated balance sheets.

**NOTE 10 — STOCKHOLDERS' EQUITY**

**Organizational Transactions**

Carvana Co.'s amended and restated certificate of incorporation, among other things authorizes (i) 50 million shares of Preferred Stock, par value $0.01 per share, (ii) 500 million shares of Class A common stock, par value $0.001 per share, and (iii) 125 million shares of Class B common stock, par value $0.001 per share. Each share of Class A common stock generally entitles its holder to one vote on all matters to be voted on by stockholders. Each share of Class B common stock held by Ernest Garcia II, Ernest Garcia III, and entities controlled by one or both of them (collectively the "Garcia Parties") generally entitles its holder to ten votes on all matters to be voted on by stockholders, for so long as the Garcia Parties maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Carvana Co.'s Class A common stock, determined on an as-exchanged basis, assuming that all of the Class A Units and Class B Units were exchanged for Class A common stock. All other shares of Class B common stock generally entitle their holders to one vote per share on all matters to be voted on by stockholders. Holders of Class B common stock are not entitled to receive dividends and would not be entitled to receive any distributions upon the liquidation, dissolution or winding down of the Company. Holders of Class A and Class B common stock vote together as a single class on all matters presented to stockholders for their vote or approval, except as otherwise required by applicable law.

Carvana Group's amended and restated LLC Agreement provides for two classes of common ownership interests in Carvana Group: (i) Class A Units and (ii) Class B Units (together, the "LLC Units"). Carvana Co. is required to, at all times,

18

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

maintain (i) a four-to-five ratio between the number of shares of Class A common stock issued and outstanding by Carvana Co. and the number of Class A Units owned by Carvana Co. (subject to certain exceptions for treasury shares and shares underlying certain convertible or exchangeable securities and subject to adjustment as set forth in the exchange agreement (the "Exchange Agreement") further discussed below, and taking into account Carvana Co. Sub, LLC's 0.1% ownership interest in Carvana, LLC) and (ii) a four-to-five ratio between the number of shares of Class B common stock owned by the original holders of LLC units prior to the IPO (the "Original LLC Unitholders") and the number of Class A Units owned by the Original LLC Unitholders. The Company may issue shares of Class B common stock only to the extent necessary to maintain these ratios. Shares of Class B common stock are transferable only if an Original LLC Unitholder elects to exchange them, together with 1.25 times as many LLC Units, for consideration from the Company. Such consideration from the Company can be, at the Company's election, either shares of Class A common stock or cash.

As of June 30, 2021 and December 31, 2020, there were approximately 216 million and 215 million Class A Units, respectively, and 3 million Class B Units, for both periods presented, (as adjusted for the participation thresholds and closing price of Class A common stock on June 30, 2021 and December 31, 2020), issued and outstanding. As discussed in Note 12 — Equity-Based Compensation, Class B Units were issued under the Company's LLC Equity Incentive Plan (the "LLC Equity Incentive Plan") and are subject to a participation threshold, and are earned over the requisite service period.

**Equity Offerings**

On April 1, 2020, the Company completed a registered direct offering to investors of approximately 13.3 million shares of its Class A common stock at an offering price of $45.00 per share and received net proceeds from the offering of approximately $600 million. Ernest Garcia II, through Verde, and Ernest Garcia III each invested approximately $25 million or approximately 0.6 million shares of the Class A common stock, in the offering. The Company used the net proceeds to purchase approximately 16.7 million newly-issued LLC Units in Carvana Group.

On May 21, 2020, the Company completed a public equity offering of 5 million shares of its Class A common stock at an offering price of $92.00 per share and received net proceeds from the offering of approximately $459 million. The Company used the net proceeds to purchase approximately 6.3 million newly-issued LLC Units in Carvana Group.

**Exchange Agreement**

Carvana Co. and the Original LLC Unitholders together with any holders of LLC Units issued subsequent to the IPO (together, the "LLC Unitholders") entered into an Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to (i) conversion ratio adjustments for stock splits, stock dividends, reclassifications and similar transactions, (ii) vesting for certain LLC Units, and (iii) the respective participation threshold for Class B Units. To the extent such owners also hold Class B common stock, they are required to deliver to Carvana Co. a number of shares of Class B common stock equal to the number of shares of Class A common stock being exchanged for. Any shares of Class B common stock so delivered are canceled. The number of exchangeable Class B Units is determined based on the value of Carvana Co.'s Class A common stock and the applicable participation threshold.

During the three months ended June 30, 2021 and 2020, certain LLC Unitholders exchanged approximately 4 million and less than 1 million LLC Units and approximately 3 million and less than 1 million shares of Class B common stock for approximately 3 million and less than 1 million newly-issued shares of Class A common stock, respectively. During the six months ended June 30, 2021 and 2020, certain LLC Unitholders exchanged approximately 8 million and less than 1 million LLC Units and approximately 6 million and less than 1 million shares of Class B common stock for approximately 6 million and less than 1 million newly-issued shares of Class A common stock, respectively. Simultaneously, and in connection with these exchanges, Carvana Co. received approximately 4 million and less than 1 million LLC Units during the three months ended June 30, 2021 and 2020, respectively, and approximately 8 million and less than 1 million LLC Units during the six months ended June 30, 2021 and 2020, respectively, increasing its total ownership interest in Carvana Group, and canceled the exchanged shares of Class B common stock.

**Class A Non-Convertible Preferred Units**

On October 2, 2018, Carvana Group, LLC amended its LLC Agreement to create a class of non-convertible preferred units (the "Class A Non-Convertible Preferred Units"), effective September 21, 2018. The Class A Non-Convertible Preferred Units

19

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

were created in connection with Carvana Co.'s issuance of its Senior Notes, as discussed further and defined in Note 9 — Debt Instruments. On October 2, 2020, Carvana Group, LLC amended and restated its LLC Agreement to, among other things, authorize the issuance of 1.1 million Class A Non-Convertible Preferred Units to be sold to Carvana Co. in connection with the issuance of its 2025 and 2028 Notes and authorize the issuance of additional Class A Non-Convertible Preferred Units, in each case in consideration for the capital contribution made or deemed to have been made by Carvana Co. of the net proceeds of senior unsecured notes issuances. On March 29, 2021, Carvana Group, LLC issued 0.6 million Class A Non-Convertible Preferred Units in connection with the issuance of its 2027 Notes. Carvana Co. used its net proceeds from the 2023 Notes, the 2025 and 2028 Notes, and the 2027 Notes, to purchase 0.6 million, 1.1 million and 0.6 million, respectively, of Class A Non-Convertible Preferred Units.

When Carvana Co. makes payments on the Senior Notes, Carvana Group makes an equal cash distribution, as necessary, to the Class A Non-Convertible Preferred Units. For each $1,000 principal amount of Senior Notes that Carvana Co. repays or otherwise retires, one Class A Non-Convertible Preferred Unit is canceled and retired. As discussed further in Note 9 — Debt Instruments, the Company redeemed its 2023 Notes on October 2, 2020 using a portion of its net proceeds from the issuance of its 2025 and 2028 Notes, at which point 0.6 million Class A Non-Convertible Preferred Units were canceled and retired.

**NOTE 11 — NON-CONTROLLING INTERESTS**

As discussed in Note 1 — Business Organization, Carvana Co. consolidates the financial results of Carvana Group and reports a non-controlling interest related to the portion of Carvana Group owned by the LLC Unitholders. Changes in the ownership interest in Carvana Group while Carvana Co. retains its controlling interest will be accounted for as equity transactions. Exchanges of LLC Units result in a change in ownership and reduce the amount recorded as non-controlling interests and increase additional paid-in capital.

Upon the issuance of shares of Class A common stock by Carvana Co. related to the Company's equity compensation plans such as the exercise of options, issuance of restricted or non-restricted stock, payment of bonuses in stock or settlement of stock appreciation rights in stock, Carvana Group is required to issue to Carvana Co. a number of Class A Units equal to 1.25 times the number of shares of Class A common stock being issued in connection with the exercise of such options or issuance of other types of equity compensation, subject to adjustment for stock splits, stock dividends, reclassifications and similar transactions. Activity related to the Company's equity compensation plans may result in a change in ownership which will impact the amount recorded as non-controlling interest and additional paid-in capital.

The non-controlling interest related to the Class B Units is determined based on the respective participation thresholds and the share price of Class A common stock on an as-converted basis. To the extent that the number of as-converted Class B Units change or Class B Units are forfeited, the resulting difference in ownership will be accounted for as equity transactions adjusting the non-controlling interest and additional paid-in capital.

During the six months ended June 30, 2021 and 2020, the total adjustments related to exchanges of LLC Units were a decrease in non-controlling interests and a corresponding increase in additional paid-in capital of approximately $24 million and $1 million, respectively, which have been included in exchanges of LLC Units in the accompanying unaudited condensed consolidated statements of stockholders' equity. During the six months ended June 30, 2020, Carvana Co. utilized its net proceeds from its equity offerings to purchase LLC Units, which resulted in adjustments to increase non-controlling interests and to decrease additional paid-in capital by approximately $643 million, which have been included in adjustment to non-controlling interests related to equity offerings in the accompanying unaudited condensed consolidated statements of stockholders' equity.

As of June 30, 2021, Carvana Co. owned approximately 47.5% of Carvana Group with the LLC Unitholders owning the remaining 52.5%. The net loss attributable to the non-controlling interests on the accompanying unaudited condensed consolidated statements of operations represents the portion of the net loss attributable to the economic interest in Carvana Group held by the non-controlling LLC Unitholders calculated based on the weighted average non-controlling interests' ownership during the periods presented.

20

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

| | Six Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2021 | | 2020 | |
| | (in millions) | | | |
| Transfers from (to) non-controlling interests: | | | | |
| Decrease as a result of issuances of Class A common stock | $ | — | $ | (643) |
| Increase as a result of exchanges of LLC Units | | 24 | | 1 |
| Total transfers from (to) non-controlling interests | $ | 24 | $ | (642) |

**NOTE 12 — EQUITY-BASED COMPENSATION**

Equity-based compensation is recognized based on amortizing the grant-date fair value on a straight-line basis over the requisite service period, which is generally the vesting period of the award, less actual forfeitures. A summary of equity-based compensation recognized during the three and six months ended June 30, 2021 and 2020 is as follows:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2021 | | 2020 | |
| | (in millions) | | | | | | | |
| Class B Units | $ | — | $ | 1 | $ | — | $ | 1 |
| Restricted Stock Units and Awards | | 8 | | 5 | | 15 | | 10 |
| Options | | 2 | | 1 | | 5 | | 3 |
| Class A Units | | 1 | | 1 | | 1 | | 1 |
| Total equity-based compensation | | 11 | | 8 | | 21 | | 15 |
| Equity-based compensation capitalized to property and equipment | | (1) | | (1) | | (3) | | (3) |
| Equity-based compensation, net of capitalized amounts | $ | 10 | $ | 7 | $ | 18 | $ | 12 |

As of June 30, 2021, the total unrecognized compensation related to outstanding equity awards was approximately $98 million, which the Company expects to recognize over a weighted-average period of approximately 2.9 years. Total unrecognized equity-based compensation will be adjusted for actual forfeitures.

**2017 Omnibus Incentive Plan**

In connection with the IPO, the Company adopted the 2017 Omnibus Incentive Plan (the "2017 Incentive Plan"). Under the 2017 Incentive Plan, 14 million shares of Class A common stock are available for issuance, which the Company may grant as stock options, stock appreciation rights, restricted stock, restricted stock units and other stock-based awards to employees, directors, officers and consultants. The majority of equity granted by the Company vests over four year periods based on continued employment with the Company. As of June 30, 2021, approximately 10 million shares remain available for future equity award grants under this plan.

**Class A Units**

During 2018, the Company granted certain employees Class A Units with service-based vesting over two- to four-year periods and a grant-date fair value of $18.58 per Class A Unit. The grantees entered into the Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting.

21

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Class B Units**

In March 2015, Carvana Group adopted the LLC Equity Incentive Plan. Under the LLC Equity Incentive Plan, Carvana Group could grant Class B Units to eligible employees, non-employee officers, consultants and directors with service-based vesting, typically four- to five-years. In connection with the completion of the IPO, Carvana Group discontinued the grant of new awards under the LLC Equity Incentive Plan, however the LLC Equity Incentive Plan will continue in connection with administration of existing awards that remain outstanding. Grantees may receive shares of the Company's Class A common stock in exchange for their Class B Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting and the respective participation threshold for Class B Units. Class B Units do not expire. There were no Class B Units issued during the three and six months ended June 30, 2021 or 2020. As of June 30, 2021, outstanding Class B Units had participation thresholds between $0.00 to $12.00.

**Employee Stock Purchase Plan**

In May 2021, the Company adopted an employee stock purchase plan (the "ESPP"). The ESPP allows substantially all employees, excluding members of senior management, to acquire shares of the Company's Class A common stock through payroll deductions over six-month offering periods. The per share purchase price is equal to 90% of the fair market value of a share of the Company's Class A common stock on the last day of the offering period. Participant purchases are limited to a maximum of $10,000 of stock per calendar year. The Company is authorized to grant up to 0.5 million shares of Class A common stock under the ESPP. As of June 30, 2021, the Company has not issued any shares of Class A common stock nor recognized any equity-based compensation expense related to the ESPP.

**NOTE 13 — NET EARNINGS (LOSS) PER SHARE**

Basic and diluted net earnings (loss) per share is computed by dividing the net earnings (loss) attributable to Class A common stockholders by the weighted-average shares of Class A common stock outstanding during the period. Diluted net earnings (loss) per share is computed by giving effect to all potentially dilutive shares. For the six months ended June 30, 2021, and the three and six months ended June 30, 2020, potentially dilutive shares are excluded from diluted net earnings (loss) per share because they have an anti-dilutive impact.

22

CARVANA CO. AND SUBSIDIARIES
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)
(Unaudited)

The following table presents the calculation of basic and diluted net earnings (loss) per share during the three and six months ended June 30, 2021 and 2020:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| | 2021 | | 2020 | | 2021 | | 2020 | |
| | (in millions, except number of shares, which are reflected in thousands, and per share amounts) | | | | | | | |
| **Numerator:** | | | | | | | | |
| Net income (loss) attributable to Carvana Co. - basic | $ | 22 | $ | (41) | $ | (14) | $ | (101) |
| Income impact of assumed conversions from LLC Units | | 23 | | — | | — | | — |
| Net income (loss) attributable to Carvana Co. - diluted | $ | 45 | $ | (41) | $ | (14) | $ | (101) |
| | | | | | | | | |
| **Denominator:** | | | | | | | | |
| Weighted-average shares of Class A common stock outstanding | | 81,439 | | 66,430 | | 79,795 | | 58,493 |
| Nonvested weighted-average restricted stock awards | | (41) | | (103) | | (44) | | (130) |
| Weighted-average shares of Class A common stock outstanding - basic | | 81,398 | | 66,327 | | 79,751 | | 58,363 |
| Dilutive potential Class A common shares: | | | | | | | | |
| Options [1] | | 835 | | — | | — | | — |
| Restricted Stock Units and Awards [1] | | 420 | | — | | — | | — |
| Class A Units [2] | | 91,078 | | — | | — | | — |
| Class B Units [2] | | 2,284 | | — | | — | | — |
| Weighted-average shares of Class A common stock outstanding - diluted | | 176,015 | | 66,327 | | 79,751 | | 58,363 |
| | | | | | | | | |
| Net earnings (loss) per share of Class A common stock - basic | $ | 0.27 | $ | (0.62) | $ | (0.18) | $ | (1.73) |
| Net earnings (loss) per share of Class A common stock - diluted | $ | 0.26 | $ | (0.62) | $ | (0.18) | $ | (1.73) |

(1) Calculated using the treasury stock method, if dilutive.
(2) Calculated using the if-converted method, if dilutive.

Shares of Class B common stock do not share in the earnings or losses of the Company and are therefore not participating securities. As such, separate presentation of basic and diluted net earnings (loss) per share of Class B common stock under the two-class method has not been presented.

23

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

The following table presents potentially dilutive securities, as of the end of the period, excluded from the computations of diluted net earnings (loss) per share of Class A common stock for the three and six months ended June 30, 2021 and 2020.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| | (in thousands) | | | |
| Options [1][2] | 97 | 1,166 | 1,124 | 1,166 |
| Restricted Stock Units and Awards [1] | 27 | 926 | 654 | 926 |
| Class A Units [1] | — | 101,319 | 89,483 | 101,319 |
| Class B Units [1] | — | 3,646 | 2,248 | 3,646 |

(1) Represents number of instruments outstanding at the end of the period that were excluded from the computation of diluted net earnings (loss) per share of Class A common stock because the effect would have been anti-dilutive.

(2) Number of securities outstanding for the three months ended June 30, 2021, that were excluded from the computation of diluted net earnings (loss) per share of Class A common stock because the exercise price of the options exceeded the average market price of our Class A common stock during the period ("out-of-the-money").

**NOTE 14 — INCOME TAXES**

As described in Note 1 — Business Organization and Note 10 — Stockholders' Equity, as a result of the IPO, Carvana Co. began consolidating the financial results of Carvana Group. Carvana Group is treated as a partnership for U.S. federal and most applicable state and local income tax purposes. As a partnership, Carvana Group is not subject to U.S. federal and certain state and local income taxes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. was formed on November 29, 2016 and did not engage in any operations prior to the IPO. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state, and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co.

As described in Note 10 — Stockholders' Equity, the Company acquired approximately 4 million and less than 1 million LLC Units during the three months ended June 30, 2021 and 2020, respectively, and approximately 8 million and less than 1 million LLC Units during the six months ended June 30, 2021 and 2020, respectively, in connection with exchanges with LLC Unitholders. During the three months ended June 30, 2021 and 2020, the Company recorded a gross deferred tax asset of approximately $217 million and $7 million, respectively, and approximately $442 million and $9 million during the six months ended June 30, 2021 and 2020, respectively, associated with the basis difference in its investment in Carvana Group related to the acquisition of these LLC Units which is reflected as an increase to additional paid-in capital in the accompanying unaudited condensed consolidated statements of stockholders' equity.

As described in Note 10 — Stockholders' Equity, during the three and six months ended June 30, 2020, Carvana Co. purchased a total of approximately 23 million newly issued LLC Units of Carvana Group in connection with a direct offering and a public equity offering. During the three and six months ended June 30, 2020, the Company recognized a gross deferred tax asset of approximately $14 million associated with a portion of the basis difference resulting from this purchase of LLC Units which is reflected as an increase to additional paid-in capital in the accompanying unaudited condensed consolidated statements of stockholders' equity.

As described in Note 4 — Goodwill and Intangible Assets, Net, the Company acquired various intangible assets in connection with the acquisition of Car360 in 2018. As a result, the Company recognized a deferred tax liability of approximately $2 million which is reflected within other liabilities in the accompanying unaudited condensed consolidated balance sheets. The deferred tax liability will be amortized over five to seven years and less than $1 million was amortized during each of the six months ended June 30, 2021 and 2020.

During the six months ended June 30, 2021, management performed an assessment of the recoverability of deferred tax assets. Management determined, based on the accounting standards applicable to such assessment, that there was sufficient negative evidence as a result of the Company's cumulative losses to conclude it was more likely than not that its deferred tax

24

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

assets would not be realized and has recorded a full valuation allowance against its deferred tax assets. In the event that management was to determine that the Company would be able to realize its deferred tax assets in the future in excess of their net recorded amount, an adjustment to the valuation allowance would be made which would reduce the provision for income taxes.

The Company recognizes uncertain income tax positions when it is more-likely-than-not the position will be sustained upon examination. As of June 30, 2021 and December 31, 2020, the Company has not identified any uncertain tax positions and has not recognized any related reserves.

The Company's effective tax rate for the three months ended June 30, 2021 and 2020 was an expense of 0.3% and a benefit of 0.2%, respectively, and for the six months ended June 30, 2021 and 2020 was an expense of 0.1% and a benefit 0.1%, respectively.

**Tax Receivable Agreement**

Carvana Co. expects to obtain an increase in its share of the tax basis in the net assets of Carvana Group when LLC Units are exchanged by the LLC Unitholders and other qualifying transactions. As described in Note 10 — Stockholders' Equity, each change in outstanding shares of Class A common stock results in a corresponding increase or decrease in Carvana Co.'s ownership of LLC Units. The Company intends to treat any exchanges of LLC Units as direct purchases of LLC interests for U.S. federal income tax purposes. These increases in tax basis may reduce the amounts that Carvana Co. would otherwise pay in the future to various taxing authorities. They may also decrease gains (or increase losses) on future dispositions of certain capital assets to the extent tax basis is allocated to those capital assets.

In connection with the IPO, the Company entered into a Tax Receivable Agreement ("TRA"). Under the TRA, the Company generally will be required to pay to the Original LLC Unitholders 85% of the amount of cash savings, if any, in U.S. federal, state or local tax that the Company actually realizes directly or indirectly (or are deemed to realize in certain circumstances) as a result of (i) certain tax attributes created as a result of any sales or exchanges (as determined for U.S. federal income tax purposes) to or with the Company of their interests in Carvana Group for shares of Carvana Co.'s Class A common stock or cash, including any basis adjustment relating to the assets of Carvana Group and (ii) tax benefits attributable to payments made under the TRA (including imputed interest). The Company expects to benefit from the remaining 15% of any tax benefits that it may actually realize. To the extent that the Company is unable to timely make payments under the TRA for any reason, such payments generally will be deferred and will accrue interest until paid.

If the Internal Revenue Service or a state or local taxing authority challenges the tax basis adjustments that give rise to payments under the TRA and the tax basis adjustments are subsequently disallowed, the recipients of payments under the agreement will not reimburse the Company for any payments the Company previously made to them. Any such disallowance would be taken into account in determining future payments under the TRA and would, therefore, reduce the amount of any such future payments. Nevertheless, if the claimed tax benefits from the tax basis adjustments are disallowed, the Company's payments under the TRA could exceed its actual tax savings, and the Company may not be able to recoup payments under the TRA that were calculated on the assumption that the disallowed tax savings were available.

The TRA provides that if (i) certain mergers, asset sales, other forms of business combinations, or other changes of control were to occur, (ii) there is a material breach of any material obligations under the TRA; or (iii) the Company elects an early termination of the TRA, then the TRA will terminate and the Company's obligations, or the Company's successor's obligations, under the TRA will accelerate and become due and payable, based on certain assumptions, including an assumption that the Company would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the TRA and that any LLC Units that have not been exchanged are deemed exchanged for the fair market value of the Company's Class A common stock at the time of termination.

As of June 30, 2021, the Company has concluded based on applicable accounting standards, that it was more likely than not that its deferred tax assets subject to the TRA would not be realized; therefore, the Company has not recorded a liability related to the tax savings it may realize from utilization of such deferred tax assets. As of June 30, 2021, the total unrecorded TRA liability is approximately $1.1 billion. If utilization of the deferred tax assets subject to the TRA becomes more likely than not in the future, the Company will record a liability related to the TRA which will be recognized as expense within its consolidated statements of operations.

25

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**NOTE 15 — LEASES**

The Company is party to various lease agreements for real estate and transportation equipment. For each lease agreement, the Company determines its lease term as the non-cancellable period of the lease and includes options to extend or terminate the lease when it is reasonably certain that it will exercise that option. The Company also assesses whether each lease is an operating or finance lease at the lease commencement date. Rent expense of operating leases is recognized on a straight-line basis over the lease term and includes scheduled rent increases as well as amortization of tenant improvement allowances.

**Operating Leases**

As of June 30, 2021, the Company is a tenant under various operating leases related to certain of its hubs, vending machines, IRCs, storage, parking and corporate offices. The initial terms expire at various dates between 2021 and 2032. Many of the leases include one or more renewal options ranging from one to twenty years and some contain purchase options. The Company's operating leases are included in operating lease right-of-use assets, other current liabilities, and operating lease liabilities on the accompanying unaudited condensed consolidated balance sheets.

Refer to Note 6 — Related Party Transactions for further discussion of operating leases with related parties.

**Finance Leases**

The Company has finance leases for certain equipment in its transportation fleet. The leases have initial terms of two to five years, some of which include extension options for up to four additional years, and require monthly payments. The Company's finance leases are included in long-term debt on the accompanying unaudited condensed consolidated balance sheets.

26

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Lease Costs and Activity**

The Company's lease costs and activity during the three and six months ended June 30, 2021 and 2020 were as follows:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2021 | | 2020 | |
| | (in millions) | | | | | | | |
| **Lease costs:** | | | | | | | | |
| Finance leases: | | | | | | | | |
| Amortization of finance lease assets | $ | 8 | $ | 4 | $ | 15 | $ | 7 |
| Interest obligations under finance leases | | 1 | | 1 | | 3 | | 2 |
| Total finance lease costs | $ | 9 | $ | 5 | $ | 18 | $ | 9 |
| | | | | | | | | |
| Operating leases: | | | | | | | | |
| Fixed lease costs to non-related parties | $ | 11 | $ | 7 | $ | 21 | $ | 13 |
| Fixed lease costs to related parties | | 2 | | 2 | | 3 | | 4 |
| Total operating lease costs | $ | 13 | $ | 9 | $ | 24 | $ | 17 |
| | | | | | | | | |
| **Cash payments related to lease liabilities included in operating cash flows:** | | | | | | | | |
| Operating lease liabilities to non-related parties | | | | | $ | 15 | $ | 8 |
| Operating lease liabilities to related parties | | | | | $ | 2 | $ | 4 |
| Interest payments on finance lease liabilities | | | | | $ | 3 | $ | 2 |
| | | | | | | | | |
| **Cash payments related to lease liabilities included in financing cash flows:** | | | | | | | | |
| Principal payments on finance lease liabilities | | | | | $ | 22 | $ | 8 |

27

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Maturity Analysis of Lease Liabilities**

The following table summarizes maturities of lease liabilities as of June 30, 2021:

| | Finance Leases | Operating Leases [1] Related Party [2] | Non-Related Party | Total Operating | Total |
|---|---|---|---|---|---|
| | | (in millions) | | | |
| Remainder of 2021 | $ 22 | $ 3 | $ 16 | $ 19 | $ 41 |
| 2022 | 40 | 5 | 29 | 34 | 74 |
| 2023 | 38 | 5 | 23 | 28 | 66 |
| 2024 | 29 | 4 | 18 | 22 | 51 |
| 2025 | 21 | 3 | 18 | 21 | 42 |
| Thereafter | 8 | 6 | 132 | 138 | 146 |
| Total minimum lease payments | 158 | 26 | 236 | 262 | 420 |
| Less: amount representing interest | (16) | (5) | (83) | (88) | (104) |
| Total lease liabilities | $ 142 | $ 21 | $ 153 | $ 174 | $ 316 |

(1) Leases that are on a month-to-month basis, short-term leases, and lease extensions that the Company does not expect to exercise are not included.
(2) Related party lease payments exclude rent payments due under the DriveTime Lease Agreement and the DriveTime Hub Lease Agreement for locations where the Company shares space with DriveTime, as those are variable lease payments contingent upon the Company's utilization of the leased assets.

As of June 30, 2021 and December 31, 2020, none of the Company's lease agreements contain material residual value guarantees or material restrictive covenants.

**Lease Terms and Discount Rates**

The weighted-average remaining lease terms and discount rates as of June 30, 2021 and 2020 were as follows, excluding short-term operating leases:

| | As of June 30, | |
|---|---|---|
| | 2021 | 2020 |
| **Weighted-average remaining lease terms (years)** | | |
| Operating leases | 9.2 | 10.7 |
| Finance leases | 4.4 | 4.3 |
| **Weighted-average discount rate** | | |
| Operating leases | 8.2 % | 8.3 % |
| Finance leases | 5.3 % | 5.4 % |

**NOTE 16 — COMMITMENTS AND CONTINGENCIES**

**Accrued Limited Warranty**

As part of its retail strategy, the Company provides a 100-day or 4,189-mile limited warranty to customers to repair certain broken or defective components of each used vehicle sold. As such, the Company accrues for such repairs based on actual claims incurred to-date and repair reserves based on historical trends. The liability was approximately $16 million and $11 million as of June 30, 2021 and December 31, 2020, respectively, and is included in accounts payable and other accrued liabilities in the accompanying unaudited condensed consolidated balance sheets.

28

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Legal Matters**

From time to time, the Company is involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, the Company does not believe that the ultimate resolution of these actions will have a material adverse effect on its financial position, results of operations, liquidity and capital resources.

Future litigation may be necessary to defend the Company and its partners by determining the scope, enforceability and validity of third party proprietary rights or to establish its proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on the Company because of defense and settlement costs, diversion of management resources and other factors.

**NOTE 17 — FAIR VALUE OF FINANCIAL INSTRUMENTS**

The Company holds certain assets that are required to be measured at fair value on a recurring basis, and beneficial interests in securitizations for which it elected the fair value option. A description of the fair value hierarchy and the Company's methodologies are included in Note 2 — Summary of Significant Accounting Policies.

The following tables are a summary of fair value measurements and hierarchy level at June 30, 2021 and December 31, 2020:

| | June 30, 2021 | | | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Level 1 | Level 2 | Level 3 |
| | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [(1)] | $ 215 | $ 215 | $ — | $ — |
| Beneficial interests in securitizations | 239 | — | — | 239 |

| | December 31, 2020 | | | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Level 1 | Level 2 | Level 3 |
| | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [(1)] | $ 308 | $ 308 | $ — | $ — |
| Beneficial interests in securitizations | 131 | — | — | 131 |

_____

(1) Consists of highly liquid investments with original maturities of three months or less and classified in cash and cash equivalents in the accompanying unaudited condensed consolidated balance sheets.

As of June 30, 2021 and December 31, 2020, the Company has purchase price adjustment receivables of approximately $25 million and $14 million, respectively, which are carried at fair value and classified as other assets in the accompanying unaudited condensed consolidated balance sheets. Under the MPSA, the purchaser will make future cash payments to the Company based on the performance of the finance receivables sold. The fair value of the purchase price adjustment receivables are determined based on the extent to which the Company's estimated performance of the underlying finance receivables exceeds a mutually agreed upon performance threshold of the underlying finance receivables as of measurement dates specified in the MPSA. The Company develops its estimate of future cumulative losses based on the historical performance of finance receivables it originated with similar characteristics as well as general macro-economic trends. The Company then utilizes a discounted cash flow model to calculate the present value of the expected future payment amounts. Due to the lack of observable market data these receivables are classified as Level 3. The adjustments to the fair value of the purchase price adjustment receivables were a gain of approximately $6 million and less than $1 million during the three months ended June 30, 2021 and 2020, respectively, and a gain of approximately $14 million and loss of approximately $5 million during the six months ended June 30, 2021 and 2020, respectively, and are reflected in other (income) expense, net in the accompanying unaudited condensed consolidated statements of operations.

29

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Beneficial Interests in Securitizations**

Beneficial interests in securitizations include notes and certificates of the securitization trusts, the same securities as issued to other investors as described in Note 8 — Securitizations and Variable Interest Entities. Level 2 assets typically include beneficial interests in securitization transactions that closed near the end of the period due to the proximity to the end of the period and lack of observable changes in economic inputs. Given the changes in the market and overall economic inputs between pricing and closing of the March 2020 securitization transaction, it was initially classified as Level 3. As the March and June 2021 and December 2020 securitization transactions occurred in the middle of the month, allowing observable changes in economic inputs to occur before period end, the March and June 2021 and December 2020 transactions were classified as Level 3 as of June 30, 2021 and December 31, 2020, respectively. No securitization transactions were completed during the three months ended June 30, 2020.

The Company's beneficial interests in securitizations include rated notes and certificates and other assets, all of which are classified as Level 3 due to the lack of observable market data. The Company determines the fair value of its rated notes based on non-binding broker quotes. The non-binding broker quotes are based on models that consider the prevailing interest rates, recent market transactions, and current business conditions. The Company determines the fair value of its certificates and other assets using a combination of non-binding market quotes and internally developed discounted cash flow models. The discounted cash flow models use discount rates based on prevailing interest rates and the characteristics of the specific instruments. As of June 30, 2021 and December 31, 2020, the discount rates were 1.0% to 10.0% and 1.4% to 10.0%, respectively. Significant increases or decreases in the inputs to the models could result in a significantly higher or lower fair value measurement. The Company elected the fair value option on its beneficial interests in securitizations, which allows it to recognize changes in the fair value of these assets in the period the fair value changes. Changes in the fair value of the beneficial interests in securitizations are reflected in other (income) expense, net in the accompanying unaudited condensed consolidated statements of operations.

For beneficial interests in securitizations measured at fair value on a recurring basis, the Company's transfers between levels of the fair value hierarchy are deemed to have occurred at the beginning of the reporting period on a quarterly basis. During the six months ended June 30, 2020, the Company transferred beneficial interests acquired as part of the December 2019 securitization transaction initially classified as Level 2 from Level 2 to Level 3. The assets were initially classified as Level 2 due to the transactions' proximity to the end of each respective reporting period and the lack of observable changes in economic inputs. As noted above, the Company uses significant unobservable inputs to measure the fair value of these assets on a recurring basis, thus they will be classified as Level 3 in future periods. There were no transfers out of Level 3 during the three and six months ended June 30, 2021 or 2020.

The following table presents additional information about Level 3 beneficial interests in securitizations measured at fair value on a recurring basis for the three and six months ended June 30, 2021 and 2020:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2021 | 2020 | 2021 | 2020 |
|  | (in millions) | | | |
| Opening Balance | $ 177 | $ 119 | $ 131 | $ 69 |
| Transfers into Level 3 | — | — | — | 29 |
| Received in securitization transactions | 80 | — | 137 | 40 |
| Cash receipts | (20) | (10) | (33) | (18) |
| Change in fair value | 2 | 8 | 4 | (3) |
| Ending Balance | $ 239 | $ 117 | $ 239 | $ 117 |

**Fair Value of Financial Instruments**

The carrying amounts of restricted cash, accounts receivable, accounts payable and accrued liabilities, and accounts payable to related party approximate fair value because their respective maturities are less than three months. The carrying value of the short-term revolving facilities were determined to approximate fair value due to their short-term duration and variable interest rates that approximate prevailing interest rates as of each reporting period. The carrying value of notes payable

30

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

and sale leasebacks were determined to approximate fair value as each of the transactions were entered into at prevailing interest rates during each respective period and they have not materially changed as of or during the periods ended June 30, 2021 and December 31, 2020. The carrying value of the financing of beneficial interests in securitizations was determined to approximate fair value because in the event of a decline in the fair value of the pledged collateral of the financing, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The fair value of the Senior Notes, which are not carried at fair value on the accompanying unaudited condensed consolidated balance sheets, was determined using Level 2 inputs based on quoted market prices for the identical liability. The fair value of the Senior Notes as of June 30, 2021 and December 31, 2020 was as follows:

|  | June 30, 2021 | | December 31, 2020 |
| --- | --- | --- | --- |
|  | (in millions) | | |
| Carrying value, net of unamortized debt issuance costs | $ | 1,678 | $ 1,083 |
| Fair value |  | 1,749 | 1,121 |

The fair value of finance receivables, which are not carried at fair value on the accompanying unaudited condensed consolidated balance sheets, was determined utilizing the estimated sales price based on the historical experience of the Company. Such fair value measurement of the finance receivables, net is considered Level 2 under the fair value hierarchy. The carrying value and fair value of the finance receivables as of June 30, 2021 and December 31, 2020 were as follows:

|  | June 30, 2021 | | December 31, 2020 |
| --- | --- | --- | --- |
|  | (in millions) | | |
| Carrying value | $ | 429 | $ 275 |
| Fair value |  | 479 | 300 |

**Derivative Instruments**

As of June 30, 2021 and December 31, 2020, the Company had no outstanding derivative instruments.

**NOTE 18 — SUPPLEMENTAL CASH FLOW INFORMATION**

The following table summarizes supplemental cash flow information for the six months ended June 30, 2021 and 2020:

|  | Six Months Ended June 30, | | |
| --- | --- | --- | --- |
|  | 2021 | | 2020 |
|  | (in millions) | | |
| **Supplemental cash flow information:** | | | |
| Cash payments for interest, including $0 and $1, respectively, to related parties | $ | 61 | $ 46 |
| **Non-cash investing and financing activities:** | | | |
| Capital expenditures included in accounts payable and accrued liabilities | $ | 37 | $ 31 |
| Property and equipment acquired under finance leases | $ | 53 | $ 23 |
| Operating lease right-of-use assets obtained in exchange for operating lease liabilities | $ | 16 | $ 52 |
| Equity-based compensation expense capitalized to property and equipment | $ | 3 | $ 3 |
| Fair value of beneficial interests received in securitization transactions | $ | 137 | $ 40 |
| Reductions of beneficial interests in securitizations and associated long-term debt | $ | 13 | $ 15 |

31

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

The following table provides a reconciliation of cash, cash equivalents, and restricted cash reported within the accompanying unaudited condensed consolidated balance sheets that sum to the total of the same amounts shown in the accompanying unaudited condensed consolidated statements of cash flows for all periods presented:

|  | June 30, 2021 | December 31, 2020 | June 30, 2020 | December 31, 2019 |
|---|---|---|---|---|
|  | (in millions) | | | |
| Cash and cash equivalents | $ 201 | $ 301 | $ 246 | $ 76 |
| Restricted cash [(1)] | 109 | 28 | 120 | 42 |
| Total cash, cash equivalents and restricted cash | $ 310 | $ 329 | $ 366 | $ 118 |

_____

(1) Amounts included in restricted cash primarily represent the deposits required under the Company's short-term revolving facilities. Refer to Note 9 — Debt Instruments for additional information. Remaining restricted cash represents certain cash held for corporate insurance purposes.

**NOTE 19 — SUBSEQUENT EVENTS**

**Floor Plan Facility Amendment**

Effective July 1, 2021, the Company amended its Floor Plan Facility to increase the line of credit to $1.75 billion, and amend the LIBOR-based interest rate to a substantially similar rate tied to a prime rate minus 0.50%, in advance of the cessation of LIBOR.

32

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

*Unless the context requires otherwise, references in this report to "Carvana," the "Company," "we," "us," and "our" refer to Carvana Co. and its consolidated subsidiaries. The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to, and should be read in conjunction with, our audited consolidated financial statements, the accompanying notes and the MD&A included in our most recent Annual Report filed on Form 10-K, as well as our consolidated financial statements and the accompanying notes included in Part I, Item 1 of this Form 10-Q.*

**Overview**

Carvana is the leading e-commerce platform for buying and selling used cars. We are transforming the used car buying and selling experience by giving consumers what they want - a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Each element of our business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

Our business combines a comprehensive online sales experience with a vertically integrated supply chain that allows us to sell high-quality vehicles to our customers transparently and efficiently at a low price. Using our website, customers can complete all phases of a used vehicle purchase transaction. Specifically, our online sales experience allows customers to:

- ***Purchase a used vehicle.*** As of June 30, 2021, we listed approximately 45,800 total units on our website, where customers can select and purchase a vehicle, including arranging financing and signing contracts, directly from their desktop or mobile device. Selling used vehicles to retail customers is the primary driver of our business. Selling used vehicles generates revenue equal to the selling price of the vehicle, less an allowance for returns, and also enables multiple additional revenue streams, including vehicle service contracts ("VSCs"), GAP waiver coverage, and trade-ins.

- ***Finance their purchase.*** Customers can pay for their Carvana vehicle using cash, financing from other parties such as banks or credit unions, or financing with us using our proprietary loan origination platform. Customers who choose to apply for our in-house financing fill out a short prequalification form, select from a range of financing terms we provide and, if approved, apply the financing to their purchase in our online checkout process. We generally seek to sell the loans we originate to financing partners or pursuant to a securitization transaction and, in each case, we earn a premium upon sale.

- ***Protect their purchase.*** Customers have the option to protect their vehicle with a VSC as part of our online checkout process. VSCs provide customers with insurance against certain mechanical repairs after the expiration of their vehicle's original manufacturer warranty. We earn a fee for selling VSCs on behalf of DriveTime, who is the obligor under these VSCs. We generally have no contractual liability to customers for claims under these agreements. We also offer GAP waiver coverage to customers in most states in which we operate.

- ***Sell us their car.*** We allow our customers to trade-in a vehicle and apply the trade-in value to their purchase, or to sell us a vehicle independent of a purchase. Using our digital appraisal tool, customers can receive a firm offer for their vehicle nearly instantaneously from our site simply by answering a few questions about the vehicle condition and features. We generate trade-in offers using a proprietary valuation algorithm supported by extensive used vehicle market and customer-behavior data. When customers accept our offer, they can schedule a time to have the vehicle picked up at their home and receive payment, eliminating the need to visit a dealership or negotiate a private sale. We take their vehicles into inventory and sell them either at auction as a wholesale sale or through our website as a retail sale. Vehicles sold at auction typically do not meet the quality or condition standards required to be included in retail inventory displayed for sale on our website.

To enable a seamless customer experience, we have built a vertically-integrated used vehicle supply chain, supported by proprietary software systems and data.

- ***Vehicle acquisition.*** We primarily acquire our used vehicle inventory directly from customers when they trade in or sell us their vehicles and through the large and liquid national used-car auction market. Acquiring directly from customers eliminates auction fees and provides more diverse vehicles. The remainder of our inventory is acquired from vehicle finance and leasing companies, rental car companies, and other suppliers. We use proprietary algorithms to

33

determine which cars to bid on at auction and how much to bid. Our software sifts through over 100,000 vehicles per day and filters out vehicles with reported accidents, poor condition ratings, or other unacceptable attributes, and can evaluate the tens of thousands of potential vehicle purchases that remain per day, creating a competitive advantage versus in-person sourcing methods generally used by traditional dealerships. Once our algorithms have identified a suitable vehicle for purchase, bids are verified and executed by a centralized team of inventory-sourcing professionals. For vehicles sold to us through our website, we use proprietary algorithms to determine an appropriate offer. We assess vehicles on the basis of quality, inventory fit, consumer desirability, relative value, expected reconditioning costs, and vehicle location to identify what we believe represent the most in-demand and profitable vehicles to acquire for inventory. We utilize a broad range of data sources, including proprietary site data, and a variety of external data sources to support our assessments.

- *Inspection and reconditioning.*    Once we acquire a vehicle, we leverage our in-house logistics or a vendor to transport the vehicle to an inspection and reconditioning center ("IRC"), at which point the vehicle is entered into our inventory management system. We then begin a 150-point inspection process covering controls, features, brakes, tires, and cosmetics. Each IRC includes trained technicians, vehicle lifts, paint-less dent repair, and paint capabilities and receives on-site support from vendors with whom we have integrated systems to ensure ready access to parts and materials. When an inspection is complete, we estimate the necessary reconditioning cost for the vehicle to be deemed "Carvana Certified" and expected timing for that vehicle to be made available for sale on our website.

- *Photography and merchandising.*    To provide transparency to our customers, our patented, automated photo booths capture a 360-degree exterior and interior virtual tour of each vehicle in our website inventory. Our photo booths photograph the interior and exterior of the vehicle while technicians annotate material defects based on visibility-threshold category. We also feature integrations with various vehicle data providers for vehicle feature and option information. We have instituted a unified cosmetic standard across all IRCs to better ensure a consistent customer experience.

- *Transportation and fulfillment.*    Third-party vehicle transportation is often slow, expensive, and unreliable. To address these challenges, we built an in-house auto logistics network backed by a proprietary transportation management system ("TMS") to transport our vehicles nationwide. The system is based on a "hub and spoke" model, which connects all IRCs to vending machines and hubs via our owned and leased fleet of multi-car and single car haulers. Our TMS allows us to efficiently manage locations, routes, route capacities, trucks, and drivers while also dynamically optimizing for speed and cost. We store inventory primarily at the IRCs, and when a vehicle is sold, it is delivered directly to the customer or transported to a vending machine or certain hubs for pick-up by the customer. Due to our robust and proprietary logistics infrastructure, we are able to offer our customers and operations team highly accurate predictions of vehicle availability, minimizing unanticipated delays and ensuring a seamless and reliable customer experience.

### COVID-19 Update

In March 2020, the World Health Organization declared the novel coronavirus outbreak ("COVID-19") to be a global pandemic, and a number of state and local government authorities issued shelter in place and stay at home orders which negatively impacted our operations and the demand for used vehicles during the first half of 2020. During the second half of 2020 and through the first half of 2021, we have seen a recovery in general market conditions as demand for used vehicles has increased across our network, resulting in a 95.7% increase in used vehicles sales during the second quarter of 2021 compared to the second quarter of 2020. We believe we have been relatively successful in navigating the impact of COVID-19 on our business to date and believe our business model positions us well to scale up and down to meet expected customer demand during and after the COVID-19 pandemic. We continue to evaluate the nature and extent of the impact to our business and our results of operations and financial condition as conditions evolve as a result of the COVID-19 pandemic.

### Used Vehicle Unit Sales

Since launching to customers in Atlanta, Georgia in January 2013, we have experienced rapid growth in sales through our website www.carvana.com. During the six months ended June 30, 2021, the number of vehicles we sold to retail customers

34

grew by 86.3% to 200,272 compared to 107,525 in the six months ended June 30, 2020. We expect our used vehicle sales to grow in future periods with increased penetration in our current markets and expansion into new ones.

We view the number of vehicles we sell to retail customers as the most important measure of our growth, and we expect to continue to focus on building a scalable platform to increase our retail units sold. This focus on retail units sold is motivated by several factors:

- Retail units sold enable multiple revenue streams, including the sale of the vehicle itself, the sale of automotive finance receivables originated to finance the vehicle, the sale of VSCs, the sale of GAP waiver coverage, and the sale of vehicles acquired from customers.

- Retail units sold are the primary driver of customer referrals and repeat sales. Each time we sell a vehicle to a new customer, that customer may refer future customers and can become a repeat buyer in the future.

- Retail units sold are an important driver of the average number of days between when we acquire the vehicle and when we sell it. Reducing average days to sale impacts gross profit on our vehicles because used vehicles depreciate over time.

- Retail units sold allow us to benefit from economies of scale due to our centralized online sales model. We believe our model provides meaningful operating leverage in acquisition, reconditioning, transport, customer service, and delivery.

We plan to invest in technology and infrastructure to support growth in retail units sold. This includes continued investment in our vehicle acquisition, reconditioning and logistics network, as well as continued investment in product development and engineering to deliver customers a best-in-class experience.

### Markets and Population Coverage

Our growth in retail units sold is driven by increased penetration in our existing markets and expansion into new markets. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers with a Carvana employee in a branded delivery truck. We define our population coverage as the percentage of U.S. population that lives within those markets. Opening a new market involves hiring a team of customer advocates, connecting the market to our existing logistics network and initiating local advertising. As a market scales, we may elect to build a vending machine in the market to further increase customer awareness and enhance our fulfillment operations.

Our expansion model has enabled us to increase our rate of market openings, resulting in serving more of the U.S. population, in each of the past eight years. Our market openings since June 30, 2020 increased the total percentage of the U.S. population served to 79.4% in 299 markets as of June 30, 2021 from 73.2% in 261 markets as of June 30, 2020. Over time, we have continually improved our market expansion playbook, which we believe provides us with the capability to efficiently execute our growth plan. We continually evaluate consumer demand and our operational capacity to determine our market opening and vending machine launch strategy.

When we open a market, we commence advertising using a blend of brand and direct advertising channels. Our advertising spend in each market is approximately proportionate to each market's population, subject to adjustments based on specific characteristics of the market, used vehicle market seasonality, and special events such as vending machine openings. This historically has led to increased market penetration over time following the market opening. We also advertise on national television to increase brand awareness.

### Revenue and Gross Profit

Our increased penetration in existing markets and expansion into new markets has led to growth in retail unit sales. We generate revenue on retail units sold from four primary sources: the sale of the vehicles, gains on the sales of loans originated to finance the vehicles, wholesale sales of vehicles we acquire from customers, and sales of ancillary products such as VSCs and GAP waiver coverage.

Our largest source of revenue, used vehicle sales, totaled $2.5 billion and $992 million during the three months ended June 30, 2021 and 2020, respectively, and $4.3 billion and $2.0 billion during the six months ended June 30, 2021 and 2020, respectively. As we increase penetration in existing markets and expand to new ones, we expect used vehicle sales to increase

35

along with retail units sold. We generate gross profit on used vehicle sales from the difference between the retail selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Wholesale sales, which includes sales of trade-ins and other vehicles acquired from customers that do not meet the requirements for our retail inventory, totaled $557 million and $49 million during the three months ended June 30, 2021 and 2020, respectively, and $797 million and $129 million during the six months ended June 30, 2021 and 2020, respectively. We expect wholesale sales to increase with retail units sold through trade-ins and as we expand our program of acquiring vehicles from customers who wish to sell us a car independent of a retail sale. We generate gross profit on wholesale vehicle sales from the difference between the wholesale selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Other sales and revenues, which primarily includes gains on the sales of automotive finance receivables we originate, sales commission on VSCs and sales of GAP waiver coverage totaled $275 million and $77 million during the three months ended June 30, 2021 and 2020, respectively, and $480 million and $131 million during the six months ended June 30, 2021 and 2020, respectively. We expect other sales and revenues to increase with retail units sold. We also expect other sales and revenues to increase as we improve our ability to monetize loans we originate and sell and offer attractive financing solutions and ancillary products to our customers, including products customarily sold by automotive retailers or insurance products customarily sold by traditional insurance companies. Other sales and revenues are 100% gross margin products for which gross profit equals revenue.

During our growth phase, our highest priority outside of safety will continue to be providing exceptional customer experiences, increasing our brand awareness and building an infrastructure to support growth in retail units sold. Secondarily, we plan to pursue several strategies designed to increase our total gross profit per unit. These strategies include the following:

- ***Increase the purchase of vehicles from customers.*** We plan to grow the number of vehicles that we purchase from our customers either as trade-ins or independent of a retail sale. This in turn will grow our wholesale business, provide additional vehicles for our retail business, which are more profitable compared to the same vehicle acquired at auction, and expand our inventory selection.

- ***Reduce average days to sale.*** Our goal is generally to increase both our number of markets and our sales at a faster rate than we increase our inventory size, which we believe would decrease average days to sale due to a relative increase in demand versus supply. Reductions in average days to sale lead to fewer vehicle price reductions, and therefore higher average selling prices, all other factors being equal. Higher average selling prices in turn lead to higher gross profit per unit sold, all other factors being equal.

- ***Leverage existing IRC infrastructure.*** As we scale, we intend to more fully utilize the capacity in our 13 existing IRCs, which collectively have capacity to inspect and recondition approximately 750,000 vehicles per year at full utilization**.**

- ***Increase utilization of our logistics network.*** As we scale, we intend to more fully utilize our in-house logistics network to transport cars to our IRCs after acquisition from customers or wholesale auctions.

- ***Increase conversion on existing products.*** We plan to continue to improve our website to highlight the benefits of our complementary product offerings, including financing, VSCs, GAP waiver coverage, and trade-ins.

- ***Add new products and services.*** We plan to utilize our online sales platform to offer additional complementary products and services to our customers.

- ***Increase monetization of our finance receivables.*** We plan to continue selling finance receivables in securitization transactions and otherwise expand our base of financial partners who purchase the finance receivables originated on our platform to reduce our effective cost of funds.

- ***Optimize purchasing and pricing.*** We are constantly improving the ways in which we predict customer demand, value vehicles sight unseen and optimize what we pay to acquire those vehicles. We also regularly test different pricing of our products, including vehicle sticker prices, trade-in and independent vehicle offers, and ancillary product prices, and we believe we can improve by further optimizing prices over time.

36

**Seasonality**

Used vehicle sales exhibit seasonality with sales peaking late in the first calendar quarter and diminishing through the rest of the year, with the lowest relative level of vehicle sales expected to occur in the fourth calendar quarter. Due to our rapid growth, our overall sales patterns to date have not reflected the general seasonality of the used vehicle industry, but we expect this to change once our business and markets mature. Used vehicle prices also exhibit seasonality, with used vehicles depreciating at a faster rate in the last two quarters of each year and a slower rate in the first two quarters of each year, all other factors being equal. We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business.

**Investment in Growth**

We have aggressively invested in the growth of our business and we expect this investment to continue during normal conditions. We anticipate that our operating expenses will increase substantially as we continue to expand our logistics network, increase our advertising spending, and serve more of the U.S. population. There is no guarantee that we will be able to realize the desired return on our investments.

**Relationship with Related Parties**

For discussion about our relationship with related parties, refer to Note 6 — Related Party Transactions of our accompanying unaudited condensed consolidated financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q.

**Key Operating Metrics**

We regularly review a number of metrics, including the following key metrics, to evaluate our business, measure our progress and make strategic decisions. Our key operating metrics reflect the key drivers of our growth, including increasing brand awareness, enhancing the selection of vehicles we make available to our customers, and serving more of the U.S. population. Our key operating metrics also demonstrate our ability to translate these drivers into retail sales and to monetize these retail sales through a variety of product offerings.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| Retail units sold | 107,815 | 55,098 | 200,272 | 107,525 |
| Population coverage | 79.4 % | 73.2 % | 79.4 % | 73.2 % |
| Average monthly unique visitors (in thousands) | 16,590 | 8,023 | 14,912 | 7,415 |
| Number of IRCs | 13 | 8 | 13 | 8 |
| Total website units | 45,822 | 16,479 | 45,822 | 16,479 |
| Total gross profit per unit | $ 5,120 | $ 2,726 | $ 4,444 | $ 2,684 |

*Retail Units Sold*

We define retail units sold as the number of vehicles sold to customers in a given period, net of returns under our seven-day return policy. We view retail units sold as a key measure of our growth for several reasons. First, retail units sold is the primary driver of our revenues and, indirectly, gross profit, since retail unit sales enable multiple complementary revenue streams, including financing, VSCs, GAP waiver coverage, and trade-ins. Second, growth in retail units sold increases the base of available customers for referrals and repeat sales. Third, growth in retail units sold is an indicator of our ability to successfully scale our logistics, fulfillment, and customer service operations.

*Population Coverage*

We previously reported number of markets as a key operating metric. As we have continued to grow, the population covered by these markets is increasingly a more important driver of our growth than the number of markets we serve. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers, which is typically conducted by a Carvana employee in a branded delivery truck. We define population coverage as

37

the metropolitan statistical area population in the markets we serve at the end of the period divided by the total population in the U.S., based on 2015 data from the U.S. Census Bureau. We view the growth in population we serve as a key driver of our growth. As we increase our population coverage, the number of consumers who have access to our fully integrated customer experience increases, which in turn helps increase the number of vehicles we sell.

### Average Monthly Unique Visitors

We define a monthly unique visitor as an individual who has visited our website within a calendar month, based on data provided by Google Analytics. We calculate average monthly unique visitors as the sum of monthly unique visitors in a given period, divided by the number of months in that period. We view average monthly unique visitors as a key indicator of the strength of our brand, the effectiveness of our advertising and merchandising campaigns, and consumer awareness of our brand.

### Number of IRCs

Number of IRCs is a new key operating metric. As we continue to grow, our number of IRCs is a more important metric than average days to sale due to the impact of IRC capacity on retail units sold and the relative stability of average days to sale over the past three years. We define the number of IRCs as the number of owned or leased IRCs in which Carvana employees perform our 150-point inspection and recondition vehicles to "Carvana Certified" standards before sale to customers. As we scale, we intend to more fully utilize the capacity in our existing 13 IRCs, which, as of June 30, 2021, collectively have capacity to inspect and recondition approximately 750,000 vehicles per year at full utilization. As we increase our number of IRCs, we increase this capacity to inspect and recondition vehicles, which in turn increases the number of vehicles we can sell.

### Total Website Units

We define total website units as the number of vehicles listed on our website on the last day of a given reporting period, including available inventory for sale, vehicles currently engaged in a purchase or reserved by a customer, and units that can be reserved that generally have not yet completed the inspection and reconditioning process. We view total website units as a key measure of our growth. Growth in total website units increases the selection of vehicles available to consumers in all of our markets simultaneously, which we believe will allow us to increase the number of vehicles we sell. Moreover, growth in total website units indicates our ability to scale our vehicle purchasing, inspection and reconditioning operations. As part of our inventory strategy, over time we may choose not to expand total website units while continuing to grow sales, thereby improving other key operating metrics of the business.

### Total Gross Profit per Unit

We define total gross profit per unit as the aggregate gross profit in a given period, divided by retail units sold in that period including gross profit generated from the sale of the used vehicle, gains on the sales of loans originated to finance the vehicle, commissions on sales of VSCs, revenue from GAP waiver coverage, and gross profit generated from wholesale sales of vehicles.

**Components of Results of Operations**

### Used Vehicle Sales

Used vehicle sales represent the aggregate sales of used vehicles to customers through our website. Revenue from used vehicles sales is recognized upon delivery to the customer or pick up of the vehicle by the customer, and is reported net of a reserve for expected returns. Factors affecting used vehicle sales revenue include the number of retail units sold and the average selling price of these vehicles. Changes in retail units sold are a much larger driver of changes in revenue than are changes in average selling price.

The number of used vehicles we sell depends on the volume of traffic to our website, our population coverage, our inventory selection, the effectiveness of our branding and marketing efforts, the quality of our customer's purchase experience, our volume of referrals and repeat customers, the competitiveness of our pricing, competition from other used car dealerships and general economic conditions. On a quarterly basis, the number of used vehicles we sell is also affected by seasonality, with demand for used vehicles reaching a seasonal high point late in the first quarter of each year, commensurate with the timing of tax refunds, and diminishing through the rest of the year, with the lowest relative level of used vehicle sales expected to occur in the fourth calendar quarter.

Our retail average selling price depends on the mix of vehicles we acquire, retail prices in our markets, our pricing strategy, and our average days to sale. We may choose to shift our inventory mix to higher or lower cost vehicles, or to raise or lower our prices relative to market to take advantage of supply or demand imbalances, which could temporarily lead to average selling prices increasing or decreasing. We also generally expect lower average days to sale to be associated with higher retail average selling prices due to decreased vehicle depreciation prior to sale, all other factors being equal.

***Wholesale Vehicle Sales***

Wholesale vehicle sales is equal to the aggregate proceeds we receive on vehicles sold to wholesalers. The vehicles we sell to wholesalers are primarily acquired from customers who sell a vehicle to us without purchasing a retail vehicle and from our customers who trade-in their existing vehicles when making a purchase from us. Factors affecting wholesale vehicle sales include the number of wholesale units sold and the average wholesale selling price of these vehicles. The average selling price of our wholesale units is primarily driven by the mix of vehicles we sell to wholesalers, as well as general supply and demand conditions in the applicable wholesale vehicle market. Beginning in 2020, wholesale vehicle sales includes aggregate proceeds we receive on vehicles sold to DriveTime through competitive online auctions that are managed by an unrelated third party.

***Other Sales and Revenues***

We generate other sales and revenues primarily through the sales of loans we originate and sell in securitization transactions or to financing partners, reported net of a reserve for expected repurchases, interest earned on loans prior to sale, and commissions we receive on VSCs and sales of GAP waiver coverage. In 2016, we entered into a master dealer agreement with DriveTime, pursuant to which we receive a commission for selling VSCs that DriveTime administers. The commission revenue we recognize on VSCs depends on the number of retail units we sell, the conversion rate of VSCs on these sales, commission rates we receive, VSC early cancellation frequency and product features. The GAP waiver coverage revenue we recognize depends on the number of retail units we sell, the number of customers that choose to finance their purchases with us, the frequency of GAP waiver coverage early cancellation, and the conversion rate of GAP waiver coverage on those sales.

We generally seek to sell the loans we originate to securitization trusts we sponsor and establish or to financing partners. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that we sell to the securitization trusts. We also sell the loans we originate under committed forward-flow arrangements, including a master purchase and sale agreement, and through fixed pool loan sales, with financing partners who generally acquire them at premium prices without recourse to us for their post-sale performance. Factors affecting revenue from these sales include the number of loans we originate, the average principal balance of the loans, the credit quality of the portfolio, and the price at which we are able to sell them in securitization transactions or to financing partners.

The number of loans we originate is driven by the number of used vehicles sold and the percentage of our sales for which we provide financing, which is influenced by the financing terms we offer our customers relative to alternatives available to the customer. The average principal balance is driven primarily by the mix of vehicles we sell, since higher average selling prices typically mean higher average balances. The price at which we sell the loan is driven by the terms of our securitization transactions and forward-flow arrangement, applicable interest rates, and whether or not the loan includes GAP waiver coverage.

***Cost of Sales***

Cost of sales includes the cost to acquire, recondition, and transport vehicles associated with preparing them for resale. Vehicle acquisition costs are driven by the mix of vehicles we acquire, the source of those vehicles, and supply-and-demand dynamics in the wholesale vehicle market. Reconditioning costs consist of direct costs, including parts, labor, and third-party repair expenses directly attributable to specific vehicles, as well as indirect costs, such as IRC overhead. Transportation costs consist of costs incurred to transport the vehicles from the point of acquisition to the IRC. Cost of sales also includes any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value.

***Used Vehicle Gross Profit***

Used vehicle gross profit is the vehicle sales price minus our costs of sales associated with vehicles that we list and sell on our website. Used vehicle gross profit per unit is our aggregate used vehicle gross profit in any measurement period divided by the number of retail units sold in that period.

39

*Wholesale Vehicle Gross Profit*

Wholesale vehicle gross profit is the vehicle sales price minus our cost of sales associated with vehicles we sell to wholesalers. Factors affecting wholesale gross profit include the number of wholesale units sold, the average wholesale selling price of these vehicles, and the average acquisition price associated with these vehicles.

*Other Gross Profit*

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in gross profit and the associated drivers are identical to changes in revenues from these products and the associated drivers.

*Selling, General and Administrative Expenses*

Selling, general and administrative ("SG&A") expenses include expenses associated with advertising and providing customer service to customers, operating our vending machines and hubs, operating our logistics and fulfillment network and other corporate overhead expenses, including expenses associated with information technology, product development, engineering, legal, accounting, finance, and business development. We anticipate that these expenses will increase as we grow. SG&A expenses exclude the costs of inspecting and reconditioning vehicles and transporting vehicles from the point of acquisition to the IRC, which are included in cost of sales, and payroll costs for our employees related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.

*Interest Expense*

Interest expense includes interest incurred on our Senior Notes, our Floor Plan Facility, and our Finance Receivable Facilities (each as defined in Note 9 — Debt Instruments of our financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q), as well as our notes payable, and finance leases, which are used to fund general working capital, our inventory, our transportation fleet, and certain of our property and equipment. Interest expense excludes the interest incurred during various construction projects to build, upgrade or remodel certain facilities, which is capitalized to property and equipment and depreciated over the estimated useful lives of the related assets.

*Other (Income) Expense, Net*

Other (income) expense, net includes changes in fair value on our beneficial interests in securitizations and purchase price adjustment receivables (as discussed in Note 17 — Fair Value of Financial Instruments of our financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q), along with other general expenses such as gains or losses from disposals of long-lived assets.

*Income Tax Provision*

Income taxes are recognized based upon our anticipated underlying annual blended federal and state income tax rates adjusted, as necessary, for any discrete tax matters occurring during the period. As the sole managing member of Carvana Group, LLC ("Carvana Group"), Carvana Co. consolidates the financial results of Carvana Group. Carvana Group is treated as a partnership and therefore not subject to U.S. federal and most applicable state and local income tax purposes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co. During the three and six months ended June 30, 2021, we generated an immaterial income tax expense.

**Results of Operations**

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
| | 2021 | 2020 | Change | 2021 | 2020 | Change |
|---|---|---|---|---|---|---|
| | (in millions, except unit and per unit amounts) | | | (in millions, except unit and per unit amounts) | | |
| **Net sales and operating revenues:** | | | | | | |
| Used vehicle sales, net | $ 2,504 | $ 992 | 152.4 % | $ 4,304 | $ 1,956 | 120.0 % |
| Wholesale vehicle sales [1] | 557 | 49 | 1,036.7 % | 797 | 129 | 517.8 % |
| Other sales and revenues [2] | 275 | 77 | 257.1 % | 480 | 131 | 266.4 % |
| Total net sales and operating revenues | $ 3,336 | $ 1,118 | 198.4 % | $ 5,581 | $ 2,216 | 151.9 % |
| **Gross profit:** | | | | | | |
| Used vehicle gross profit | $ 218 | $ 66 | 230.3 % | $ 330 | $ 148 | 123.0 % |
| Wholesale vehicle gross profit [1] | 59 | 7 | 742.9 % | 80 | 9 | 788.9 % |
| Other gross profit [2] | 275 | 77 | 257.1 % | 480 | 131 | 266.4 % |
| Total gross profit | $ 552 | $ 150 | 268.0 % | $ 890 | $ 288 | 209.0 % |
| **Unit sales information:** | | | | | | |
| Used vehicle unit sales | 107,815 | 55,098 | 95.7 % | 200,272 | 107,525 | 86.3 % |
| Wholesale vehicle unit sales | 47,052 | 7,277 | 546.6 % | 73,092 | 18,031 | 305.4 % |
| **Per unit selling prices:** | | | | | | |
| Used vehicles | $ 23,225 | $ 18,001 | 29.0 % | $ 21,491 | $ 18,192 | 18.1 % |
| Wholesale vehicles | $ 11,838 | $ 6,793 | 74.3 % | $ 10,904 | $ 7,157 | 52.4 % |
| **Per retail unit gross profit:** | | | | | | |
| Used vehicle gross profit | $ 2,022 | $ 1,190 | 69.9 % | $ 1,648 | $ 1,380 | 19.4 % |
| Wholesale vehicle gross profit | $ 547 | $ 137 | 299.4 % | $ 399 | $ 82 | 386.6 % |
| Other gross profit | $ 2,551 | $ 1,399 | 82.3 % | $ 2,397 | $ 1,222 | 96.1 % |
| Total gross profit | $ 5,120 | $ 2,726 | 87.8 % | $ 4,444 | $ 2,684 | 65.6 % |
| **Per wholesale unit gross profit:** | | | | | | |
| Wholesale vehicle gross profit | $ 1,254 | $ 1,036 | 21.0 % | $ 1,095 | $ 486 | 125.2 % |

(1) Includes $16, $0, $22, and $0, respectively, of wholesale revenue from related parties.
(2) Includes $49, $23, $91, and $43, respectively, of other sales and revenues from related parties.

*Used Vehicle Sales*

   *Three months ended June 30, 2021 Versus 2020.* Used vehicle sales increased by $1.5 billion to $2.5 billion during the three months ended June 30, 2021, compared to $992 million during the three months ended June 30, 2020. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 107,815 from 55,098 during the three months ended June 30, 2021 and 2020, respectively. The increase in unit sales was driven by growth in existing markets due to continued marketing efforts, expanded inventory selection, increased brand awareness, and a reduced negative impact due to COVID-19. The increase in unit sales was also driven by growth to 79.4% market population coverage as of June 30, 2021 from 73.2% as of June 30, 2020. The average selling price of our retail units sold also increased to $23,225 from $18,001 due primarily to the overall appreciation in the used vehicle market as compared to the three months ended June 30, 2020, which was impacted by COVID-19.

   *Six months ended June 30, 2021 Versus 2020.* Used vehicle sales increased by $2.3 billion to $4.3 billion during the six months ended June 30, 2021 compared to $2.0 billion during the six months ended June 30, 2020. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 200,272 from 107,525 during the six months ended June 30, 2021 and 2020, respectively, which was driven by enhanced marketing efforts, expanded inventory selection, and increased brand awareness. The increase in unit sales was also driven by growth to 79.4% market population coverage as of June 30, 2021 from 73.2% as of June 30, 2020. The average selling price of our retail units sold also increased to $21,491 from $18,192

41

during the six months ended June 30, 2021 and 2020, respectively, due primarily to a shift in vehicle mix and the overall appreciation in the used vehicle market as compared to the six months ended June 30, 2020, which was impacted by COVID-19.

### Wholesale Vehicle Sales

*Three months ended June 30, 2021 Versus 2020.* Wholesale vehicle sales increased by $508 million to $557 million during the three months ended June 30, 2021, compared to $49 million during the three months ended June 30, 2020. The increase in revenue was primarily driven by an increase in wholesale units sold to 47,052 from 7,277 during the three months ended June 30, 2021 and 2020, respectively. In addition, the average selling price of our wholesale units sold increased to $11,838 during the three months ended June 30, 2021 from $6,793 during the three months ended June 30, 2020. The increase in wholesale units sold and average selling prices were both due to the mix of and increased number of units acquired from customers, along with strong appreciation in the wholesale market, especially as compared to the three months ended June 30, 2020 when we temporarily halted our program of buying cars from customers and the wholesale market was stagnant because of COVID-19.

*Six months ended June 30, 2021 Versus 2020.* Wholesale vehicle sales increased by $668 million to $797 million during the six months ended June 30, 2021, compared to $129 million during the six months ended June 30, 2020. As our retail unit sales increased over the six-month period, so did the trade-ins we received and vehicles we purchased from customers absent a retail sale, providing more vehicles available for wholesale, and driving an increase in our revenues attributed to wholesale vehicle sales. In addition, the average selling price of our wholesale units sold increased to $10,904 during the six months ended June 30, 2021 from $7,157 during the six months ended June 30, 2020 due to the mix of units acquired from customers and strong appreciation in the wholesale market, which were both negatively impacted by COVID-19 during the six months ended June 30, 2020.

### Other Sales and Revenues

*Three months ended June 30, 2021 Versus 2020.* Other sales and revenues increased by $198 million to $275 million during the three months ended June 30, 2021, compared to $77 million during the three months ended June 30, 2020. This increase was primarily due to the increase in gain on loan sales driven by the increase in retail units sold during the three months ended June 30, 2021, which drove higher finance receivable originations that we in turn sold. Additionally, during the three months ended June 30, 2020, COVID-19 impacted the credit markets and as a result we did not complete a securitization transaction. Since then, the credit markets and macro-economic conditions have improved, allowing us to re-enter the securitization market to sell more finance receivables and generate higher premiums during the three months ended June 30, 2021. Additionally, the increase was due to an increase in VSC sales and GAP waiver coverage sales driven by the increase in retail units sold during the three months ended June 30, 2021.

*Six months ended June 30, 2021 Versus 2020.* Other sales and revenues increased by $349 million to $480 million during the six months ended June 30, 2021, compared to $131 million during the six months ended June 30, 2020. The increase is primarily due to the increase in gain on loan sales driven by the increase in retail units sold during the six months ended June 30, 2021, which drove higher finance receivable originations that we in turn sold. Additionally, during the six months ended June 30, 2020, COVID-19 impacted the credit markets and as a result we did not complete a securitization transaction during the three months ended June 30, 2021. Since then, the credit markets and macro-economic conditions have improved, allowing us to re-enter the securitization market to sell more finance receivables and generate higher premiums during the six months ended June 30, 2021. In addition, the increase was due to an increase in VSC sales and GAP waiver coverage sales driven by the increase in retail units sold during the six months ended June 30, 2021.

### Used Vehicle Gross Profit

*Three months ended June 30, 2021 Versus 2020.* Used vehicle gross profit increased by $152 million to $218 million during the three months ended June 30, 2021, compared to $66 million during the three months ended June 30, 2020. This increase was driven primarily by an increase in retail units sold, as well as an increase in used vehicle gross profit per unit to $2,022 for the three months ended June 30, 2021 compared to $1,190 for the three months ended June 30, 2020. The per unit increase was primarily driven by acquiring more vehicles from customers and a stronger used vehicle pricing environment during the three months ended June 30, 2021 compared to the three months ended June 30, 2020, which was impacted by COVID-19.

*Six months ended June 30, 2021 Versus 2020.* Used vehicle gross profit increased by $182 million to $330 million during the six months ended June 30, 2021, compared to $148 million during the six months ended June 30, 2020. This increase was

42

driven primarily by an increase in retail units sold, as well as an increase in used vehicle gross profit per unit to $1,648 for the six months ended June 30, 2021 compared to $1,380 for the six months ended June 30, 2020. The per unit increase was primarily driven by acquiring more vehicles from customers and a stronger used vehicle pricing environment compared to the six months ended June 30, 2020, which was impacted by COVID-19.

### Wholesale Vehicle Gross Profit

*Three months ended June 30, 2021 Versus 2020.* Wholesale vehicle gross profit increased by $52 million to $59 million during the three months ended June 30, 2021, compared to $7 million during the three months ended June 30, 2020. This was primarily due to an increase in wholesale units sold to 47,052 during the three months ended June 30, 2021 from 7,277 during the three months ended June 30, 2020, along with an increase in wholesale vehicle gross profit per wholesale unit to $1,254 in the three months ended June 30, 2021 compared to $1,036 in the three months ended June 30, 2020. The increase in the number of wholesale units sold and gross profit per wholesale unit was primarily driven by acquiring more vehicles from customers and strong appreciation in the wholesale market compared to the three months ended June 30, 2020, which was impacted by COVID-19.

*Six months ended June 30, 2021 Versus 2020.* Wholesale vehicle gross profit increased by $71 million to $80 million during the six months ended June 30, 2021, compared to $9 million during the six months ended June 30, 2020. This increase was driven primarily by an increase in wholesale units sold to 73,092 from 18,031, along with an increase in wholesale vehicle gross profit per wholesale unit to $1,095 from $486 in the six months ended June 30, 2021, and 2020, respectively. The increase in the number of wholesale units sold and gross profit per wholesale unit were primarily due to acquiring more vehicles from customers and strong appreciation in the wholesale market compared to the six months ended June 30, 2020, which was impacted by COVID-19.

### Other Gross Profit

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in other gross profit and the associated drivers are identical to changes in other sales and revenues and the associated drivers.

### Components of SG&A

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2021 | 2020 | 2021 | 2020 |
| --- | --- | --- | --- | --- |
| | (in millions) | | | |
| Compensation and benefits [1] | $ 148 | $ 74 | $ 274 | $ 158 |
| Advertising | 119 | 62 | 219 | 137 |
| Market occupancy [2] | 15 | 8 | 28 | 16 |
| Logistics [3] | 34 | 17 | 64 | 36 |
| Other [4] | 154 | 79 | 282 | 168 |
| Total | $ 470 | $ 240 | $ 867 | $ 515 |

(1) Compensation and benefits includes all payroll and related costs, including benefits, payroll taxes, and equity-based compensation, except those related to preparing vehicles for sale, which are included in cost of sales, and those related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.
(2) Market occupancy costs includes occupancy costs of our vending machine and hubs. It excludes occupancy costs related to reconditioning vehicles which are included in cost of sales and the portion related to corporate occupancy which are included in other costs.
(3) Logistics includes fuel, maintenance and depreciation related to operating our own transportation fleet, and third party transportation fees, except the portion related to inbound transportation, which is included in cost of sales.
(4) Other costs include all other selling, general and administrative expenses such as IT expenses, corporate occupancy, professional services and insurance, limited warranty, and title and registration.

Selling, general and administrative expenses increased by $230 million to $470 million during the three months ended June 30, 2021, compared to $240 million during the three months ended June 30, 2020, and by $352 million to $867 million during the six months ended June 30, 2021, compared to $515 million during the six months ended June 30, 2020. The increase

43

was partially due to an increase in compensation and benefits by $74 million and $116 million during the three and six months ended June 30, 2021, respectively, which was primarily driven by expansion of our teams to support our growth. The increase in selling, general and administrative expenses was also due to an increase in advertising expense of $57 million and $82 million during the three and six months ended June 30, 2021, respectively, primarily due to an increase in advertising to drive growth in units sold and vehicles acquired from customers. Market occupancy, logistics, and other expenses also increased during the three and six months ended June 30, 2021 compared to the respective prior year period primarily due to increases in the number of units sold and in population coverage, and in preparation for future growth. The increase is also due in part to efforts to decrease and balance discretionary spend as a result of the uncertain economic environment surrounding COVID-19 during the three and six months ended June 30, 2020.

### Interest Expense

Interest expense increased by $23 million to $43 million during the three months ended June 30, 2021, compared to $20 million during the three months ended June 30, 2020, and increased by $24 million to $73 million during the six months ended June 30, 2021, compared to $49 million during the six months ended June 30, 2020. The increase is primarily due to increased interest incurred on additional senior unsecured notes issued by the Company in October 2020 and March of 2021, along with increased interest expense incurred on sale leaseback financing since June 30, 2020.

### Other (Income) Expense, Net

Other income, net changed by $3 million to income of $6 million during the three months ended June 30, 2021 compared to income of $3 million during the three months ended June 30, 2020. Other income, net changed by $27 million to income of $13 million during the six months ended June 30, 2021 compared to an expense of $14 million during the six months ended June 30, 2020. The change in the three and six months ended June 30, 2021 compared to June 30, 2020 is primarily due to fair value adjustments on our retained beneficial interests in securitizations and purchase price adjustment receivables in the three and six months ended June 30, 2021 compared to June 30, 2020 when the capital markets were more uncertain, primarily due to COVID-19.

### Non-GAAP Financial Measures

To supplement the consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we also present the following non-GAAP measures: EBITDA and EBITDA margin. We believe the presentation of both U.S. GAAP and non-GAAP financial measures provides investors with increased transparency into financial measures used by our management team, and it also improves investors' understanding of our underlying operating performance and their ability to analyze our ongoing operating trends. All historic non-GAAP financial measures have been reconciled with the most directly comparable U.S. GAAP financial measures.

### EBITDA and EBITDA Margin

EBITDA and EBITDA Margin are supplemental measures of operating performance that do not represent and should not be considered an alternative to net loss or cash flow from operations, as determined by U.S. GAAP. EBITDA is defined as net loss before interest expense, income tax expense, and depreciation and amortization expense. EBITDA Margin is EBITDA as a percentage of total revenues. We use EBITDA to measure the operating performance of our business and EBITDA Margin to measure our operating performance relative to our total revenues. We believe that EBITDA and EBITDA Margin are useful measures to us and to our investors because they exclude certain financial and capital structure items that we do not believe directly reflect our core operations and may not be indicative of our recurring operations, in part because they may vary widely across time and within our industry independent of the performance of our core operations. We believe that excluding these items enables us to more effectively evaluate our performance period-over-period and relative to our competitors. EBITDA and EBITDA Margin may not be comparable to similarly titled measures provided by other companies due to potential differences

in methods of calculations. A reconciliation of EBITDA to net income (loss), which is the most directly comparable U.S. GAAP measure, and calculation of EBITDA Margin is as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| | (dollars in millions) | | | |
| Net income (loss) | $ 45 | $ (106) | $ (37) | $ (290) |
| Depreciation and amortization expense | 24 | 17 | 46 | 33 |
| Interest expense | 43 | 20 | 73 | 49 |
| EBITDA[1] | $ 112 | $ (69) | $ 82 | $ (208) |
| | | | | |
| Total revenues | $ 3,336 | $ 1,118 | $ 5,581 | $ 2,216 |
| EBITDA Margin | 3.4 % | (6.2)% | 1.5 % | (9.4)% |

(1) Includes less than $1 million of income tax provision for each of the three and six months ended June 30, 2021 and 2020.

**Liquidity and Capital Resources**

*General*

We generate cash from the sale of used retail vehicles, the sale of wholesale vehicles, and proceeds from the sale of finance receivables originated in connection with the sale of used vehicles. We generate additional cash flows through our financing activities including our short-term revolving inventory and finance receivable facilities, real estate and equipment financing, the issuance of long-term notes, and new issuances of equity. Historically, cash generated from financing activities has funded growth and expansion into new markets and strategic initiatives and we expect this to continue in the future.

Our ability to service our debt and fund working capital, capital expenditures, and business development efforts will depend on our ability to generate cash from operating and financing activities, which is subject to our future operating performance, as well as to general economic, financial, competitive, legislative, regulatory, and other conditions, some of which may be beyond our control. Our future capital requirements will depend on many factors, including our rate of revenue growth, our construction of IRCs and vending machines, the timing and extent of our spending to support our technology and software development efforts, and increased population coverage.

45

We had the following liquidity resources available as of June 30, 2021 and December 31, 2020:

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| | (in millions) | |
| Cash and cash equivalents | $ 201 | $ 301 |
| Availability under short-term revolving facilities [1] | 808 | 1,088 |
| Availability under sale-leaseback agreements [2] | — | 19 |
| Committed liquidity resources available | $ 1,009 | $ 1,408 |

(1) Based on pledging all eligible vehicles and finance receivables under the available capacity in the Floor Plan Facility and Finance Receivable Facilities, excluding the impact to restricted cash requirements.
(2) We have $366 million and $250 million of total unfunded gross real estate assets as of June 30, 2021 and December 31, 2020, respectively.

As of June 30, 2021 and December 31, 2020, the short-term revolving facilities had total capacity of $2.75 billion and $2.25 billion, an outstanding balance of $680 million and $40 million, and unused capacity of approximately $2.1 billion and $2.2 billion, respectively.

Effective July 1, 2021, we amended our Floor Plan Facility to increase the line of credit to $1.75 billion bringing our total short-term revolving facility capacity to $3.25 billion and increasing our committed liquidity resources available by $500 million.

In addition, we had $96 million and $48 million of total unpledged beneficial interests in securitizations as of June 30, 2021 and December 31, 2020, respectively.
As of June 30, 2021 and December 31, 2020, our outstanding principal amount of indebtedness, including finance leases, was approximately $3.1 billion and $1.7 billion, respectively, summarized in the table below. See Note 9 — Debt Instruments and Note 15 — Leases included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q for further information on our debt and finance leases.

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| | (in millions) | |
| **Asset-Based Financing:** | | |
| Inventory | $ 680 | $ 40 |
| Finance receivables and beneficial interests | 143 | 81 |
| Transportation fleet[1] | 152 | 124 |
| Real estate[2] | 430 | 398 |
| Total asset-based financing | 1,405 | 643 |
| Senior Notes | 1,700 | 1,100 |
| Total debt | 3,105 | 1,743 |
| Less: unamortized debt issuance costs[3] | (27) | (21) |
| Total debt, net | $ 3,078 | $ 1,722 |

(1) Amount includes notes payable and finance leases.
(2) Amount includes real estate financing and notes payable.
(3) The unamortized debt issuance costs related to long-term debt are presented as a reduction of the carrying amount of the corresponding liabilities on our consolidated balance sheets. Unamortized debt issuance costs related to revolving debt agreements are presented within other assets on our consolidated balance sheets and not included here.

46

*Cash Flows*

The following table presents a summary of our consolidated cash flows from operating, investing and financing activities for the six months ended June 30, 2021 and 2020:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | **(in millions)** | |
| Net cash used in operating activities | $ (1,139) | $ (175) |
| Net cash used in investing activities | (174) | (167) |
| Net cash provided by financing activities | 1,294 | 590 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (19) | 248 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 310 | $ 366 |

*Operating Activities*

Our primary sources of operating cash flows result from the sales of used retail vehicles, wholesale vehicles, loans we originate, and ancillary products. Our primary uses of cash from operating activities are purchases of inventory, cash used to acquire customers, and personnel-related expenses. Cash used in operating activities was approximately $1.1 billion and $175 million during the six months ended June 30, 2021 and 2020, respectively, an increase of $964 million, primarily due to changes in working capital, primarily related to the increase in our vehicle inventory, along with increased cash used by originations and proceeds of finance receivables due to the timing of originations and subsequent sales. These increases in uses of cash were partially offset by the net cash inflows associated with the change in accounts payable and accrued liabilities.

*Investing Activities*

Our primary use of cash for investing activities is purchases of property and equipment to expand our operations. Cash used in investing activities was $174 million and $167 million during the six months ended June 30, 2021 and 2020, respectively, an increase of $7 million, primarily driven by a slight increase in purchases of property and equipment and an increase in principal payments received on beneficial interests in securitizations.

*Financing Activities*

Cash flows from financing activities primarily relate to our short and long-term debt activity and proceeds from equity issuances which have been used to provide working capital and for general corporate purposes, including paying down our short-term revolving facilities. Cash provided by financing activities was approximately $1.3 billion and $590 million during the six months ended June 30, 2021 and 2020, respectively, an increase of $704 million. The change primarily relates to increased net proceeds from long-term debt primarily from the issuance of our $600 million Senior Notes in March 2021 and proceeds from short-term revolving facilities during the six months ended June 30, 2021, partially offset by proceeds from the issuance of Class A common stock during the six months ended June 30, 2020.

**Contractual Obligations and Commitments**

Other than the issuance of our $600 million Senior Notes in March 2021, we have not entered into any material contractual obligations or commitments outside of the ordinary course of business since the most recently ended fiscal year as disclosed in the header "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our most recent Annual Report on Form 10-K, filed February 25, 2021.

**Fair Value Measurements**

We report money market securities, certain receivables, and beneficial interests in securitizations at fair value. See Note 17 — Fair Value of Financial Instruments, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q, which is incorporated into this item by reference.

**Off-Balance Sheet Arrangements**

In the ordinary course of business, we sponsor and engage in securitization transactions to sell our finance receivables to a diverse pool of investors. These securitizations involve unconsolidated variable interest entities in which we retain at least 5% of the credit risk of the underlying finance receivables by holding at least 5% of the notes and certificates issued by these entities. We are exposed to market risk in the securitization market. See Note 8 — Securitizations and Variable Interest Entities, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q, for further discussion regarding our transactions with unconsolidated variable interest entities.

Except as discussed above, we did not have any off-balance sheet arrangements as of June 30, 2021.

**Critical Accounting Policies**

Refer to Note 2 — Summary of Significant Accounting Policies, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q for accounting pronouncements and material changes to our critical accounting policies since December 31, 2020. There have been no other material changes to our critical accounting policies and use of estimates from those described under "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

48

## FORWARD-LOOKING STATEMENTS

This Quarterly Report on Form 10-Q, as well as information included in oral statements or other written statements made or to be made by us, contain statements that constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on our current beliefs, expectations, and assumptions regarding the future of our business, future plans and strategies, and other future conditions. Forward-looking statements can be identified by words such as "anticipate," "believe," "envision," "estimate," "expect," "intend," "may," "plan," "predict," "project," "target," "potential," "will," "would," "could," "should," "continue," "ongoing," "contemplate," and other similar expressions, although not all forward-looking statements contain these identifying words. Examples of forward-looking statements include, among others, statements we make regarding:

- future financial position;

- business strategy;

- budgets, projected costs, and plans;

- future industry growth;

- financing sources;

- the impact of litigation, government inquiries, and investigations; and

- all other statements regarding our intent, plans, beliefs, or expectations or those of our directors or officers.

We may not actually achieve the plans, intentions or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements. Actual results or events could differ materially from the plans, intentions and expectations disclosed in the forward-looking statements we make. Important factors that could cause actual results and events to differ materially from those indicated in the forward-looking statements include, among others, the following:

- our history of losses and ability to maintain profitability in the future;

- our ability to effectively manage our rapid growth;

- our ability to maintain customer service quality and reputational integrity and enhance our brand;

- our limited operating history;

- the seasonal and other fluctuations in our quarterly operating results, including as a result of COVID-19 and other future epidemics and public health crises;

- our relationship with DriveTime and its affiliates;

- our management's accounting judgments and estimates, as well as changes to accounting policies;

- our ability to compete in the highly competitive industry in which we participate;

- the changes in prices of new and used vehicles;

- our ability to acquire desirable inventory;

- our ability to sell our inventory expeditiously;

- our ability to sell and generate gains on the sale of automotive finance receivables;

- our dependence on the sale of automotive finance receivables for a substantial portion of our gross profits;

49

- our exposure to credit losses and prepayments on our interests in automotive finance receivables;

- our reliance on credit data for the automotive finance receivables we sell;

- our ability to successfully market and brand our business;

- our reliance on internet searches to drive traffic to our website;

- our ability to comply with the laws and regulations to which we are subject;

- the changes in the laws and regulations to which we are subject;

- our ability to comply with the Telephone Consumer Protection Act of 1991;

- the evolution of regulation of the Internet and e-commerce;

- our ability to grow complementary product and service offerings;

- our ability to address the shift to mobile device technology by our customers;

- risks related to the larger automotive ecosystem;

- the geographic concentration where we provide services and recondition and store vehicle inventory;

- our ability to obtain affordable inventory insurance;

- our ability to raise additional capital;

- our ability to maintain adequate relationships with the lenders that finance our vehicle inventory purchases;

- the representations we make with regard to our finance receivables we sell;

- our reliance on our proprietary credit scoring model in the forecasting of loss rates;

- our reliance on internal and external logistics to transport our vehicle inventory;

- the risks associated with the construction and operation of our IRCs, hubs and vending machines, including our dependence on one supplier for construction and maintenance for our vending machines;

- our ability to finance IRCs and vending machines;

- our ability to protect the personal information and other data that we collect, process, and store;

- disruptions in availability and functionality of our website;

- our ability to protect our intellectual property, technology, and confidential information;

- our ability to defend against claims that our employees, consultants or advisors have wrongfully used or disclosed trade secrets or intellectual property;

- our ability to defend against intellectual property disputes;

- our ability to comply with the terms of open source licenses;

- conditions affecting automotive manufacturers, including manufacturer recalls;

- our reliance on third party technology to complete critical business functions;

50

- our dependence on key personnel to operate our business;

- the resources required to comply with public company obligations;

- the diversion of management's attention and other disruptions associated with potential future acquisitions;

- the restrictions that could limit the flexibility in operating our business imposed by the covenants contained in the indentures governing our Senior Notes;

- the legal proceedings to which we may be subject in the ordinary course of business;

- risks relating to our corporate structure and tax receivable agreements; and

- other factors disclosed in the section titled "Risk Factors" in our most recent Annual Report on Form 10-K and other filings we make with the Securities and Exchange Commission.

The forward-looking statements in this Quarterly Report on Form 10-Q represent our views as of the date of this Report. We undertake no obligation to publicly update any forward-looking statements whether as a result of new information, future developments or otherwise.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

There have been no material changes to our quantitative and qualitative disclosures about market risk from those described under "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

## ITEM 4. CONTROLS AND PROCEDURES

### Evaluation of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including the chief executive officer and chief financial officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this report. Based on this evaluation, our chief executive officer and chief financial officer concluded that our disclosure controls and procedures were effective as of such date. Our disclosure controls and procedures are designed to ensure that information required to be disclosed in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and that such information is accumulated and communicated to management, including the chief executive officer and chief financial officer, to allow timely decisions regarding required disclosure.

### Changes in Internal Controls Over Financial Reporting

There were no changes to our internal control over financial reporting that occurred during the three months ended June 30, 2021 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

**PART II. OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

From time to time, we are involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, we do not believe that the ultimate resolution of these actions will have a material adverse effect on our financial position, results of operations, liquidity and capital resources.

Future litigation may be necessary to defend ourselves and our partners by determining the scope, enforceability and validity of third party proprietary rights or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources and other factors.

**ITEM 1A. RISK FACTORS**

There have been no material changes to the risk factors disclosed under the heading "Risk Factors" in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

**Recent Sales of Unregistered Securities**

There were no unregistered sales of equity during the six months ended June 30, 2021, except as otherwise previously reported.

During the six months ended June 30, 2021, pursuant to the terms of the Exchange Agreement entered into in connection with our IPO, certain LLC Unitholders exchanged approximately 8 million LLC Units and approximately 6 million shares of Class B common stock for approximately 6 million newly-issued shares of Class A common stock. These shares were issued in reliance on an exemption from registration pursuant to Section 4(a)(2) of the Securities Act of 1933.

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES**

None.

**ITEM 4. MINE SAFETY DISCLOSURES**

Not applicable.

**ITEM 5. OTHER INFORMATION**

None.

**ITEM 6. EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 10.1 | Carvana Co. Employee Stock Purchase Plan (incorporated by reference to Exhibit 4.3 to Carvana's Registration Statement on Form S-8 filed with the SEC on May 7, 2021). |
| 10.2* | Second Amendment to Second Amended and Restated Inventory Financing and Security Agreement, dated June 29, 2021, among Carvana, LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana's Current Report on Form 8-K filed with the SEC on July 6, 2021). |
| 10.3 | Seventeenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated June 30, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc., filed herewith. |
| 31.1 | Certification of the Chief Executive Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 31.2 | Certification of the Chief Financial Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 32.1 | Certification of the Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, furnished herewith. |
| 32.2 | Certification of the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, furnished herewith. |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document. |

\* Certain portions of the exhibit (indicated by "[***]") have been omitted as the Registrant has determined (i) the omitted information is not material and (ii) the omitted information would likely cause competitive harm to the Registrant if publicly disclosed.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date:    August 5, 2021

**Carvana Co.**
(Registrant)

By: /s/ Mark Jenkins

Mark Jenkins
Chief Financial Officer
(On behalf of the Registrant and as Principal Financial Officer)

54

**Exhibit 10.3**

**SEVENTEENTH AMENDMENT**

SEVENTEENTH AMENDMENT, dated as of June 30, 2021 (this "Amendment") to the Amended and Restated Master Purchase and Sale Agreement, dated as of March 6, 2017, as amended by the First Amendment, dated as of September 14, 2017, by the Second Amendment, dated as of November 3, 2017, by Omnibus Amendment No. 2 to Basic Documents (Ally-Carvana Flow), dated as of January 4, 2018, by the Third Amendment, dated as of November 2, 2018, by the Fourth Amendment, effective as of January 4, 2019, by the Fifth Amendment, effective as of March 6, 2019, by the Sixth Amendment, effective as of April 19, 2019, by the Seventh Amendment, effective as of March 19, 2020, by the Eighth Amendment, effective as of March 24, 2020, by the Ninth Amendment, effective as of April 29, 2020, by the Tenth Amendment, effective as of May 19, 2020, by the Eleventh Amendment, effective as of June 30, 2020, by the Twelfth Amendment, dated as of September 29, 2020, by the Thirteenth Amendment, dated as of December 30, 2020, by the Fourteenth Amendment, dated as of January 29, 2021, by the Fifteenth Amendment, dated as of March 19, 2021 and by the Sixteenth Amendment, effective as of May 1, 2021 (the "Master Purchase and Sale Agreement"), among CARVANA AUTO RECEIVABLES 2016-1 LLC, a Delaware limited liability company, as Transferor (the "Transferor"), ALLY BANK, a Utah chartered bank, as a Purchaser (in such capacity, a "Purchaser"), and ALLY FINANCIAL INC., a Delaware corporation, as a Purchaser (in such capacity, a "Purchaser" and, together with Ally Bank, the "Purchasers").

WITNESSETH:

WHEREAS, the Transferors and the Purchasers are parties to the Master Purchase and Sale Agreement pursuant to which the Purchasers have agreed to purchase specified portfolios of receivables and related property from the Transferor; and

WHEREAS, the parties wish to amend the Master Purchase and Sale Agreement in certain respects;

NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto hereby agree as follows:

SECTION I
DEFINITIONS

Section 1.01    Defined Terms. Unless otherwise defined herein, capitalized terms used in the above recitals and in this Amendment are defined in and shall have the respective meanings assigned to them in (or by reference in) Appendix A to the Master Purchase and Sale Agreement.

SECTION II
AMENDMENTS

Section 2.01    <u>Amendments to Appendix A (Definitions)</u>. <u>Appendix A</u> to the Master Purchase and Sale Agreement is hereby amended by:

(a) deleting the stricken text where such deletions appear below to clause (viii) of the "Eligible Receivable" definition:

"(viii) (a) a Title Lien Nominee is named as the first lien holder on the Certificate of Title for the related Financed Vehicle, or if a new or replacement Certificate of Title is being or will be applied for with respect to such Financed Vehicle, documentation has been or will be submitted to obtain title thereto noting such Person as lien holder and such title is free and clear of all Liens and adverse claims that are equal or superior to the Lien of such Person and its assigns and ~~(i)~~ if the Certificate of Title has not been received, the Collateral Custodian will have received a copy of the title application within 45 days of inclusion as part of the Purchased Property ~~and (ii) such Certificate of Title will be received within (x) 180 days, or (y) solely with respect to any Receivable included in a Receivables Pool that was purchased by the Purchasers during the time period from June 30, 2020 through December 31, 2020, 300 days, of inclusion as part of the Purchased Property~~ or (b) in those states that permit electronic recordation of Liens, such Person is named as the first lien holder on the Certificate of Title for the related Financed Vehicle on the electronic Lien and title system of the applicable state, or the Servicer or the Originator has submitted for electronic recordation, by either a third-party service provider or the relevant state registrar of titles, for such Person to be named as the lien holder on the Certificate of Title on the electronic Lien and title system of the applicable state and ~~(i)~~ if a confirmation has not been received, the Collateral Custodian will have received a copy of the electronic submission within 45 days of inclusion as part of the Purchased Property ~~and (ii) a confirmation document is received within (x) 180 days solely with respect to any Receivable included in a Receivables Pool that was purchased by the Purchasers during the time period from June 30, 2020 through December 31, 2020, 300 days, of inclusion as part of the Purchased Property~~ and such title is free and clear of all Liens and adverse claims that are equal or superior to the Lien of such Person and its assigns;"

(b) inserting each of the following terms which are double underlined in the place where such term appears below to the "Warranty Payment" definition:

"<u>Warranty Payment</u>" means, with respect to a Warranty Receivable within a First Tier Receivables Pool or a Receivables Pool, as applicable, to be repurchased as of the last day of a Collection Period, a payment equal to <u>the sum</u> of (i) the product of (a) the Outstanding Principal Balance with respect to such Warranty Receivable as of such date and (b) the

Receivables Purchase Rate, or solely with respect to any Receivable being repurchased pursuant to Section 7.2(ii) of the Master Sale Agreement or Section 8.2(ii) of the Master Purchase and Sale Agreement, 1, and (ii) the product of (x) the amount set forth in clause (i) above, (y) the APR of such Administrative Receivable and (z) (1) for a Flex Receivable prior to receipt of the first scheduled payment, the actual number of days from the related Cutoff Date through the repurchase date, divided by 360 or (2) (1) for a Flex Receivable prior to receipt of the first scheduled payment, the actual number of days from the related Cutoff Date through the repurchase date, divided by 360 or (2) in all other cases, 30/360.

(c) adding a new definition of "Action Plan Meeting Regarding Certificates of Title" in proper alphabetical order to read as follows:

"Action Plan Meeting Regarding Certificates of Title", with respect to all of the Receivables in all Receivables Pools, has the meaning set forth in Section 3.16(g) of the Master Servicing Agreement.

(d) adding a new definition of "Action Plan Regarding Certificates of Title" in proper alphabetical order to read as follows:

"Action Plan Regarding Certificates of Title", with respect to all of the Receivables in all Receivables Pools, has the meaning set forth in Section 3.16(h) of the Master Servicing Agreement.

and

(e) adding a new definition of "Seller Certificate of Title Review Trigger Event" in proper alphabetical order to read as follows:
"Seller Certificate of Title Review Trigger Event" has the meaning set forth in Section 3.16(g) of the Master Servicing Agreement."

Section 2.02    Amendment to Section 4.2(cc)(vi) (Security Interest in Financed Vehicle). Section 5.2(cc)(vi) of the Master Purchase and Sale Agreement is hereby amended as set forth below by inserting each term thereof which is double underlined in the place where such term appears below:

"(vi) Security Interest in Financed Vehicle. Immediately prior to the sale, transfer and assignment thereof pursuant hereto and the related Second Step Receivables Assignment, each such Receivable with respect to the related Receivables Pool was secured by a valid security interest in the Financed Vehicle in favor of the Transferor as secured party, or all necessary and appropriate actions shall have been commenced that would result in the valid perfection of a first priority security interest in the Financed Vehicle favor of the Transferor as secured party."

Section 2.03    <u>Amendment to Section 7.14 (Indemnity)</u>. Clause (c) of <u>Section 7.14</u> of the Master Purchase and Sale Agreement is hereby amended as set forth below by deleting the stricken text in the place where such deletions appear below:

"(c) The Transferor shall indemnify, defend and hold harmless the Indemnified Parties from and against any and all costs, expenses, losses, claims, damages and liabilities, including reasonable external legal fees and expenses (i) to the extent that such cost, expense, loss, claim, damage, or liability arose out of, resulted from or was imposed upon any such Indemnified Party through the negligence (except for reasonable errors in judgment), willful misfeasance or bad faith of the Transferor or agent in the performance of its duties under this Agreement or the other Basic Documents to which it is a party or by reason of a breach of its obligations or duties under this Agreement or the other Basic Documents to which it is a party, (ii) arising out of, or resulting from, any breach of any representation, warranty, covenant or obligation of the Transferor in this Agreement, the other Basic Documents to which it is a party or in any Schedule, Exhibit, written statement or certificate furnished by the Transferor pursuant to this Agreement or the other Basic Documents to which it is a party (in each case, as each such representation or warranty would read if all qualifications as to knowledge or materiality, including each reference to the defined term "Material Adverse Effect," were deleted therefrom), (iii) arising out of, or resulting from, any untrue statement of a material fact in any written information provided or delivered by the Transferor, or any Affiliate of the Transferor on its behalf, to the Purchasers pursuant to, for the purposes of, or in connection with, this Agreement or the other Basic Documents to which it is a party, (iv) arising out of, or resulting from, any action, suit, proceeding or claim or other litigation to the extent resulting from the actions or omissions of the Seller, the Transferor or any of their consolidated Affiliates or any of their respective agents, directors, officers, servants or employees, excluding, however, any costs, expenses, losses, claims, damages or liabilities resulting from the gross negligence, bad faith or willful misconduct on the part of any such Indemnified Party, and (v) resulting from ~~any conduct or omission of the Seller or~~ the ~~Transferor that results in~~ failure of either Purchaser to have a perfected and enforceable security interest against a related Obligor in the related Financed Vehicle, including any failure to obtain a first priority perfected security interest in the related Financed Vehicle in connection with the origination of the Receivable. Indemnification under this <u>Section 7.14</u> shall include reasonable fees and expenses of one external counsel and reasonable costs and expenses of litigation; <u>provided</u>, <u>however</u>, that the Transferor pursuant to this <u>Section 7.14</u>, the Seller pursuant to <u>Section 5.4</u> of the Master Sale Agreement and the Servicer pursuant to <u>Section 5.2</u> of the Master Servicing Agreement shall only be responsible collectively for reasonable fees and expenses of one external counsel. If the Transferor has made any indemnity payments pursuant to this <u>Section 7.14</u> and the recipient thereafter collects any of such amounts from others with respect to such claim, the recipient shall promptly repay such amounts collected to the Servicer, without interest."

Section 2.04    <u>Amendment to Section 8.2 (Repurchase of Receivables Upon Breach by the Transferor)</u>. <u>Section 8.2</u> of the Master Purchase and Sale Agreement is hereby amended as set forth below by deleting the stricken text in the place where such deletions appear below:

"Repurchase of Receivables Upon Breach by the Transferor. Upon (i) the discovery of any breach of any representation or warranty as set forth in Section 5.2(cc) of this Agreement (and with respect to paragraphs (i)(B)(ii) and (x) therein, without giving effect to any knowledge requirements) or (ii) the Purchasers incurring any cost, expense, loss, claim, damage or liability resulting from ~~any conduct or omission of the Seller or the Transferor that results in~~ the failure of either Purchaser to have a perfected and enforceable security interest against a related Obligor in the related Financed Vehicle (including any failure to obtain a first priority perfected security interest in the related Financed Vehicle in connection with the origination of the Receivable), the Party discovering such breach shall give prompt written notice of the breach to the other Parties. Such notice shall specify the reason for such ineligibility or breach and shall identify all Receivables that the party preparing such notice knows is so ineligible or in breach as of such date. Unless the breach described in clause (i) above has been cured in all material respects by the last day of the Collection Period immediately following the Collection Period during which such breach is discovered or notice of such breach is given and, with respect to the failure described in clause (ii) above, in each such circumstance, the Transferor shall repurchase, as of the last day of such Collection Period, any Receivable for which such representation or warranty was breached for the Warranty Payment. In consideration of the repurchase of a Warranty Receivable, the Transferor shall remit, or cause to be remitted the Warranty Payment to the applicable Collection Account for distribution pursuant to Section 4.2 of the Master Servicing Agreement. The obligation of the Transferor to repurchase any Receivable as to which a breach has occurred and is continuing, shall, if such obligation is fulfilled, constitute the sole remedy (except as provided in Section 7.14 of this Agreement) against the Transferor for such breach available to the Purchasers."

## SECTION III
## MISCELLANEOUS

Section 3.01    Conditions to Effectiveness. This Amendment shall become effective as of the date first written above upon the receipt of the following:

(a) a signed counterpart to this Amendment duly executed and delivered by each of the parties hereto;

(b) a signed copy of the Fourteenth Amendment to the Master Sale Agreement, effective as of the date hereof, shall have been duly executed and delivered by Carvana Auto Receivables 2016-1 LLC, Carvana, LLC, Ally Financial, and Ally Bank; and

(c) a signed copy of the Seventh Amendment to the Master Servicing Agreement, effective as of the date hereof, shall have been duly executed and delivered by Bridgecrest Credit Company, LLC, Ally Financial, Ally Bank, DriveTime Automotive Group, Inc., and Carvana, LLC.

Section 3.02    <u>Continuing Effect of the Master Purchase and Sale Agreement</u>. Except as specifically amended and modified above, the Master Purchase and Sale Agreement is and shall continue to be in full force and effect and is hereby in all respects ratified and confirmed. The execution, delivery and effectiveness of this Amendment shall not operate as a waiver of any right, power or remedy of the Purchasers under the Master Purchase and Sale Agreement, nor constitute a waiver of any provision of the Master Purchase and Sale Agreement.

Section 3.03    <u>Representations and Warranties</u>. The representations and warranties of the Seller and the Transferor contained in the Basic Documents shall be true and correct in all material respects as of the effective date of this Amendment.

Section 3.04    <u>Binding Effect</u>. This Amendment shall be binding upon and inure to the benefit of the Purchasers, the Servicer and their respective successors and permitted assigns.

Section 3.05    <u>Counterparts</u>. This Amendment may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same agreement. The words "execution", "signed", "signature", and words of like import in any such amendment, waiver, certificate, agreement or document related to this Amendment shall include images of manually executed signatures transmitted by facsimile or other electronic format (including, without limitation, "pdf", "tif" or "jpg") and other electronic signatures (including, without limitation, DocuSign and AdobeSign). The use of electronic signatures and electronic records (including, without limitation, any contract or other record created, generated, sent, communicated, received, or stored by electronic means) shall be of the same legal effect, validity and enforceability as a manually executed signature or use of a paper-based record-keeping system to the fullest extent permitted by applicable law, including the Federal Electronic Signatures in Global and National Commerce Act, the New York State Electronic Signatures and Records Act and any other applicable law, including, without limitation, any state law based on the Uniform Electronic Transactions Act or the UCC. In case any provision in or obligation under this Amendment shall be invalid, illegal or unenforceable in any jurisdiction, the validity, legality and enforceability of the remaining provisions or obligations, or of such provision or obligation in any other jurisdiction, shall not in any way be affected or impaired thereby. This Amendment contains the final and complete integration of all prior expressions by the parties hereto with respect to the subject matter hereof and shall constitute the entire agreement among the parties hereto with respect to the subject matter hereof, superseding all prior oral or written understandings other than any fee letter contemplated hereby.

Section 3.06    <u>GOVERNING LAW, SUBMISSION TO JURISDICTION, ETC</u>.

(a) THIS AMENDMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAWS THEREOF OR OF ANY OTHER JURISDICTION OTHER THAN SECTION 5-1401 AND SECTION 5-1402 OF THE NEW YORK GENERAL OBLIGATIONS LAW, AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE

PARTIES UNDER THIS AMENDMENT SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

(b) THE TRANSFEROR AND THE PURCHASERS HEREBY MUTUALLY AGREE TO SUBMIT TO THE NONEXCLUSIVE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND OF ANY NEW YORK STATE COURT SITTING IN THE CITY OF NEW YORK FOR PURPOSES OF ALL LEGAL PROCEEDINGS ARISING OUT OF OR RELATING TO THIS AMENDMENT, ANY OTHER BASIC DOCUMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY. EACH OF THE TRANSFEROR AND THE PURCHASERS HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY OBJECTION WHICH IT MAY NOW OR HEREAFTER HAVE TO THE LAYING OF THE VENUE OF ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT AND ANY CLAIM THAT ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT HAS BEEN BROUGHT IN AN INCONVENIENT FORUM.

(c) THE TRANSFEROR AND THE PURCHASERS EACH HEREBY WAIVES (TO EXTENT THAT IT MAY LAWFULLY DO SO) ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE ARISING OUT OF, CONNECTED WITH, RELATED TO, OR IN CONNECTION WITH THIS AMENDMENT. INSTEAD, ANY DISPUTE RESOLVED IN COURT WILL BE RESOLVED IN A BENCH TRIAL WITHOUT A JURY.

Section 3.07    Effect of Headings. The section headings herein are for convenience only and shall not affect the construction hereof.

*[remainder of the page intentionally left blank]*

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered by their proper and duly authorized officers as of the day and year first above written.

CARVANA AUTO RECEIVABLES 2016-1 LLC,
    as Transferor

By:    /s/ Paul Breaux
        Name:  Paul Breaux
        Title:    Vice President

ALLY BANK,
    as Purchaser

By:    /s/ Scott M. Brobecker
        Name:  Scott M. Brobecker
        Title:    Authorized Representative

ALLY FINANCIAL INC.,
    as Purchaser

By:    /s/ Thomas Elkins
        Name:  Thomas Elkins
        Title:    Authorized Representative

*[Signature page to Seventeenth Amendment to Amended and Restated Master Purchase and Sale Agreement]*

Agreed to and Accepted By:

CARVANA, LLC,
         as Seller


By:        /s/ Paul Breaux
Name:    Paul Breaux
Title:     Vice President

*[Signature page to Seventeenth Amendment to Amended and Restated Master Purchase and Sale Agreement]*

<u>Exhibit 31.1</u>

**Certification of the Chief Executive Officer**
**Pursuant to Rule 13a-14(a)**

I, Ernest Garcia III, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Carvana Co.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e1)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:    August 5, 2021                                         /s/ Ernest C. Garcia, III
                                                               Ernest C. Garcia, III
                                                               *Chairman and Chief Executive Officer*

<u>Exhibit 31.2</u>

**Certification of the Chief Financial Officer**
**Pursuant to Rule 13a-14(a)**

I, Mark Jenkins, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Carvana Co.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:        August 5, 2021                                              /s/ Mark Jenkins
                                                                          Mark Jenkins
                                                                          *Chief Financial Officer*

Exhibit 32.1

**Certification of the Chief Executive Officer**
**Pursuant to Rule 18 U.S.C. Section 1350**

In connection with the Quarterly Report on Form 10-Q of Carvana Co. (the "Company") for the quarter ended June 30, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Ernest Garcia III, Chief Executive Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:      August 5, 2021                                              /s/ Ernest C. Garcia, III

                                                                      Ernest C. Garcia, III
                                                                      *Chairman and Chief Executive Officer*

Exhibit 32.2

**Certification of the Chief Financial Officer**
**Pursuant to Rule18 U.S.C. Section 1350**

In connection with the Quarterly Report on Form 10-Q of Carvana Co. (the "Company") for the quarter ended June 30, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Mark Jenkins, Chief Financial Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:      August 5, 2021                                    /s/ Mark Jenkins

                                                        Mark Jenkins
                                                        *Chief Financial Officer*

**Exhibit 15**

**S&P Global**
Market Intelligence

# Carvana Co. NYSE:CVNA
# FQ2 2021 Earnings Call Transcripts

## Thursday, August 05, 2021 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.40) | 0.26 | NM | (0.33) | (1.65) | (0.68) |
| **Revenue (mm)** | 2476.03 | 3336.00 | ▲34.73 | 2603.40 | 10010.71 | 13211.31 |

Currency: USD
Consensus as of  Aug-05-2021 7:06 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2020** | (0.28) | (0.10) | NM |
| **FQ4 2020** | (0.49) | (0.90) | NM |
| **FQ1 2021** | (0.67) | (0.46) | NM |
| **FQ2 2021** | (0.40) | 0.26 | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................................. | **3** |
| **Presentation** | .................................................................................. | **4** |
| **Question and Answer** | .................................................................................. | **7** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

**Mark Jenkins**
*Chief Financial Officer*

**Michael Louis Levin**
*Vice President of Investor Relations*

**ANALYSTS**

**Billy Kovanis**
*Morgan Stanley, Research Division*

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

**Edward James Yruma**
*KeyBanc Capital Markets Inc., Research Division*

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

**Nicholas Freeman Jones**
*Citigroup Inc., Research Division*

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Carvana Second Quarter 2021 Earnings Conference Call. [Operator Instructions] Please note that this call is being recorded. I'd now like to turn the conference over to Mike Levin, Vice President of Investor Relations. Please go ahead.

**Michael Louis Levin**
*Vice President of Investor Relations*

Thanks so much. Good afternoon, ladies and gentlemen, and thank you for joining us on Carvana's Second Quarter 2021 Earnings Conference Call. Please note that this call will be simultaneously webcast on the Investor Relations section of the company's corporate website at investors.carvana.com. The second quarter shareholder letter is also posted on the IR website.

Joining me on the call today are Ernie Garcia, Chief Executive Officer; and Mark Jenkins, Chief Financial Officer.

Before we start, I would like to remind you that the following discussion contains forward-looking statements within the meaning of the federal securities laws, including but not limited to, Carvana's market opportunities and future financial results that involve risks and uncertainties that may cause actual results to differ materially from those discussed here. A detailed discussion of the material factors that cause actual results to differ from forward-looking statements can be found in the Risk Factors section of Carvana's most recent Form 10-K and Form 10-Q.

The forward-looking statements and risks in this conference call are based on current expectations as of today, and Carvana assumes no obligation to update or revise them, whether as a result of new developments or otherwise. Unless otherwise noted on today's call, all comparisons are on a year-over-year basis. Our commentary today will include non-GAAP financial measures. Reconciliations between GAAP and non-GAAP metrics for our reported results can be found in our shareholder letter issued today, a copy of which can be found on our Investor Relations website.

And now with that said, I'd like to turn the call over to Ernie Garcia. Ernie?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Thanks, Mike, and thanks, everyone, for joining the call. The second quarter was a landmark quarter for Carvana and one that will always play a central role in our story. It was the first quarter we delivered over 100,000 cars to our customers. It was our first quarter of over $3 billion in revenue. It was the first quarter we achieved $5,000 total GPU. It was the first quarter we hit $100 million EBITDA, and it was our first quarter of positive net earnings.

It was also the first quarter we made the Fortune 500 list. And to top it all off, we're now one of the 4 fastest companies to ever make the list organically along with Amazon, Google and Facebook. Those are some pretty great headlines, and they demand that we take a step back for a minute to put it on context. Five years ago, the year before we went public, we sold 18,000 cars in the full year. We just sold over 5x that many in a single quarter. Five years ago, our total GPU was $1,000. This quarter, it was $5,000. Five years ago, we lost $0.25 for every dollar of revenue we made. This quarter, we made money for the first time. That's a lot of progress in a short amount of time. When we evaluate that progress, sometimes we all have a tendency to zoom in too far and miss what really makes it all possible. So I want to try to tell the simplest version of our story that I can.

When we started 8.5 years ago, we were a bunch of ambitious kids with a shocking amount to learn. With the benefit of hindsight, it is now clear we had no idea what we were getting into. But we did know a couple of things. We knew customer preferences were changing. We knew technology was evolving. We

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

knew the traditional way of buying a car had changed less than it should have. We believe we could do better for our customers. We knew that we are working for them and we had a plan.

We also knew we had a great team. We knew how to get the best out of each other. We knew how to spot people that could make us better. We know how to have fun. We believe in what we are doing. We knew we could figure out the rest along the way, and we didn't know how to quit. Those are important things to know. That simple knowledge got us to today, and today is a pretty good day. Along the way, we've learned a lot. One of the important lessons is that everything worth doing is hard. So doing worthwhile things means there are often more hard days than easy ones.

From here, I hope we don't get complacent. I hope we keep fighting. I hope we take on the hard days and keep doing things worth doing. I hope we keep learning. And I hope that we never let the new lessons crowd out the things that we knew at the beginning. It seems like that might be the classic mistake that people make over time. I hope we avoid it. And I believe that we will.

If we do, our future is bright. The things that were true at the beginning are all still true today. Customer preferences will always change, and technology will always evolve. As a result, there will always be opportunity. We're nowhere near realizing the opportunity -- the potential that we saw from the beginning and additional potential reveals itself all the time. We'll keep chasing it. And as long as we keep our eyes open wide enough, we'll never catch it. The march continues. Mark?

**Mark Jenkins**
*Chief Financial Officer*

Thank you, Ernie, and thank you, everyone, for joining us today. Q1 was a record quarter for Carvana. We set company records across many key financial metrics and made significant progress toward our long-term goals. Retail units sold in Q2 totaled 107,815, our first quarter over 100,000 units and an increase of 96%.

Total revenue was $3.3 billion, an increase of 198%. This strong growth came despite operational constraints we faced during the quarter. Total gross profit per unit was $5,120 in Q2, the highest level in company history. It increased $2,394 year-over-year and $1,464 sequentially. Since Q2 2020 was impacted by COVID-19, I will focus my remaining commentary on sequential changes. Retail GPU was $2,022, an increase of $811. Our growth in retail GPU was primarily driven by 4 factors: one, increased buying cars from customers; two, an appreciating retail market pricing environment, which was partially offset by higher wholesale acquisition prices; three, optimizing our vehicle mix and pricing to match our production capacity and available inventory goals; and four, moving beyond the majority of the COVID-19-related transitory costs we experienced in Q4 and Q1.

Wholesale GPU was $547, an increase of $320. This was driven by record gross profit for wholesale units sold of $1,254 and record wholesale unit volume. Record gross profit for wholesale units sold was primarily driven by strong industry-wide wholesale pricing and increased wholesale unit volume came from growth in buying cars from customers. Other GPU was $2,551 an increase of $333. This sequential increase was driven by a positive impact of higher industry-wide vehicle prices on average loan size and another strong quarter of execution by our finance team.

The EBITDA margin was positive 3.4%, an improvement from negative 6.2% in the prior period. We achieved our second quarter of positive EBITDA and our first ever quarter of positive net income. On July 1, we upsized our inventory floor plan facility by $500 million to $1.75 billion, bringing total liquidity resources to nearly $2 billion, giving us significant flexibility to execute our plan. We are executing well and remain focused on building our network and increasing our production capacity to meet demand.

This quarter, we demonstrated significant progress on these fronts, but our rapid growth in both retail units and buying cars from customers led to strains throughout our operational chain that we are also focused on alleviating. In Q2, we grew average weekly vehicle production by 20% sequentially. This increase was driven by additional staffing efforts and the opening of our 13th IRC near Cleveland, Ohio. Across these 13 IRCs, our total annual production capacity is approximately 750,000 units at full

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

utilization. We remain on track to open 8 additional IRCs by the end of 2022, bringing our total capacity at full utilization to over 1.25 million units.

Looking forward, we expect to complete a record year on retail units, revenue, total GPU and EBITDA margin in 2021. We expect retail unit growth to continue to be governed primarily by our operational capacity. In the second half, we expect revenue growth to be more closely aligned with retail unit growth as we move beyond prior year comparison periods that were most impacted by COVID-19. We expect total GPU over $4,000 for the full year, significantly exceeding our mid- $3,000s outlook at the beginning of the year and marking our eighth consecutive year of substantial gains.

Finally, given the demand we are seeing, we plan to continue to invest in the business, both to catch up with current demand and to prepare for growth in 2022 and beyond, leading to a typical seasonal pattern in SG&A per retail unit sold in the second half and close to breakeven EBITDA margin for the full year. We are extremely proud of the progress we have made as a company over the last several quarters, navigating the COVID-19 pandemic and the unique environment, all while delivering rapid growth and managing through operational constraints.

Zooming out, our results relative to the industry leave us more optimistic than ever about our long-term model and path toward our goal of delivering more than 2 million retail units per year and becoming the largest and most profitable auto retailer.
Thank you for your attention. We will now take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]

Our first question comes from Zack Fadem of Wells Fargo.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Congrats on the progress. So it's been 2.5 years now since you gave your $4,000-plus long-term GPU target and 8% to 12% EBITDA margin. And if you think about all the impressive progress you've made, particularly with $5,000-plus GPU today, and then you think about all the ways to take profitability structurally higher, added scale, ancillary services, maybe a marketplace offering. Curious how you would frame today the long-term guidepost for the business. And to what extent it's now fair to assume that they could be higher than you initially thought in 2018?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, so let me start with -- yes, I think that model that we put out in late 2018 was built on kind of deep structural forces inside automotive retail. We did a lot of work trying to understand what normalized margins are across all the different products and what different groups were able to achieve. And I think that it's pretty deep and foundational. And so we feel really good about that model. And so let me start there. I think we've undoubtedly made a ton of progress. I think if you look at 2016, the year before we went public, we had $1,000 GPU. We just had $5,000 for the full year. We're expecting $4,000-plus. I mean, that's obviously a lot of progress. And it's happened across every single one of the line items.

We've also made a lot of progress and some of the expense line items as well as we continue to make progress there while we're simultaneously growing. So I do think that things look really good there. We feel like it's a bit early to update the long-term model, given that this is the first quarter that we've been inside the long-term gross margin target. So I think we want to stick with that model, but we're obviously extremely pleased with the progress we've made so far.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Got it. And then on the pricing environment, obviously, a big tailwind today for both the top line and gross profit per unit. But as we look to the second half of the year and anticipate some softening in the wholesale and likely retail market, curious, first of all, if you could talk about where you think pricing is headed. And then can you talk us through just what to expect in terms of the sales and gross profit outlook if the top line -- or if the pricing environment were to soften? Would appreciate the color there.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So let me start by trying to characterize the environment. I do think what characterized this environment is very rapid vehicle price appreciation in both the wholesale market and the resale market. And it's unlike anything that I've at least ever seen in my career. So I think we've seen very dramatic price appreciation. Now in a normalized environment, that doesn't have huge implications for margin. Generally speaking, the gap between wholesale and retail markets are fairly stable. And as price levels move up or down, kind of both markets move in tandem, and you don't see super dramatic differences.

I think what's unique now is the change happened so quickly. And I also think many different acquisition sources for vehicles perform differently. So if you look at many franchise dealers, for example, that are buying many cars off-lease or buying many cars off-trade in, you've seen pretty dramatic increases in margin. If you look at some independents that are heavily reliant on just the auction market, you're

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

generally seeing a deterioration in margin despite the increasing price environment because wholesale prices moved up faster than retail prices moved up.

So I think what's unique in this environment is the speed at which things have moved and then the way that, that has played out differently across different vehicle acquisition channels. For us, we've built this channel of buying cars from customers that has performed very well for us over a long period of time. We've made continual high-quality progress in both the number of cars we're buying, the cars we're buying relative to retail sales and the profits that we're making on cars that we buy from customers. But I think that channel is especially valuable in this environment where kind of auction spreads collapsed so much.

So I do think that there was something of a tailwind that we experienced there. The size now precisely is difficult, associating that precisely with kind of the ASP movements is also difficult because I do just think that these are abnormal moves that we're seeing right now. But I think that it also led to another kind of interesting impact that has implications for the remainder of the year and kind of our overall financial performance. And so what that was is because vehicle prices were appreciating so quickly, there were more customers that were willing to sell their car, interested in selling their car in this environment than in any other environments.

And that led to record increases in the number of cars that we were buying from customers, faded anyway in absolute terms or relative to cars that we are selling to customers. So we saw a lot of volume there, that did drive some expense. That expense was more than offset by the margins that we were able to realize on those cars.

And then that also led to constraints across the business, which showed up in a little bit higher SG&A than we probably would have otherwise experienced as we've tried to catch up to the demand that we're seeing because a lot of times those kind of incremental levers that you pull are a little more expensive than the levers that you pull if you are able to kind of move in a more orderly fashion.

So I think those are all the things that we feel like are unique in this environment are moving. I think it is difficult to precisely call the way that will all unwind and unfold in the back half of the year, but our best estimates are taking into account the outlook we provided.

**Operator**

Our next question is from Sharon Zackfia of William Blair.

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

Congratulations on profitability. I guess a question on how consumers are dealing with the pricing environment, I mean, are you seeing any increased bulk at prices? Are you having to adjust your inventory mix at all? And is there any kind of change in the average credit that you're seeing?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I think in general, the adjustments that we've made have been relatively subtle, and they've been more focused on trying to alleviate constraints and trying to be able to grow inventory faster than they've been driven by differences that we're seeing in different demand pockets. I think in general, we feel like we've got more demand than we've been able to satisfy across all demand pockets. So we've made some subtle changes in the mix of cars that we're buying to try to get them through the reconditioning centers faster so that we can kind of scale inventory more quickly.

But other than that, nothing too dramatic. On the credit front, I think across the industry, there's been high-quality credit performance. The loans that we originate, we've seen the same, but we do sell those loans off. And so the direct impact of that after the moment of sale is not something that flows through our financial statements.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question is from Ron Josey of JMP Securities.

**Ronald Victor Josey**
*JMP Securities LLC, Research Division*

Great quarter, guys. Ernie, I just wanted to ask, I think we're a quarter in the launching of the Pacific Northwest. Just as you launch newer markets, and Carvana is now, what, 75%, 80% of the population in terms of reach, just talk about the benefits of awareness that comes with these newer markets? In other words, is it easier -- it's easier now to launch new markets. You're seeing that every single new market that you launch. But when you open up a whole new quarter like the Pacific Northwest, talk to us more about how the brand has reacted there. That would be helpful.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. I mean, I think we're continually building the brand out. I think if you look at our website traffic, for example, it grew 25% quarter-over-quarter and very significantly year-over-year, more than 100% up year-over-year.

So I think that's at least a reasonable measure of the brand that we're building. And I think that we still probably remain in relatively early innings of kind of building that brand. I think as we've discussed in the past, the way that we like to think about that is step 1 of building a brand is generating awareness. Step 2 is generating understanding for what you do, and step 3 is generating trust.

And I think we're making positive headway all the time in all those different dimensions. But we're still just an 8.5-year-old company that's growing very fast. And even in this last quarter, we sold over 100,000 cars. But when you look at that relative to the size of the market, that was still roughly 1% national market share.

So I think it's still very early days. But undoubtedly, the progress that we're seeing in building brands does help us. We've seen these trends across time where our newer cohorts ran faster than older cohorts. We continue to see that.

All the other trends we've seen across cohorts, we continue to see -- we're obviously seeing very rapid market share increases across all of our cohorts that are supporting the growth that we're seeing. So I think what's most important now is just continuing to grow and then getting the positive feedback that shows up across the model through that growth by being able to have more inventory available for our customers, faster delivery times for average customers.

And I think adding the Pacific Northwest was kind of the last big chunk of the U.S. that we weren't connected to and connecting that up is a big deal. And now we've just got fill-in to do from here, and then we just got to keep scaling.

**Operator**

Our next question comes from Brian Nagel of Oppenheimer.

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

Great quarter, congratulations. So the question I have -- you talk again, I mean, just despite the -- just the utter strength in the quarter, to the degree of which sales were still held back by some spike trade. So I guess the question I have there is, how did that progress through the quarter? So as you exit the quarter, how well are you running against -- is your supply running against the demand?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I think we probably through the quarter, for the most part, got progressively more constrained. And I think the driver of that is what we discussed in kind of earlier in the call, which is we saw so much growth in our offering of buying cars from customers. We grew retail units by 17% quarter-over-quarter, but we

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

grew very dramatically in the number of cars that we bought from our customers. And that is really what led to increasing constraints. That was hard to foresee, and we weren't prepared for that degree of growth that quickly.

So I think that's what led to increasing constraints and those constraints can kind of show up across the business just because they're driven by buying cars from customers, doesn't mean that's the only impact they have. When customers are selling their car to us, they're calling in and they're talking to advocates. There's market ops going up and picking out those cars. We've got the logistics networks involved with that.

So as we see growth in any part of the business, it generates constraints across the rest of the business. So I do think we saw those constraints show up. I also think this is a relatively difficult environment to alleviate constraints, but we've made a ton of headway that we're extremely excited about.

So for perspective, in July, we increased our average weekly hiring class by about 20% versus what we saw in the average of Q2. We're extremely proud of that. The speed of that move is really strong. The team has done a tremendous job just kind of leaping to action and trying to get back in front of this.

And I think it's been a tough environment to do it. I think that's a testament to the quality of opportunity that we offer to applicants that are looking to come to Carvana. I think it's testament to the career path that we've built over time and a testament to the team that's been ramping up very quickly.

So I think we're making a lot of progress. We're extremely focused there for the last year. We've been talking about the constraints of inventory, and we've been working hard to alleviate that. This last quarter, we grew inventory, which was exciting. We would like to grow it a lot more from here.

But then kind of the benefits of kind of alleviating that constraint to a degree as well as the massive growth that we saw in buying cars from customers led to constraints in other places and now we got to get to work alleviating those and I think we're well on our way.

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

That's very helpful. I appreciate it. My follow-up question, just maybe moving [indiscernible] just with regards to market share. So clearly, on the Carvana models [indiscernible] in space for some time now. So the [ query ] is the economy starts or pulls out of COVID, obviously not a big store situation, but are you seeing with your model and increased market share opportunities, maybe as a result of some less efficient retailers having struggled further through the crisis?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think there may be some like very high-level macro trends that result from the crisis and persist that have some impacts on the opportunity. But I think that, that's very secondary to just what we can do as a company. I think a useful way to kind of think about how things are moving is -- so far in the first half of the year, roughly speaking, sales volumes across the industry have been roughly flat to 2019. So that just gives you a sense of kind of where we are, obviously, they dropped in 2020, and they've come back and they're kind of level to 2019 right now, give or take a little bit.

In that time, we've increased our population coverage by about 21%, but we've increased sales by more than 2.5x. So we're clearly taking very significant market share. I spoke earlier a bit about the cohorts, if we look at our individual markets or cohorts, those continue to ramp up very nicely. The trends that we've seen are in place there. We now have a handful of markets that are over 3% market penetration, including some of our oldest and most mature markets.

So I think that's all really exciting, and that's all happening in the context of us being heavily constrained right now. So I think the opportunity is really, really large. We feel like as long as we keep delivering great customer experiences and executing and growing, that's going to be the primary driver of our growth.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Some of the macro factors you pointed to may also kind of push in our direction a bit, but we think it's mostly about the customer experiences we deliver and our own execution.

**Operator**

Our next question is from Rajat Gupta of JPMorgan.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

Congrats on the strong quarter. Just the $2,000 retail GPU number, is there any way to unpack that a little bit in terms of how much of that is temporary versus structural improvements that you might have seen in the business that might sustain not just like in the second half but into next year and beyond? And then just as a follow-up on the SG&A leverage, you talked about like some of the incremental transaction that it cost you to do more sourcing. But in terms of just looking at the fixed cost leverage, if I just look at like the comp and benefits and the other SG&A buckets, both of those buckets seem to grow more than the number of units you have grown over 2Q '19.

So the question there is like, are you -- do you feel like you're having to do a lot more handholding of the customer during the transaction that you may have liked? I'm just curious how that's going and how that's progressed over the last couple of years. And really like when can we see that fixed cost leverage start coming through in the model?

**Mark Jenkins**
*Chief Financial Officer*

Sure. Great. Yes. Well, let me start by taking the retail GPU question, then we'll move on to the SG&A question. So on retail GPU, we had our first quarter over $2,000 retail GPU. We've come close a couple of times before. I think we've done $1,850 before and $1,700, not including adjustments also in 2020. But the $2,000 is a record for us. I think if we think through the drivers, I think maybe it's helpful to think through it sequentially from Q1. The biggest driver there was certainly the performance buying cars from customers.

Ernie talked a little bit about that, but we had a great quarter for buying cars from customers, set record volume, both in the absolute sense and as it ratios to retail units. And so that was a big driver. There were several other factors that drove retail GPU as we compare to Q1. Those include -- we think there was a net tailwind from the appreciating retail environment, but that was certainly partially offset by rapidly rising wholesale prices.

And so -- as Ernie alluded to, I think we haven't seen, when we look out across the industry, dealers who rely heavily on auction or have a higher auction share of inventory do quite as well as those that are really buying a lot of cars off lease and enough trade in. So -- but we do think there was some impact there.

In addition, we made some vehicle mix and pricing optimizations, doing things like trying to buy cars that we think could get through the reconditioning centers more quickly, for example. And then finally -- we did finally move beyond the transitory cost -- or the majority of the transitory costs that we experienced in Q4 and Q1. And so I think when -- and those costs being related to COVID-19, particularly the later waves in Q4.

So I think when you put all that together, I think we feel really great about our retail GPU progress. Buying cars from customers continues to be a strong driver of the improvements in the business, it's something we're going to look to continue to do going forward. Obviously excited about our progress. So I'll stop there on retail GPU.

Moving to your question on SG&A. So I think there's several drivers of our investment in SG&A. So as we take a narrow view into Q2, there's a few things I'd point to. The first is that we bought significantly more cars from customers in Q2 than we did in the prior quarter. And there are expenses associated with that. So obviously, there's big selection and GPU benefits associated with it as well. There's also expenses associated with that. And so looking at SG&A on a per retail unit basis doesn't necessarily capture the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

investment that we're making to drive the business of buying cars from customers as well. So that's point one.

Point 2 is we are absolutely investing for the future. That investment takes a couple of different forms. First, we're already preparing for 2022. And we're a large business that's growing at extremely fast rates. And what that means is you have to plan ahead to ensure that you have put the necessary infrastructure into place to be able to satisfy very large amounts of demand at large scale.

And so we're already investing for '22, that's a component of it. And then finally, I would say, we're also investing for the long term. So as Ernie alluded to in some of his prepared remarks, we see opportunities everywhere in the business. I think opportunities to improve the customer offering, opportunities to drive additional revenue in GPU, by making the business more efficient. I think there are many, many places where over a multiyear horizon, we see very significant opportunities. And we're going to invest in those opportunities. We think it's the right thing to do for the business and for our long-term shareholders. And so those would be the 3 points that I would make on SG&A.

**Operator**

Our next question is from Michael Montani of Evercore ISI.

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

Congrats on the quarter. I just wanted to ask about on the GPU front, maybe one way to come at it would be $1,500 step-up sequentially, so sort of a 40% improvement versus 1Q. And then if you do the same kind of math versus 2019, 2Q stepped up $750, which was like a 30% increase. So does the incremental 10% relate basically to the price appreciation in the market. Is that kind of a fair way to think about it?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

First of all, I think probably when you're thinking about margin, thinking about it in dollars instead of percentage terms is probably a better way to think about it. I think generally speaking, margins kind of move more in dollars than they do in percentage terms across the industry. So I would start there. I think there's a lot that is different this year than 2019. But I think the thing that we would point to is that is the biggest by a long, long way, is just buying cars from customers.

We just saw a massive, massive increase in the number of cars we're buying from customers and in the profitability of buying cars from customers. And I think that flowed through. And I think I want to be careful to not be too repetitive with the GPU answer that Mark just provided. But I think everything that he outlined is also correct.

And I think you can kind of look back at how some of those line items have moved historically and kind of what some of our different high watermarks have been and get a sense of what the size of some of those impacts might have been. But I think that's probably the best I can do to try to be helpful there.

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

And then maybe to follow up on that, I guess, in terms of the second half outlook for the GPU, it seems to be implied like $3,500 to $3,700 in the back half. And so I guess I just wanted to understand, is that kind of -- how much of that is sort of normal seasonality would you say, versus maybe some other factors we just need to be mindful of?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think at a high level, we're trying to provide you a sense of how things moved in the quarter and what we think are some of the unique drivers in the quarter. And then I think from here, we basically expect some normalization of some of those factors paired with normal seasonality. And then that's taken

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

into account in our outlook, which we raise from mid-$3,000s to over $4,000 for total GPU for the year, which is obviously a huge move for us to be making is something that we're extremely excited about.

**Operator**

Our next question is from Nick Jones of Citi.

**Nicholas Freeman Jones**
*Citigroup Inc., Research Division*

Maybe 2. One, how are you thinking about inventory levels normalizing? Is this kind of over the next couple of quarters? Is this going to go into next year? I guess, how are you thinking about inventory availability normalizing kind of from here? And then as it does normalize, there's kind of fits and spurts of kind of choke points in the logistics network, do you feel like you'll be well positioned when things do normalize and you can really kind of meet the demand particularly in your new markets because in the past, there has been times where there's been some logistical choke points? Just any thoughts on that would be great.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So maybe let me try to break that in a piece. I think what's going on at the industry level is probably most specifically kind of driven by OEM new car manufacturing issues. And I think that, that is likely kind of the key driver that has led to vehicle price appreciation in both new and used. I think trying to figure out when that will normalize is a very difficult question. I think everybody who has tried to do it over the last years has at least so far, been wrong.

And I think maybe simplified model to use for thinking about that is just that those OEMs have complicated global supply chains, which obviously includes the microchips that everyone is paying close attention to but include many other parts as well. And as we've seen different waves of COVID, kind of move through different parts of the world. We've generally seen supply constraints show up in their supply chains, and that's kind of driven vehicle price appreciation. That seems like that's probably the number one driver of kind of the unique behavior that we're seeing in the market right now. And I -- we wouldn't want to make a specific estimate of when that's likely to normalize and how that would work through their supply chains. But we think that that's probably the underlying cause.

As it relates to our inventory, I think we're in a pretty simple place right now where what we want is more. We feel like we've got significantly more demand than we're able to handle. And we think that we have a good understanding of the relationships between inventory size and conversion. And so we [indiscernible] to have significantly more inventory.

And we're working incredibly hard through the addition of additional inspection centers to adding lines at inspection centers. We've got a plan to have 1.25 million production capacity by the end of next year. So we're working really hard to build up more capacity and also to ramp up our production as quickly as we possibly can. I think we've seen great progress there. We grew retail units by 17% last quarter, but we were able to grow production capacity by more than that, which allowed us to build inventory. So we're just going to keep moving as fast as we can there and trying to build inventory as quickly as we can.

And then as it relates to the other constraints that emerge across the business, I think inventory is definitely the stickiest and hardest to resolve of the constraints that we can face because once you kind of get behind the production relative to sales, you've got to work to do to catch back up to sales. And while you're doing that work to catch up, you're shrinking your inventory. And then once you're there, you're still just kind of holding flat. Now you've got to get in front of it to build inventory. That's a long process.

And then it's also obviously a very complicated operational undertaking. So we've been hard at work on that one for the last year-plus. And I think we've made tremendous progress, especially in light of the several COVID waves that we've seen. But we'll keep working on that one.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

On the other constraints, historically, at least, we've generally been able to resolve those much faster. Those are generally not as complicated. They don't necessarily have physical facilities related to them, they don't necessarily have zoning and construction timelines associated with them. So generally, we can move faster than the other operational groups. As I said earlier, we've made a lot of progress heading into early Q3.

We did get pretty behind in Q2 as we saw so much growth in both retail and buying cars from customers, but I think we're making a lot of progress right now. So on that one, I think our goal is also just to move as quickly as we possibly can. And we think that when we look at the back half of this year, we think that sales volume is likely to be driven by the speed at which we can alleviate those constraints. So it has our full attention.

**Operator**

Our next question is from Chris Bottiglieri of Exane BNP Paribas.

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

So I was hoping you could talk more about your third-party listing business. This seems to have really grown a lot recently. Like what are your early learnings from this business? Are you seeing your third-party partners change their behavior like in terms of their business model any way to kind of adapt to this third-party model? Then I have a follow-up question.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Well, I apologize in advance, but I think we're going to probably disappoint you a little bit with our answer there. So I think we've continued to make progress there. We're testing different things. We're interested by the results that we're seeing, and that's why we continue to test it, but we don't have anything additional to add at this time. So I apologize there and hopefully, we can do better on your follow-up.

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

Got you. I was going to follow up to that, so I'll pivot and do a different angle here. So let's go to the financing business instead then. So it seems like, like just looking at your latest deals, like the risk spreads versus the swap rates have gone lower the agencies lower than loss expectations on your kind of cumulate net losses. It seems like you're paying lower returns to residual buyers. So I kind of want to get a sense like how much of this is a product of the environment just lower losses and just like we're in this weird credit bubble versus how much of these like recent improvements I'm speaking to, how much of that do you think is structural and kind of sticks beyond kind of COVID if there's a way you can kind of answer that or frame that?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, I think we've made continual progress on our other GPU line item over a long period of time. And I do think that, that's driven by many things. I think the finance team has done a great job, both kind of the operational finance team that optimizes our credit scoring and pricing and structuring and then the kind of finance -- finance team, for lack of a better description that executes our deals. I think both those teams have done an unbelievable job and driven a ton of progress. I also think the market is obviously a pretty solid financial market. So I think that all is constant, that's helpful.

And then I think as a result of the environment, we've seen some increases in ASP and then that does lead to increases in average loan sizes. And generally speaking, the premiums that we earn on those loans are kind of percentage premiums, is probably the easier way to think about it. And so there's probably some scaling that goes with increasing prices. I think -- if we take a step further back from there, this line item along with all the other GPU line items is a multiyear constant progression toward our long-term financial model. And I think that there's a lot of really positive long-term drivers there.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I think in the immediate term, trying to forecast exactly how that will evolve over the next 2 quarters, I think, is not simple to do in light of all the different drivers that are causing it to move around. But again, that's taken into account the outlook that we provided in the shareholder letter.

**Operator**

Our next question is from Edward Yruma of KeyBanc Capital Markets.

**Edward James Yruma**
*KeyBanc Capital Markets Inc., Research Division*

Before I ask the question, I actually sold a car to you guys the other week and it was the most painless experience I've ever had with anything with car-related, so my hat's off to you. I guess just tipping back a little bit, I know you guys are in the process of setting up, I think, 8 more IRCs before the end of '22. From a staffing perspective, I understand there's a lot of technical know-how and expertise required. How difficult is it to staff those and maybe more importantly, staff existing centers to get productivity higher?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I mean I think opened up this call with everything worth doing is hard. So I think nothing is easy. I don't want to make it sound easy at all, but I think that we've built a really strong team that helps us do this over time. We've built really strong recruiting functions, really strong training functions. And I think we've also taken advantage of the structure of our business model to be able to offer really interesting opportunities to people out there that are looking for a new job. And so what I mean by that is our inspection centers are really big kind of assembly line facilities. And what's nice about that is it lends itself to building a career path inside the facility. And the rest of automotive retail, generally speaking, at least, you have very skilled technicians that kind of take any car with any problem and put on a single lift and they kind of do all the work associated with that car. And that requires that they have a lot of deep knowledge across everything that they would need to know about that car and any other car that might show up.

What's really nice when you've got to scale at these large inspection centers, is we can kind of break down those tasks into many little pieces, whether it's inspecting the car or photographing the car, different parts of the reconditioning process, figuring out what options and features are on the car so that we can merchandise it. We've got all these different steps in the process so we can really build a career path that is exciting for people. So we can bring people in early in their career and then they can build a career with us.

And we've put a lot of effort into that, not just in kind of building the facilities in that way, but in being able to market ourselves in that way to possible applicants. And in building check-in and development milestones and compensation milestones to support that as well.

So I think we've really worked hard at that. And that same story is true in customer care with the inside advocates. It's true in market ops with the outside advocates, it's true in logistics. We've redoubled our efforts in all those areas to kind of really push for what we're calling careers, not jobs inside of Carvana. So we're putting a ton of effort into that. I think that it's enabled us to build a foundation that is scaling very quickly, and it's enabled us to build a foundation that is scaling in an environment where a lot of companies are having a tough time right now, finding talent.

And I think that we're doing a [ good job ] at least so far at finding talent.

So that's something that we're extremely proud of. And then on your comment of selling your car to us, really appreciate that. Thanks for giving us a shot. Glad it went well, and you are partially responsible for the constraints that we are facing.

**Operator**

Our next question is from Mike Baker of D.A. Davidson.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

Okay. Two questions. One, it looks like if my numbers are right here, the ratio of like inventories that's immediately available for sale versus the inventory that's on your website, it's about 30%. It's been actually pretty consistent in that range, although at the beginning of 1Q '20, it was closer to like 75%. I understand this because you're having any trouble with the constraints because you're sourcing the inventory so quickly. But I guess the question is, what's the right ratio? What should that look like? And what gets it more in balance? Is it that you obviously can produce things quicker? Or as ASPs come down, is there a risk that fewer people are going to want to sell their car to you because right now, everyone knows you can sell your car for tons of money to you guys and your competitors?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think the most important metric is driving inventory up. That's the most important. And inventory in the eyes of the consumer is immediately available inventory. So just getting the absolute number of immediately available cars up is the most important measure. I think the ratio that you're referencing, you want to head as close to 1 as you can head, and you'll never get there, right?

And the more constrained you are, the lower you'll be because that means that you've got a larger percentage of your cars that are kind of in the process of customers checking them out and locking them and they might be in the purchase process. And that's because you have a very high level of demand relative to the cars you have on your website. If you're constrained in logistics, then your delivery times might be a little longer than you would like and so that will show up in kind of longer lock times and a lower proportion of inventory immediately available as well.

So I think as we alleviate constraints, that proportion should go up. But I think the number that is kind of most precisely important is just the absolute number of cars that are available to customers as that's what a customer sees and that's what represents the probability that a customer with any given set of desires finds a car they're looking for when they look through our site.

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

Okay. Okay. That makes sense. A follow-up and a little bit different, perhaps. As you guys get more mainstream and your advertising a lot, and everyone sort of, I think, is learning about Carvana. Are you seeing a different customer, and is it less of an early adopter, the sort of online early adopters maybe were earlier in the process? And so now it's a different kind of customer, and this follows up on a previous question. How does that impact -- how you need to staff or how you need to think about operations as people who're maybe less online-savvy or sort of newer to the whole online thing start to learn about Carvana?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, so let me start with this. Our goal is to build an experience for customers that's better in ways that I think are independent of demographics or psychographics. So we want to deliver to customers the best value, the best selection and the best experience. And so we're working very hard to build an offering that is appealing to absolutely everyone. I think from the earliest days, we saw a mix demographically and psychographically that was pretty similar to the mix of the average used car buyer in the U.S.

And generally speaking, that's been pretty true across time as well. I do think there's more evidence as we get a little bit bigger that we're seeing some of the SKUs emerge that we probably expected from the beginning. We're seeing a little bit of a younger buyer, all those comps, and not by a lot, but I think a little bit younger than any other competitor out there. We're seeing [indiscernible], again, not by a huge amount, but more diverse than anyone else out there, at least according to our surveys, what we're generally seeing a more affluent buyer directionally.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But I think that we do have some directional SKUs. Again, they're not super strong. And so that would be what we're seeing from a demographic perspective.

From a psychographic perspective, we've got our values and one of those values, your next customer could be your mom, something that we think is really important is that we build an offering that works great for -- all use it, personally in this case, my mom. And I think for this to work great for my mom, we can't be building something that's just for early adopters. And I think, our scale and kind of our continued growth suggests that we're continually making progress there. And that psychographically, we are broadening our appeal. And I think that's what's driving the growth that we're seeing.

So I think we're working hard to just continue to improve in all those dimensions that we think matter the most, which is best price, best experience, best selection. And if we do that, we think that we've got an offering that's going to appeal to a lot of people over time.

**Operator**

Our next question is from Naved Khan of Truist Securities.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

I might have missed it, but did you guys talk about -- maybe share any trend from July, how the other growth looks like so far into the quarter? And then I have a follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So we did not provide any color on July. We obviously provided Q2 numbers and our outlook for the remainder of the year. And so that's taken into account in the outlook.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

Okay. In terms of just us trying to model it out, obviously, there are a lot of moving parts. But is it -- is it fair to assume that at least the capacity increase that you've already put in place, that's how you're thinking about growing the business for the balance of the year kind of fulfilling that and driving utilization higher?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

We're certainly positioning to try to alleviate operational constraints as quickly as we can. I do think that we've got work to do to catch up to where we are. As I said, the growth that we saw across the business, but most specifically in buying cars from customers was very dramatic in the quarter. And so we got behind. And now we're working very hard to alleviate that. And I think we're making a lot of progress and feel good about it.

**Operator**

Our next question is from Seth Basham of Wedbush Securities.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

My question is also around inventory because if I'm on the site today, I can see as many as 50,000 units listed for sale. What is the available-for-sale inventory today? And a follow-up to that is, what percentage of the 50,000 units are marketplace? And when do you define that as being material?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Sure. So first, let's start with just units that are available for sale. So in the shareholder letter, we provided data for the average of Q2, which was 12,800. That was increasing throughout the quarter. The average of Q1 for perspective was 9,300 cars that were immediately available for sale. So we're on an upward trend there, and we expect to continue that upward trend.

So hopefully, that's at least directionally helpful there. We don't break out different inventory types. And I think, generally speaking, our thought on that would just be when we expect some feature that we've built to start to -- when we expect that it could materially impact our results, we'll probably spend more time discussing it. But until that time, we'll just stick with the higher-level metrics.

And then also, maybe helpful. Yes, sorry, let me look -- hopefully helpful as well. So our inventory peak in terms of total available inventory for perspective was approximately 25,000, kind of immediately prior to and immediately after the onset of COVID in March of last year. So even with the inventory growth that we have seen -- in Q2, we were still approximately half the peak that we were prior to the onset of COVID. So we're obviously at much, much lower levels than we'd like to be at. I apologize I interrupted, please go ahead.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

Okay. Yes, that's a pretty dramatic difference to 12,500 quarterly average in the second quarter versus over 50,000 listed for sale right now. I can't imagine that over 35,000 units are not available for sale right now, either by yourselves or by a third party. Am I missing something there?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I think I would stick with the kind of the numbers we've given you on immediately available units. And then there are obviously a number of units as well. The customers are checking out at any point in time considering purchasing or maybe in transit to those customers in different locations. So hopefully, that's at least directionally helpful.

**Operator**

Our next question comes from John Colantuoni of Jefferies.

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

I just wanted to make sure I understand the interplay between production capacity and unit sales. So the directional outlook says second half unit sales will be governed primarily by production capacity. And then separately, it looks like you ramped your operational team hiring rate by 20% in July and set a record for weekly additions in the most recent week. I know there's a lot of moving parts to ramping production aside from hiring, but should we interpret the comments about hiring to infer the unit sales could see a sizable increase sequentially in the third quarter relative to the second quarter?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Yes. So I think you should interpret the increase in hiring to suggest that we're booking up across the sum of our operational groups and across our corporate and technology groups as well. But obviously, the vast majority of people are across the operational groups.

So that includes inspection centers that will show up first in kind of increased production capacity, which will allow us to kind of work through the cars that we've already purchased, but we have not yet produced. And then that will cause those cars to show up in available inventory. And then it will also show up in alleviating the other constraints that we have across our other operational groups where we're behind today but working hard to catch up.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question is from Billy Kovanis of Morgan Stanley.

**Billy Kovanis**
*Morgan Stanley, Research Division*

This is on behalf of Adam Jonas. Just one question, Ernie, from the feedback you're getting from customers, what are the 1 or 2 areas of the consumer experience where you can make the biggest improvement?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

I think I'm going to -- there's probably 1 million areas across the experience where we can make it continually better across time. But if I had to pick one thing that is most important today, it's alleviating our constraints. I think our constraints can show up -- despite our constraints, we continue to deliver experiences that are meaningfully above anything else available anywhere in automotive retail, and we're continuing to see NPS scores that are meaningfully above anything else in automotive retail. But those constraints can lead to friction versus what we would otherwise be able to deliver if we didn't have constraints.

So those constraints can show up in longer delivery times, slightly higher odds of missing a delivery time and having to reschedule it. They could show up in registration delays. They can show up in all kinds of different ways. So I think the most important thing that we can do right now is catch up to the demand that we're seeing because the machine that we have delivers extremely high-quality customer experiences. And it's also built in a way that it absorbs errors that we make in any given customer experience. You always make mistakes here and there. And we're built in a way to be able to absorb that as well when we're properly staffed to the volume that we're seeing. And today, we're behind, so I think that would be the number one area to focus.

I think taking a longer-term lens, we've spoken before about how we have 70-plus product groups across Carvana, I think every single one of those product groups has a multiyear road map that is extremely exciting with myriad improvements all over the place. So I think there's a lot of things that we're investing in today to try to continually make this experience even better for customers. And I wouldn't want to single any of those out, but I think there's a lot of opportunity.

**Operator**

That concludes our question-and-answer session. I'd like to turn the conference back to management for closing comments.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Thanks, everyone, for dialing into the call and thanks for your questions. To the Carvana team, we only get to have our first profitable quarter onetime. And I think I always find myself thanking you on these calls, and I can always hear that it doesn't come across as completely sincerely as I wish because it's an odd venue. And so I hope that you hear our absolute gratitude. This is an unbelievable milestone.

For those of you who have been here for a long time, there was -- there was times 6, 7, 8 years ago when today it was extremely hard to see. And we fought a million battles together, and we a lot of things out, and we've continually improved. And the whole time we've stayed together, we fought through COVID together, we've just done so much, and I'm so proud of it. And so thank you all for your contributions, and please always remember that this just does not happen without you [Audio Gap] it's parts. And we together make up the parts of Carvana.

So thank you so much. We have a ton to be proud of. I hope you put your feet up and kind of take a moment to be proud, and then I hope you take them down and kind of don't let it go to your head and kind of get your head in the right space because we still got a lot of building to do. But we've done a lot so far. We really appreciate it. Thank you all.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**
Thank you. That concludes today's call. Thank you for joining us. You may now disconnect your lines.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

**Exhibit 16**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Quarterly Period Ended September 30, 2021

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____

Commission File Number: 001-38073

# CARVANA CO.
(Exact name of registrant as specified in its charter)

| **Delaware** | **81-4549921** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **1930 W. Rio Salado Parkway     Tempe     Arizona** | **85281** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(480) 719-8809**
(Registrant's telephone number, including area code)
**N/A**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, Par Value $0.001 Per Share | CVNA | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒  Yes ☐  No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒  Yes ☐  No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐Yes ☒No

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date:

As of November 1, 2021, the registrant had 85,587,265 shares of Class A common stock outstanding and 87,200,276 shares of Class B common stock outstanding.

**INDEX TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

| | | Page |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | |
| | Unaudited Condensed Consolidated Balance Sheets as of September 30, 2021 and December 31, 2020 | 1 |
| | Unaudited Condensed Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2021 and 2020 | 2 |
| | Unaudited Condensed Consolidated Statements of Stockholders' Equity for the Three and Nine Months Ended September 30, 2021 and 2020 | 3 |
| | Unaudited Condensed Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2021 and 2020 | 7 |
| | Notes to Unaudited Condensed Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 52 |
| Item 4. | Controls and Procedures | 52 |
| **PART II.** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 53 |
| Item 1A. | Risk Factors | 53 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 53 |
| Item 3. | Defaults Upon Senior Securities | 53 |
| Item 4. | Mine Safety Disclosures | 53 |
| Item 5. | Other Information | 53 |
| Item 6. | Exhibits | 54 |

**PART I. FINANCIAL INFORMATION**

**ITEM I. FINANCIAL STATEMENTS**

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and par values)**

| | | September 30, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 297 | $ | 301 |
| Restricted cash | | 107 | | 28 |
| Accounts receivable, net | | 178 | | 79 |
| Finance receivables held for sale, net | | 368 | | 275 |
| Vehicle inventory | | 2,285 | | 1,036 |
| Beneficial interests in securitizations | | 312 | | 131 |
| Other current assets, including $10 and $6, respectively, due from related parties | | 143 | | 73 |
| Total current assets | | 3,690 | | 1,923 |
| Property and equipment, net | | 1,333 | | 909 |
| Operating lease right-of-use assets, including $20 and $22, respectively, from leases with related parties | | 273 | | 156 |
| Intangible assets, net | | 5 | | 6 |
| Goodwill | | 9 | | 9 |
| Other assets, including $7 and $4, respectively, due from related parties | | 50 | | 32 |
| Total assets | $ | 5,360 | $ | 3,035 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities, including $23 and $16, respectively, due to related parties | $ | 700 | $ | 342 |
| Short-term revolving facilities | | 455 | | 40 |
| Current portion of long-term debt | | 74 | | 65 |
| Other current liabilities, including $4 and $3, respectively, from leases with related parties | | 32 | | 20 |
| Total current liabilities | | 1,261 | | 467 |
| Long-term debt, excluding current portion | | 3,134 | | 1,617 |
| Operating lease liabilities, excluding current portion, including $15 and $19, respectively, from leases with related parties | | 256 | | 148 |
| Other liabilities | | 1 | | 1 |
| Total liabilities | | 4,652 | | 2,233 |
| Commitments and contingencies (Note 16) | | | | |
| Stockholders' equity: | | | | |
| Preferred stock, $0.01 par value - 50,000 shares authorized; none issued and outstanding as of September 30, 2021 and December 31, 2020 | | — | | — |
| Class A common stock, $0.001 par value - 500,000 shares authorized; 85,569 and 76,512 shares issued and outstanding as of September 30, 2021 and December 31, 2020, respectively | | — | | — |
| Class B common stock, $0.001 par value - 125,000 shares authorized; 87,200 and 95,592 shares issued and outstanding as of September 30, 2021 and December 31, 2020, respectively | | — | | — |
| Additional paid-in capital | | 785 | | 742 |
| Accumulated deficit | | (400) | | (354) |
| Total stockholders' equity attributable to Carvana Co. | | 385 | | 388 |
| Non-controlling interests | | 323 | | 414 |
| Total stockholders' equity | | 708 | | 802 |
| Total liabilities & stockholders' equity | $ | 5,360 | $ | 3,035 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

1

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and per share amounts)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Sales and operating revenues:** | | | | |
| Used vehicle sales, net | $ 2,650 | $ 1,289 | $ 6,954 | $ 3,245 |
| Wholesale vehicle sales, including $15, $1, $37, and $1, respectively, from related parties | 552 | 130 | 1,349 | 259 |
| Other sales and revenues, including $52, $26, $143, and $69, respectively, from related parties | 278 | 125 | 758 | 256 |
| **Net sales and operating revenues** | 3,480 | 1,544 | 9,061 | 3,760 |
| Cost of sales, including $17, $1, $21, and $3, respectively, to related parties | 2,957 | 1,282 | 7,648 | 3,210 |
| **Gross profit** | 523 | 262 | 1,413 | 550 |
| Selling, general and administrative expenses, including $7, $5, $19, and $14, respectively, to related parties | 546 | 269 | 1,413 | 784 |
| Interest expense, including $0, $0, $0, and $1, respectively, to related parties | 48 | 20 | 121 | 69 |
| Other (income) expense, net | (3) | (9) | (16) | 5 |
| **Net loss before income taxes** | (68) | (18) | (105) | (308) |
| Income tax provision | — | — | — | — |
| **Net loss** | (68) | (18) | (105) | (308) |
| Net loss attributable to non-controlling interests | (36) | (11) | (59) | (200) |
| **Net loss attributable to Carvana Co.** | $ (32) | $ (7) | $ (46) | $ (108) |
| Net loss per share of Class A common stock, basic and diluted | $ (0.38) | $ (0.10) | $ (0.56) | $ (1.73) |
| Weighted-average shares of Class A common stock, basic and diluted [1] | 84,779 | 70,005 | 81,427 | 62,244 |

(1) Weighted-average shares of Class A common stock outstanding have been adjusted for unvested restricted stock awards.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

2

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2019** | 50,507 | $ — | 101,219 | $ — | $ 281 | $ (183) | $ 94 | $ 192 |
| Net loss | — | — | — | — | — | (60) | (124) | (184) |
| Exchanges of LLC Units | 116 | — | (19) | — | — | — | — | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 2 | — | — | 2 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (2) | — | — | (2) |
| Issuance of Class A common stock to settle vested restricted stock units | 38 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (8) | — | — | — | (2) | — | — | (2) |
| Options exercised | 7 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 7 | — | — | 7 |
| **Balance, March 31, 2020** | 50,660 | $ — | 101,200 | $ — | $ 286 | $ (243) | $ (30) | $ 13 |
| Net loss | — | — | — | — | — | (41) | (65) | (106) |
| Issuance of Class A common stock, net of underwriters' discounts and commissions and offering expenses | 18,333 | — | — | — | 1,059 | — | — | 1,059 |
| Adjustments to the non-controlling interests related to equity offering | — | — | — | — | (643) | — | 643 | — |
| Exchanges of LLC Units | 285 | — | — | — | 1 | — | (1) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 21 | — | — | 21 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (21) | — | — | (21) |
| Issuance of Class A common stock to settle vested restricted stock units | 61 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (26) | — | — | — | (4) | — | — | (4) |
| Options exercised | 101 | — | — | — | 3 | — | — | 3 |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Equity-based compensation | — | — | — | — | 8 | — | — | 8 |
| **Balance, June 30, 2020** | 69,414 | $ — | 101,200 | $ — | $ 710 | $ (284) | $ 547 | $ 973 |
| Net loss | — | — | — | — | — | (7) | (11) | (18) |
| Exchanges of LLC Units | 1,039 | — | — | — | 5 | — | (5) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 47 | — | — | 47 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (47) | — | — | (47) |
| Issuance of Class A common stock to settle vested restricted stock units | 30 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (2) | — | — | — | (3) | — | — | (3) |
| Options exercised | 57 | — | — | — | 2 | — | — | 2 |
| Equity-based compensation | — | — | — | — | 7 | — | — | 7 |
| **Balance, September 30, 2020** | 70,538 | $ — | 101,200 | $ — | $ 721 | $ (291) | $ 531 | $ 961 |

4

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY - (Continued)**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2020** | 76,512 | $  — | 95,592 | $  — | $  742 | $  (354) | $  414 | $  802 |
| Net loss | — | — | — | — | — | (36) | (46) | (82) |
| Exchanges of LLC Units | 3,247 | — | (3,073) | — | 12 | — | (12) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 225 | — | — | 225 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (225) | — | — | (225) |
| Issuance of Class A common stock to settle vested restricted stock units | 62 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (2) | — | — | — | (9) | — | — | (9) |
| Options exercised | 15 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 10 | — | — | 10 |
| **Balance, March 31, 2021** | 79,834 | $  — | 92,519 | $  — | $  755 | $  (390) | $  356 | $  721 |
| Net income | — | — | — | — | — | 22 | 23 | 45 |
| Exchanges of LLC Units | 3,189 | — | (3,118) | — | 12 | — | (12) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 217 | — | — | 217 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (217) | — | — | (217) |
| Issuance of Class A common stock to settle vested restricted stock units | 59 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (2) | — | — | — | (8) | — | — | (8) |
| Options exercised | 26 | — | — | — | 1 | — | — | 1 |
| Equity-based compensation | — | — | — | — | 11 | — | — | 11 |
| **Balance, June 30, 2021** | 83,106 | $  — | 89,401 | $  — | $  771 | $  (368) | $  367 | $  770 |
| Net loss | — | — | — | — | — | (32) | (36) | (68) |
| Exchanges of LLC Units | 2,400 | — | (2,201) | — | 8 | — | (8) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 199 | — | — | 199 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (199) | — | — | (199) |

5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Issuance of Class A common stock to settle vested restricted stock units | 42 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (1) | — | — | — | (8) | — | — | (8) |
| Options exercised | 22 | — | — | — | — | — | — | — |
| Equity-based compensation | — | — | — | — | 14 | — | — | 14 |
| **Balance, September 30, 2021** | 85,569 | $ — | 87,200 | $ — | $ 785 | $ (400) | $ 323 | $ 708 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

6

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**
**(In millions)**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Cash Flows from Operating Activities:** | | |
| Net loss | $ (105) | $ (308) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 72 | 52 |
| Loss on disposal of property and equipment | 1 | 6 |
| Provision for bad debt and valuation allowance | 16 | 11 |
| Gain on loan sales | (528) | (129) |
| Equity-based compensation expense | 28 | 18 |
| Amortization and write-off of debt issuance costs and bond premium | 8 | 6 |
| Originations of finance receivables | (5,315) | (2,493) |
| Proceeds from sale of finance receivables, net | 5,375 | 2,479 |
| Principal payments received on finance receivables held for sale | 136 | 60 |
| Unrealized gain on beneficial interests in securitization | (6) | (4) |
| Changes in assets and liabilities: | | |
| Accounts receivable | (111) | (46) |
| Vehicle inventory | (1,230) | (198) |
| Other assets | (86) | (18) |
| Accounts payable and accrued liabilities | 319 | 112 |
| Operating lease right-of-use assets | (117) | (18) |
| Operating lease liabilities | 121 | 23 |
| Net cash used in operating activities | (1,422) | (447) |
| **Cash Flows from Investing Activities:** | | |
| Purchases of property and equipment, including $0 and $22, respectively, from related parties | (390) | (270) |
| Principal payments received on beneficial interests in securitizations | 38 | 9 |
| Net cash used in investing activities | (352) | (261) |
| **Cash Flows from Financing Activities:** | | |
| Proceeds from short-term revolving facilities | 8,733 | 3,426 |
| Payments on short-term revolving facilities | (8,318) | (3,868) |
| Proceeds from issuance of long-term debt | 1,525 | 203 |
| Payments on long-term debt | (46) | (18) |
| Payments of debt issuance costs | (21) | (12) |
| Net proceeds from issuance of Class A common stock | — | 1,059 |
| Proceeds from equity-based compensation plans | 1 | 5 |
| Tax withholdings related to restricted stock awards | (25) | (9) |
| Net cash provided by financing activities | 1,849 | 786 |
| **Net increase in cash, cash equivalents and restricted cash** | 75 | 78 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 404 | $ 196 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

7

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## NOTE 1 — BUSINESS ORGANIZATION

### Description of Business

Carvana Co. and its wholly-owned subsidiary Carvana Co. Sub LLC (collectively, "Carvana Co."), together with its consolidated subsidiaries (the "Company"), is the leading e-commerce platform for buying and selling used cars. The Company is transforming the used car sales experience by giving consumers what they want — a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Using the website, customers can complete all phases of a used vehicle purchase transaction, including financing their purchase, trading in their current vehicle, and purchasing complementary products such as vehicle service contracts ("VSC") and GAP waiver coverage. Each element of the Company's business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

### Organization

Carvana Co. is a holding company that was formed as a Delaware corporation on November 29, 2016 for the purpose of completing its initial public offering ("IPO") and related transactions in order to operate the business of Carvana Group, LLC and its subsidiaries (collectively, "Carvana Group"). Substantially all of the Company's assets and liabilities represent the assets and liabilities of Carvana Group, except the Company's Senior Notes (as defined in Note 9 — Debt Instruments) which were issued by Carvana Co. and guaranteed by its and Carvana Group's existing domestic restricted subsidiaries.

In accordance with Carvana Group LLC's amended and restated limited liability company agreement (the "LLC Agreement"), Carvana Co. is the sole manager of Carvana Group and conducts, directs and exercises full control over the activities of Carvana Group. There are two classes of common ownership interests in Carvana Group, Class A common units (the "Class A Units") and Class B common units (the "Class B Units"). As further discussed in Note 10 — Stockholders' Equity, the Class A Units and Class B Units (collectively, the "LLC Units") do not hold voting rights, which results in Carvana Group being considered a variable interest entity ("VIE"). Due to Carvana Co.'s power to control and its significant economic interest in Carvana Group, it is considered the primary beneficiary of the VIE and the Company consolidates the financial results of Carvana Group. As of September 30, 2021, Carvana Co. owned approximately 48.9% of Carvana Group and the LLC Unitholders (as defined in Note 10 — Stockholders' Equity) owned the remaining 51.1%.

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Basis of Presentation

The accompanying unaudited condensed consolidated financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information. All intercompany balances and transactions have been eliminated. Certain information and footnote disclosures normally included in annual financial statements have been condensed or omitted. The Company believes the disclosures made are adequate to prevent the information presented from being misleading. However, the accompanying unaudited condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements and notes thereto included within the Company's most recent Annual Report on Form 10-K filed on February 25, 2021. In addition, in 2021, the Company has changed its presentation from thousands to millions and, as a result, any necessary rounding adjustments have been made to prior year disclosed amounts.

The accompanying unaudited condensed consolidated financial statements reflect all adjustments (consisting only of normal and recurring items) necessary to present fairly the Company's financial position as of September 30, 2021, results of operations and changes in stockholder's equity for the three and nine months ended September 30, 2021 and 2020, and cash flows for the nine months ended September 30, 2021 and 2020. Interim results are not necessarily indicative of full year performance because of the impact of seasonal and short-term variations.

As discussed in Note 1 — Business Organization, Carvana Group is considered a VIE and Carvana Co. consolidates its financial results due to the determination that it is the primary beneficiary.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Liquidity**

Since inception, the Company has incurred losses, and expects to incur additional losses in the future as it continues to build inspection and reconditioning centers ("IRCs") and vending machines, serve more of the U.S. population, and enhance technology and software. Since March 31, 2020, the Company has completed equity offerings of approximately 18 million shares of Class A common stock for net proceeds of approximately $1.1 billion and has issued a total of $2.5 billion in senior unsecured notes due between 2025 and 2029, from which approximately $627 million of the proceeds were used to repay its senior unsecured notes due in 2023. In March 2021, the Company's forward flow partner committed to purchase a total of $4.0 billion of the Company's finance receivables through March 2022, and such facility had approximately $2.3 billion of unused capacity as of September 30, 2021. In addition, the Company has a $1.75 billion floor plan facility effective through March 31, 2023. Management believes that current working capital, results of operations, and existing financing arrangements are sufficient to fund operations for at least one year from the financial statement issuance date.

**Use of Estimates**

The preparation of these unaudited condensed consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions. Certain accounting estimates involve significant judgments, assumptions and estimates by management that have a material impact on the carrying value of certain assets and liabilities, disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses during the reporting period, which management considers to be critical accounting estimates. The judgments, assumptions and estimates used by management are based on historical experience, management's experience, and other factors, which are believed to be reasonable under the circumstances. Because of the nature of the judgments and assumptions made by management, actual results could differ materially from these judgments and estimates, which could have a material impact on the carrying values of the Company's assets and liabilities and the results of operations.

**Adoption of New Accounting Standards**

In March 2020, the Financial Accounting Standards Board ("FASB") issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting* ("ASU 2020-04"). ASU 2020-04 provides optional guidance for a limited period of time related to contract modifications and hedge accounting to ease the potential burden in accounting for (or recognizing the effects of) reference rate reform on financial reporting. The standard is effective from March 12, 2020 through December 31, 2022, except for hedging relationships existing as of December 31, 2022 that an entity has elected certain optional expedients for and that are retained through the end of the hedging relationship. The Company may elect to take advantage of this optional guidance in its transition away from LIBOR within certain debt contracts but does not expect a material impact on its consolidated financial statements. In January 2021, the FASB issued ASU 2021-01, *Reference Rate Reform (Topic 848): Scope* ("ASU 2021-01"), which refines the scope of Topic 848 and clarifies some of its guidance as part of the FASB's monitoring of global reference rate activities. As of September 30, 2021, the Company had not modified any contracts or had any hedge accounting activity in which it utilized the optional guidance under ASU 2020-04 and ASU 2021-01.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes* ("ASU 2019-12"). ASU 2019-12 removes certain exceptions to the general principles in Topic 740 and also clarifies and amends existing guidance to improve consistent application. The Company adopted ASU 2019-12 for its fiscal year beginning January 1, 2021 and it did not have a material effect on its consolidated financial statements.

9

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**NOTE 3 — PROPERTY AND EQUIPMENT, NET**

The following table summarizes property and equipment, net as of September 30, 2021 and December 31, 2020:

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| | (in millions) | |
| Land and site improvements | $ 268 | $ 132 |
| Buildings and improvements | 609 | 477 |
| Transportation fleet | 274 | 190 |
| Software | 155 | 113 |
| Furniture, fixtures and equipment | 79 | 60 |
| Total property and equipment excluding construction in progress | 1,385 | 972 |
| Less: accumulated depreciation and amortization on property and equipment | (259) | (171) |
| Property and equipment excluding construction in progress, net | 1,126 | 801 |
| Construction in progress | 207 | 108 |
| Property and equipment, net | $ 1,333 | $ 909 |

Depreciation and amortization expense on property and equipment was approximately $27 million and $19 million for the three months ended September 30, 2021 and 2020, respectively, and approximately $72 million and $51 million for the nine months ended September 30, 2021 and 2020, respectively. These amounts primarily relate to selling, general and administrative activities and are included as a component of selling, general and administrative expenses in the accompanying unaudited condensed consolidated statements of operations.

**NOTE 4 — GOODWILL AND INTANGIBLE ASSETS, NET**

On April 12, 2018, the Company acquired Car360, Inc. ("Car360"), a provider of app-based photo capture technology. The following table summarizes intangible assets and goodwill related to the Car360 acquisition as of September 30, 2021 and December 31, 2020:

| | Useful Life | September 30, 2021 | December 31, 2020 |
|---|---|---|---|
| | | (in millions) | |
| Intangible assets: | | | |
| Developed technology | 7 years | $ 9 | $ 9 |
| Non-compete agreements | 5 years | 1 | 1 |
| Intangible assets, acquired cost | | 10 | 10 |
| Less: accumulated amortization | | (5) | (4) |
| Intangible assets, net | | $ 5 | $ 6 |
| | | | |
| Goodwill | N/A | $ 9 | $ 9 |

Amortization expense was less than $1 million during each of the three months ended September 30, 2021 and 2020, and $1 million during each of the nine months ended September 30, 2021 and 2020. As of September 30, 2021, the remaining

10

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

weighted-average amortization period for definite-lived intangible assets was approximately 3.4 years. The anticipated annual amortization expense to be recognized in future years as of September 30, 2021, is as follows:

|  | Expected Future Amortization |
|---|---|
|  | (in millions) |
| Remainder of 2021 | $ 1 |
| 2022 | 1 |
| 2023 | 1 |
| 2024 | 1 |
| 2025 | 1 |
| Thereafter | — |
| Total | $ 5 |

### NOTE 5 — ACCOUNTS PAYABLE AND OTHER ACCRUED LIABILITIES

The following table summarizes accounts payable and other accrued liabilities as of September 30, 2021 and December 31, 2020:

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
|  | (in millions) | |
| Accounts payable, including $23 and $16, respectively, due to related parties | $ 200 | $ 67 |
| Sales taxes and vehicle licenses and fees | 136 | 71 |
| Accrued compensation and benefits | 65 | 34 |
| Accrued interest expense | 56 | 20 |
| Accrued property and equipment | 51 | 33 |
| Reserve for returns and cancellations | 45 | 25 |
| Accrued advertising costs | 38 | 21 |
| Customer deposits | 32 | 17 |
| Other accrued liabilities | 77 | 54 |
| Total accounts payable and accrued liabilities | $ 700 | $ 342 |

### NOTE 6 — RELATED PARTY TRANSACTIONS

**Lease Agreements**

In November 2014, the Company and DriveTime Automotive Group (together with its consolidated affiliates, collectively "DriveTime") entered into a lease agreement that governs the Company's access to and utilization of temporary storage, reconditioning, office and parking space at various DriveTime facilities (the "DriveTime Lease Agreement"). The DriveTime Lease Agreement was most recently amended in December 2018. Lease duration varies by location, with cancellable terms, provided 60 days' prior written notice is given, expiring between 2021 and 2024. The Company has the right to exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Hub Lease Agreement described below.

In March 2017, the Company and DriveTime entered into a lease agreement that governs the Company's access to and utilization of office and parking space at various DriveTime facilities (the "DriveTime Hub Lease Agreement"). The DriveTime Hub Lease Agreement was most recently amended in July 2021 to adjust which locations are covered under the Agreement. Lease expiration varies by location with most having cancellable terms, provided 60 days' prior written notice is given, expiring

11

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

in 2022 and the Company having the right to exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Lease Agreement described above.

The DriveTime Lease Agreement and the DriveTime Hub Lease Agreement both have non-cancellable lease terms of less than twelve months with rights to terminate at the Company's election with 60 days' prior written notice and extension options as described above. At non-reconditioning locations, it is not reasonably certain that the Company will exercise its options to extend the leases or abstain from exercising its termination rights within these lease agreements to create a lease term greater than one year and therefore the Company accounts for them as short-term leases. For these locations, the Company makes variable monthly lease payments based on its pro rata utilization of space at each facility plus a pro rata share of each facility's actual insurance costs and real estate taxes. Management has determined that the costs allocated to the Company are based on a reasonable methodology. The DriveTime Lease Agreement includes the Blue Mound and Delanco IRCs. At both of these locations, the Company expects to extend the lease terms beyond twelve months, therefore those locations are not considered short-term leases. The Company occupies all of the space at these IRCs and makes monthly lease payments based on DriveTime's actual rent expense. In addition, the Company is responsible for the actual insurance costs and real estate taxes at these IRC locations.

At all locations, the Company is additionally responsible for paying for any tenant improvements it requires to conduct its operations. Management has determined that the costs allocated to the Company are based on a reasonable methodology.

In 2016 and 2018, the Company entered into lease agreements related to an IRC in Tolleson, Arizona, with Verde Investments, Inc., an affiliate of DriveTime ("Verde"), with an initial term of approximately 15 years. In September 2020, to consummate a sale leaseback transaction with an unrelated third party, the Company exercised a pre-existing option to purchase the leased land and related assets from Verde for its net book value of approximately $22 million thus terminating the lease agreements. The Company immediately sold such land and related assets along with the Company's leasehold improvements at the IRC to a third party who simultaneously leased back the land and the IRC to the Company.

In February 2017, the Company entered into a lease agreement with DriveTime for sole occupancy of a fully operational IRC in Winder, Georgia, where the Company previously maintained partial occupancy. The lease has an initial term of eight years, subject to the Company's ability to exercise three renewal options of five years each.

In November 2018, the Company entered into a lease agreement with DriveTime of a fully operational IRC near Cleveland, Ohio. DriveTime vacated the facility in February 2019, at which point the Company became the sole occupant and began leasing the full facility from DriveTime. The lease has an initial term of three years, subject to the Company's ability to exercise three renewal options of five years each. In July 2021, the Company exercised the first renewal option to extend through October 2026 and agreed to assume the lease from DriveTime effective October 1, 2021.

Expenses related to these operating lease agreements are allocated based on usage to inventory and selling, general and administrative expenses in the accompanying unaudited condensed consolidated balance sheets and statements of operations. Costs allocated to inventory are recognized as cost of sales when the inventory is sold. During the three months ended September 30, 2021 and 2020, total costs related to these operating lease agreements, including those noted above, were approximately $1 million and $2 million, respectively, allocated between inventory and selling, general and administrative expenses. During the nine months ended September 30, 2021, total costs related to these lease agreements were approximately $4 million with approximately $2 million allocated to both inventory and selling, general and administrative expenses. During the nine months ended September 30, 2020, total costs related to these lease agreements were approximately $6 million with approximately $2 million and $4 million allocated to inventory and selling, general and administrative expenses, respectively.

In February 2019, the Company entered into an agreement to assume a lease of an IRC near Nashville, Tennessee that DriveTime leased from an unrelated landlord. The lease expires in four years, subject to the ability to exercise three renewal options of five years each. DriveTime remained an occupant of the facility through April 1, 2019, after which the Company became the sole occupant, but is not fully released from the lease obligations by the landlord.

**Corporate Office Leases**

In September 2016, the Company entered into a lease for the second floor of its corporate headquarters in Tempe, Arizona. In connection with that lease, the Company entered into a sublease with DriveTime for the use of the first floor of the same building. The lease and sublease each have a term of 83 months, subject to the right to exercise three five-year extension

12

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

options. Pursuant to the sublease, the Company will pay the rent equal to the amounts due under DriveTime's master lease directly to DriveTime's landlord. The rent expense incurred related to this first floor sublease was less than $1 million during each of the three months ended September 30, 2021 and 2020, and approximately $1 million during each of the nine months ended September 30, 2021 and 2020.

In December 2019, Verde purchased an office building in Tempe, Arizona that the Company leased from an unrelated landlord prior to Verde's purchase. In connection with the purchase, Verde assumed that lease. The lease has an initial term of ten years, subject to the right to exercise two five-year extension options. The rent expense incurred under the lease with Verde was less than $1 million during each of the three months ended September 30, 2021 and 2020, and approximately $1 million during each of the nine months ended September 30, 2021 and 2020.

**Wholesale Revenue**

In 2020, DriveTime began purchasing wholesale vehicles from the Company through competitive online auctions that are managed by an unrelated third party. As a result, the Company recognized approximately $15 million and $37 million of wholesale revenue from DriveTime during the three and nine months ended September 30, 2021, respectively, and approximately $1 million during the three and nine months ended September 30, 2020.

**Retail Vehicle Acquisitions**

During the second quarter of 2021, the Company began acquiring retail vehicles from DriveTime that were reconditioned to meet the Company's required vehicle quality standards. As of September 30, 2021, approximately $47 million of these vehicles were included in vehicle inventory in the accompanying unaudited condensed consolidated balance sheets. The Company also recognized approximately $17 million and $19 million of cost of goods sold during the three and nine months ended September 30, 2021, respectively, related to vehicles acquired from DriveTime.

**Master Dealer Agreement**

In December 2016, the Company entered into a master dealer agreement with DriveTime (the "Master Dealer Agreement"), pursuant to which the Company may sell VSCs to customers purchasing a vehicle from the Company. The Company earns a commission on each VSC sold to its customers, and DriveTime is obligated by and subsequently administers the VSCs. The Company collects the retail purchase price of the VSCs from its customers and remits the purchase price net of commission to DriveTime. During the three months ended September 30, 2021 and 2020, the Company recognized approximately $47 million and $22 million, respectively, and during the nine months ended September 30, 2021 and 2020, the Company recognized approximately $130 million and $60 million, respectively, of commissions earned on VSCs sold to its customers and administered by DriveTime, net of a reserve for estimated contract cancellations. The commission earned on the sale of these VSCs is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations. In November 2018, the Company amended the Master Dealer Agreement to allow the Company to receive payments for excess reserves based on the performance of the VSCs. In August 2020 and April 2021, the Company and DriveTime amended the Master Dealer Agreement to adjust excess reserve payment calculations and timing and the scope of DriveTime's after-sale administration services. The Company recognized approximately $5 million and $4 million during the three months ended September 30, 2021 and 2020, respectively, and approximately $13 million and $9 million during the nine months ended September 30, 2021 and 2020, respectively, related to payments for excess reserves to which it expects to be entitled, which is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations.

Beginning in 2017, DriveTime also administers the Company's limited warranty provided to all customers and a portion of the Company's GAP waiver coverage under the Master Dealer Agreement. The Company pays a per-vehicle fee to DriveTime to administer the limited warranty included with every purchase and prior to the first quarter of 2020 paid a per-contract fee to DriveTime to administer a portion of the GAP waiver coverage it sells to its customers. Since the first quarter of 2020, the Company's GAP waiver coverage sales have been administered by an unrelated party. The Company incurred approximately $5 million and $1 million during the three months ended September 30, 2021 and 2020, respectively, and approximately $11 million and $4 million during the nine months ended September 30, 2021 and 2020, respectively, related to the administration of limited warranty and GAP waiver coverage.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Servicing and Administrative Fees**

DriveTime provides servicing and administrative functions associated with the Company's finance receivables. The Company incurred expenses of approximately $2 million and $1 million during the three months ended September 30, 2021 and 2020, respectively, and approximately $5 million and $4 million during the nine months ended September 30, 2021 and 2020, respectively, related to these services.

**Aircraft Time Sharing Agreement**

The Company entered into an agreement to share usage of two aircraft owned by Verde and operated by DriveTime on October 22, 2015, and the agreement was subsequently amended in 2017. Pursuant to the agreement, the Company agreed to reimburse DriveTime for actual expenses for each of its flights. The original agreement was for 12 months, with perpetual 12-month automatic renewals. Either the Company or DriveTime can terminate the agreement with 30 days' prior written notice. The Company reimbursed DriveTime less than $1 million under this agreement during each of the three and nine months ended September 30, 2021 and 2020.

**Shared Services Agreement with DriveTime**

In November 2014, the Company and DriveTime entered into a shared services agreement whereby DriveTime provided certain accounting and tax, legal and compliance, information technology, telecommunications, benefits, insurance, real estate, equipment, corporate communications, software and production, and other services primarily to facilitate the transition of these services to the Company on a standalone basis (the "Shared Services Agreement"). The Shared Services Agreement was most recently amended and restated in February 2021 and operates on a year-to-year basis, with the Company having the right to terminate any or all services with 30 days' prior written notice and DriveTime having the right to terminate any or all services with 90 days' prior written notice. Charges allocated to the Company are based on the Company's actual use of the specific services detailed in the Shared Services Agreement. The Company incurred less than $1 million in expenses related to the Shared Services Agreement during each of the three and nine months ended September 30, 2021 and 2020.

**Accounts Payable Due to Related Party**

As of September 30, 2021 and December 31, 2020, approximately $23 million and $16 million, respectively, was due to related parties primarily related to the agreements mentioned above, and is included in accounts payable and accrued liabilities in the accompanying unaudited condensed consolidated balance sheets.

**NOTE 7 — FINANCE RECEIVABLE SALE AGREEMENTS**

The Company originates loans for its customers and sells them to partners and investors pursuant to finance receivable sale agreements. Historically, the Company has sold loans through two types of arrangements: forward flow agreements, including a master purchase and sale agreement and master transfer agreements, and fixed pool loan sales, including securitization transactions.

**Master Purchase and Sale Agreement**

In December 2016, the Company entered into a master purchase and sale agreement (the "Master Purchase and Sale Agreement" or "MPSA") with Ally Bank and Ally Financial (collectively the "Ally Parties"). Pursuant to the MPSA, the Company sells finance receivables meeting certain underwriting criteria under a committed forward flow arrangement without recourse to the Company for their post-sale performance. Throughout 2020 and 2021, the Company and the Ally Parties have amended the MPSA to, among other things and subject to the terms of the agreement, broaden the set of finance receivables covered by the MPSA and provide additional flexibility in the timing of sales of finance receivables. In March 2021, the Ally Parties committed to purchase up to a maximum of $4.0 billion of principal balances of finance receivables through March 2022.

During the nine months ended September 30, 2021 and 2020, the Company sold approximately $1.7 billion and $1.8 billion, respectively, in principal balances of finance receivables under the MPSA and had approximately $2.3 billion of unused capacity as of September 30, 2021.

14

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Securitization Transactions**

The Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Risk Retention Rules, as further discussed in Note 8 — Securitizations and Variable Interest Entities.

During the nine months ended September 30, 2021 and 2020, the Company sold approximately $3.4 billion and $495 million, respectively, in principal balances of finance receivables through securitization transactions.

**Gain on Loan Sales**

The total gain related to finance receivables sold to financing partners and pursuant to securitization transactions was approximately $191 million and $77 million during the three months ended September 30, 2021 and 2020, respectively, and $529 million and $129 million during the nine months ended September 30, 2021 and 2020, respectively, which is included in other sales and revenues in the accompanying unaudited condensed consolidated statements of operations.

**NOTE 8 — SECURITIZATIONS AND VARIABLE INTEREST ENTITIES**

As noted in Note 7 — Finance Receivable Sale Agreements, the Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Regulation RR of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (the "Risk Retention Rules"). The beneficial interests retained by the Company include but are not limited to rated notes and certificates of the securitization trusts. The holders of the certificates issued by the securitization trusts have rights to cash flows only after the holders of the notes issued by the securitization trusts have received their contractual cash flows. The securitization trusts have no direct recourse to the Company's assets, and holders of the securities issued by the securitization trusts can look only to the assets of the securitization trusts that issued their securities for payment. The beneficial interests held by the Company are subject principally to the credit and prepayment risk stemming from the underlying finance receivables.

The securitization trusts established in connection with asset-backed securitization transactions are VIEs. For each VIE that the Company establishes in its role as sponsor of securitization transactions, it performs an analysis to determine whether or not it is the primary beneficiary of the VIE. The Company's continuing involvement with the VIEs consists of retaining a portion of the securities issued by the VIEs and performing ministerial duties as the trust administrator. As of September 30, 2021, the Company is not the primary beneficiary of these securitization trusts because its retained interests in the VIEs do not have exposures to losses or benefits that could potentially be significant to the VIEs. The Company does not consolidate the securitization trusts.

The assets the Company retains in the unconsolidated VIEs are presented as beneficial interests in securitizations on the accompanying unaudited condensed consolidated balance sheets, which as of September 30, 2021 and December 31, 2020 were approximately $312 million and $131 million, respectively. The Company held no other assets or liabilities related to its involvement with unconsolidated VIEs as of September 30, 2021.

The following table summarizes the carrying value and total exposure to losses of its assets related to unconsolidated VIEs with which the Company has continuing involvement, but is not the primary beneficiary at September 30, 2021 and December 31, 2020. Total exposure represents the estimated loss the Company would incur under severe, hypothetical circumstances, such as if the value of the interests in the securitization trusts and any associated collateral declined to zero. The

15

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

Company believes the possibility of this is remote. As such, the total exposure presented below is not an indication of the Company's expected losses.

| | September 30, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Total Exposure | Carrying Value | Total Exposure |
| | (in millions) | | | |
| Rated notes | $ 229 | $ 229 | $ 98 | $ 98 |
| Certificates and other assets | 83 | 83 | 33 | 33 |
| Total unconsolidated VIEs | $ 312 | $ 312 | $ 131 | $ 131 |

The beneficial interests in securitizations are considered securities available for sale subject to restrictions on transfer pursuant to the Company's obligations as a sponsor under Risk Retention Rules. As described in Note 9 — Debt Instruments, the Company has entered into secured borrowing facilities through which it finances certain of these retained beneficial interests in securitizations. These securities are interests in securitization trusts, thus there are no contractual maturities. The amortized cost and fair value of securities available for sale as of September 30, 2021 and December 31, 2020 were as follows:

| | September 30, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
| | (in millions) | | | |
| Rated notes | $ 228 | $ 229 | $ 96 | $ 98 |
| Certificates and other assets | 76 | 83 | 28 | 33 |
| Total securities available for sale | $ 304 | $ 312 | $ 124 | $ 131 |

## NOTE 9 — DEBT INSTRUMENTS

### Short-Term Revolving Facilities

*Floor Plan Facility*

The Company has a floor plan facility with a lender to finance its used vehicle inventory (the "Floor Plan Facility"), which is secured by the Company's vehicles, general intangibles, accounts receivable, and finance receivables. Under the Floor Plan Facility, repayment of amounts drawn for the purchase of a vehicle should generally be made within several days after selling or otherwise disposing of the vehicle. Outstanding balances related to vehicles held in inventory for more than 180 days require monthly principal payments equal to 10% of the original principal amount of that vehicle until the remaining outstanding balance is the lesser of (i) 50% of the original principal amount or (ii) 50% of the wholesale value. Prepayments may be made without incurring a premium or penalty. Additionally, the Company is permitted to make prepayments to the lender to be held as principal payments under the Floor Plan Facility and subsequently reborrow such amounts. The Floor Plan Facility also requires monthly interest payments and that at least 7.5% of the total principal amount owed to the lender is held as restricted cash.

Effective October 1, 2020, the Company amended the Floor Plan Facility to increase the line of credit to $1.25 billion, reduce the interest rate to one-month LIBOR plus 3.15% and extend the maturity date to March 31, 2023. Effective March 1, 2021, the interest rate was reduced to one-month LIBOR plus 2.65%. Effective July 1, 2021, the line of credit was increased to $1.75 billion, and the LIBOR-based interest rate was amended to a substantially similar rate tied to a prime rate minus 0.50%, in advance of the cessation of LIBOR. The Company is also required to pay the lender an availability fee based on the average unused capacity during the prior calendar quarter.

During the three months ended September 30, 2021, the effective interest rate on the Floor Plan Facility was approximately 2.62%. As of September 30, 2021, the Company had an outstanding balance under this facility of approximately $455 million, unused capacity of approximately $1.3 billion, and held approximately $34 million in restricted cash related to this facility. For the year ended December 31, 2020, the effective interest rate on the Floor Plan Facility was approximately 3.87%. As of

16

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

December 31, 2020, the Company had an outstanding balance of approximately $40 million, unused capacity of approximately $1.2 billion, and held approximately $3 million in restricted cash related to this facility.

*Active Finance Receivable Facilities*

The Company has various short-term revolving credit facilities to fund certain automotive finance receivables originated by the Company prior to selling them, which are typically secured by the finance receivables pledged to them (the "Finance Receivable Facilities").

In January 2020, the Company entered into an agreement pursuant to which a lender agreed to provide a revolving credit facility, which was subsequently increased to $500 million, to fund certain automotive finance receivables originated by the Company. In June 2021, the Company amended its agreement to, among other things, extend the maturity date to January 24, 2023.

In February 2020, the Company entered into an agreement pursuant to which a second lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until February 20, 2022.

On April 30, 2021, the Company entered into an agreement pursuant to which a third lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until October 30, 2022.

The facilities require that any undistributed amounts collected on the pledged finance receivables be held as restricted cash. The facilities require monthly payments of interest and fees based on usage and unused facility amounts. The facilities self-amortize from the end of the draw period until maturity, offer full prepayment rights, and have no credit sublimits or aging restrictions, subject to negotiated concentration limits. The subsidiaries that entered into these facilities are each wholly-owned, special purpose entities whose assets are not available to the general creditors of the Company. As of September 30, 2021 and December 31, 2020, the Company had no amounts outstanding under these facilities, unused capacity of approximately $1.5 billion and $1.0 billion, respectively, and held approximately $57 million and $25 million, respectively, in restricted cash related to these facilities. During the three months ended September 30, 2021, the Company's effective interest rate on these facilities was approximately 1.62%. For the year ended December 31, 2020, the Company's effective interest rate on these facilities was approximately 2.77%.

*Past Finance Receivable Facilities*

In April 2019, the Company entered into an agreement pursuant to which Ally Bank agreed to provide a $300 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus a spread ranging from 1.00% to 1.80%.

In May 2019, the Company and Ally Bank entered into a separate agreement to provide an additional $350 million revolving credit facility to fund certain other automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus 1.95%.

Both credit facilities required that at least 2% of the outstanding pledged finance receivables principal balances, plus any undistributed amounts collected on the pledged finance receivables amount, be held as restricted cash. Interest payments on these credit facilities were payable monthly on each draw date. Principal repayments occurred on the fifteenth day of each calendar month in an amount equal to the undistributed receivables collected.

The Company voluntarily terminated these facilities in February 2020 after entering into the active finance receivable facilities described above.

17

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Long-Term Debt**

*Senior Unsecured Notes*

Since 2018, the Company has issued various senior unsecured notes, each as further described below (collectively, the "Senior Notes") under various indentures, each as further described below (collectively, the "Indentures").

*2029 Senior Unsecured Notes*

On August 16, 2021, the Company issued $750 million in aggregate principal amount of 4.875% senior unsecured notes due September 1, 2029 (the "2029 Notes"). The 2029 Notes were newly issued under an indenture (the "2029 Indenture"), dated as of August 16, 2021, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2029 Notes is payable semi-annually on March 1 and September 1 of each year, beginning on March 1, 2022. The 2029 Notes mature on September 1, 2029 unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed for inventory, finance receivables, or securitization facilities and immaterial subsidiaries).

The Company may redeem some or all of the 2029 Notes on or after September 1, 2024 at redemption prices set forth in the 2029 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to September 1, 2024, the Company may redeem up to 35.0% of the aggregate principal amount of the 2029 Notes at a redemption price equal to 104.875%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2029 Notes prior to September 1, 2024, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2029 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

*2027 Senior Unsecured Notes*

On March 29, 2021, the Company issued $600 million in aggregate principal amount of 5.50% senior unsecured notes due April 15, 2027 (the "2027 Notes"). The 2027 Notes were newly issued under an indenture (the "2027 Indenture"), dated as of March 29, 2021, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2027 Notes is payable semi-annually on April 15 and October 15 of each year, beginning on October 15, 2021. The 2027 Notes mature on April 15, 2027 unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed for inventory, finance receivables, or securitization facilities and immaterial subsidiaries).

The Company may redeem some or all of the 2027 Notes on or after April 15, 2024 at redemption prices set forth in the 2027 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to April 15, 2024, the Company may redeem up to 35.0% of the aggregate principal amount of the 2027 Notes at a redemption price equal to 105.50%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2027 Notes prior to April 15, 2024, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2027 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

*2025 and 2028 Senior Unsecured Notes*

On October 2, 2020, the Company issued $500 million in aggregate principal amount of 5.625% senior unsecured notes due October 1, 2025 (the "2025 Notes") and $600 million aggregate principal amount of 5.875% senior unsecured notes due October 1, 2028 (the "2028 Notes" and, collectively, the "2025 and 2028 Notes"). The 2025 and 2028 Notes were newly issued under separate indentures (the "2025 Indenture" and "2028 Indenture", respectively), each dated as of October 2, 2020, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2025 and 2028 Notes is payable semi-annually on April 1 and October 1 of each year, beginning on April 1, 2021. The 2025 and 2028 Notes mature on October 1, 2025 and October 1, 2028, respectively, unless earlier repurchased or

18

redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed for inventory, finance receivables, or securitization facilities and immaterial subsidiaries).

The Company may redeem some or all of the 2025 Notes on or after October 1, 2022 at redemption prices set forth in the 2025 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2022, the Company may redeem up to 35.0% of the aggregate principal amount of the 2025 Notes at a redemption price equal to 105.625%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2025 Notes prior to October 1, 2022, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2025 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

The Company may redeem some or all of the 2028 Notes on or after October 1, 2023 at redemption prices set forth in the 2028 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2023, the Company may redeem up to 35.0% of the aggregate principal amount of the 2028 Notes at a redemption price equal to 105.875%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2028 Notes prior to October 1, 2023, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2028 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

In connection with the issuance of the 2029 Notes, 2027 Notes, 2025 Notes and 2028 Notes, Carvana Group issued preferred units, which Carvana Co. purchased with its net proceeds from each issuance, as further discussed in Note 10 — Stockholders' Equity.

The Indentures contain restrictive covenants that limit the ability of the Company and certain of its subsidiaries to, among other things and subject to certain exceptions, incur additional debt or issue preferred stock, create new liens, make intercompany payments, pay dividends and make other distributions in respect of the Company's capital stock, redeem or repurchase the Company's capital stock or prepay subordinated indebtedness, make certain investments or certain other restricted payments, guarantee indebtedness, designate unrestricted subsidiaries, sell certain kinds of assets, enter into certain types of transactions with affiliates, and effect mergers or consolidations. Certain of these covenants will be suspended if the 2029 Notes, 2027 Notes, 2025 Notes, and 2028 Notes are assigned an investment grade rating from any two of Moody's Investors Service, Inc., Standard & Poor's Rating Services, and Fitch Ratings, Inc., and there is no continuing default. As of September 30, 2021, the Company was in compliance with all covenants.

The outstanding principal of the Senior Notes, net of unamortized debt issuance costs, was approximately $2.4 billion and $1.1 billion as of September 30, 2021 and December 31, 2020, respectively, and is included in long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*2023 Senior Unsecured Notes*

On September 21, 2018, the Company issued an aggregate of $350 million in senior unsecured notes due 2023 (the "2023 Original Notes") under an indenture entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee (the "2023 Indenture"). On May 24, 2019, the Company issued $250 million in aggregate principal amount of additional notes (the "2023 Additional Notes") under the Indenture, at a 100.5% premium. The 2023 Original Notes and 2023 Additional Notes (together the "2023 Notes") were treated as a single class for all purposes and had the same terms. The 2023 Notes accrued interest at a rate of 8.875% per annum, which was payable semi-annually in arrears on April 1 and October 1 of each year.

In connection with the issuance of the 2023 Notes, Carvana Group amended its LLC Agreement to create a class of non-convertible preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2023 Notes, as further discussed in Note 10 — Stockholders' Equity.

On October 2, 2020, the Company used approximately $627 million of the proceeds from the issuance of its 2025 and 2028 Notes, described above, to redeem in full the $600 million aggregate principal amount of its 2023 Notes by exercising its option to redeem all of the 2023 Notes at the redemption price set forth in the 2023 Indenture, plus accrued interest. The Company

19

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

incurred approximately $34 million of debt extinguishment costs, including approximately $27 million of redemption premium and approximately $7 million related to derecognizing unamortized debt issuance costs and premium.

*Notes Payable*

The Company has entered into promissory note and disbursement agreements to finance certain equipment for its transportation fleet and building improvements. The assets financed with the proceeds from these notes serve as the collateral for each note and certain security agreements related to these assets have cross collateralization and cross default provisions with respect to one another. Each note has a fixed annual interest rate, a two- to five-year term and requires monthly payments. As of September 30, 2021 and December 31, 2020, the outstanding principal of these notes had a weighted-average interest rate of 7.0% and 7.1%, respectively, and totaled approximately $14 million and $25 million, respectively, net of unamortized debt issuance costs, of which approximately $11 million and $17 million as of September 30, 2021 and December 31, 2020, respectively, was due within the next twelve months and is included in current portion of long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*Real Estate Financing*

The Company finances certain purchases and construction of its property and equipment through various sale and leaseback transactions. As of September 30, 2021, none of these transactions have qualified for sale accounting due to meeting the criteria for finance leases, or forms of continuing involvement, such as repurchase options or renewal periods that extend the lease for substantially all of the asset's remaining useful life, and are therefore accounted for as financing transactions. These arrangements require monthly payments and have initial terms of 20 to 25 years. Some of the agreements are subject to renewal options of up to 25 years and some are subject to base rent increases throughout the term. As of September 30, 2021 and December 31, 2020, the outstanding liability associated with these sale and leaseback arrangements, net of unamortized debt issuance costs, was approximately $420 million and $385 million, respectively, and was included in long-term debt in the accompanying unaudited condensed consolidated balance sheets.

*Financing of Beneficial Interests in Securitizations*

As discussed in Note 8 — Securitizations and Variable Interest Entities, the Company has retained certain beneficial interests in securitizations pursuant to the Company's obligations as a sponsor under Risk Retention Rules. Beginning in June 2019, the Company entered into secured borrowing facilities through which it finances certain retained beneficial interests in securitizations whereby the Company sells such interests and agrees to repurchase them for their fair value at a stated time of repurchase.

As of September 30, 2021 and December 31, 2020, the Company has pledged approximately $199 million and $81 million, respectively, of its beneficial interests in securitizations as collateral under the repurchase agreements with expected repurchases ranging from July 2024 to September 2028. The securitization trusts distribute payments related to the Company's pledged beneficial interests in securitizations directly to the lenders, which reduces the beneficial interests in securitizations and the related debt balance. Pledged collateral levels are monitored daily and are generally maintained at an agreed-upon percentage of the fair value of the amounts borrowed during the life of the transactions. In the event of a decline in the fair value of the pledged collateral, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The outstanding balance of these facilities, net of unamortized debt issuance costs, was approximately $197 million and $79 million as of September 30, 2021 and December 31, 2020, respectively, of which approximately $22 million was included in current portion of long-term debt in the accompanying unaudited condensed consolidated balance sheets as of each date.

**NOTE 10 — STOCKHOLDERS' EQUITY**

**Organizational Transactions**

Carvana Co.'s amended and restated certificate of incorporation, among other things authorizes (i) 50 million shares of Preferred Stock, par value $0.01 per share, (ii) 500 million shares of Class A common stock, par value $0.001 per share, and (iii) 125 million shares of Class B common stock, par value $0.001 per share. Each share of Class A common stock generally entitles its holder to one vote on all matters to be voted on by stockholders. Each share of Class B common stock held by Ernest Garcia II, Ernest Garcia III, and entities controlled by one or both of them (collectively the "Garcia Parties") generally entitles

20

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

its holder to ten votes on all matters to be voted on by stockholders, for so long as the Garcia Parties maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Carvana Co.'s Class A common stock, determined on an as-exchanged basis, assuming that all of the Class A Units and Class B Units were exchanged for Class A common stock. All other shares of Class B common stock generally entitle their holders to one vote per share on all matters to be voted on by stockholders. Holders of Class B common stock are not entitled to receive dividends and would not be entitled to receive any distributions upon the liquidation, dissolution or winding down of the Company. Holders of Class A and Class B common stock vote together as a single class on all matters presented to stockholders for their vote or approval, except as otherwise required by applicable law.

Carvana Group's amended and restated LLC Agreement provides for two classes of common ownership interests in Carvana Group: (i) Class A Units and (ii) Class B Units (together, the "LLC Units"). Carvana Co. is required to, at all times, maintain (i) a four-to-five ratio between the number of shares of Class A common stock issued and outstanding by Carvana Co. and the number of Class A Units owned by Carvana Co. (subject to certain exceptions for treasury shares and shares underlying certain convertible or exchangeable securities and subject to adjustment as set forth in the exchange agreement (the "Exchange Agreement") further discussed below, and taking into account Carvana Co. Sub, LLC's 0.1% ownership interest in Carvana, LLC) and (ii) a four-to-five ratio between the number of shares of Class B common stock owned by the original holders of LLC units prior to the IPO (the "Original LLC Unitholders") and the number of Class A Units owned by the Original LLC Unitholders. The Company may issue shares of Class B common stock only to the extent necessary to maintain these ratios. Shares of Class B common stock are transferable only if an Original LLC Unitholder elects to exchange them, together with 1.25 times as many LLC Units, for consideration from the Company. Such consideration from the Company can be, at the Company's election, either shares of Class A common stock or cash.

As of September 30, 2021 and December 31, 2020, there were approximately 216 million and 215 million Class A Units, respectively, and 3 million Class B Units, for both periods presented, (as adjusted for the participation thresholds and closing price of Class A common stock on September 30, 2021 and December 31, 2020), issued and outstanding. As discussed in Note 12 — Equity-Based Compensation, Class B Units were issued under the Company's LLC Equity Incentive Plan (the "LLC Equity Incentive Plan") and are subject to a participation threshold, and are earned over the requisite service period.

**Equity Offerings**

On April 1, 2020, the Company completed a registered direct offering to investors of approximately 13.3 million shares of its Class A common stock at an offering price of $45.00 per share and received net proceeds from the offering of approximately $600 million. Ernest Garcia II, through Verde, and Ernest Garcia III each invested approximately $25 million or approximately 0.6 million shares of the Class A common stock, in the offering. The Company used the net proceeds to purchase approximately 16.7 million newly-issued LLC Units in Carvana Group.

On May 21, 2020, the Company completed a public equity offering of 5 million shares of its Class A common stock at an offering price of $92.00 per share and received net proceeds from the offering of approximately $459 million. The Company used the net proceeds to purchase approximately 6.3 million newly-issued LLC Units in Carvana Group.

**Exchange Agreement**

Carvana Co. and the Original LLC Unitholders together with any holders of LLC Units issued subsequent to the IPO (together, the "LLC Unitholders") entered into an Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to (i) conversion ratio adjustments for stock splits, stock dividends, reclassifications and similar transactions, (ii) vesting for certain LLC Units, and (iii) the respective participation threshold for Class B Units. To the extent such owners also hold Class B common stock, they are required to deliver to Carvana Co. a number of shares of Class B common stock equal to the number of shares of Class A common stock being exchanged for. Any shares of Class B common stock so delivered are canceled. The number of exchangeable Class B Units is determined based on the value of Carvana Co.'s Class A common stock and the applicable participation threshold.

During the three months ended September 30, 2021 and 2020, certain LLC Unitholders exchanged approximately 3 million and less than 1 million LLC Units and approximately 2 million and less than 1 million shares of Class B common stock for approximately 3 million and less than 1 million newly-issued shares of Class A common stock, respectively. During the nine months ended September 30, 2021 and 2020, certain LLC Unitholders exchanged approximately 11 million and 2 million LLC

21

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

Units and approximately 8 million and less than 1 million shares of Class B common stock for approximately 9 million and less than 1 million newly-issued shares of Class A common stock, respectively. Simultaneously, and in connection with these exchanges, Carvana Co. received approximately 3 million and 1 million LLC Units during the three months ended September 30, 2021 and 2020, respectively, and approximately 11 million and 2 million LLC Units during the nine months ended September 30, 2021 and 2020, respectively, increasing its total ownership interest in Carvana Group, and canceled the exchanged shares of Class B common stock.

**Class A Non-Convertible Preferred Units**

On October 2, 2018, Carvana Group, LLC amended its LLC Agreement to create a class of non-convertible preferred units (the "Class A Non-Convertible Preferred Units"), effective September 21, 2018. The Class A Non-Convertible Preferred Units were created in connection with Carvana Co.'s issuance of its Senior Notes, as discussed further and defined in Note 9 — Debt Instruments. On October 2, 2020, Carvana Group, LLC amended and restated its LLC Agreement to, among other things, authorize the issuance of 1.1 million Class A Non-Convertible Preferred Units to be sold to Carvana Co. in connection with the issuance of its 2025 and 2028 Notes and authorize the issuance of additional Class A Non-Convertible Preferred Units, in each case in consideration for the capital contribution made or deemed to have been made by Carvana Co. of the net proceeds of senior unsecured notes issuances. On March 29, 2021, Carvana Group, LLC issued 0.6 million Class A Non-Convertible Preferred Units in connection with the issuance of its 2027 Notes. On August 16, 2021, Carvana Group LLC issued approximately 0.8 million Class A Non-Convertible Preferred Units in connection with the issuance of its 2029 Notes. Carvana Co. used its net proceeds from the 2023 Notes, the 2025 and 2028 Notes the 2027 Notes, and the 2029 Notes, to purchase 0.6 million, 1.1 million, 0.6 million, and 0.8 million, respectively, of Class A Non-Convertible Preferred Units.

When Carvana Co. makes payments on the Senior Notes, Carvana Group makes an equal cash distribution, as necessary, to the Class A Non-Convertible Preferred Units. For each $1,000 principal amount of Senior Notes that Carvana Co. repays or otherwise retires, one Class A Non-Convertible Preferred Unit is canceled and retired. As discussed further in Note 9 — Debt Instruments, the Company redeemed its 2023 Notes on October 2, 2020 using a portion of its net proceeds from the issuance of its 2025 and 2028 Notes, at which point 0.6 million Class A Non-Convertible Preferred Units were canceled and retired.

**NOTE 11 — NON-CONTROLLING INTERESTS**

As discussed in Note 1 — Business Organization, Carvana Co. consolidates the financial results of Carvana Group and reports a non-controlling interest related to the portion of Carvana Group owned by the LLC Unitholders. Changes in the ownership interest in Carvana Group while Carvana Co. retains its controlling interest will be accounted for as equity transactions. Exchanges of LLC Units result in a change in ownership and reduce the amount recorded as non-controlling interests and increase additional paid-in capital.

Upon the issuance of shares of Class A common stock by Carvana Co. related to the Company's equity compensation plans such as the exercise of options, issuance of restricted or non-restricted stock, payment of bonuses in stock or settlement of stock appreciation rights in stock, Carvana Group is required to issue to Carvana Co. a number of Class A Units equal to 1.25 times the number of shares of Class A common stock being issued in connection with the exercise of such options or issuance of other types of equity compensation, subject to adjustment for stock splits, stock dividends, reclassifications and similar transactions. Activity related to the Company's equity compensation plans may result in a change in ownership which will impact the amount recorded as non-controlling interest and additional paid-in capital.

The non-controlling interest related to the Class B Units is determined based on the respective participation thresholds and the share price of Class A common stock on an as-converted basis. To the extent that the number of as-converted Class B Units change or Class B Units are forfeited, the resulting difference in ownership will be accounted for as equity transactions adjusting the non-controlling interest and additional paid-in capital.

During the nine months ended September 30, 2021 and 2020, the total adjustments related to exchanges of LLC Units were a decrease in non-controlling interests and a corresponding increase in additional paid-in capital of approximately $32 million and $6 million, respectively, which have been included in exchanges of LLC Units in the accompanying unaudited condensed consolidated statements of stockholders' equity. During the nine months ended September 30, 2020, Carvana Co. utilized its net proceeds from its equity offerings to purchase LLC Units, which resulted in adjustments to increase non-controlling interests and to decrease additional paid-in capital by approximately $643 million, which have been included in adjustment to non-controlling interests related to equity offerings in the accompanying unaudited condensed consolidated statements of

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

stockholders' equity.

As of September 30, 2021, Carvana Co. owned approximately 48.9% of Carvana Group with the LLC Unitholders owning the remaining 51.1%. The net loss attributable to the non-controlling interests on the accompanying unaudited condensed consolidated statements of operations represents the portion of the net loss attributable to the economic interest in Carvana Group held by the non-controlling LLC Unitholders calculated based on the weighted average non-controlling interests' ownership during the periods presented.

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| | (in millions) | |
| Transfers from (to) non-controlling interests: | | |
| Decrease as a result of issuances of Class A common stock | $  — | $  (643) |
| Increase as a result of exchanges of LLC Units | 32 | 6 |
| Total transfers from (to) non-controlling interests | $  32 | $  (637) |

**NOTE 12 — EQUITY-BASED COMPENSATION**

Equity-based compensation is recognized based on amortizing the grant-date fair value on a straight-line basis over the requisite service period, which is generally the vesting period of the award, less actual forfeitures. A summary of equity-based compensation recognized during the three and nine months ended September 30, 2021 and 2020 is as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| | (in millions) | | | |
| Class B Units | $  — | $  — | $  — | $  1 |
| Restricted Stock Units and Awards | 11 | 5 | 26 | 15 |
| Options | 3 | 2 | 8 | 5 |
| Class A Units | — | — | 1 | 1 |
| Total equity-based compensation | 14 | 7 | 35 | 22 |
| Equity-based compensation capitalized to property and equipment | (3) | (1) | (6) | (4) |
| Equity-based compensation capitalized to inventory | (1) | — | (1) | — |
| Equity-based compensation, net of capitalized amounts | $  10 | $  6 | $  28 | $  18 |

As of September 30, 2021, the total unrecognized compensation related to outstanding equity awards was approximately $103 million, which the Company expects to recognize over a weighted-average period of approximately 2.9 years. Total unrecognized equity-based compensation will be adjusted for actual forfeitures.

**2017 Omnibus Incentive Plan**

In connection with the IPO, the Company adopted the 2017 Omnibus Incentive Plan (the "2017 Incentive Plan"). Under the 2017 Incentive Plan, 14 million shares of Class A common stock are available for issuance, which the Company may grant as stock options, stock appreciation rights, restricted stock, restricted stock units and other stock-based awards to employees, directors, officers and consultants. The majority of equity granted by the Company vests over four year periods based on continued employment with the Company. As of September 30, 2021, approximately 10 million shares remain available for future equity award grants under this plan.

23

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Class A Units**

During 2018, the Company granted certain employees Class A Units with service-based vesting over two- to four-year periods and a grant-date fair value of $18.58 per Class A Unit. The grantees entered into the Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting.

**Class B Units**

In March 2015, Carvana Group adopted the LLC Equity Incentive Plan. Under the LLC Equity Incentive Plan, Carvana Group could grant Class B Units to eligible employees, non-employee officers, consultants and directors with service-based vesting, typically four- to five-years. In connection with the completion of the IPO, Carvana Group discontinued the grant of new awards under the LLC Equity Incentive Plan, however the LLC Equity Incentive Plan will continue in connection with administration of existing awards that remain outstanding. Grantees may receive shares of the Company's Class A common stock in exchange for their Class B Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting and the respective participation threshold for Class B Units. Class B Units do not expire. There were no Class B Units issued during the three and nine months ended September 30, 2021 or 2020. As of September 30, 2021, outstanding Class B Units had participation thresholds between $0.00 to $12.00.

**Employee Stock Purchase Plan**

In May 2021, the Company adopted an employee stock purchase plan (the "ESPP"). The ESPP allows substantially all employees, excluding members of senior management, to acquire shares of the Company's Class A common stock through payroll deductions over six-month offering periods. The per share purchase price is equal to 90% of the fair market value of a share of the Company's Class A common stock on the last day of the offering period. Participant purchases are limited to a maximum of $10,000 of stock per calendar year. The Company is authorized to grant up to 0.5 million shares of Class A common stock under the ESPP. As of September 30, 2021, the Company has not issued any shares of Class A common stock and recognized less than $1 million of equity-based compensation expense related to the ESPP for both the three and nine months ended September 30, 2021.

**NOTE 13 — NET LOSS PER SHARE**

Basic and diluted net loss per share is computed by dividing the net loss attributable to Class A common stockholders by the weighted-average shares of Class A common stock outstanding during the period. Diluted net loss per share is computed by giving effect to all potentially dilutive shares. For all periods presented, potentially dilutive shares are excluded from diluted net loss per share because they have an anti-dilutive impact.

24

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

The following table presents the calculation of basic and diluted net loss per share during the three and nine months ended September 30, 2021 and 2020:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| | (in millions, except number of shares, which are reflected in thousands, and per share amounts) | | | |
| **Numerator:** | | | | |
| Net loss | $ (68) | $ (18) | $ (105) | $ (308) |
| Net loss attributable to non-controlling interests | (36) | (11) | (59) | (200) |
| Net loss attributable to Carvana Co. Class A common stockholders, basic and diluted | $ (32) | $ (7) | $ (46) | $ (108) |
| **Denominator:** | | | | |
| Weighted-average shares of Class A common stock outstanding | 84,815 | 70,064 | 81,468 | 62,350 |
| Nonvested weighted-average restricted stock awards | (36) | (59) | (41) | (106) |
| Weighted-average shares of Class A common stock outstanding, basic and diluted | 84,779 | 70,005 | 81,427 | 62,244 |
| Net loss per share of Class A common stock, basic and diluted | $ (0.38) | $ (0.10) | $ (0.56) | $ (1.73) |

Shares of Class B common stock do not share in the earnings or losses of the Company and are therefore not participating securities. As such, separate presentation of basic and diluted net loss per share of Class B common stock under the two-class method has not been presented.

The following table presents potentially dilutive securities, as of the end of the period, excluded from the computations of diluted net loss per share of Class A common stock for the three and nine months ended September 30, 2021 and 2020.

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| | (in thousands) | | | |
| Options [1] | 1,101 | 1,107 | 1,101 | 1,107 |
| Restricted Stock Units and Awards [1] | 688 | 719 | 710 | 785 |
| Class A Units [2] | 87,912 | 101,313 | 91,060 | 101,347 |
| Class B Units [2] | 2,150 | 3,093 | 2,271 | 3,560 |

(1) Represents number of instruments outstanding at the end of the period that were evaluated under the treasury stock method for potentially dilutive effects and were determined to be anti-dilutive.
(2) Represents the weighted-average as-converted LLC units that were evaluated under the if-converted method for potentially dilutive effects and were determined to be anti-dilutive.

**NOTE 14 — INCOME TAXES**

As described in Note 1 — Business Organization and Note 10 — Stockholders' Equity, as a result of the IPO, Carvana Co. began consolidating the financial results of Carvana Group. Carvana Group is treated as a partnership for U.S. federal and most applicable state and local income tax purposes. As a partnership, Carvana Group is not subject to U.S. federal and certain state and local income taxes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. was formed on November 29, 2016 and did not engage in any operations prior to the IPO. Carvana Co. is taxed as a

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

corporation and is subject to U.S. federal, state, and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co.

As described in Note 10 — Stockholders' Equity, the Company acquired approximately 3 million and 1 million LLC Units during the three months ended September 30, 2021 and 2020, respectively, and approximately 11 million and 2 million LLC Units during the nine months ended September 30, 2021 and 2020, respectively, in connection with exchanges with LLC Unitholders. During the three months ended September 30, 2021 and 2020, the Company recorded a gross deferred tax asset of approximately $199 million and $47 million, respectively, and approximately $641 million and $56 million during the nine months ended September 30, 2021 and 2020, respectively, associated with the basis difference in its investment in Carvana Group related to the acquisition of these LLC Units which is reflected as an increase to additional paid-in capital in the accompanying unaudited condensed consolidated statements of stockholders' equity.

As described in Note 10 — Stockholders' Equity, during the nine months ended September 30, 2020, Carvana Co. purchased a total of approximately 23 million newly issued LLC Units of Carvana Group in connection with a direct offering and a public equity offering. During the nine months ended September 30, 2020, the Company recognized a gross deferred tax asset of approximately $14 million associated with a portion of the basis difference resulting from this purchase of LLC Units which is reflected as an increase to additional paid-in capital in the accompanying unaudited condensed consolidated statements of stockholders' equity.

As described in Note 4 — Goodwill and Intangible Assets, Net, the Company acquired various intangible assets in connection with the acquisition of Car360 in 2018. As a result, the Company recognized a deferred tax liability of approximately $2 million which is reflected within other liabilities in the accompanying unaudited condensed consolidated balance sheets. The deferred tax liability will be amortized over five to seven years and less than $1 million was amortized during each of the nine months ended September 30, 2021 and 2020.

During the nine months ended September 30, 2021, management performed an assessment of the recoverability of deferred tax assets. Management determined, based on the accounting standards applicable to such assessment, that there was sufficient negative evidence as a result of the Company's cumulative losses to conclude it was more likely than not that its deferred tax assets would not be realized and has recorded a full valuation allowance against its deferred tax assets. In the event that management was to determine that the Company would be able to realize its deferred tax assets in the future in excess of their net recorded amount, an adjustment to the valuation allowance would be made which would reduce the provision for income taxes.

The Company recognizes uncertain income tax positions when it is more-likely-than-not the position will be sustained upon examination. As of September 30, 2021 and December 31, 2020, the Company has not identified any uncertain tax positions and has not recognized any related reserves.

The Company's effective tax rate for the three months ended September 30, 2021 and 2020 was an expense of 0.3% and 0.4%, respectively, and for the nine months ended September 30, 2021 and 2020 was an expense of 0.2% and a benefit 0.1%, respectively.

**Tax Receivable Agreement**

Carvana Co. expects to obtain an increase in its share of the tax basis in the net assets of Carvana Group when LLC Units are exchanged by the LLC Unitholders and other qualifying transactions. As described in Note 10 — Stockholders' Equity, each change in outstanding shares of Class A common stock results in a corresponding increase or decrease in Carvana Co.'s ownership of LLC Units. The Company intends to treat any exchanges of LLC Units as direct purchases of LLC interests for U.S. federal income tax purposes. These increases in tax basis may reduce the amounts that Carvana Co. would otherwise pay in the future to various taxing authorities. They may also decrease gains (or increase losses) on future dispositions of certain capital assets to the extent tax basis is allocated to those capital assets.

In connection with the IPO, the Company entered into a Tax Receivable Agreement ("TRA"). Under the TRA, the Company generally will be required to pay to the Original LLC Unitholders 85% of the amount of cash savings, if any, in U.S. federal, state or local tax that the Company actually realizes directly or indirectly (or are deemed to realize in certain circumstances) as a result of (i) certain tax attributes created as a result of any sales or exchanges (as determined for U.S. federal income tax purposes) to or with the Company of their interests in Carvana Group for shares of Carvana Co.'s Class A

26

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

common stock or cash, including any basis adjustment relating to the assets of Carvana Group and (ii) tax benefits attributable to payments made under the TRA (including imputed interest). The Company expects to benefit from the remaining 15% of any tax benefits that it may actually realize. To the extent that the Company is unable to timely make payments under the TRA for any reason, such payments generally will be deferred and will accrue interest until paid.

If the Internal Revenue Service or a state or local taxing authority challenges the tax basis adjustments that give rise to payments under the TRA and the tax basis adjustments are subsequently disallowed, the recipients of payments under the agreement will not reimburse the Company for any payments the Company previously made to them. Any such disallowance would be taken into account in determining future payments under the TRA and would, therefore, reduce the amount of any such future payments. Nevertheless, if the claimed tax benefits from the tax basis adjustments are disallowed, the Company's payments under the TRA could exceed its actual tax savings, and the Company may not be able to recoup payments under the TRA that were calculated on the assumption that the disallowed tax savings were available.

The TRA provides that if (i) certain mergers, asset sales, other forms of business combinations, or other changes of control were to occur, (ii) there is a material breach of any material obligations under the TRA; or (iii) the Company elects an early termination of the TRA, then the TRA will terminate and the Company's obligations, or the Company's successor's obligations, under the TRA will accelerate and become due and payable, based on certain assumptions, including an assumption that the Company would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the TRA and that any LLC Units that have not been exchanged are deemed exchanged for the fair market value of the Company's Class A common stock at the time of termination.

As of September 30, 2021, the Company has concluded based on applicable accounting standards, that it was more likely than not that its deferred tax assets subject to the TRA would not be realized; therefore, the Company has not recorded a liability related to the tax savings it may realize from utilization of such deferred tax assets. As of September 30, 2021, the total unrecorded TRA liability is approximately $1.3 billion. If utilization of the deferred tax assets subject to the TRA becomes more likely than not in the future, the Company will record a liability related to the TRA which will be recognized as expense within its consolidated statements of operations.

## NOTE 15 — LEASES

The Company is party to various lease agreements for real estate and transportation equipment. For each lease agreement, the Company determines its lease term as the non-cancellable period of the lease and includes options to extend or terminate the lease when it is reasonably certain that it will exercise that option. The Company also assesses whether each lease is an operating or finance lease at the lease commencement date. Rent expense of operating leases is recognized on a straight-line basis over the lease term and includes scheduled rent increases as well as amortization of tenant improvement allowances.

**Operating Leases**

As of September 30, 2021, the Company is a tenant under various operating leases related to certain of its hubs, vending machines, IRCs, storage, parking and corporate offices. The initial terms expire at various dates between 2021 and 2032. Many of the leases include one or more renewal options ranging from one to twenty years and some contain purchase options.

In September 2021, the Company entered into a lease for additional corporate office space in Atlanta, Georgia. The lessor granted the Company access to a portion of the space during September 2021, and the landlord is expected to deliver access to the remainder of the space by February 2022. The initial lease term is for approximately 10 years with one option to renew the lease through May 1, 2037. The undiscounted future minimum lease payments for the portion of the lease that has not yet commenced is approximately $162 million over the initial term.

Also in September 2021, the Company entered into a lease for additional corporate office space in Los Angeles, California, which has not yet commenced. The initial lease term is for approximately 12 years with two five-year renewal options. The lease has total undiscounted future minimum lease payments of approximately $51 million over the initial lease term. Payments

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

will commence when the Company gains beneficial access to the leased asset. The commencement date is expected to occur in 2022.

The Company's operating leases are included in operating lease right-of-use assets, other current liabilities, and operating lease liabilities on the accompanying unaudited condensed consolidated balance sheets.

Refer to Note 6 — Related Party Transactions for further discussion of operating leases with related parties.

**Finance Leases**

The Company has finance leases for certain equipment in its transportation fleet. The leases have initial terms of two to five years, some of which include extension options for up to four additional years, and require monthly payments. The Company's finance leases are included in long-term debt on the accompanying unaudited condensed consolidated balance sheets.

**Lease Costs and Activity**

The Company's lease costs and activity during the three and nine months ended September 30, 2021 and 2020 were as follows:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2021 | | 2020 | |
| | | | | (in millions) | | | | |
| **Lease costs:** | | | | | | | | |
| Finance leases: | | | | | | | | |
| Amortization of finance lease assets | $ | 11 | $ | 4 | $ | 26 | $ | 11 |
| Interest obligations under finance leases | | 2 | | 1 | | 5 | | 3 |
| Total finance lease costs | $ | 13 | $ | 5 | $ | 31 | $ | 14 |
| | | | | | | | | |
| Operating leases: | | | | | | | | |
| Fixed lease costs to non-related parties | $ | 14 | $ | 8 | $ | 35 | $ | 21 |
| Fixed lease costs to related parties | | 1 | | 2 | | 4 | | 6 |
| Variable short-term lease costs to related parties | | 1 | | 1 | | 1 | | 1 |
| Total operating lease costs | $ | 16 | $ | 11 | $ | 40 | $ | 28 |
| | | | | | | | | |
| **Cash payments related to lease liabilities included in operating cash flows:** | | | | | | | | |
| Operating lease liabilities to non-related parties | | | | | $ | 23 | $ | 12 |
| Operating lease liabilities to related parties | | | | | $ | 4 | $ | 6 |
| Interest payments on finance lease liabilities | | | | | $ | 5 | $ | 3 |
| | | | | | | | | |
| **Cash payments related to lease liabilities included in financing cash flows:** | | | | | | | | |
| Principal payments on finance lease liabilities | | | | | $ | 35 | $ | 13 |

28

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Maturity Analysis of Lease Liabilities**

The following table summarizes maturities of lease liabilities as of September 30, 2021:

| | Finance Leases | Operating Leases [1] Related Party [2] | Non-Related Party | Total Operating | Total |
|---|---|---|---|---|---|
| | | (in millions) | | | |
| Remainder of 2021 | $         13 | $          1 | $          12 | $          13 | $          26 |
| 2022 | 46 | 5 | 46 | 51 | 97 |
| 2023 | 43 | 5 | 42 | 47 | 90 |
| 2024 | 34 | 4 | 36 | 40 | 74 |
| 2025 | 25 | 3 | 35 | 38 | 63 |
| Thereafter | 13 | 6 | 218 | 224 | 237 |
| Total minimum lease payments | 174 | 24 | 389 | 413 | 587 |
| Less: amount representing interest | (17) | (5) | (120) | (125) | (142) |
| Total lease liabilities | $        157 | $         19 | $         269 | $         288 | $         445 |

(1) Leases that are on a month-to-month basis, short-term leases, and lease extensions that the Company does not expect to exercise are not included.
(2) Related party lease payments exclude rent payments due under the DriveTime Lease Agreement and the DriveTime Hub Lease Agreement for locations where the Company shares space with DriveTime, as those are variable lease payments contingent upon the Company's utilization of the leased assets.

As of September 30, 2021 and December 31, 2020, none of the Company's lease agreements contain material residual value guarantees or material restrictive covenants.

**Lease Terms and Discount Rates**

The weighted-average remaining lease terms and discount rates as of September 30, 2021 and 2020 were as follows, excluding short-term operating leases:

| | As of September 30, | |
|---|---|---|
| | 2021 | 2020 |
| **Weighted-average remaining lease terms (years)** | | |
| Operating leases | 9.2 | 10.6 |
| Finance leases | 4.4 | 4.3 |
| **Weighted-average discount rate** | | |
| Operating leases | 7.5 % | 8.3 % |
| Finance leases | 5.4 % | 5.3 % |

**NOTE 16 — COMMITMENTS AND CONTINGENCIES**

**Accrued Limited Warranty**

As part of its retail strategy, the Company provides a 100-day or 4,189-mile limited warranty to customers to repair certain broken or defective components of each used vehicle sold. As such, the Company accrues for such repairs based on actual claims incurred to-date and repair reserves based on historical trends. The liability was approximately $18 million and $11 million as of September 30, 2021 and December 31, 2020, respectively, and is included in accounts payable and other accrued liabilities in the accompanying unaudited condensed consolidated balance sheets.

29

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Legal Matters**

From time to time, the Company is involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, the Company does not believe that the ultimate resolution of these actions will have a material adverse effect on its financial position, results of operations, liquidity and capital resources.

Future litigation may be necessary to defend the Company and its partners by determining the scope, enforceability and validity of third party proprietary rights or to establish its proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on the Company because of defense and settlement costs, diversion of management resources and other factors.

**NOTE 17 — FAIR VALUE OF FINANCIAL INSTRUMENTS**

The Company holds certain assets that are required to be measured at fair value on a recurring basis, and beneficial interests in securitizations for which it elected the fair value option. A description of the fair value hierarchy and the Company's methodologies are included in Note 2 — Summary of Significant Accounting Policies.

The following tables are a summary of fair value measurements and hierarchy level at September 30, 2021 and December 31, 2020:

| | September 30, 2021 | | | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Level 1 | Level 2 | Level 3 |
| | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [1] | $ 1 | $ 1 | $ — | $ — |
| Beneficial interests in securitizations | 312 | — | 65 | 247 |

| | December 31, 2020 | | | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Level 1 | Level 2 | Level 3 |
| | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [1] | $ 308 | $ 308 | $ — | $ — |
| Beneficial interests in securitizations | 131 | — | — | 131 |

(1) Consists of highly liquid investments with original maturities of three months or less and classified in cash and cash equivalents in the accompanying unaudited condensed consolidated balance sheets.

As of September 30, 2021 and December 31, 2020, the Company has purchase price adjustment receivables of approximately $31 million and $14 million, respectively, which are carried at fair value and classified as other assets in the accompanying unaudited condensed consolidated balance sheets. Under the MPSA, the purchaser will make future cash payments to the Company based on the performance of the finance receivables sold. The fair value of the purchase price adjustment receivables are determined based on the extent to which the Company's estimated performance of the underlying finance receivables exceeds a mutually agreed upon performance threshold of the underlying finance receivables as of measurement dates specified in the MPSA. The Company develops its estimate of future cumulative losses based on the historical performance of finance receivables it originated with similar characteristics as well as general macro-economic trends. The Company then utilizes a discounted cash flow model to calculate the present value of the expected future payment amounts. Due to the lack of observable market data these receivables are classified as Level 3. The adjustments to the fair value of the purchase price adjustment receivables were a gain of approximately $3 million during each of the three months ended September 30, 2021 and 2020, and a gain of approximately $17 million and loss of approximately $2 million during the nine months ended September 30, 2021 and 2020, respectively, and are reflected in other (income) expense, net in the accompanying unaudited condensed consolidated statements of operations.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**Beneficial Interests in Securitizations**

Beneficial interests in securitizations include notes and certificates of the securitization trusts, the same securities as issued to other investors as described in Note 8 — Securitizations and Variable Interest Entities. Beneficial interests in securitizations are initially treated as Level 2 assets when the securitization transaction occurs in close proximity to the end of the period and there is a lack of observable changes in the economic inputs. When the securitization transaction does not occur in close proximity to the end of the period and there have been observable changes in the economic inputs, beneficial interests in securitizations are classified as Level 3.

The Company's beneficial interests in securitizations include rated notes and certificates and other assets, all of which are classified as Level 3 due to the lack of observable market data. The Company determines the fair value of its rated notes based on non-binding broker quotes. The non-binding broker quotes are based on models that consider the prevailing interest rates, recent market transactions, and current business conditions. The Company determines the fair value of its certificates and other assets using a combination of non-binding market quotes and internally developed discounted cash flow models. The discounted cash flow models use discount rates based on prevailing interest rates and the characteristics of the specific instruments. As of September 30, 2021 and December 31, 2020, the discount rates were 0.9% to 10.0% and 1.4% to 10.0%, respectively. Significant increases or decreases in the inputs to the models could result in a significantly higher or lower fair value measurement. The Company elected the fair value option on its beneficial interests in securitizations, which allows it to recognize changes in the fair value of these assets in the period the fair value changes. Changes in the fair value of the beneficial interests in securitizations are reflected in other (income) expense, net in the accompanying unaudited condensed consolidated statements of operations.

For beneficial interests in securitizations measured at fair value on a recurring basis, the Company's transfers between levels of the fair value hierarchy are deemed to have occurred at the beginning of the reporting period on a quarterly basis. During the nine months ended September 30, 2020, the Company transferred beneficial interests acquired as part of the December 2019 securitization transaction initially classified as Level 2 from Level 2 to Level 3. The assets were initially classified as Level 2 due to the transactions' proximity to the end of each respective reporting period and the lack of observable changes in economic inputs. As noted above, the Company uses significant unobservable inputs to measure the fair value of these assets on a recurring basis, thus they will be classified as Level 3 in future periods. There were no transfers out of Level 3 during the three and nine months ended September 30, 2021 or 2020.

The following table presents additional information about Level 3 beneficial interests in securitizations measured at fair value on a recurring basis for the three and nine months ended September 30, 2021 and 2020:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2021 | 2020 | 2021 | 2020 |
| | (in millions) | | | |
| **Opening Balance** | $ 239 | $ 117 | $ 131 | $ 69 |
| Transfers into Level 3 | — | — | — | 29 |
| Received in securitization transactions | 33 | — | 170 | 40 |
| Cash receipts | (27) | (12) | (60) | (30) |
| Change in fair value | 2 | 7 | 6 | 4 |
| **Ending Balance** | $ 247 | $ 112 | $ 247 | $ 112 |

**Fair Value of Financial Instruments**

The carrying amounts of restricted cash, accounts receivable, accounts payable and accrued liabilities, and accounts payable to related party approximate fair value because their respective maturities are less than three months. The carrying value of the short-term revolving facilities were determined to approximate fair value due to their short-term duration and variable interest rates that approximate prevailing interest rates as of each reporting period. The carrying value of notes payable and sale leasebacks were determined to approximate fair value as each of the transactions were entered into at prevailing interest rates during each respective period and they have not materially changed as of or during the periods ended September 30, 2021 and December 31, 2020. The carrying value of the financing of beneficial interests in securitizations was

31

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

determined to approximate fair value because in the event of a decline in the fair value of the pledged collateral of the financing, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The fair value of the Senior Notes, which are not carried at fair value on the accompanying unaudited condensed consolidated balance sheets, was determined using Level 2 inputs based on quoted market prices for the identical liability. The fair value of the Senior Notes as of September 30, 2021 and December 31, 2020 was as follows:

|  | September 30, 2021 | | December 31, 2020 |
|---|---|---|---|
|  | (in millions) | | |
| Carrying value, net of unamortized debt issuance costs | $ | 2,421 | $ | 1,083 |
| Fair value |  | 2,469 |  | 1,121 |

The fair value of finance receivables, which are not carried at fair value on the accompanying unaudited condensed consolidated balance sheets, was determined utilizing the estimated sales price based on the historical experience of the Company. Such fair value measurement of the finance receivables, net is considered Level 2 under the fair value hierarchy. The carrying value and fair value of the finance receivables as of September 30, 2021 and December 31, 2020 were as follows:

|  | September 30, 2021 | | December 31, 2020 |
|---|---|---|---|
|  | (in millions) | | |
| Carrying value | $ | 368 | $ | 275 |
| Fair value |  | 404 |  | 300 |

**Derivative Instruments**

As of September 30, 2021 and December 31, 2020, the Company had no outstanding derivative instruments.

32

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

**NOTE 18 — SUPPLEMENTAL CASH FLOW INFORMATION**

The following table summarizes supplemental cash flow information for the nine months ended September 30, 2021 and 2020:

|  | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2021 | | 2020 | |
|  | (in millions) | | | |
| **Supplemental cash flow information:** | | | | |
| Cash payments for interest, including $0 and $1, respectively, to related parties | $ | 82 | $ | 55 |
| **Non-cash investing and financing activities:** | | | | |
| Capital expenditures included in accounts payable and accrued liabilities | $ | 74 | $ | 34 |
| Property and equipment acquired under finance leases | $ | 81 | $ | 37 |
| Operating lease right-of-use assets obtained in exchange for operating lease liabilities | $ | 139 | $ | 52 |
| Equity-based compensation expense capitalized to property and equipment | $ | 6 | $ | 4 |
| Fair value of beneficial interests received in securitization transactions | $ | 235 | $ | 40 |
| Reductions of beneficial interests in securitizations and associated long-term debt | $ | 22 | $ | 21 |
| Fair value of purchase price adjustment receivables received from sales of finance receivables | $ | — | $ | 5 |
| Debt issuance costs included in accounts payable and accrued liabilities | $ | — | $ | 2 |

The following table provides a reconciliation of cash, cash equivalents, and restricted cash reported within the accompanying unaudited condensed consolidated balance sheets that sum to the total of the same amounts shown in the accompanying unaudited condensed consolidated statements of cash flows for all periods presented:

|  | September 30, 2021 | | December 31, 2020 | | September 30, 2020 | | December 31, 2019 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | (in millions) | | | | | | | |
| Cash and cash equivalents | $ | 297 | $ | 301 | $ | 174 | $ | 76 |
| Restricted cash [(1)] | | 107 | | 28 | | 22 | | 42 |
| Total cash, cash equivalents and restricted cash | $ | 404 | $ | 329 | $ | 196 | $ | 118 |

_____

(1) Amounts included in restricted cash primarily represent the deposits required under the Company's short-term revolving facilities. Refer to Note 9 — Debt Instruments for additional information. Remaining restricted cash represents certain cash held for corporate insurance purposes.

**NOTE 19 — SUBSEQUENT EVENTS**

**Investment in Root, Inc.**

On October 1, 2021, the Company purchased a combination of convertible preferred stock and warrants to acquire Class A common stock of Root, Inc. (a publicly traded company listed on the Nasdaq Global Select Market under the trading symbol ROOT, "Root") for approximately $126 million.

**Short-Term Revolving Facility**

On October 15, 2021, the Company and a subsidiary entered into an agreement with a new lender pursuant to which the lender agreed to provide a $350 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until April 15, 2023. The facility requires monthly payments of interest

33

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - (Continued)**
**(Unaudited)**

and fees based on usage and unused facility amounts. The subsidiary is a wholly-owned, special purpose entity whose assets are not available to the general creditors of the Company. The facility is self-amortizing from the end of the draw period until maturity, offers full prepayment rights, and has no credit sublimits or aging restrictions, subject to negotiated concentration limits.

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

*Unless the context requires otherwise, references in this report to "Carvana," the "Company," "we," "us," and "our" refer to Carvana Co. and its consolidated subsidiaries. The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided as a supplement to, and should be read in conjunction with, our audited consolidated financial statements, the accompanying notes and the MD&A included in our most recent Annual Report filed on Form 10-K, as well as our consolidated financial statements and the accompanying notes included in Part I, Item 1 of this Form 10-Q.*

**Overview**

Carvana is the leading e-commerce platform for buying and selling used cars. We are transforming the used car buying and selling experience by giving consumers what they want - a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Each element of our business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

Our business combines a comprehensive online sales experience with a vertically integrated supply chain that allows us to sell high-quality vehicles to our customers transparently and efficiently at a low price. Using our website, customers can complete all phases of a used vehicle purchase transaction. Specifically, our online sales experience allows customers to:

- ***Purchase a used vehicle.***   As of September 30, 2021, we listed approximately 56,000 total units on our website, where customers can select and purchase a vehicle, including arranging financing and signing contracts, directly from their desktop or mobile device. Selling used vehicles to retail customers is the primary driver of our business. Selling used vehicles generates revenue equal to the selling price of the vehicle, less an allowance for returns, and also enables multiple additional revenue streams, including vehicle service contracts ("VSCs"), GAP waiver coverage, and trade-ins.

- ***Finance their purchase.***   Customers can pay for their Carvana vehicle using cash, financing from other parties such as banks or credit unions, or financing with us using our proprietary loan origination platform. Customers who choose to apply for our in-house financing fill out a short prequalification form, select from a range of financing terms we provide and, if approved, apply the financing to their purchase in our online checkout process. We generally seek to sell the loans we originate to financing partners or pursuant to a securitization transaction and, in each case, we generally earn a premium upon sale.

- ***Protect their purchase.***   Customers have the option to protect their vehicle with a VSC as part of our online checkout process. VSCs provide customers with insurance against certain mechanical repairs after the expiration of their vehicle's original manufacturer warranty. We earn a fee for selling VSCs on behalf of DriveTime, who is the obligor under these VSCs. We generally have no contractual liability to customers for claims under these agreements. We also offer GAP waiver coverage to customers in most states in which we operate.

- ***Sell us their car.***   We allow our customers to trade-in a vehicle and apply the trade-in value to their purchase, or to sell us a vehicle independent of a purchase. Using our digital appraisal tool, customers can receive a firm offer for their vehicle nearly instantaneously from our site simply by answering a few questions about the vehicle condition and features. We generate trade-in offers using a proprietary valuation algorithm supported by extensive used vehicle market and customer-behavior data. When customers accept our offer, they can schedule a time to have the vehicle picked up at their home and receive payment, eliminating the need to visit a dealership or negotiate a private sale. We take their vehicles into inventory and sell them either at auction as a wholesale sale or through our website as a retail sale. Vehicles sold at auction typically do not meet the quality or condition standards required to be included in retail inventory displayed for sale on our website.

To enable a seamless customer experience, we have built a vertically-integrated used vehicle supply chain, supported by proprietary software systems and data.

- ***Vehicle acquisition.***   We primarily acquire our used vehicle inventory directly from customers when they trade in or sell us their vehicles and through the large and liquid national used-car auction market. Acquiring directly from customers eliminates auction fees and provides more diverse vehicles. The remainder of our inventory is acquired from vehicle finance and leasing companies, rental car companies, and other suppliers. We use proprietary algorithms to

35

determine which cars to bid on at auction and how much to bid. Our software sifts through over 100,000 vehicles per day and filters out vehicles with reported accidents, poor condition ratings, or other unacceptable attributes, and can evaluate the tens of thousands of potential vehicle purchases that remain per day, creating a competitive advantage versus in-person sourcing methods generally used by traditional dealerships. Once our algorithms have identified a suitable vehicle for purchase, bids are verified and executed by a centralized team of inventory-sourcing professionals. For vehicles sold to us through our website, we use proprietary algorithms to determine an appropriate offer. We assess vehicles on the basis of quality, inventory fit, consumer desirability, relative value, expected reconditioning costs, and vehicle location to identify what we believe represent the most in-demand and profitable vehicles to acquire for inventory. We utilize a broad range of data sources, including proprietary site data, and a variety of external data sources to support our assessments.

- *Inspection and reconditioning.*    Once we acquire a vehicle, we leverage our in-house logistics or a vendor to transport the vehicle to an inspection and reconditioning center ("IRC"), at which point the vehicle is entered into our inventory management system. We then begin a 150-point inspection process covering controls, features, brakes, tires, and cosmetics. Each IRC includes trained technicians, vehicle lifts, paint-less dent repair, and paint capabilities and receives on-site support from vendors with whom we have integrated systems to ensure ready access to parts and materials. When an inspection is complete, we estimate the necessary reconditioning cost for the vehicle to be deemed "Carvana Certified" and expected timing for that vehicle to be made available for sale on our website.

- *Photography and merchandising.*    To provide transparency to our customers, our patented, automated photo booths capture a 360-degree exterior and interior virtual tour of each vehicle in our website inventory. Our photo booths photograph the interior and exterior of the vehicle while technicians annotate material defects based on visibility-threshold category. We also feature integrations with various vehicle data providers for vehicle feature and option information. We have instituted a unified cosmetic standard across all IRCs to better ensure a consistent customer experience.

- *Transportation and fulfillment.*    Third-party vehicle transportation is often slow, expensive, and unreliable. To address these challenges, we built an in-house auto logistics network backed by a proprietary transportation management system ("TMS") to transport our vehicles nationwide. The system is based on a "hub and spoke" model, which connects all IRCs to vending machines and hubs via our owned and leased fleet of multi-car and single car haulers. Our TMS allows us to efficiently manage locations, routes, route capacities, trucks, and drivers while also dynamically optimizing for speed and cost. We store inventory primarily at the IRCs, and when a vehicle is sold, it is delivered directly to the customer or transported to a vending machine or certain hubs for pick-up by the customer. Due to our robust and proprietary logistics infrastructure, we are able to offer our customers and operations team highly accurate predictions of vehicle availability, minimizing unanticipated delays and ensuring a seamless and reliable customer experience.

## COVID-19 Update

In March 2020, the World Health Organization declared the novel coronavirus outbreak ("COVID-19") to be a global pandemic, and a number of state and local government authorities issued shelter in place and stay at home orders which negatively impacted our operations and the demand for used vehicles during the first half of 2020. During the second half of 2020 and continuing through September 2021, we have seen a recovery in general market conditions as demand for used vehicles has increased across our network, resulting in a 73.8% increase in used vehicle unit sales during the third quarter of 2021 compared to the third quarter of 2020. We have experienced and may continue to experience ongoing effects from COVID-19 such as production or other operational constraints that may negatively impact our operations and costs. However, we believe we have been relatively successful in navigating the impact of COVID-19 on our business to date and believe our business model positions us well to scale up and down to meet expected customer demand during and after the COVID-19 pandemic. We continue to evaluate the nature and extent of the impact to our business and our results of operations and financial condition as conditions evolve as a result of the COVID-19 pandemic.

## Used Vehicle Unit Sales

Since launching to customers in Atlanta, Georgia in January 2013, we have experienced rapid growth in sales through our website www.carvana.com. During the nine months ended September 30, 2021, the number of vehicles we sold to retail

36

customers grew by 81.6% to 312,221 compared to 171,939 in the nine months ended September 30, 2020. We expect our used vehicle sales to grow in future periods with increased penetration in our current markets and expansion into new ones.

We view the number of vehicles we sell to retail customers as the most important measure of our growth, and we expect to continue to focus on building a scalable platform to increase our retail units sold. This focus on retail units sold is motivated by several factors:

- Retail units sold enable multiple revenue streams, including the sale of the vehicle itself, the sale of automotive finance receivables originated to finance the vehicle, the sale of VSCs, the sale of GAP waiver coverage, and the sale of vehicles acquired from customers.

- Retail units sold are the primary driver of customer referrals and repeat sales. Each time we sell a vehicle to a new customer, that customer may refer future customers and can become a repeat buyer in the future.

- Retail units sold are an important driver of the average number of days between when we acquire the vehicle and when we sell it. Reducing average days to sale impacts gross profit on our vehicles because used vehicles depreciate over time.

- Retail units sold allow us to benefit from economies of scale due to our centralized online sales model. We believe our model provides meaningful operating leverage in acquisition, reconditioning, transport, customer service, and delivery.

We plan to invest in technology and infrastructure to support growth in retail units sold. This includes continued investment in our vehicle acquisition, reconditioning and logistics network, as well as continued investment in product development and engineering to deliver customers a best-in-class experience.

### Markets and Population Coverage

Our growth in retail units sold is driven by increased penetration in our existing markets and expansion into new markets. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers with a Carvana employee in a branded delivery truck. We define our population coverage as the percentage of U.S. population that lives within those markets. Opening a new market involves hiring a team of customer advocates, connecting the market to our existing logistics network and initiating local advertising. As a market scales, we may elect to build a vending machine in the market to further increase customer awareness and enhance our fulfillment operations.

Our expansion model has enabled us to increase our rate of market openings, resulting in serving more of the U.S. population, in each of the past eight years. Our market openings since September 30, 2020 increased the total percentage of the U.S. population served to 80.6% in 308 markets as of September 30, 2021 from 73.2% in 261 markets as of September 30, 2020. Over time, we have continually improved our market expansion playbook, which we believe provides us with the capability to efficiently execute our growth plan. We continually evaluate consumer demand and our operational capacity to determine our market opening and vending machine launch strategy.

When we open a market, we commence advertising using a blend of brand and direct advertising channels. Our advertising spend in each market is approximately proportionate to each market's population, subject to adjustments based on specific characteristics of the market, used vehicle market seasonality, and special events such as vending machine openings. This historically has led to increased market penetration over time following the market opening. We also advertise on national television to increase brand awareness.

### Revenue and Gross Profit

Our increased penetration in existing markets and expansion into new markets has led to growth in retail unit sales. We generate revenue on retail units sold from four primary sources: the sale of the vehicles, gains on the sales of loans originated to finance the vehicles, wholesale sales of vehicles we acquire from customers, and sales of ancillary products such as VSCs and GAP waiver coverage.

Our largest source of revenue, used vehicle sales, totaled $2.7 billion and $1.3 billion during the three months ended September 30, 2021 and 2020, respectively, and $7.0 billion and $3.2 billion during the nine months ended September 30, 2021 and 2020, respectively. As we increase penetration in existing markets and expand to new ones, we expect used vehicle sales to

37

increase along with retail units sold. We generate gross profit on used vehicle sales from the difference between the retail selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Wholesale sales, which includes sales of trade-ins and other vehicles acquired from customers that do not meet the requirements for our retail inventory, totaled $552 million and $130 million during the three months ended September 30, 2021 and 2020, respectively, and $1.3 billion and $259 million during the nine months ended September 30, 2021 and 2020, respectively. We expect wholesale sales to increase with retail units sold through trade-ins and as we expand our program of acquiring vehicles from customers who wish to sell us a car independent of a retail sale. We generate gross profit on wholesale vehicle sales from the difference between the wholesale selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Other sales and revenues, which primarily includes gains on the sales of automotive finance receivables we originate, sales commission on VSCs and sales of GAP waiver coverage totaled $278 million and $125 million during the three months ended September 30, 2021 and 2020, respectively, and $758 million and $256 million during the nine months ended September 30, 2021 and 2020, respectively. We expect other sales and revenues to increase with retail units sold. We also expect other sales and revenues to increase as we improve our ability to monetize loans we originate and sell and offer attractive financing solutions and ancillary products to our customers, including products customarily sold by automotive retailers or insurance products customarily sold by traditional insurance companies. Other sales and revenues are 100% gross margin products for which gross profit equals revenue.

During our growth phase, our highest priority outside of safety will continue to be providing exceptional customer experiences, increasing our brand awareness and building an infrastructure to support growth in retail units sold. Secondarily, we plan to pursue several strategies designed to increase our total gross profit per unit. These strategies include the following:

- *Increase the purchase of vehicles from customers.* We plan to grow the number of vehicles that we purchase from our customers either as trade-ins or independent of a retail sale. This in turn will grow our wholesale business, provide additional vehicles for our retail business, which are more profitable compared to the same vehicle acquired at auction, and expand our inventory selection.

- *Reduce average days to sale.* Our goal is generally to increase both our number of markets and our sales at a faster rate than we increase our inventory size, which we believe would decrease average days to sale due to a relative increase in demand versus supply. Reductions in average days to sale lead to fewer vehicle price reductions, and therefore higher average selling prices, all other factors being equal. Higher average selling prices in turn lead to higher gross profit per unit sold, all other factors being equal.

- *Leverage existing IRC infrastructure.* As we scale, we intend to more fully utilize the capacity in our 13 existing IRCs, which collectively have capacity to inspect and recondition approximately 750,000 vehicles per year at full utilization**.**

- *Increase utilization of our logistics network.* As we scale, we intend to more fully utilize our in-house logistics network to transport cars to our IRCs after acquisition from customers or wholesale auctions.

- *Increase conversion on existing products.* We plan to continue to improve our website to highlight the benefits of our complementary product offerings, including financing, VSCs, GAP waiver coverage, and trade-ins.

- *Add new products and services.* We plan to utilize our online sales platform to offer additional complementary products and services to our customers.

- *Increase monetization of our finance receivables.* We plan to continue selling finance receivables in securitization transactions and otherwise expand our base of financial partners who purchase the finance receivables originated on our platform to reduce our effective cost of funds.

- *Optimize purchasing and pricing.* We are constantly improving the ways in which we predict customer demand, value vehicles sight unseen and optimize what we pay to acquire those vehicles. We also regularly test different pricing of our products, including vehicle sticker prices, trade-in and independent vehicle offers, and ancillary product prices, and we believe we can improve by further optimizing prices over time.

38

**Seasonality**

Used vehicle sales exhibit seasonality with sales peaking late in the first calendar quarter and diminishing through the rest of the year, with the lowest relative level of vehicle sales expected to occur in the fourth calendar quarter. Due to our rapid growth, our overall sales patterns to date have not reflected the general seasonality of the used vehicle industry, but we expect this to change once our business and markets mature. Used vehicle prices also exhibit seasonality, with used vehicles depreciating at a faster rate in the last two quarters of each year and a slower rate in the first two quarters of each year, all other factors being equal. We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business.

**Investment in Growth**

We have aggressively invested in the growth of our business and we expect this investment to continue during normal conditions. We anticipate that our operating expenses will increase substantially as we continue to expand our logistics network, increase our advertising spending, and serve more of the U.S. population. There is no guarantee that we will be able to realize the desired return on our investments.

**Relationship with Related Parties**

For discussion about our relationship with related parties, refer to Note 6 — Related Party Transactions of our accompanying unaudited condensed consolidated financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q.

**Key Operating Metrics**

We regularly review a number of metrics, including the following key metrics, to evaluate our business, measure our progress and make strategic decisions. Our key operating metrics reflect the key drivers of our growth, including increasing brand awareness, enhancing the selection of vehicles we make available to our customers, and serving more of the U.S. population. Our key operating metrics also demonstrate our ability to translate these drivers into retail sales and to monetize these retail sales through a variety of product offerings.

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2021** | **2020** | **2021** | **2020** |
| Retail units sold | 111,949 | 64,414 | 312,221 | 171,939 |
| Population coverage | 80.6 % | 73.2 % | 80.6 % | 73.2 % |
| Average monthly unique visitors (in thousands) | 20,071 | 9,183 | 16,632 | 8,005 |
| Number of IRCs | 13 | 9 | 13 | 9 |
| Total website units | 56,054 | 26,897 | 56,054 | 26,897 |
| Total gross profit per unit | $ 4,672 | $ 4,056 | $ 4,526 | $ 3,198 |

*Retail Units Sold*

We define retail units sold as the number of vehicles sold to customers in a given period, net of returns under our seven-day return policy. We view retail units sold as a key measure of our growth for several reasons. First, retail units sold is the primary driver of our revenues and, indirectly, gross profit, since retail unit sales enable multiple complementary revenue streams, including financing, VSCs, GAP waiver coverage, and trade-ins. Second, growth in retail units sold increases the base of available customers for referrals and repeat sales. Third, growth in retail units sold is an indicator of our ability to successfully scale our logistics, fulfillment, and customer service operations.

*Population Coverage*

We previously reported number of markets as a key operating metric. As we have continued to grow, the population covered by these markets is increasingly a more important driver of our growth than the number of markets we serve. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers, which is typically conducted by a Carvana employee in a branded delivery truck. We define population coverage as

39

the metropolitan statistical area population in the markets we serve at the end of the period divided by the total population in the U.S., based on 2015 data from the U.S. Census Bureau. We view the growth in population we serve as a key driver of our growth. As we increase our population coverage, the number of consumers who have access to our fully integrated customer experience increases, which in turn helps increase the number of vehicles we sell.

*Average Monthly Unique Visitors*

We define a monthly unique visitor as an individual who has visited our website within a calendar month, based on data provided by Google Analytics. We calculate average monthly unique visitors as the sum of monthly unique visitors in a given period, divided by the number of months in that period. We view average monthly unique visitors as a key indicator of the strength of our brand, the effectiveness of our advertising and merchandising campaigns, and consumer awareness of our brand.

*Number of IRCs*

Number of IRCs is a new key operating metric. As we continue to grow, our number of IRCs is a more important metric than average days to sale due to the impact of IRC capacity on retail units sold and the relative stability of average days to sale over the past three years. We define the number of IRCs as the number of owned or leased IRCs in which Carvana employees perform our 150-point inspection and recondition vehicles to "Carvana Certified" standards before sale to customers. As we scale, we intend to more fully utilize the capacity in our existing 13 IRCs, which, as of September 30, 2021, collectively have capacity to inspect and recondition approximately 750,000 vehicles per year at full utilization. As we increase our number of IRCs, we increase this capacity to inspect and recondition vehicles, which in turn increases the number of vehicles we can sell.

*Total Website Units*

We define total website units as the number of vehicles listed on our website on the last day of a given reporting period, including vehicles available for sale, vehicles currently engaged in a purchase or reserved by a customer, and vehicles that can be reserved that generally have not yet completed the inspection and reconditioning process. We view total website units as a key measure of our growth. Growth in total website units increases the selection of vehicles available to our consumers, which we believe will allow us to increase the number of vehicles we sell. Moreover, growth in total website units indicates our ability to scale our vehicle purchasing, inspection and reconditioning operations. As part of our inventory strategy, over time we may choose not to expand total website units while continuing to grow sales, thereby improving other key operating metrics of the business.

*Total Gross Profit per Unit*

We define total gross profit per unit as the aggregate gross profit in a given period, divided by retail units sold in that period including gross profit generated from the sale of the used vehicle, gains on the sales of loans originated to finance the vehicle, commissions on sales of VSCs, revenue from GAP waiver coverage, and gross profit generated from wholesale sales of vehicles.

**Components of Results of Operations**

*Used Vehicle Sales*

Used vehicle sales represent the aggregate sales of used vehicles to customers through our website. Revenue from used vehicles sales is recognized upon delivery to the customer or pick up of the vehicle by the customer, and is reported net of a reserve for expected returns. Factors affecting used vehicle sales revenue include the number of retail units sold and the average selling price of these vehicles. Changes in retail units sold are a much larger driver of changes in revenue than are changes in average selling price.

The number of used vehicles we sell depends on the volume of traffic to our website, our population coverage, our inventory selection, the effectiveness of our branding and marketing efforts, the quality of our customer's purchase experience, our volume of referrals and repeat customers, the competitiveness of our pricing, competition from other used car dealerships and general economic conditions. On a quarterly basis, the number of used vehicles we sell is also affected by seasonality, with demand for used vehicles reaching a seasonal high point late in the first quarter of each year, commensurate with the timing of tax refunds, and diminishing through the rest of the year, with the lowest relative level of used vehicle sales expected to occur in the fourth calendar quarter.

40

Our retail average selling price depends on the mix of vehicles we acquire, retail prices in our markets, our pricing strategy, and our average days to sale. We may choose to shift our inventory mix to higher or lower cost vehicles, or to raise or lower our prices relative to market to take advantage of supply or demand imbalances, which could temporarily lead to average selling prices increasing or decreasing. We also generally expect lower average days to sale to be associated with higher retail average selling prices due to decreased vehicle depreciation prior to sale, all other factors being equal.

### *Wholesale Vehicle Sales*

Wholesale vehicle sales is equal to the aggregate proceeds we receive on vehicles sold to wholesalers. The vehicles we sell to wholesalers are primarily acquired from customers who sell a vehicle to us without purchasing a retail vehicle and from our customers who trade-in their existing vehicles when making a purchase from us. Factors affecting wholesale vehicle sales include the number of wholesale units sold and the average wholesale selling price of these vehicles. The average selling price of our wholesale units is primarily driven by the mix of vehicles we sell to wholesalers, as well as general supply and demand conditions in the applicable wholesale vehicle market. Beginning in 2020, wholesale vehicle sales includes aggregate proceeds we receive on vehicles sold to DriveTime through competitive online auctions that are managed by an unrelated third party.

### *Other Sales and Revenues*

We generate other sales and revenues primarily through the sales of loans we originate and sell in securitization transactions or to financing partners, reported net of a reserve for expected repurchases, interest earned on loans prior to sale, and commissions we receive on VSCs and sales of GAP waiver coverage. In 2016, we entered into a master dealer agreement with DriveTime, pursuant to which we receive a commission for selling VSCs that DriveTime administers. The commission revenue we recognize on VSCs depends on the number of retail units we sell, the conversion rate of VSCs on these sales, commission rates we receive, VSC early cancellation frequency and product features. The GAP waiver coverage revenue we recognize depends on the number of retail units we sell, the number of customers that choose to finance their purchases with us, the frequency of GAP waiver coverage early cancellation, and the conversion rate of GAP waiver coverage on those sales.

We generally seek to sell the loans we originate to securitization trusts we sponsor and establish or to financing partners. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that we sell to the securitization trusts. We also sell the loans we originate under committed forward-flow arrangements, including a master purchase and sale agreement, and through fixed pool loan sales, with financing partners who generally acquire them at premium prices without recourse to us for their post-sale performance. Factors affecting revenue from these sales include the number of loans we originate, the average principal balance of the loans, the credit quality of the portfolio, and the price at which we are able to sell them in securitization transactions or to financing partners.

The number of loans we originate is driven by the number of used vehicles sold and the percentage of our sales for which we provide financing, which is influenced by the financing terms we offer our customers relative to alternatives available to the customer. The average principal balance is driven primarily by the mix of vehicles we sell, since higher average selling prices typically mean higher average balances. The price at which we sell the loan is driven by the terms of our securitization transactions and forward-flow arrangement, applicable interest rates, and whether or not the loan includes GAP waiver coverage.

### *Cost of Sales*

Cost of sales includes the cost to acquire, recondition, and transport vehicles associated with preparing them for resale. Vehicle acquisition costs are driven by the mix of vehicles we acquire, the source of those vehicles, and supply-and-demand dynamics in the wholesale vehicle market. Reconditioning costs consist of direct costs, including parts, labor, and third-party repair expenses directly attributable to specific vehicles, as well as indirect costs, such as IRC overhead. Transportation costs consist of costs incurred to transport the vehicles from the point of acquisition to the IRC. Cost of sales also includes any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value.

### *Used Vehicle Gross Profit*

Used vehicle gross profit is the vehicle sales price minus our costs of sales associated with vehicles that we list and sell on our website. Used vehicle gross profit per unit is our aggregate used vehicle gross profit in any measurement period divided by the number of retail units sold in that period.

41

*Wholesale Vehicle Gross Profit*

Wholesale vehicle gross profit is the vehicle sales price minus our cost of sales associated with vehicles we sell to wholesalers. Factors affecting wholesale gross profit include the number of wholesale units sold, the average wholesale selling price of these vehicles, and the average acquisition price associated with these vehicles.

*Other Gross Profit*

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in gross profit and the associated drivers are identical to changes in revenues from these products and the associated drivers.

*Selling, General and Administrative Expenses*

Selling, general and administrative ("SG&A") expenses include expenses associated with advertising and providing customer service to customers, operating our vending machines and hubs, operating our logistics and fulfillment network and other corporate overhead expenses, including expenses associated with information technology, product development, engineering, legal, accounting, finance, and business development. We anticipate that these expenses will increase as we grow. SG&A expenses exclude the costs of inspecting and reconditioning vehicles and transporting vehicles from the point of acquisition to the IRC, which are included in cost of sales, and payroll costs for our employees related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.

*Interest Expense*

Interest expense includes interest incurred on our Senior Notes, our Floor Plan Facility, and our Finance Receivable Facilities (each as defined in Note 9 — Debt Instruments of our financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q), as well as our notes payable, and finance leases, which are used to fund general working capital, our inventory, our transportation fleet, and certain of our property and equipment. Interest expense excludes the interest incurred during various construction projects to build, upgrade or remodel certain facilities, which is capitalized to property and equipment and depreciated over the estimated useful lives of the related assets.

*Other (Income) Expense, Net*

Other (income) expense, net includes changes in fair value on our beneficial interests in securitizations and purchase price adjustment receivables (as discussed in Note 17 — Fair Value of Financial Instruments of our financial statements included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q), along with other general expenses such as gains or losses from disposals of long-lived assets.

*Income Tax Provision*

Income taxes are recognized based upon our anticipated underlying annual blended federal and state income tax rates adjusted, as necessary, for any discrete tax matters occurring during the period. As the sole managing member of Carvana Group, LLC ("Carvana Group"), Carvana Co. consolidates the financial results of Carvana Group. Carvana Group is treated as a partnership and therefore not subject to U.S. federal and most applicable state and local income tax purposes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co. During the three and nine months ended September 30, 2021, we generated an immaterial income tax expense.

**Results of Operations**

| | Three Months Ended September 30, | | | | Change | Nine Months Ended September 30, | | | | Change |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | | 2021 | | 2020 | | |
| | (in millions, except unit and per unit amounts) | | | | | (in millions, except unit and per unit amounts) | | | | |
| **Net sales and operating revenues:** | | | | | | | | | | |
| Used vehicle sales, net | $ | 2,650 | $ | 1,289 | 105.6 % | $ | 6,954 | $ | 3,245 | 114.3 % |
| Wholesale vehicle sales [1] | | 552 | | 130 | 324.6 % | | 1,349 | | 259 | 420.8 % |
| Other sales and revenues [2] | | 278 | | 125 | 122.4 % | | 758 | | 256 | 196.1 % |
| Total net sales and operating revenues | $ | 3,480 | $ | 1,544 | 125.4 % | $ | 9,061 | $ | 3,760 | 141.0 % |
| **Gross profit:** | | | | | | | | | | |
| Used vehicle gross profit | $ | 198 | $ | 120 | 65.0 % | $ | 528 | $ | 268 | 97.0 % |
| Wholesale vehicle gross profit [1] | | 47 | | 17 | 176.5 % | | 127 | | 26 | 388.5 % |
| Other gross profit [2] | | 278 | | 125 | 122.4 % | | 758 | | 256 | 196.1 % |
| Total gross profit | $ | 523 | $ | 262 | 99.6 % | $ | 1,413 | $ | 550 | 156.9 % |
| **Unit sales information:** | | | | | | | | | | |
| Used vehicle unit sales | | 111,949 | | 64,414 | 73.8 % | | 312,221 | | 171,939 | 81.6 % |
| Wholesale vehicle unit sales | | 50,204 | | 15,375 | 226.5 % | | 123,296 | | 33,406 | 269.1 % |
| **Per unit selling prices:** | | | | | | | | | | |
| Used vehicles | $ | 23,671 | $ | 20,013 | 18.3 % | $ | 22,273 | $ | 18,874 | 18.0 % |
| Wholesale vehicles | $ | 10,995 | $ | 8,450 | 30.1 % | $ | 10,941 | $ | 7,752 | 41.1 % |
| **Per retail unit gross profit:** | | | | | | | | | | |
| Used vehicle gross profit | $ | 1,769 | $ | 1,857 | (4.8)% | $ | 1,691 | $ | 1,559 | 8.5 % |
| Wholesale vehicle gross profit | $ | 420 | $ | 265 | 58.4 % | $ | 407 | $ | 150 | 171.3 % |
| Other gross profit | $ | 2,483 | $ | 1,934 | 28.4 % | $ | 2,428 | $ | 1,489 | 63.0 % |
| Total gross profit | $ | 4,672 | $ | 4,056 | 15.2 % | $ | 4,526 | $ | 3,198 | 41.5 % |
| **Per wholesale unit gross profit:** | | | | | | | | | | |
| Wholesale vehicle gross profit | $ | 936 | $ | 1,113 | (15.9)% | $ | 1,030 | $ | 775 | 32.9 % |

(1) Includes $15, $1, $37, and $1, respectively, of wholesale revenue from related parties.
(2) Includes $52, $26, $143, and $69, respectively, of other sales and revenues from related parties.

*Used Vehicle Sales*

*Three months ended September 30, 2021 Versus 2020.* Used vehicle sales increased by $1.4 billion to $2.7 billion during the three months ended September 30, 2021, compared to $1.3 billion during the three months ended September 30, 2020. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 111,949 from 64,414 during the three months ended September 30, 2021 and 2020, respectively. The increase in unit sales was driven by growth in existing markets due to continued marketing efforts, expanded inventory selection and increased brand awareness. The increase in unit sales was also driven by growth to 80.6% market population coverage as of September 30, 2021 from 73.2% as of September 30, 2020. The average selling price of our retail units sold also increased to $23,671 from $20,013 due primarily to the overall appreciation in the used vehicle market compared to the three months ended September 30, 2020.

*Nine months ended September 30, 2021 Versus 2020.* Used vehicle sales increased by $3.8 billion to $7.0 billion during the nine months ended September 30, 2021 compared to $3.2 billion during the nine months ended September 30, 2020. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 312,221 from 171,939 during the nine months ended September 30, 2021 and 2020, respectively, which was driven by enhanced marketing efforts, expanded inventory selection, and increased brand awareness. The increase in unit sales was also driven by growth to 80.6% market population coverage as of September 30, 2021 from 73.2% as of September 30, 2020. The average selling price of our retail units sold also increased to $22,273 from $18,874 during the nine months ended September 30, 2021 and 2020, respectively,

due primarily to the overall appreciation in the used vehicle market compared to the nine months ended September 30, 2020, which was impacted by COVID-19.

### Wholesale Vehicle Sales

*Three months ended September 30, 2021 Versus 2020.* Wholesale vehicle sales increased by $422 million to $552 million during the three months ended September 30, 2021, compared to $130 million during the three months ended September 30, 2020. The increase in revenue was primarily driven by an increase in wholesale units sold to 50,204 from 15,375 during the three months ended September 30, 2021 and 2020, respectively. In addition, the average selling price of our wholesale units sold increased to $10,995 during the three months ended September 30, 2021 from $8,450 during the three months ended September 30, 2020. The increase in wholesale units sold was due to acquiring more vehicles from customers, and the higher average selling price was due primarily to the overall appreciation in the used vehicle market compared to the three months ended September 30, 2020.

*Nine months ended September 30, 2021 Versus 2020.* Wholesale vehicle sales increased by $1.0 billion to $1.3 billion during the nine months ended September 30, 2021, compared to $259 million during the nine months ended September 30, 2020. The increase in revenue was primarily driven by an increase in wholesale units sold to 123,296 from 33,406 during the nine months ended September 30, 2021 and 2020, respectively. In addition, the average selling price of our wholesale units sold increased to $10,941 during the nine months ended September 30, 2021 from $7,752 during the nine months ended September 30, 2020. The increase in wholesale units sold was due to acquiring more vehicles from customers, and the higher average selling price was due primarily to overall appreciation in the used vehicle market compared to the nine months ended September 30, 2020, which was impacted by COVID-19.

### Other Sales and Revenues

*Three months ended September 30, 2021 Versus 2020.* Other sales and revenues increased by $153 million to $278 million during the three months ended September 30, 2021, compared to $125 million during the three months ended September 30, 2020. This increase was primarily due to the increase in gain on loan sales driven by the increase in retail units sold and the impact of higher industry-wide vehicle prices on average loan size during the three months ended September 30, 2021. Additionally, during the three months ended September 30, 2020, COVID-19 impacted the credit markets and as a result we did not complete a securitization transaction. Since then, the credit markets and macro-economic conditions have improved, allowing us to re-enter the securitization market to sell more finance receivables and generate higher premiums during the three months ended September 30, 2021. Additionally, the increase was due to an increase in VSC sales and GAP waiver coverage sales driven by the increase in retail units sold during the three months ended September 30, 2021.

*Nine months ended September 30, 2021 Versus 2020.* Other sales and revenues increased by $502 million to $758 million during the nine months ended September 30, 2021, compared to $256 million during the nine months ended September 30, 2020. The increase is primarily due to the increase in gain on loan sales driven by the increase in retail units sold and the impact of higher industry-wide vehicle prices on average loan size during the nine months ended September 30, 2021. Additionally, during the nine months ended September 30, 2020, COVID-19 impacted the credit markets and as a result the March 2020 transaction was the only securitization completed during the nine months ended September 30, 2020. Since then, the credit markets and macro-economic conditions have improved, allowing us to re-enter the securitization market to sell more finance receivables and generate higher premiums during the nine months ended September 30, 2021. In addition, the increase was due to an increase in VSC sales and GAP waiver coverage sales driven by the increase in retail units sold during the nine months ended September 30, 2021.

### Used Vehicle Gross Profit

*Three months ended September 30, 2021 Versus 2020.* Used vehicle gross profit increased by $78 million to $198 million during the three months ended September 30, 2021, compared to $120 million during the three months ended September 30, 2020. Increased retail units sold was partially offset by a decrease in used vehicle gross profit per unit to $1,769 for the three months ended September 30, 2021 compared to $1,857 for the three months ended September 30, 2020. The per unit decrease was primarily driven by higher reconditioning costs resulting in part from the impact of the COVID-19 Delta variant on production throughput and higher wholesale acquisition prices, partially offset by a higher ratio of customer-sourced vehicles sold during the three months ended September 30, 2021.

*Nine months ended September 30, 2021 Versus 2020.* Used vehicle gross profit increased by $260 million to $528 million during the nine months ended September 30, 2021, compared to $268 million during the nine months ended September 30, 2020. This increase was driven primarily by an increase in retail units sold, as well as an increase in used vehicle gross profit

44

per unit to $1,691 for the nine months ended September 30, 2021 compared to $1,559 for the nine months ended September 30, 2020. The per unit increase was primarily driven by acquiring more vehicles from customers and a stronger used vehicle pricing environment compared to the nine months ended September 30, 2020, which was impacted by COVID-19.

### Wholesale Vehicle Gross Profit

*Three months ended September 30, 2021 Versus 2020.* Wholesale vehicle gross profit increased by $30 million to $47 million during the three months ended September 30, 2021, compared to $17 million during the three months ended September 30, 2020. This was primarily due to an increase in wholesale units sold to 50,204 during the three months ended September 30, 2021 from 15,375 during the three months ended September 30, 2020, partially offset by a decrease in wholesale vehicle gross profit per wholesale unit to $936 in the three months ended September 30, 2021 compared to $1,113 in the three months ended September 30, 2020. The increase in wholesale units sold was primarily driven by acquiring more vehicles from customers, while the decrease in gross profit per wholesale unit was primarily driven by the difference between our wholesale acquisition price and sales price compared to the three months ended September 30, 2020.

*Nine months ended September 30, 2021 Versus 2020.* Wholesale vehicle gross profit increased by $101 million to $127 million during the nine months ended September 30, 2021, compared to $26 million during the nine months ended September 30, 2020. This increase was driven primarily by an increase in wholesale units sold to 123,296 from 33,406, along with an increase in wholesale vehicle gross profit per wholesale unit to $1,030 from $775 in the nine months ended September 30, 2021, and 2020, respectively. The increase in the number of wholesale units sold and gross profit per wholesale unit were primarily due to acquiring more vehicles from customers and strong appreciation in the wholesale market compared to the nine months ended September 30, 2020, which was impacted by COVID-19.

### Other Gross Profit

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in other gross profit and the associated drivers are identical to changes in other sales and revenues and the associated drivers.

### Components of SG&A

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| | | (in millions) | | |
| Compensation and benefits [1] | $ 181 | $ 81 | $ 455 | $ 239 |
| Advertising | 126 | 65 | 345 | 202 |
| Market occupancy [2] | 18 | 10 | 46 | 26 |
| Logistics [3] | 40 | 18 | 104 | 54 |
| Other [4] | 181 | 95 | 463 | 263 |
| Total | $ 546 | $ 269 | $ 1,413 | $ 784 |

(1) Compensation and benefits includes all payroll and related costs, including benefits, payroll taxes, and equity-based compensation, except those related to preparing vehicles for sale, which are included in cost of sales, and those related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.
(2) Market occupancy costs includes occupancy costs of our vending machine and hubs. It excludes occupancy costs related to reconditioning vehicles which are included in cost of sales and the portion related to corporate occupancy which are included in other costs.
(3) Logistics includes fuel, maintenance and depreciation related to operating our own transportation fleet, and third-party transportation fees, except the portion related to inbound transportation, which is included in cost of sales.
(4) Other costs include all other selling, general and administrative expenses such as IT expenses, corporate occupancy, professional services and insurance, limited warranty, and title and registration.

Selling, general and administrative expenses increased by $277 million to $546 million during the three months ended September 30, 2021, compared to $269 million during the three months ended September 30, 2020, and by $629 million to $1,413 million during the nine months ended September 30, 2021, compared to $784 million during the nine months ended September 30, 2020. The increase was partially due to an increase in compensation and benefits by $100 million and $216

million during the three and nine months ended September 30, 2021, respectively, which was primarily driven by expansion of our teams to support our growth. The increase in selling, general and administrative expenses was also due to an increase in advertising expense of $61 million and $143 million during the three and nine months ended September 30, 2021, respectively, primarily due to an increase in advertising to drive growth in units sold and vehicles acquired from customers. Market occupancy, logistics, and other expenses also increased during the three and nine months ended September 30, 2021 compared to the respective prior year period primarily due to increases in the number of units sold and in population coverage, and in preparation for future growth. The increase is also due in part to efforts to decrease and balance discretionary spend as a result of the uncertain economic environment surrounding COVID-19 during the three and nine months ended September 30, 2020.

### Interest Expense

Interest expense increased by $28 million to $48 million during the three months ended September 30, 2021, compared to $20 million during the three months ended September 30, 2020, and increased by $52 million to $121 million during the nine months ended September 30, 2021, compared to $69 million during the nine months ended September 30, 2020. The increase is primarily due to increased interest incurred on additional senior unsecured notes issued by the Company in October 2020, March 2021, and August 2021, along with increased interest expense incurred on sale leaseback financing since September 30, 2020.

### Other (Income) Expense, Net

Other (income) expense, net changed by $6 million to income of $3 million during the three months ended September 30, 2021 compared to income of $9 million during the three months ended September 30, 2020. Other income, net changed by $21 million to income of $16 million during the nine months ended September 30, 2021 compared to an expense of $5 million during the nine months ended September 30, 2020. The change in the three and nine months ended September 30, 2021 compared to September 30, 2020 is primarily due to fair value adjustments on our retained beneficial interests in securitizations and purchase price adjustment receivables in the three and nine months ended September 30, 2021 compared to September 30, 2020 when the capital markets were more uncertain, primarily due to COVID-19.

### Non-GAAP Financial Measures

To supplement the consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we also present the following non-GAAP measures: EBITDA and EBITDA margin. We believe the presentation of both U.S. GAAP and non-GAAP financial measures provides investors with increased transparency into financial measures used by our management team, and it also improves investors' understanding of our underlying operating performance and their ability to analyze our ongoing operating trends. All historic non-GAAP financial measures have been reconciled with the most directly comparable U.S. GAAP financial measures.

### EBITDA and EBITDA Margin

EBITDA and EBITDA Margin are supplemental measures of operating performance that do not represent and should not be considered an alternative to net loss or cash flow from operations, as determined by U.S. GAAP. EBITDA is defined as net loss before interest expense, income tax expense, and depreciation and amortization expense. EBITDA Margin is EBITDA as a percentage of total revenues. We use EBITDA to measure the operating performance of our business and EBITDA Margin to measure our operating performance relative to our total revenues. We believe that EBITDA and EBITDA Margin are useful measures to us and to our investors because they exclude certain financial and capital structure items that we do not believe directly reflect our core operations and may not be indicative of our recurring operations, in part because they may vary widely across time and within our industry independent of the performance of our core operations. We believe that excluding these items enables us to more effectively evaluate our performance period-over-period and relative to our competitors. EBITDA and EBITDA Margin may not be comparable to similarly titled measures provided by other companies due to potential differences

46

in methods of calculations. A reconciliation of EBITDA to net loss, which is the most directly comparable U.S. GAAP measure, and calculation of EBITDA Margin is as follows:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | **2021** | | **2020** | | **2021** | | **2020** | |
| | (dollars in millions) | | | | | | | |
| Net loss | $ | (68) | $ | (18) | $ | (105) | $ | (308) |
| Depreciation and amortization expense | | 26 | | 19 | | 72 | | 52 |
| Interest expense | | 48 | | 20 | | 121 | | 69 |
| EBITDA[1] | $ | 6 | $ | 21 | $ | 88 | $ | (187) |
| | | | | | | | | |
| Total revenues | $ | 3,480 | $ | 1,544 | $ | 9,061 | $ | 3,760 |
| EBITDA Margin | | 0.2 % | | 1.4 % | | 1.0 % | | (5.0)% |

(1) We incurred less than $1 million of income tax provision for each of the three and nine months ended September 30, 2021 and 2020.

**Liquidity and Capital Resources**

*General*

We generate cash from the sale of used retail vehicles, the sale of wholesale vehicles, and proceeds from the sale of finance receivables originated in connection with the sale of used vehicles. We generate additional cash flows through our financing activities including our short-term revolving inventory and finance receivable facilities, real estate and equipment financing, the issuance of long-term notes, and new issuances of equity. Historically, cash generated from financing activities has funded growth and expansion into new markets and strategic initiatives and we expect this to continue in the future.

Our ability to service our debt and fund working capital, capital expenditures, and business development efforts will depend on our ability to generate cash from operating and financing activities, which is subject to our future operating performance, as well as to general economic, financial, competitive, legislative, regulatory, and other conditions, some of which may be beyond our control. Our future capital requirements will depend on many factors, including our rate of revenue growth, our construction of IRCs and vending machines, the timing and extent of our spending to support our technology and software development efforts, and increased population coverage.

We had the following liquidity resources available as of September 30, 2021 and December 31, 2020:

| | September 30, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| | (in millions) | | | |
| Cash and cash equivalents | $ | 297 | $ | 301 |
| Availability under short-term revolving facilities [1] | | 1,338 | | 1,088 |
| Availability under sale-leaseback agreements [2] | | — | | 19 |
| Committed liquidity resources available | $ | 1,635 | $ | 1,408 |

(1) Based on pledging all eligible vehicles and finance receivables under the available capacity in the Floor Plan Facility and Finance Receivable Facilities, excluding the impact to restricted cash requirements.
(2) We have $556 million and $250 million of total unfunded gross real estate assets as of September 30, 2021 and December 31, 2020, respectively.

As of September 30, 2021 and December 31, 2020, the short-term revolving facilities had total capacity of $3.25 billion and $2.25 billion, an outstanding balance of $455 million and $40 million, and unused capacity of approximately $2.8 billion

47

and $2.2 billion, respectively. Subsequent to September 30, 2021, we entered into an additional short-term finance receivable facility which increased capacity by $350 million.

In addition, we had $109 million and $48 million of total unpledged beneficial interests in securitizations as of September 30, 2021 and December 31, 2020, respectively.

As of September 30, 2021 and December 31, 2020, our outstanding principal amount of indebtedness, including finance leases, was approximately $3.7 billion and $1.7 billion, respectively, summarized in the table below. See Note 9 — Debt Instruments and Note 15 — Leases included in Part I, Item 1, Financial Statements of this Quarterly Report on Form 10-Q for further information on our debt and finance leases.

|  | September 30, 2021 | December 31, 2020 |
|---|---|---|
|  | (in millions) | |
| **Asset-Based Financing:** | | |
| Inventory | $ 455 | $ 40 |
| Finance receivables and beneficial interests | 199 | 81 |
| Transportation fleet[1] | 165 | 124 |
| Real estate[2] | 428 | 398 |
| Total asset-based financing | 1,247 | 643 |
| Senior Notes | 2,450 | 1,100 |
| Total debt | 3,697 | 1,743 |
| Less: unamortized debt issuance costs[3] | (34) | (21) |
| Total debt, net | $ 3,663 | $ 1,722 |

(1) Amount includes notes payable and finance leases.
(2) Amount includes real estate financing and notes payable.
(3) The unamortized debt issuance costs related to long-term debt are presented as a reduction of the carrying amount of the corresponding liabilities on our consolidated balance sheets. Unamortized debt issuance costs related to revolving debt agreements are presented within other assets on our consolidated balance sheets and not included here.

*Cash Flows*

The following table presents a summary of our consolidated cash flows from operating, investing and financing activities for the nine months ended September 30, 2021 and 2020:

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2021 | 2020 |
|  | (in millions) | |
| Net cash used in operating activities | $ (1,422) | $ (447) |
| Net cash used in investing activities | (352) | (261) |
| Net cash provided by financing activities | 1,849 | 786 |
| Net increase in cash, cash equivalents and restricted cash | 75 | 78 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 404 | $ 196 |

*Operating Activities*

Our primary sources of operating cash flows result from the sales of used retail vehicles, wholesale vehicles, loans we originate, and ancillary products. Our primary uses of cash from operating activities are purchases of inventory, cash used to acquire customers, and personnel-related expenses. Cash used in operating activities was approximately $1.4 billion and $447 million during the nine months ended September 30, 2021 and 2020, respectively, an increase of $975 million, primarily due to

48

changes in working capital, primarily related to the increase in our vehicle inventory, partially offset by the net cash inflows associated with the change in accounts payable and accrued liabilities.

*Investing Activities*

Our primary use of cash for investing activities is purchases of property and equipment to expand our operations. Cash used in investing activities was $352 million and $261 million during the nine months ended September 30, 2021 and 2020, respectively, an increase of $91 million, primarily driven by an increase in purchases of property and equipment partially offset by an increase in principal payments received on beneficial interests in securitizations.

*Financing Activities*

Cash flows from financing activities primarily relate to our short and long-term debt activity and proceeds from equity issuances which have been used to provide working capital and for general corporate purposes, including paying down our short-term revolving facilities. Cash provided by financing activities was approximately $1.8 billion and $786 million during the nine months ended September 30, 2021 and 2020, respectively, an increase of approximately $1.1 billion. The change primarily relates to increased net proceeds from long-term debt primarily from the issuance of our $600 million Senior Notes in March 2021 and $750 million Senior Notes in August 2021, along with proceeds from short-term revolving facilities during the nine months ended September 30, 2021, partially offset by proceeds from the issuance of Class A common stock during the nine months ended September 30, 2020.

## Contractual Obligations and Commitments

There have been no significant changes to the contractual obligations or commitments outside of the ordinary course of business since the most recently ended fiscal year as disclosed in the header "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our most recent Annual Report on Form 10-K, filed February 25, 2021, other than the issuances of $600 million and $750 million in Senior Notes in March 2021 and August 2021, respectively.

## Fair Value Measurements

We report money market securities, certain receivables, and beneficial interests in securitizations at fair value. See Note 17 — Fair Value of Financial Instruments, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q, which is incorporated into this item by reference.

## Off-Balance Sheet Arrangements

In the ordinary course of business, we sponsor and engage in securitization transactions to sell our finance receivables to a diverse pool of investors. These securitizations involve unconsolidated variable interest entities in which we retain at least 5% of the credit risk of the underlying finance receivables by holding at least 5% of the notes and certificates issued by these entities. We are exposed to market risk in the securitization market. See Note 8 — Securitizations and Variable Interest Entities, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q, for further discussion regarding our transactions with unconsolidated variable interest entities.

Except as discussed above, we did not have any off-balance sheet arrangements as of September 30, 2021.

## Critical Accounting Policies

Refer to Note 2 — Summary of Significant Accounting Policies, included in Part I, Item 1, Financial Statements, of this Quarterly Report on Form 10-Q for accounting pronouncements and material changes to our critical accounting policies since December 31, 2020. There have been no other material changes to our critical accounting policies and use of estimates from those described under "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

**FORWARD-LOOKING STATEMENTS**

This Quarterly Report on Form 10-Q, as well as information included in oral statements or other written statements made or to be made by us, contain statements that constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on our current beliefs, expectations, and assumptions regarding the future of our business, future plans and strategies, and other future conditions. Forward-looking statements can be identified by words such as "anticipate," "believe," "envision," "estimate," "expect," "intend," "may," "plan," "predict," "project," "target," "potential," "will," "would," "could," "should," "continue," "ongoing," "contemplate," and other similar expressions, although not all forward-looking statements contain these identifying words. Examples of forward-looking statements include, among others, statements we make regarding:

- future financial position;

- business strategy;

- budgets, projected costs, and plans;

- future industry growth;

- financing sources;

- the impact of litigation, government inquiries, and investigations; and

- all other statements regarding our intent, plans, beliefs, or expectations or those of our directors or officers.

We may not actually achieve the plans, intentions or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements. Actual results or events could differ materially from the plans, intentions and expectations disclosed in the forward-looking statements we make. Important factors that could cause actual results and events to differ materially from those indicated in the forward-looking statements include, among others, the following:

- our history of losses and ability to maintain profitability in the future;

- our ability to effectively manage our rapid growth;

- our ability to maintain customer service quality and reputational integrity and enhance our brand;

- our limited operating history;

- the seasonal and other fluctuations in our quarterly operating results, including as a result of COVID-19 and other future epidemics and public health crises;

- our relationship with DriveTime and its affiliates;

- our minority equity investment in Root, Inc.;

- our management's accounting judgments and estimates, as well as changes to accounting policies;

- our ability to compete in the highly competitive industry in which we participate;

- the changes in prices of new and used vehicles;

- our ability to acquire desirable inventory;

- our ability to sell our inventory expeditiously;

- our ability to sell and generate gains on the sale of automotive finance receivables;

50

- our dependence on the sale of automotive finance receivables for a substantial portion of our gross profits;

- our exposure to credit losses and prepayments on our interests in automotive finance receivables;

- our reliance on credit data for the automotive finance receivables we sell;

- our ability to successfully market and brand our business;

- our reliance on internet searches to drive traffic to our website;

- our ability to comply with the laws and regulations to which we are subject;

- the changes in the laws and regulations to which we are subject;

- our ability to comply with the Telephone Consumer Protection Act of 1991;

- the evolution of regulation of the Internet and e-commerce;

- our ability to grow complementary product and service offerings;

- our ability to address the shift to mobile device technology by our customers;

- risks related to the larger automotive ecosystem;

- the geographic concentration where we provide services and recondition and store vehicle inventory;

- our ability to obtain affordable inventory insurance;

- our ability to raise additional capital;

- our ability to maintain adequate relationships with the lenders that finance our vehicle inventory purchases;

- the representations we make with regard to our finance receivables we sell;

- our reliance on our proprietary credit scoring model in the forecasting of loss rates;

- our reliance on internal and external logistics to transport our vehicle inventory;

- the risks associated with the construction and operation of our IRCs, hubs and vending machines, including our dependence on one supplier for construction and maintenance for our vending machines;

- our ability to finance IRCs and vending machines;

- our ability to protect the personal information and other data that we collect, process, and store;

- disruptions in availability and functionality of our website;

- our ability to protect our intellectual property, technology, and confidential information;

- our ability to defend against claims that our employees, consultants or advisors have wrongfully used or disclosed trade secrets or intellectual property;

- our ability to defend against intellectual property disputes;

- our ability to comply with the terms of open source licenses;

- conditions affecting automotive manufacturers, including manufacturer recalls;

51

- our reliance on third party technology to complete critical business functions;

- our dependence on key personnel to operate our business;

- the resources required to comply with public company obligations;

- the diversion of management's attention and other disruptions associated with potential future acquisitions;

- the restrictions that could limit the flexibility in operating our business imposed by the covenants contained in the indentures governing our Senior Notes;

- the legal proceedings to which we may be subject in the ordinary course of business;

- risks relating to our corporate structure and tax receivable agreements; and

- other factors disclosed in the section titled "Risk Factors" in our most recent Annual Report on Form 10-K and other filings we make with the Securities and Exchange Commission.

The forward-looking statements in this Quarterly Report on Form 10-Q represent our views as of the date of this Report. We undertake no obligation to publicly update any forward-looking statements whether as a result of new information, future developments or otherwise.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

There have been no material changes to our quantitative and qualitative disclosures about market risk from those described under "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our most recent Annual Report on Form 10-K, filed on February 25, 2021.

**ITEM 4. CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including the chief executive officer and chief financial officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this report. Based on this evaluation, our chief executive officer and chief financial officer concluded that our disclosure controls and procedures were effective as of such date. Our disclosure controls and procedures are designed to ensure that information required to be disclosed in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and that such information is accumulated and communicated to management, including the chief executive officer and chief financial officer, to allow timely decisions regarding required disclosure.

**Changes in Internal Controls Over Financial Reporting**

There were no changes to our internal control over financial reporting that occurred during the three months ended September 30, 2021 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

## PART II. OTHER INFORMATION

**ITEM 1. LEGAL PROCEEDINGS**

From time to time, we are involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, we do not believe that the ultimate resolution of these actions will have a material adverse effect on our financial position, results of operations, liquidity and capital resources.

Future litigation may be necessary to defend ourselves and our partners by determining the scope, enforceability and validity of third party proprietary rights or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources and other factors.

**ITEM 1A. RISK FACTORS**

There have been no material changes to the risk factors disclosed under the heading "Risk Factors" in our most recent Annual Report on Form 10-K, filed on February 25, 2021, except as follows:

***Our minority equity investment in Root, Inc. may result in us receiving or retaining less than the amount of benefit we might otherwise expect to receive from such investment, and adversely impact our results of operations and financial condition.***

We hold a minority equity investment in Root, Inc. (NASDAQ: ROOT, "Root"). As a minority equity investor, our influence of Root is limited. As a result, we may be unable to influence Root's business plan, assure quality control, or set the timing and pace of development. Our inability to control the operations or management of Root may result in us receiving or retaining less than the amount of benefit we might otherwise expect to receive from such investment. We may also be unable to cause Root to effect significant transactions such as large expenditures or contractual commitments, the development of insurance products, or the borrowing of money. We may be limited in our ability to monetize or exit our investment in Root given contractual restrictions on selling our investment and uncertainty in the trading market for Root's equity securities. A downward adjustment to or impairment of this equity investment could adversely impact our results of operations and financial condition.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

**Recent Sales of Unregistered Securities**

There were no unregistered sales of equity during the nine months ended September 30, 2021, except as otherwise previously reported.

During the nine months ended September 30, 2021, pursuant to the terms of the Exchange Agreement entered into in connection with our IPO, certain LLC Unitholders exchanged approximately 11 million LLC Units and approximately 8 million shares of Class B common stock for approximately 9 million newly-issued shares of Class A common stock. These shares were issued in reliance on an exemption from registration pursuant to Section 4(a)(2) of the Securities Act of 1933.

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES**

None.

**ITEM 4. MINE SAFETY DISCLOSURES**

Not applicable.

**ITEM 5. OTHER INFORMATION**

None.

**ITEM 6. EXHIBITS**

| Exhibit No. | Description |
| --- | --- |
| 4.1 | Indenture, dated August 16, 2021, among Carvana Co., each of the guarantors party thereto and U.S. Bank National Association, as trustee, related to the 4.875% Senior Notes due 2029 (incorporated by reference to Exhibit 4.1 to Carvana's Current Report on Form 8-K files with the SEC on August 16, 2021). |
| 4.2 | Form of 4.875% Senior Notes due 2029 (incorporated by reference to Exhibit 4.2 to Carvana's Current Report on Form 8-K filed with the SEC on August 16, 2021). |
| 10.1 | Eighteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated September 28, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc., filed herewith. |
| 31.1 | Certification of the Chief Executive Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 31.2 | Certification of the Chief Financial Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 32.1 | Certification of the Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, furnished herewith. |
| 32.2 | Certification of the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, furnished herewith. |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document. |

* Certain portions of the exhibit (indicated by "[***]") have been omitted as the Registrant has determined (i) the omitted information is not material and (ii) the omitted information would likely cause competitive harm to the Registrant if publicly disclosed.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Date:        November 4, 2021

**Carvana Co.**
(Registrant)

By: /s/ Mark Jenkins
Mark Jenkins
Chief Financial Officer
(On behalf of the Registrant and as Principal Financial Officer)

55

**Exhibit 10.1**

**EIGHTEENTH AMENDMENT**

EIGHTEENTH AMENDMENT, dated as of September 28, 2021 (this "Amendment") to the Amended and Restated Master Purchase and Sale Agreement, dated as of March 6, 2017, as amended by the First Amendment, dated as of September 14, 2017, by the Second Amendment, dated as of November 3, 2017, by Omnibus Amendment No. 2 to Basic Documents (Ally-Carvana Flow), dated as of January 4, 2018, by the Third Amendment, dated as of November 2, 2018, by the Fourth Amendment, effective as of January 4, 2019, by the Fifth Amendment, effective as of March 6, 2019, by the Sixth Amendment, effective as of April 19, 2019, by the Seventh Amendment, effective as of March 19, 2020, by the Eighth Amendment, effective as of March 24, 2020, by the Ninth Amendment, effective as of April 29, 2020, by the Tenth Amendment, effective as of May 19, 2020, by the Eleventh Amendment, effective as of June 30, 2020, by the Twelfth Amendment, dated as of September 29, 2020, by the Thirteenth Amendment, dated as of December 30, 2020, by the Fourteenth Amendment, dated as of January 29, 2021, by the Fifteenth Amendment, dated as of March 19, 2021, by the Sixteenth Amendment, effective as of May 1, 2021 and by the Seventeenth Amendment, dated as of June 30, 2021 (the "Master Purchase and Sale Agreement"), among CARVANA AUTO RECEIVABLES 2016-1 LLC, a Delaware limited liability company, as Transferor (the "Transferor"), ALLY BANK, a Utah chartered bank, as a Purchaser (in such capacity, a "Purchaser"), and ALLY FINANCIAL INC., a Delaware corporation, as a Purchaser (in such capacity, a "Purchaser" and, together with Ally Bank, the "Purchasers").

WITNESSETH:

WHEREAS, the Transferors and the Purchasers are parties to the Master Purchase and Sale Agreement pursuant to which the Purchasers have agreed to purchase specified portfolios of receivables and related property from the Transferor; and

WHEREAS, the parties wish to amend the Master Purchase and Sale Agreement in certain respects;

NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto hereby agree as follows:

SECTION I
DEFINITIONS

Section 1.01    Defined Terms. Unless otherwise defined herein, capitalized terms used in the above recitals and in this Amendment are defined in and shall have the respective meanings assigned to them in (or by reference in) Appendix A to the Master Purchase and Sale Agreement.

SECTION II
AMENDMENTS

Section 2.01    Amendments to Appendix A (Definitions). Appendix A to the Master Purchase and Sale Agreement is hereby amended by:

(a) inserting each of the following terms which are double underlined in the place where such term appears below to, and deleting the stricken terms from, clause (xvii) of the "Eligible Receivable" definition:

"(xvii) Such Receivable is not, (a) as of the ~~Closing~~ Cutoff Date for the related Receivables Pool, ~~(a)~~ a Delinquent Receivable, or (b) as of the Closing Date for the related Receivables Pool, a Defaulted Receivable or ~~(c)~~ a Liquidating Receivable;"

SECTION III
MISCELLANEOUS

Section 3.01    Conditions to Effectiveness. This Amendment shall become effective as of the date first written above upon the receipt of the following:

(a) a signed counterpart to this Amendment duly executed and delivered by each of the parties hereto;

Section 3.02    Continuing Effect of the Master Purchase and Sale Agreement. Except as specifically amended and modified above, the Master Purchase and Sale Agreement is and shall continue to be in full force and effect and is hereby in all respects ratified and confirmed. The execution, delivery and effectiveness of this Amendment shall not operate as a waiver of any right, power or remedy of the Purchasers under the Master Purchase and Sale Agreement, nor constitute a waiver of any provision of the Master Purchase and Sale Agreement.

Section 3.03    Representations and Warranties. The representations and warranties of the Seller and the Transferor contained in the Basic Documents shall be true and correct in all material respects as of the effective date of this Amendment.

Section 3.04    Binding Effect. This Amendment shall be binding upon and inure to the benefit of the Purchasers, the Servicer and their respective successors and permitted assigns.

Section 3.05    Counterparts. This Amendment may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same agreement. The words "execution", "signed", "signature", and words of like import in any such amendment, waiver, certificate, agreement or document related to this Amendment shall include images of manually executed signatures transmitted by facsimile or other electronic format (including, without limitation, "pdf", "tif" or "jpg") and other electronic

signatures (including, without limitation, DocuSign and AdobeSign). The use of electronic signatures and electronic records (including, without limitation, any contract or other record created, generated, sent, communicated, received, or stored by electronic means) shall be of the same legal effect, validity and enforceability as a manually executed signature or use of a paper-based record-keeping system to the fullest extent permitted by applicable law, including the Federal Electronic Signatures in Global and National Commerce Act, the New York State Electronic Signatures and Records Act and any other applicable law, including, without limitation, any state law based on the Uniform Electronic Transactions Act or the UCC. In case any provision in or obligation under this Amendment shall be invalid, illegal or unenforceable in any jurisdiction, the validity, legality and enforceability of the remaining provisions or obligations, or of such provision or obligation in any other jurisdiction, shall not in any way be affected or impaired thereby. This Amendment contains the final and complete integration of all prior expressions by the parties hereto with respect to the subject matter hereof and shall constitute the entire agreement among the parties hereto with respect to the subject matter hereof, superseding all prior oral or written understandings other than any fee letter contemplated hereby.

Section 3.06    <u>GOVERNING LAW. SUBMISSION TO JURISDICTION, ETC</u>.

(a) THIS AMENDMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAWS THEREOF OR OF ANY OTHER JURISDICTION OTHER THAN SECTION 5-1401 AND SECTION 5-1402 OF THE NEW YORK GENERAL OBLIGATIONS LAW, AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES UNDER THIS AMENDMENT SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

(b) THE TRANSFEROR AND THE PURCHASERS HEREBY MUTUALLY AGREE TO SUBMIT TO THE NONEXCLUSIVE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND OF ANY NEW YORK STATE COURT SITTING IN THE CITY OF NEW YORK FOR PURPOSES OF ALL LEGAL PROCEEDINGS ARISING OUT OF OR RELATING TO THIS AMENDMENT, ANY OTHER BASIC DOCUMENT OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY. EACH OF THE TRANSFEROR AND THE PURCHASERS HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY OBJECTION WHICH IT MAY NOW OR HEREAFTER HAVE TO THE LAYING OF THE VENUE OF ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT AND ANY CLAIM THAT ANY SUCH PROCEEDING BROUGHT IN SUCH A COURT HAS BEEN BROUGHT IN AN INCONVENIENT FORUM.

(c) THE TRANSFEROR AND THE PURCHASERS EACH HEREBY WAIVES (TO EXTENT THAT IT MAY LAWFULLY DO SO) ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE ARISING OUT OF, CONNECTED WITH, RELATED TO, OR IN CONNECTION WITH THIS AMENDMENT. INSTEAD, ANY DISPUTE RESOLVED IN COURT WILL BE RESOLVED IN A BENCH TRIAL WITHOUT A JURY.

Section 3.07    <u>Effect of Headings</u>. The section headings herein are for convenience only and shall not affect the construction hereof.

*[remainder of the page intentionally left blank]*

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered by their proper and duly authorized officers as of the day and year first above written.

CARVANA AUTO RECEIVABLES 2016-1 LLC,
as Transferor

By:    /s/ Paul Breaux
Name:    Paul Breaux
Title:    Vice President

ALLY BANK,
as Purchaser

By:    /s/ Scott M. Brobecker
Name:    Scott M. Brobecker
Title:    Authorized Representative

ALLY FINANCIAL INC.,
as Purchaser

By:    /s/ Tom Elkins
Name:    Tom Elkins
Title:    Authorized Representative

*[Signature page to Eighteenth Amendment to Amended and Restated Master Purchase and Sale Agreement]*

Agreed to and Accepted By:

CARVANA, LLC,
        as Seller


By:        /s/ Paul Breaux
Name:    Paul Breaux
Title:     Vice President

*[Signature page to Seventeenth Amendment to Amended and Restated Master Purchase and Sale Agreement]*

<u>Exhibit 31.1</u>

**Certification of the Chief Executive Officer**
**Pursuant to Rule 13a-14(a)**

I, Ernest Garcia III, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Carvana Co.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e1)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:        November 4, 2021                                              /s/ Ernest C. Garcia, III
                                                                          Ernest C. Garcia, III
                                                                          *Chairman and Chief Executive Officer*

<u>Exhibit 31.2</u>

**Certification of the Chief Financial Officer**
**Pursuant to Rule 13a-14(a)**

I, Mark Jenkins, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Carvana Co.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:        November 4, 2021                                                    /s/ Mark Jenkins
                                                                                 Mark Jenkins
                                                                                 *Chief Financial Officer*

Exhibit 32.1

**Certification of the Chief Executive Officer**
**Pursuant to Rule 18 U.S.C. Section 1350**

In connection with the Quarterly Report on Form 10-Q of Carvana Co. (the "Company") for the quarter ended September 30, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Ernest Garcia III, Chief Executive Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:      November 4, 2021                                    /s/ Ernest C. Garcia, III
                                                               Ernest C. Garcia, III
                                                               *Chairman and Chief Executive Officer*

Exhibit 32.2

**Certification of the Chief Financial Officer**
**Pursuant to Rule18 U.S.C. Section 1350**

In connection with the Quarterly Report on Form 10-Q of Carvana Co. (the "Company") for the quarter ended September 30, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Mark Jenkins, Chief Financial Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1. The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:      November 4, 2021                                         /s/ Mark Jenkins
                                                                    Mark Jenkins
                                                                    *Chief Financial Officer*

**Exhibit 17**

**S&P Global**
Market Intelligence

# Carvana Co. NYSE:CVNA
# FQ3 2021 Earnings Call Transcripts

## Thursday, November 04, 2021 9:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.29) | (0.38) | NM | (0.52) | (1.05) | (0.21) |
| **Revenue  (mm)** | 3260.24 | 3480.00 | ▲6.74 | 3272.70 | 12152.47 | 15891.56 |

Currency: USD
Consensus as of  Nov-03-2021 6:05 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2020** | (0.49) | (0.90) | NM |
| **FQ1 2021** | (0.67) | (0.46) | NM |
| **FQ2 2021** | (0.40) | 0.26 | NM |
| **FQ3 2021** | (0.29) | (0.38) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

Case 2:22-cv-02126-MTL    Document 51-3    Filed 04/19/23    Page 268 of 481

# Table of Contents

| | |
|---|---|
| **Call Participants** ......................................................................................... | **3** |
| **Presentation** ......................................................................................... | **4** |
| **Question and Answer** ......................................................................................... | **7** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

**Mark Jenkins**
*Chief Financial Officer*

**Michael Louis Levin**
*Vice President of Investor Relations*

**ANALYSTS**

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

**Edward James Yruma**
*KeyBanc Capital Markets Inc., Research Division*

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

**Maxwell Christian Spaeth**
*Cowen and Company, LLC, Research Division*

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

**Nels Richard Nelson**
*Stephens Inc., Research Division*

**Nicholas Freeman Jones**
*Citigroup Inc. Exchange Research*

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

**Robert Charles Zeller**
*Truist Securities, Inc., Research Division*

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Carvana Third Quarter 2021 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Mike Levin, Vice President of Investor Relations. Please go ahead.

**Michael Louis Levin**
*Vice President of Investor Relations*

Thank you, Matt. Good afternoon, ladies and gentlemen, and thank you for joining us on Carvana's Third Quarter 2021 Earnings Conference Call. Please note that this call will be simultaneously webcast on the Investor Relations section of the company's corporate website at investors.carvana.com. The third quarter shareholder letter is also posted on the IR website.

Joining me on the call today are Ernie Garcia, Chief Executive Officer; and Mark Jenkins, Chief Financial Officer.

Before we start, I would like to remind you that the following discussion contains forward-looking statements within the meaning of the federal securities laws, including, but not limited to, Carvana's market opportunities and future financial results that involve risks and uncertainties that may cause actual results to differ materially from those discussed here. A detailed discussion of the material factors that cause actual results to differ from forward-looking statements can be found in the Risk Factors section of Carvana's most recent Form 10-K and Form 10-Q. The forward-looking statements and risks in this conference call are based on current expectations as of today, and Carvana assumes no obligation to update or revise them, whether as a result of new developments or otherwise.

Unless otherwise noted on today's call, all comparisons are on a year-over-year basis. Our commentary today will include non-GAAP financial measures. Reconciliations between GAAP and non-GAAP metrics for our reported results can be found in our shareholder letter issued today, a copy of which can be found on our Investor Relations website.

And now with that said, I'd like to turn the call over to Ernie Garcia. Ernie?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Thanks, Mike, and thanks, everyone, for joining the call. The third quarter was another great quarter for Carvana as we continued our march toward becoming the largest and most profitable automotive retailer. We sold over 110,000 cars to customers, recorded nearly $3.5 billion of revenue, grew total gross profit by 100% and had our second consecutive quarter of positive EBITDA. Our team delivered these strong numbers despite entering the quarter with significant operational constraints facing the Delta COVID wave that peaked late in the quarter and despite making the choice to meter both retail and purchasing volume, which we implemented mid-quarter to ease pressure on the system while we operationally catch up to the demand we're seeing.

Since the onset of the pandemic, we found ourselves constrained in various parts of our operational chain. While those constraints have held us back relative to where we might have otherwise been, our team has done an exceptional job and has made tremendous progress throughout. In fact, in the third quarter, we bought and sold over 3x as many cars as we did in the third quarter of 2019 prior to the pandemic and roughly 8x as many as we did in the third quarter of 2018. This has all been possible because we have continued to focus on the long term. We continue to invest in the people, technology and infrastructure that are necessary to buy and sell millions of cars per year while delivering the exceptional customer experiences we've become known for. Given our opportunity, we believe this is clearly the right choice. To everyone across Carvana who has worked so hard to make our continual progress possible, thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We've also recently entered into 2 exciting partnerships with Root and with Hertz that we discussed in more detail in our shareholder letter. While the potential of these opportunities is significant, they are both at their very early stages, so we plan to share additional details on our product, financial and scale ambitions with respect to these partnerships over time and will not be providing meaningful additional color at this time. These partnerships are each very exciting. Each has excellent underlying fundamentals and, therefore, excellent potential. But they're also exciting because of what they represent. As we continue building the Carvana platform to deliver exceptional customer experiences and to handle the constantly increasing scale, our horizontal and vertical opportunities continue to increase.

As has been the case since our inception, to maximize our opportunity, we must thoughtfully assess and continually increase the capacity of the business to effectively manage our growth and to simultaneously explore these opportunities. And then we must appropriately balance our ambition for both scale and scope with the focus necessary to make constant forward progress. So far, we'd like to think our team has done a good job of building more capacity in the business to tackle these opportunities and at managing these trade-offs given the capacity we have. To build Carvana into what it can be, we'll need to continue to spend energy getting this right in the future, and we plan to.

Looking forward, we remain extremely excited. We've reached the scale of over 100,000 cars and $3.5 billion of revenue per quarter, yet we're still only approximately 1% of the overall market. Our focus today is the exact same as it was at the very beginning. It remains on our customers, on the experiences we give them, on maximizing the value we provide to them, on leveraging technology to minimize our cost, on building for scale and on doing all of that with a long-term perspective so we can maximize our opportunity. The march continues.

Mark?

**Mark Jenkins**
*Chief Financial Officer*

Thanks a lot, Ernie, and thank you all for joining us today. Q3 was another strong quarter for Carvana. Retail units sold totaled 111,949, an increase of 74%. Total revenue was $3.48 billion, an increase of 125%. Total gross profit per unit was $4,672, an increase of $616 and the second highest quarter in our history. Retail GPU was $1,769, a decrease of $88. The change in retail GPU was primarily driven by higher reconditioning costs, in part resulting from the impact of the Delta variant on production throughput, and higher wholesale acquisition prices, partially offset by higher customer-sourced ratio.

Wholesale GPU was $420, an increase of $154. This was driven by gross profit per wholesale unit of $936 and record wholesale unit volume, which grew 227% year-over-year due to buying more cars from customers. Other GPU was $2,483, an increase of $550. The increase in other GPU was primarily driven by strong finance execution and a positive impact of higher industry-wide vehicle prices on average loan size.

EBITDA margin was positive 0.2% in Q3. This marked our second consecutive quarter of both positive quarterly and trailing 12-month EBITDA despite significant investments for growth in 2022 and beyond. We ended the quarter with approximately $2.3 billion in total liquidity resources, giving us significant flexibility to execute our plan. We are executing well and remain focused on building our network and increasing our production capacity to meet demand.

We grew immediately available inventory to an average of 16,400 units in Q3, an increase from 12,800 units in Q2 despite the impact of the Delta variant on production volume. We remain on track to launch 8 new IRCs by the end of 2022 and continue to focus on growing our IRC teams in preparation for future growth.

The explosive growth in buying cars from customers we experienced in the past 2 quarters also placed significant constraints throughout our system in Q3. To ease the pressure on our system, we began metering both retail units and cars bought from customers mid-quarter to allow our operational capacity to catch up to demand. Most notably, to manage retail sales volume, we reduced the number of vehicles shown to customers in search results, which limited the benefits of higher immediately available inventory on retail units sold. We expect to increase our operational capacity in Q4 with an eye toward 2022.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Looking forward, we expect to complete a record year on retail units, revenue, total GPU and EBITDA margin in 2021. In Q4, we expect retail unit growth to continue to be governed primarily by our operational capacity. We expect revenue growth to be more closely aligned with retail unit growth in Q4 than it was in Q3. We expect total GPU in the low to mid-4,000s for the full year, marking our eighth consecutive year of substantial gains. We expect a seasonal pattern in total GPU in Q4, with Q4 lower than Q3. Finally, we plan to continue to invest in the business both to catch up with current demand and to prepare for growth in 2022 and beyond, leading to a seasonal pattern in SG&A per retail unit in Q4 and close to breakeven EBITDA margin for the full year.

We are extremely proud of the progress we have made as a company in 2021, navigating the unique macro environment while delivering rapid growth and managing through operational constraints. Our results relative to the industry continue to leave us more excited than ever about our long-term model and the path toward our goal of delivering more than 2 million retail units per year and becoming the largest and most profitable auto retailer.
Thank you for your attention. We'll now take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question will come from Sharon Zackfia with William Blair.

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

I guess can you provide some more color on the metering that you're talking about, where you kind of took down the level of cars you were buying from customers and then the concurrent shift in the search results that consumers saw? I mean, how much of an impact was that to the quarter? Can you dimensionalize that? And then I guess, it sounds like you're hoping that will be kind of all back to normal in early '22. I just want to make sure I understood that commentary correctly.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So let me start with the constraints that we've been facing, and then we can kind of go from there. I think the primary driver of constraints was definitely the very significant growth we saw in the entire business, but most notably buying cars from customers in Q2, which then has continued and put additional strain on the business. I think it was accentuated by COVID, especially in the inspection centers. And then when we found ourselves a little bit behind, it was probably a little bit harder to catch up than it might have otherwise been given the unique hiring environment. And so I think that's kind of what's been going on from the constraint [indiscernible].

To maybe make that a bit clearer, too, there can be increases in the total amount of work that are necessary inside the business that are actually greater than the increases in transactions that we see. And what I mean by that is if we get behind and it takes us a little bit longer to resolve a customer question and we have to call them back, we'll see more customer calls. If we have a delivery that gets delayed because the logistics network is kind of really full on certain legs, we have to kind of reschedule that delivery, and it can put additional strain on the logistics network. And so you can actually see kind of total work necessary in the business to grow more than just transactions. And so we saw that starting in Q2 and then spilling over to Q3.

Now let me talk about the nature of the constraints, I think, we faced throughout our life and maybe notably over the last 18 months and most specifically over the last 3 or 4. In general, demand sort of starts at the top the funnel. The customer shows up and is interested in buying a car, and the likelihood that, that customer chooses to buy a car from us is a function of many things. It includes whether or not they find the car they're looking for from us. It includes if they have a question, they want to call in and talk to someone, how long does it take to answer the phone or answer their question. If they're looking for getting that car delivered and they want to look at the delivery date, how quickly can we deliver that car.

And so when we say that we're constrained, what we generally mean is that kind of the amount of demand that we're seeing is causing those service levels to be below where we historically have had them. And therefore, fewer customers would elect to go through the process with us. And therefore, it curbs sales to some degree. And I think that's been active, as I said, throughout our life to varying degrees and certainly over the last 18 months. The difference this quarter was normally, that system can kind of balance itself out. And you'll see service levels kind of move out a little bit, and then that reduces the number of sales that you'll see conditional on demand. And then we catch up, and it kind of gets back into balance or at least start to approach balance. I think just with the speed that we saw total transactions grow, that moved more than we would have liked for it to have moved.

So we are in a position where we kind of chose to just take those same drivers, effectively a reduction of conversion, which there were several, but the most notable of which was choosing to be really surgical with what inventory was displayed in what places, and we just reduced the amount of inventory that customers could see in certain places. That ends up being a very powerful tool because we can reduce

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the amount of inventory that people see in certain markets if the logistics legs to that market are very constrained. We can reduce certain classifications of vehicles that maybe have more work associated with them on average if we have certain groups that we need to alleviate pressure on.

And so that was a very effective tool for us to use. And the effect from a customer perspective is just the average customer saw fewer cars than they would have otherwise seen. And therefore, they're likely to find the car they were looking for was lower.

In terms of quantifying it, wouldn't want to precisely quantify that. It was an effect -- it wasn't an overwhelming effect. I think the bigger effect is just kind of the degree to which we've been behind, in general, over a longer period of time. But that certainly was an effect in the quarter, and then that's the way that we implemented that tool set, to put ourselves in a better position, allow ourselves to catch up so that we can get back out in front of all the demand that we're seeing.

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

That's super helpful. I guess when you think about all this complexity, buying the cars from consumers and the weird environment that you're operating in, just in general, is this mainly a human issue at this point? Are you just behind where you want to be on staffing? Or is it a tech issue?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

It's first order a person issue, and I think it extends to inside of Carvana, across all of the different operational groups and then also outside of Carvana. Many different groups that we deal -- when we buy cars from customers, for example, we're generally reaching out to a bank, and we're dealing with the payoff. And then we're asking for the title and return. Many banks are understaffed in this environment relative to where they'd like to be. Those processes can take longer. So I think it's first order a person issue inside of Carvana and outside of Carvana.

And then I think that across time, as we kind of outlined our priorities in the past, it's customer experience first, volume, GPU and then expenses. And expenses generally means building more technology to automate more of the process. So that's also part of it. Many of these processes, we can and continue to further automate across time, but that's generally longer lead time than the more immediate kind of fast-acting solution of getting more people.

**Operator**

Our next question will come from Zach Fadem with Wells Fargo.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

So I just want to follow up a bit on the last couple of questions. Just with all the metering and Delta variant and labor constraints in the quarter, do you think the gap between your demand and actual unit sales widened or compressed in the quarter?

And then with your new IRC openings, is there anything you can share on timing or cadence of those IRCs as we move through 2022?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So on the first, I would say, we believe it widened in the quarter. And I think the kind of first way that we would articulate that is just in this quarter, we took additional steps to meter demand that we're proactive and we're just kind of natural system balancing. So I do think it widens.

Now look, I also want to make sure, whenever we're sitting here talking about constraints, I think I want to make sure and point out the success that we've had alleviating those constraints over time and the quality of work our team has done to do that. So I said this in my prepared remarks, but I got to repeat

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it. We've been constrained over the last 18 months. And yet over the previous 2 years, in terms of total transactions, cars bought and sold to customers, we've grown by 3x. And over the last 3 years, it's 8x.

So while we've been constrained relative to the demand that we're seeing, we've also been scaling very quickly. And I think the teams have done an exceptional job. They've been under a lot of pressure with the demand that we've been seeing, and I think they've just continually fought very hard to catch up. And so we're extremely grateful to them. And I do believe they've done a great job.

As it relates to the cadence of the inspection center rollout, we've only kind of provided the information that we expect to open 8 by the end of '22. And so we're going to stick with that for now for the kind of guidance that we're giving.

### Zachary Robert Fadem
*Wells Fargo Securities, LLC, Research Division*

Got it. And then I can't let you off without asking about the Hertz partnership as well as the Root partnership, but so many elements to unpack. And I just wanted to drill in on the sourcing side as this appears to be a way of mixing in a higher source of new vehicles on your platform without having to go to auction. So just curious, do you think this partnership and partnerships like it expand your addressable market? And then on the unit economics side, to what extent do you believe your marketplace offering could be additive to the long-term 15% to 19% gross margin?

### Ernest C. Garcia
*Co-Founder, President, CEO & Chairman*

Sure. So let me start with this. I think in anything that we do, kind of independent if it's partnership or if it's something that we're building ourselves, generally, the framework that we used to evaluate it is we want to make sure that we can give a high-quality, differentiated customer experience. We want to make sure that we believe in the long-term economics of whatever we're doing, and then we want to make sure that we build it for scale because if those first 2 things are true, then you're going to want to be able to scale it over time. And I think that, that's the way that we generally think about all these opportunities.

I think from there, you oftentimes have this question of, do you partner or do you build something yourself? And I think there's a lot of considerations there. I think when you can partner, partners often tend to have assets that we might not have access to. You can book faster. There's sometimes questions about alignment that you have to try to resolve. You have to come up with terms that are good for both sides. So there's all kinds of questions around whether or not a partnership makes sense.

I'll start with Hertz. I think as it relates to Hertz, they've got an incredible asset, which is a high-quality flow of vehicles coming directly from manufacturers that have been utilized in their rental fleets and then ultimately make their way into the hands of another consumer. So they've got a really high-quality asset there. And then I think that would be very hard for us to replicate on our own. And then we would like to think at least that what we've built, which is a really high-quality, highly scalable platform to sell cars to customers, would be very hard for them to build. And so we're natural partners in that way. And so we're excited about the partnership.

I think from a scalability perspective, I think directionally, the way to think about these kinds of partnerships is it means that there's a little bit less work per transaction. And I think probably, that's the most important part of what scalable means. I think for something to be scalable, there has to be a lot of demand for it. And then the next question is how much kind of can you grow the amount of work that a company can do? And then to get to units, it's a function of how much work is there per transaction. So I think that partnership reduces the total amount of work that we have to do to get a car to a customer. And so in that way, it's exciting.

Now it's extremely early, and we've been testing this for a number of months. And then we signed a broader deal with them in the last couple of weeks. So this will take time for us to figure out and nail, but I think there's a lot of interesting potential there.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

To try to touch on Root, I think we consider Root in the same way. The insurance business is a very complicated business. It's a business that has a lot more complication under the covers when you really kind of dig in that you might imagine from a distance, and I think that they've done a great job building a high-quality product over time. So we think that they're a really natural partner. We share a vision for what a solution is supposed to look like. We share a view that it takes a ton of work to build anything great, and I think that's really important because that means we can both pour work into it. And so I think that's also an exciting opportunity for us. But it's also very early.

And so as it relates to both those partnerships, we're very excited about their potential. But it's early, and there's a lot of work to do to get those to where we would like them to be. So we'll be working hard to try to get those to the place that we want.

**Operator**

Our next question will come from Brian Nagel with Oppenheimer.

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

So the first question I have, I know we discussed this a bit already. But just with regard to the operational constraints, maybe I just want to understand better. I mean, are you starting to see some easing at all in the various aspects of that? And recognizing that the environment is very fluid at this point, but if you look at it now, at what point do you think that -- would you believe that these constraints could let up and let the business flow much more naturally?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So that's hard, right? I mean, I would say constraints show up when we don't -- when we either don't accurately forecast the amount of work that needs to be done in the future or if we don't execute as well as we would like. That's what -- that's when they show up. And I think that when we look at where we -- I think that we've executed, I would like to think, at least, that we've executed very well through all of this. I think when we look at areas where we maybe didn't accurately forecast what was going to happen, I think several -- especially the first several COVID waves we didn't foresee, and that led to a decrease in efficiency and, therefore, constraints.

I think heading into the early part of this year in Q2, I think we did not foresee all of the growth that we would see, as I said, most specifically, in buying cars from customers. And so we weren't prepared for it. I think as long as we're prepared for it, we, again, would like to think that we've demonstrated the ability to execute to very high levels of kind of growth. And so I think that constraints really are about our ability to foresee what's going to happen and then our ability to plan for that and execute to that.

And so our continual hope is that this will be the last meaningful COVID wave. We'll find out if that's true or not. We don't quite know. The general kind of market across the board is in a bit of a unique spot right now. I'm not sure that was totally foreseen. And then as I said, buying cars from customers came faster than we would have otherwise thought.

So what I would say is we're clearly investing right now across the business as aggressively as we feel like we responsibly can to try to catch up because we do think there's a lot of excess demand there. And so it's hard to predict exactly how all this will unfold, but we're going to be working hard to grow the capacity of the business as quickly as we responsibly can.

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

Got it. And that's helpful. And then for my follow-up question, with regard to the efforts to buy cars directly from consumers, so you've been very successful. There's a number of other players now, both online and off-line, also pushing aggressively on this aspect of the business, so to say. So are you seeing greater competition? And does this -- does the fact that more players are now pushing this, does it ultimately have an impact the way the consumer reacts?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I think that, that's the smarter place to err, and I think that's the right thing to assume. I think empirically, we're buying more cars from customers than ever, and we've seen a massive influx of demand in the last several quarters from an already very high level. So I think that, that speaks to the quality of the offering. But I also think that it's never smart to get comfortable and to stop building. And while we believe we've got the highest quality customer offering today, we also believe we can make it a lot better in a lot of really important ways. And we've got a great team that's focused on that product that has all kinds of interesting plans to continually make it better.

So I think undoubtedly, it's an area that's gotten more attention over the last several years. It probably will continue to get a lot more attention over the next several years, and we'll be continually building to make sure that we keep a spread between the quality of our offering and what else is out there.

**Operator**

Our next question will come from Rick Nelson with Stephens.

**Nels Richard Nelson**
*Stephens Inc., Research Division*

So I'd like to ask you about the ASPs. They've been on a rapid rise trajectory. Do you have any concerns or any about vehicle affordability and any potential pullback in demand given where pricing is today?

**Mark Jenkins**
*Chief Financial Officer*

Sure. So I can take that one. So I do think higher used vehicle prices has an impact on demand through an affordability effect. Clearly, there are some customers that are targeting specific monthly payment that meets their budget. And as used vehicle prices rise, there are certain customers that are less likely to be able to meet that budget.

And so I do think if you look industry-wide, I mean, we're obviously growing incredibly quickly with 74% year-over-year growth despite the constraints that Ernie talked about. But if you look industry-wide, various data sources have total industry sales down, call it, on the order of 10% to 15% in Q3. And so I do think there's an effect there. We're growing really, really quickly despite that industry-wide effect, which I think is a testament to all the demand that we are seeing.

**Nels Richard Nelson**
*Stephens Inc., Research Division*

Okay. And I just have a follow-up. I'm curious about the unit growth that you were seeing during the quarter before you pulled things in or metered things. And I guess what was their final straw that caused you to pull back mid-quarter?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I don't think we want to jump into the details of intra-quarter growth. What I would say is that what drove the decision was just that we weren't catching up. And I think that historically, we've been able to catch up faster, and we just saw that big influx of demand show up. And then we -- once you see that happen and once you're behind and then all sudden, you face a situation where the amount of work per transaction can start to go up, you run the risk of allowing yourself to get further behind, even if demand stays flat because the further behind you get, the more work per transaction there is, and that can cycle on itself. And so we decided to take the proactive measures to give ourselves a little bit of breathing room just so we could catch back up. And so that's what drove it.

And again, I think we feel really good about the progress that we're making there. We've given these stats of the growth we've made over the last several years. But we've -- even in the last several weeks, we

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

continue to see improvement across all of those major groups, whether we're looking at customer care, who's answering customer questions and handling a lot of the transaction, we've seen our service levels get better there. If we're looking at logistics, we've seen that get better over the last several weeks. If we're looking at the inspection centers, I think they really have done an amazing job.

I mean, the inspection centers, that's hard. When you get behind in inspection centers, that's a big industrial undertaking. It takes time to catch back up, and they've caught up. They've built inventory in the quarter despite the fact that we faced another COVID wave, which is really tough in general. But it's extremely tough when you have an assembly line structure. So they've done a great job. Market ops, which handles last-mile delivery, has done a great job, and we've seen service levels improve there. So I do think we're seeing improvement, which is good, but we remain behind. And we're working hard to catch up.

**Operator**

Our next question will come from Rajat Gupta with JPMorgan.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

Great. I just had a couple of questions on just the GPU component. On retail GPU, I guess just the quarter-over-quarter bridge, how should we think about the moving pieces? The intra-quarter price benefit was slightly lower versus than the second quarter. But was there any impact of higher recon labor costs or inefficiencies that impacted that number sequentially?

And just like given that pricing has continued to remain so strong in the fourth quarter, you talked about like a seasonal decline in the fourth quarter. So just curious as to why that would be the case.

And then just lastly, as you continue to face a big ramp of IRC next year and the labor environment remains challenging, I mean, should we anticipate any impacts to the GPU bridge next year and maybe just on wage inflation or just overhead expenses for the new IRCs? And I have a follow-up on F&I.

**Mark Jenkins**
*Chief Financial Officer*

Sure. So let me take a stab at all of the questions in there. So first one, talking about Q3 retail GPU. So we had a strong quarter on retail GPU in Q3, came in at $1,769. I think if we think back prior to COVID, we'd normally expect to see some seasonal decline in retail GPU. I think we saw that for a couple of years prior to COVID. This year, we saw a slightly similar effect, even though the -- we're in obviously a very unique environment, where we did see early in the quarter, depreciation rates pick up a little bit relative to Q2. And so that definitely had an effect on the sequential change in GPU going from Q2 to Q3.

The other thing I'd call out is we did see higher reconditioning costs on a per unit basis in the quarter. That was driven in part by Delta, which definitely impacted production efficiency, which then increases your per unit cost. And so those impacts, we saw sort of a similar dynamic late in 2020. The impacts were smaller this time, but they were there and part of that sequential change.

Now as we look forward, you asked a couple of questions about retail GPU on a go-forward basis. So our assumptions for retail GPU in Q4 are embedded in our guidance for the full year. We typically don't break down individual components of that guidance, but we gave you some guidance on total GPU.

And then looking out a bit further toward 2022, you asked about the possible labor market effects on the reconditioning costs. And there, I would say it's too early to say. I think we can wait and see how that goes looking out in 2022. But in any event, any sort of labor cost adjustments are likely to be relatively small compared to the overall magnitude of retail GPU and overall reconditioning costs. So an area -- that would be my thought on your third question.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. Great. Sorry, lumping a comment in one. But just on finance, in the third quarter or like the other GPU, the third quarter decline -- slight decline quarter-over-quarter, any color on if that was more finance-driven or service contracts? And just curious, broader picture, like how are customer delinquency assumptions looking for that business? Have they started to move back towards normal, albeit it could take many quarters? And if yes, I mean, how should we think about the trajectory going forward and the impact to just the other GPU?

**Mark Jenkins**
*Chief Financial Officer*

Sure. Yes. So other GPU came in again at -- I believe we said $2,483. It was down a little bit quarter-over-quarter. I think the sequential movement in other GPU is well within the normal range that we would expect from quarter-to-quarter. So it's sort of well within sort of normal range of variability. In this particular case, I would say the biggest driver of the sequential change was just in finance, the -- some rate optimizations that led to slightly lower interest rates that came on sort of late Q2, early Q3 would be the largest driver of a relatively small change.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

And then, Rajat, if I could also maybe provide a little bit of a perspective as well. I do think a useful exercise in kind of the way that we oftentimes think about the business and the way that we prioritize what we're doing internally, because I do think it can be very hard to predict exactly what's going to happen by line item by quarter. So we sometimes try to take a bigger view.

And so an exercise that I would suggest because I think if you look at all the different public retailers and you go back in time 20 years and you plot on a graph their EBITDA margin, I think what you'll find is an extreme amount of stability. There's very, very high levels of stability across all the different retailers, and very clear stories start to emerge. You can see some retailers performing a little bit better than other retailers over relatively long periods of time, which suggests relatively better execution. You can see what happens with the financial crisis. You can see what's happening right now. We're -- right now is a moment of interest in that 20-year graph, where you'll see that many of the franchise dealers are performing very well relative to history. And then you'll see that some of those that are completely reliant on auction are performing very poorly compared to history. And then those that have access to buying cars from customers are generally performing somewhat similarly compared to history, which is somewhat interesting.

But the reason I bring that up is because I do think that even going back to the reason that we started to report on total GPU when we first went public in 2017, the general idea there was just that there is a lot of ballots in this industry. There's tens of thousands of other dealers that are providing a fairly similar experience to customers, that have very similar cost structures to one another. And as a result, the industry is sort of structured in a way where some of the profits across those different components of the transaction tend to add up to cover their expenses and their cost of capital.

And once you get to that place where you kind of realize these lines have been very, very stable over a 20-year period, there is little squiggles kind of that you'll see in that chart from quarter-to-quarter, but they're probably not the most important thing. The most important thing is just what is the quality of the customer experience that you're offering compared to everyone else? What's the quality of your variable economics, both on the revenue and the cost side? And then if those things look good, how scalable are you?

And so when we think about our prioritization, that's the frame that we use, and that's how we try to make sure that we're putting our time and energy into the things that are most important. And I think through that frame, if you look at the last year or so, we would like to think at least that our performance looks very good. If you compare the way that we've performed to the industry in any important way, we think that it looks very good. And we think that, that's the most important thing because even when you're looking at kind of the bottom line, it tends to be -- there's a pretty stable return, in general, in buying cars from customers. And then there's some variation based on the way the business model is

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

structured. And then it's about how you perform compared to everyone else. And we think in the long run, that's what really matters the most.

**Operator**

Our next question will come from Chris Bottiglieri with PNB (sic) [ BNP ] Paribas Exane.

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

I actually had a question. So it seems like you rebranded your third-party reconditioning units as marketplace units. At the same time, you're moving forward with Hertz as a large third-party seller. So if you think about your decision around the reconditioning units, is there an opportunity to use these partners in conjunction with third-party sellers like Hertz? Or do you foresee them reconditioning their own units? Maybe talk about that more, please.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So Chris, I apologize, I don't think we've really answered one of your questions in like 4 or 5 quarters. So we definitely owe you some answers at some point. But I do think it's early in the Hertz partnership. It's early in marketplace, in general. I think there's a lot of room for those choices to continue to evolve. And so I think we're not going to provide additional color at this time, and I apologize.

**Christopher James Bottiglieri**
*Exane BNP Paribas, Research Division*

At least you're keeping it candid, I appreciate that. Let's move on to SG&A then. Is there a way to bifurcate -- further bifurcate SG&A cost between retail and wholesale? So I'm trying to understand like how much incremental SG&A you incur to wholesale a trade-in versus retailing it. Like further, if you buy a car from a customer but you don't sell one to a customer, like how different is the SG&A profile of that transaction versus buying and selling to the customer? Just trying to understand how trade-ins is impacting your SG&A per unit and personnel costs.

**Mark Jenkins**
*Chief Financial Officer*

Sure. Yes. So I mean, I think if you start at a high level, buying cars from customers does incur additional operational requirements, and then it does incur additional costs. Some of those costs show up in cost of goods sold. That would be things like going out to the customer's door to pick up the car and bringing it back into our network either to be, yes, reconditioned to go up on the site or what have you. So that's one set of cost.

There's another set of cost that does impact SG&A. I think just one example of that might be customers calling in to talk about a transaction where they're selling their car to Carvana rather than buying a car from Carvana. So that's an example of a direct effect of buying cars from customers that does show up in SG&A.

There's also -- and Ernie sort of touched on some of these concepts, but there are also some indirect costs of the very rapid growth that we experienced in buying cars from customers in the last couple of quarters. And that just takes the form of everything just being a bit less efficient. And so I think there's both those direct costs and indirect costs that are driven by buying cars from customers.

**Operator**

Our next question will come from John Blackledge with Cowen.

**Maxwell Christian Spaeth**
*Cowen and Company, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is Max on for John. I'm just wondering if you could talk us through the constraints on building in the pace of rollout for IRC build. You've already given the guidance for the end of the year. But just looking forward, what are the puts and takes on being able to roll out additional IRCs? And what's the balance there?

And then just wondering if you could talk us through a little bit, just inventory. Like is there a targeted inventory level that you'd like to get through? Typically, 4Q would be a build, but 1Q might be not building in a typical environment. Is that still true for next year? Or how should we think about that?

**Mark Jenkins**
*Chief Financial Officer*

Sure. So I mean, I think we feel really good about our IRC trajectory. We expect to open 8 more new IRCs by the end of 2022. And then with -- when it comes to staffing those IRCs, we are making continual progress. I think many of the initiatives that we have kicked off and have implemented are paying dividends. And we're -- I think we're seeing nice progress there in terms of the second phase of scaling production capacity, which is building out the team. And so I think we feel good about all of that.

I think the -- on the inventory level, I think the simplest way to say it is we do want to build the selection of cars that are available to customers on our website. We made some progress there in Q3, climbing it to just over 16,000 immediately available units, up from just under 13,000 in Q2. But as we talked about, that effect was metered somewhat by the steps that we took to manage sales.

And so I think we want to keep building that immediately available inventory. We do think selection is a driver of conversion and a driver of sales and feel really good about continuing to march up that selection that we're making available to our customers, particularly as we make progress on relieving the other operational constraints throughout the system.

**Operator**

Our next question will come from Michael Baker with Davidson.

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

Two questions. I'll ask it at the same time, I guess, both related to GPU. One, does reducing the inventory that's available for customers to see that metering process, does that boost the GPU in any way in that you can show cars that have better margins because they don't need as much work or whatever the case may be? Does it give a lift to GPU? And then because of that, should we expect GPU to naturally decline?

And then I guess related to the GPU question, I think inherent in the idea that retail units will equal revenues is that ASPs flatten out. I think you've said that before, and of course, that didn't happen this quarter. Is there any specific reason why we should expect ASPs to flatten out in the fourth quarter? Or is that just sort of the way you plan the business and it may or may not happen? Or is there anything that you're specifically seeing?

**Mark Jenkins**
*Chief Financial Officer*

Sure. Yes. So on the first question, the answer is no. The cars that get metered, sort of the algorithm that goes into deciding which cars to return in search results and which cars not to is not related to the particular GPUs on the car. So the answer to that first question is a straightforward no.

The -- on the second question, the -- in terms of ASPs, so I think if we think about revenue growth relative to retail unit growth, there's a couple of things that go into that. One is retail ASPs, and I do think that's a component. And I think when we give guidance on revenue growth relative to retail unit growth, that's one of the considerations that goes into it. Second consideration that goes into it is wholesale revenue will impact the ratio of total revenue to retail units, and that's another consideration as well. We did mention in Q3, we metered both retail sales volume and buying cars from customers. And then you

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

might naturally expect metering buying cars from customers to have an impact on wholesale volume and revenue.

**Operator**

Our next question will come from Nick Jones with Citi.

**Nicholas Freeman Jones**
*Citigroup Inc. Exchange Research*

Great. I think there's a kind of large franchise competitor that's getting into other adjacencies, like trying to, I guess, handle some of the logistics for powersports and maybe some other large heavy equipment-type logistics. I guess kind of what are your thoughts on kind of the competitive reaction? I mean, do you think kind of Carvana's success has caused some of the larger, maybe more profitable incumbents to react and maybe get ahead of some of the direction Carvana may be going in the future?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Okay. I didn't understand the first part of your question, but I think I got it now. So what I would say is, I mean, I think, listen, there's -- any time you're lucky enough to be successful, other people are going to see that. And so I think the kind of the default assumption anytime you're building a business and you're lucky enough to be on the right path should be to assume that others are going to notice and move in your direction. And then I think that our job as a business is to keep getting better. And I don't know really how much more color I can give you than that.

I think maybe one other thing that's notable and worthwhile would just be, this is hard, right? And I do think that it can -- I don't mean to imply that you're making this mistake, but I think from a distance, it can be easy to make the mistake that any given problem is easier than it actually is. And so this is a very fundamentally difficult problem. I'll start with talking about it on the used side, but you'll be able to quickly kind of adjust that for new products as well.

But when you're buying a car that is -- that varies in quality, when you're running it through a remanufacturing process, where you're putting $1,000 of parts and labor into that car, when you're shipping that car around the country in order to give customers a really broad selection, when you're handling trade-ins, when you're handling warranty, when you're providing customers with financing and you're verifying the information that they send over in financing, when you're registering cars across 50 states and all the different counties that vary in their registration requirements, there's just so much work that goes into that. And I think that it can be easy at first to start with kind of visibility from a distance of maybe the buttons that get clicked on a website and then to believe that, that's something that's relatively straightforward to replicate.

And I think our view would be that we worked really, really hard running as fast as we possibly can with a bunch of incredible people that have been extremely motivated over a long period of time. And we still have a lot of running left to do. So we think that our job is to keep getting better. We think that we should expect people to notice the success that we're having, and we also think that the stuff that we've built in the past that now sits behind us is a pretty big moat. And then there's a lot of stuff left that we're going to build in the future that once we climb that hill, that will turn into a moat as well. So I think we just have to keep running our plays, I think.

**Operator**

Our next question will come from Naved Khan with Truist Securities.

**Robert Charles Zeller**
*Truist Securities, Inc., Research Division*

This is Robert on for Naved. I have one for Mark and one for Ernie. So Mark, I think in your prepared remarks, you said you guys expect operational constraints to improve in the fourth quarter. Is there any color you can give on how we should think about unit growth on a sequential basis?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And then actually, either can answer this question. But Mark, you did just touch on it on the wholesale side. I was going to ask if you're seeing increased throughput of vehicles into the wholesale channel due to some of the operational constraints. But also, are you guys seeing higher demand in the wholesale channel because there's demand to stockpile vehicles amid this inventory supply constraint in the market right now?

**Mark Jenkins**
*Chief Financial Officer*

Sure. So yes, I mean, on the first point, yes, we expect to increase our operational capacity in Q4 with an eye toward 2022. So it's always a goal, and Q4 is always a very significant investment period for us as we work to ramp operational capacity in preparation for the first half of the following year. And that's exactly our plan this year.

On the second question, I think the -- so our wholesale volume has been very strong, and our wholesale GPUs have been strong as well. I do think that's partly due to a -- well, particularly the GPUs, are partly due to a strong wholesale market. There's been a lot of commentary out there, which I'm sure you're aware of as well, about -- that we've seen a lot of appreciation in the wholesale market this year. And so some of the dynamics that you outlined are certainly playing out. I think we've also made really great fundamental improvements in the way that we are able to buy cars from customers, both from an awareness perspective as well as from a process and technology perspective. So that's certainly driving some of our volume as well.

**Operator**

Our next question will come from Seth Basham with Wedbush Securities.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

My question is around the metering again. Have you eased on the metering in the fourth quarter yet?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

We have not materially eased on the metering of -- there's a couple of steps that we took that we probably have pulled back on a bit, but not materially. And again, I want to restate, I do think the moves that we made to meter sales were real and they were an impact. But the bigger impact is just the constraints that already existed in the system before. So hopefully, that's at least directionally helpful.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

Okay. No, that's helpful. And we found a lot of the metering, at least as it relates to the number of units shown to customers on the West Coast markets, to be more severe than other areas of the country. What is the reason for that? Is that because of the lack of proximity to IRCs or something else?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I'm going to try to answer that question more generally. What I would just say is I do think as it relates to the particular move of impacting the number of cars that show up in a search result, we do have the ability to kind of provide more relief to different groups based on the cars that we choose to suppress. And so if we have really busy logistics legs, then maybe cars that would need to traverse those logistics legs to get to a certain market, they may not be displayed in that market when we're trying to handle a situation like this. If we have certain classifications of cars that require more work from certain operational groups inside of customer care, then we may be more inclined to suppress that inventory in more locations so that less of that type of work needs to be done, if that particular customer care group is behind.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so we really can operate that, I don't want to say perfectly surgically, but fairly surgically. And so it's been -- it's a high-quality tool for us to use in a situation like this. And I do think the degree to which we use it does vary by location and by classification of inventory type.

**Operator**

Our next question will come from John Colantuoni with Jefferies.

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

I have 2. Just wanted to start with the consumer purchases. Maybe you could talk about how much of the increase in consumer purchases is just out of necessity because of a tight wholesale market versus your view that it's just simply a more profitable and efficient channel for inventory? And related to that, once new car manufacturing gets back on track, do you envision pulling back on customer purchases perhaps to a point where it's back towards the levels that you were targeting at your Investor Day as a percentage of total sales? And I have a follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, you're not adhering to the one plus a follow-up rule then, but we'll do our best to answer. So I think first and foremost, on buying cars from customers, I think that's -- necessity would not be the way that I would describe it. I think the way that I would describe it is it's better. It allows us to provide a high-quality experience to a customer that we're buying a car from, and then it gets us access to a higher-quality pool of inventory that is, on average, more profitable. And so we want to do as much of that as we possibly can. We want to build the business capacity to be able to handle as much of that as we possibly can.

Now I do think that we're in a very unique market today where acquisition channel is very, very important. And normally, across time, if we go back to this kind of 20-year view that we talked about before, if you look at different acquisition channels, you tend to see margins that are available that are fairly stable. There can be kind of idiosyncratic differences between the channels. But generally speaking, they're fairly stable. I think today, the best source is probably customer lease returns. There's -- Cox Automotive keeps an index on the amount of equity that lease returns have. And recently, that number has eclipsed $8,000, which is an enormous number, right? That number is normally closer to 0. So that means the customer is returning a car and kind of dropping off the keys and walking away from a lease. That car has $8,000 of positive equity in it. So that's an enormously advantaged channel in this environment.

On the other side, you have auction, which has been heavily constrained in this environment. There are many dealers that are constrained in inventory. And as a result, many of the off-lease cars for the reason that I suggested before and for the reason of dealers being constrained aren't making it all the way to auctions. There's been a fewer repos because there's been really high-quality customer credit performance. So there's less of that showing up in the market. The rental fleets have struggled to get cars, so they have been defleeting. So there's been less of that in the market. And so that market has been very tight. And as a result, the margins that are available in the auction market are very small. And so that means that kind of the channel of buying cars from customers is even better today than normal.

Our expectation, again, just given the kind of very strong and persistent forces that have existed over a very long period of time in this market would be that as all these idiosyncratic, strange things that are going on in the world today start to normalize, we'll probably see these markets move in more normal ways relative to one another kind of to how they have in the past. I don't know that, that changes a ton for us because I think today, we're in the lucky position to be able to acquire many cars from customers and also have access to auctions. I'm not sure it changes a ton for us. But I think that as that happens, I can imagine the best answer is for us shifting to some degree, and we'll react as intelligently as we can in those moments.

**John Robert Colantuoni**
*Jefferies LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And one quick one. It looks like compensation expense per unit sold was up 30% year-on-year. Just talk about if that's a reflection of higher employee costs from the capabilities you're building around customer acquisitions and how we should think about the trajectory of compensation expenses.

**Mark Jenkins**
*Chief Financial Officer*

Sure. So the largest component of the compensation expense per retail unit that we saw in Q3 relative to last year, it really is just building the team both in advance of 2022 and just making sure that we're prepared for the first half of 2022 and also for the long term. I think we see so many opportunities throughout the business in so many places where we believe we can invest in the team that can help us scale the business and help us take advantage of some of these opportunities. So those are definitely components.

I think buying more cars from customers was a component as well. As I mentioned, there's some compensation expenses there that show up in SG&A. And then the last thing that I would point to is we were operationally constrained. And so when you're investing for next year and you're investing for the long term, but you're operationally constrained and meter sales as a result, that can also lead to a per unit impact. So those are some of the primary points that I would call out.

**Operator**

Our last question will come from Edward Yruma with KeyBanc Capital Markets.

**Edward James Yruma**
*KeyBanc Capital Markets Inc., Research Division*

You guys have been really clear about some of the backlogs and reconditioning. I wanted to ask a little bit, though. There's been some negative press around customer service issues. How do you feel about the strength of the organization today as it relates to customer satisfaction? And do you think that, that's something you have to look at metering as well?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think first and foremost, delivering great customer experiences is why we're here, and it's the most important thing that we do. So it's something that's always at the absolute top of our mind in everything we do. I think throughout these constrained periods, we've continued to deliver customer experiences that get rated much higher than anything else in automotive retail and at levels on par with some of the best customer experiences out there.

That said, across time, across the years and certainly recently as well, when we are constrained and to use the language I used earlier, our service levels get impacted, that does lead to the directional impact that you would expect in customer experiences. And so we have seen that. And that also absolutely went into the rationale for choosing to proactively meter sales while we kind of reduce pressure and caught up. And we've seen that have the effect that we would like to see. We've seen a pretty strong move back towards the levels that we more traditionally have been at. We still got a little bit of room to go there, but we've seen a strong move.

So I think throughout, the customer experiences, in general, have been great. But they definitely are impacted by constraints when we have them. And so it's our job to alleviate those constraints and to build the business in a way that puts no impact whatsoever on customers. But we have had some impacts. And of course, we can continue to get better.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to management for any closing remarks.

**Ernest C. Garcia**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Co-Founder, President, CEO & Chairman*

Perfect. Well, thank you for joining the call, and thanks, everyone, on the Carvana team. I always say the same thing here, and I apologize for not being more creative, but this was another great quarter. We faced a number of challenges that we didn't foresee. And once again, you rose to the challenge and put us in a great spot. And that's why we continue to be in the place that we're in. And that's why we keep marching towards the goals that we mutually share. So thank you so much for everything that you're for doing. We wouldn't be here without you. Talk to you all next quarter. Thanks.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# Exhibit 18





# LETTER TO **SHAREHOLDERS**

## Q3 | 2021







# CAR**VANA**

## NOVEMBER 4, 2021





Dear Shareholders,

The third quarter was another great quarter for Carvana. We delivered 111,949 retail units and grew revenue to $3.5 billion, an increase of 74% and 125% YoY respectively. We achieved total GPU of $4,672, an increase of over $600 YoY. We also delivered our second consecutive quarter of positive EBITDA.

These are impressive results that are made even more impressive with context. We entered the quarter under significant operational constraints that arose from Q2's record growth and from facing the Delta COVID-19 wave that peaked late in the third quarter and impacted our efficiency.

Since the onset of the pandemic, we have often found ourselves constrained in different parts of our operational chain. Throughout, our team has persevered and executed. Despite these constraints, we are now buying and selling over 3x as many cars as we were two years ago, and our team is hard at work unlocking additional capacity.

This execution speaks to the quality of our team, to the quality of our customer offering, to our long-term perspective, and to the quality of the foundation that long-term perspective has allowed us to lay over the last 8 ½ years.

We remain firmly on the path to changing the way people buy cars, to delivering more than 2 million cars per year, and to becoming the largest and most profitable automotive retailer.

## Summary of Q3 2021 Results

Q3 2021 Financial Results: All financial comparisons stated below are versus Q3 2020, unless otherwise noted. Complete financial tables appear at the end of this letter.

- Retail units sold totaled 111,949, an increase of 74%
- Revenue totaled $3.480 billion, an increase of 125%
- Total gross profit was $523 million, an increase of 100%
- Total gross profit per unit was $4,672, an increase of $616
- Net loss was $68 million, an increase from $18 million
- EBITDA margin was 0.2%, a decrease from 1.4%
- Basic and diluted net loss per Class A share was $0.38 based on 84.8 million shares of Class A common stock

Q3 2021 Other Results:
- Expanded our population coverage to 80.6% through the addition of 9 new markets
- Announced a partnership with Root to offer embedded auto insurance to Carvana customers

## Recent Events

We also note the following recent highlight:

- Announced a partnership with Hertz to leverage our technology and logistics network to sell more vehicles online

## Outlook

Our financial goal is to become the largest and most profitable automotive retailer. We expect to round out an extremely strong year in pursuit of this goal.

We expect the following in Q4 and for the full year:

- We continue to see exceptional demand and expect retail units sold to be governed primarily by our operational capacity.

- We expect revenue growth in Q4 to be more closely aligned with retail unit growth than it was in Q3.

- We expect total GPU to be in the low-to-mid $4,000s for the full year, marking our 8th consecutive year of substantial gains. We expect to see a seasonal pattern in total GPU in the fourth quarter, with Q4 lower than Q3.

- Finally, we plan to continue to invest in the business both to catch up with current demand and to prepare for growth in 2022 and beyond, leading to a seasonal sequential increase in SG&A per retail unit in Q4 and close to breakeven EBITDA margin for the full year.

With our progress so far this year, we believe our path to becoming the largest and most profitable automotive retailer has never been clearer.

For more information regarding the non-GAAP financial measures discussed in this letter, please see the reconciliations of our non-GAAP measurements to their most directly comparable GAAP-based financial measurements included at the end of this letter.

## Scaling Operational Capacity

Q3 was a strong quarter, including 74% retail unit growth, our second highest quarter ever on total GPU, and our second consecutive quarter of positive EBITDA. The quarter was impacted by continuing operational constraints brought on by our explosive growth in buying cars from customers over the last two quarters and by the Delta wave of COVID-19.

The rise of the Delta variant negatively impacted our production volume in Q3. Despite those challenges, we grew immediately available inventory, which increased to an average of 16.4k units in Q3 from 12.8k units in Q2. We remain on track to launch 8 new IRCs before the end of 2022 and continue to focus on growing our IRC teams in preparation for future growth.

Our explosive growth in buying cars from customers over the last two quarters created significant operational constraints in our system. Buying more cars from customers leads to more last mile pickups, more customer care interactions, and more complex title processing requirements, which in turn leads to more complex registration processing. Our teams are responding by enhancing our systems and processes to adapt to this rapid change.

To ease the pressure on our system while we catch up, we began metering both retail units and cars bought from customers mid-quarter to allow our operational capacity to catch up to demand and ensure we are providing the best possible customer experiences. Most notably, to manage retail sales volume, we reduced the number of vehicles shown to customers in search results, which limited the benefits of higher immediately available inventory on retail units sold in the quarter.

We continue to expect our operational capacity to be the most important driver of our growth and remain focused on increasing capacity through all parts of our operational chain, including vehicle production, fulfillment, and customer care. Over the last two quarters we have made continual progress in these areas despite the unique hiring environment, and we expect to continue to increase our operational capacity in Q4 with an eye toward 2022.



IMMEDIATELY AVAILABLE INVENTORY*

1. COVID-19 first wave hits; paused vehicle purchasing and reduced hours at IRCs to position business defensively. Demand then rapidly rebounds driving available inventory down 80% from its peak.

2. Production increases at IRCs more than doubling available inventory from its low.

3. Third wave of COVID-19 paired with growth accelerating to 76% YoY in Q1 2021 caused additional reductions in available inventory.

4. We opened 1 IRC in Q1 2021 and 1 IRC in Q2 2021. We demonstrated significant progress ramping these new and existing facilities which drove an increase in available inventory.

5. We grew available inventory despite the negative impact on production from the Delta variant.

6. We expect to continue to ramp existing facilities and to open 8 more before the end of 2022.

*Immediately available inventory are vehicles listed on our website that have been reconditioned and photographed and are available for immediate purchase by a customer, excluding marketplace units. They are a subset of total website units, which is reported in key operating metrics and represents all vehicles listed on our website including immediately available inventory, vehicles currently engaged in a purchase or reserved by a customer, and units that can be reserved that generally have not yet completed the inspection and reconditioning process.

## Partnerships

In Q3, we announced a partnership with Root, a leading technology-centric insurance company. We started a relationship with Root about a year ago that has grown to be a deeply integrated partnership that will combine their capabilities with our own.

Root has built high-quality, customer-centric technology and processes and shares our vision for a simple, fully integrated insurance solution. This partnership enables us to further improve and simplify our customer experiences, to deepen the relationships we have with our customers, and to generate incremental unit economics. The partnership is structured to align our incentives and generate focus from both companies as we build the best solutions for our customers.

In Q4, we announced a partnership with Hertz that allows Hertz to leverage our technology and logistics network to sell more vehicles online. This partnership highlights Carvana's platform capabilities, allowing Hertz to sell more vehicles more quickly and Carvana to offer a wider selection of high-quality vehicles to its customers. These Hertz vehicles will meet Carvana's required vehicle quality standards and will be covered by Carvana's 7-day return policy and 100-day limited warranty.

Vehicles sold through the partnership will be listed on Carvana's online marketplace and will be fulfilled through our operations. Marketplace units sold are included in retail units sold, but they receive net revenue treatment, meaning we do not record the full amount of the vehicle sales price or cost of goods sold. Like Carvana-owned units, marketplace units may generate revenue and gross profit from the sale of the vehicle, trade-ins, financing, and ancillary products.

We remain in the very early stages of rolling out our partnerships with Root and Hertz and will provide more details over time as the partnerships and their impacts more fully take shape.

4

## Expansion

In Q3 2021 we expanded the total percentage of the U.S. population we serve to 80.6%, up from 79.4% at the end of Q2 2021 through the addition of 9 new markets, taking another step toward our goal of 95% population coverage in the U.S.

We remain on track to open 8 IRCs before the end of 2022, bringing our total capacity at full utilization to over 1.25 million units.

## CARVANA MARKETS, VENDING MACHINES, AND IRCs



*As of November 4, 2021

For a complete list of our market opening history, estimated populations, and estimated total industry used vehicle sales by market, along with details on our IRCs, please see: investors.carvana.com/investor-resources/investor-materials

## Management Objectives

Our three primary financial objectives are: (1) Grow Retail Units and Revenue; (2) Increase Total Gross Profit Per Unit; and (3) Demonstrate Operating Leverage. We believe continued focus on these goals will lead to a strong long-term financial model.

Below we present our long-term financial model that we introduced at our Analyst Day on November 29, 2018. We believe this is the appropriate frame through which to evaluate our results and progress towards each of our financial objectives.

## LONG TERM FINANCIAL GOALS

|  | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | Q3 2021 | Long Term Target |
|---|---|---|---|---|---|---|---|
| YoY Revenue Growth | 180% | 135% | 128% | 101% | 42% | 125% | – |
| Gross Margin | 5.3% | 7.9% | 10.1% | 12.9% | 14.2% | 15.0% | 15 – 19% |
| Advertising | 7.4% | 6.5% | 5.7% | 5.2% | 5.1% | 3.6% | 1.0 – 1.5% |
| SG&A ex. Advertising and D&A | 21.1% | 18.2% | 14.9% | 13.7% | 13.7% | 11.3% | 4.5 – 5.5% |
| D&A | 1.3% | 1.3% | 1.2% | 1.0% | 1.3% | 0.7% | 0.5 – 1.0% |
| SG&A Total as % of Revenue | 29.8% | 26.0% | 21.7% | 20.0% | 20.2% | 15.7% | 6 – 8% |
| Net Income (loss) Margin | (25.5%) | (19.1%) | (13.0%) | (9.3%) | (8.3%) | (2.0%) | – |
| EBITDA Margin | (23.2%) | (16.9%) | (10.5%) | (6.2%) | (4.6%) | 0.2% | 8 – 13.5% |

Note: Numbers may not foot due to rounding.

6

## Objective #1: Grow Retail Units and Revenue

For the quarter, retail units sold totaled 111,949 growing 74% YoY vs. 64,414 in Q3 2020, and up 141% vs. Q3 2019. Q3 revenue grew to $3.480 billion, up 125% YoY from $1.544 billion, and up 218% vs. Q3 2019. Revenue growth was aided by higher used vehicle prices this year compared to prior years.

We grew rapidly in Q3 despite facing various operational constraints. Demand continues to outpace our ability to fulfill it, and we are taking many steps to ramp up operational capacity in the near-term to catch up to demand and support growth in 2022 and beyond.



QUARTERLY RETAIL UNIT SALES

7

## Objective #2: Increase Total Gross Profit Per Unit

Total GPU was $4,672 in Q3 2021, an increase of $616 year-over-year.

For Q3 2021:

- Total
  - Total GPU was $4,672 vs. $4,056 in Q3 2020
- Retail
  - Retail GPU was $1,769 vs. $1,857 in Q3 2020
  - Year-over-year changes in Retail GPU were primarily driven by higher reconditioning costs, in part resulting from the impact of the Delta variant on production throughput, and higher wholesale acquisition prices, partially offset by a higher customer-sourced ratio.
- Wholesale
  - Wholesale GPU was $420 vs. $266 in Q3 2020
  - Year-over-year changes in Wholesale GPU were driven by record volume of 50,204 wholesale units sold (+227% YoY), and a change in gross profit per wholesale unit sold to $936 from $1,113 in Q3 2020.
- Other
  - Other GPU was $2,483 vs. $1,934 in Q3 2020
  - Year-over-year changes in Other GPU were primarily driven by strong finance execution and the impact of higher industry-wide vehicle prices on average loan size.



## Objective #3: Demonstrate Operating Leverage

We achieved positive EBITDA for the second consecutive quarter in Q3, while investing significantly throughout the business to catch up to demand and support growth in 2022 and beyond. Net loss margin and EBITDA margin were (2.0%) and 0.2%, respectively, a change from (1.2%) and 1.4% in Q3 2020.

For Q3 2021, as a percentage of revenue:

- Total SG&A levered by 1.6% year-over-year, primarily driven by the impact of higher used vehicle prices on revenue. Compensation and benefits as well as logistics expense were approximately flat as a percent of revenue, advertising levered by 0.6%, market occupancy levered by 0.1%, and other SG&A levered by 0.9%. All SG&A components were impacted by our increase in cars bought from customers relative to cars sold to customers, the Delta variant wave, and our significant investments to catch up to demand and support growth in 2022 and beyond.



## Summary

In the third quarter, we grew revenue by 125% to $3.5 billion and recorded our second straight EBITDA positive quarter.

Highlighting the scale of our opportunity, we did this with approximately 1% nationwide market penetration.

Highlighting the fragmentation in the industry, even at 1% market penetration, we are the second largest and by far the fastest growing player in the market.

We are well on our way to selling more than 2 million cars per year and to becoming the largest and most profitable automotive retailer.

The opportunity is enormous. We see it. And we are going to keep working hard for it.

The march continues.

Sincerely,

Ernie Garcia, III, Chairman and CEO

Mark Jenkins, CFO

# Appendix

*Conference Call Details*

Carvana will host a conference call today, November 4, 2021, at 5:30 p.m. EDT (2:30 p.m. PDT) to discuss financial results. To participate in the live call, analysts and investors should dial (833) 255-2830 or (412) 902-6715, and ask for "Carvana Earnings." A live audio webcast of the conference call along with supplemental financial information will also be accessible on the company's website at investors.carvana.com. Following the webcast, an archived version will also be available on the Investor Relations section of the company's website. A telephonic replay of the conference call will be available until November 11, 2021, by dialing (877) 344-7529 or (412) 317-0088 and entering passcode 10161002#.

*Forward Looking Statements*

This letter contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995.  These forward-looking statements reflect Carvana's current expectations and projections with respect to, among other things, its financial condition, results of operations, plans, objectives, future performance, and business. These statements may be preceded by, followed by or include the words "aim," "anticipate," "believe," "estimate," "expect," "forecast," "intend," "likely," "outlook," "plan," "potential," "project," "projection," "seek," "can," "could," "may," "should," "would," "will," the negatives thereof and other words and terms of similar meaning.

Forward-looking statements include all statements that are not historical facts. Such forward-looking statements are subject to various risks and uncertainties. Accordingly, there are or will be important factors that could cause actual outcomes or results to differ materially from those indicated in these statements. Among these factors are risks related to the "Risk Factors" identified in our Annual Report on Form 10-K for 2020 and our Quarterly Report on Form 10-Q for the third quarter of 2021.

There is no assurance that any forward-looking statements will materialize. You are cautioned not to place undue reliance on forward-looking statements, which reflect expectations only as of this date. Carvana does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments, or otherwise.

*Use of Non-GAAP Financial Measures*

As appropriate, we supplement our results of operations determined in accordance with U.S. generally accepted accounting principles ("GAAP") with certain non-GAAP financial measurements that are used by management, and which we believe are useful to investors, as supplemental operational measurements to evaluate our financial performance. These measurements should not be considered in isolation or as a substitute for reported GAAP results because they may include or exclude certain items as compared to similar GAAP-based measurements, and such measurements may not be comparable to similarly-titled measurements reported by other companies. Rather, these measurements should be considered as an additional way of viewing aspects of our operations that provide a more complete understanding of our business. We strongly encourage investors to review our consolidated financial statements included in publicly filed reports in their entirety and not rely solely on any one, single financial measurement or communication.

Reconciliations of our non-GAAP measurements to their most directly comparable GAAP-based financial measurements are included at the end of this letter.

Investor Relations Contact Information: Mike Levin, investors@carvana.com

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and par values)**

| | September 30, 2021 | December 31, 2020 |
|---|---:|---:|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 297 | $ 301 |
| Restricted cash | 107 | 28 |
| Accounts receivable, net | 178 | 79 |
| Finance receivables held for sale, net | 368 | 275 |
| Vehicle inventory | 2,285 | 1,036 |
| Beneficial interests in securitizations | 312 | 131 |
| Other current assets, including $10 and $6, respectively, due from related parties | 143 | 73 |
| Total current assets | 3,690 | 1,923 |
| Property and equipment, net | 1,333 | 909 |
| Operating lease right-of-use assets, including $20 and $22, respectively, from leases with related parties | 273 | 156 |
| Intangible assets, net | 5 | 6 |
| Goodwill | 9 | 9 |
| Other assets, including $7 and $4, respectively, due from related parties | 50 | 32 |
| Total assets | $ 5,360 | $ 3,035 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities, including $23 and $16, respectively, due to related parties | $ 700 | $ 342 |
| Short-term revolving facilities | 455 | 40 |
| Current portion of long-term debt | 74 | 65 |
| Other current liabilities, including $4 and $3, respectively, from leases with related parties | 32 | 20 |
| Total current liabilities | 1,261 | 467 |
| Long-term debt, excluding current portion | 3,134 | 1,617 |
| Operating lease liabilities, excluding current portion, including $15 and $19, respectively, from leases with related parties | 256 | 148 |
| Other liabilities | 1 | 1 |
| Total liabilities | 4,652 | 2,233 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Preferred stock, $0.01 par value - 50,000 shares authorized; none issued and outstanding as of September 30, 2021 and December 31, 2020 | — | — |
| Class A common stock, $0.001 par value - 500,000 shares authorized; 85,569 and 76,512 shares issued and outstanding as of September 30, 2021 and December 31, 2020, respectively | — | — |
| Class B common stock, $0.001 par value - 125,000 shares authorized; 87,200 and 95,592 shares issued and outstanding as of September 30, 2021 and December 31, 2020, respectively | — | — |
| Additional paid-in capital | 785 | 742 |
| Accumulated deficit | (400) | (354) |
| Total stockholders' equity attributable to Carvana Co. | 385 | 388 |
| Non-controlling interests | 323 | 414 |
| Total stockholders' equity | 708 | 802 |
| Total liabilities & stockholders' equity | $ 5,360 | $ 3,035 |

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**
**(In millions, except number of shares, which are reflected in thousands, and per share amounts)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| **Sales and operating revenues:** | | | | |
| Used vehicle sales, net | $ 2,650 | $ 1,289 | $ 6,954 | $ 3,245 |
| Wholesale vehicle sales, including $15, $1, $37, and $1, respectively, from related parties | 552 | 130 | 1,349 | 259 |
| Other sales and revenues, including $52, $26, $143, and $69, respectively, from related parties | 278 | 125 | 758 | 256 |
| **Net sales and operating revenues** | 3,480 | 1,544 | 9,061 | 3,760 |
| Cost of sales, including $17, $1, $21, and $3, respectively, to related parties | 2,957 | 1,282 | 7,648 | 3,210 |
| **Gross profit** | 523 | 262 | 1,413 | 550 |
| Selling, general and administrative expenses, including $7, $5, $19, and $14, respectively, to related parties | 546 | 269 | 1,413 | 784 |
| Interest expense, including $0, $0, $0, and $1, respectively, to related parties | 48 | 20 | 121 | 69 |
| Other (income) expense, net | (3) | (9) | (16) | 5 |
| **Net loss before income taxes** | (68) | (18) | (105) | (308) |
| Income tax provision | — | — | — | — |
| **Net loss** | (68) | (18) | (105) | (308) |
| Net loss attributable to non-controlling interests | (36) | (11) | (59) | (200) |
| **Net loss attributable to Carvana Co.** | $ (32) | $ (7) | $ (46) | $ (108) |
| Net loss per share of Class A common stock, basic and diluted | $ (0.38) | $ (0.10) | $ (0.56) | $ (1.73) |
| Weighted-average shares of Class A common stock, basic and diluted [1] | 84,779 | 70,005 | 81,427 | 62,244 |

(1) Weighted-average shares of Class A common stock outstanding have been adjusted for unvested restricted stock awards.

12

**CARVANA CO. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**
**(In millions)**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Cash Flows from Operating Activities:** | | |
| Net loss | $ (105) | $ (308) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 72 | 52 |
| Loss on disposal of property and equipment | 1 | 6 |
| Provision for bad debt and valuation allowance | 16 | 11 |
| Gain on loan sales | (528) | (129) |
| Equity-based compensation expense | 28 | 18 |
| Amortization and write-off of debt issuance costs and bond premium | 8 | 6 |
| Originations of finance receivables | (5,315) | (2,493) |
| Proceeds from sale of finance receivables, net | 5,375 | 2,479 |
| Principal payments received on finance receivables held for sale | 136 | 60 |
| Unrealized gain on beneficial interests in securitization | (6) | (4) |
| Changes in assets and liabilities: | | |
| Accounts receivable | (111) | (46) |
| Vehicle inventory | (1,230) | (198) |
| Other assets | (86) | (18) |
| Accounts payable and accrued liabilities | 319 | 112 |
| Operating lease right-of-use assets | (117) | (18) |
| Operating lease liabilities | 121 | 23 |
| Net cash used in operating activities | (1,422) | (447) |
| **Cash Flows from Investing Activities:** | | |
| Purchases of property and equipment | (390) | (270) |
| Principal payments received on beneficial interests in securitizations | 38 | 9 |
| Net cash used in investing activities | (352) | (261) |
| **Cash Flows from Financing Activities:** | | |
| Proceeds from short-term revolving facilities | 8,733 | 3,426 |
| Payments on short-term revolving facilities | (8,318) | (3,868) |
| Proceeds from issuance of long-term debt | 1,525 | 203 |
| Payments on long-term debt | (46) | (18) |
| Payments of debt issuance costs | (21) | (12) |
| Net proceeds from issuance of Class A common stock | — | 1,059 |
| Proceeds from equity-based compensation plans | 1 | 5 |
| Tax withholdings related to restricted stock awards | (25) | (9) |
| Net cash provided by financing activities | 1,849 | 786 |
| **Net increase in cash, cash equivalents and restricted cash** | 75 | 78 |
| Cash, cash equivalents and restricted cash at beginning of period | 329 | 118 |
| Cash, cash equivalents and restricted cash at end of period | $ 404 | $ 196 |

13

**CARVANA CO. AND SUBSIDIARIES**
**OUTSTANDING SHARES AND LLC UNITS**
**(Unaudited)**

LLC Units (adjusted for the exchange ratio and participation thresholds) are considered potentially dilutive shares of Class A common stock because they are exchangeable into shares of Class A common stock, if the Company elects not to settle exchanges in cash. Weighted-average shares of Class A common stock and as-exchanged LLC Units, which were evaluated for potentially dilutive effects and were determined to be anti-dilutive, are as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| | (in thousands) | | | |
| Weighted-average shares of Class A common stock outstanding | 84,779 | 70,005 | 81,427 | 62,244 |
| Weighted-average as-exchanged LLC Units for shares of Class A common stock | 90,062 | 104,406 | 93,331 | 104,907 |
| | 174.841 | 174.411 | 174.758 | 167.151 |

14

**CARVANA CO. AND SUBSIDIARIES**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**(Unaudited)**

To supplement the consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we also present the following non-GAAP measures: EBITDA and EBITDA margin. We believe the presentation of both U.S. GAAP and non-GAAP financial measures provides investors with increased transparency into financial measures used by our management team, and it also improves investors' understanding of our underlying operating performance and their ability to analyze our ongoing operating trends. All historic non-GAAP financial measures have been reconciled with the most directly comparable U.S. GAAP financial measures.

***EBITDA and EBITDA Margin***

EBITDA and EBITDA Margin are supplemental measures of operating performance that do not represent and should not be considered an alternative to net loss or cash flow from operations, as determined by U.S. GAAP. EBITDA is defined as net loss before interest expense, income tax expense, and depreciation and amortization expense. EBITDA Margin is EBITDA as a percentage of total revenues. We use EBITDA to measure the operating performance of our business and EBITDA Margin to measure our operating performance relative to our total revenues. We believe that EBITDA and EBITDA Margin are useful measures to us and to our investors because they exclude certain financial and capital structure items that we do not believe directly reflect our core operations and may not be indicative of our recurring operations, in part because they may vary widely across time and within our industry independent of the performance of our core operations. We believe that excluding these items enables us to more effectively evaluate our performance period-over-period and relative to our competitors. EBITDA and EBITDA Margin may not be comparable to similarly titled measures provided by other companies due to potential differences in methods of calculations. A reconciliation of EBITDA to net (loss) income, which is the most directly comparable U.S. GAAP measure, and calculation of EBITDA Margin is as follows:

| | Three Months Ended | | | | |
| --- | --- | --- | --- | --- | --- |
| | Sep 30, 2020 | Dec 31, 2020 | Mar 31, 2021 | Jun 30, 2021 | Sep 30, 2021 |
| | (dollars in millions) | | | | |
| Net (loss) income | $ (18) | $ (154) | $ (82) | $ 45 | $ (68) |
| Depreciation and amortization expense | 19 | 22 | 22 | 24 | 26 |
| Interest expense | 20 | 62 | 30 | 43 | 48 |
| EBITDA [(1)] | $ 21 | $ (70) | $ (30) | $ 112 | $ 6 |
| | | | | | |
| Total revenues | $ 1,544 | $ 1,827 | $ 2,245 | $ 3,336 | $ 3,480 |
| Net (loss) income margin | (1.1)% | (8.5)% | (3.7)% | 1.3 % | (2.0)% |
| EBITDA Margin | 1.4 % | (3.9)% | (1.3)% | 3.4 % | 0.2 % |

(1) We incurred less than $1 million of income tax provision for each period presented.

| | Years Ended December 31, | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
| | (dollars in millions) | | | | | | |
| Net loss | $ (15) | $ (37) | $ (93) | $ (164) | $ (255) | $ (365) | $ (462) |
| Depreciation and amortization expense | 2 | 3 | 5 | 11 | 24 | 41 | 74 |
| Interest expense | — | 1 | 3 | 8 | 25 | 81 | 131 |
| EBITDA [(1)] | $ (13) | $ (33) | $ (85) | $ (145) | $ (206) | $ (243) | $ (257) |
| | | | | | | | |
| Total revenues | $ 42 | $ 130 | $ 365 | $ 859 | $ 1,955 | $ 3,940 | $ 5,587 |
| Net loss margin | (36.6)% | (28.2)% | (25.5)% | (19.1)% | (13.0)% | (9.3)% | (8.3)% |
| EBITDA Margin | (32.2)% | (25.0)% | (23.2)% | (16.9)% | (10.5)% | (6.2)% | (4.6)% |

(1) We incurred $0 million for each of the years ended 2014 through 2019, and less than $1 million for 2020 of income tax provision.

**CARVANA CO. AND SUBSIDIARIES**
**RESULTS OF OPERATIONS**
**(Unaudited)**

| | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2021 | 2020 | Change | 2021 | 2020 | Change |
| | (in millions, except unit and per unit amounts) | | | (in millions, except unit and per unit amounts) | | |
| **Net sales and operating revenues:** | | | | | | |
| Used vehicle sales, net | $ 2,650 | $ 1,289 | 105.6 % | $ 6,954 | $ 3,245 | 114.3 % |
| Wholesale vehicle sales [1] | 552 | 130 | 324.6 % | 1,349 | 259 | 420.8 % |
| Other sales and revenues [2] | 278 | 125 | 122.4 % | 758 | 256 | 196.1 % |
| Total net sales and operating revenues | $ 3,480 | $ 1,544 | 125.4 % | $ 9,061 | $ 3,760 | 141.0 % |
| **Gross profit:** | | | | | | |
| Used vehicle gross profit | $ 198 | $ 120 | 65.0 % | $ 528 | $ 268 | 97.0 % |
| Wholesale vehicle gross profit [1] | 47 | 17 | 176.5 % | 127 | 26 | 388.5 % |
| Other gross profit [2] | 278 | 125 | 122.4 % | 758 | 256 | 196.1 % |
| Total gross profit | $ 523 | $ 262 | 99.6 % | $ 1,413 | $ 550 | 156.9 % |
| **Unit sales information:** | | | | | | |
| Used vehicle unit sales | 111,949 | 64,414 | 73.8 % | 312,221 | 171,939 | 81.6 % |
| Wholesale vehicle unit sales | 50,204 | 15,375 | 226.5 % | 123,296 | 33,406 | 269.1 % |
| **Per unit selling prices:** | | | | | | |
| Used vehicles | $ 23,671 | $ 20,013 | 18.3 % | $ 22,273 | $ 18,874 | 18.0 % |
| Wholesale vehicles | $ 10,995 | $ 8,450 | 30.1 % | $ 10,941 | $ 7,752 | 41.1 % |
| **Per unit gross profit:** | | | | | | |
| Used vehicle gross profit | $ 1,769 | $ 1,857 | (4.8)% | $ 1,691 | $ 1,559 | 8.5 % |
| Wholesale vehicle gross profit | $ 420 | $ 265 | 58.4 % | $ 407 | $ 150 | 171.3 % |
| Other gross profit | $ 2,483 | $ 1,934 | 28.4 % | $ 2,428 | $ 1,489 | 63.0 % |
| Total gross profit | $ 4,672 | $ 4,056 | 15.2 % | $ 4,526 | $ 3,198 | 41.5 % |
| **Per wholesale unit gross profit:** | | | | | | |
| Wholesale vehicle gross profit | $ 936 | $ 1,113 | (15.9)% | $ 1,030 | $ 775 | 32.9 % |

_____

(1) Includes $15, $1, $37, and $1, respectively, of wholesale revenue from related parties.
(2) Includes $52, $26, $143, and $69, respectively, of other sales and revenues from related parties.

**CARVANA CO. AND SUBSIDIARIES**
**COMPONENTS OF SG&A**
**(Unaudited)**

| | Three Months Ended | | | | |
|---|---|---|---|---|---|
| | **Sep 30, 2020** | **Dec 31, 2020** | **Mar 31, 2021** | **Jun 30, 2021** | **Sep 30, 2021** |
| | (in millions) | | | | |
| Compensation and benefits [1] | $ 80 | $ 100 | $ 126 | $ 148 | $ 181 |
| Advertising | 65 | 84 | 100 | 119 | 126 |
| Market occupancy [2] | 10 | 11 | 13 | 15 | 18 |
| Logistics [3] | 18 | 23 | 30 | 34 | 40 |
| Other [4] | 96 | 124 | 128 | 154 | 181 |
| Total | $ 269 | $ 342 | $ 397 | $ 470 | $ 546 |

(1) Compensation and benefits includes all payroll and related costs, including benefits, payroll taxes, and equity-based compensation, except those related to preparing vehicles for sale, which are included in cost of sales, and those related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.

(2) Market occupancy costs includes occupancy costs of our vending machine and hubs. It excludes occupancy costs related to reconditioning vehicles which are included in cost of sales and the portion related to corporate occupancy which are included in other costs.

(3) Logistics includes fuel, maintenance and depreciation related to operating our own transportation fleet, and third-party transportation fees, except the portion related to inbound transportation, which is included in cost of sales.

(4) Other costs include all other selling, general and administrative expenses such as IT expenses, corporate occupancy, professional services and insurance, limited warranty, and title and registration.

17

**CARVANA CO. AND SUBSIDIARIES**
**LIQUIDITY RESOURCES**
**(Unaudited)**

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| | **(in millions)** | |
| Cash and cash equivalents | $ 297 | $ 301 |
| Availability under short-term revolving facilities [1] | 1,338 | 1,088 |
| Availability under sale-leaseback agreements [2] | — | 19 |
| **Committed liquidity resources available** | **$ 1,635** | **$ 1,408** |

_____

(1) Based on pledging all eligible vehicles and finance receivables under the available capacity in the Floor Plan Facility and Finance Receivable Facilities, excluding the impact to restricted cash requirements.

(2) We have $556 million and $250 million of total unfunded gross real estate assets as of September 30, 2021 and December 31, 2020, respectively.

As of September 30, 2021 and December 31, 2020, the short-term revolving facilities had total capacity of $3.25 billion and $2.25 billion, an outstanding balance of $455 million and $40 million, and unused capacity of approximately $2.8 billion and $2.2 billion, respectively. Subsequent to September 30, 2021, we entered into an additional short-term finance receivable facility which increased capacity by $350 million.

In addition, we had $109 million and $48 million of total unpledged beneficial interests in securitizations as of September 30, 2021 and December 31, 2020, respectively.









CARVANA CULTURE

Q3 | 2021



**Exhibit 19**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-38073**

# CARVANA CO.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **81-4549921** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | | | |
|---|---|---|---|
| **1930 W. Rio Salado Parkway** | **Tempe** | **Arizona** | **85281** |
| (Address of principal executive offices) | | | (Zip Code) |

**(480) 719-8809**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, Par Value $0.001 Per Share | CVNA | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒ Yes ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ Yes ☒ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | | |

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C.7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

As of June 30, 2021, the aggregate market value of the common stock of the registrant held by non-affiliates was $24.6 billion based on the closing price of the common stock on the New York Stock Exchange on such date.

As of February 18, 2022, the registrant had 90,100,981 shares of Class A common stock outstanding and 82,900,276 shares of Class B common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement for its 2022 Annual Meeting of Shareholders are incorporated by reference into Part III of this Form 10-K.

**CARVANA CO.**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2021**
**INDEX**

|  |  | **Page** |
|---|---|---|
| | **PART I** | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 15 |
| Item 1B. | Unresolved Staff Comments | 49 |
| Item 2. | Properties | 49 |
| Item 3. | Legal Proceedings | 49 |
| Item 4. | Mine Safety Disclosure | 49 |
| | **PART II** | |
| Item 5. | Market for the Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 50 |
| Item 6. | [Reserved] | 52 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 53 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 70 |
| Item 8. | Financial Statements and Supplementary Data | 71 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 122 |
| Item 9A. | Controls and Procedures | 122 |
| Item 9B. | Other Information | 122 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 123 |
| | **PART III** | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 124 |
| Item 11. | Executive Compensation | 124 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 124 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 124 |
| Item 14. | Principal Accountant Fees and Services | 124 |
| | **PART IV** | |
| Item 15. | Exhibits and Financial Statement Schedules | 125 |
| Item 16. | Form 10-K Summary | 125 |
| | Signatures | 127 |

**PART I**

In this Annual Report on Form 10-K, "we," "our," "us," "Carvana," and "the Company" refer to Carvana Co. and its consolidated subsidiaries, unless the context requires otherwise.

**Forward-Looking and Cautionary Statements**

This Annual Report on Form 10-K, as well as information included in oral statements or other written statements made or to be made by us, contain statements that constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on our current beliefs, expectations, and assumptions regarding the future of our business, future plans and strategies, and other future conditions. Forward-looking statements can be identified by words such as "anticipate," "believe," "envision," "estimate," "expect," "intend," "may," "plan," "predict," "project," "target," "potential," "will," "would," "could," "should," "continue," "ongoing," "contemplate," and other similar expressions, although not all forward-looking statements contain these identifying words. Examples of forward-looking statements include, among others, statements we make regarding:

- future financial position;

- business strategy;

- budgets, projected costs, and plans;

- future industry growth;

- financing sources;

- the impact of litigation, government inquiries, and investigations; and

- all other statements regarding our intent, plans, beliefs, or expectations or those of our directors or officers.

We may not actually achieve the plans, intentions, or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements. Actual results or events could differ materially from the plans, intentions, and expectations disclosed in the forward-looking statements we make. Important factors that could cause or contribute to such differences include, but are not limited to, those discussed under Item 1A —"Risk Factors" in this Annual Report on Form 10-K. The forward-looking statements in this Annual Report on Form 10-K represent our views as of the date of this Report. We undertake no obligation to publicly update any forward-looking statements whether as a result of new information, future developments or otherwise.

**Market and Industry Data**

Some of the market and industry data contained in this Annual Report on Form 10-K are based on independent industry publications or other publicly available information. Although we believe that these independent sources are reliable, we have not independently verified and cannot assure you as to the accuracy or completeness of this information. As a result, you should be aware that the market and industry data contained herein, and our beliefs and estimates based on such data, may not be reliable.

## ITEM 1. BUSINESS.

Carvana Co. is a holding company that was formed as a Delaware corporation on November 29, 2016 to complete an initial public offering ("IPO") and related transactions in order to operate the business of Carvana Group, LLC and its subsidiaries (collectively, "Carvana Group"). Carvana Co. Class A common stock trades on the New York Stock Exchange under the symbol "CVNA." Unless the context requires otherwise, references in this report to "Carvana," the "Company," "we," "us," and "our" refer to both Carvana Group and its consolidated subsidiaries prior to the IPO described in this report and to Carvana Co. and its consolidated subsidiaries following the IPO and organizational transactions completed in connection with our IPO.

### Our Company

Carvana is the leading e-commerce platform for buying and selling used cars. We are transforming the used car buying and selling experience by giving consumers what they want—a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Each element of our business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

We provide refreshingly different and convenient experiences for used car buying and selling that can save customers time and money. On our platform, consumers can research and identify a vehicle, inspect it using our patented 360-degree vehicle imaging technology, obtain financing and warranty coverage, purchase the vehicle, and schedule delivery or pick-up, all from their desktop or mobile devices. Alternatively, a customer can obtain a firm offer online for their vehicle by answering a few questions without needing to provide photos or service records. Our transaction technologies and online platform transform a traditionally time consuming process by allowing customers to secure financing, complete a purchase or sale, and schedule delivery or pick-up online in as little as 10 minutes.

Our technology and infrastructure allow us to seamlessly and cost efficiently deliver this experience to our customers. We use proprietary algorithms to optimize our nationally pooled inventory of over 71,000 total website units, inspect and recondition our vehicles based on our 150-point inspection process, and operate our own logistics network to deliver cars directly to customers as soon as the next day. Customers in certain markets also have the option to pick up their vehicle at one of our patented vending machines, which provides an exciting pick-up experience for the customer while decreasing our variable costs, increasing scalability and building brand awareness.

The automotive retail industry's large size, fragmentation, and lack of differentiated offerings present an opportunity for disruption. We have demonstrated that our custom-built business model can capitalize on this opportunity. From the launch of our first market in January 2013 through December 31, 2021, we purchased, reconditioned, sold, and delivered approximately 1 million vehicles to customers through our website, cumulatively generating approximately $25.7 billion in revenue. Our sales have grown as we have increased our market penetration in our current markets and added new markets. As of December 31, 2021, our in-house distribution network services cover 81.0% of the U.S. population, and we plan to continue to expand our population coverage.

### Industry Background & Market Opportunity

*Exceptionally Large and Fragmented Market*

The U.S. automotive industry generated approximately $1.0 trillion in sales in 2020, according to the NADA Data 2020 report. This comprised roughly 21% of the U.S. retail economy and made it the largest consumer retail market in the United States according to the U.S. Census Bureau. Based on Cox Automotive data, there were an estimated 37.3 million used vehicle transactions in 2020.

The used car retail industry is highly fragmented. There were approximately 43,000 used car dealerships in the U.S. according to Borrell Associates' 2017 Outlook. As of 2020, the largest dealer brand commands approximately 2.2% of the U.S. market and the top 100 used car retailers collectively hold approximately 10.2% market share, according to Automotive News. Additionally, consumers are often dissatisfied with the car buying process. According to the 2019 Cox Automotive Car Buyer Journey Study, 61% of car buyers do not feel the shopping experience has improved, with paperwork and negotiations being the most frustrating parts of the purchase process.

The traditional used car retailing model is costly, operationally challenging and difficult to scale. Providing an end-to-end solution requires inspection, repair, reconditioning and showroom facilities, as well as inventory sourcing and financing

2

capabilities, substantially all of which is traditionally done at each dealership location. Additional variable costs include the salaries of on-site employees, inventory financing fees, and vehicle transportation costs.

Customer acquisition is expensive and inefficient for traditional automotive retailers as they are typically confined to local advertising channels and must drive foot traffic to their physical locations, where they offer an often undifferentiated service and limited inventory.

Additional challenges in automotive retailing, both online and offline, stem from the following unique characteristics of selling cars:

- big ticket item, often representing the second most expensive purchase many consumers make and finance, and one of the customer's largest and longest life cycle purchases;

- range of taste in make, model, body style, price, year, mileage, color, drivetrain, and features;

- complex transaction often involving a vehicle trade-in, financing, and the purchase of add-on service products to protect the customer's investment;

- reliance on third parties for critical business functions; and

- state and local regulatory variability.

### The Way Consumers Buy Cars Is Changing

Historically, consumers discovered vehicles for sale through local print and broadcast media, as well as word of mouth, and would go to dealerships to educate themselves on potential purchases. However, consumers no longer rely solely on traditional media and dealerships to discover and research vehicles. According to a MediaPost article from April 2018, 91% of vehicle shoppers utilize the internet. In fact, the 2020 Car Buyer Journey report from Cox Automotive indicates that a typical used car buyer spends approximately ten hours researching his or her prospective car purchase online.

As e-commerce has become more established, reaching 13% of total retail sales in the U.S. during the first three quarters of 2021 according to the U.S. Census Bureau, consumers have become more comfortable buying taste-driven, higher-priced products such as consumer electronics and home furnishings online. Similarly, auto consumers are interested in e-commerce solutions for their car purchasing needs—83% of U.S. car buyers want to do one or more steps of the car purchasing process online, according to the 2019 Cox Automotive Future of Digital Retail Study.

### What Auto Consumers Want

As a result of the unique aspects of purchasing a vehicle, consumers have a distinct set of expectations that are challenging for traditional used car retailers to address.

- **Wide selection**. Automobiles vary widely in model, style, color, age and price, and consumers exhibit differing tastes, style, and purchasing goals and budgets. This requires dealers to maintain a broad inventory and offer multiple financing, warranty and service plan choices.

    - Traditional used car retailers are limited by staging capacity and anticipated local demand at each dealership; they generally lack the logistical capabilities to source vehicles from other locations quickly and cost-effectively. Additionally, even as traditional used car retailers add new store locations, it remains difficult to create broad diversity of inventory among stores because each lot requires the highest demand units, creating redundancies.

- **Value**. Auto consumers want consistent, fair value.

    - Traditional used car retailers have high overhead costs and must pass these costs on to their customers.

3

• ***Confidence in quality***. Auto consumers want to have comfort that the vehicle they purchase is mechanically sound and will not require costly repairs or replacement in the near term.

> • Traditional used car retailers may lack the scale and expertise to consistently purchase high-quality vehicles and uniformly recondition them, increasing the incidence of selling a "lemon."

• ***Control and no pressure***. Auto consumers want to feel in control of the buying process, without being pressured.

> • According to a 2021 Gallup Poll, only 43% of American consumers view the automotive industry positively. In addition, only 58% of people trust that used car dealerships can provide the best deal, according to the 2018 Cox Automotive Car Buyer Journey.

• ***Fast, simple purchasing process***. Auto consumers want their transaction to be convenient, fair and on their own desired timeline.

> • Buying a car at a traditional auto dealership is often a multi-part transaction including vehicle purchase, trade-in, financing and complementary products, and requires over two hours on average, according to the 2020 Car Buyer Journey report from Cox Automotive, and nearly half of that is spent doing paperwork and negotiating.

**Carvana's Solution**

In response to these evolving consumer needs, we built Carvana to provide a no-pressure, no-haggle experience with flexible and fast transactions. Consumers can research and identify a vehicle, inspect it using interactive high definition photography, obtain financing and warranty coverage, value their current vehicle, complete their purchase, and schedule delivery or pick up, all from our online platform. Our uniformed employees deliver cars to customers in branded haulers as soon as the next day, and we offer a seven-day return policy on all of our cars sold. The sales process we have built enables our customers to execute their purchases, once a car has been selected, in as little as 10 minutes and obtain a value for their current vehicle in as little as two minutes.

We aim to deliver the best selection, best value, and best experience for used car buyers and sellers.

### *The Best Selection*

As of December 31, 2021, we offer all customers a nationally pooled inventory of over 71,000 high-quality used vehicles on our website. We evaluate all of the vehicles that we own and offer for sale using our 150-point "Carvana Certified" inspection process, which we are able to perform at scale across our network of inspection and reconditioning centers ("IRCs"). Our customer research indicates that size and range of selection are primary determinants of where customers will transact. We use proprietary algorithms to optimize our inventory acquisition based on extensive used vehicle market and customer behavior data. Furthermore, our nationally pooled inventory system maximizes the breadth of vehicle selection for our customers in any given location. This results in a higher likelihood that customers are able to find the make, model, year, and color combination that they desire. In contrast, traditional dealerships are limited in range of selection because they typically optimize a local inventory of a few hundred vehicles at each dealership location, even if they own thousands of vehicles across multiple distributed locations.

### *The Best Value*

Our proprietary technology and vertically integrated business model will allow us to enjoy a significantly lower variable cost structure at scale versus traditional dealerships and provide substantial value to our customers. We do not require a network of brick-and-mortar dealerships, staffed with sales personnel; instead, we utilize both an in-house logistics network and patented vending machines to facilitate vehicle delivery and pick-ups. These savings are passed on to the consumer through sales prices that are below industry averages. Additionally, we believe our pooled inventory approach will at scale result in lower average days to sale than industry averages, which we expect will help improve margins due to decreased vehicle depreciation resulting in higher unit selling price. Furthermore, we are able to provide personalized and highly transparent financing terms based on basic customer information that results in faster transaction times, clear lending terms, and competitive interest rates.

4

*The Best Experience*

We aim to provide the best car buying and selling experience available for our customers through a fully integrated, convenient online experience. Our patented 360-degree vehicle imaging technology provides transparency by allowing customers to view vehicle features and imperfections. We also provide automated vehicle valuations for buying vehicles from customers with or without a retail purchase, automated financing, vehicle service contracts ("VSC"), GAP waiver coverage, and limited warranty. Customers can easily select among thousands of preapproved financing terms and receive approval in seconds.

We offer a premium fulfillment experience with pick-up and delivery options available, including pick-up at our vending machines in some markets. Our in-house customer advocates are available to answer customer questions that arise throughout the process. At every customer touch point, we strive to provide the level of customer service that makes purchasing a car from us an enjoyable, memorable experience. Finally, we offer seven-day return and 100-day warranty policies with every car we sell. We believe that our customers value the ease of use and transparency of our platform. They have responded favorably to our solution, as illustrated by the ratings we receive. Our customers rated us an average of 4.7 out of 5.0 as of December 31, 2021 based on over 138,000 satisfaction surveys we solicited from our inception through December 31, 2021. These positive reactions create opportunities for repeat customers and a strong referral network.

### Strengths & Competitive Advantages

Our business model is disrupting the traditional used vehicle sales model. Our primary goal is to rapidly scale vehicle unit sales by focusing on delivering an unparalleled customer experience. Since our inception in 2012, we have been developing and leveraging the following key strengths of our robust platform, which we believe provide significant competitive advantages.

*Purpose-Built Vertically Integrated E-commerce Platform*

We built our used car e-commerce platform because we believe a lower and differentiated cost structure is critical to providing a seamless, best-in-class car buying and selling experience. We believe that traditional dealerships and other technology-enabled auto platforms do not provide this type of experience, and that our end-to-end model allows us to offer a superior solution while reducing our cost of operations and enhancing our ability to offer complementary products and services. Our vertically integrated platform gives us control of all critical operations and transaction elements, which facilitates a fast, simple, and consistent user experience. We control the algorithms that help determine the vehicles we make available to our customers, the prices of those vehicles, the financing terms, and VSC and GAP waiver coverage options available to our customers and the trade-in values we offer. Additionally, we control the logistics infrastructure that enables us to offer customers fast, specific, and reliable delivery and pick-up times. We have invested heavily in our custom designed website to provide a cutting-edge user interface, and have built a team of in-house customer advocates that is dedicated to providing first-rate customer service.

*Differentiated Shopping Experience*

We have developed technology that makes the online vehicle purchasing process intuitive, transparent and fun. Our patented photo booth, paired with custom photo processing and display technology, provides an interactive way for consumers to search for vehicles and take a virtual tour of the interior and exterior of a vehicle using annotated, high definition photography. We believe this technology, coupled with our certification process and seven-day return policy, generates the confidence and trust in our platform needed to buy a car online.

*Proprietary Financing Technology*

Our differentiated financing solutions provide customers with nearly instantaneous credit decisions as well as flexibility and transparency in financing their vehicle purchase. We preapprove thousands of down payment and monthly payment combinations that allow customers to choose their preferred financing. We preapprove these terms utilizing "soft credit checks" which do not impact a customer's credit unless they complete a purchase and financing transaction. Due to our relatively low car prices, our customers generally have lower PTI (Payment to Income) ratios, lower LTV (Loan to Value) ratios, or higher quality vehicles underlying their financing transactions than they would have at higher prices. This significantly enhances the quality of the loans that we generate and the premium we can capture when we sell them through securitization transactions or to our financing partners.

5

*Efficient Logistics Network and Attractive Fulfillment Experience*

We have developed proprietary logistics software and an in-house delivery network that differentiates us from competitors by allowing us to predictably and efficiently transport cars while providing customers a distinctive fulfillment experience. Our home delivery is typically conducted by a Carvana employee on a branded delivery truck. Customers in certain markets can also pick up their vehicles at one of our patented car vending machines, which are multi-story glass towers that store purchased vehicles. These vending machines provide an attractive and unique experience for our customers and develop brand awareness while lowering our variable fulfillment expenses. Following the opening of a vending machine in one of our markets, our market penetration has seen a meaningful increase while our variable operating costs per car sold have decreased. We intend to grow our logistics network and build vending machines in many of the metropolitan markets that we serve.

*Scaled Used Vehicle Infrastructure*

As of December 31, 2021, we leverage a network of 14 IRCs and supporting software for our vehicle reconditioning and logistics activities that required significant investment in time and capital to develop. We believe these facilities at full utilization give us capacity to inspect and recondition approximately 800,000 cars per year. Our proprietary inventory management system and Transportation Management System ("TMS"), combined with our expertise and experience gained from operating these facilities, position us well to continue to build out additional reconditioning and distribution centers as needed. To increase the available selection of vehicles on our website, we have also tested using third party inspection and reconditioning centers to recondition a limited portion of vehicles for our inventory.

*Scale Driving Powerful Network Effects*

Our business benefits from powerful network effects. Our logistics capabilities allow us to offer every car in our inventory to customers across all of our markets. As we add markets, we expect to increase overall demand, which would enable us to carry a larger inventory. A broader vehicle inventory would further improve our offering across our markets, enabling us to increase market share. Furthermore, we anticipate that increased brand awareness, driven by national advertising, will allow us to expand our national inventory and further these network effects.

**Our Growth Strategies**

The foundation of our business is retail vehicle unit sales. This drives the majority of our revenue and allows us to capture additional revenue streams associated with financing, VSCs and GAP waiver coverage, as well as trade-in vehicles. As we mature, we believe we will continue to improve conversion on these revenues and expand our offering of complementary products. However, all of these additional revenue opportunities are derived from retail vehicle unit sales and, as a result, our growth strategies are primarily focused on this metric.

Our ability to generate vehicle sales is a function of our market penetration in existing markets, the number of markets we operate in, and our ability to build and maintain our brand by offering great value, transparency and outstanding customer service. Since launching Carvana nine years ago, our growth strategy has vaulted us to being the second largest used automotive retailer in the U.S. for the year ended December 31, 2021. We plan to continue growing our vehicle unit sales, market penetration, number of markets, and complementary product revenues while enhancing competitive positioning by executing the following key elements of our growth strategy:

*Increase Sales Through Further Penetration of Our Existing Markets*

We believe that our markets are at an early stage of growth when measured by market penetration. Our growth continues to be driven by further market penetration in our existing markets. For the year ended December 31, 2021, our markets opened in 2013 through 2020 grew by 74%, despite the impacts of COVID-19. We plan to continue marketing and actively building our brand image and awareness in existing markets by improving our operations, opening additional vending machines, and increasing our inventory size.

*Continue to Enter Key Geographic Markets*

We believe there is a substantial opportunity to utilize our capital-light expansion model and proven go-to-market strategy to enter additional markets by expanding our existing logistics network and advertising in those markets. We believe we can enter more markets than many of the larger dealership groups because of our lower cost structure, which allows us to efficiently

6

operate in smaller markets. Furthermore, our nationally pooled inventory creates an even larger competitive advantage in these smaller markets, where customers typically have access to less inventory selection at local dealerships.

*Optimize Our Inventory Selection*

We will continue to optimize and broaden the selection of vehicles we make available to our customers. Expanding our inventory selection increases the likelihood that each visitor to our site finds a vehicle that matches his or her preferences and benefits all existing markets simultaneously due to our nationally pooled inventory model. Expanding our inventory selection depends on our ability to source and acquire a sufficient number of appropriate used vehicles, including acquiring more vehicles from customers, to develop processes for effectively utilizing capacity in our IRCs, and to hire and train employees to staff these centers. As we build out additional IRCs we will shorten the distance from our inventory pools to our customers, reducing delivery times, which, all else equal, should increase conversions.

*Continue to Innovate and Extend Our Technology Leadership*

We will continue to make significant investments in improving and adding to our customer offering. We believe that the complexity of the automotive retail transaction provides substantial opportunity for technology investment and that our leadership and continued growth will enable us to responsibly invest in further separating ourselves from our competitors' offerings. In addition to our own internal developments, we have acquired purpose-built technology from Carlypso, Car360, and Propel AI and hired employees from those companies. We believe each of these acquisitions and purchases not only extends our technology leadership but adds talented entrepreneurs to our team.

*Continue to Enhance Our Mobile Sales Platform*

We will continue investing in our mobile platform to enhance our customers' ability to search for, research, finance, sell, and purchase vehicles entirely on mobile devices, including smartphones and tablets. According to J.D. Power 2017 New Autoshopper Study, 56% of auto research occurred on a mobile device. According to Statista, goods and services purchased via mobile devices by U.S. consumers totaled $338 billion in 2020, which accounted for 31% of total e-commerce. Growth in mobile-only sales depends on our ability to deliver an innovative, appealing mobile experience, as well as customers' tastes for buying exclusively on mobile devices.

*Develop Broad Consumer Awareness of Our Brand*

We believe our brand development efforts will meaningfully impact our ability to acquire new customers. We intend to continue attracting new customers through advertising, public relations, customer referrals and customers selling us their vehicles. We also plan to build vending machines in additional markets to capitalize on word-of-mouth publicity in building awareness of our brand.

*Generate Referrals and Repeat Customers*

Our growth is enhanced by providing a superior customer experience, which drives our ability to generate customer referrals and repeat sales.

*Develop New Products*

We plan to continue leveraging our existing e-commerce and logistics infrastructure to increase monetization opportunities by introducing new complementary products and services. The car purchasing and ownership cycle provides many opportunities to add value for our customers and our technology expertise and process automation position us well to provide these services in unique and differentiated ways.

**Customer Lifecycle**

*Search and Discovery.* We have developed a mobile-optimized website, where prospective car buyers can immediately begin browsing, researching, filtering and identifying their choice from an inventory of over 71,000 total website units that we offer for sale. We have also developed a series of innovative features to enhance the customer experience on our website and enable better product discovery, such as highly engaging visual imagery and merchandising, as well as easy-to-use site

7

navigation tools and personalization features. We also integrate with various vehicle data providers for vehicle feature and option information as a research tool to assist our customers with their purchase decisions.

*Virtual Tour.* Once customers select a vehicle, they have the ability to take an annotated virtual vehicle tour on our website, which includes a 360-degree view of the interior and exterior of the actual vehicle. This interactive tour allows customers to review vehicle imperfections through high definition photography and provides them with an extensive list of vehicle details, accessories and safety features presented in an intuitive and easy to review manner.

*Seamless Transaction Technology.* Once customers have chosen a vehicle, our platform allows them to complete the purchase in as little as 10 minutes, saving them both time and money.

- *Financing.* We preapprove thousands of down payment and monthly payment combinations that allow customers to choose their preferred financing. Our website includes unique, highly engaging, and intuitive financing tools that are transparent and demonstrate the relationship between preapproved down payment, monthly payment, and term combinations. Our innovative financing tool allows borrowers to select an exact dollar payment plan based on thousands of permutations of APR, down payment, monthly payment, and term. Our customers can obtain a financing decision in seconds generated by our proprietary credit scoring and deal structuring algorithms for every car in our inventory. This involves a short process that only requires 11 fields to be completed and will not impact customers' credit unless they pursue a purchase and finance transaction.

- *Complementary products.* Our customers can further supplement their online vehicle purchase by electing to purchase a fully integrated VSC, or extended warranty. In order to help improve the transaction experience, we evaluate numerous options to ultimately provide each customer with personalized options for VSC and extended warranty plans that we believe will best meet their needs. Customers in most states financing their purchase with us are also offered GAP waiver coverage, customized by term length, during checkout.

- *Sell a vehicle.* For customers interested in trading-in or selling us their vehicle without the purchase of a retail vehicle, our online tool provides customers with an automated valuation of their existing vehicle that can be applied to any vehicle purchase or paid directly without an associated vehicle purchase. In either case, a customer can receive a firm offer for their vehicle from our site simply by answering a few questions about the vehicle condition and features. The customer can then schedule a time to have the vehicle picked up at their home and receive payment. This process eliminates the need to visit a dealership or negotiate a private sale.

- *Documentation and payment.* To further improve the ease of financing, complementary products, and trade-ins, we have developed a seamless, fully integrated online documentation process. We have established partnerships with several technology providers that allow for automated down payment, income verification, and payment processing through simple, easy to use tools, such as the ability to take pictures of required documents with a smartphone.

*Fulfillment.* Customers can choose to have their vehicle delivered or pick up their vehicle at one of our patented vehicle vending machines. In certain markets, we can deliver cars as soon as the next day with a Carvana-uniformed employee in a branded, custom single-car hauler. Our vending machines provide an attractive and unique customer pick-up experience that many customers choose. At our vending machines, the customer deposits a Carvana-branded token into a coin slot and an automated platform selects the customer's car from the multi-story tower and delivers it to a garage bay where the customer is waiting with a Carvana delivery advocate.

*Post-sale customer support.* Once customers have their car, our customer advocates manage the post-sale coordination and service call process including any claims from our standard 100-day / 4,189-mile "Worry Free Guarantee" and the seven-day return policy. Given the return rates we have seen and the cost to us of honoring the return policy, we believe the peace of mind our customers gain from our seven-day return policy supports the cost of this offering. Our customers rated us an average of 4.7 out of 5.0 as of December 31, 2021, based on over 138,000 satisfaction surveys we solicited from our inception through December 31, 2021. These positive reactions create opportunities for repeat customers and a strong referral network.

### Vehicle Lifecycle

*Vehicle Acquisition*. We primarily acquire our used vehicle inventory directly from customers when they trade in or sell us their vehicles and through the large and liquid national used-car auction market. Acquiring directly from customers eliminates auction fees and provides more diverse vehicles. The remainder of our inventory is acquired from vehicle finance and leasing companies, rental car companies, and other suppliers. We use proprietary algorithms to determine which cars to bid on at

8

auction and how much to bid. Our software sifts through over 100,000 vehicles per day and filters out vehicles with reported accidents, poor condition ratings, or other unacceptable attributes, and can evaluate the tens of thousands of potential vehicle purchases that remain per day, creating a competitive advantage versus in-person sourcing methods generally used by traditional dealerships. Once our algorithms have identified a suitable vehicle for purchase, bids are verified and executed by a centralized team of inventory-sourcing professionals. For vehicles sold to us through our website, we use proprietary algorithms to determine an appropriate offer. We assess vehicles on the basis of quality, inventory fit, consumer desirability, relative value, expected reconditioning costs, and vehicle location to identify what we believe represent the most in-demand and profitable vehicles to acquire for inventory. We utilize a broad range of data sources, including proprietary site data, and a variety of external data sources to support our assessments.

*Inspection and Reconditioning*. Once we acquire a vehicle, we leverage our in-house logistics or a vendor to transport the vehicle to one of our IRCs, at which point the vehicle is entered into our inventory management system. We then begin a 150-point inspection process covering controls, features, brakes, tires, and cosmetics. Each IRC includes trained technicians, vehicle lifts, paint-less dent repair, and paint capabilities and receives on-site support from vendors with whom we have integrated systems to ensure ready access to parts and materials. When an inspection is complete, we estimate the necessary reconditioning cost for the vehicle to be deemed "Carvana Certified" and expected timing to be made available for sale on our website.

*Photography and Merchandising*. To provide transparency to our customers, our patented, automated photo booths capture a 360-degree exterior and interior virtual tour of each vehicle in our website inventory. Our photo booths photograph the interior and exterior of the vehicle while technicians annotate material defects based on visibility-threshold category. We also feature integrations with various vehicle data providers for vehicle feature and option information. We have instituted a unified cosmetic standard across all IRCs to better ensure a consistent customer experience.

*Transportation and Fulfillment*. Third-party vehicle transportation is often slow, expensive, and unreliable. To address these challenges, we built an in-house auto logistics network backed by a proprietary TMS to transport our vehicles nationwide. The system is based on a "hub and spoke" model, which connects all IRCs to vending machines and hubs via our owned and leased fleet of multi-car and single car haulers. Our TMS allows us to efficiently manage locations, routes, route capacities, trucks, and drivers while also dynamically optimizing for speed and cost. We store inventory primarily at our IRCs, and when a vehicle is sold, it is delivered directly to the customer or transported to a vending machine or hub for pick-up by the customer. Due to our robust and proprietary logistics infrastructure, we are able to offer our customers and operations team highly accurate predictions of vehicle availability, minimizing unanticipated delays, and ensuring a seamless and reliable customer experience.

## Markets and Population Coverage

As of December 31, 2021, we have an established logistics network and a local marketing presence in 311 metropolitan cities and have purchased, reconditioned, sold, and delivered over 1 million vehicles since the launch of our first market in January 2013. Our expansion model has enabled us to increase the number of markets we operate in each year, resulting in an increase in the total percentage of the U.S. population that we serve in each of the past nine years. As of December 31, 2021, our 311 markets serviced 81.0% of the U.S. population compared to our 266 markets as of December 31, 2020, which serviced 73.7% of the U.S. population. We calculate our population coverage as the population in our open markets at the end of the period as a percentage of the total metropolitan statistical area ("MSA") population in the U.S., based on 2015 data from the U.S. Census Bureau. We are committed to providing an honest, transparent, and customer-centric used car buying and selling experience online, which is achieved through our hub and spoke market approach. While our inventory of vehicles is available for sale across the United States through our own network and third-party delivery services, our focus is on serving our markets and providing the best possible car buying and selling experience to our customers at a low, transparent cost. Our established logistics network and ability to deliver or pick up any car in our inventory on Carvana-branded haulers to customers within our markets allow us to provide a low-cost, simple car buying and selling experience.

## Marketing

We believe our customer base is relatively similar to the overall market for used cars at average price points of our vehicles, with a slight shift toward younger customers. Our sales and marketing efforts utilize a multi-channel approach, built on a seasonality-adjusted, market-based model budget. We utilize a combination of brand building as well as direct response channels to efficiently seed and scale our local markets. Our paid advertising efforts include, but are not limited to, advertisements through national and local television, search engine marketing, inventory site listing, retargeting, organic referral, display, out-of-home, digital video, digital radio, direct mail, and branded pay-per-click channels. We believe our

9

strong customer focus ensures customer loyalty which will drive both repeat purchases and referrals. In addition to our paid channels, we intend to attract new customers through enhancing our earned media and public relations efforts and further investing in our patented vending machines.

### Customer Advocates

We have a team of in-house customer support specialists who provide assistance 14 hours per day, seven days per week to our customers located nationwide. Operating as advocates, our specialists are available to assist customers with questions that arise throughout the car buying process. These advocates are available via web chat or telephone and help customers navigate the website, answer specific questions and assist in loan verification by working with our customers to establish proof of identity, income, and insurance. We take a consultative approach with our customers, offering live support, if needed, and acting as a trusted partner to guide them through each phase of the purchase lifecycle. We are committed to providing our customers with the highest quality transaction experience and believe our advocates, who receive no commission income, are a meaningful reason why customers prefer transacting with us. The effectiveness of our model is reflected in the high ratings we receive from our customers and strong customer referrals. We focus on developing our advocates and providing them with the information and resources they need to offer exceptional customer service.

### Competition

The U.S. used car marketplace is highly fragmented. There are approximately 43,000 used car dealerships in the United States according to Borrell Associates' 2017 Outlook, including approximately 27,000 independent dealerships. The largest dealer brand commands approximately 2.2% of the U.S. market and the top 100 used car retailers collectively hold approximately 10.2% market share, according to Automotive News. We believe the primary competitive factors in this market include transparency, convenience, price, selection, and vehicle quality. Our current competitors can be largely classified into the following segments:

- franchised dealerships – 37% of establishments;

- independent dealerships – 63% of establishments; and

- online dealerships/marketplaces.

A number of used vehicles are also bought and sold through privately negotiated transactions.

We believe that our vertically integrated business model provides a meaningful and sustainable competitive advantage.

### Technology

Our business is driven by data and technology at all stages of the process, from inventory purchasing, reconditioning, photography, and annotation through online merchandising, sales, financing, trade-ins, logistics, and delivery. Carvana's proprietary and exclusive-use technology portfolio includes:

- a decision model for consolidating internal and external data to provide profitability estimates for inventory available for purchase;

- a custom-built inventory management system that handles vehicles from acquisition through photography;

- a custom-built automated photography technology system that combines high-quality photos to produce an interactive, 360-degree virtual tour of both the exterior and interior of the vehicle, and creates a 3D model of the car allowing for future innovations;

- a website that includes advanced filtering and search technology that helps customers find a car that suits their tastes;

- a logistical model to optimize the transport of purchased inventory to and from the customer; and

- a custom automated delivery tower, or vending machine, including customer experience enhancements such as automatically generated video (suitable for posting to social media) that captures the customer's pick-up experience.

We also rely on third party technology, including the following:

• customer identity verification for financing;

• transportation fleet telemetry;

• network infrastructure for hosting the website and inventory data;

• software libraries, development environments, and tools;

• services to allow customers to digitally sign contracts;

• customer service call center management software; and

• automation controls and software for the vending machine.

11

**Organizational Structure**

The following chart summarizes our organizational structure as of December 31, 2021. This chart is provided for illustrative purposes only and does not purport to represent all legal entities owned or controlled by us:



12

(1) Shares of Class A common stock and Class B common stock vote as a single class. Each outstanding share of Class A common stock is entitled to one vote on all matters to be voted on by stockholders generally. The shares of Class B common stock have no economic rights. Each share of our Class B common stock held by Ernest Garcia II, Ernest Garcia III and entities controlled by one or both of them (collectively, the "Garcia Parties") entitles its holder to ten votes on all matters to be voted on by stockholders generally for so long as the Garcia Parties maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Class A common stock (determined on an as-exchanged basis assuming that all of the Class A common units of Carvana Group ("Class A Units") and Class B common units of Carvana Group ("Class B Units") were exchanged for Class A common stock). All other shares of our Class B common stock entitle their holder to one vote per share on all matters to be voted on by stockholders generally. In accordance with the exchange agreement (the "Exchange Agreement") entered into in connection with the organizational transactions, LLC Unitholders (as defined in Note 10 — Stockholders' Equity*) are entitled to exchange LLC Units (as defined in Note 1 — Business Organization), together with shares of Class B common stock in the case of certain Class A Units, for shares of Class A common stock determined in accordance with the Exchange Agreement or, at our election, for cash.

(2) We have short-term revolving facilities with an aggregate borrowing capacity of $4.3 billion. One of the facilities is a floor plan facility used to finance our used vehicle inventory, which is secured by our vehicles, general intangibles, accounts receivable, and finance receivables. The other facilities finance our finance receivables held by wholly-owned bankruptcy remote subsidiaries by Carvana, LLC and are secured by those receivables. As of December 31, 2021, the outstanding balance under these facilities was approximately $2.1 billion. See Note 9 — Debt Instruments.

(3) In October 2020, we issued an aggregate of $1.1 billion in senior unsecured notes due 2025 and 2028. In March and August 2021, we issued an additional $600 million and $750 million in senior unsecured notes, respectively, due 2027 and 2029. The outstanding principal balance, net of unamortized debt issuance costs, was approximately $2.4 billion as of December 31, 2021. See Note 9 — Debt Instruments.

*All internal cross-references to Notes 1- 20 herein are to the Notes to Consolidated Financial Statements included in Part II, Item 8 of this Annual Report on Form 10-K.

13

**Human Capital**

Carvana's mission is to change the way people buy cars, and achieving that mission will not be possible without attracting, engaging, and retaining high quality teammates who view their work as more than just a job. We believe in the importance of our employees' satisfaction and development and we continually invest in them by further developing internal recruiting, talent development, human resources, and other teams, committees, and programs that may from time to time be supplemented by external resources, including surveys each quarter to gauge employee satisfaction.

We have developed discrete programs focused on these investments that include career paths, mentorship opportunities, promotions, training, and diversity and inclusion. These internal programs are designed to, among other things, grow our employees into leadership and management positions and foster a culture of inclusion. For example, our Carvana Communities program supports employees in creating and leading company affinity groups that are sponsored by a senior leader and designed to connect groups with a mission of support, inclusion, and connection throughout all of Carvana. Additionally, our Learning Management System provides broader access to training and development information and resources across Carvana.

We consider our relationship with our employees to be strong, and it is because of their passion and hard work that Carvana is now the second largest used automotive retailer in the U.S. As of December 31, 2021, we had over 21,000 full-time and part-time employees.

**Intellectual Property**

We protect our intellectual property through a combination of trademarks, domain names, copyrights, trade secrets, patents, and contractual provisions and restrictions on access and use of our proprietary information and technology.

We hold seventeen patents, which cover our vending machine technology, photo booth, website user interface technology, and imaging technology.

We have sixteen trademark registrations, including registrations for "Carvana," the Carvana logo, and various slogans.

We are the registered holder of a variety of domestic and international domain names, including "carvana.com."

In addition to the protection provided by our intellectual property rights, we generally enter into confidentiality and proprietary rights agreements with our employees, consultants, contractors, and business partners. In addition, employees and contractors with inventive functions are subject to invention assignment agreements. We further control the use of our proprietary technology and intellectual property through provisions in both our general and product-specific terms of use on our website.

In addition, we have a cross-license agreement with DriveTime Automotive Group, Inc. (we will refer to DriveTime Automotive Group, Inc. together with its subsidiaries and affiliates, other than us, as "DriveTime") pursuant to which DriveTime has obtained limited licenses to some of our intellectual property.

**Seasonality**

Used vehicle sales generally exhibit seasonality with sales peaking late in the first calendar quarter and diminishing through the rest of the year, with the lowest relative level of vehicle sales expected to occur in the fourth calendar quarter. Due to our rapid growth, our overall sales patterns to date have not reflected the general seasonality of the used vehicle industry, but we expect this to change once our business and markets mature. Used vehicle prices also exhibit seasonality, with used vehicles depreciating at a faster rate in the last two quarters of each year and a slower rate in the first two quarters of each year, all other factors being equal. We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business. The novel coronavirus ("COVID-19") impacted used vehicle sales in the first and second quarters of 2020 and stimulus payments and labor impacts associated with different waves of COVID-19 have had impacts on seasonality, and may continue to do so in ways that are uncertain. See COVID-19 Update in Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations." See Item 1A "Risk Factors—Risks Related to Our Business— We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business."

14

**Government Regulation**

*Industry and Vehicle Dealer Laws and Regulations*

Various aspects of our business are or may be subject to U.S. federal, state, and municipal regulation. In particular, the advertising, sale, purchase, financing, and transport of motor vehicles are highly regulated by states in which we do business and by the U.S. federal government. The regulatory bodies that regulate our business include at the federal level: the Consumer Financial Protection Bureau, the Federal Trade Commission, the United States Department of Transportation, the Occupational Health and Safety Administration, the Department of Justice, and the Federal Communications Commission; at the state level: various state dealer licensing authorities, state consumer protection agencies including state attorney general offices, and state financial regulatory agencies; and at the municipal level our business is regulated by various municipal authorities covering licensing, zoning, occupancy, and tax obligations. We are subject to compliance audits of our operations by many of these authorities.

Certain states have concluded that our activities are subject to vehicle dealer licensing laws, requiring us to maintain a used vehicle dealer license in order to conduct business in that state. In certain other states, we have elected to obtain a vehicle dealer license to maximize operational flexibility and efficiency and invest in relationships with state regulators. We have at least one licensed facility in Alabama, Arkansas, Arizona, California, Florida, Georgia, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Michigan, Missouri, New Jersey, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Texas, Virginia, and Wisconsin.

Most states regulate retail installment sales, including setting a maximum interest rate, caps on certain fees, or maximum amounts financed. In addition, certain states require that finance companies in general and Carvana in particular file a notice of intent or have a sales finance license or an installment sellers license in order to solicit or originate installment sales in that state. In certain other states, we have chosen to obtain such a license to invest in relationships with state regulators. We have obtained a sales finance license in Arizona, Delaware, Louisiana, Minnesota, New Mexico, New York, Pennsylvania, and Texas, an installment seller license in Florida, Maryland, Michigan, and New Jersey, and have filed consumer credit notices in Colorado, Indiana, Iowa, Maine, Oklahoma, South Carolina, Utah, West Virginia, and Wisconsin.

*Environmental Laws and Regulations*

We are subject to a variety of federal, state, and local environmental laws and regulations that pertain to our operations. The regulations concern material storage, air quality, waste handling, and water pollution control. The regulations also regulate our use and operation of gasoline storage tanks, gasoline dispensing equipment, oil tanks, and paint booths among other things. Our business involves the use, handling, and disposal of hazardous materials and wastes, including motor oil, gasoline, solvents, lubricants, paints, and other substances. We manage our compliance through permitting and operational control.

For a discussion of the various risks we face from regulation and compliance matters, see Item 1A "Risk Factors—Risks Related to Our Business—We operate in several highly regulated industries and are subject to a wide range of federal, state, and local laws and regulations. Changes in these laws and regulations, or our failure to comply with these laws and regulations could have a material adverse effect on our business, results of operations, and financial condition."

**Other Information**

General information about us can be found at investors.carvana.com. The information contained on or connected to our website is not incorporated by reference into this Annual Report on Form 10-K and should not be considered part of this or any other report filed with the SEC. Our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and Current Reports on Form 8-K, as well as any amendments to those reports, are available free of charge through our website as soon as reasonably practicable after we file them with, or furnish them to, the SEC. The SEC maintains a website at www.sec.gov that contains reports, proxy statements, and other information regarding SEC registrants, including Carvana Co.

## ITEM 1A. RISK FACTORS.

*Described below are certain risks to our business and the industry in which we operate. You should carefully consider the risks described below, together with the financial and other information contained in this Annual Report on Form 10-K and in our other public disclosures. If any of the following risks actually occurs, our business, financial condition, results of operations, cash flows and prospects could be materially and adversely affected. As a result, our future results could differ materially from*

15

*historical results and from guidance we may provide regarding our expectations of our future financial performance, and the trading price of our Class A common stock could decline.*

**Risk Factors Summary**

The following is a summary of the principal factors that make an investment in our securities speculative or risky, all of which are more fully described below in this section. This summary should be read in conjunction with the full description of "Risk Factors" in this section and should not be relied upon as an exhaustive summary of the material risks facing our business. In addition to the following summary and the information in this section, you should consider the other information contained in this Annual Report on Form 10-K before investing in our securities.

*Risks Related to Our Business*
- COVID-19 and other future epidemics and public health crises;
- our history of losses and ability to maintain profitability in the future;
- our ability to effectively manage our rapid growth;
- our ability to maintain customer service quality and reputational integrity and enhance our brand;
- the seasonal and other fluctuations in our quarterly operating results;
- our relationship with DriveTime and its affiliates;
- our ability to compete in the highly competitive industry in which we participate;
- the changes in prices of new and used vehicles;
- our ability to acquire desirable inventory;
- our ability to sell our inventory expeditiously;
- our access to structured finance, securitization, or derivative markets at competitive rates and in sufficient amounts;
- our dependence on the sale of automotive finance receivables for a substantial portion of our gross profits;
- our reliance on credit data for the automotive finance receivables we sell;
- our limited operating history;
- our ability to successfully market and brand our business;
- our reliance on internet searches to drive traffic to our website and mobile application;
- our ability to comply with the laws and regulations to which we are subject;
- the changes in the laws and regulations to which we are subject;
- our ability to comply with the Telephone Consumer Protection Act of 1991;
- the evolution of regulation of the internet and e-commerce;
- our ability to grow complementary product and service offerings;
- our ability to address the shift to mobile device technology by our customers;
- risks related to the larger automotive ecosystem;
- the geographic concentration where we provide services and recondition and store vehicle inventory;
- our ability to obtain affordable inventory insurance;
- our ability to raise additional capital;
- our ability to maintain adequate relationships with the lenders that finance our vehicle inventory purchases;
- our reliance on our proprietary credit scoring model in the forecasting of loss rates;
- our reliance on internal and external logistics to transport our vehicle inventory;
- the risks associated with the construction and operation of our inspection and reconditioning centers, hubs and vending machines, including our dependence on one supplier for construction and maintenance for our vending machines;
- our ability to finance inspection and reconditioning centers and vending machines;
- our ability to protect the personal information and other data that we collect, process and store;
- disruptions in availability and functionality of our website and mobile application;
- our ability to protect our intellectual property, technology, and confidential information;
- our ability to defend against claims that our employees, consultants, or advisors have wrongfully used or disclosed trade secrets or intellectual property;
- our ability to defend against intellectual property disputes;
- our ability to comply with the terms of open source licenses;
- conditions affecting vehicle manufacturers, including manufacturer recalls;
- our reliance on third party technology to complete critical business functions;
- our dependence on key personnel to operate our business;
- our minority equity investment in Root, Inc. which may result in us receiving or retaining less than the amount of benefit we might otherwise expect to receive from such investment;

16

- the diversion of management's attention and other disruptions associated with potential future acquisitions and strategic initiatives; and
- the legal proceedings to which we may be subject in the ordinary course of business.

*Risks Related to Our Organizational Structure*
- our corporate structure and the Tax Receivable Agreement; and
- status as a "controlled company".

*Risks Related to Our Liquidity*
- our substantial indebtedness;
- our inability to generate sufficient cash flow;
- changes in capital markets;
- the risks due to our securitizations; and
- risk retention rules.

*Risks Related to Ownership of our Class A Common Stock*
- the Garcia Parties control us and their interests may conflict with our or our stockholders' interests in the future;
- dilution due to issuance of additional Class A common stock or LLC Units in the future;
- we could sell substantial blocks of our Class A common stock in the future;
- we have no intention to pay dividends on our Class A common stock;
- Delaware law and our charter may prevent stockholders from changing decisions made by management;
- we may issue shares of preferred stock in the future; and
- our internal controls over financial reporting.

*Risks Related to the Acquisition*
- our ability to successfully integrate the operations of Carvana and the Acquired Business in the ADESA U.S. Auction Acquisition and to realize the anticipated synergies and cost savings from our combination;
- the assumption of unknown liabilities in the ADESA U.S. Auction Acquisition;
- we do not currently control the Acquired Business or its assets;
- we and the Acquired Business will be subject to business uncertainties while the ADESA U.S. Auction Acquisition is pending;
- the ADESA U.S. Auction Acquisition may not be completed on a timely basis, or at all; and
- acquisition accounting adjustments could adversely affect our financial results.

*General Risk Factors*
- the resources required to comply with public company obligations;
- our management's accounting judgments and estimates, as well as changes to accounting policies;
- changes in effective tax rates or review of our tax returns;
- our Class A common stock is volatile;
- negative research about our business; and
- risks related to the actions of short sellers of our Class A common stock.

**Risks Related to Our Business**

***The COVID-19 pandemic is adversely affecting, and could continue to adversely affect, our business, operating results, financial condition and prospects.***

The rapid spread of COVID-19 since late 2019 has resulted in authorities implementing numerous measures to try to contain the virus, such as travel bans and restrictions, quarantines, shelter in place orders and shutdowns. These measures have impacted and may further impact all or portions of our workforce and operations, the behavior of our customers, and the operations of our partners, vendors, and suppliers. In addition to governmental measures, we are also facing increased operational challenges from the need to protect employee health and safety. These challenges have included, and may in the future include, workplace disruptions and restrictions on the movement of people, social distancing guidelines, increased employee absenteeism due to illness and/or quarantine and contact tracing requirements. While the federal and state governments have taken measures to try to contain the COVID-19 pandemic, there is considerable uncertainty regarding such measures and potential future measures. Future restrictions on our access to and utilization of our logistics and distribution network, our corporate offices, our inspection and reconditioning centers, our hubs, our vending machines, and/or our support

17

operations or workforce, or similar limitations for our partners, vendors, or suppliers, and restrictions or disruptions of transportation, could limit our ability to conduct our business and have a material adverse effect on our business, operating results, financial condition and prospects. There is no certainty that measures taken by governmental authorities will be sufficient to mitigate the risks posed by the COVID-19 pandemic, and our ability to perform critical functions could be harmed.

The COVID-19 pandemic has also significantly increased economic and demand uncertainty, and has led to disruption and volatility in the global capital markets, which can increase the cost of capital and adversely impact access to capital. It is likely that the COVID-19 pandemic will continue to cause economic distress in certain sectors of the economy, and it is possible that it could cause a global recession. Global inflation also increased during 2021, related to the COVID-19 economic recovery and associated disruptions in global demand, logistics, and labor markets. Decreases in consumer demand could adversely affect the market for used vehicles and, as a result, reduce the number of consumers using our website and mobile application. Consumer purchases of new and used vehicles generally decline during recessionary periods and other periods in which disposable income is adversely affected. Further risks related to negative economic conditions are described in our risk factor below titled "Our business is subject to risks related to the larger automotive ecosystem, including consumer demand, global supply chain challenges, and other macroeconomic issues."

The ultimate magnitude of COVID-19, including the extent of its impact on our financial and operational results, which could be material, will be determined by the length of time that the pandemic continues, its effect on the demand for our vehicles, our inventory supply chain and distribution, and the capital markets, as well as the effect of governmental regulations imposed in response to the pandemic. We cannot at this time predict the ultimate impact of the COVID-19 pandemic, but it could have a material adverse effect on our business, operating results, financial condition and prospects.

***We have a history of losses and we may not achieve or maintain profitability in the future.***

We have not been profitable since our inception in 2012 and had an accumulated loss of approximately $1.7 billion as of December 31, 2021. We incurred net losses of $365 million, $462 million, and $287 million in the years ended December 31, 2019, 2020, and 2021, respectively. We expect to make significant investments to further develop and expand our business and these investments may not result in increased revenue or growth on a timely basis or at all. In addition, as a public company, we have and will continue to incur significant legal, accounting, and other expenses. As a result of these expenditures, we will have to generate and sustain increased revenue to achieve and maintain profitability.

We expect to continue to incur losses as we invest in and strive to grow our business. We may incur significant losses in the future for a number of reasons, including investing in growth, slowing demand for used vehicles and our related products and services, increasing competition, weakness in the automotive retail industry generally, a decline in global financial conditions that negatively impacts economic activity and employment, as well as other risks described in this Annual Report on Form 10-K, and we may encounter unforeseen expenses, difficulties, complications, and delays in generating revenue or profitability. If our rate of generating revenue slows, we may not be able to reduce costs in a timely manner because many of our costs are fixed. In addition, if we reduce variable costs to respond to losses, this may limit our ability to acquire customers and grow our revenues. Accordingly, we may not achieve or maintain profitability and we may continue to incur significant losses in the future.

***Our recent, rapid growth may not be indicative of our future growth and, if we continue to grow rapidly, we may not be able to manage our growth effectively.***

In the calendar years 2019, 2020, and 2021, our revenue grew from approximately $3.9 billion, to $5.6 billion, to $12.8 billion, respectively. For our revenues to continue to increase, we need to successfully increase our penetration in existing markets, enter new markets, acquire more customers, gain repeat customers, and expand our brand awareness. The foregoing may not happen at all or may not happen as quickly as we expect. Our failure to successfully accomplish the foregoing could harm our business, financial condition, and results of operations.

We expect that, in the future, even if our revenue increases, our rate of growth may decline. In any event, we will not be able to grow as fast or at all if we do not:

- increase the number of unique visitors to our website and mobile application and the number of customers utilizing our website and mobile application;

- further improve the quality of our product offering, features, and complementary products and services;

- introduce high quality new products, services, and features; or

18

- make sellable sufficient appropriate inventory with high enough quality and low enough cost to meet the increasing demand for our vehicles.

There can be no assurance that we will meet these objectives. We expect to continue to expend substantial financial and other resources on:

- marketing and advertising, including an increase to our television and streaming video advertising expenditures;

- expansion of our inventory; and

- general administration, including legal, accounting, internal audit, and other compliance expenses related to being a public company.

Our historical rapid growth has placed and may continue to place significant demands on our management and our operational and financial resources. We have experienced significant growth in the number of users of our website and mobile application as well as the amount of data that we analyze. We have hired and expect to continue hiring additional personnel to support our rapid growth. Our organizational structure is becoming more complex as we add staff, and we will need to improve our operational, financial, and management controls as well as our reporting systems and procedures. We will require significant capital expenditures and the allocation of valuable management resources to grow and change in these areas without undermining our corporate culture of rapid innovation, teamwork, and attention to the car-buying and car-selling experience for the consumer. If we cannot manage our growth effectively to maintain the quality and efficiency of our customers' car-buying and car-selling experience and the quality of the vehicles we sell, our business could be harmed and our results of operations and financial condition could be materially and adversely affected.

Our business has grown rapidly as additional customers have sold us their vehicles and purchased used vehicles and complementary products and services through our website and mobile application. However, our business is relatively new and has operated at substantial scale for only a limited period of time. Given this limited history, it is difficult to predict whether we will be able to maintain or grow our business. We also expect that our business will evolve in ways that may be difficult to predict. For example, over time our investments that are intended to drive new customer traffic to our website and mobile application may be less productive than expected. In the event of this or any other adverse developments, our continued success will depend on our ability to successfully adjust our strategy to meet changing market dynamics. If we are unable to do so, our business could be harmed and our results of operations and financial condition could be materially and adversely affected.

***Our failure to maintain a reputation of integrity and to otherwise maintain and enhance our customer service quality and brand could adversely affect our business, sales, and results of operations.***

Our business model is based on our ability to provide customers with a transparent and simplified solution to car buying and selling that will save them time and money. Accordingly, our ability to consistently deliver a high quality experience and our reputation as a company of integrity are critical to our success. If we fail to maintain the high standards on which our reputation is built, or if an actual, or alleged failure of these standards occurs that damages this reputation, it could adversely affect consumer trust and demand and have a material adverse effect on our business, sales, and results of operations. Even the perception of a decrease in the quality of our customer service or brand could impact results. Our high rate of growth, the operationally intensive aspect of our offering, and the nature of automotive retail that necessitates the use of third-party vendors and systems to complete certain ancillary parts of the customer transaction (e.g. vehicle inspections, submitting title and registration paperwork to state entities) makes maintaining the quality of our customer experience a particularly difficult challenge.

Irrespective of their validity, complaints or negative publicity—about our business practices, our marketing, and advertising campaigns, our compliance with applicable laws and regulations, the integrity of the data that we provide to users, our cybersecurity measures and privacy practices and other aspects of our business—could diminish customer confidence in our platform and adversely affect our brand. The growing use of social media increases the speed with which information, misinformation, and opinions can be shared and thus the speed with which our reputation can be affected. If we fail to correct or mitigate misinformation or negative information about us, the vehicles we offer to sell or purchase, our customer experience, or any aspect of our brand, including information spread through social media or traditional media channels, it could have a material adverse effect on our business, sales, and results of operations.

***We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business.***

We expect our quarterly results of operations, including our revenue, gross profit, and profitability, if any, and cash flow to vary significantly in the future based in part on, among other things, consumers' car-buying patterns. Used vehicle sales exhibit

19

seasonality with sales typically peaking late in the first calendar quarter (coinciding with the time when the federal government issues tax refunds) and diminishing through the rest of the year, with the lowest relative level of sales expected to occur in the fourth calendar quarter. Due to our rapid growth, our sales patterns to date have been different from the general seasonality of the used vehicle industry, but we expect this to change once our business and markets mature. Used-vehicle prices also exhibit seasonality, with used vehicles depreciating at a faster rate in the last two quarters of each year and a slower rate in the first two quarters of each year. Historically, this has led our gross profit per unit to be higher on average in the first half of the year than in the second half of the year. Other factors that may cause our quarterly results to fluctuate include, without limitation:

- potential COVID-19 fluctuations in consumer demand, supply, labor, and related stimulus payments;

- the timing of our sales of our finance receivables;

- our ability to attract new customers;

- changes in the competitive dynamics of our industry;

- the regulatory environment;

- expenses associated with unforeseen quality issues and manufacturer recalls; and

- litigation or other claims against us.

In addition, a significant portion of our expenses are fixed and do not vary proportionately with fluctuations in revenues. Accordingly, our results in any quarter may not indicate the results we may achieve in any subsequent quarter or for the full year, and period-to-period comparisons of our operating results may not be meaningful.

*Through shared service and other agreements not negotiated at arm's length, there were and are benefits to us from DriveTime's expertise and economies of scale, and we continue to and may in the future utilize DriveTime and its affiliates for certain services and processes.*

We were incubated by and may benefit from our relationship and a series of arrangements with DriveTime not negotiated at arm's length, as DriveTime is controlled by our controlling shareholder who is also the father of our chief executive officer. Currently, many services that DriveTime historically provided to us (including certain accounting, finance, legal, human resources, payroll and benefits, tax, information technology, real estate, and inventory purchasing) are now provided by alternative vendors or have been brought in-house. Consequently, certain of our historical costs may not accurately reflect our future costs to the extent that DriveTime no longer provides us with such services or refuses to continue doing so at currently contracted-for prices.

For example, DriveTime built certain of our inspection and reconditioning centers ("IRCs") in Georgia, Texas, Ohio, Tennessee, and New Jersey and is now our landlord at many such sites. Verde Investments, Inc. ("Verde"), an affiliate of DriveTime, formerly leased to us our Arizona IRC and sold it to us in 2020. If we are unable to time-efficiently and cost-effectively construct or acquire additional IRCs in the future, our production capacity may not be sufficient to satisfy customer demand. In addition, we lease certain of our hubs from DriveTime. If we cannot similarly lease space for new hubs or IRCs from DriveTime at prices consistent with their historical prices, or at all, we may not be able to expand production or penetration into markets as quickly as we have historically and we may incur additional costs in such expansion.

We continue to periodically engage DriveTime, its affiliates, and other entities controlled by our controlling shareholder to provide us with certain services, including the administration of certain VSCs, GAP waiver coverage, and other related products sold to our customers. We also continue to utilize DriveTime for certain information technology systems and services. For example, we rely on DriveTime's inventory management system to support our revenue recognition process. Should DriveTime fail to adequately perform any of these services or maintain these systems on terms or at prices consistent with their historical prices, or at all, our financial condition and results of operations may be adversely affected.

Additionally, DriveTime has in the past and may in the future purchase or sell certain vehicles or automotive finance receivables from or to us. However, there can be no assurance that they will do so on the same or similar terms, or at all. As a result, our historical results may not be reflected in our future results.

Before and after we sell automotive finance receivables originated by us, DriveTime performs ongoing servicing and collections. If DriveTime is unwilling to enter into servicing arrangements for our future automotive finance receivable transactions on terms or at prices consistent with their historical prices or at all, our revenues derived from the sale of those receivables may decline as a result. If DriveTime refuses or becomes unable to continue servicing and collecting on automotive

20

finance receivables originated by us before we sell them, our ability to adequately prepare such receivables for sale may be adversely affected.

***We participate in a highly competitive industry; pressure from existing and new companies may adversely affect our business and operating results.***

We face significant competition from companies that provide listings, information, lead generation, and car-buying and selling services designed to reach businesses and consumers and enable dealers to reach these consumers and inventory sources.

Our current and future competitors may include:

- traditional used vehicle dealerships that could increase investment in technology and infrastructure to compete directly with our online model;

- internet and online automotive sites that could change their models to directly compete with us, such as Amazon, Autobytel.com, AutoTrader.com, Cars.com, CarGurus.com, eBay Motors, Edmunds.com, Google, KBB.com, and TrueCar.com;

- providers of offline, membership-based car-buying services such as the Costco Auto Program;

- used vehicle dealers or marketplaces with e-commerce business or online platforms such as Shift, Fair, and Vroom;

- automobile manufacturers such as Ford, General Motors, Hyundai, and Volkswagen that could change their sales models through technology and infrastructure investments; and

- automobile manufacturers such as Tesla that market directly to consumers.

We also expect that competitors, both new and existing, will continue to enter the online and traditional automotive retail industry with competing brands, business models, products, and services, which could make it difficult to acquire inventory, attract customers, and sell vehicles at a profitable price. For example, traditional vehicle dealerships could transition their selling efforts to the internet, allowing them to more efficiently sell vehicles across state lines and compete directly with our online offering and no-negotiating pricing model. There can be no assurance we will not experience competition from DriveTime, the company from which we were spun off and with which we currently have a number of business relationships. Furthermore, we have a cross-license agreement with DriveTime pursuant to which DriveTime has obtained limited licenses to some of our intellectual property. Additionally, existing e-commerce businesses, such as Amazon, could directly enter the online used vehicle market. Some of these companies have significantly greater resources than we do and may be able to provide customers access to a greater inventory of vehicles at lower prices or purchase vehicles from consumers at higher prices while delivering a competitive online experience.

Our competitors may also develop and market new technologies that render our existing or future business model, products and services less competitive, unmarketable or obsolete. For example, rideshare services, such as Uber and Lyft, are becoming increasingly popular as a means of transportation and may decrease consumer demand for the used vehicles we sell, particularly if urbanization increases. Technology is currently being developed to produce automated, driverless vehicles that could reduce the demand for, or replace, traditional vehicles including the used vehicles that we sell. In addition, if our competitors develop business models, products or services with similar or superior functionality to our solutions, it may adversely impact our business.

Our competitors may also impede our ability to reach consumers or commence operations in certain jurisdictions. For example, our competitors may increase their search engine optimization efforts and outbid us for search terms on various search engines. Additionally, our competitors could use their political influence and increase lobbying efforts to hinder our real estate entitlements processes, push for new regulations, or encourage interpretations of existing regulations that would prevent us from operating in certain jurisdictions.

Our current and potential competitors may have significantly greater financial, technical, marketing, and other resources than we have, and the ability to devote greater resources to the development, promotion and support of their products and services. Additionally, they may have more extensive automotive industry relationships, longer operating histories, and greater name recognition than we have. As a result, these competitors may be able to respond more quickly with new technologies and to undertake more extensive marketing or promotional campaigns. If we are unable to compete with these companies, the demand for our used vehicles, products, and services could substantially decline.

Private plaintiffs and federal, state, and local regulatory and law enforcement authorities continue to scrutinize advertising, sales, financing, and insurance activities in the purchase, sale, and leasing of used vehicles. If, as a result, other automotive retailers adopt more transparent, consumer-oriented business practices, our differentiation versus those retailers could be reduced.

In addition, if one or more of our competitors, or DriveTime, were to merge or partner with another of our competitors, the change in the competitive landscape could adversely affect our ability to compete effectively. Our competitors may also establish or strengthen cooperative relationships with our current or future data providers, technology partners, or other parties with whom we have relationships, thereby limiting our ability to develop, improve, and promote our solutions. We may not be able to compete successfully against current or future competitors, and competitive pressures may harm our revenue, business, and financial results.

***Our business is sensitive to changes in the prices of new and used vehicles.***

Any significant changes in prices for new or used vehicles could have a material adverse effect on our revenues and results of operations. For example, an overall increase in prices for used vehicles may make it difficult for certain customers to afford to purchase a vehicle. Similarly, if prices for used vehicles rise relative to prices for new vehicles, it could make buying a new vehicle more attractive to our customers than buying a used vehicle, which could have a material adverse effect on our results of operations and could result in reduced used vehicle sales and lower revenue. Additionally, manufacturer incentives could contribute to narrowing the price gap between new and used vehicles. Used vehicle prices may also decline due to an increased number of new vehicle lease returns over the next several years. While lower used vehicle prices reduce our cost of acquiring new inventory, lower prices could also lead to reductions in the prices at which we can sell such inventory, which could have a negative impact on gross profit. Furthermore, any significant changes in wholesale prices for used vehicles could have a material adverse effect on our results of operations by reducing wholesale margins.

***Our business is dependent upon access to desirable vehicle inventory. Obstacles to acquiring attractive inventory, whether because of supply, competition, or other factors, could have a material adverse effect on our business, sales, and results of operations.***

We acquire vehicles for sale through numerous sources, including directly from consumers, from wholesale auctions, and from other retailers. There can be no assurance that the supply of desirable used vehicles will be sufficient to meet our needs. A reduction in the availability of or access to sources of desirable inventory, whether due to COVID-19, supply chain constraints, or otherwise, could have a material adverse effect on our business, sales and results of operations.

Additionally, we evaluate hundreds of thousands of potential vehicles daily using a proprietary algorithm to predict mechanical soundness, consumer desirability and relative value as prospective inventory. If we fail to adjust appraisal offers to stay in line with broader market trade-in offer trends, to recognize those trends, or to properly assess vehicles before we purchase them, it could adversely affect our ability to acquire desirable inventory. Our ability to source vehicles through our appraisal process could also be affected by competition, both from new and used vehicle dealers directly and through other websites driving appraisal traffic to those dealers. In addition, we remain dependent on others to sell us used vehicles, and there can be no assurance of an adequate supply of such vehicles on terms that are attractive to us.

***Our business is dependent upon our ability to expeditiously sell inventory. Failure to expeditiously sell our inventory could have a material adverse effect on our business, sales, and results of operations.***

Our purchases of used vehicles are based in large part on projected demand. If actual sales are materially less than our forecasts, we would experience an over-supply of used vehicle inventory. An over-supply of used vehicle inventory will generally cause downward pressure on our product sales prices and margins and increase our average days to sale.

Used-vehicle inventory has typically represented a significant portion of our total assets. Having such a large portion of our total assets in the form of used vehicle inventory for an extended period of time subjects us to depreciation or inflation, and other risks. Accordingly, if we have excess inventory or our average days to sale increases, we may be unable to liquidate such inventory at prices that allow us to meet margin targets or to recover our costs, which could have a material adverse effect on our results of operations.

*Our access to structured finance, securitization, or derivative markets at competitive rates and in sufficient amounts may decline in the future; any material reduction could harm our business, results of operations, and financial condition.*

We provide financing to customers and typically sell the receivables related to the financing contract. For example, we have entered into various arrangements to pledge or sell automotive finance receivables that we originate, including through committed structured finance arrangements, term securitizations and fixed pool loan sales to financing partners, and plan to enter into new arrangements in the future. Our ability to obtain funding through those channels is subject to having sufficient assets eligible for use as collateral for the related programs and our ability to obtain derivatives to manage interest rate risk among other considerations. If we are unable to continue obtaining funding through those channels, including because we reached our capacity under these or future arrangements, our financing partners exercised constructive or other termination rights before we reached capacity or we reached the scheduled expiration date of the commitment, or we are unable to enter into new arrangements on similar terms, we may not have adequate liquidity and our business, financial condition, and results of operations may be adversely affected. Furthermore, if our financing partners cease to purchase these receivables, we could be subject to the risk that some of these receivables are not paid when due and we are forced to incur unexpected asset write-offs and bad-debt expense.

*We depend on the sale of automotive finance receivables for a substantial portion of our gross profit.*

In connection with the sale of used vehicles, many of our customers use our financing services to finance a portion of the purchase price of their vehicle. The prices we are able to charge for finance receivables that we sell are based on a variety of factors, including the terms and credit risk associated with automotive finance receivables, the relationship between the interest rates we quoted the customer at the time they priced their financing and market and projected interest rates at the time we sell the finance receivables, the historical credit performance of the finance receivables we sell, demand for assets and related securities of that type in the financial markets, and other factors. If these variables or others were to change, we might be required to reduce our sale prices on finance receivables, sell fewer of them, or both, which could reduce our gains on sales of finance receivables. Any material reduction in our interest rate spread or gains on sale of finance receivables could have a material adverse effect on our business, results, of operations, and financial condition. Furthermore, customers may elect to finance their vehicle purchases through other parties who may be able to offer more attractive terms, in which case we would lose a source of what has historically been a significant portion of our gross profit.

*Our ability to sell automotive finance receivables is dependent on our ability to originate desirable finance receivables. If customers or other parties provide us incorrect or fraudulent data, we may offer credit terms that do not align with customers' credit profiles, and our operating results may be harmed.*

We offer financing to our customers to facilitate their purchases of used vehicles. The terms of the financing we offer are dependent in part on our assessment of such customers' credit-worthiness, which is based on data gathered from customers and other parties. If the information we rely on is inaccurate or fraudulent, we may offer inappropriate terms to our customers, resulting in originating automotive finance receivables that do not perform as expected or we are unable to sell because they are based on inaccurate credit profiles. Originating a material amount of receivables with inaccurate or fraudulent credit profiles could have a material adverse effect on our business, results of operations, and financial condition.

*Our operating history and historical reliance on DriveTime systems and services make it difficult to evaluate our current business and future prospects.*

We launched our first market in 2013 and do not have a long history operating as a commercial company. In addition, we have only operated independently of DriveTime since November 1, 2014, and, following our spinoff from DriveTime, we remained dependent on DriveTime for a number of important operations, including locations for certain of our IRCs, vehicle inventory purchasing, and a number of administrative services. While many services historically provided by DriveTime are now provided by other vendors or have been brought in house, we continue to utilize DriveTime for certain services. Due to this and other factors, our operating results are not predictable and our historical results may not be indicative of our future results.

*The success of our business relies heavily on our marketing and branding efforts, and these efforts may not be successful.*

We believe that an important component of our growth will be the growth of visitors to our website and mobile application. Because we are a consumer brand, we rely heavily on marketing and advertising to increase brand visibility with potential customers. We currently advertise through a blend of brand and direct advertising channels with the goal of increasing the strength, recognition, and trust in the Carvana brand and driving more unique visitors to our website and mobile application.

23

We recorded expenses of approximately $204 million, $286 million, and $479 million on advertising in the years ended December 31, 2019, December 31, 2020, and December 31, 2021, respectively.

Our business model relies on our ability to scale rapidly and to decrease incremental customer acquisition costs over time as we grow. If we are unable to recover our marketing costs through increases in customer traffic and in the number of transactions by users of our website and mobile application, if our advertising partners refuse to customize their products and services to accommodate our business model, if our advertising partners refuse to work with us at competitive rates or at all, or if our broad marketing campaigns are not successful or are terminated, it could have a material adverse effect on our growth, results of operations, and financial condition.

***We rely on internet search engines, vehicle listing sites, lead generators, automotive finance providers, and social networks to help drive traffic to our website and mobile application, and if we fail to appear prominently in the search results or fail to drive traffic through paid advertising, our traffic would decline and our business would be adversely affected.***

We depend in part on internet search engines (such as Google and Bing), vehicle listing sites (such as AutoTrader.com, CarGurus.com and TrueCar.com), lead generators, automotive finance partners, and social networking sites (such as Facebook) to drive traffic to our website and mobile application. Our ability to maintain and increase the number of visitors directed to our website and mobile application is not entirely within our control. Our competitors may increase their search engine optimization efforts and outbid us for placement on various vehicle listing sites or search terms on various search engines, resulting in their websites receiving a higher search result page ranking than ours. Additionally, internet search engines could revise their methodologies in a way that would adversely affect our search result rankings. If internet search engines modify their search algorithms in ways that are detrimental to us, if vehicle listing sites refuse to display any or all of our inventory in certain geographic markets, or if our competitors' efforts are more successful than ours, overall growth in our customer base could slow or our customer base could decline. Internet search engine providers could provide automotive dealer and pricing information directly in search results, align with our competitors or choose to develop competing services. Our website and mobile application have experienced fluctuations in search result rankings in the past, and we anticipate similar fluctuations in the future. Any reduction in the number of users directed to our website and mobile application through internet search engines, vehicle listing sites, lead generators, automotive finance providers, or social networking sites could harm our business and operating results.

***We operate in several highly regulated industries and are subject to a wide range of federal, state, and local laws and regulations. Changes in these laws and regulations, or our failure to comply, could have a material adverse effect on our business, results of operations, and financial condition.***

We are subject to a wide range of evolving federal, state, and local laws and regulations, many of which may have limited to no interpretation precedent as it relates to our business model. Our sale and purchase of used vehicles and related activities, including the sale of complementary products and services, are subject to state and local licensing requirements, state laws, regulations, and systems and process requirements related to title and registration, state laws regulating the sale of motor vehicles and related products and services, federal and state laws regulating advertising of motor vehicles and related products and services, and federal and state consumer protection laws prohibiting unfair, deceptive or misleading practices toward consumers. Our facilities and business operations are subject to laws and regulations relating to environmental protection and health and safety. The financing we offer to customers is subject to state licensing laws and to federal and state laws regulating the advertising and provision of consumer finance options, the collection of consumer credit and financial information, along with requirements related to online payments and electronic funds transfers. Regulators in jurisdictions where our customers reside but in which we do not have a dealer or financing license could require that we obtain a license or otherwise comply with various state regulations, and may seek to impose punitive fines for operating without a license or demand we seek a license in those jurisdictions, any of which may inhibit our ability to do business in those jurisdictions, increase our operating expenses and adversely affect our financial condition and results of operations. In the future, we may engage in different business activities or make changes to our business model that subject us to further state and federal regulation.

Our logistics operations, which we depend on to transport vehicles to and from auctions, our IRCs, our vending machines, our hubs and our customers, are subject to regulation by the DOT and by the states through which our vehicles travel. Transport vehicle dimensions, transport vehicle conditions, driver motor vehicle record history, driver alcohol and drug testing, and driver hours of service are also subject to both federal and state regulation. More restrictive limitations on vehicle weight and size, condition, trailer length and configuration, methods of measurement, driver qualifications, or driver hours of service would increase our operating expenses and may adversely affect our financial condition, operating results, and cash flows. If we fail to comply with the DOT regulations or if those regulations become more stringent, we could be subject to increased inspections, audits, or compliance burdens. Regulatory authorities could take remedial action including imposing fines, suspending, or

24

shutting down our in-house transportation operations. If any of these events occur, our financial condition, operating results, and cash flows would be adversely affected.

In addition to these laws and regulations that apply to our business operations, we are also subject to laws and regulations affecting public companies, including securities laws and NYSE listing rules. The applicability of these regulatory and legal compliance obligations is dependent on the evolving interpretations of these laws and regulations.

The violation of any of these laws or regulations could result in administrative, civil, or criminal penalties or in a cease-and-desist order against some or all of our business activities, any of which could damage our reputation and have a material adverse effect on our business, sales, and results of operations. Additionally, even an allegation that we violated these laws, by regulators, competitors, individuals, or consumers, could result in costly litigation with uncertain results. We have incurred and will continue to incur capital and operating expenses and other costs to comply with these laws and regulations.

This description of laws and regulations to which we are or may be subject is not exhaustive, and the regulatory framework governing our operations is subject to evolving interpretations and continuous change. For additional information regarding government regulations and compliance matters we are subject to, see Item 1 "Business—Government Regulation".

Federal legislative and regulatory initiatives and reforms may result in an increase in the cost of regulatory compliance, a decrease in revenues, or result in changes to business practices that could have a material adverse effect on our results of operations. For example, changes in federal labor policy could lead to increased unionization efforts, which could increase labor costs, disrupt facility operations, and have a material adverse effect on our business, sales, and results of operations. The enactment of new laws and regulations or the interpretation of existing laws and regulations in an unfavorable way may affect the operation of our business, directly or indirectly, which could result in substantial regulatory compliance costs, civil or criminal penalties, including fines, adverse publicity, decreased revenues, and increased expenses.

***If we fail to comply with the Telephone Consumer Protection Act, we may face significant damages, which could harm our business, financial condition, results of operations, and cash flows.***

We utilize telephone calls and text messaging as a means of responding to and marketing to consumers interested in purchasing, trading in, selling or financing vehicles and related products and services, including insurance. We generate leads from our website and mobile application by prompting potential customers to provide their phone numbers so that we can contact them in response to their interest in financing terms, trading in or selling vehicles, or purchasing a specific vehicle. We also pay others for leads. A portion of our revenue comes from purchases, sales, and financing that involves a call or text made by our internal call centers, automated communications systems, or vendors we engage to reach out to these potential customers.

The Telephone Consumer Protection Act (the "TCPA"), as interpreted and implemented by the FCC and U.S. courts currently imposes significant restrictions on the use of autodialed telephone calls, pre-recorded messages, and text messages to residential and mobile telephone numbers as a means of communication when prior consent of the person being contacted has not been obtained. Violations of the TCPA may be enforced by the FCC or by individuals through litigation, including class actions. Statutory penalties for TCPA violations range from $500 to $1,500 per violation, which has been interpreted to mean per phone call or text.

While we have implemented processes and procedures to comply with the TCPA, if we or those services we rely on for data fail to adhere to or successfully implement appropriate processes and procedures in response to existing or future regulations, it could result in legal and monetary liability, fines, penalties, or damage to our reputation in the marketplace. Additionally, any changes to the TCPA, its interpretation, or enforcement of it by the government, the courts, or private parties that further restrict the way we contact and communicate with our potential customers or generate leads could adversely affect our ability to attract customers.

***Government regulation of the internet and e-commerce is evolving, and unfavorable changes or failure by us to comply with these regulations could substantially harm our business and results of operations.***

We are subject to general business regulations and laws as well as regulations and laws specifically governing the internet and e-commerce. Existing and future regulations and laws could impede the growth of the internet, e-commerce or mobile commerce. These regulations and laws may involve taxes, online payments and funds transfers, privacy, cybersecurity, anti-spam, pricing, content protection, electronic contracts and communications, mobile communications, consumer protection, information reporting requirements, advertising, unencumbered internet access to our services and the design and operation of our website and mobile application. It is not clear how existing laws governing issues such as property ownership, sales and

25

other taxes and consumer privacy apply to the internet as the vast majority of these laws were adopted prior to the advent of the internet and do not contemplate or address the unique issues raised by the internet or e-commerce. Unfavorable interpretation or enforcement of regulations and laws, or newly promulgated unfavorable regulations and laws, could diminish the demand, including online demand, for used vehicles and complementary products and services and increase our cost of doing business.

*Our ability to grow our complementary product and service offerings may be limited, which could negatively impact our growth rate, revenues and financial performance.*

If we introduce new or expand existing offerings for our platform, such as services or products involving other inventory sources, new vehicles, trade-ins, financing, various forms of insurance related to vehicle condition, property and casualty, or other insurance products customarily sold by traditional insurance companies, subscription services, shipping services, deficiency waivers, customized accessories, leasing or maintenance, we may incur losses or otherwise fail to enter these markets successfully. Our expansion into these markets will place us in competitive and regulatory environments with which we are unfamiliar and involve various risks, including the need to invest significant resources and the possibility that returns on such investments will not be achieved for several years, if at all. In attempting to establish new service or product offerings, we expect to incur significant expenses and face various other challenges, such as expanding our customer advocate and management personnel to cover these markets and complying with complicated regulations that apply to these markets. In addition, we may not successfully demonstrate the value of these complementary products and services to consumers, and failure to do so would compromise our ability to successfully expand into these additional revenue streams. Any of these risks, if realized, could adversely affect our business and results of operations.

*If we do not adequately address our customers' shift to mobile device technology, operating results could be harmed and our growth could be negatively affected.*

Our future success depends in part on our ability to provide adequate functionality for visitors who use mobile devices to shop for used vehicles and the number of transactions with us that are completed by those users. In recent years the proportion of U.S. consumers who use mobile devices to access websites has generally increased. A shift to mobile technology by our users may harm our business in the following ways:

- customers visiting our website from a mobile device or accessing our website through a mobile application may not accept mobile technology as a viable long-term platform to buy or sell a vehicle. This may occur for a number of reasons, including our ability to provide the same level of functionality to a mobile device that we provide on a desktop computer, the actual or perceived lack of security of information on a mobile device and possible disruptions of service or connectivity;

- we may not continue to innovate and introduce enhanced products that can be suitably conveyed on mobile platforms;

- consumers using mobile devices may believe that our competitors offer superior products and features based in part on our inability to provide sufficient functionality to convince a mobile device user to transact with us; or

- regulations related to consumer finance disclosures, including the Truth in Lending Act and the Fair Credit Reporting Act, may be interpreted, in the context of mobile devices, in a manner which could expose us to legal liability in the event we are found to have violated applicable laws.

If we do not develop suitable functionality for users who access our website using a mobile device, our business and operating results could be harmed.

*Our business is subject to risks related to the larger automotive ecosystem, including consumer demand, global supply chain challenges, and other macroeconomic issues.*

Decreases in consumer demand could adversely affect the market for used vehicles and, as a result, reduce the number of consumers using our website and mobile application. Consumer purchases of new and used vehicles generally decline during recessionary periods and other periods in which disposable income is adversely affected. For example, the number of used vehicle sales in the United States decreased from approximately 41.4 million in 2007 to approximately 35.5 million in 2009, according to CNW Research Retail Automotive Summary. Purchases of new and used vehicles are typically discretionary for consumers and have been, and may continue to be, affected by negative trends in the economy and other factors, including the COVID-19 pandemic, rising interest rates, rising vehicle prices, the cost of energy and gasoline, the availability and cost of credit, reductions in business and consumer confidence, stock market volatility, increased regulation and increased unemployment. Increased environmental regulation has made, and may in the future make, used vehicles more expensive and less desirable for consumers. In addition, our business may be negatively affected by challenges to the larger automotive ecosystem, including urbanization, global supply chain challenges and other macroeconomic issues. For example, rideshare

26

services, such as Uber and Lyft, are becoming increasingly popular as a means of transportation and may decrease consumer demand for the used vehicles we sell, particularly if urbanization increases. Additionally, new technologies such as autonomous driving software have the potential to change the dynamics of vehicle ownership in the future. Any of the foregoing could have a material adverse effect on our business, results of operations and financial condition.

***The current geographic concentration where we provide services creates an exposure to severe weather, local economies, regional downturns, or catastrophic occurrences that may materially adversely affect our financial condition and results of operations.***

As of December 31, 2021, we conduct business through fourteen IRCs located in Alabama, Arizona, Arkansas, Florida, Georgia, Indiana, New Jersey, North Carolina, Ohio, Tennessee, Texas, and Utah, managing fulfillment to over 300 metropolitan areas across most of the United States. We hold the majority of our inventory at these fourteen locations. Our business is currently more susceptible to regional conditions than the operations of more geographically diversified competitors, and we are vulnerable to economic downturns and other unforeseen events or circumstances in those regions. Changes in demographics and population or severe weather conditions and other catastrophic occurrences in areas in which we operate or from which we obtain inventory may materially adversely affect our results of operations. Such conditions may result in physical damage to our properties, loss of inventory and delays in the delivery of vehicles to our IRCs, hubs, vending machines, or customers.

Any of these factors may disrupt our businesses and materially adversely affect our financial condition and result of operations. Furthermore, there can be no assurance that we will be able to successfully replicate our business model and achieve levels of success as we enter new markets.

***An inability to obtain affordable insurance on our inventory may materially adversely affect our financial condition and results of operations.***

We rely on inventory insurance to protect against catastrophic losses of our inventory. There is no guarantee that we will continue to be able to insure our inventory at affordable rates, or at all, through outside insurers. If we are unable to purchase affordable insurance, we may have to self-insure, reducing our ability to make other investments in our business and exposing us to financial risk. In addition, our inability to insure our inventory through an outside insurer, or to adequately self-insure, may adversely impact our ability to finance our inventory purchases.

***Our insurance coverage may not be enough to protect us from all claims.***

Our business exposes us to an inherent risk of potential liability claims. Although we maintain liability insurance for our directors and officers, auto and general liability, loss due to cybersecurity incidents, damage to property, and various other policies, the coverage limits of these policies may not be adequate to cover all future claims. We may be unable to maintain sufficient liability or other commercial insurance on acceptable terms or at reasonable costs, and this insurance may not provide us with adequate coverage against potential liabilities. A successful claim brought against us in excess of, or outside of, our insurance coverage could have a material adverse effect on our financial condition and results of operations. A liability claim, regardless of its merit or eventual outcome, could result in substantial costs to us, a substantial diversion of management attention and adverse publicity. A liability claim could also harm our reputation and result in a decline in revenues and an increase in expenses.

***We may require additional debt and equity capital to pursue our business objectives and respond to business opportunities, challenges, or unforeseen circumstances. If such capital is not available to us, our business, operating results, and financial condition may be harmed.***

We may require additional capital to pursue our business objectives and respond to business opportunities, challenges or unforeseen circumstances, including to increase our marketing expenditures to improve our brand awareness, build and maintain our inventory of quality used vehicles, develop new products or services (including vehicle-financing services) or further improve existing products and services, enhance our operating infrastructure, and acquire complementary businesses and technologies. Accordingly, we may need to engage in equity or debt financings to secure additional funds, and we currently expect to engage in a debt financing to fund the ADESA U.S. Auction Acquisition (our obligation to fund the purchase price of the ADESA U.S. Auction Acquisition is not subject to a financing contingency or condition). However, additional funds may not be available when we need them, on terms that are acceptable to us, or at all. In addition, any debt financing that we secure in the future, including in connection with the ADESA U.S. Auction Acquisition, could involve restrictive covenants which may make it more difficult for us to obtain additional capital and to pursue business opportunities. For example, the indentures governing our 2025, 2027, 2028, and 2029 Notes limit our ability and certain of our subsidiaries' ability to, among other things, incur additional debt or issue preferred stock, create liens, pay dividends and make other distributions, redeem or repurchase

27

stock or prepay subordinated indebtedness, make certain investments or certain other restricted payments, guarantee indebtedness, sell certain kinds of assets, enter into certain types of transactions with affiliates, and effect mergers or consolidations. See Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity—Senior Unsecured Notes."

Volatility in the credit markets may also have an adverse effect on our ability to obtain debt financing. If we raise additional funds through further issuances of equity or convertible debt securities, our existing stockholders could suffer significant dilution, and any new equity securities we issue could have rights, preferences and privileges superior to those of holders of our Class A common stock. If we are unable to obtain adequate financing or financing on terms satisfactory to us when we require it, our ability to continue to pursue our business objectives and to respond to business opportunities, challenges or unforeseen circumstances could be significantly limited, and our business, operating results, financial condition and prospects could be adversely affected.

***We rely on agreements with lenders to finance our vehicle inventory purchases. If we fail to maintain adequate relationships with such lenders, we may be unable to maintain sufficient inventory, which would adversely affect our business and results of operations.***

We rely on agreements with lenders to finance our vehicle inventory purchases. If we are unable to extend the agreements on favorable terms or at all, or if the agreements expire and are not renewed, our inventory supply may decline, resulting in fewer vehicles available for sale on our website and mobile application. For example, our agreement with Ally matures in March 2023 and may be extended for an additional period at Ally's sole discretion. If we are unable to renew the facility with Ally or find a satisfactory replacement, whether because of our financial and operating performance or for other reasons, our ability to acquire inventory would be adversely affected. New funding arrangements may be at higher interest rates or other less favorable terms. These financing risks, in addition to rising interest rates and changes in market conditions, if realized, could negatively impact our results of operations and financial condition.

***Errors in our contracts with our customers could render them unenforceable or ineligible for sale. If we have already sold contracts with errors in them, we could be required to repurchase them.***

We enter into purchase agreements, buyer's orders, retail installment contracts, consumer loan contracts, and other contracts with our customers that are generated automatically based upon information the customer enters into our website or mobile application. The contracts are intended to comply with the applicable consumer lending and other commercial and legal requirements of the relevant jurisdictions. We face the risk, however, that the auto-generated forms may inadvertently contain errors or omissions or otherwise fail to comply with applicable regulations in a manner that would render such contracts unenforceable. For example, most jurisdictions impose a maximum interest rate cap that we can charge our customers. If we exceed the relevant cap, our retail installment contracts in such jurisdiction may be unenforceable, and in some instances, we may be required to pay damages or repay any financing charges previously collected. If a significant number of our retail installment contracts are rendered unenforceable, our financial condition and results of operations may be adversely affected.

We generally seek to sell automotive finance receivables to financing partners or in securitization transactions. The financing partners who agree to buy or fund our loans, and the documents governing our securitizations, require that we make certain customary representations about the eligibility of those contracts for sale. If these receivables do not meet the specified representations, we have in the past been, and may in the future be, forced to repurchase these receivables. If we sell a significant amount of receivables that do not meet the predetermined representations, we may be required to use cash on hand or to obtain alternative financing in order to repurchase them. Any significant repurchases could have a material adverse effect on our business, results of operations, and financial condition, and may jeopardize our ability to sell contracts to those or other financing partners or purchasers in the future.

***We rely on our proprietary credit scoring model to forecast automotive finance receivable loss rates. If we are unable to effectively forecast loss rates, it may negatively impact our operating results.***

We rely on our internally developed models to forecast loss rates of the automotive finance receivables we originate. If we rely on a model that fails to effectively forecast loss rates on receivables we originate, those receivables may suffer higher losses than expected. We generally seek to sell these receivables to financing partners or in securitization transactions. If the receivables we sell experience higher loss rates than forecasted, we may obtain less favorable pricing on the receivables we sell to those parties in the future and suffer reputational harm in the marketplace for the receivables we sell and our business, results of operations, and financial condition may be adversely affected. We hold receivables we originate on our balance sheet until we sell them to financing partners or in securitization transactions, and to the extent those receivables fail to perform during our holding period, they may become ineligible for sale. As a result, our business, results of operations, and financial condition may be adversely affected.

28

*Because we rely on internal and external logistics to transport our inventory throughout the United States, we are subject to business risks and costs associated with the transportation industry. Many of these risks and costs are out of our control, and any of them could have a material adverse effect on our business, financial condition, and results of operations.*

We rely on a combination of internal and external logistics to transport vehicles to and from wholesale auctions, IRCs, hubs, vending machines and our customers. As a result, we are exposed to risks associated with the transportation industry such as weather, traffic patterns, gasoline prices, recalls affecting our vehicle fleet, local and federal regulations, vehicular crashes, insufficient internal capacity, rising prices of transportation vendors, fuel prices, taxes, license and registration fees, insurance premiums, self-insurance levels, difficulty in recruiting and retaining qualified drivers, disruption of our technology systems, equipment supply, equipment quality, and increasing equipment and operational costs. Our failure to successfully manage our logistics and fulfillment process could cause a disruption in our inventory supply chain and distribution, which may adversely affect our operating results and financial condition.

*We face a variety of risks associated with the construction, financing, and operation of our inspection and reconditioning centers and vending machines, any of which could adversely affect our financial condition and results of operations.*

We are required to obtain approvals, permits, and licenses from state regulators and local municipalities to construct and operate our IRCs and vending machines. We may face delays in obtaining the requisite approvals, permits, financing, and licenses to construct and operate our IRCs and vending machines, or we may not be able to obtain them at all. If we encounter delays in obtaining or cannot obtain the requisite approvals, permits, financing, and licenses to construct and operate our IRCs and vending machines in desirable locations, our financial condition and results of operations may be adversely affected.

We lease or finance certain real estate on which we construct and operate some of our IRCs and vending machines. Because of potential difficulties finding a replacement tenant, some landlords will have concerns leasing and some lenders will have concerns financing to a tenant like us. Consequently, some landlords or lenders may offer unfavorable leasing or financing terms or may not be willing to lease or finance the sites we pursue. Similarly, sites we wish to purchase for the construction or operation of our IRCs and vending machines may have similar constraints. If we are required to enter into inflexible or expensive leases, financing, or purchase agreements to construct and operate our IRCs and vending machines, our financial condition and results of operations may be adversely affected.

We depend on one supplier to construct portions of our vending machines and to provide technical support and maintenance on them. If we are unable to maintain our relationship with our supplier, or our supplier ceases to produce the parts or perform the services we need, or our supplier is unable to effectively deliver services and equipment on timelines and at the price we have negotiated, and we are unable to contract with an alternative supplier, we may not be able to construct new vending machines or continue to operate existing vending machines, and our financial condition and operating results may be adversely affected. Additionally, the durability of our vending machines is unknown and we may be required to incur significant maintenance and other expenses to keep them operating properly. If we are required to incur significant expenses to maintain our vending machines our financial condition and operating results may be adversely affected.

We also rely on vendors and suppliers to construct and operate portions of our IRCs. If we are unable to maintain our relationship with our vendors and suppliers, or such vendors and suppliers cease to provide the services we need, or such vendors and suppliers are unable to effectively deliver our services on timelines and at the price we have negotiated, and we are unable to contract with alternative vendors and suppliers, our ability to construct new IRCs or continue to operate existing IRCs and our financial condition and operating results may be adversely affected.

*We may rely on agreements with lenders or institutional real estate investors to finance certain vending machines and inspection and reconditioning centers. If we fail to create or maintain adequate relationships with lenders or investors to finance such assets, we may be unable to construct and operate additional vending machines and inspection and reconditioning centers in the future, which would adversely affect our business and results of operations.*

We currently rely on agreements with lenders or institutional real estate investors to finance certain real estate capital expenditures, including vending machines and IRCs, and may continue to do so in the future. If we are unable to enter into new financing agreements for such assets on favorable terms or at all, whether because of our financial and operating performance or for other reasons, our ability to construct and operate additional IRCs and vending machines would be adversely affected. New funding arrangements may be at higher interest rates than historical real estate financing or contain other less favorable terms. If realized, these financing risks, in addition to rising interest rates and changes in market conditions, could negatively impact our results of operations and financial condition.

29

***We collect, process, store, share, disclose, and use personal information and other data. Our actual or perceived failure to protect such information and data, mitigate data loss, and prevent a cybersecurity or other incident could damage our reputation and harm our business and operating results.***

We collect, process, store, share, disclose, and use sensitive information and other data provided by consumers and employees, including personally identifying information. We rely on encryption and authentication technology licensed from third parties to securely transmit and store such information. We also may share this information with third-party service providers as part of our business operations. We expend significant resources to protect against both internal and external security breaches and may need to expend more resources depending upon, for example, changes in the dynamic cybersecurity climate, expected growth of our company, new or changing business ventures or practices, and/or in the event we need to address problems caused by breaches. Any failure or perceived failure to maintain the security of personal and other data that is provided to us by consumers, employees, and vendors could harm our reputation and expose us to a risk of loss or litigation, regulatory scrutiny, and possible liability, any of which could adversely affect our business and operating results.

Additionally, concerns about how we collect, protect, store, use, or disclose personal information, or other privacy related matters, even if unfounded, could harm our business and operating results.

We are subject to numerous and rapidly evolving federal, state, and local laws regarding privacy, cybersecurity and the collection, use, and disclosure of personal information and other data. The laws are subject to differing interpretations, and both the laws and their interpretations are often inconsistent across jurisdictions. We are also subject to contractual requirements and others' privacy policies that govern how we use and protect personal information and other data. They may be costly to comply with, and may conflict with other contractual obligations, laws, regulations, or rules. These obligations may be interpreted and applied in new ways or in a manner that is inconsistent from one jurisdiction to another and may conflict with other rules, obligations, or our practices. New regulations could be enacted. Any failure or perceived failure by us to comply with our privacy policies, our privacy- or cybersecurity-related obligations to consumers, employees, or other third parties, or our privacy- or cybersecurity-related legal obligations, or any compromise generally of security that results in the unauthorized release or transfer of sensitive information, which may include personally identifiable information or other customer or employee data, may result in governmental enforcement actions, litigation, provision of required notifications to consumers or public statements against us by consumer advocacy groups or others and could cause consumers, employees, commercial partners, securitization or real estate investors, and receivable or real estate financing partners to lose trust in us, which could have an adverse effect on our business. If commercial partners, developers, or other parties that we work with violate applicable laws, contractual assurances with us, or our policies, such violations may also put consumers', employees', commercial partners', or receivable financing partners' information at risk and could in turn harm our reputation, business, and operating results.

***A significant disruption in service on our website or mobile application on any medium could damage our reputation and result in a loss of consumers, which could harm our business, brand, operating results, and financial condition.***

Our brand, reputation, and ability to attract consumers depend on the reliable performance of our website and mobile application and the supporting systems, technology, and infrastructure. We may experience significant interruptions to our systems in the future. Interruptions in these systems, whether due to system failures, programming or configuration errors, computer viruses, or physical or electronic break-ins, including from ransomware or distributed denial of service attacks could limit the availability of our inventory on our website and mobile application and prevent or inhibit consumers from accessing our website or mobile application. Problems with the reliability or security of our systems could harm our reputation, result in a loss of customers and result in additional costs.

Substantially all of the communications, network, and computer hardware used to operate our website and mobile application are located at co-location facilities. Although we have multiple locations, our systems are not fully redundant. In addition, we do not own or control the operation of these facilities. Our systems and operations are vulnerable to damage or interruption from fire, flood, power loss, telecommunications failure, terrorist attacks, acts of war, electronic and physical break-ins, computer viruses, earthquakes, and similar events. The occurrence of any of these events could damage our systems and hardware or could cause them to fail.

Problems faced by our web-hosting providers could adversely affect the experience of our customers. For example, our web-hosting providers could close their facilities without adequate notice or suffer interruptions in service caused by cyber-attacks, natural disasters or other phenomena. Any financial difficulties, including bankruptcy, faced by our web-hosting providers or any of the service providers with whom they contract may have negative effects on our business, the nature and extent of which are difficult to predict. If our web-hosting providers are unable to keep up with our growing capacity needs, our business could be harmed.

30

Any errors, defects, disruptions, or other performance or reliability problems with our network operations could interrupt our customers' physical or electronic access to our inventory and our access to data that drives our inventory purchase operations as well as cause delays and additional expense in arranging access to new facilities and services, any of which could harm our reputation, business, operating results, and financial condition.

***Failure to adequately protect our intellectual property, technology, and confidential information could reduce our competitiveness and harm our business and operating results.***

Our business depends on our intellectual property, technology, and confidential information, the protection of which is crucial to the success of our business. For example, we have developed proprietary algorithms to price the vehicles we purchase and sell, to determine the financing terms we offer customers, and to power our in-house logistics network. Our intellectual property also includes, but is not limited to: inventions (whether or not patentable), the content of our website, mobile applications, registered and unregistered trademarks and trade dress rights, registered domain names, our photography technology, and our vending machine design and technology. We rely on a combination of patents, trademarks, trade secrets, copyrights, and contractual restrictions to protect these algorithms and our other intellectual property, technology, and confidential information. In addition, we attempt to protect our intellectual property, technology, and confidential information by requiring certain of our employees and consultants to enter into confidentiality and invention assignment agreements and certain third parties to enter into nondisclosure agreements. These agreements may not effectively grant all necessary rights to any inventions that may have been developed by the employees and consultants. In addition, these agreements may not effectively prevent unauthorized use or disclosure of our confidential information, intellectual property, or technology, and may not provide an adequate remedy in the event of unauthorized use or disclosure of our confidential information, intellectual property, or technology. Despite our efforts to protect our proprietary rights, unauthorized parties may attempt to copy aspects of our website or mobile application features, software, and functionality, or to obtain and use information that we consider proprietary. Changes in the law or adverse court rulings may also limit the scope of our rights and inhibit us from preventing others from using our technology.

We currently hold rights to the "carvana.com" internet domain name and various other related domain names. The regulation of domain names in the United States is subject to change. Regulatory bodies could establish additional top-level domains, appoint additional domain name registrars, or modify the requirements for holding domain names. As a result, we may not be able to acquire or maintain all domain names that use the name Carvana or are otherwise important for our business.

***We may be subject to claims that our employees, consultants, or advisors have wrongfully used or disclosed trade secrets or other intellectual property or proprietary information of their current or former employers, or claims asserting ownership of what we regard as our own intellectual property.***

Although we try to ensure that our employees, consultants and advisors do not use the proprietary information or know-how of others in their work for us, we may be subject to claims that we or those who work for us have used or disclosed trade secrets or other intellectual property or proprietary information of their current or former employer. Litigation may be necessary to defend against these claims. If we fail in defending any such claims, we may have to pay monetary damages and lose valuable intellectual property rights or personnel. Even if we are successful in defending against such claims, litigation could result in substantial costs, harm our reputation, and be a distraction to management.

In addition, while it is our policy to require our employees and contractors who may be involved in the conception or development of intellectual property to execute agreements assigning such intellectual property to us, we may be unsuccessful in executing such an agreement with each party who conceives or develops intellectual property that we regard as our own. The assignment of intellectual property may not be self-executing, may not be enforceable in certain jurisdictions or may be breached, and we may be forced to bring claims against third parties or defend claims that they may bring against us to determine the ownership of what we regard as our intellectual property. This could be costly, and if we are unsuccessful, we may not be able to prevent others from using our technology, and may not be able to use it ourselves.

***We may become involved in lawsuits to defend ourselves against intellectual property disputes, which could be expensive and time consuming, and ultimately unsuccessful, and could result in the diversion of significant resources, and hinder our ability to commercialize our existing or future products.***

Our success depends in part on not infringing patents or violating other intellectual property rights of others. Intellectual property disputes can be costly to settle or defend and may cause our business, operating results and financial condition to suffer. Significant litigation regarding patent and trademark rights occurs in the e-commerce industry. Whether merited or not, it is possible that U.S. patents, pending patent applications, and trademarks controlled by third parties may be alleged to cover

31

our products, branding, and other activities. Our competitors, many of which have substantially greater resources and have made substantial investments in patent portfolios and competing technologies, may have applied for or obtained or may in the future apply for and obtain patents that prevent, limit, or otherwise interfere with our ability to use our technology or processes that are necessary to operate our business. Our competitors may have one or more patents for which they can threaten or initiate patent infringement actions against us or any of our suppliers. From time to time and in the ordinary course of business, we may develop non-infringement or invalidity positions with respect to the patents of others, which may not be accepted by a judge or jury if such patents were asserted against us. Our ability to defend ourselves or our suppliers may be limited by our financial and human resources, the availability of reasonable defenses, and the ultimate acceptance of our defenses by the courts or juries. Furthermore, if such patents or trademark rights are successfully enforced against us, this may result in an adverse impact on our business, including injunctions, damages, and attorneys' fees.

We may receive communications alleging infringement of patents, trademarks, copyrights, or other intellectual property rights or misappropriation of trade secrets, or offering licenses to such intellectual property. Any claims that we assert against perceived infringers could also provoke these parties to assert counterclaims against us alleging that we infringe their intellectual property rights. At any given time, we may be involved as either a plaintiff or a defendant in a number of intellectual property actions, the outcomes of which may not be known for prolonged periods of time.

The large number of patents, the rapid rate of new patent applications and issuances, the complexities of the technologies involved, our potential expansion into new business lines and technologies, and the uncertainty of litigation significantly increase the risks related to any patent litigation. Furthermore, as the number of participants in our industry grows, the possibility of intellectual property infringement claims against us increases. Any litigation or claim against us, even those without merit, may cause us to incur substantial costs, and could place a significant strain on our financial resources, divert the attention of management and other resources from our core business and harm our reputation. Any potential intellectual property litigation also could force us to do one or more of the following:

- stop using the technology, content, branding or processes that use the disputed intellectual property necessary to operate our business and sell our products;

- obtain a license from the intellectual property owner to continue using technology or processes necessary to operate our business or sell our products, which license may require substantial royalty payments and may not be available on commercially reasonable terms, or at all;

- incur significant expenses and legal fees;

- pay substantial damages or royalties to the party whose intellectual property rights we are alleged to be infringing, potentially including treble damages if the court finds that the infringement was willful;

- pay substantial royalties, upfront fees, or grant cross-licenses to intellectual property rights for our products and services;

- find a non-infringing substitute product or technology, which could be costly and create significant delay in our operations; or

- redesign those products, technologies or processes that infringe any intellectual property, which could be costly, disruptive, or infeasible.

### *Our platform utilizes open source software, and any failure to comply with the terms of these open source licenses could negatively affect our business.*

We use open source software in our platform and expect to use open source software in the future. The terms of various open source licenses have not been interpreted by United States courts, and there is a risk that such licenses could be construed in a manner that imposes unanticipated conditions or restrictions on our ability to market our platform. By the terms of certain open source licenses, we could be required to release the source code of our proprietary software and to make our proprietary software available under open source licenses if we combine our proprietary software with open source software in a certain manner. In the event that portions of our proprietary software are determined to be subject to an open source license, we could be required to publicly release the affected portions of our source code, to re-engineer all or a portion of our technologies, or otherwise to be limited in the use or licensing of our technologies, each of which could reduce or eliminate the value of our technologies and services. In addition to risks related to license requirements, usage of open source software can lead to greater risks than use of commercial software, as open source licensors generally do not provide warranties or controls on the origin of the software. Many of the risks associated with usage of open source software cannot be eliminated and could negatively affect our business and operating results.

32

***Our business is sensitive to conditions affecting automotive manufacturers, including manufacturer recalls.***

Adverse conditions affecting one or more automotive manufacturers could have a material adverse effect on our sales and results of operations and could impact the supply of vehicles. Manufacturer recalls are a common occurrence that have accelerated in frequency and scope in recent years. Recalls and the increased regulatory scrutiny surrounding selling used vehicles with open safety recalls could adversely affect used vehicle sales or valuations, could cause us to temporarily remove vehicles from inventory, could cause us to sell affected vehicles at a loss, could force us to incur increased costs, and could expose us to litigation and adverse publicity related to the sale of recalled vehicles, which could have a material adverse effect on our business, financial condition, and results of operations.

***We rely on third-party technology to complete critical business functions. If that technology fails to adequately serve our needs and we cannot find alternatives, it may negatively impact our operating results.***

We rely on third-party technology for certain of our critical business functions, including supply chain and inventory management, customer identity verification for financing, transportation fleet telemetry, network infrastructure for hosting the website and mobile application, inventory data, software libraries, development environments and tools, services to allow customers to digitally sign contracts, customer service call center management software, automation controls and software for our vending machines, hosted telephony, human resource management, and security. If these technologies fail or we cannot maintain our relationships with the technology providers and we cannot find suitable alternatives, our financial condition and operation results may be adversely affected.

***We depend on key personnel to operate our business. If we are unable to retain, attract and integrate qualified personnel, our ability to develop and successfully grow our business could be harmed.***

We believe our success has depended, and continues to depend, on the efforts and talents of our executives and employees. Our future success depends on our ability to attract, develop, motivate, and retain highly qualified and skilled employees. Qualified individuals are in high demand, and we may incur significant costs to attract and retain them. In addition, the loss of any of our key employees or senior management, including our Chief Executive Officer, Ernest Garcia III, our Chief Financial Officer, Mark Jenkins, and our Chief Operating Officer, Benjamin Huston, could materially adversely affect our ability to execute our business plan and strategy, and we may not be able to find adequate replacements on a timely basis, or at all. Our executive officers and other employees are at-will employees, which means they may terminate their employment relationship with us at any time, and their knowledge of our business and industry would be extremely difficult to replace. We may not be able to retain the services of any members of our senior management or other key employees. If we do not succeed in attracting well-qualified employees or retaining and motivating existing employees, our business could be materially and adversely affected.

***Our minority equity investment in Root, Inc. may result in us receiving or retaining less than the amount of benefit we might otherwise expect to receive from such investment, and adversely impact our results of operations and financial condition.***

We hold a minority equity investment in Root, Inc. (NASDAQ: ROOT, "Root"). As a minority equity investor, our influence of Root is limited. As a result, we may be unable to influence Root's business plan, assure quality control, or set the timing and pace of development. Our inability to control the operations or management of Root may result in us receiving or retaining less than the amount of benefit we might otherwise expect to receive from such investment. We may also be unable to cause Root to effect significant transactions such as large expenditures or contractual commitments, the development of insurance products, or the borrowing of money. We may be limited in our ability to monetize or exit our investment in Root given contractual restrictions on selling our investment and uncertainty in the trading market for Root's equity securities. A downward adjustment to or impairment of this equity investment could adversely impact our results of operations and financial condition.

***We have and may continue to acquire other companies or technologies, which could divert our management's attention, result in additional dilution to our stockholders and otherwise disrupt our operations and harm our operating results.***

Our success will depend, in part, on our ability to grow our business in response to the demands of consumers, other constituents within the automotive industry, and competitive pressures. In the past, we have occasionally done so by acquiring complementary businesses and technologies rather than through internal development, and we may do so again in the future. The identification of suitable acquisition candidates can be difficult, time-consuming, and costly, and we may not be able to successfully complete identified acquisitions. The risks we face in connection with acquisitions include:

- diversion of management time and focus from operating our business to addressing acquisition integration challenges;

33

- coordination of technology, research and development, and sales and marketing functions;

- transition of the acquired company's users to our website and mobile application;

- retention of employees from the acquired company;

- cultural challenges associated with integrating employees from the acquired company into our organization;

- integration of the acquired company's accounting, management information, human resources, and other administrative systems;

- the need to implement or improve controls, policies, and procedures at a business that, prior to the acquisition, may have lacked effective controls, policies, and procedures;

- potential write-offs of intangibles or other assets acquired in such transactions that may have an adverse effect on our operating results;

- liability for activities of the acquired company before the acquisition, including patent and trademark infringement claims, violations of laws, commercial disputes, tax liabilities, and other known and unknown liabilities; and

- litigation or other claims in connection with the acquired company, including claims from terminated employees, consumers, former investors, or other third parties.

Our failure to address these risks or other problems encountered in connection with our past or future acquisitions and investments could cause us to fail to realize the anticipated benefits of these acquisitions or investments, cause us to incur unanticipated liabilities, and otherwise harm our business. Future acquisitions could also result in dilutive issuances of our equity securities, the incurrence of debt, contingent liabilities, amortization expenses, or the write-off of goodwill, any of which could harm our financial condition. Any of these risks, if realized, could materially and adversely affect our business, financial condition, and results of operations.

*We are, and may in the future be, subject to legal proceedings in the ordinary course of our business. If the outcomes of these proceedings are unfavorable to us, it could have a material adverse effect on our business, results of operations, and financial condition.*

We are subject to various litigation matters from time to time, which could have a material adverse effect on our business, results of operations and financial condition. Legal claims could be asserted against us by individuals, either individually or through class actions, by governmental entities in civil or criminal investigations and proceedings or by other entities. These claims could be asserted under a variety of laws, including but not limited to consumer finance laws, consumer protection laws, laws governing motor vehicle dealers, intellectual property laws, privacy laws, labor and employment laws, securities laws, employee benefit laws, tax laws, and tort laws. These actions could expose us to adverse publicity and to substantial monetary damages and legal defense costs, injunctive relief and criminal and civil fines and penalties, including but not limited to suspension or revocation of licenses to conduct business.

### Risks Related to Our Organizational Structure

*Our principal asset is our indirect interest in Carvana Group, and, accordingly, we depend on distributions from Carvana Group to pay our taxes and expenses, including payments under the 2025, 2027, 2028, and 2029 Notes and Tax Receivable Agreement. Carvana Group's ability to make such distributions may be subject to various limitations and restrictions.*

We are a holding company and have no material assets other than our indirect ownership of LLC Units of Carvana Group. As such, we have no independent means of generating revenue or cash flow, and our ability to pay our taxes, debt obligations, and operating expenses depends on the financial results and cash flows of Carvana Group and its subsidiaries and distributions we receive from Carvana Group. These taxes, obligations, and expenses include the following:

*Taxes*. Carvana Group is treated as a partnership for U.S. federal income tax purposes and, as such, is not subject to any entity-level U.S. federal income tax. Instead, taxable income of Carvana Group is allocated to the LLC Unitholders, including Carvana Sub, our wholly owned subsidiary. Accordingly, we incur income taxes on our allocable share of any net taxable income of Carvana Group. Under the terms of the LLC Agreement (as defined in Note 1—Business Organization), Carvana Group is obligated to make tax distributions to LLC Unitholders, including us.

*Debt obligations*. We have payment obligations under our 2025, 2027, 2028, and 2029 Notes (detailed in Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity and Capital Resources"

34

and Note 9—Debt Instruments—Long Term Debt). Under the terms of the LLC Agreement, Carvana Group is obligated to make distributions to us for the payment of obligations under these notes.

*Operating expenses and other expenses*. We also incur expenses related to our operations, including payments under the Tax Receivable Agreement (as defined in Note 14—Income Taxes). Due to the uncertainty of various factors, we cannot estimate the likely tax benefits we may realize as a result of LLC Unit exchanges, and the resulting amounts we are likely to pay out to LLC Unitholders pursuant to the Tax Receivable Agreement; however, we estimate that such payments may be substantial. Under the terms of the LLC Agreement, Carvana Group is obligated to make distributions to us for our payment obligations under the Tax Receivable Agreement.

While we intend to cause Carvana Group to make distributions to us in an amount sufficient to fund these taxes, obligations, and expenses, Carvana Group's ability to make such distributions may be subject to various limitations and restrictions, such as restrictions on distributions that would either violate any contract or agreement to which Carvana Group is then a party, including debt agreements, or any applicable law, or that would have the effect of rendering Carvana Group insolvent. If we do not have sufficient funds to pay taxes, obligations or expenses, we may have to borrow funds, which could materially adversely affect our liquidity and financial condition and subject us to various restrictions imposed by any such lenders. If we are unable to make payments under the Tax Receivable Agreement, those payments generally will be deferred and will accrue interest until paid. Nonpayment for a specified period, however, may constitute a breach of a material obligation under the Tax Receivable Agreement and therefore accelerate payments due under the Tax Receivable Agreement, unless, generally, such nonpayment is due to a lack of sufficient funds.

**Conflicts of interest could arise between our stockholders and the LLC Unitholders, which may impede business decisions that could benefit our stockholders.**

Holders of LLC Units have the right to consent to certain amendments to the operating agreement of the LLC, as well as to certain other matters, including the revaluation of partnership interests in Carvana Group. Holders of these voting rights may exercise them in a manner that conflicts with the interests of our stockholders. Circumstances may arise in the future when the interests of the LLC Unitholders conflict with the interests of our stockholders. As we control the LLC, we have certain obligations to the LLC Unitholders that may conflict with fiduciary duties our officers and directors owe to our stockholders. These conflicts may result in decisions that are not in the best interests of stockholders.

**We are a "controlled company" within the meaning of the rules of the NYSE and, as a result, we qualify for exemptions from certain corporate governance requirements. Our stockholders do not have the same protections afforded to stockholders of companies that are subject to such requirements.**

The Garcia Parties continue to control a majority of the combined voting power of Carvana Co. As a result, we continue to be a controlled company within the meaning of the NYSE corporate governance standards. Under the NYSE rules, a company of which more than 50% of the voting power is held by an individual, group or another company is a "controlled company" and need not comply with certain requirements, including the requirement that a majority of the Board consist of independent directors and the requirements that our compensation and nominating and governance committees be composed entirely of independent directors. We do not intend to utilize these exemptions; however, for so long as we qualify as a controlled company, we will maintain the option to utilize some or all of these exemptions. If we utilize these exemptions, we may not have a majority of independent directors and our compensation and nominating and governance committees may not consist entirely of independent directors, and such committees will not be subject to annual performance evaluations. Accordingly, in the event we rely on these exemptions in the future, our stockholders would not have the same protections afforded to stockholders of companies that are subject to all of the corporate governance requirements of the NYSE.

**The Tax Receivable Agreement with the LLC Unitholders requires us to make cash payments to them in respect of certain tax benefits to which we may become entitled, and we expect that the payments we will be required to make will be substantial.**

In connection with the consummation of our IPO, we entered into a Tax Receivable Agreement with the LLC Unitholders. Pursuant to the Tax Receivable Agreement, we will be required to make cash payments to such LLC Unitholders equal to 85% of the tax benefits, if any, that we actually realize, or, in some circumstances, are deemed to realize, as a result of (1) the increase in our wholly owned subsidiary's proportionate share of the existing tax basis of the assets of the LLC and an adjustment in the tax basis of the assets of the LLC reflected in that proportionate share as a result of any future exchanges of LLC Units held by the LLC Unitholders for shares of our Class A common stock or cash, and (2) certain other tax benefits related to payments we make under the Tax Receivable Agreement. Due to the uncertainty of various factors, we cannot estimate the likely tax benefits we will realize as a result of LLC Unit exchanges, and the resulting amounts we are likely to pay

35

out to LLC Unitholders pursuant to the Tax Receivable Agreement; however, we estimate that such payments may be substantial. Payments under the Tax Receivable Agreement will be based on the tax reporting positions that we determine, which tax reporting positions will be based on the advice of our tax advisors. Any payments made by us to the LLC Unitholders under the Tax Receivable Agreement will generally reduce the amount of overall cash flow that might have otherwise been available to us. To the extent that we are unable to make payments under the Tax Receivable Agreement, such payments generally will be deferred and will accrue interest until paid. Nonpayment for a specified period, however, may constitute a breach of a material obligation under the Tax Receivable Agreement and therefore accelerate payments due under the Tax Receivable Agreement, unless, generally, such nonpayment is due to a lack of sufficient funds. Furthermore, our future obligation to make payments under the Tax Receivable Agreement could make us a less attractive target for an acquisition, particularly in the case of an acquirer that cannot use some or all of the tax benefits that may be deemed realized under the Tax Receivable Agreement. The payments under the Tax Receivable Agreement are also not conditioned upon the LLC Unitholders maintaining a continued ownership interest in the LLC.

The actual amount and timing of any payments under the Tax Receivable Agreement will vary depending upon a number of factors, including the timing of exchanges by the LLC Unitholders, the amount of gain recognized by such LLC Unitholders, the amount and timing of the taxable income we generate in the future and the federal tax rates then applicable.

***The amounts that we may be required to pay to the LLC Unitholders under the Tax Receivable Agreement may be accelerated in certain circumstances and may also significantly exceed the actual tax benefits that we ultimately realize.***

The Tax Receivable Agreement provides that if (1) certain mergers, asset sales, other forms of business combination, or other changes of control were to occur, (2) we breach any of our material obligations under the Tax Receivable Agreement or (3) we elect an early termination of the Tax Receivable Agreement, then the Tax Receivable Agreement will terminate and our obligations, or our successor's obligations, to make payments under the Tax Receivable Agreement would accelerate and become immediately due and payable. The amount due and payable in that circumstance is based on certain assumptions, including an assumption that we would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the Tax Receivable Agreement. We may need to incur debt to finance payments under the Tax Receivable Agreement to the extent our cash resources are insufficient to meet our obligations under the Tax Receivable Agreement as a result of timing discrepancies or otherwise.

As a result of a change in control or our election to terminate the Tax Receivable Agreement early, (1) we could be required to make cash payments to the LLC Unitholders that are greater than the specified percentage of the actual benefits we ultimately realize in respect of the tax benefits that are subject to the Tax Receivable Agreement and (2) we would be required to make an immediate cash payment equal to the present value of the anticipated future tax benefits that are the subject of the Tax Receivable Agreement, which payment may be made significantly in advance of the actual realization, if any, of such future tax benefits. In these situations, our obligations under the Tax Receivable Agreement could have a substantial negative impact on our liquidity and could have the effect of delaying, deferring, or preventing certain mergers, asset sales, other forms of business combination, or other changes of control. There can be no assurance that we will be able to finance our obligations under the Tax Receivable Agreement.

***Certain benefits from our organizational structure, including the Tax Receivable Agreement, will not benefit Class A common stockholders to the same extent as they will benefit the LLC Unitholders.***

Certain benefits from our organizational structure, including the Tax Receivable Agreement, will not benefit the holders of our Class A common stock to the same extent as LLC Unitholders. We entered into a Tax Receivable Agreement with the LLC Unitholders, which will provide for the payment by us to the LLC Unitholders of 85% of the amount of tax benefits, if any, that we actually realize, or in some circumstances are deemed to realize, as a result of (1) the increase in our wholly owned subsidiary's proportionate share of the existing tax basis of the assets of the LLC and an adjustment in the tax basis of the assets of the LLC reflected in that proportionate share as a result of any future exchanges of LLC Units held by an LLC Unitholder for shares of our Class A common stock or cash and (2) certain other tax benefits related to our making payments under the Tax Receivable Agreement. Due to the uncertainty of various factors, we cannot estimate the likely tax benefits we will realize as a result of LLC Unit exchanges, and the resulting amounts we are likely to pay out to LLC Unitholders pursuant to the Tax Receivable Agreement; however, we estimate that such payments may be substantial. Although we will retain 15% of the amount of such tax benefits, this and other aspects of our organizational structure may adversely impact the trading market for the Class A common stock.

***We will not be reimbursed for any payments made to the LLC Unitholders under the Tax Receivable Agreement in the event that any tax benefits are disallowed.***

We will not be reimbursed for any cash payments previously made to the LLC Unitholders pursuant to the Tax Receivable Agreement if any tax benefits initially claimed by us are subsequently challenged by a taxing authority and are ultimately disallowed. Instead, any excess cash payments made by us to an LLC Unitholder will be netted against any future cash payments that we might otherwise be required to make under the terms of the Tax Receivable Agreement. However, a challenge to any tax benefits initially claimed by us may not arise for a number of years following the initial time of such payment or, even if challenged early, such excess cash payment may be greater than the amount of future cash payments that we are required to make under the terms of the Tax Receivable Agreement and, as a result, there may not be future cash payments to net against. The applicable U.S. federal income tax rules are complex and factual in nature, and there can be no assurance that the IRS or a court will agree with our tax reporting positions. As a result, it is possible that we could make cash payments under the Tax Receivable Agreement that are substantially greater than our actual cash tax savings.

***We may not be able to realize all or a portion of the tax benefits that are currently expected to result from future exchanges of LLC Units for our Class A common stock and from payments made under the Tax Receivable Agreement.***

Our ability to realize the tax benefits that we currently expect to be available as a result of the increases in tax basis created by any future exchanges of LLC Units (together with shares of our Class B common stock in the case of certain Class A Units) for our Class A common stock, the payments made pursuant to the Tax Receivable Agreement, and the interest deductions imputed under the Tax Receivable Agreement all depend on a number of assumptions, including that we earn sufficient taxable income each year during the period over which such deductions are available and that there are no changes in applicable law or regulations. For example, the reduction in corporate tax rates pursuant to the 2017 changes in U.S. federal income tax law has the effect of reducing the expected value of the tax benefits we realize as a result of the increase in our proportionate share of the existing tax basis of the assets of Carvana Group arising from future exchanges of LLC Units held by an LLC Unitholder for shares of our Class A common stock or cash. The reduction in the value of such tax benefits is expected to have two primary consequences—it reduces the cash payments we expect to be required to make pursuant to the Tax Receivable Agreement and it reduces the expected value to us of the 15% of the amount of such tax benefits that we will retain pursuant to the Tax Receivable Agreement. Additionally, if our actual taxable income were insufficient or there were additional adverse changes in applicable laws or regulations, we may be further unable to realize all or a portion of the expected tax benefits and our cash flows and stockholders' equity could be negatively affected.

***In certain circumstances, Carvana Group will be required to make distributions to us and the LLC Unitholders and the distributions may be substantial.***

Carvana Group is treated as a partnership for U.S. federal income tax purposes and, as such, is not subject to U.S. federal income tax. Instead, taxable income is allocated to its members, including us. We intend to cause Carvana Group to make tax distributions quarterly to the holders of Class A Units (including us) on a pro rata basis based on Carvana Group's net taxable income and to the holders of Class B Units based on such holder's allocable share of Carvana Group's net taxable income (rather than on a pro rata basis). Funds used by Carvana Group to satisfy its tax distribution obligations will not be available for reinvestment in our business. Moreover, these tax distributions may be substantial, and will likely exceed (as a percentage of Carvana Group's income) the overall effective tax rate applicable to a similarly situated corporate taxpayer. As a result of the potential differences in the amount of net taxable income allocable to us and the LLC Unitholders, particularly in light of the reduction in corporate tax rates passed in 2017, it is possible that we will receive distributions significantly in excess of our tax liabilities and obligations to make payments under the Tax Receivable Agreement. To the extent we do not distribute such cash balances as dividends on our Class A common stock and instead, for example, hold such cash balances or lend them to Carvana Group, the LLC Unitholders would benefit from any value attributable to such accumulated cash balances as a result of its ownership of Class A common stock following an exchange of its LLC Units (including any exchange upon an acquisition of us).

***If we were deemed to be an investment company under the Investment Company Act of 1940, applicable restrictions could make it impractical for us to continue our business as contemplated and could have a material adverse effect on our business, financial condition and results of operations.***

Under Sections 3(a)(1)(A) and (C) of the 1940 Act, a company generally will be deemed to be an "investment company" for purposes of the 1940 Act if it (1) is, or holds itself out as being, engaged primarily, or proposes to engage primarily, in the business of investing, reinvesting or trading in securities or (2) is engaged, or proposes to engage, in the business of investing, reinvesting, owning, holding, or trading in securities and it owns or proposes to acquire investment securities having a value

exceeding 40% of the value of its total assets (exclusive of U.S. government securities and cash items) on an unconsolidated basis. We do not believe that we are an investment company, as such term is defined in either of those sections of the 1940 Act.

As the sole managing-member of Carvana Sub, we control and manage Carvana Sub, which, by virtue of being the sole managing-member of Carvana Group, in turn, controls and manages Carvana Group. On that basis, we believe that neither our interest in Carvana Sub nor Carvana Sub's interest in Carvana Group are "investment securities" under the 1940 Act. Therefore, we have less than 40% of the value of our total assets (exclusive of U.S. government securities and cash items) in "investment securities." However, if we were to lose the right to manage and control Carvana Sub or if Carvana Sub were to lose the right to manage and control Carvana Group, interests in Carvana Group or Carvana Sub could be deemed to be "investment securities" under the 1940 Act.

We intend to conduct our operations so that we will not be deemed to be an investment company. However, if we were deemed to be an investment company, restrictions imposed by the 1940 Act, including limitations on our capital structure and our ability to transact with affiliates, could make it impractical for us to continue our business as contemplated and could have a material adverse effect on our business, financial condition, and results of operations.

### Risks Related to Our Liquidity

***Our substantial indebtedness could adversely affect our financial flexibility and our competitive position and prevent us from fulfilling our obligations under our credit agreement.***

As of December 31, 2021, we had outstanding, on a consolidated basis (1) $2.5 billion aggregate principal amount of our 2025, 2027, 2028, and 2029 Notes, (2) $2.1 billion aggregate principal amount of borrowings under our amended and restated vehicle inventory financing and security agreement with Ally Financial, dated as of September 29, 2020, as amended (the "Floor Plan Facility") and the Finance Receivable Facilities (as defined below), (3) $206 million aggregate principal amount of indebtedness represented by our finance lease agreements between us and providers of equipment financing, (4) $10 million aggregate principal amount of indebtedness represented by our promissory note agreements between us and providers of equipment financing, and (5) an outstanding balance of $282 million relating to secured borrowing facility through which we finance certain retained beneficial interests in our securitizations. Also, as of December 31, 2021, we had, on a consolidated basis, $447 million of other long-term debt related to our sale leaseback transactions. Our substantial indebtedness could have significant effects on our business. For example, it could:

- make it more difficult for us to satisfy our obligations with respect to our current and future indebtedness, including our 2025, 2027, 2028, and 2029 Notes and Floor Plan Facility;

- increase our vulnerability to adverse changes in prevailing economic, industry, and competitive conditions;

- require us to dedicate a substantial portion of our cash flow from operations to make payments on our indebtedness, thereby reducing the availability of our cash flow to fund working capital, capital expenditures, acquisitions, the execution of our business strategy, and other general corporate purposes;

- limit our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;

- increase our cost of borrowing;

- restrict us from exploiting business opportunities;

- place us at a disadvantage compared to our competitors that have fewer debt obligations; and

- limit our ability to borrow additional funds for working capital, capital expenditures, acquisitions, debt service requirements, execution of our business strategy, and other general corporate purposes.

We expect to use cash flow from operations to meet current and future financial obligations, including funding our operations, debt service requirements, and capital expenditures. The ability to make these payments depends on our financial and operating performance, which is subject to prevailing economic, industry, and competitive conditions and to certain financial, business, economic, and other factors beyond our control.

***Despite current indebtedness levels, we may incur substantially more indebtedness, which could further exacerbate the risks associated with our substantial indebtedness.***

We may incur significant additional indebtedness in the future, and we currently expect to incur additional indebtedness in connection with the ADESA U.S. Auction Acquisition. We may also consider investments in joint ventures or acquisitions,

which may increase our indebtedness. If new debt is added to our currently anticipated indebtedness levels, including in connection with the ADESA U.S. Auction Acquisition, the related risks that we face could intensify.

***We may not be able to generate sufficient cash flow to service all of our indebtedness, and may be forced to take other actions to satisfy our obligations under such indebtedness, which may not be successful, or may harm our business.***

Our ability to make scheduled payments or to refinance outstanding debt obligations depends on our financial and operating performance, which will be affected by prevailing economic, industry, and competitive conditions and by financial, business, and other factors beyond our control. Additionally, some of our debt accrues interest at a variable rate that is based on LIBOR or other market rates; if those market rates rise, so too will the amount we need to pay to satisfy our debt obligations. We may not be able to maintain a sufficient level of cash flow from operating activities to permit us to pay the principal, premium, if any, and interest on our indebtedness. Any failure to make payments of interest and principal on our outstanding indebtedness on a timely basis would likely result in a reduction of our credit rating, which would also adversely affect our ability to incur additional indebtedness.

We may not be able to refinance any of our indebtedness on commercially reasonable terms or at all. If our cash flows and capital resources are insufficient to fund our debt service obligations, we may be forced to reduce or delay capital expenditures, sell assets, seek additional capital or seek to restructure or refinance our indebtedness. Any refinancing of our indebtedness could be at higher interest rates and may require us to comply with more onerous covenants. These alternative measures may not be successful, and we may be unable to meet our scheduled debt service obligations.

In the absence of such cash flows and resources, we could face substantial liquidity problems and might be required to sell material assets or operations to attempt to meet our debt service obligations. We may not be able to consummate these asset sales to raise capital or sell assets at prices and on terms that we believe are fair, and any proceeds that we do receive may not be adequate to meet any debt service obligations then due. If we cannot meet our debt service obligations, the holders of our indebtedness may accelerate such indebtedness and, to the extent such indebtedness is secured, foreclose on our assets. In such an event, we may not have sufficient assets to repay our indebtedness. If any of these risks are realized, our business and financial condition would be adversely affected.

***The phase-out of the London Interbank Offered Rate (LIBOR), or the replacement of LIBOR with a different reference rate, may adversely affect interest rates.***

On March 5, 2021, the administrator for LIBOR announced that it will permanently cease to publish most LIBOR settings beginning on January 1, 2022 and cease to publish the overnight, one-month, three-month, six-month, and 12-month LIBOR settings on July 1, 2023. The replacement of LIBOR with an alternative rate or benchmark may adversely affect interest rates and result in higher borrowing costs. This could materially and adversely affect our results of operations, cash flows, and liquidity. We cannot predict the effect of the discontinuance of LIBOR or the establishment and use of alternative rates or benchmarks. We may need to amend certain contracts or enter into new ones and cannot predict what alternative rate or benchmark would be negotiated. This may result in an increase to our interest expense.

***Changes in capital markets could adversely affect our business, sales, results of operations, and financial condition.***

Changes in the availability or cost of the financing to support the origination and sale of automotive finance receivables could adversely affect sales and results of operations. Among other programs, we may use securitization programs to fund many automotive finance receivables we originate. Changes in the condition of the securitization market could lead us to incur higher costs to access funds in this market or require us to seek alternative means to finance those originations that could be more expensive, which could have a material adverse effect on our business, sales, and results of operations.

***We may experience greater credit losses or prepayments in any interests we hold in automotive finance receivables than we anticipate.***

Until we sell automotive finance receivables, and to the extent we retain interests in automotive finance receivables after we sell them, whether pursuant to securitization transactions or otherwise, we are exposed to the risk that applicable customers will be unable or unwilling to repay their loans according to their terms and that the vehicle collateral securing the payment of their loans may not be sufficient to ensure full repayment. Credit losses are inherent in the automotive finance receivables business and could have a material adverse effect on our results of operations.

We make various assumptions and judgments about the automotive finance receivables we originate and may provide an allowance for loan losses, value beneficial ownership interests, and estimate prepayment rates based on a number of factors.

39

Although management may establish an allowance for loan losses, value beneficial ownership interests, and estimate prepayment rates based on analysis it believes is appropriate, this may not be adequate. For example, if economic conditions were to deteriorate unexpectedly, additional loan losses not incorporated in the existing allowance or valuation may occur. Losses or prepayments in excess of expectations could have a material adverse effect on our business, results of operations, and financial condition.

*Our securitizations may expose us to financing and other risks, and there can be no assurance that we will be able to access the securitization market in the future, which may require us to seek more costly financing.*

We have securitized, and may in the future securitize, certain of our automotive finance receivables to generate cash. In such transactions, we convey a pool of automotive finance receivables to a special purpose vehicle, typically a trust that, in turn, issues certain securities. The securities issued by the special purpose vehicle are collateralized by the pool of automotive finance receivables. In exchange for the transfer of finance receivables to the special purpose vehicle, we typically receive the cash proceeds from the sale of the securities.

Although we have a demonstrated history of securitizing since 2019, we can give no assurances that we will be able to complete additional securitizations if the securitization markets become constrained. In addition, the value of any securities that we may retain in our securitizations, including securities retained to comply with the Risk Retention Rules (defined below), might be reduced or, in some cases, eliminated as a result of an adverse change in economic conditions or the financial markets. If it is not possible or economical for us to securitize our automobile finance receivables in the future, we would need to seek alternative financing to support our operations and to meet our existing debt obligations, which may be less efficient and more expensive than raising capital via securitizations and may have a material adverse effect on our results of operations, financial condition, and liquidity.

*Risk retention rules may increase our compliance costs, limit our liquidity and otherwise adversely affect our operating results.*

Effective as of December 24, 2016, "risk retention" rules promulgated by U.S. federal regulators under the Dodd-Frank Act (the "Risk Retention Rules") require a "securitizer" or "sponsor" of a securitization transaction to retain, directly or through a "majority-owned affiliate" (each defined in the Risk Retention Rules), in one or more prescribed forms, at least 5% of the credit risk of the securitized assets. For the securitization transactions for which we have acted as "sponsor," we have sought and will likely continue to seek to satisfy the Risk Retention Rules by retaining a "vertical interest" (as defined in the Risk Retention Rules) through either a majority-owned affiliate (MOA) or directly on our balance sheet. In addition, we have and will likely continue to enter into arrangements to finance or monetize a portion of the retained credit risk in one or more prescribed forms under the Risk Retention Rules. In addition to the discussion in this section, see Note 2 — Summary of Significant Accounting Policies and Note 8 — Securitizations and Variable Interest Entities.

We have also participated in other structured finance transactions that we have determined are not securitizations requiring risk retention, and accordingly, we have not sought to comply with any Risk Retention Rules that would be applicable to securitization transactions. The Risk Retention Rules are subject to varying interpretations, and one or more regulatory or governmental authorities could take positions with respect to the Risk Retention Rules that conflict with, or are inconsistent with, the Risk Retention Rules as understood by or interpreted by us, the securitization industry generally, or past or current regulatory or governmental authorities. There can be no assurance that applicable regulatory or governmental authorities will agree with any of our determinations described above, and if such authorities disagree with such determinations, we may be exposed to additional costs and expenses, in addition to potential liability. We have implemented procedures to comply with the Risk Retention Rules (and other related laws and regulations), as currently understood by us. Maintenance and adherence to these procedures may be costly and may adversely affect our operating results.

In addition to the costs generated by our efforts to comply with applicable Risk Retention Rules, which may be significant, compliance with any applicable Risk Retention Rules may require capital, which could potentially have been deployed in other ways that could have generated better value. Holding risk retention interests or loans in contemplation of structured financing increases our exposure to the performance of the loans that underlie or are expected to underlie those transactions. Accordingly, although compliance with applicable Risk Retention Rules would be expected to more closely align our incentives with those of the investors in our loans, it is also expected that poor loan performance may have a heightened adverse effect on the value of our shares. This may exacerbate the negative effects of poor loan performance on the value of our shares.

40

**Risks Related to Ownership of our Class A Common Stock**

*The Garcia Parties control us and their interests may conflict with our or our stockholders' interests in the future.*

The Garcia Parties together hold approximately 88% of the voting power of our outstanding capital stock through their beneficial ownership of our Class A and Class B common stock as of December 31, 2021. The Garcia Parties are entitled to ten votes per share of Class B common stock they beneficially own, for so long as the Garcia Parties maintain, in the aggregate, direct or indirect beneficial ownership of at least 25% of the outstanding shares of Class A common stock (determined on an as-exchanged basis assuming that all of the Class A Units were exchanged for Class A common stock). Our Class A common stock has one vote per share. So long as the Garcia Parties continue to beneficially own a sufficient number of shares of Class B common stock, even if they beneficially own significantly less than 50% of the shares of our outstanding capital stock, the Garcia Parties will continue to be able to effectively control our decisions. For example, if the Garcia Parties hold Class B common stock amounting to 25% of our outstanding capital stock, they would collectively control 74% of the voting power of our capital stock.

As a result, the Garcia Parties have the ability to elect all of the members of our Board and thereby effectively control our policies and operations, including the appointment of management, future issuances of our Class A common stock or other securities, the payment of dividends, if any, on our Class A common stock, the incurrence of debt by us, amendments to our amended and restated certificate of incorporation and amended and restated bylaws, and the entering into of extraordinary transactions. The interests of the Garcia Parties may not in all cases be aligned with our stockholders' interests.

In addition, the Garcia Parties can determine the outcome of all matters requiring stockholder approval, cause or prevent a change of control of our company or a change in the composition of our Board, and preclude any acquisition of our company. This concentration of voting control could deprive our stockholders of an opportunity to receive a premium for their shares of Class A common stock as part of a sale of our company and ultimately might affect the market price of our Class A common stock.

In addition, the Garcia Parties may have an interest in pursuing acquisitions, divestitures, and other transactions that, in their judgment, could enhance their investment, even though such transactions might involve risks. For example, the Garcia Parties could cause us to make acquisitions that increase our indebtedness or cause us to sell revenue-generating assets. The Garcia Parties may from time to time acquire and hold interests in businesses that compete directly or indirectly with us. The Garcia Parties control and own substantially all interest in DriveTime, which could compete more directly with us in the future. Our amended and restated certificate of incorporation provides that none of the Garcia Parties or any director who is not employed by us (including any non-employee director who serves as one of our officers in both his or her director and officer capacities) or his or her affiliates has any duty to refrain from engaging, directly or indirectly, in the same business activities or similar business activities or lines of business in which we operate. The Garcia Parties also may pursue acquisition opportunities that may otherwise be complementary to our business, and, as a result, those acquisition opportunities may not be available to us.

*Our stock may be diluted by future issuances of additional Class A common stock or LLC Units in connection with our incentive plans, acquisitions or otherwise; future sales of such shares in the public market or the expectations that such sales may occur could lower our stock price.*

We may issue additional shares of Class A common stock in several ways:

*By the Board*. Our amended and restated certificate of incorporation authorizes us to issue shares of our Class A common stock and options, rights, warrants and appreciation rights relating to our Class A common stock or the consideration of and on the terms and conditions established by our Board in its sole discretion, whether in connection with acquisitions or otherwise.

*Under the Exchange Agreement*. LLC Unitholders may require Carvana Group to redeem all or a portion of their LLC Units in exchange for, at our election, (1) a cash payment by Carvana Group or (2) newly issued shares of Class A common stock, in each case in accordance with the terms and conditions of the Exchange Agreement. The LLC Agreement authorizes Carvana Group to issue additional LLC Units whether in connection with an acquisition or otherwise. We have entered into a Registration Rights Agreement with certain LLC Unitholders that would require us to register shares issued to them, and we may enter into similar agreements in the future.

*Under the 2017 Omnibus Incentive Plan*. We have reserved 14.0 million shares of Class A common stock for issuance under our 2017 Incentive Plan (as defined in Note 12 — Equity-Based Compensation). As of December 31, 2021 we have granted 3 million restricted stock awards and units and options to purchase 2 million shares of Class A common stock to certain

41

consultants, directors, and employees. After considering the granted and forfeited awards, we have 10 million shares of Class A common stock available for future issuance under our 2017 Incentive Plan as of December 31, 2021.

Any stock that we issue or exchange would dilute the percentage ownership held by the investors who purchase Class A common stock. The market price of shares of our Class A common stock could decline as a result of newly issued or exchanged stock, or the perception that we might issue or exchange stock. A decline in the price of our Class A common stock might impede our ability to raise capital through the issuance of additional shares of Class A common stock or other equity securities.

*Under the Carvana Co. 2021 Employee Stock Purchase Plan.* We have reserved 500,000 shares of Class A common stock for issuance under our ESPP (as defined in Note 12 – Equity-Based Compensation). As of December 31, 2021, we have issued 2,494 shares of Class A common stock to certain employees. We have 497,506 shares of Class A common stock available for future issuance under our ESPP as of December 31, 2021.

### Substantial blocks of our total outstanding shares may be sold into the market. If there are substantial sales of shares of our Class A common stock, the price of our Class A common stock could decline.

The price of our Class A common stock could decline if there are substantial sales of our Class A common stock (including sales of Class A common stock issuable upon exchange of LLC Units), particularly sales by our directors, executive officers, and significant stockholders, or if there is a large number of shares of our Class A common stock available for sale. As of December 31, 2021, we have 90 million shares of our Class A common stock outstanding. All the shares of Class A common stock sold in our IPO and various follow-on offerings are available for sale in the public market. Shares held by directors, executive officers and other affiliates are subject to volume limitations under Rule 144 under the Securities Act of 1933, as amended, or the Securities Act, and various vesting agreements.

Certain of our LLC Unitholders have rights, subject to conditions, to require us to file registration statements covering Class A common stock issuable to them upon exchange of their LLC Units. We would be required to include certain Class A common shares in registration statements that we may file for ourselves or our stockholders, subject to market standoff and lockup agreements. These registration rights would facilitate the resale of such securities into the public market, and any such resale would increase the number of shares of our Class A common stock available for public trading. We also intend to register shares of common stock that we have issued and may issue under our employee equity incentive plans. Once we register these shares, they will be able to be sold freely in the public market upon issuance, subject to existing market standoff or lock-up agreements.

The market price of the shares of our Class A common stock could decline as a result of the sale of a substantial number of our shares of Class A common stock in the public market or the perception in the market that the holders of a large number of such shares intend to sell their shares.

### We do not intend to pay dividends on our Class A common stock for the foreseeable future.

We currently have no intention to pay dividends on our Class A common stock at any time in the foreseeable future. Any decision to declare and pay dividends in the future will be made at the discretion of our Board and will depend on, among other things, our results of operations, financial condition, cash requirements, contractual restrictions, and other factors that our Board may deem relevant. Certain of our debt instruments contain covenants that restrict our ability and the ability of our subsidiaries to pay dividends and in the future we may enter into new instruments with similar covenants. In addition, despite our current indebtedness, we may still be able to incur additional debt in the future, and such indebtedness may restrict or prevent us from paying dividends on our Class A common stock.

### Delaware law and certain provisions in our certificate of incorporation may prevent efforts by our stockholders to change the direction or management of our company.

We are a Delaware corporation, and the anti-takeover provisions of Delaware law impose various impediments to the ability of a third party to acquire control of us, even if a change of control would be beneficial to our existing stockholders. In addition, our certificate of incorporation and our amended and restated by-laws contain provisions that may make the acquisition of our company more difficult without the approval of our Board, including, but not limited to, the following:

- the Garcia Parties are entitled to ten votes for each share of our Class B common stock they hold of record on all matters submitted to a vote of stockholders for so long as the Garcia Parties maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Class A common stock (determined on an as-exchanged basis assuming that all of the Class A Units were exchanged for Class A common stock);

42

- at such time as there are no outstanding shares of Class B common stock, only our Board may call special meetings of our stockholders;

- we have authorized undesignated preferred stock, the terms of which may be established and shares of which may be issued without stockholder approval; and

- we require advance notice and duration of ownership requirements for stockholder proposals.

Our amended and restated certificate of incorporation also contains a provision that provides us with protections similar to Section 203 of the Delaware General Corporation Law (the "DGCL"), and prevents us from engaging in a business combination with a person (excluding the Garcia Parties and their transferees) who acquires at least 15% of our common stock for a period of three years from the date such person acquired such common stock, unless board or stockholder approval is obtained prior to the acquisition. These provisions could discourage, delay, or prevent a transaction involving a change in control of our company. These provisions could also discourage proxy contests and make it more difficult for our stockholders to elect directors of their choosing and cause us to take other corporate actions our stockholders desire, including actions that our stockholders may deem advantageous, or negatively affect the trading price of our Class A common stock. In addition, because our Board is responsible for appointing the members of our management team, these provisions could in turn affect any attempt by our stockholders to replace current members of our management team.

These and other provisions in our certificate of incorporation, bylaws and Delaware law could make it more difficult for stockholders or potential acquirers to obtain control of our Board or to initiate actions that are opposed by our then-current Board, a merger, tender offer or proxy contest involving our company. The existence of these provisions could negatively affect the price of our common stock and limit opportunities for our stockholders to realize value in a corporate transaction.

*With limited exceptions, the Court of Chancery of the State of Delaware is the sole and exclusive forum for certain stockholder litigation matters, which could limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers, employees, or stockholders.*

Pursuant to our certificate of incorporation, unless we consent in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware is the sole and exclusive forum for (1) any derivative action or proceeding brought on our behalf, (2) any action asserting a claim of breach of a fiduciary duty owed by any of our directors, officers, or other employees to us or our stockholders, (3) any action asserting a claim against us arising pursuant to any provision of the DGCL, our certificate or our bylaws or (4) any other action asserting a claim against us that is governed by the internal affairs doctrine. The forum selection clause in our certificate may have the effect of discouraging lawsuits against us or our directors and officers and may limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers, employees, or stockholders.

*We may issue shares of preferred stock in the future, which could make it difficult for another company to acquire us or could otherwise adversely affect holders of our Class A common stock, which could depress the price of our Class A common stock.*

Our certificate of incorporation authorizes us to issue one or more series of preferred stock. Our Board has the authority to determine the preferences, limitations and relative rights of the shares of preferred stock and to fix the number of shares constituting any series and the designation of such series, without any further vote or action by our stockholders. Our preferred stock could be issued with voting, liquidation, dividend and other rights superior to the rights of our Class A common stock. The potential issuance of preferred stock may delay or prevent a change in control of us, discouraging bids for our Class A common stock at a premium to the market price, and materially adversely affect the market price and the voting and other rights of the holders of our Class A common stock.

### Risks Related to the ADESA U.S. Auction Acquisition

*We may be unable to successfully integrate the operations of Carvana and the Acquired Business and we may not realize the anticipated synergies and cost savings from our combination. If the ADESA U.S. Auction Acquisition does not achieve its intended results, our business, financial condition and results of operations could be materially and adversely affected.*

On February 24, 2022, Carvana Group entered into a definitive agreement (the "Purchase Agreement") to acquire the U.S based physical auction business of ADESA, Inc. (the "Acquired Business") from KAR Auction Services, Inc. in a carve-out transaction, for approximately $2.2 billion in cash, subject to customary adjustments (the "ADESA U.S. Auction Acquisition").

43

The acquisition of the Acquired Business by Carvana will involve the integration of two businesses that previously operated independently, and the unique business cultures of the two businesses may prove to be incompatible. The anticipated integration of the Acquired Business into the operations of Carvana will be a significant undertaking and will require significant attention from our management team. It is possible that the integration process could take longer than anticipated and could result in the loss of valuable employees, customer and supplier relationships, the disruption of each party's ongoing businesses, processes, and systems, or inconsistencies in standards, controls, procedures, practices, policies, and compensation arrangements, any of which could adversely affect our ability to achieve the anticipated benefits of the ADESA U.S. Auction Acquisition. Our results of operations could also be adversely affected by any issues attributable to the Acquired Business's operations that arise or are based on events or actions that occur prior to the closing of the ADESA U.S. Auction Acquisition. We may have difficulty addressing possible differences in corporate cultures and management philosophies between the Acquired Business and us. The integration process is subject to a number of uncertainties, and no assurance can be given that the anticipated benefits will be realized or, if realized, the timing of their realization.

Although on a pro forma basis after giving effect to the ADESA U.S. Auction Acquisition, we expect certain synergy benefits following the consummation of the acquisition, actual acquisition synergies and cost savings could differ materially from our current expectations.

These expected synergies and cost savings are based on estimates and assumptions made by us that are inherently uncertain, and are subject to significant business, economic, and competitive uncertainties and contingencies, all of which are difficult to predict and many of which are beyond our control. We cannot assure you that we will achieve the full amount of expected synergies and cost savings on the schedule anticipated, or at all, that the actual expenses required to achieve these synergies and cost savings will not materially exceed our current estimates, or that these synergies and cost savings will not have other adverse effects on our business. Failure to achieve the anticipated benefits of the ADESA U.S. Auction Acquisition could result in increased costs or decreases in the amount of expected revenue and could materially adversely affect our business, financial condition, and results of operations.

***The assumption of unknown liabilities in the ADESA U.S. Auction Acquisition may harm our financial condition and results of operations.***

At the closing of the ADESA U.S. Auction Acquisition, we will assume certain of the Acquired Business's liabilities, including known and unknown contingent liabilities. If there are significant unknown obligations, or if we incur significant losses arising from known contingent liabilities assumed by us upon closing of the acquisition, the combined company's business could be materially and adversely affected. We may learn additional information about the Acquired Business that adversely affects the combined company, such as unknown liabilities, or issues that could affect our ability to comply with applicable laws. As a result, we cannot assure you that the ADESA U.S. Auction Acquisition will be successful or that it will not, in fact, harm our business. Among other things, if the Acquired Business's liabilities are greater than expected, or if there are material obligations of which we are not aware, our business could be materially and adversely affected. If we become responsible for substantial unindemnified or uninsured liabilities, these liabilities may have a material adverse effect on our financial condition and results of operations.

***We do not currently control the Acquired Business and will not control its business or assets until the consummation of its acquisition.***

We do not currently control the Acquired Business and will not control its business or assets until the consummation of the ADESA U.S. Auction Acquisition. While the Purchase Agreement relating to the ADESA U.S. Auction Acquisition imposes certain limitations on how the Acquired Business manages its business prior to the consummation of the ADESA U.S. Auction Acquisition, we cannot assure you that, prior to the consummation of the ADESA U.S. Auction Acquisition, the Acquired Business will be operated in the same way as it would be under our control.

***While the ADESA U.S. Auction Acquisition is pending, we and the Acquired Business will be subject to business uncertainties that could adversely affect our respective businesses.***

Our success following the announcement of the ADESA U.S. Auction Acquisition will depend in part upon the ability of us and the Acquired Business to maintain our respective business relationships. Uncertainty about the effect of the ADESA U.S. Auction Acquisition on customers, suppliers, employees, and other constituencies may have a material adverse effect on us and the Acquired Business. Customers, suppliers, and others who deal with us or the Acquired Business may delay or defer business decisions, decide to terminate, modify or renegotiate their relationships, or take other actions as a result of the ADESA

44

U.S. Auction Acquisition that could negatively affect the revenues, earnings, and cash flows of our company or the Acquired Business. If we are unable to maintain these business and operational relationships, our financial position, results of operations, or cash flows could be materially affected.

***The ADESA U.S. Auction Acquisition may not be completed on a timely basis, or at all, and the failure to complete the ADESA U.S. Auction Acquisition could adversely affect our business and financial results.***

We can provide no assurance that the ADESA U.S. Auction Acquisition will be consummated or consummated on a timely basis. The ADESA U.S. Auction Acquisition is subject to a number of conditions which are not within our control. There can be no assurance as to when, or if, the conditions to closing of the ADESA U.S. Auction Acquisition will be satisfied or waived or that other events will not intervene to delay the ADESA U.S. Auction Acquisition or result in the termination of the Purchase Agreement.

If the ADESA U.S. Auction Acquisition is not completed, our ongoing business and financial results may be adversely affected, and we will be subject to a number of risks, including the following:

- depending on the reasons for the failure to complete the ADESA U.S. Auction Acquisition, we could be liable for monetary or other damages in connection with the termination or breach of the Purchase Agreement;

- we have dedicated significant time and resources, financial and otherwise, in planning for the ADESA U.S. Auction Acquisition and the associated integration, of which we would lose the benefit if the ADESA U.S. Auction Acquisition is not completed;

- while the Purchase Agreement is in force, we are restricted from taking certain actions that would reasonably be expected to prevent, materially delay, or materially impede the consummation of the ADESA U.S. Auction Acquisition, which restrictions may adversely affect our ability to execute certain of our business strategies; and

- matters relating to the ADESA U.S. Auction Acquisition may require substantial commitments of time and resources by our management, whether or not the ADESA U.S. Auction Acquisition is completed, which could otherwise have been devoted to other opportunities that may have been beneficial to us.

In addition, any failure to complete the ADESA U.S. Auction Acquisition could have a negative impact on our business, financial results, as well as on our relationships with our customers, suppliers, and employees.

***Acquisition accounting adjustments could adversely affect our financial results***.

We will account for the completion of the ADESA U.S. Auction Acquisition using the acquisition method of accounting. We will allocate the total estimated purchase price to net tangible assets, amortizable intangible assets, and indefinite-lived intangible assets and assumed liabilities, including deferred revenue, and based on their fair values as of the date of completion of the ADESA U.S. Auction Acquisition record the excess, if any, of the purchase price over those fair values as goodwill. Differences between preliminary estimates and the final acquisition accounting may occur, and these differences could have a material impact on the consolidated and combined financial statements and the combined company's future results of operations and financial position.

**General Risk Factors**

***The obligations associated with being a public company require significant resources and management attention, and we have and will continue to incur increased costs as a result of being a public company.***

As a public company, we face increased legal, accounting, administrative, and other costs and expenses. We have incurred and expect to continue to incur significant costs related to operating as a public company. We are subject to the Securities Act of 1933, the Securities Exchange Act of 1934, the rules and regulations implemented by the SEC, the Sarbanes-Oxley Act, the Dodd-Frank Act, the Public Company Accounting Oversight Board, and the listing requirements of the NYSE, each of which imposes additional reporting and other obligations on public companies.

These rules and regulations and changes in laws, regulations and standards relating to corporate governance and public disclosure, which have created uncertainty for public companies, have and will continue to increase our legal and financial compliance costs and make some activities more time consuming and costly. These laws, regulations and standards are subject

45

to varying interpretations, in many cases due to their lack of specificity, and, as a result, their application in practice may evolve over time as new guidance is provided by regulatory and governing bodies. This could result in continuing uncertainty regarding compliance matters and higher costs necessitated by ongoing revisions to disclosure and governance practices. Our investment in compliance with existing and evolving regulatory requirements has and will continue to result in increased administrative expenses and a diversion of management's time and attention from revenue-generating activities to compliance activities, which could have a material adverse effect on our business, financial condition, and results of operations.

***Our results of operations and financial condition are subject to management's accounting judgments, estimates, and changes in accounting policies.***

The preparation of our financial statements requires us to make estimates and assumptions affecting the reported amounts of our assets, liabilities, revenues, and expenses. If these estimates or assumptions are incorrect, it could have a material adverse effect on our results of operations or financial condition. We have identified several accounting policies as being "critical" to the fair presentation of our financial condition and results of operations because they involve major aspects of our business and require us to make judgments about matters that are inherently uncertain. These policies are described in "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the notes to consolidated financial statements included in this Annual Report on Form 10-K.

The implementation of new accounting requirements or other changes to U.S. generally accepted accounting principles could have a material adverse effect on our reported results of operations and financial condition.

***Unanticipated changes in effective tax rates or adverse outcomes resulting from examination of our income or other tax returns could adversely affect our operating results and financial condition.***

We are subject to income taxes in the United States, and our tax liabilities will be subject to the allocation of expenses in differing jurisdictions. Our future effective tax rates could be subject to volatility or adversely affected by a number of factors, including:

- changes in the valuation of our deferred tax assets and liabilities;
- expected timing and amount of the release of any tax valuation allowances;
- expiration of or detrimental changes in research and development tax credit laws; or
- changes in tax laws, regulations, or interpretations thereof.

In addition, we may be subject to audits of our income, sales and other transaction taxes by U.S. federal and state authorities. Outcomes from these audits could have an adverse effect on our operating results and financial condition.

***Our Class A common stock price may be volatile or may decline regardless of our operating performance.***

Volatility in the market price of our Class A common stock may prevent our stockholders from being able to sell their shares at or above the price they paid for them. Many factors may cause the market price of our Class A common stock to fluctuate significantly, including those described elsewhere in this "Risk Factors" section and this Annual Report on Form 10-K, as well as the following:

- pandemics, including COVID-19, and other crises or disasters;
- our operating and financial performance and prospects;
- our quarterly or annual earnings or those of other companies in our industry compared to market;
- future announcements or press coverage concerning our business or our competitors' businesses;
- the public's reaction to our press releases, other public announcements, and filings with the SEC;
- the size of our public float;
- coverage by or changes in financial estimates by securities analysts or failure to meet their expectations;
- market and industry perception of our success, or lack thereof, in pursuing our growth strategy;
- strategic actions by us or our competitors, such as acquisitions or restructurings;
- changes in laws or regulations which adversely affect our industry or us;
- changes in accounting standards, policies, guidance, interpretations, or principles;

46

- changes in senior management or key personnel;

- issuances, exchanges or sales, or expected issuances, exchanges, or sales of our capital stock;

- adverse resolution of new or pending litigation against us; and

- changes in general market, economic, and political conditions in the United States and global economies or financial markets, including those resulting from natural disasters, terrorist attacks, acts of war, and responses to such events.

As a result, volatility in the market price of our Class A common stock may prevent investors from being able to sell their Class A common stock at or above their purchase price or at all. These broad market and industry factors may materially reduce the market price of our Class A common stock, regardless of our operating performance. In addition, price volatility may be greater if the public float and trading volume of our Class A common stock is low.

***We are subject to SEC rules and regulations regarding our internal control over financial reporting. If we fail to remediate material weaknesses in our internal control over financial reporting or otherwise establish and maintain effective internal control over financial reporting and disclosure controls and procedures, we may not be able to accurately report our financial results, or report them in a timely manner.***

As a public reporting company, we are subject to the rules and regulations established from time to time by the SEC and the NYSE. These rules and regulations require that, among other things, we establish and periodically evaluate procedures with respect to our internal control over financial reporting. Reporting obligations as a public company place a considerable strain on our financial and management systems, processes and controls, as well as on our personnel. Our management team, including our chief executive officer and chief financial officer, has limited experience managing a publicly traded company, and limited experience complying with the increasingly complex and changing laws pertaining to public companies.

In addition, as a public company we are required to document and test our internal control over financial reporting pursuant to Section 404 of the Sarbanes–Oxley Act so that our independent registered public accounting firm can attest in this Annual Report on Form 10-K as to the effectiveness of our internal control over financial reporting, and in future annual reports. Under this law, we have been required and will continue to be required to document and make significant changes to our internal control over financial reporting.

If our senior management is unable to conclude that we have effective internal control over financial reporting or to certify the effectiveness of such controls; if our independent registered public accounting firm cannot render an unqualified opinion on management's assessment and the effectiveness of our internal control over financial reporting; or if material weaknesses in our internal control over financial reporting is identified, we could be subject to regulatory scrutiny, a loss of public and investor confidence, and to litigation from investors and stockholders, which could have a material adverse effect on our business and our stock price. In addition, if we do not maintain adequate financial and management personnel, processes and controls, we may not be able to manage our business effectively or accurately report our financial performance on a timely basis, which could cause a decline in our common stock price and adversely affect our results of operations and financial condition.

***Negative research about our business published by analysts or journalists could cause our stock price to decline. A lack of regularly published research about our business could cause trading volume or our stock price to decline.***

The trading market for our Class A common stock depends in part on the research and reports that analysts and journalists publish about us or our business. If analysts or journalists publish inaccurate or unfavorable research about our business, our stock price would likely decline. If we fail to meet the expectations of analysts for our operating results, or if the analysts who covers us downgrade our stock, our stock price would likely decline. If one or more of these analysts ceases coverage of us or fails to publish reports on us regularly, demand for our stock could decrease, which could cause our stock price and trading volume to decline.

***Short sellers of our stock may be manipulative and may drive down the market price of our common stock.***

Short selling is the practice of selling securities that the seller does not own but rather has borrowed or intends to borrow from a third party with the intention of buying identical securities at a later date to return to the lender. A short seller hopes to profit from a decline in the value of the securities, as the short seller expects to pay less in the covering purchase than it received in the sale. It is therefore in the short seller's interest for the price of the stock to decline, and some short sellers publish, or arrange for the publication of, opinions or characterizations regarding the relevant issuer, often involving deliberate misrepresentations of the issuer's business prospects and similar matters calculated to create negative market momentum.

47

As a public entity in a highly digital world, we have been and in the future may be the subject of concerted efforts by profiteering short sellers to spread misinformation and misrepresentations in order to gain an illegal market advantage. In the past, the publication of intentional misinformation concerning Carvana by a disclosed short seller could be associated with the selling of shares of our common stock in the market on a large scale, resulting in a precipitous decline in the market price per share of our common stock. In addition, the publication of intentional misinformation may also result in lawsuits, the uncertainty and expense of which could adversely impact our business, financial condition, and reputation.

While utilizing all available tools to defend ourselves and our assets against these short seller efforts, there is limited regulatory control, making such efforts an ongoing concern for any public company. While we move forward in our business development strategies in good faith, there are no assurances that we will not face more of these short sellers' efforts or similar tactics by bad actors in the future, and the market price of our common stock may decline as a result of their actions or the action of other short sellers.

48

**ITEM 1B. UNRESOLVED STAFF COMMENTS.**

None.

**ITEM 2. PROPERTIES.**

*Corporate Headquarters*. We lease approximately 1.4 million square feet of office space for our corporate headquarters at various locations in Tempe, Arizona, and Atlanta, Georgia.

*Other Facilities*. We recondition, photograph, and store inventory at our IRCs. Excluding unopened properties, we have IRCs in Winder, GA; Delanco, NJ; Blue Mound, TX; Tolleson, AZ; Greenfield, IN; Euclid, OH; Nashville, TN; Concord, NC; Heath, OH; Haines City, FL; West Memphis, AR; each of which is leased under either an operating lease or sale and leaseback transaction, and Bessemer, AL; Elyria, OH; and Tooele, UT, which are owned.

We use vending machines and hubs to deliver cars to customers. These locations are generally leased through an operating lease or a sale leaseback agreement accounted for as a finance transaction.

### List of states with at least one hub or vending machine (excludes properties under construction)

| | | | |
|---|---|---|---|
| Alabama | Indiana | Missouri | Pennsylvania |
| Arizona | Iowa | Nebraska | Rhode Island |
| Arkansas | Kansas | Nevada | South Carolina |
| California | Kentucky | New Hampshire | Tennessee |
| Colorado | Louisiana | New Jersey | Texas |
| Connecticut | Maine | New Mexico | Utah |
| Delaware | Maryland | New York | Virginia |
| Florida | Massachusetts | North Carolina | Washington |
| Georgia | Michigan | Ohio | West Virginia |
| Idaho | Minnesota | Oklahoma | Wisconsin |
| Illinois | Mississippi | Oregon | |

**ITEM 3. LEGAL PROCEEDINGS.**

From time to time, we are involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, we do not believe that the ultimate resolution of these actions will have a material adverse effect on our financial position, results of operations, liquidity, or capital resources.

Future litigation may be necessary to defend ourselves and our partners by determining the scope, enforceability, and validity of third-party proprietary rights or to establish our proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on us because of defense and settlement costs, diversion of management resources, and other factors.

**ITEM 4. MINE SAFETY DISCLOSURES.**

Not applicable.

49

**PART II**

**ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES.**

**Market Information**

On April 28, 2017, our Class A common stock began trading on the New York Stock Exchange ("NYSE") under the ticker symbol "CVNA." Prior to that time, there was no public market for our Class A common stock.

Our Class B common stock is not listed nor traded on any stock exchange.

**Holders of Record**

We are authorized to issue up to 500 million shares of Class A common stock, up to 125 million shares of Class B common stock and up to 50 million shares of preferred stock. As of February 18, 2022, there were 3 shareholders of record of our Class A common stock. The number of record holders does not include persons who held shares of our Class A common stock in "street name" accounts through brokers, banks, and other financial institutions. As of February 18, 2022, there were 8 shareholders of record of our Class B common stock.

**Dividend Policy**

We have not declared or paid any cash dividends on our Class A common stock during the fiscal year and do not currently anticipate paying cash dividends in the foreseeable future. Holders of our Class B common stock are not entitled to receive dividends.

**Stock Performance Graph**

The following graph compares the total shareholder return from April 28, 2017, the date on which our Class A common shares commenced trading on the NYSE, through December 31, 2021 of (i) our Class A common stock, (ii) the Standard and Poor's 500 Stock Index ("S&P 500") and (iii) the Standard and Poor's 500 Retailing Index ("S&P 500

50

Retailing Index"), assuming an initial investment of $100 on April 28, 2017 including reinvestment of dividends where applicable. The results presented below are not necessarily indicative of future performance.



**Comparison of CVNA Cumulative Total Return Since IPO**

### Recent Sales of Unregistered Securities

There were no unregistered sales of equity during the year ended December 31, 2021, except as otherwise previously reported.

During the year ended December 31, 2021, pursuant to the terms of the Exchange Agreement entered into in connection with our IPO, certain LLC Unitholders exchanged 16 million LLC Units and 13 million shares of Class B common stock for 13 million shares of Class A common stock. Such shares were issued in reliance on an exemption from registration pursuant to Section 4(a)(2) of the Securities Act of 1933.

**ITEM 6. [RESERVED]**

52

**ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

The following discussion should be read in conjunction with Part I, including matters set forth in the "Risk Factors" section of this Annual Report on Form 10-K, and our financial statements and notes thereto included in Part II, Item 8 of this Form 10-K. Except when stated otherwise, we present the discussion in Management's Discussion and Analysis of Financial Condition and Results of Operations on a consolidated basis.

### Overview

Carvana is the leading e-commerce platform for buying and selling used cars. We are transforming the used car buying and selling experience by giving consumers what they want - a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Each element of our business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

See Part I, Item 1 - "Business" for a detailed description and discussion of the Company's business.

### COVID-19 Update

In March 2020, the World Health Organization declared the COVID-19 outbreak to be a global pandemic, and a number of state and local government authorities issued shelter in place and stay at home orders which negatively impacted our operations and the demand for used vehicles during the first half of 2020. During the second half of 2020 and continuing through December 2021, we have seen a recovery in general market conditions as demand for used vehicles has increased across our network, resulting in a 74.2% increase in used vehicle unit sales during the year ended December 31, 2021 compared to the year ended December 31, 2020. We have experienced and may continue to experience ongoing effects from COVID-19 such as production or other operational constraints that may negatively impact our operations and costs. However, we believe we have been relatively successful in navigating the impact of COVID-19 on our business to date and believe our business model positions us well to scale up and down to meet expected customer demand during and after the COVID-19 pandemic.

There are ongoing related risks to our business that depend on future developments related to the continuously evolving COVID-19 pandemic. Please see the "Results of Operations" section of this Item below and certain risk factors described in Part I, Item 1A, Risk Factors in this Annual Report on Form 10-K, particularly the first risk factor included there, for more detailed descriptions of the impacts and risks to our business. We continue to evaluate the nature and extent of the impact to our business and our results of operations and financial condition as conditions evolve as a result of the COVID-19 pandemic.

### Used Vehicle Unit Sales

Since launching to customers in Atlanta, Georgia in January 2013, we have experienced rapid growth in sales through our website www.carvana.com. During the year ended December 31, 2021, the number of vehicles we sold to retail customers grew by 74.2% to 425,237, compared to 244,111 in the year ended December 31, 2020. During the year ended December 31, 2020, our retail units sold grew by 37.5% to 244,111, compared to 177,549 in the year ended December 31, 2019. Our used vehicle sales in the year ended December 31, 2020 were negatively impacted at the onset of COVID-19 in the United States but have rebounded since then. We expect our used vehicle sales to grow in future periods with increased penetration in our current markets and expansion into new markets.

We view the number of vehicles we sell to retail customers as the most important measure of our growth, and we expect to continue to focus on building a scalable platform to increase our retail units sold. This focus on retail units sold is motivated by several factors:

- Retail units sold enable multiple revenue streams, including the sale of the vehicle itself, the sale of automotive finance receivables originated to finance the vehicle, the sale of VSCs, the sale of GAP waiver coverage, and the sale of vehicles acquired from customers.

- Retail units sold are the primary driver of customer referrals and repeat sales. Each time we sell a vehicle to a new customer, that customer may refer future customers and can become a repeat buyer in the future.

- Retail units sold are an important driver of the average number of days between when we acquire the vehicle and when we sell it. Reducing average days to sale impacts gross profit on our vehicles because used vehicles depreciate over time.

- Retail units sold allow us to benefit from economies of scale due to our centralized online sales model. We believe our model provides meaningful operating leverage in acquisition, reconditioning, transport, customer service, and delivery.

We plan to invest in technology and infrastructure to support growth in retail units sold. This includes continued investment in our vehicle acquisition, reconditioning and logistics network, as well as continued investment in product development and engineering to deliver customers a best-in-class experience.

### Markets and Population Coverage

Our growth in retail units sold is driven by increased penetration in our existing markets and expansion into new markets. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers with a Carvana employee in a branded delivery truck. Opening a new market involves hiring a team of customer advocates, connecting the market to our existing logistics network and initiating local advertising. As a market scales, we may elect to build a vending machine in the market to further increase customer awareness and enhance our fulfillment operations.

Our expansion model has enabled us to increase the number of markets we operate in each year, resulting in an increase in the total percentage of the U.S. population that we serve in each of the past nine years. Our market openings during 2021 increased the total percentage of the U.S. population served to 81.0% in 311 markets as of December 31, 2021 from 73.7% in 266 markets as of December 31, 2020. Over time, we have continually improved our market expansion playbook, which we believe provides us with the capability to efficiently execute our growth plan. We continually evaluate consumer demand and our operational capacity to determine our market opening and vending machine launch strategy.

When we open a market, we commence advertising using a blend of brand and direct advertising channels. Our advertising spend in each market is approximately proportionate to each market's population, subject to adjustments based on specific characteristics of the market, used vehicle market seasonality, and special events such as vending machine openings. This historically has led to increased market penetration over time following the market opening. We also advertise on national television to increase brand awareness.

### Revenue and Gross Profit

Our increased penetration in existing markets and expansion into new markets has led to growth in retail unit sales. We generate revenue on retail units sold from four primary sources: the sale of the vehicles, gains on the sales of loans originated to finance the vehicles, wholesale sales of vehicles we acquire from customers, and sales of ancillary products such as VSCs and GAP waiver coverage.

Our largest source of revenue, used vehicle sales, totaled $9.9 billion, $4.7 billion, and $3.4 billion during the years ended December 31, 2021, 2020, and 2019, respectively. As we increase penetration in existing markets and expand to new ones, we expect used vehicle sales to increase along with retail units sold. We generate gross profit on used vehicle sales from the difference between the retail selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Wholesale sales, which includes sales of trade-ins and other vehicles acquired from customers that do not meet the requirements for our retail inventory, totaled $1.9 billion, $445 million, and $267 million during the years ended December 31, 2021, 2020, and 2019, respectively. We expect wholesale sales to increase with retail units sold through trade-ins and as we expand our program of acquiring vehicles from customers who wish to sell us a car independent of a retail sale. We generate gross profit on wholesale vehicle sales from the difference between the wholesale selling price of the vehicle and our cost of sales associated with acquiring the vehicle and preparing it for sale.

Other sales and revenues, which primarily includes gains on the sales of automotive finance receivables we originate, sales commission on VSCs and sales of GAP waiver coverage totaled $1.0 billion, $401 million, and $252 million during the years ended December 31, 2021, 2020, and 2019, respectively. We expect other sales and revenues to increase with retail units sold. We also expect other sales and revenues to increase as we improve our ability to monetize loans we originate, including through securitization transactions, and sell and offer attractive financing solutions and ancillary products to our customers, including

54

products customarily sold by automotive retailers or insurance products customarily sold by traditional insurance companies. Other sales and revenues are 100% gross margin products for which gross profit equals revenue.

During our growth phase, our highest priority, outside of safety, will continue to be providing exceptional customer experiences, increasing our brand awareness and building an infrastructure to support growth in retail units sold. Secondarily, we plan to pursue several strategies designed to increase our total gross profit per unit. These strategies include the following:

- *Increase the purchase of vehicles from customers.* We plan to grow the number of vehicles that we purchase from our customers either as trade-ins or independent of a retail sale. This in turn will grow our wholesale business, provide additional vehicles for our retail business, which are more profitable compared to the same vehicle acquired at auction, and expand our inventory selection.

- *Reduce average days to sale.* Our goal is generally to increase both our population coverage and our sales at a faster rate than we increase our inventory size, which we believe would decrease average days to sale due to a relative increase in demand versus supply. Reductions in average days to sale lead to fewer vehicle price reductions, and therefore higher average selling prices, all other factors being equal. Higher average selling prices in turn lead to higher gross profit per unit sold, all other factors being equal.

- *Leverage existing IRC infrastructure.* As we scale, we intend to more fully utilize the capacity in our fourteen existing IRCs, which collectively have capacity to inspect and recondition approximately 800,000 vehicles per year at full utilization.

- *Increase utilization of our logistics network.* As we scale, we intend to more fully utilize our in-house logistics network to transport cars to our IRCs after acquisition from customers or wholesale auctions.

- *Increase conversion of existing products.* We plan to continue to improve our website to highlight the benefits of our complementary product offerings, including financing, VSCs, GAP waiver coverage, and trade-ins.

- *Add new products and services.* We plan to utilize our online sales platform to offer additional complementary products and services to our customers.

- *Increase monetization of our finance receivables.* We plan to continue selling finance receivables in securitization transactions and otherwise expand our base of financial partners who purchase the finance receivables originated on our platform to reduce our effective cost of funds.

- *Optimize purchasing and pricing.* We are constantly improving the ways in which we predict customer demand, value vehicles sight unseen and optimize what we pay to acquire those vehicles. We also regularly test different pricing of our products, including vehicle sticker prices, trade-in and independent vehicle offers, and ancillary product prices, and we believe we can improve by further optimizing prices over time.

**Seasonality**

Used vehicle sales generally exhibit seasonality with sales peaking late in the first calendar quarter and diminishing through the rest of the year, with the lowest relative level of vehicle sales expected to occur in the fourth calendar quarter. Due to our rapid growth, our overall sales patterns to date have not reflected the general seasonality of the used vehicle industry, but we expect this to change once our business and markets mature. Used vehicle prices also exhibit seasonality, with used vehicles depreciating at a faster rate in the last two quarters of each year and a slower rate in the first two quarters of each year, all other factors being equal. We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business. COVID-19 impacted used vehicle sales in the first and second quarters of 2020 and stimulus payments and labor impacts associated with the different waves of COVID-19 have had impacts on seasonality, and may continue to do so in ways that are uncertain. See COVID-19 Update in this Item. See Item 1A "Risk

55

Factors - Risks Related to Our Business - We expect to experience seasonal and other fluctuations in our quarterly operating results, which may not fully reflect the underlying performance of our business."

## Investment in Growth

We have aggressively invested in the growth of our business and we expect this investment to continue during normal conditions. We anticipate that our operating expenses will increase substantially as we continue to expand our logistics network, increase our advertising spending, and serve more of the U.S. population. There is no guarantee that we will be able to realize the desired return on our investments.

## Relationship with Related Parties

For discussion about our relationships with related parties, refer to Note 6 — Related Party Transactions of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K and our Proxy Statement for our 2021 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021.

## Key Operating Metrics

We regularly review a number of metrics, including the following key metrics, to evaluate our business, measure our progress and make strategic decisions. Our key operating metrics reflect the key drivers of our growth, including increasing brand awareness, enhancing the selection of vehicles we make available to our customers, and serving more of the U.S. population. Our key operating metrics also demonstrate our ability to translate these drivers into retail sales and to monetize these retail sales through a variety of product offerings.

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| Retail units sold | 425,237 | 244,111 | 177,549 |
| Population coverage | 81.0 % | 73.7 % | 66.9 % |
| Average monthly unique visitors (in thousands) | 17,854 | 8,535 | 5,123 |
| Number of IRCs | 14 | 11 | 7 |
| Total website units | 71,062 | 31,234 | 25,977 |
| Total gross profit per unit [1] | $ 4,537 | $ 3,252 | $ 2,852 |

(1) Includes $0, $2, and $31, respectively, related to the 100k Milestone Gift.

### Retail Units Sold

We define retail units sold as the number of vehicles sold to customers in a given period, net of returns under our seven-day return policy. We view retail units sold as a key measure of our growth for several reasons. First, retail units sold is the primary driver of our revenues and, indirectly, gross profit, since retail unit sales enable multiple complementary revenue streams, including financing, VSCs, GAP waiver coverage, and trade-ins. Second, growth in retail units sold increases the base of available customers for referrals and repeat sales. Third, growth in retail units sold is an indicator of our ability to successfully scale our logistics, fulfillment, and customer service operations.

### Population Coverage

We previously reported number of markets as a key operating metric. As we have continued to grow, the population covered by these markets is increasingly a more important driver of our growth than the number of markets we serve. We define a market as a metropolitan area in which we have commenced local advertising and offer free home delivery to customers, which is typically conducted by a Carvana employee in a branded delivery truck. We define population coverage as the metropolitan statistical area population in the markets we serve at the end of the period divided by the total population in the U.S., based on 2015 data from the U.S. Census Bureau. We view the growth in population we serve as a key driver of our

56

growth. As we increase our population coverage, the number of consumers who have access to our fully integrated customer experience increases, which in turn helps increase the number of vehicles we sell.

### Average Monthly Unique Visitors

We define a monthly unique visitor as an individual who has visited our website within a calendar month, based on data provided by Google Analytics. We calculate average monthly unique visitors as the sum of monthly unique visitors in a given period, divided by the number of months in that period. We view average monthly unique visitors as a key indicator of the strength of our brand, the effectiveness of our advertising and merchandising campaigns, and consumer awareness of our brand.

### Number of IRCs

Number of IRCs is a new key operating metric. An IRC is an industrial site where we inspect, recondition, photograph, and store vehicles for sale on our website. As we continue to grow, our number of IRCs is a more important metric than average days to sale due to the impact of IRC capacity on retail units sold and the relative stability of average days to sale in recent years. We define the number of IRCs as the number of owned or leased IRCs in which Carvana employees perform our 150-point inspection and recondition vehicles to "Carvana Certified" standards before sale to customers. As we scale, we intend to more fully utilize the capacity in our existing 14 IRCs, which, as of December 31, 2021, collectively have capacity to inspect and recondition approximately 800,000 vehicles per year at full utilization. As we increase our number of IRCs, we increase this capacity to inspect and recondition vehicles, which in turn increases the number of vehicles we can sell.

### Total Website Units

We define total website units as the number of vehicles listed on our website on the last day of a given reporting period, including vehicles available for sale, vehicles currently engaged in a purchase or reserved by a customer, and vehicles that can be reserved that generally have not yet completed the inspection and reconditioning process. We view total website units as a key measure of our growth. Growth in total website units increases the selection of vehicles available to consumers, which we believe will allow us to increase the number of vehicles we sell. Moreover, growth in total website units indicates our ability to scale our vehicle purchasing, inspection and reconditioning operations. As part of our inventory strategy, over time we may choose not to expand total website units while continuing to grow sales, thereby improving other key operating metrics of the business.

### Total Gross Profit per Unit

We define total gross profit per unit as the aggregate gross profit in a given period, divided by retail units sold in that period including gross profit generated from the sale of the used vehicle, gains on the sales of loans originated to finance the vehicle, commissions on sales of VSCs, revenue from GAP waiver coverage, and gross profit generated from wholesale sales of vehicles.

## Components of Results of Operations

### Used Vehicle Sales

Used vehicle sales represent the aggregate sales of used vehicles to customers through our website. Revenue from used vehicles sales is recognized upon delivery to the customer or pick up of the vehicle by the customer, and is reported net of a reserve for expected returns. Factors affecting used vehicle sales revenue include the number of retail units sold and the average selling price of these vehicles. Changes in retail units sold are a much larger driver of changes in revenue than are changes in average selling price.

The number of used vehicles we sell depends on the volume of traffic to our website, our population coverage, our inventory selection, the effectiveness of our branding and marketing efforts, the quality of our customer's purchase experience, our volume of referrals and repeat customers, the competitiveness of our pricing, competition from other used car dealerships and general economic conditions. Absent the impact of COVID-19, on a quarterly basis, the number of used vehicles we sell is also affected by seasonality, with demand for used vehicles reaching a seasonal high point late in the first quarter of each year, commensurate with the timing of tax refunds, and diminishing through the rest of the year, with the lowest relative level of used vehicle sales expected to occur in the fourth calendar quarter. The impact of COVID-19 and related stimulus payments and labor impacts on seasonality is uncertain.

57

Our retail average selling price depends on the mix of vehicles we acquire, retail prices in our markets, our average days to sale and our pricing strategy. We may choose to shift our inventory mix to higher or lower cost vehicles, or to raise or lower our prices relative to market to take advantage of supply or demand imbalances, which could temporarily lead to average selling prices increasing or decreasing. We also generally expect lower average days to sale to be associated with higher retail average selling prices due to decreased vehicle depreciation prior to sale, all other factors being equal.

### *Wholesale Vehicle Sales*

Wholesale vehicle sales is equal to the aggregate proceeds we receive on vehicles sold to wholesalers. The vehicles we sell to wholesalers are primarily acquired from customers who sell a vehicle to us without purchasing a retail vehicle and from our customers who trade-in their existing vehicles when making a purchase from us. Factors affecting wholesale vehicle sales include the number of wholesale units sold and the average wholesale selling price of these vehicles. The average selling price of our wholesale units is primarily driven by the mix of vehicles we sell to wholesalers, as well as general supply and demand conditions in the applicable wholesale vehicle market, both of which have been impacted by COVID-19. Beginning in 2020, wholesale vehicle sales includes aggregate proceeds we receive on vehicles sold to DriveTime through competitive online auctions that are managed by an unrelated third party.

### *Other Sales and Revenues*

We generate other sales and revenues primarily through the sales of loans we originate and sell in securitization transactions or to financing partners, reported net of a reserve for expected repurchases, commissions we receive on VSCs and sales of GAP waiver coverage. In 2016, we entered into a master dealer agreement with DriveTime, pursuant to which we receive a commission for selling VSCs that DriveTime administers. The commission revenues we recognize on VSCs depends on the number of retail units we sell, the conversion rate of VSCs on these sales, commission rates we receive, VSC early cancellation frequency and product features. The GAP waiver coverage revenue we recognize depends on the number of retail units we sell, the number of customers that choose to finance their purchases with us, the frequency of GAP waiver coverage early cancellation, and the conversion rate of GAP waiver coverage on those sales.

We generally seek to sell the loans we originate to securitization trusts we sponsor and establish or to financing partners. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that we sell to the securitization trusts. We also sell the loans we originate under committed forward-flow arrangements, including a master purchase and sale agreement and master transfer agreements, and through fixed pool loan sales, with financing partners who generally acquire them at premium prices without recourse to us for their post-sale performance. Factors affecting revenue from these sales include the number of loans we originate, the average principal balance of the loans, the credit quality of the portfolio, and the price at which we are able to sell them in securitization transactions or to financing partners.

The number of loans we originate is driven by the number of used vehicles sold and the percentage of our sales for which we provide financing, which is influenced by the financing terms we offer our customers relative to alternatives available to the customer. The average principal balance is driven primarily by the mix of vehicles we sell, since higher average selling prices typically mean higher average balances. The price at which we sell the loan is driven by the terms of our securitization transactions and forward-flow arrangement, applicable interest rates, and whether or not the loan includes GAP waiver coverage.

### *Cost of Sales*

Cost of sales includes the cost to acquire, recondition, and transport vehicles associated with preparing them for resale. Vehicle acquisition costs are driven by the mix of vehicles we acquire, the source of those vehicles, and supply-and-demand dynamics in the wholesale vehicle market. Reconditioning costs consist of direct costs, including parts, labor, and third-party repair expenses directly attributable to specific vehicles, as well as indirect costs, such as IRC overhead. Transportation costs consist of costs incurred to transport the vehicles from the point of acquisition to the IRC. Cost of sales also includes any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value.

*Used Vehicle Gross Profit*

Used vehicle gross profit is the vehicle sales price minus our costs of sales associated with vehicles that we list and sell on our website. Used vehicle gross profit per unit is our aggregate used vehicle gross profit in any measurement period divided by the number of retail units sold in that period.

*Wholesale Vehicle Gross Profit*

Wholesale vehicle gross profit is the vehicle sales price minus our cost of sales associated with vehicles we sell to wholesalers. Factors affecting wholesale gross profit include the number of wholesale units sold, the average wholesale selling price of these vehicles, and the average acquisition price associated with these vehicles.

*Other Gross Profit*

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in gross profit and the associated drivers are identical to changes in revenues from these products and the associated drivers.

*Selling, General and Administrative Expenses*

Selling, general and administrative ("SG&A") expenses include expenses associated with advertising and providing customer service to customers, operating our vending machines and hubs, operating our logistics and fulfillment network and other corporate overhead expenses, including expenses associated with information technology, product development, engineering, legal, accounting, finance, and business development. We anticipate that these expenses will increase as we grow. SG&A expenses exclude the costs of inspecting and reconditioning vehicles and transporting vehicles from the point of acquisition to the IRC, which are included in cost of sales, and payroll costs for our employees related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.

*Interest Expense*

Interest expense includes interest incurred on our Senior Notes, including amounts previously due to Verde, our Floor Plan Facility, and our Finance Receivable Facilities (each as defined in Note 9 — Debt Instruments of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K), as well as our notes payable, finance leases, and long-term debt, which are used to fund general working capital, our inventory, our transportation fleet, and certain of our property and equipment. Interest expense excludes interest incurred during various construction projects to build, upgrade, or remodel certain facilities, which is capitalized to property and equipment and depreciated over the estimated lives of the related assets.

*Other Expense (Income)*

Other expense (income), net includes changes in fair value on our beneficial interests in securitizations, purchase price adjustment receivables, and fair value adjustments related to our warrants to acquire Root Class A common stock as discussed in Note 17 — Fair Value of Financial Instruments of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K, along with other general expenses such as gains or losses from disposals of long-lived assets.

*Income Tax Provision*

Income taxes are recognized based upon our anticipated underlying annual blended federal and state income tax rates adjusted, as necessary, for any discrete tax matters occurring during the period. As the sole managing member of Carvana Group, LLC ("Carvana Group"), Carvana Co. consolidates the financial results of Carvana Group. Carvana Group is treated as a partnership and therefore not subject to U.S. federal and most applicable state and local income tax purposes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co. As of December 31, 2021, the Company's income tax expense is related to certain subsidiaries.

**Results of Operations**

| | | 2021 | | 2020 | Change | | 2019 | Change |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Years Ended December 31,** | | | |
| | | | | | **(dollars in millions, except per unit amounts)** | | | |
| **Net sales and operating revenues:** | | | | | | | | |
| Used vehicle sales, net | $ | 9,851 | $ | 4,741 | 107.8 % | $ | 3,421 | 38.6 % |
| Wholesale vehicle sales [(1)] | | 1,920 | | 445 | 331.5 % | | 267 | 66.7 % |
| Other sales and revenues [(2)] | | 1,043 | | 401 | 160.1 % | | 252 | 59.1 % |
| Total net sales and operating revenues | $ | 12,814 | $ | 5,587 | 129.4 % | $ | 3,940 | 41.8 % |
| **Gross profit:** | | | | | | | | |
| Used vehicle gross profit | $ | 697 | $ | 359 | 94.2 % | $ | 238 | 50.8 % |
| Wholesale vehicle gross profit [(1)] | | 189 | | 34 | 455.9 % | | 17 | 100.0 % |
| Other gross profit [(2)] | | 1,043 | | 401 | 160.1 % | | 252 | 59.1 % |
| Total gross profit | $ | 1,929 | $ | 794 | 142.9 % | $ | 507 | 56.6 % |
| **Unit sales information:** | | | | | | | | |
| Used vehicle unit sales | | 425,237 | | 244,111 | 74.2 % | | 177,549 | 37.5 % |
| Wholesale vehicle unit sales | | 170,056 | | 55,204 | 208.1 % | | 39,895 | 38.4 % |
| **Per unit selling prices:** | | | | | | | | |
| Used vehicles | $ | 23,167 | $ | 19,420 | 19.3 % | $ | 19,266 | 0.8 % |
| Wholesale vehicles | $ | 11,287 | $ | 8,065 | 40.0 % | $ | 6,707 | 20.2 % |
| **Per unit gross profit:** | | | | | | | | |
| Used vehicle gross profit | $ | 1,638 | $ | 1,472 | 11.3 % | $ | 1,340 | 9.9 % |
| Wholesale vehicle gross profit | | 446 | | 138 | 223.2 % | | 94 | 46.8 % |
| Other gross profit | | 2,453 | | 1,642 | 49.4 % | | 1,418 | 15.8 % |
| Total gross profit | $ | 4,537 | $ | 3,252 | 39.5 % | $ | 2,852 | 14.0 % |
| **Per wholesale unit gross profit:** | | | | | | | | |
| Wholesale vehicle gross profit | $ | 1,116 | $ | 610 | 83.0 % | $ | 422 | 44.5 % |

(1) Includes $54, $4, and $0, respectively, of wholesale revenue from related parties.
(2) Includes $208, $105, and $60, respectively, of other sales and revenues from related parties.

***Used Vehicle Sales***

*Fiscal 2021 Versus 2020.* Used vehicle sales increased by $5.2 billion to $9.9 billion during the year ended December 31, 2021 compared to $4.7 billion during the year ended December 31, 2020. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 425,237 from 244,111 during the years ended December 31, 2021 and 2020, respectively. The increase in units sold was driven by growth in existing markets due to expanded inventory selection, enhanced marketing efforts, increased brand awareness, customer referrals, and growth in market population coverage to 81.0% as of December 31, 2021 from 73.7% as of December 31, 2020. In addition, the average selling price of our retail units sold increased to $23,167 in the year ended December 31, 2021 from $19,420 in the prior year, due primarily to overall appreciation in the used vehicle market compared to the year ended December 31, 2020.

*Fiscal 2020 Versus 2019.* Used vehicle sales increased by $1.3 billion to $4.7 billion during the year ended December 31, 2020 compared to $3.4 billion during the year ended December 31, 2019. The increase in revenue was primarily due to an increase in the number of used vehicles sold to 244,111 from 177,549 during the years ended December 31, 2020 and 2019, respectively. The increase in units sold was driven by growth in existing markets due to expanded inventory selection, enhanced marketing efforts, increased brand awareness, and customer referrals. The increase in unit sales was also driven by growth to 266 markets as of December 31, 2020 from 146 markets as of December 31, 2019. In addition, the average selling price of our retail units sold increased to $19,420 in the year ended December 31, 2020 from $19,266 in the prior year, due primarily to vehicle mix.

*Wholesale Vehicle Sales*

*Fiscal 2021 Versus 2020.* Wholesale vehicle sales increased by $1.5 billion to $1.9 billion during the year ended December 31, 2021, compared to $445 million during the year ended December 31, 2020. We have seen an increase in wholesale vehicle sales as we have increased the number of vehicles acquired from customers who did not purchase a retail vehicle from us and through trade-ins received for retail units sold. In addition, the average selling price of our wholesale units sold increased to $11,287 during the year ended December 31, 2021 from $8,065 during the year ended December 31, 2020, due to the mix of vehicles acquired from customers and strong wholesale market prices.

*Fiscal 2020 Versus 2019.* Wholesale vehicle sales increased by $178 million to $445 million during the year ended December 31, 2020, compared to $267 million during the year ended December 31, 2019. We primarily obtain our wholesale inventory by acquiring vehicles from customers. As our retail unit sales increased, so did the trade-ins we received. Moreover, during the year ended December 31, 2020, we also acquired more vehicles from customers who did not purchase a retail unit from us. In addition, the average selling price of our wholesale units sold increased to $8,065 during the year ended December 31, 2020 from $6,707 during the year ended December 31, 2019, due primarily to the mix of vehicles acquired from customers and strong wholesale market prices.

*Other Sales and Revenues*

*Fiscal 2021 Versus 2020.* Other sales and revenues primarily consist of gains on the sales of finance receivables we originate, commissions we receive on sales of VSCs and sales of GAP waiver coverage. Other sales and revenues increased by $642 million to $1.0 billion during the year ended December 31, 2021, compared to $401 million during the year ended December 31, 2020. This increase was primarily driven by originating and selling more finance receivables due to our increased retail unit sales and higher average sale price, resulting in an increase in gain on loan sale. Additionally, the increase was due to an increase in retail units sold, which led to an increase in VSC sales, along with an increase in interest income during the year ended December 31, 2021 from interest earned on finance receivables held on balance sheet prior to selling them throughout the year.

*Fiscal 2020 Versus 2019.* Other sales and revenues increased by $149 million to $401 million during the year ended December 31, 2020, compared to $252 million during the year ended December 31, 2019. This increase was primarily driven by originating and selling more finance receivables, resulting in an increase in gain on loan sale. Additionally, the increase in retail units sold, led to an increase in VSC sales and GAP waiver coverage sales, along with an increase in interest income during the year ended December 31, 2020 from interest earned on finance receivables held on balance sheet prior to selling them throughout the year.

*Used Vehicle Gross Profit*

*Fiscal 2021 Versus 2020.* Used vehicle gross profit increased by $338 million to $697 million during the year ended December 31, 2021, compared to $359 million during the year ended December 31, 2020. This increase was driven primarily by an increase in retail units sold, as well as an increase in used vehicle gross profit per unit to $1,638 for the year ended December 31, 2021 compared to $1,472 for the year ended December 31, 2020. The per unit increase was primarily driven by acquiring more vehicles from customers.

*Fiscal 2020 Versus 2019.* Used vehicle gross profit increased by $121 million to $359 million during the year ended December 31, 2020, compared to $238 million during the year ended December 31, 2019. This increase was driven primarily by an increase in retail units sold, as well as an increase in used vehicle gross profit per unit to $1,472 for the year ended December 31, 2020 compared to $1,340 for the year ended December 31, 2019. The per unit increase was primarily driven by acquiring more vehicles from customers.

*Wholesale Vehicle Gross Profit*

*Fiscal 2021 Versus 2020.* Wholesale vehicle gross profit increased by $155 million to $189 million during the year ended December 31, 2021, compared to $34 million during the year ended December 31, 2020. This increase was driven primarily by an increase in wholesale units sold to 170,056 during the year ended December 31, 2021 from 55,204 in the prior year, along with an increase in wholesale vehicle gross profit per wholesale unit to $1,116 for the year ended December 31, 2021 compared to $610 for the year ended December 31, 2020. The increase in number of wholesale vehicles sold and the improved gross

61

profit per wholesale unit were primarily due to acquiring more vehicles from customers and strong wholesale market prices, respectively.

*Fiscal 2020 Versus 2019.* Wholesale vehicle gross profit increased by $17 million to $34 million during the year ended December 31, 2020, compared to $17 million during the year ended December 31, 2019. This increase was driven primarily by an increase in wholesale units sold to 55,204 during the year ended December 31, 2020 from 39,895 in the prior year, along with an increase in wholesale vehicle gross profit per wholesale unit to $610 for the year ended December 31, 2020 compared to $422 for the year ended December 31, 2019. The increase in number of wholesale vehicles sold and the improved gross profit per wholesale unit were primarily due to acquiring more vehicles from customers and strong wholesale market prices in the latter part of 2020, respectively.

### Other Gross Profit

Other sales and revenues consist of 100% gross margin products for which gross profit equals revenue. Therefore, changes in other gross profit and the associated drivers are identical to changes in other sales and revenues and the associated drivers.

### Components of SG&A

| | Years Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2019 | |
| | (in millions) | | | | | |
| Compensation and benefits [1] | $ | 667 | $ | 338 | $ | 245 |
| Advertising | | 479 | | 286 | | 204 |
| Market occupancy [2] | | 70 | | 37 | | 21 |
| Logistics [3] | | 148 | | 77 | | 58 |
| Other [4] | | 669 | | 388 | | 259 |
| Total | $ | 2,033 | $ | 1,126 | $ | 787 |

(1) Compensation and benefits includes all payroll and related costs, including benefits, payroll taxes, and equity-based compensation, except those related to preparing vehicles for sale, which are included in cost of sales, and those related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.
(2) Market occupancy costs includes occupancy costs of our vending machines and hubs. It excludes occupancy costs related to reconditioning vehicles which are included in cost of sales and the portion related to corporate occupancy which are included in other costs.
(3) Logistics includes fuel, maintenance, and depreciation related to operating our own transportation fleet, and third-party transportation fees, except the portion related to inbound transportation, which is included in cost of sales.
(4) Other costs include all other selling, general, and administrative expenses such as IT expenses, corporate occupancy, professional services and insurance, limited warranty, and title and registration.

*Fiscal 2021 Versus 2020.* Selling, general and administrative expenses increased by $907 million to $2.0 billion during the year ended December 31, 2021 compared to $1.1 billion during the year ended December 31, 2020. The increase was partially due to an increase in compensation and benefits of $329 million during the year ended December 31, 2021, which was primarily driven by expansion of our teams to support current and future growth. Advertising expense increased $193 million to $479 million during the year ended December 31, 2021 compared to $286 million during the year ended December 31, 2020, primarily due to an increase in advertising to drive growth in units sold and acquired from customers. Market occupancy, logistics, and other expenses also increased during the year ended December 31, 2021 compared to the prior year primarily due to an increase in the number of units sold, and in preparation for future growth.

*Fiscal 2020 Versus 2019.* Selling, general and administrative expenses increased by $339 million to $1.1 billion during the year ended December 31, 2020 compared to $787 million during the year ended December 31, 2019. The increase was partially due to an increase in compensation and benefits of $93 million during the year ended December 31, 2020, which was primarily driven by expansion of our teams to support our growth. The increase in selling, general, and administrative expenses was also due to an increase in advertising expense of $82 million to $286 million during the year ended December 31, 2020 compared to $204 million during the year ended December 31, 2019, primarily due to an increase in advertising to drive growth in units sold and acquired from customers. Market occupancy, logistics, and other expenses also increased during the year ended

62

December 31, 2020 compared to the prior year primarily due to an increase in the number of units sold, population coverage, and in preparation for future growth. These increases were partially offset by efforts to decrease and balance discretionary spend as a result of the uncertain economic environment surrounding the COVID-19 pandemic.

### Interest Expense

*Fiscal 2021 Versus 2020.* Interest expense increased by $45 million to $176 million during the year ended December 31, 2021 compared to $131 million during the year ended December 31, 2020. The increase is primarily due to issuing our 2027 Notes and 2029 Notes, which resulted in approximately $14 million of increased interest expense. Interest expense also increased due to additional sale leaseback financing and borrowings on our short-term revolving facilities during the year ended December 31, 2021 compared to 2020.

*Fiscal 2020 Versus 2019.* Interest expense increased by $50 million to $131 million during the year ended December 31, 2020 compared to $81 million during the year ended December 31, 2019. The increase was primarily due to refinancing our Senior Notes, which resulted in approximately $34 million of debt extinguishment costs upon redemption of the 2023 Notes in the fourth quarter of 2020. The remaining increase was primarily due to additional senior notes issuance and sale leaseback financing, partially offset by a decrease in borrowings on our Floor Plan Facility during the year ended December 31, 2020 compared to 2019.

### Other Expense (Income), Net

Other expense (income), net changed by $7 million to expense of $6 million compared to income of $1 million during the years ended December 31, 2021 and 2020, respectively. The changes are primarily due to fair value adjustments on our warrants to acquire Root Class A common stock, and on our retained beneficial interests in securitizations and purchase price adjustment receivables compared to 2020, when capital markets and loan performance assumptions were more uncertain, primarily due to COVID-19.

### Income Tax Provision

We recognized an income tax expense of $1 million and an income tax benefit of less than $1 million in the years ended December 31, 2021 and December 31, 2020, respectively, from certain subsidiaries. We did not recognize an income tax expense or benefit during the year ended December 31, 2019.

**Non-GAAP Financial Measures**

To supplement the consolidated financial statements, which are prepared and presented in accordance with GAAP, we also present the following non-GAAP measures: EBITDA and EBITDA margin. We believe the presentation of both GAAP and non-GAAP financial measures provides investors with increased transparency into financial measures used by our management team, and it also improves investors' understanding of our underlying operating performance and their ability to analyze our ongoing operating trends. All historic non-GAAP financial measures have been reconciled with the most directly comparable GAAP financial measures.

### EBITDA and EBITDA Margin

EBITDA and EBITDA Margin are supplemental measures of operating performance that do not represent and should not be considered an alternative to net loss or cash flow from operations, as determined by GAAP. EBITDA is defined as net loss before interest expense, income tax expense, and depreciation and amortization expense. EBITDA Margin is EBITDA as a percentage of total revenues. We use EBITDA to measure the operating performance of our business and EBITDA Margin to measure our operating performance relative to our total revenues. We believe that EBITDA and EBITDA Margin are useful measures to us and to our investors because they exclude certain financial and capital structure items that we do not believe directly reflect our core operations and may not be indicative of our recurring operations, in part because they may vary widely across time and within our industry independent of the performance of our core operations. We believe that excluding these items enables us to more effectively evaluate our performance period-over-period and relative to our competitors. EBITDA and EBITDA Margin may not be comparable to similarly titled measures provided by other companies due to potential differences

in methods of calculations. A reconciliation of EBITDA to net loss, which is the most directly comparable GAAP measure, and calculation of EBITDA Margin is as follows:

|  | Years Ended December 31, | | | | | |
|  | 2021 | | 2020 | | 2019 | |
|  | (dollars in millions) | | | | | |
| Net loss | $ | (287) | $ | (462) | $ | (365) |
| Depreciation and amortization expense | | 105 | | 74 | | 41 |
| Interest expense | | 176 | | 131 | | 81 |
| Income tax provision | | 1 | | — | | — |
| EBITDA | $ | (5) | $ | (257) | $ | (243) |
| | | | | | | |
| Total revenues | $ | 12,814 | $ | 5,587 | $ | 3,940 |
| EBITDA Margin | | (0.0)% | | (4.6)% | | (6.2)% |

## Liquidity and Capital Resources

### General

We generate cash from the sale of used retail vehicles, the sale of wholesale vehicles, proceeds from the sale of finance receivables originated in connection with the sale of used vehicles, and ancillary products. We generate additional cash flows through our financing activities including our short-term revolving inventory and finance receivable facilities, real estate and equipment financing, the issuance of long-term notes, and new issuances of equity. Historically, cash generated from financing activities has funded growth and expansion into new markets and strategic initiatives and we expect this to continue in the future.

Our ability to service our debt and fund working capital, capital expenditures, and business development efforts will depend on our ability to generate cash from operating and financing activities, which is subject to our future operating performance, as well as to general economic, financial, competitive, legislative, regulatory, and other conditions, some of which may be beyond our control. Our future capital requirements will depend on many factors, including our rate of revenue growth, our construction of IRCs and vending machines, the timing and extent of our spending to support our technology and software development efforts, and increased population coverage. Additionally, as disclosed in Note 9 — Debt Instruments of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K, we are subject to certain restrictive covenants that limit our ability to, among other things, make intercompany payments and pay dividends.

We had the following liquidity resources available as of December 31, 2021 and 2020:

|  | December 31, | | | |
|  | 2021 | | 2020 | |
|  | (in millions) | | | |
| Cash and cash equivalents | $ | 403 | $ | 301 |
| Availability under short-term revolving facilities[1] | | 438 | | 1,088 |
| Availability under sale-leaseback agreements | | — | | 19 |
| Committed liquidity resources available | | 841 | | 1,408 |
| Unpledged vehicle inventory not included above | | 665 | | — |
| Unpledged real estate not included above | | 677 | | 250 |
| Unpledged beneficial interests in securitizations | | 100 | | 48 |
| Total liquidity resources | $ | 2,283 | $ | 1,706 |

64

(1) Based on pledging all eligible vehicles and finance receivables under the available commitment in the Floor Plan Facility and Finance Receivable Facilities, excluding the impact to restricted cash requirements.

Our total liquidity resources is composed of cash and equivalents, availability under existing credit facilities, and additional unpledged assets, including vehicle inventory, finance receivables, real estate, and securities, on our balance sheet that can be financed using traditional asset-based financing sources.

Cash and cash equivalents includes cash deposits and highly liquid investment instruments with original maturities of three months or less, such as money market funds.

Availability under short-term revolving facilities is the available amount we can borrow under our existing vehicle inventory floor plan and finance receivable facilities based on the pledgable value of vehicle inventory and finance receivables on our balance sheet on the period end date. Availability under short-term revolving facilities is distinct from the total commitment amount of these facilities because it represents the currently borrowable amount, rather than committed future amounts that could be borrowed to finance future additional assets.

As of December 31, 2021 and 2020, the short-term revolving facilities had a total commitment of approximately $4.3 billion and $2.25 billion, an outstanding balance of $2.05 billion and $40 million, and an unused commitment of $2.25 billion and $2.21 billion, respectively.

Availability under real estate agreements is the available amount we can borrow under our existing real estate financing agreements based on the value of existing real estate on our balance sheet. From time to time, we may enter into committed real estate financing agreements that allow for future pledging of real estate assets on a flexible timeline. We began using committed real estate financing agreements in 2017 and may do so in the future.

Unpledged vehicle inventory and finance receivables is the value of vehicle inventory and finance receivables on our balance sheet on the period end date beyond that covered by committed financing agreements. On February 1, 2022, we upsized our vehicle inventory floor plan commitment to $3.0 billion. The additional commitment would increase our availability under short-term revolving facilities and committed liquidity sources available by $665 million, with a corresponding reduction in unpledged vehicle inventory and finance receivables.

Unpledged real estate assets include IRC and vending machine real estate assets that have not been previously pledged or sold. Since our first sale-leaseback transaction in 2017, we have historically had flexible access to real estate financing and expect to continue to use various forms of real estate financing in the future.

Unpledged beneficial interests in securitizations includes retained beneficial interests in securitizations that have not been previously pledged or sold. We historically have financed the majority of our retained beneficial interests in securitizations and expect to continue to do so in the future.

To optimize our cost of capital, in any given period we may choose not to maximize borrowings on our short-term revolving facilities, maximize revolving commitment size, or immediately sale-leaseback or pledge real estate and retained beneficial interests in securitizations. This has the benefit of reducing interest expense and debt issuance costs and providing flexibility to minimize financing costs over time.

We consider our total liquidity resources as an input into our planning. In general, changes in total liquidity resources fall into two broad categories: changes due to current business operations and changes due to investments in automotive retail assets.

Changes in liquidity due to current business operations include EBITDA net of share-based compensation, non-real estate capital expenditures, including technology, furniture, fixtures, and equipment, and changes in traditional working capital, including accounts receivable, accounts payable, accrued expenses, and other miscellaneous assets and liabilities.

In addition, as a growing automotive retailer, we also invest in and generate several types of automotive retail assets, including vehicle inventory, finance receivables, retained beneficial interests in securitizations, and real estate. To maximize capital efficiency, we generally seek to finance these assets with matched sources of asset-based financing, including short-term revolving facilities for vehicle inventory and finance receivables, beneficial interests financing for retained beneficial interests

65

in securitizations, and sale-leaseback or other real estate financing for IRCs and vending machines. We have historically used these sources of financing to finance our investment in these assets and expect to continue to do so in the future.

As of December 31, 2021 and 2020, our outstanding principal amount of indebtedness, including finance leases, was approximately $5.4 billion and $1.7 billion, respectively, summarized in the table below. See Note 9 — Debt Instruments and Note 15 — Leases of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K for definitions and further information on our debt and finance leases.

|  | December 31, | | |
|  | 2021 | | 2020 |
|  | (in millions) | | |
| **Asset-Based Financing:** | | | |
| Inventory | $ | 1,877 | $ | 40 |
| Finance receivables and beneficial interests | | 458 | | 81 |
| Transportation fleet [1] | | 212 | | 124 |
| Real estate [2] | | 450 | | 398 |
| Total asset-based financing | | 2,997 | | 643 |
| Senior Notes | | 2,450 | | 1,100 |
| Total debt | | 5,447 | | 1,743 |
| Less: unamortized debt issuance costs [3] | | (34) | | (21) |
| **Total debt, net** | $ | 5,413 | $ | 1,722 |

(1) Amount includes notes payable and finance leases.
(2) Amount includes real estate financing and notes payable.
(3) The unamortized debt issuance costs related to long-term debt are presented as a reduction of the carrying amount of the corresponding liabilities on our consolidated balance sheets. Unamortized debt issuance costs related to revolving debt arrangements are presented within other assets on our consolidated balance sheets and not included here.

## Cash Flows

The following table presents a summary of our consolidated cash flows from operating, investing, and financing activities for the years ended December 31, 2021, 2020, and 2019:

|  | Years Ended December 31, | | | | | |
|  | 2021 | | 2020 | | 2019 | |
|  | (in millions) | | | | | |
| Net cash used in operating activities | $ | (2,594) | $ | (608) | $ | (757) |
| Net cash used in investing activities | | (627) | | (346) | | (228) |
| Net cash provided by financing activities | | 3,528 | | 1,165 | | 1,015 |
| Net increase in cash and cash equivalents | | 307 | | 211 | | 30 |
| Cash, cash equivalents, and restricted cash at beginning of period | | 329 | | 118 | | 88 |
| Cash, cash equivalents, and restricted cash at end of period | $ | 636 | $ | 329 | $ | 118 |

## Operating Activities

Our primary sources of operating cash flows result from the sales of used retail vehicles, wholesale vehicles, finance receivables we originate, and ancillary products. Our primary uses of cash from operating activities are purchases of inventory, cash used to acquire customers, and personnel-related expenses. For the year ended December 31, 2021, net cash used in operating activities was approximately $2.6 billion, an increase of $2.0 billion compared to net cash used in operating activities of $608 million for the year ended December 31, 2020, which was a decrease of $149 million compared to net cash used in operating activities of $757 million for the year ended December 31, 2019. The changes in our net cash used in operating

66

activities were primarily due to our changes in working capital, primarily related to the increase in our vehicle inventory, partially offset by the net cash inflows associated with the change in accounts payable and accrued liabilities.

*Investing Activities*

Our primary use of cash for investing activities is purchases of property and equipment to expand our operations. Cash used in investing activities was approximately $627 million, $346 million, and $228 million during the years ended December 31, 2021, 2020, and 2019, respectively, resulting in increases of approximately $281 million and $118 million. The increases were primarily driven by increases in purchases of property and equipment, specifically related to the construction of new IRCs and vending machines, and our investment in Root in October 2021, partially offset by increases in principal payments received on beneficial interests in securitizations. Constructing new IRCs and vending machines allows us to recondition more vehicles and reach additional customers. To finance these investments we have entered into various financing transactions, such as sale-leasebacks.

*Financing Activities*

Cash flows from financing activities primarily relate to our short and long-term debt activity and proceeds from equity issuances which have been used to provide working capital and for general corporate purposes, including paying down our short-term revolving facilities. Cash provided by financing activities was approximately $3.5 billion and $1.2 billion during the years ended December 31, 2021 and 2020, respectively, an increase of $2.3 billion. The change primarily relates to increased net proceeds of $2.5 billion from changes in our short-term revolving facilities, along with increased net proceeds from long-term debt proceeds of approximately $895 million. These increases were partially offset by proceeds from the issuance of Class A common stock of approximately $1.1 billion during the year ended December 31, 2020. Cash provided by financing activities was approximately $1.2 billion and $1.0 billion during the years ended December 31, 2020 and 2019, respectively, an increase of $150 million. The change primarily relates to increased proceeds from the issuance of Class A common stock of $762 million, along with increased net proceeds from long-term debt of approximately $216 million. The increases were partially offset by a net decrease in proceeds from short-term revolving facilities of $796 million.

### Contractual Obligations and Commitments

We expect our primary sources of cash to continue to be sufficient to fund our operating activities and cash commitments for investing and financing activities for at least the next 12 months and thereafter for the foreseeable future. The following table sets forth the amounts of our significant contractual obligations and commitments with definitive payment terms as of December 31, 2021:

| | Payments due by Period | | | | |
| --- | --- | --- | --- | --- | --- |
| | | (in millions) | | | |
| | Total | Less than 1 year | 1-3 years | 3-5 years | More than 5 years |
| Floor Plan Facility[1][2] | $ 1,877 | $ 1,877 | $ — | $ — | $ — |
| Finance Receivable Facilities[1][3] | 176 | 176 | — | — | — |
| Senior Notes[1] | 2,450 | — | — | 500 | 1,950 |
| Notes payable [1] | 10 | 6 | 4 | — | — |
| Financing of beneficial interests in securitizations[1][4] | 282 | 94 | 132 | 53 | 3 |
| Finance leases | 206 | 52 | 93 | 57 | 4 |
| Interest payments[5] | 877 | 145 | 278 | 241 | 213 |
| Real estate financing | 928 | 35 | 72 | 75 | 746 |
| Operating leases, non-related party | 534 | 51 | 106 | 109 | 268 |
| Operating leases, related party[6] | 20 | 5 | 8 | 4 | 3 |
| Real estate commitments[7] | 153 | 153 | — | — | — |
| Total | $ 7,513 | $ 2,594 | $ 693 | $ 1,039 | $ 3,187 |

(1) All debt arrangements above are discussed and defined in Note 9 — Debt Instruments, included in Part II, Item 8, Financial Statements and Supplementary Data, of this Annual Report on Form 10-K.

(2) Represents the principal amounts outstanding as of December 31, 2021. Due to the uncertainty of forecasting the timing of expected variable interest rate payments, interest payment amounts are not included in the table. Borrowings under the Floor Plan Facility are generally payable within five business days of the sale of the underlying vehicle or fifteen business days of the sale of the finance receivable originated in connection with the sale of the vehicle. In either case, the payment is expected to be within one year of December 31, 2021.

(3) Represents the principal amounts outstanding as of December 31, 2021. Due to the uncertainty of forecasting the timing of expected variable interest rate payments, interest payment amounts are not included in the table. Interest payments on borrowings under the Finance Receivable Facilities are expected to be paid in the first fifteen days of each calendar month.

(4) The securitization trusts distribute payments directly to the lender related to our pledged beneficial interests in securitizations. These amounts represent anticipated principal amount reductions based on the expected timing of these payments. Due to the uncertainty of forecasting the expected interest payments, interest payment amounts are not included in the table.

(5) Represents fixed interest payments on our outstanding Senior Notes, notes payable, and finance leases.

(6) Related party operating lease payments exclude rent payments due under the DriveTime Lease Agreement and the DriveTime Hub Lease Agreement for locations where we share space with DriveTime, as those are contingent upon the Company's utilization of the leased assets, and thus can vary, as further discussed in Note 6 — Related Party Transactions, included in Part II, Item 8, Financial Statements and Supplementary Data, of this Annual Report on Form 10-K.

(7) Includes minimum remaining fixed payments related to IRC and vending machine construction contracts, excluding variable installation costs, which fluctuate based on actual completion time.

## Fair Value Measurements

We report money market securities, certain receivables, warrants to acquire Root Class A common stock and beneficial interests in securitizations at fair value. See Note 17 — Fair Value of Financial Instruments, included in Part II, Item 8, Financial Statements and Supplementary Data, of this Annual Report on Form 10-K, which is incorporated into this item by reference.

## Critical Accounting Estimates

The discussion and analysis of our financial condition and results of operations are based upon our consolidated financial statements, which have been prepared in accordance with United States generally accepted accounting principles ("GAAP"). The preparation of these financial statements requires management to make estimates and judgments that affect the reported amounts of assets and liabilities, revenue and expenses and related disclosures of contingent assets and liabilities at the date of our financial statements. Actual results may differ from these estimates under different assumptions or conditions, impacting our reported results of operations and financial condition.

Certain accounting policies involve significant judgments and assumptions by management, which have a material impact on the carrying value of assets and liabilities and the recognition of income and expenses. The estimates and assumptions used by management are based on historical experience and other factors, which are believed to be reasonable under the circumstances. The significant accounting estimates which we believe are the most critical to aid in fully understanding and evaluating our reported financial results are described below. Refer to Note 2 — Summary of Significant Accounting Policies of the consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data, of this Annual Report on Form 10-K, for more detailed information regarding our critical accounting policies.

### Revenue Recognition

We sell used vehicles directly to our customers through our website. We recognize revenue at the agreed upon purchase price stated in the contract, including any delivery charges, less an estimate for returns. Our return policy allows customers to initiate a return during the first seven days after delivery. Estimates for returns are based on an analysis of historical experience, trends and sales data. Changes in these estimates are reflected as an adjustment to revenue in the period identified.

Customers purchasing used vehicles from us may enter into contracts for VSCs and, if they finance with us, GAP waiver coverage. The prices of VSCs and GAP waiver coverage are set forth in each contract. We sell and receive a commission on VSCs under a master dealer agreement with DriveTime, pursuant to which we sell VSCs that DriveTime administers and is the

68

obligor. We receive a commission on GAP waiver coverage contracts where the administrator of the contract is obligated to reimburse the holder of the underlying finance receivable for a balance that is in excess of the value of the financed vehicle in the event of a total loss. We recognize commission revenue at the time of sale, net of a reserve for estimated contract cancellations. Our risk related to contract cancellations is limited to the commissions that we receive. Cancellations fluctuate depending on the customer-financing default or prepayment rates, and shifts in customer behavior, including those related to changes in the coverage or term of the product. To the extent that actual experience differs from historical trends, there could be significant adjustments to our contract cancellation reserves. The reserve for cancellations of VSCs and GAP waiver coverage is estimated based upon historical experience and recent trends and is reflected as a reduction of other sales and revenues. Changes in these estimates are reflected as an adjustment to revenue in the period identified.

Under the master dealer agreement with DriveTime, we are also contractually entitled to receive profit-sharing revenues based on the performance of the VSCs once a required claims period has passed. This is a form of variable consideration we recognize as revenue to the extent that it is probable that it will not result in a significant revenue reversal. We apply the expected value method, utilizing expected VSC performance based on historical claims and cancellation data from our customers, as well as other qualitative assumptions to estimate the amount we expect to receive. We reassess the estimate each reporting period with any changes reflected as an adjustment to other sales and revenues in the period identified. Profit-sharing payments will begin when the underlying VSCs reach a specified level of claims history.

### Finance Receivables

Finance receivables include installment contracts we originate to facilitate vehicle sales. We classify these receivables as held for sale, as we do not intend to hold the finance receivables we originate to maturity. We typically sell the finance receivables we originate. We record a valuation allowance to report finance receivables at the lower of unpaid principal balance or fair value. To determine the fair value of finance receivables we utilize industry-standard modeling, such as discounted cash flow analysis, factoring in our historical experience, the credit quality of the underlying receivables, loss trends and recovery rates, as well as the overall economic environment. For purposes of determining the valuation allowance, finance receivables are evaluated collectively to determine the allowance as they represent a large group of smaller-balance homogeneous loans. To the extent that actual experience differs from historical trends, there could be significant adjustments to our valuation allowance. Principal balances of finance receivables are charged-off when we are unable to sell the finance receivable and the related vehicle has been repossessed and liquidated or the receivable has otherwise been deemed uncollectible. The estimates and trends used have historically been effective in our determination of our valuation allowance.

### Beneficial Interests in Securitizations

The Company's beneficial interests in securitizations include rated notes and certificates and other assets, all of which are classified as Level 3 due to the lack of observable market data. The Company determines the fair value of its rated notes based on non-binding broker quotes. The non-binding broker quotes are based on models that consider the prevailing interest rates, recent market transactions, and current business conditions. The Company determines the fair value of its certificates and other assets using a combination of non-binding market quotes and internally developed discounted cash flow models. The discounted cash flow models use discount rates based on prevailing interest rates and the characteristics of the specific instruments. See Note 17 — Fair Value of Financial Instruments, included in Part II, Item 8, Financial Statements and Supplementary Data, of this Annual Report on Form 10-K for further detail on the discount rates.

Significant increases or decreases in the inputs to the models could result in a significantly higher or lower fair value measurement. The Company elected the fair value option on its beneficial interests in securitizations, which allows it to recognize changes in the fair value of these assets in the period the fair value changes resulting in a gain or loss in that period.

### Valuation of Inventory

Vehicle inventory consists of used vehicles, primarily acquired directly from customers and at auction. Direct and indirect vehicle reconditioning costs including parts and labor, inbound transportation costs and other incremental costs are capitalized as a component of inventory. Inventory is stated at the lower of cost or net realizable value. Vehicle inventory cost is determined by specific identification. Net realizable value is the estimated selling price less costs to complete, dispose and transport the vehicles. Selling prices are derived from historical data and trends, such as sales price and inventory turn times of similar vehicles, as well as independent market resources. Each reporting period we recognize any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value through cost of sales. To the extent that there are significant

69

changes to estimated vehicle selling prices or decreases in demand for used vehicles, there could be significant adjustments to reflect our inventory at net realizable value.

*Income Taxes*

We account for income taxes pursuant to the asset and liability method, which requires the recognition of deferred income tax assets and liabilities related to the expected future tax consequences arising from temporary differences between the carrying amounts and tax bases of assets and liabilities based on enacted statutory tax rates applicable to the periods in which the temporary differences are expected to reverse. Any effects of changes in income tax rates or laws are included in income tax expense in the period of enactment. We reduce the carrying amounts of deferred tax assets by a valuation allowance if, based on the evidence available, it is more likely than not that such assets will not be realized. In making the assessment under the more likely than not standard, appropriate consideration must be given to all positive and negative evidence related to the realization of the deferred tax assets. The assessment considers, among other matters, the nature, frequency, and severity of current and cumulative losses, forecasts of future profitability, the duration of statutory carry forward periods by jurisdiction, our experience with loss carryforwards not expiring unutilized, and all tax-planning alternatives that may be available. A valuation allowance is recognized if under applicable accounting standards we determine it is more likely than not that our deferred tax assets would not be realized.

**ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK.**

Market risk represents the risk of loss that may impact our financial position due to adverse changes in financial market prices and rates. Our market risk exposure is primarily a result of exposure due to potential changes in inflation or interest rates. We do not hold financial instruments for trading purposes.

**Interest Rate Risk**

Our primary market risk exposure related to our debt is changing interest rates. We had total outstanding debt of $2.1 billion under our short-term revolving facilities at December 31, 2021. Amounts outstanding under our short-term revolving facilities are generally due within one year and bear a variable interest rate of a fixed spread to a prime rate. Refer to Note 9 — Debt Instruments of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K for more detail on this variable interest rate. Based on the amounts outstanding, a 100-basis point increase or decrease in market interest rates would result in a change to annual interest expense of $7 million at December 31, 2021.

Our long-term debt, consisting of our Senior Notes (as defined in Note 9 — Debt Instruments of our consolidated financial statements included in Part II, Item 8, Financial Statements and Supplementary Data of this Annual Report on Form 10-K), notes payable, and finance leases have fixed interest rates and terms, and as such, we consider the associated risk to our results of operations from changes in market rates of interest to be minimal.

We are also exposed to interest rate risk arising from market rate adjustments as they pertain to our securitization transactions. Future sales of our finance receivables may be affected by changes in market rates. We have previously managed this interest rate exposure through the use of derivative instruments such as interest rate swap contracts, and may continue to do so in the future.

**Inflation Risk**

Based on our analysis of the periods presented, we believe that inflation has not had a material effect on our operating results. There can be no assurance that future inflation will not have an adverse impact on our operating results and financial condition.

70

**ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA.**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Page |
|---|---|
| Reports of Independent Registered Public Accounting Firm (PCAOB ID Number 248) | 72 |
| Consolidated Balance Sheets as of December 31, 2021 and 2020 | 75 |
| Consolidated Statements of Operations for the Years Ended December 31, 2021, 2020, and 2019 | 76 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2021, 2020, and 2019 | 77 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2021, 2020, and 2019 | 79 |
| Notes to Consolidated Financial Statements | 80 |

71

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Board of Directors and Shareholders
Carvana Co.

**Opinion on the financial statements**
We have audited the accompanying consolidated balance sheets of Carvana Co. (a Delaware corporation) and subsidiaries (the "Company") as of December 31, 2021 and 2020, the related consolidated statements of operations, changes in stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2021, and the related notes and financial statement schedule included under Item 15 (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021 and 2020, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2021, in conformity with accounting principles generally accepted in the United States of America.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of December 31, 2021, based on criteria established in the 2013 *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"), and our report dated February 24, 2022 expressed an unqualified opinion.

**Basis for opinion**
These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical audit matters**
The critical audit matter communicated below is a matter arising from the current period audit of the financial statements that was communicated or required to be communicated to the audit committee and that: (1) relates to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*Transfers of financial assets*
As described further in Notes 2, 7, and 8 to the financial statements, the Company recognized gains on loan sales of approximately $718 million during the year ended December 31, 2021. The Company is party to various transfer agreements pursuant to which it sells finance receivables meeting specified underwriting criteria with certain financing partners. The Company also transfers its finance receivables in connection with asset backed securitization transactions. The Company determines the accounting for the transfers of its finance receivables under ASC 860, *Transfers and Servicing of Financial Assets* ("ASC 860").

We determined the transfers of financial assets is a critical audit matter primarily because the related accounting guidance for transfers of finance receivables involves material transactions, complex judgments in determining the appropriateness of derecognition of the assets and obtaining legal opinions regarding isolation of the transferred finance receivables from the transferor.

Our audit procedures related to the transfers of finance receivables and related gain on loan sales included the following, among others:

- We tested the appropriateness of management's accounting conclusions on the transfers of finance receivables by reading the various transfer or sale agreements and legal opinions, provided by the Company's external legal counsel, and compared the terms and conclusions to the criteria set forth in ASC 860;
- We tested the design and operating effectiveness of key controls relating to the transfers of finance receivables and related gains on loan sales, and the accounting conclusions reached thereon.

/s/ GRANT THORNTON LLP

We have served as the Company's auditor since 2015.

Southfield, Michigan
February 24, 2022

73

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

Board of Directors and Shareholders
Carvana Co.

**Opinion on internal control over financial reporting**
We have audited the internal control over financial reporting of Carvana Co. (a Delaware corporation) and subsidiaries (the "Company") as of December 31, 2021, based on criteria established in the 2013 *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2021, based on criteria established in the 2013 *Internal Control—Integrated Framework* issued by COSO.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the consolidated financial statements of the Company as of and for the year ended December 31, 2021, and our report dated February 24, 2022 expressed an unqualified opinion on those financial statements.

**Basis for opinion**
The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Controls over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and limitations of internal control over financial reporting**
A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally
accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ GRANT THORNTON LLP

Southfield, Michigan
February 24, 2022

**CARVANA CO. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In millions, except number of shares, which are reflected in thousands, and par values)**

|  | December 31, | |
|---|---|---|
|  | 2021 | 2020 |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 403 | $ 301 |
| Restricted cash | 233 | 28 |
| Accounts receivable, net | 206 | 79 |
| Finance receivables held for sale, net | 356 | 275 |
| Vehicle inventory | 3,149 | 1,036 |
| Beneficial interests in securitizations | 382 | 131 |
| Other current assets, including $12 and $6, respectively, due from related parties | 163 | 73 |
| Total current assets | 4,892 | 1,923 |
| Property and equipment, net | 1,560 | 909 |
| Operating lease right-of-use assets, including $17 and $22, respectively, from leases with related parties | 369 | 156 |
| Intangible assets, net | 4 | 6 |
| Goodwill | 9 | 9 |
| Other assets, including $7 and $4, respectively, due from related parties | 181 | 32 |
| Total assets | $ 7,015 | $ 3,035 |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities, including $27 and $16, respectively, due to related parties | $ 656 | $ 342 |
| Short-term revolving facilities | 2,053 | 40 |
| Current portion of long-term debt | 152 | 65 |
| Other current liabilities, including $3 and $3, respectively, from leases with related parties | 29 | 20 |
| Total current liabilities | 2,890 | 467 |
| Long-term debt, excluding current portion | 3,208 | 1,617 |
| Operating lease liabilities, excluding current portion, including $13 and $19, respectively, from leases with related parties | 361 | 148 |
| Other liabilities | 31 | 1 |
| Total liabilities | 6,490 | 2,233 |
| Commitments and contingencies (Note 16) | | |
| Stockholders' equity: | | |
| Preferred stock, $0.01 par value - 50,000 shares authorized; none issued and outstanding as of December 31, 2021 and 2020 | — | — |
| Class A common stock, $0.001 par value - 500,000 shares authorized, 89,930 and 76,512 shares issued and outstanding as of December 31, 2021 and 2020, respectively | — | — |
| Class B common stock, $0.001 par value - 125,000 shares authorized, 82,900 and 95,592 shares issued and outstanding as of December 31, 2021 and 2020, respectively | — | — |
| Additional paid in capital | 795 | 742 |
| Accumulated deficit | (489) | (354) |
| Total stockholders' equity attributable to Carvana Co. | 306 | 388 |
| Non-controlling interests | 219 | 414 |
| Total stockholders' equity | 525 | 802 |
| Total liabilities & stockholders' equity | $ 7,015 | $ 3,035 |

See accompanying notes to consolidated financial statements.

75

**CARVANA CO. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In millions, except number of shares, which are reflected in thousands, and per share amounts)**

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| **Sales and operating revenues:** | | | |
| Used vehicle sales, net | $ 9,851 | $ 4,741 | $ 3,421 |
| Wholesale vehicle sales, including $54, $4, and $0 respectively, from related parties | 1,920 | 445 | 267 |
| Other sales and revenues, including $208, $105, and $60, respectively, from related parties | 1,043 | 401 | 252 |
| **Net sales and operating revenues** | 12,814 | 5,587 | 3,940 |
| Cost of sales, including $65, $4, and $4, respectively, to related parties | 10,885 | 4,793 | 3,433 |
| **Gross profit** | 1,929 | 794 | 507 |
| Selling, general and administrative expenses, including $27, $19, and $14, respectively, to related parties | 2,033 | 1,126 | 787 |
| Interest expense, including $0, $1, and $1, respectively, to related parties | 176 | 131 | 81 |
| Other expense (income), net | 6 | (1) | 4 |
| **Net loss before income taxes** | (286) | (462) | (365) |
| Income tax provision | 1 | — | — |
| **Net loss** | (287) | (462) | (365) |
| Net loss attributable to non-controlling interests | (152) | (291) | (250) |
| **Net loss attributable to Carvana Co.** | (135) | (171) | (115) |
| **Net loss attributable to Class A common stockholders** | $ (135) | $ (171) | $ (115) |
| Net loss per share of Class A common stock, basic and diluted | $ (1.63) | $ (2.63) | $ (2.45) |
| Weighted-average shares of Class A common stock, basic and diluted [1] | 82,805 | 64,981 | 46,847 |

(1) Weighted-average shares of Class A common stock outstanding have been adjusted for unvested restricted stock awards.

See accompanying notes to consolidated financial statements.

76

**CARVANA CO. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**(In millions, except number of shares, which are reflected in thousands)**

| | Class A Common Stock | | Class B Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Non-controlling Interests | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| **Balance, December 31, 2018** | 41,208 | $ — | 104,336 | $ — | $ 148 | $ (68) | $ 147 | $ 227 |
| Net Loss | — | — | — | — | — | (115) | (250) | (365) |
| Issuance of Class A common stock, net of underwriters' discounts and commissions and offering expenses | 4,830 | — | | | 298 | — | — | 298 |
| Adjustments to non-controlling interests related to equity offering | — | — | — | — | (202) | — | 202 | — |
| Exchanges of LLC Units | 4,321 | — | (3,117) | — | 5 | — | (5) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 70 | — | — | 70 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis of Carvana Group | — | — | — | — | (70) | — | — | (70) |
| Contribution of Class A common stock from related party | (203) | — | — | — | — | — | — | — |
| Issuance of Class A common stock as restricted stock awards and to settle vested restricted stock units | 300 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (53) | — | — | — | (6) | — | — | (6) |
| Options exercised | 104 | — | — | — | 2 | — | — | 2 |
| Equity-based compensation | — | — | — | — | 36 | — | — | 36 |
| **Balance, December 31, 2019** | 50,507 | $ — | 101,219 | $ — | $ 281 | $ (183) | $ 94 | $ 192 |
| Net loss | — | — | — | — | — | (171) | (291) | (462) |
| Issuance of Class A common stock, net of underwriters' discounts and commissions and offering expenses | 18,333 | — | — | — | 1,059 | — | — | 1,059 |
| Adjustments to non-controlling interests related to equity offering | — | — | — | — | (644) | — | 644 | — |
| Exchanges of LLC Units | 7,281 | — | (5,627) | — | 33 | — | (33) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 407 | — | — | 407 |

77

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (407) | — | — | (407) |
| Issuance of Class A common stock to settle vested restricted stock units | 234 | — | — | — | — | — | — | — |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (38) | — | — | — | (23) | — | — | (23) |
| Options exercised | 195 | — | — | — | 5 | — | — | 5 |
| Equity-based compensation | — | — | — | — | 31 | — | — | 31 |
| **Balance, December 31, 2020** | 76,512 | $ — | 95,592 | $ — | $ 742 | $ (354) | $ 414 | $ 802 |
| Net loss | — | — | — | — | — | (135) | (152) | (287) |
| Exchanges of LLC Units | 13,145 | — | (12,692) | — | 43 | — | (43) | — |
| Establishment of deferred tax assets related to increases in tax basis in Carvana Group | — | — | — | — | 908 | — | — | 908 |
| Establishment of valuation allowance related to deferred tax assets associated with increases in tax basis in Carvana Group | — | — | — | — | (908) | — | — | (908) |
| Issuance of Class A common stock to settle vested restricted stock units | 218 | — | — | — | — | — | — | — |
| Issuance of Class A common stock under ESPP | 2 | — | — | — | 1 | — | — | 1 |
| Forfeitures of restricted stock and restricted stock surrendered in lieu of withholding taxes | (22) | — | — | — | (39) | — | — | (39) |
| Options exercised | 75 | — | — | — | 1 | — | — | 1 |
| Equity-based compensation | — | — | — | — | 47 | — | — | 47 |
| **Balance, December 31, 2021** | 89,930 | $ — | 82,900 | $ — | $ 795 | $ (489) | $ 219 | $ 525 |

See accompanying notes to consolidated financial statements.

78

**CARVANA CO. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In millions)**

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| **Cash Flows from Operating Activities:** | | | |
| Net loss | $    (287) | $    (462) | $    (365) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Depreciation and amortization expense | 105 | 74 | 41 |
| Equity-based compensation expense | 39 | 25 | 33 |
| Loss on disposal of property and equipment | 1 | 6 | 2 |
| Provision for bad debt and valuation allowance | 28 | 21 | 12 |
| Amortization and write-off of debt issuance costs and bond premium | 11 | 8 | 6 |
| Loss on early extinguishment of debt | — | 34 | — |
| Unrealized loss on warrants to acquire Root Class A common stock | 24 | — | — |
| Unrealized (gain) loss on beneficial interests in securitizations | (7) | (9) | 1 |
| Changes in finance receivable related assets: | | | |
| Originations of finance receivables | (7,306) | (3,579) | (2,625) |
| Proceeds from sale of finance receivables, net | 7,391 | 3,634 | 2,644 |
| Gain on loan sales | (717) | (218) | (137) |
| Principal payments received on finance receivables held for sale | 206 | 90 | 85 |
| Purchase of finance receivables | — | — | (162) |
| Other changes in assets and liabilities: | | | |
| Vehicle inventory | (2,086) | (263) | (345) |
| Accounts receivable | (148) | (43) | (10) |
| Other assets | (105) | (26) | (33) |
| Accounts payable and accrued liabilities | 247 | 94 | 98 |
| Operating lease right-of-use assets | (213) | (32) | (47) |
| Operating lease liabilities | 223 | 38 | 45 |
| Net cash used in operating activities | (2,594) | (608) | (757) |
| **Cash Flows from Investing Activities:** | | | |
| Purchases of property and equipment, including $0, $22, and $6, respectively, from related parties | (557) | (360) | (231) |
| Purchases of investments | (126) | — | — |
| Principal payments received on and proceeds from sale of beneficial interests | 56 | 14 | 3 |
| Net cash used in investing activities | (627) | (346) | (228) |
| **Cash Flows from Financing Activities:** | | | |
| Proceeds from short-term revolving facilities | 14,600 | 4,429 | 4,486 |
| Payments on short-term revolving facilities | (12,587) | (4,958) | (4,219) |
| Proceeds from issuance of long-term debt | 1,650 | 1,336 | 482 |
| Payments on long-term debt | (73) | (654) | (16) |
| Payments of debt issuance costs | (24) | (29) | (11) |
| Net proceeds from issuance of Class A common stock | — | 1,059 | 297 |
| Proceeds from equity-based compensation plans | 2 | 5 | 2 |
| Tax withholdings related to restricted stock units and awards | (40) | (23) | (6) |
| Net cash provided by financing activities | 3,528 | 1,165 | 1,015 |
| **Net increase in cash and cash equivalents** | 307 | 211 | 30 |
| Cash, cash equivalents, and restricted cash at beginning of period | 329 | 118 | 88 |
| Cash, cash equivalents, and restricted cash at end of period | $    636 | $    329 | $    118 |

See accompanying notes to consolidated financial statements.

79

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## NOTE 1 — BUSINESS ORGANIZATION

### Description of Business

Carvana Co. and its wholly-owned subsidiary Carvana Co. Sub LLC (collectively, "Carvana Co."), together with its consolidated subsidiaries (the "Company"), is the leading e-commerce platform for buying and selling used cars. The Company is transforming the used car sales experience by giving consumers what they want - a wide selection, great value and quality, transparent pricing, and a simple, no pressure transaction. Using the website, customers can complete all phases of a used vehicle purchase transaction, including financing their purchase, trading in their current vehicle, and purchasing complementary products such as vehicle service contracts ("VSC") and GAP waiver coverage. Each element of the Company's business, from inventory procurement to fulfillment and overall ease of the online transaction, has been built for this singular purpose.

### Organization

Carvana Co. is a holding company that was formed as a Delaware corporation on November 29, 2016, for the purpose of completing its initial public offering ("IPO") and related transactions in order to operate the business of Carvana Group, LLC and its subsidiaries (collectively, "Carvana Group"). Substantially all of the Company's assets and liabilities represent the assets and liabilities of Carvana Group, except the Company's Senior Notes (as defined in Note 9 — Debt Instruments) which were issued by Carvana Co. and guaranteed by its and Carvana Group's existing domestic restricted subsidiaries.

In accordance with Carvana Group, LLC's amended and restated limited liability company agreement (the "LLC Agreement"), Carvana Co. is the sole manager of Carvana Group and conducts, directs and exercises full control over the activities of Carvana Group. There are two classes of common ownership interests in Carvana Group, Class A common units
(the "Class A Units") and Class B common units (the "Class B Units"). As further discussed in Note 10 — Stockholders' Equity, the Class A Units and Class B Units (collectively, the "LLC Units") do not hold voting rights, which results in Carvana Group being considered a variable interest entity ("VIE"). Due to Carvana Co.'s power to control and its significant economic interest in Carvana Group, it is considered the primary beneficiary of the VIE and the Company consolidates the financial results of Carvana Group. As of December 31, 2021, Carvana Co. owned approximately 51.4% of Carvana Group and the LLC Unitholders (as defined in Note 10 — Stockholders' Equity) owned the remaining 48.6%.

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Basis of Presentation

The accompanying consolidated financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). As discussed in Note 1 — Business Organization, Carvana Group is considered a VIE and Carvana Co. consolidates its financial results due to the determination that it is the primary beneficiary. All intercompany balances and transactions have been eliminated.

### Liquidity

The accompanying consolidated financial statements of the Company have been prepared in conformity with U.S. GAAP, which contemplate continuation of the Company as a going concern. Since inception, the Company has incurred losses, and expects to incur additional losses in the future as it continues to build inspection and reconditioning centers ("IRCs") and vending machines, serve more of the U.S. population, and enhance technology and software. Since March 31, 2020, the Company has completed equity offerings of approximately 18 million shares of Class A common stock for net proceeds of approximately $1.1 billion and has issued a total of $2.5 billion in senior unsecured notes due between 2025 and 2029, from which approximately $627 million of the proceeds were used to repay its senior unsecured notes due in 2023. In March 2021, the Company's forward flow partner committed to purchase a total of $4.0 billion of the Company's finance receivables through March 2022, and such facility had approximately $1.9 billion of unused capacity as of December 31, 2021. In addition, the Company has a $2.25 billion floor plan facility through March 31, 2023. Management believes that current working capital,

80

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

results of operations, and existing financing arrangements are sufficient to fund operations for at least one year from the financial statement issuance date.

**Use of Estimates**

The preparation of these consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions. Certain accounting estimates involve significant judgments, assumptions and estimates by management that have a material impact on the carrying value of certain assets and liabilities, disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses during the reporting period, which management considers to be critical accounting estimates. The judgments, assumptions and estimates used by management are based on historical experience, management's experience, and other factors, which are believed to be reasonable under the circumstances. Because of the nature of the judgments and assumptions made by management, actual results could differ materially from these judgments and estimates, which could have a material impact on the carrying values of the Company's assets and liabilities and the results of operations.

**Comprehensive Loss**

During the years ended December 31, 2021, 2020, and 2019, the Company did not have any other comprehensive income and, therefore, the net loss and comprehensive loss were the same for all periods presented.

**Cash and Cash Equivalents**

The Company has cash deposits and cash equivalents deposited in or managed by major financial institutions. Cash equivalents include highly liquid investment instruments with original maturities of three months or less, and consist primarily of money market funds. At times the related amounts are in excess of the amounts insured by the Federal Deposit Insurance Corporation. The Company has not experienced any losses with these financial institutions and does not believe it represents significant credit risk.

**Restricted Cash**

Amounts included in restricted cash primarily represent the deposits required under the Company's short-term revolving facilities and any undistributed amounts collected on the finance receivables pledged under the Company's finance receivable facilities as explained in Note 9 — Debt Instruments. As of December 31, 2021, restricted cash also includes certain cash held for corporate insurance purposes.

**Accounts Receivable, Net**

Accounts receivable, net of an allowance for doubtful accounts, includes certain amounts due from customers and their finance providers. The allowance for doubtful accounts is estimated based upon historical experience, current economic conditions, and other factors and is evaluated periodically. The allowance for doubtful accounts was approximately $20 million and $5 million as of December 31, 2021 and 2020, respectively.

**Finance Receivables Held for Sale, Net**

Finance receivables include installment contracts the Company originates to its customers to facilitate vehicle sales. The Company classifies these receivables as held for sale, as it does not intend to hold the finance receivables it originates to maturity. The Company typically sells the finance receivables it originates, as explained in Note 7 — Finance Receivable Sale Agreements and Note 8 — Securitizations and Variable Interest Entities. The Company records a valuation allowance to report finance receivables at the lower of unpaid principal balance or fair value. To determine the fair value of finance receivables the Company utilizes industry-standard modeling, such as discounted cash flow analysis, factoring in the Company's historical experience, the credit quality of the underlying receivables, loss trends and recovery rates, as well as the overall economic environment. For purposes of determining the valuation allowance, finance receivables are evaluated collectively to determine the allowance as they represent a large group of smaller-balance homogeneous loans. The allowance was approximately $21 million and $16 million as of December 31, 2021 and 2020, respectively. Principal balances of finance receivables are charged-off when the Company is unable to sell the finance receivable and the related vehicle has been repossessed and liquidated or the receivable has otherwise been deemed uncollectible. Interest income on finance receivables held for sale is recognized when

81

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

earned based on contractual loan terms and is included in other sales and revenues. Loan origination costs are capitalized and recognized as a reduction to the gain on loan sale when the loans are sold.

**Vehicle Inventory**

Vehicle inventory consists of used vehicles, primarily acquired directly from customers and at auction. Direct and indirect vehicle reconditioning costs including parts and labor, inbound transportation costs and other incremental overhead costs are capitalized as a component of inventory. Inventory is stated at the lower of cost or net realizable value. Vehicle inventory cost is determined by specific identification. Net realizable value is the estimated selling price less costs to complete, dispose and transport the vehicles. Selling prices are derived from historical data and trends, such as sales price and inventory turn times of similar vehicles, as well as independent market resources. Each reporting period the Company recognizes any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value through cost of sales in the accompanying consolidated statements of operations.

**Property and Equipment**

Property and equipment consists of land, buildings and improvements, transportation fleet equipment, software, and furniture, fixtures and equipment and is stated at cost less accumulated depreciation and amortization. Repairs and maintenance costs that extend the life or utility of an asset are also capitalized. Ordinary repairs and maintenance are charged to expense as incurred. Costs incurred during construction are capitalized as construction in progress and reclassified to the appropriate fixed asset categories when the project is completed. In addition, interest on borrowings during the active construction period of construction projects is capitalized and depreciated over the estimated useful lives of the related assets. Costs incurred during the preliminary project planning phase are charged to expense as incurred.

The Company capitalizes direct costs of materials and services consumed in developing or obtaining internal-use software. The Company also capitalizes payroll and payroll-related costs for employees who are directly associated with and who devote time to the development of software products for internal use, to the extent of the time spent directly on the project. Capitalization of costs begins during the application development stage and ends when the software is available for general use. Costs incurred during the preliminary project and post-implementation stages are charged to expense as incurred.

Depreciation and amortization are computed using the straight-line method over the lesser of the remaining lease term or the following estimated useful lives:

| | |
|---|---|
| Buildings and improvements | 15-30 years |
| Transportation fleet equipment | 5-6 years |
| Software | 3 years |
| Furniture, fixtures and equipment | 3-5 years |

Management reviews long-lived assets for impairment when events or changes in circumstances indicate the carrying amount of an asset may not be recoverable. The Company compares the sum of estimated undiscounted future cash flows expected to result from the use of the asset to the carrying value of the asset. When the carrying value of the asset exceeds its estimated undiscounted future cash flows, the Company recognizes an impairment charge for the amount by the which the carrying value of the asset exceeds the fair value of the asset. The Company periodically reassesses the useful lives of its long-lived assets when events or circumstances indicate that useful lives have significantly changed from the previous estimate. The Company recorded no impairment charges during the years ended December 31, 2021, 2020, and 2019. See Note 3 — Property and Equipment, Net for additional information on property and equipment.

**Goodwill and Intangible Assets**

Intangible assets are recognized and recorded at their acquisition date fair values. Definite-lived intangible assets consist of developed technology, customer relationships, and non-compete agreements and are amortized on a straight-line basis over their estimated useful lives. The Company determined the useful lives of its definite-lived intangible assets based on multiple factors including technological obsolescence, the make-up of the acquired customer base and expected attrition, and the period over which expected cash flows are used to measure the fair value of the intangible asset at acquisition. The Company periodically reassesses the useful lives of its definite-lived intangible assets when events or circumstances indicate that useful lives have

82

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

significantly changed from the previous estimate. No impairment charges related to intangible assets were recognized during the years ended December 31, 2021, 2020, or 2019.

Goodwill represents the excess purchase price over the fair value of the net assets acquired. Goodwill is not amortized but is tested at least annually or more frequently when events or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying amount. The Company has one operating segment, which is its reporting unit; therefore, management analyzes goodwill associated with all of its operations when analyzing for potential impairment. The Company first assesses qualitative factors to determine if it is not more likely than not that the fair value of its reporting unit is less than its carrying amount. No impairment charges related to goodwill were recognized during the years ended December 31, 2021, 2020, or 2019.

**Leases**

The Company determines if an arrangement is a lease at inception by evaluating if the asset is explicitly or implicitly identified or distinct, if the Company will receive substantially all of the economic benefit or if the lessor has an economic benefit and the ability to substitute the asset. Right-of-use ("ROU") assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent the Company's obligation to make lease payments arising from the lease. The Company assesses whether the lease is an operating or finance lease at its inception. Operating lease liabilities are recognized at commencement date based on the present value of the lease payments over the lease term. To calculate the present value, the Company uses the implicit rate in the lease when readily determinable. However, the Company's leases generally do not provide an implicit rate and it uses its incremental borrowing rate. The incremental borrowing rate is based on collateralized borrowings of similar assets with terms that approximate the lease term when available and when collateralized rates are not available, it uses uncollateralized rates with similar terms adjusted for the fact that it is an unsecured rate. The operating lease ROU asset is the initial lease liability adjusted for any prepayments, initial indirect costs incurred by the Company, and lease incentives. The Company's operating leases are included in operating lease right-of-use assets, other current liabilities, and operating lease liabilities on the accompanying consolidated balance sheets. The Company's finance leases are included in property and equipment and long-term debt on the accompanying consolidated balance sheets.

**Securitizations and Variable Interest Entities**

The Company reviews subsidiaries and affiliates, as well as other entities, to determine if they should be considered VIEs, and whether it should change the consolidation determinations based on changes in their characteristics. The Company considers an entity a VIE if its equity investors own an interest therein that lacks the characteristics of a controlling financial interest or if such investors do not have sufficient equity at risk for the entity to finance its activities without additional subordinated financial support or if the entity is structured with non-substantive voting interests. A VIE is consolidated by its primary beneficiary, the party that has both the power to direct the activities that most significantly impact the VIE's economic performance and the obligation to absorb losses or the right to receive benefits of the VIE that could potentially be significant to the VIE. The Company evaluates whether it has variable interests in the VIE and if so, if it is the primary beneficiary of the VIE on an ongoing basis. The Company consolidates VIEs when it is deemed to be the primary beneficiary.

The Company sponsors asset-backed securitization transactions. These transactions often result in the creation of securitization trusts, which are VIEs. To comply with Regulation RR of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (the "Risk Retention Rules") the Company retains at least a 5% interest in the credit risk of the underlying finance receivables, which it accomplishes by retaining at least a 5% interest in each security issued by the securitization trusts. Typically, this includes notes and certificates, which are presented as beneficial interests in securitizations on the accompanying consolidated balance sheets.

83

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Other Assets**

Other current assets consist of various items, including, among other items, software licenses and subscriptions, prepaid expenses, the estimated reserve for vehicle inventory returns, the current portion of the purchase price adjustment receivables based on the performance of the Company's finance receivables, the current portion of the receivable related to the excess cash reserves over realized claims of vehicle service contracts ("VSCs"), and deposits.

Other assets consist of various items, including, among other items, investment in equity instruments (as further discussed in Note 17 — Fair Value of Financial Instruments), the purchase price adjustment receivables based on the performance of the Company's finance receivables, the receivable related to the excess cash reserves over realized claims of VSCs, deposits, and debt issuance costs on revolving debt instruments.

**Accrued Liabilities**

Accrued liabilities consist of various items payable within one year, including, among other items, accruals for capital expenditures, sales tax, compensation and benefits, vehicle licenses and fees, interest expense, reserves for returns and cancellations, and advertising expenses.

**Other Liabilities**

As of December 31, 2021 and 2020, other current liabilities primarily consist of the current portion of operating lease liabilities. Other liabilities consist of various items to be recognized beyond one year, including the deferred tax liability associated with acquisitions of intangible assets.

**Revenue Recognition**

The Company recognizes revenue in accordance with the five-step model prescribed by ASC 606 that includes: (1) identify the contract; (2) identify the performance obligations; (3) determine the transaction price; (4) allocate the transaction price to the performance obligations; and (5) recognize revenue when (or as) performance obligations are satisfied.

*Used Vehicle Sales*

The Company sells used vehicles directly to its customers through its website. The prices of used vehicles are set forth in the customer contracts at stand-alone selling prices which are agreed upon prior to delivery. The Company satisfies its performance obligation for used vehicle sales upon delivery when the risks and rewards of ownership and control pass to the customer. The Company recognizes revenue at the agreed upon purchase price stated in the contract, including any delivery charges, less an estimate for returns. Estimates for returns are based on an analysis of historical experience, trends and sales data. Changes in these estimates are reflected as an adjustment to revenue in the period identified. The amount of consideration received for used vehicle sales includes noncash consideration representing the value of trade-in vehicles, if applicable, as stated in the contract. Prior to the delivery of the vehicle, the payment is received or financing has been arranged. Payments from customers that finance their purchases with third parties are typically due and collected within 30 days of delivery of the used vehicle. Revenue excludes any sales taxes, title and registration fees, and other government fees that are collected from customers.

*Wholesale Vehicle Sales*

The Company sells vehicles to wholesalers. These vehicles sold to wholesalers are primarily acquired from customers and do not meet the Company's quality standards to list and sell through its website. The Company satisfies its performance obligation for wholesale vehicle sales when the wholesale purchaser obtains control of the underlying vehicle, which is upon delivery when the transfer of title, risks and rewards of ownership, and control pass to the wholesale purchaser. The Company recognizes revenue at the amount it expects to receive for the used vehicle, which is the fixed price determined at the auction. The purchase price of the wholesale vehicle is typically due and collected within 30 days of delivery of the wholesale vehicle.

84

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

*Other Sales and Revenues*

Other sales and revenues include gains on the sales of finance receivables, commissions on VSCs, GAP waiver coverage, commissions on GAP waiver coverage, and interest income received on finance receivables prior to selling them to investors.

Customers purchasing used vehicles from the Company may enter into contracts for VSCs and, if they finance with the Company, GAP waiver coverage. The prices of VSCs and GAP waiver coverage are set forth in each contract. The Company sells and receives a commission on VSCs under a master dealer agreement with DriveTime, pursuant to which the Company sells VSCs that DriveTime administers and is the obligor. The Company receives a commission on GAP waiver coverage contracts where the administrator of the contract is obligated to reimburse the holder of the underlying finance receivable for a balance that is in excess of the value of the financed vehicle in the event of a total loss. The Company recognizes commission revenue at the time of sale, net of a reserve for estimated contract cancellations. GAP waiver coverage contracts obligate whoever holds the underlying finance receivable to not attempt collection of a balance that is in excess of the value of the financed vehicle in the event of a total loss. GAP waiver coverage is recognized as the performance obligation is satisfied over the period of coverage, generally on a straight-line basis over the expected period the outstanding balance of the related finance receivable will exceed the value of the financed vehicle, less a reserve for cancellations. Upon selling the corresponding finance receivable, the Company recognizes any remaining deferred revenue. The reserve for cancellations of VSCs and GAP waiver coverage contracts is estimated based upon historical experience and recent trends and is reflected as a reduction of other sales and revenues. Changes in these estimates are reflected as an adjustment to other sales and revenues in the period identified.

Under the master dealer agreement with DriveTime, the Company is also contractually entitled to receive profit-sharing revenues based on the performance of the VSCs once a required claims period has passed. This is a form of variable consideration the Company recognizes as revenue to the extent that it is probable that it will not result in a significant revenue reversal. The Company applies the expected value method, utilizing expected VSC performance based on historical claims and cancellation data from its customers, as well as other qualitative assumptions to estimate the amount it expects to receive. The Company reassesses the estimate each reporting period with any changes reflected as an adjustment to other sales and revenues in the period identified. Profit-sharing payments will begin when the underlying VSCs reach a specified level of claims history. As of December 31, 2021 and 2020, the Company had ending receivables of approximately $19 million and $10 million, respectively, related to cumulative profit-sharing payments recognized as revenue to which it expects to be entitled. The receivables are included in other current assets and other assets on the accompanying consolidated balance sheets.

The Company accounts for sales of finance receivables in accordance with ASC Topic 860, *Transfers and Servicing of Financial Assets* ("ASC 860"). ASC 860 states that a transfer of an entire financial asset, a group of entire financial assets, or a participating interest in an entire financial asset in which the transferor surrenders control over those financial assets is accounted for as a sale only if all of the following conditions are met:

- The transferred financial assets have been isolated from the transferor - put presumptively beyond the reach of the transferor and its creditors, even in bankruptcy or other receivership.

- Each transferee has the right to pledge or exchange the assets (or beneficial interests) it received, and no condition both constrains the transferee (or third-party holder of its beneficial interests) from taking advantage of its right to pledge or exchange the asset and provides more than a trivial benefit to the transferor.

- The transferor, its consolidated affiliates included in the financial statements being presented or its agents do not maintain effective control over the transferred financial assets or third-party beneficial interests related to those transferred assets.

For the years ended December 31, 2021, 2020, and 2019, all transfers of finance receivables met the requirements for sale treatment. The Company records the gain on the sale of a finance receivable upon receipt of proceeds, in an amount equal to the fair value of the net proceeds received less the carrying amount of the finance receivable. The Company has made customary representations related to the sales of finance receivables. Any significant estimated post-sale obligations or contingent obligations to the purchaser of the receivables would be accrued if probable and estimable in accordance with ASC 450, *Contingencies*. Any such obligations are considered in the Company's determination of the accounting for the transfers of the finance receivables under ASC Topic 860, *Transfers and Servicing of Financial Assets.*

85

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Cost of Sales**

Cost of sales includes the cost to acquire used vehicles and direct and indirect vehicle reconditioning costs associated with preparing the vehicles for resale. Vehicle reconditioning costs include parts, labor, inbound transportation costs, and other incremental overhead costs, which are allocated to inventory via specific identification and standard costing. Occupancy and labor costs not related to vehicle acquisition or reconditioning, including those incurred in connection with expanding production capacity, are expensed as incurred as a component of selling, general and administrative expense. Cost of sales also includes any necessary adjustments to reflect vehicle inventory at the lower of cost or net realizable value.

**Selling, General, and Administrative Expenses**

Selling, general, and administrative ("SG&A") expenses primarily include compensation and benefits, advertising, depreciation expense, facilities costs, technology expenses, logistics and fulfillment expenses, and other administrative expenses. SG&A expenses exclude the costs related to reconditioning vehicles and inbound transportation, which are included in cost of sales, and payroll costs of employees related to the development of software products for internal use, which are capitalized to software and depreciated over the estimated useful lives of the related assets.

**Advertising Costs**

Advertising production costs are expensed the first time the advertising takes place. All other advertising costs are expensed as incurred. Advertising expenses are included in SG&A expenses on the accompanying consolidated statements of operations. Advertising expense was approximately $479 million, $286 million, and $204 million during the years ended December 31, 2021, 2020, and 2019, respectively.

**Equity-Based Compensation**

The Company classifies equity-based awards granted in exchange for services as either equity awards or liability awards. The classification of an award as either an equity award or a liability award is generally based upon cash settlement options. Equity awards are measured based on the fair value of the award at the grant date. Liability awards are re-measured to fair value each reporting period. The Company recognizes equity-based compensation on a straight-line basis over the award's requisite service period, which is generally the vesting period of the award, less actual forfeitures. No compensation expense is recognized for awards for which participants do not render the requisite services. For equity and liability awards earned based on performance or upon occurrence of a contingent event, when and if the awards will be earned is estimated. If an award is not considered probable of being earned, no amount of equity-based compensation is recognized. If the award is deemed probable of being earned, related compensation expense is recorded over the estimated service period. To the extent the estimate of awards considered probable of being earned changes, the amount of equity-based compensation recognized will also change. See Note 12 — Equity-Based Compensation for additional information on equity-based compensation.

**Shipping and Handling**

The Company's logistics costs related to transporting its used vehicle inventory include fuel, maintenance, and depreciation related to operating its own transportation fleet, and third-party transportation fees. The portion of these costs related to inbound transportation from the point of acquisition to the inspection and reconditioning center are capitalized to inventory and then included in cost of sales when the related used vehicle is sold. Logistics costs not included in cost of sales are included in selling, general and administrative expenses in the accompanying consolidated statements of operations and were approximately $148 million, $77 million, and $58 million during the years ended December 31, 2021, 2020, and 2019, respectively, excluding compensation and benefits.

**Defined Contribution Plan**

The Company sponsors a qualified 401(k) retirement plan (defined contribution plan) for its employees. The plan covers substantially all employees who have attained the age of 18. Participants may voluntarily contribute to the plan up to the maximum limits established by Internal Revenue Service regulations. The Company provides matching contributions of 40% up to the first 6% of an employee's compensation, which vests evenly over the employee's initial five-year service period. Employer contributions to the plan, net of forfeitures, were approximately $5 million, $3 million, and $2 million for the years ended December 31, 2021, 2020, and 2019, respectively. Employer contributions are included in selling, general, and administrative expenses in the accompanying consolidated statements of operations.

86

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Derivative Instruments and Hedging Activities**

The Company from time to time enters into short-term derivative instruments to manage risks arising from its business operations and economic conditions, primarily cash flow variability that may arise from interest rate changes between the time the Company originates finance receivables and the time it sells them through securitizations. The Company does not designate these derivative instruments as hedges under ASC 815, *Derivatives and Hedging* for hedge accounting treatment and as a result they are accounted for as economic hedges. Gains and losses related to the derivative instruments are included within other sales and revenues to follow the presentation of the hedged item within the accompanying consolidated statements of operations and any derivative instruments outstanding as of the end of the period are reported at fair value on the accompanying consolidated balance sheets.

**Fair Value Measurements**

The fair value of financial instruments is based on estimates using quoted market prices, discounted cash flows, or other valuation techniques. Those techniques are significantly affected by the assumptions used, including the discount rate and the estimated timing and amount of future cash flows. Therefore, the estimates of fair value may differ substantially from amounts that ultimately may be realized or paid at settlement or maturity of the financial instruments, and those differences may be material. Accordingly, the aggregate fair value amounts presented may not represent the Company's underlying institutional value.

The Company uses the three-tier hierarchy established by U.S. GAAP, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value to determine the fair value of its financial instruments. This hierarchy indicates to what extent the inputs used in the Company's calculations are observable in the market. The different levels of the hierarchy are defined as follows:

| | |
|---|---|
| **Level 1:** | Unadjusted quoted prices in active markets for identical assets or liabilities. |
| **Level 2:** | Other than quoted prices that are observable in the market for the asset or liability, either directly or indirectly, such as quoted prices for similar assets or liabilities; quoted prices in markets that are not active; or model-derived valuations or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities. |
| **Level 3:** | Inputs are unobservable and reflect management's estimates of assumptions that market participants would use in pricing the asset or liability. |

The Company has elected the fair value option for its beneficial interests in securitizations, which primarily include notes and certificates of the securitization trusts. Electing the fair value option allows the Company to recognize changes in the fair value of these assets in the period the fair value changes. The changes in fair value are recorded within other expense, net and amounts attributable to interest income are reported in interest expense, net as earned on the accompanying consolidated statements of operations. See Note 17 — Fair Value of Financial Instruments for additional information.

**Segments**

Business segments are defined as components of an enterprise about which discrete financial information is available that is evaluated regularly by the chief operating decision maker in deciding how to allocate resources and in assessing operating performance. Based on the way the Company manages its business, the Company has determined that it currently operates with one reportable segment. The chief operating decision maker focuses on consolidated results in assessing operating performance and allocating resources. Furthermore, the Company offers similar products and services and uses similar processes to sell those products and services to similar classes of customers throughout the United States ("U.S."). Substantially all revenue is generated and all assets are held in the U.S. for all periods presented.

**Income Taxes**

The Company accounts for income taxes pursuant to the asset and liability method, which requires the recognition of deferred income tax assets and liabilities related to the expected future tax consequences arising from temporary differences

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

between the carrying amounts and tax bases of assets and liabilities based on enacted statutory tax rates applicable to the periods in which the temporary differences are expected to reverse. Any effects of changes in income tax rates or laws are included in income tax expense in the period of enactment. The Company reduces the carrying amounts of deferred tax assets by a valuation allowance if, based on the evidence available, it is more likely than not that such assets will not be realized. In making the assessment under the more likely than not standard, appropriate consideration must be given to all positive and negative evidence related to the realization of the deferred tax assets. The assessment considers, among other matters, the nature, frequency and severity of current and cumulative losses, forecasts of future profitability, the duration of statutory carry forward periods by jurisdiction, the Company's experience with loss carryforwards not expiring unutilized, and all tax planning alternatives that may be available. A valuation allowance is recognized if under applicable accounting standards the Company determines it is more likely than not that its deferred tax assets would not be realized. See Note 14 — Income Taxes for additional information.

**Adoption of New Accounting Standards**

In March 2020, the FASB issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting* ("ASU 2020-04"). ASU 2020-04 provides optional guidance for a limited period of time related to contract modifications and hedge accounting to ease the potential burden in accounting for (or recognizing the effects of) reference rate reform on financial reporting. The standard is effective from March 12, 2020 through December 31, 2022, except for hedging relationships existing as of December 31, 2022 that an entity has elected certain optional expedients for and that are retained through the end of the hedging relationship. The Company may elect to take advantage of this optional guidance in its transition away from LIBOR within certain debt contracts but does not expect a material impact on its consolidated financial statements. As of December 31, 2021, the Company had not modified any contracts or had any hedge accounting activity in which it utilized the optional guidance under ASU 2020-04.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes* ("ASU 2019-12"). ASU 2019-12 removes certain exceptions to the general principles in Topic 740 and also clarifies and amends existing guidance to improve consistent application. The Company adopted ASU 2019-12 for its fiscal year beginning January 1, 2021 and it did not have a material effect on its consolidated financial statements.

**NOTE 3 — PROPERTY AND EQUIPMENT, NET**

The following table summarizes property and equipment, net, as of December 31, 2021 and 2020:

| | December 31, | | |
| --- | --- | --- | --- |
| | **2021** | | **2020** |
| | (in millions) | | |
| Land and site improvements | $ | 303 | $ | 132 |
| Buildings and improvements | | 643 | | 477 |
| Transportation fleet | | 347 | | 190 |
| Software | | 169 | | 113 |
| Furniture, fixtures, and equipment | | 97 | | 60 |
| Total property and equipment excluding construction in progress | | 1,559 | | 972 |
| Less: accumulated depreciation and amortization on property and equipment | | (294) | | (171) |
| Property and equipment excluding construction in progress, net | | 1,265 | | 801 |
| Construction in progress | | 295 | | 108 |
| Property and equipment, net | $ | 1,560 | $ | 909 |

Depreciation and amortization expense on property and equipment was approximately $103 million, $72 million, and $40 million for the years ended December 31, 2021, 2020, and 2019, respectively. These amounts primarily relate to selling, general, and administrative activities and are included as a component of selling, general, and administrative expenses in the accompanying consolidated statements of operations.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

The Company capitalized internal use software costs totaling approximately $59 million, $49 million, and $32 million during the years ended December 31, 2021, 2020, and 2019, respectively, which is included in software and construction in progress in the table above. The Company capitalized approximately $45 million, $36 million, and $25 million during the years ended December 31, 2021, 2020, and 2019, respectively, of payroll and payroll-related costs for employees who are directly associated with and who devote time to the development of software products for internal use.

The Company capitalizes interest in connection with various construction projects to build, upgrade, or remodel certain of its facilities. During the years ended December 31, 2021, 2020, and 2019, the Company incurred total interest costs, net of interest income, of approximately $185 million, $139 million, and $84 million, respectively, of which approximately $9 million, $8 million, and $3 million, respectively, were capitalized.

**NOTE 4 — GOODWILL AND INTANGIBLE ASSETS**

On April 12, 2018, the Company acquired Car360, Inc. ("Car360"), a provider of app-based photo capture technology. The following table summarizes intangible assets and goodwill related to the Car360 acquisition as of December 31, 2021 and 2020:

| | | December 31, | |
| --- | --- | --- | --- |
| | Useful Life | 2021 | 2020 |
| | | (in millions) | |
| Intangible assets: | | | |
| Developed technology | 7 years | $ 9 | $ 9 |
| Non-compete agreements | 5 years | 1 | 1 |
| Intangible assets, acquired cost | | 10 | 10 |
| Less: accumulated amortization | | (6) | (4) |
| Intangible assets, net | | $ 4 | $ 6 |
| | | | |
| Goodwill | N/A | $ 9 | $ 9 |

Amortization expense was approximately $2 million during all the years ended December 31, 2021, 2020, and 2019, respectively. As of December 31, 2021, the remaining weighted-average amortization period for definite-lived intangible assets was approximately 3.1 years. The anticipated annual amortization expense to be recognized in future years as of December 31, 2021 is as follows:

| | Expected Future Amortization |
| --- | --- |
| | (in millions) |
| 2022 | $ 1 |
| 2023 | 1 |
| 2024 | 1 |
| 2025 | 1 |
| 2026 | — |
| Thereafter | — |
| Total | $ 4 |

89

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

## NOTE 5 — ACCOUNTS PAYABLE AND OTHER ACCRUED LIABILITIES

The following table summarizes accounts payable and other accrued liabilities as of December 31, 2021 and 2020:

| | December 31, | |
|---|---|---|
| | **2021** | **2020** |
| | **(in millions)** | |
| Accounts payable, including $27 and $16, respectively, due to related parties | $ 141 | $ 67 |
| Sales taxes and vehicle licenses and fees | 102 | 71 |
| Accrued property and equipment | 85 | 33 |
| Accrued compensation and benefits | 45 | 34 |
| Reserve for returns and cancellations | 44 | 25 |
| Accrued interest expense | 42 | 20 |
| Accrued advertising costs | 40 | 21 |
| Customer deposits | 34 | 17 |
| Other accrued liabilities | 123 | 54 |
| Total accounts payable and other accrued liabilities | $ 656 | $ 342 |

## NOTE 6 — RELATED PARTY TRANSACTIONS

**Lease Agreements**

In November 2014, the Company and DriveTime entered into a lease agreement that governs the Company's access to and utilization of temporary storage, reconditioning, offices and parking space at various DriveTime facilities (the "DriveTime Lease Agreement"). The DriveTime Lease Agreement was most recently amended in December 2018. Lease duration varies by location, with cancellable terms, provided 60 days' prior written notice is given, expiring between 2022 and 2024. The Company has the right to exercise up to two consecutive one-year renewal options at up to ten of these locations, less the numbers of locations renewed under the DriveTime Hub Lease Agreement described below.

In March 2017, the Company and DriveTime entered into a lease agreement that governs the Company's access to and utilization of office and parking space at various DriveTime facilities (the "DriveTime Hub Lease Agreement"). The DriveTime Hub Lease Agreement was most recently amended in July 2021. Lease expiration varies by location with most having cancellable terms, provided 60 days' prior written notice is given, expiring between 2022 and 2023 and the Company having the right to exercise up to two consecutive one-year renewal options at up to ten of these locations, less the number of locations renewed under the DriveTime Lease Agreement described above.

The DriveTime Lease Agreement and the DriveTime Hub Lease Agreement both have non-cancellable lease terms of less than twelve months with rights to terminate at the Company's election with 60 days' prior written notice and extension options as described above. At non-reconditioning locations, it is not reasonably certain that the Company will exercise its options to extend the leases or abstain from exercising its termination rights within these lease agreements to create a lease term greater than one year and therefore the Company accounts for them as short-term leases. For these locations, the Company makes variable monthly lease payments based on its pro rata utilization of space at each facility plus a pro rata share of each facility's actual insurance costs and real estate taxes. Management has determined that the costs allocated to the Company are based on a reasonable methodology. The DriveTime Lease Agreement includes the Blue Mound and Delanco IRCs. At both of these locations, the Company expects to extend the lease terms beyond twelve months, therefore those locations are not considered short-term leases. The Company occupies all of the space at these IRCs and makes monthly lease payments based on DriveTime's actual rent expense. In addition, the Company is responsible for the actual insurance costs and real estate taxes at these IRC locations.

At all locations, the Company is additionally responsible for paying for any tenant improvements it requires to conduct its operations. Management has determined that the costs allocated to the Company are based on a reasonable methodology.

90

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

In 2016 and 2018, the Company entered into lease agreements related to an IRC in Tolleson, Arizona, with Verde Investments, Inc., an affiliate of DriveTime ("Verde"), with an initial term of approximately 15 years. In September 2020, to consummate a sale leaseback transaction with an unrelated third party, the Company exercised a pre-existing option to purchase the leased land and related assets from Verde for its net book value of approximately $22 million thus terminating the lease agreement. The Company immediately sold such land and related assets along with the Company's leasehold improvements at the IRC to a third party who simultaneously leased back the land and the IRC to the Company.

In February 2017, the Company entered into a lease agreement with DriveTime for sole occupancy of a fully operational IRC in Winder, Georgia, where the Company previously maintained partial occupancy. The lease has an initial term of eight years, subject to the Company's ability to exercise three renewal options of five years each.

In November 2018, the Company entered into a lease agreement with DriveTime of a fully operational IRC near Cleveland, Ohio. The lease has an initial term of three years, subject to the Company's ability to exercise three renewal options of five years each. In July 2021, the Company exercised the first renewal option to extend through October 2026 and agreed to assume the lease from DriveTime effective October 1, 2021.

Expenses related to these operating lease agreements are allocated based on usage to inventory and selling, general and administrative expenses in the accompanying consolidated balance sheets and statements of operations. Costs allocated to inventory are recognized as cost of sales when the inventory is sold. During the year ended December 31, 2021, total costs related to these operating lease agreements, including those noted above, were approximately $5 million with approximately $2 million and $3 million allocated to inventory and selling, general, and administrative expenses, respectively. During the year ended December 31, 2020, total costs related to these operating lease agreements were approximately $7 million with approximately $3 million and $4 million allocated to inventory and selling, general, and administrative expenses, respectively. During the year ended December 31, 2019, total costs related to these operating lease agreements were approximately $8 million with approximately $3 million and $5 million allocated to inventory and selling, general, and administrative expenses, respectively.

In February 2019, the Company entered into an agreement to assume a lease of an IRC near Nashville, Tennessee that DriveTime leased from an unrelated landlord. While the Company solely occupies the IRC, DriveTime is not fully released from the lease obligations by the landlord. The lease expires in October 2023, subject to the ability to exercise three renewal options of five years each.

During the year ended December 31, 2019, the Company purchased certain leasehold improvements and equipment from DriveTime at facilities the Company previously shared with them for DriveTime's net book value of approximately $6 million.

**Corporate Office Leases**

In September 2016, the Company entered into a lease for the second floor of its corporate headquarters in Tempe, Arizona. In connection with that lease, the Company entered into a sublease with DriveTime for the use of the first floor of the same building. The lease and sublease each have a term of 83 months, subject to the right to exercise three five-year extension options. Pursuant to the sublease, the Company will pay rent equal to the amounts due under DriveTime's master lease directly to DriveTime's landlord. The rent expense incurred related to this first floor sublease was approximately $1 million during each of the years ended December 31, 2021, 2020, and 2019.

In December 2019, Verde purchased an office building in Tempe, Arizona that the Company leased from an unrelated landlord prior to Verde's purchase. In connection with the purchase, Verde assumed that lease. The lease has an initial term of ten years, subject to the right to exercise two five-year extension options. During both the years ended December 31, 2021 and 2020, the rent expense incurred under the lease with Verde was approximately $1 million.

91

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Wholesale Revenue**

In 2020, DriveTime began purchasing wholesale vehicles from the Company through competitive online auctions that are managed by an unrelated third party. As a result, the Company recognized approximately $54 million and $4 million of wholesale revenue from DriveTime during the years ended December 31, 2021 and 2020, respectively.

**Retail Vehicle Acquisitions**

During the second quarter of 2021, the Company began acquiring reconditioned retail vehicles from DriveTime. The purchase price of each vehicle was equal to the wholesale price of the vehicle plus a fee for transportation and reconditioning services. As of December 31, 2021, approximately $19 million of these vehicles were included in vehicle inventory in the accompanying consolidated balance sheets. The Company also recognized approximately $62 million of cost of goods sold during the year ended December 31, 2021 related to vehicles acquired from DriveTime.

**Master Dealer Agreement**

In December 2016, the Company entered into a master dealer agreement with DriveTime (the "Master Dealer Agreement"), pursuant to which the Company may sell VSCs to customers purchasing a vehicle from the Company. The Company earns a commission on each VSC sold to its customers and DriveTime is obligated by and subsequently administers the VSCs. The Company collects the retail purchase price of the VSCs from its customers and remits the purchase price net of commission to DriveTime. During the years ended December 31, 2021, 2020, and 2019, the Company recognized approximately $186 million, $94 million, and $56 million, respectively, of commissions earned on VSCs sold to its customers and administered by DriveTime, net of a reserve for estimated contract cancellations. The commission earned on the sale of these VSCs is included in other sales and revenues in the accompanying consolidated statements of operations. In November 2018, the Company amended the Master Dealer Agreement to allow the Company to receive payments for excess reserves based on the performance of the VSCs versus the reserves held by the VSC administrator, once a required claims period for such VSCs has passed. In August 2020 and April 2021, the Company and DriveTime amended the Master Dealer Agreement to adjust excess reserve payment calculations and timing and the scope of DriveTime's after-sale administration services, respectively. During the years ended December 31, 2021, 2020, and 2019, the Company recognized approximately $20 million, $11 million, and $4 million, respectively, related to payments for excess reserves to which it expects to be entitled, which is included in other sales and revenues in the accompanying consolidated statements of operations.

Beginning in 2017, DriveTime also administers the Company's limited warranty provided to all customers and a portion of the Company's GAP waiver coverage under the Master Dealer Agreement. The Company pays a per-vehicle fee to DriveTime to administer the limited warranty included with every purchase and prior to the first quarter of 2020 paid a per-contract fee to DriveTime to administer a portion of the GAP waiver coverage it sells to its customers. Since the first quarter of 2020, the Company's GAP waiver coverage sales have been administered by an unrelated party. The Company incurred approximately $15 million, $6 million, and $4 million during the years ended December 31, 2021, 2020, and 2019, respectively, related to the administration of limited warranty and GAP waiver coverage.

**GAP Waiver Insurance Policy**

The Company purchased insurance policies from BlueShore Insurance Company ("BlueShore"), an affiliate of DriveTime, for less than $1 million and approximately $2 million during the years ended December 31, 2020 and 2019, respectively, that reimburses the lienholder of finance receivables with GAP waiver coverage for any GAP waiver claims on a defined set of finance receivables that the Company sold in its securitization transactions. The Company did not purchase any such policies during the year ended December 31, 2021. This insurance is transferred with the underlying finance receivable. In March 2019, the Company entered into a retrospective profit sharing agreement with BlueShore under which the Company shares in the profits generated from the insurance policies by receiving a portion of the excess of the premium it paid to BlueShore, net of a fee, compared to the amount BlueShore pays out related to the GAP waiver claims. The Company held a receivable of less than $1 million as of both December 31, 2021, and 2020, which is included in other assets on the accompanying consolidated balance sheets, related to this retrospective profit sharing agreement.

92

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Servicing and Administrative Fees**

DriveTime provides servicing and administrative functions associated with the Company's finance receivables. The Company incurred expenses of approximately $6 million, $6 million, and $4 million for the years ended December 31, 2021, 2020, and 2019, respectively, related to these services.

**Aircraft Time Sharing Agreement**

The Company entered into an agreement to share usage of two aircraft owned by Verde and operated by DriveTime in 2015, and the agreement was subsequently amended in 2017. Pursuant to the agreement, the Company agreed to reimburse DriveTime for actual expenses for each of its flights. The original agreement was for 12 months, with perpetual 12-month automatic renewals. Either the Company or DriveTime can terminate the agreement with 30 days' prior written notice. The Company reimbursed DriveTime less than $1 million during the years ended December 31, 2021, 2020, and 2019 under this agreement.

**Accounts Payable Due to Related Party**

As of December 31, 2021 and 2020, approximately $27 million and $16 million, respectively, was due to related parties primarily related to the agreements mentioned above, and is included in accounts payable and accrued liabilities in the accompanying consolidated balance sheets.

**Senior Unsecured Notes Held by Verde**

As of December 31, 2019, Verde held $15 million of principal of the Company's outstanding 2023 Notes. In October 2020, the Company redeemed all of the 2023 Notes, including the amount held by Verde, as defined and further discussed in Note 9 — Debt Instruments.

**Contribution Agreements**

In 2018, the Company announced a commitment by its Chief Executive Officer, Ernest Garcia III, to contribute shares of the Company's Class A common stock, for each then-current employee from his personal shareholdings to the Company at no charge (the "Share Contributions"). His contributions funded equity awards of 165 restricted stock units to each of the Company's then-current employees upon their satisfying certain employment tenure requirements (the "100k Milestone Gift"). The Company entered into certain contribution agreements related to his commitment in order to effect the transfer of shares from Mr. Garcia to the Company. The Company does not expect Mr. Garcia to incur any tax obligations related to the Share Contributions, but pursuant to a series of Contribution Agreements, it has indemnified Mr. Garcia from any such obligations that may arise. See Note 10 — Stockholders' Equity and Note 12 — Equity-Based Compensation for further discussion. As of December 31, 2019, Mr. Garcia's commitment related to the 100k Milestone Gift had been fulfilled.

**Shared Services Agreement with DriveTime**

In November 2014, the Company and DriveTime entered into a shared services agreement whereby DriveTime provided certain accounting and tax, legal and compliance, information technology, telecommunications, benefits, insurance, real estate, equipment, corporate communications, software and production, and other services primarily to facilitate the transition of these services to the Company on a standalone basis (the "Shared Services Agreement"). The Shared Services Agreement was most recently amended in February 2021 and operates on a year-to-year basis after February 2019, with the Company having the right to terminate any or all services with 30 days' prior written notice and DriveTime having the right to terminate any or all services with 90 days' prior written notice. Charges allocated to the Company are based on the Company's actual use of the specific services detailed in the Shared Services Agreement. The Company incurred less than $1 million in expenses related to the Shared Services Agreement during the years ended December 31, 2021, 2020, and 2019.

**NOTE 7 — FINANCE RECEIVABLE SALE AGREEMENTS**

The Company originates loans for its customers and sells them to investors and partners pursuant to finance receivable sale agreements. Historically, the Company has sold loans through two types of arrangements: forward flow agreements, including a

93

master purchase and sale agreement and master transfer agreements, and fixed pool loan sales, including securitization transactions.

**Master Purchase and Sale Agreement**

In December 2016, the Company entered into a master purchase and sale agreement (the "Master Purchase and Sale Agreement" or "MPSA") with Ally Bank and Ally Financial (collectively the "Ally Parties"). Pursuant to the MPSA, the Company sells finance receivables meeting certain underwriting criteria under a committed forward flow arrangement without recourse to the Company for their post-sale performance. Throughout 2020 and 2021, the Company and the Ally Parties have amended the MPSA to, among other things and subject to the terms of the agreement, broaden the set of finance receivables covered by the MPSA and provide additional flexibility in the timing of sales of finance receivables. In March 2021, the Ally Parties committed to purchase up to a maximum of $4.0 billion of principal balances of finance receivables through March 2022.

During the years ended December 31, 2021, 2020, and 2019, the Company sold approximately $2.1 billion, $2.2 billion, and $419 million, respectively, in principal balances of finance receivables under the MPSA and had approximately $1.9 billion of unused capacity as of December 31, 2021.

**Securitization Transactions**

The Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Risk Retention Rules, as further discussed in Note 8 — Securitizations and Variable Interest Entities.

During the years ended December 31, 2021, 2020 and 2019, the Company sold approximately $5.0 billion, $900 million and $1.9 billion, respectively, in principal balances of finance receivables through securitization transactions.

**Fixed Pool Loan Sales**

In 2020, the Company further expanded its finance platform by completing fixed pool loan sales to a new financing partner on terms substantially similar to the Company's securitization transactions and MPSA sales, including a sale of approximately $320 million in principal balances of finance receivables in December 2020. There were no such transactions during 2021.

**Transfer Agreements**

*2017 Master Transfer Agreement*

In November 2017, the Company entered into a master transfer agreement (the "2017 Master Transfer Agreement") with a purchaser trust (the "2017 Purchaser Trust") under which the 2017 Purchaser Trust committed to purchase an aggregate amount of principal balances of finance receivables.

On May 7, 2019, the Company purchased the certificate of the 2017 Purchaser Trust for $34 million, net of cash acquired. At the time of acquisition the trust assets included $140 million of finance receivables that the Company had previously sold to the trust under the 2017 Master Transfer Agreement, and its liabilities included $106 million in associated debt and other liabilities. In connection with the certificate purchase, the Company and Ally Bank entered into an Amended and Restated Loan and Security Agreement (the "A&R Loan and Security Agreement") pursuant to which Ally Bank agreed to provide a $350 million revolving credit facility to fund certain automotive finance receivables originated by the Company, as further described

94

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

in Note 9 — Debt Instruments. In February 2020, the 2017 Master Transfer Agreement terminated in connection with the termination of the A&R Loan and Security Agreement, as referenced in Note 9 — Debt Instruments.

During the year ended December 31, 2019, prior to the acquisition of the certificate in the trust, the Company sold approximately $139 million in principal balances of finance receivables under the 2017 Master Transfer Agreement.

During the year ended December 31, 2019, prior to the acquisition of the certificate in the trust, the Company also purchased finance receivables that it previously sold to the 2017 Purchaser Trust under the 2017 Master Transfer Agreement for a total price of approximately $128 million and immediately resold such finance receivables into a securitization transaction, which is described further in Note 8 — Securitizations and Variable Interest Entities. This transaction was entered into in connection with the securitization transaction and was entered into independently from the terms of the 2017 Master Transfer Agreement.

**Gain on Loan Sales**

The total gain related to finance receivables sold to financing partners and pursuant to securitization transactions was approximately $718 million, $218 million, and $137 million during the years ended December 31, 2021, 2020, and 2019, respectively, which is included in other sales and revenues in the accompanying consolidated statements of operations.

**NOTE 8 — SECURITIZATIONS AND VARIABLE INTEREST ENTITIES**

As noted in Note 7 — Finance Receivable Sale Agreements, the Company sponsors and establishes securitization trusts to purchase finance receivables from the Company. The securitization trusts issue asset-backed securities, some of which are collateralized by the finance receivables that the Company sells to the securitization trusts. Upon sale of the finance receivables to the securitization trusts, the Company recognizes a gain or loss on sales of finance receivables. The net proceeds from the sales are the fair value of the assets obtained as part of the transactions and typically include cash and at least 5% of the beneficial interests issued by the securitization trusts to comply with Regulation RR of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (the "Risk Retention Rules"). The beneficial interests retained by the Company include but are not limited to rated notes and certificates of the securitization trusts. The holders of the certificates issued by the securitization trusts have rights to cash flows only after the holders of the notes issued by the securitization trusts have received their contractual cash flows. The securitization trusts have no direct recourse to the Company's assets, and holders of the securities issued by the securitization trusts can look only to the assets of the securitization trusts that issued their securities for payment. The beneficial interests held by the Company are subject principally to the credit and prepayment risk stemming from the underlying finance receivables.

The securitization trusts established in connection with asset-backed securitization transactions are VIEs. For each VIE that the Company establishes in its role as sponsor of securitization transactions, it performs an analysis to determine whether or not it is the primary beneficiary of the VIE. The Company's continuing involvement with the VIEs consists of retaining a portion of the securities issued by the VIEs and performing ministerial duties as the trust administrator. As of December 31, 2021, the Company is not the primary beneficiary of these securitization trusts because its retained interests in the VIEs do not have exposures to losses or benefits that could potentially be significant to the VIEs. The Company does not consolidate the securitization trusts.

The assets the Company retains in the unconsolidated VIEs are presented as beneficial interests in securitizations on the accompanying consolidated balance sheets, which as of December 31, 2021 and 2020 were approximately $382 million and $131 million, respectively. The Company held no other assets or liabilities related to its involvement with unconsolidated VIEs as of December 31, 2021.

The following table summarizes the carrying value and total exposure to losses of its assets related to unconsolidated VIEs with which the Company has continuing involvement, but is not the primary beneficiary at December 31, 2021 and 2020. Total exposure represents the estimated loss the Company would incur under severe, hypothetical circumstances, such as if the value of the interests in the securitization trusts and any associated collateral declined to zero. The Company believes the possibility of this is remote. As such, the total exposure presented below is not an indication of the Company's expected losses.

95

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

| | December 31, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Total Exposure | Carrying Value | Total Exposure |
| | (in millions) | | | |
| Rated notes | $ 282 | $ 282 | $ 98 | $ 98 |
| Certificates and other assets | 100 | 100 | 33 | 33 |
| Total unconsolidated VIEs | $ 382 | $ 382 | $ 131 | $ 131 |

The beneficial interests in securitizations are considered securities available for sale subject to restrictions on transfer pursuant to the Company's obligations as a sponsor under Risk Retention Rules. As described in Note 9 — Debt Instruments, the Company has entered into secured borrowing facilities through which it finances certain of these retained beneficial interests in securitizations. These securities are interests in securitization trusts, thus there are no contractual maturities. The amortized cost and fair value of securities available for sale as of December 31, 2021 and 2020 were as follows:

| | December 31, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
| | (in millions) | | | |
| Rated notes | $ 282 | $ 282 | $ 96 | $ 98 |
| Certificates and other assets | 93 | 100 | 28 | 33 |
| Total securities available for sale | $ 375 | $ 382 | $ 124 | $ 131 |

## NOTE 9 — DEBT INSTRUMENTS

Debt instruments, excluding finance leases, which are discussed in Note 15 — Leases, as of December 31, 2021 and 2020 consisted of the following:

| | December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| | (in millions) | |
| Asset-Based Financing: | | |
| Floor Plan Facility | $ 1,877 | $ 40 |
| Finance Receivable Facilities | 176 | — |
| Financing of beneficial interests in securitizations | 282 | 81 |
| Notes payable | 10 | 27 |
| Real estate financing | 447 | 387 |
| Total asset-based financing | 2,792 | 535 |
| Senior Notes | 2,450 | 1,100 |
| Total debt | 5,242 | 1,635 |
| Less: current portion | (2,154) | (79) |
| Less: unamortized debt issuance costs [1] | (34) | (21) |
| Total long-term debt, net | $ 3,054 | $ 1,535 |

---

(1) The unamortized debt issuance costs related to long-term debt are presented as a reduction of the carrying amount of the corresponding liabilities on the accompanying consolidated balance sheets. Unamortized debt issuance costs related to revolving debt arrangements are presented within other assets on the accompanying consolidated balance sheets and not included here.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Short-Term Revolving Facilities**

*Floor Plan Facility*

The Company has a floor plan facility with a lender to finance its used vehicle inventory (the "Floor Plan Facility"), which is secured by the Company's vehicles, general intangibles, accounts receivable, and finance receivables. Under the Floor Plan Facility, repayment of amounts drawn for the purchase of a vehicle should generally be made within several days after selling or otherwise disposing of the vehicle. Outstanding balances related to vehicles held in inventory for more than 180 days require monthly principal payments equal to 10% of the original principal amount of that vehicle until the remaining outstanding balance is the lesser of (i) 50% of the original principal amount or (ii) 50% of the wholesale value. Prepayments may be made without incurring a premium or penalty. Additionally, the Company is permitted to make prepayments to the lender to be held as principal payments under the Floor Plan Facility and subsequently reborrow such amounts. The Floor Plan Facility also requires monthly interest payments and that at least 7.5% of the total principal amount owed to the lender is held as restricted cash.

Effective October 1, 2020, the Company amended the Floor Plan Facility to increase the line of credit to $1.25 billion, reduce the interest rate to one-month LIBOR plus 3.15% and extend the maturity date to March 31, 2023. Effective March 1, 2021, the interest rate was reduced to one-month LIBOR plus 2.65%. Effective July 1, 2021, the line of credit was increased to $1.75 billion, and the LIBOR-based interest rate was amended to a substantially similar rate tied to a prime rate minus 0.50%, in advance of the cessation of LIBOR. Effective December 1, 2021, the line of credit was increased to $2.25 billion. Effective February 1, 2022, the Company amended its Floor Plan Facility to increase the line of credit to $3.0 billion through September 22, 2022. The Company is also required to pay the lender an availability fee based on the average unused capacity during the prior calendar quarter.

For the year ended December 31, 2021, the effective interest rate on the Floor Plan Facility was approximately 2.55%, the Company had an outstanding balance under this facility of approximately $1.88 billion, unused capacity of approximately $373 million, and held approximately $141 million in restricted cash related to this facility. For the year ended December 31, 2020, the effective interest rate on the Floor Plan Facility was approximately 3.87%. As of December 31, 2020, the Company had an outstanding balance of approximately $40 million, unused capacity of approximately $1.2 billion, and held approximately $3 million in restricted cash related to this facility.

*Active Finance Receivable Facilities*

The Company has various short-term revolving credit facilities to fund certain automotive finance receivables originated by the Company prior to selling them, which are typically secured by the finance receivables pledged to them (the "Finance Receivable Facilities").

In January 2020, the Company entered into an agreement pursuant to which a lender agreed to provide a revolving credit facility, which was subsequently increased to $500 million, to fund certain automotive finance receivables originated by the Company. In June 2021, the Company amended its agreement to, among other things, extend the maturity date to January 24, 2023.

In February 2020, the Company entered into an agreement pursuant to which a second lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. In December 2021, the Company amended its agreement to, among other things, increase the line of credit to $600 million, and extend the maturity date to December 8, 2023.

On April 30, 2021, the Company entered into an agreement pursuant to which a third lender agreed to provide a $500 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company

97

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

can draw upon this facility until October 30, 2022. In December 2021, the Company amended its agreement to, among other things, increase this line of credit to $600 million.

On October 15, 2021, the Company entered into an agreement pursuant to which a fourth lender agreed to provide a $350 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company can draw upon this facility until April 15, 2023.

The facilities require that any undistributed amounts collected on the pledged finance receivables be held as restricted cash. The facilities require monthly payments of interest and fees based on usage and unused facility amounts. The facilities self-amortize from the end of the draw period until maturity, offer full prepayment rights, and have no credit sublimits or aging restrictions, subject to negotiated concentration limits. The subsidiaries that entered into these facilities are each wholly-owned, special purpose entities whose assets are not available to the general creditors of the Company. As of December 31, 2021, the Company had $176 million outstanding under these facilities, unused capacity of approximately $1.9 billion, and held approximately $67 million in restricted cash related to these facilities. As of December 31, 2020, the Company had no amounts outstanding under these facilities, unused capacity of $1.0 billion, and held approximately $25 million in restricted cash related to these facilities. For the years ended December 31, 2021 and 2020, the Company's effective interest rate on these facilities was approximately 1.64% and 2.77%.

*Past Finance Receivable Facilities*

In April 2019, the Company entered into an agreement pursuant to which Ally Bank agreed to provide a $300 million revolving credit facility to fund certain automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus a spread ranging from 1.00% to 1.80%.

In May 2019, the Company and Ally Bank entered into a separate agreement to provide an additional $350 million revolving credit facility to fund certain other automotive finance receivables originated by the Company. The Company could draw upon this credit facility until April 17, 2020, and it had an annual interest rate of one-month LIBOR plus 1.95%.

Both credit facilities required that at least 2% of the outstanding pledged finance receivables principal balances, plus any undistributed amounts collected on the pledged finance receivables amount, be held as restricted cash. Interest payments on these credit facilities were payable monthly on each draw date. Principal repayments occurred on the fifteenth day of each calendar month in an amount equal to the undistributed receivables collected.

The Company voluntarily terminated these facilities in February 2020 after entering into certain of the active finance receivable facilities described above.

**Long-Term Debt**

*Senior Unsecured Notes*

Since 2018, the Company has issued various senior unsecured notes, each as further described below (collectively, the "Senior Notes") under various indentures, each as further described below (collectively, the "Indentures").

*2029 Senior Unsecured Notes*

On August 16, 2021, the Company issued $750 million in aggregate principal amount of 4.875% senior unsecured notes due September 1, 2029 (the "2029 Notes"). The 2029 Notes were newly issued under an indenture (the "2029 Indenture"), dated as of August 16, 2021, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2029 Notes is payable semi-annually on March 1 and September 1 of each year, beginning on March 1, 2022. The 2029 Notes mature on September 1, 2029 unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed for inventory, finance receivables, or securitization facilities and immaterial subsidiaries).

The Company may redeem some or all of the 2029 Notes on or after September 1, 2024 at redemption prices set forth in the 2029 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to September 1, 2024, the Company may redeem up to 35.0% of the aggregate principal amount of the 2029 Notes at a redemption price equal to 104.875%, together

98

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2029 Notes prior to September 1, 2024, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2029 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

*2027 Senior Unsecured Notes*

On March 29, 2021, the Company issued $600 million in aggregate principal amount of 5.50% senior unsecured notes due April 15, 2027 (the "2027 Notes"). The 2027 Notes were newly issued under an indenture (the "2027 Indenture"), dated as of March 29, 2021, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2027 Notes is payable semi-annually on April 15 and October 15 of each year, beginning on October 15, 2021. The 2027 Notes mature on April 15, 2027 unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed for inventory, finance receivables, or securitization facilities and immaterial subsidiaries).

The Company may redeem some or all of the 2027 Notes on or after April 15, 2024 at redemption prices set forth in the 2027 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to April 15, 2024, the Company may redeem up to 35.0% of the aggregate principal amount of the 2027 Notes at a redemption price equal to 105.50%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2027 Notes prior to April 15, 2024, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2027 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

*2025 and 2028 Senior Unsecured Notes*

On October 2, 2020, the Company issued $500 million in aggregate principal amount of 5.625% senior unsecured notes due October 1, 2025 (the "2025 Notes") and $600 million aggregate principal amount of 5.875% senior unsecured notes due October 1, 2028 (the "2028 Notes" and, collectively, the "2025 and 2028 Notes"). The 2025 and 2028 Notes were newly issued under separate indentures (the "2025 Indenture" and "2028 Indenture", respectively), each dated as of October 2, 2020, entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee. The interest on the 2025 and 2028 Notes is payable semi-annually on April 1 and October 1 of each year, beginning on April 1, 2021. The 2025 and 2028 Notes mature on October 1, 2025 and October 1, 2028, respectively, unless earlier repurchased or redeemed, and are guaranteed by the Company's existing domestic restricted subsidiaries (other than the subsidiaries formed for inventory, finance receivables, or securitization facilities and immaterial subsidiaries).

The Company may redeem some or all of the 2025 Notes on or after October 1, 2022 at redemption prices set forth in the 2025 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2022, the Company may redeem up to 35.0% of the aggregate principal amount of the 2025 Notes at a redemption price equal to 105.625%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2025 Notes prior to October 1, 2022, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2025 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

The Company may redeem some or all of the 2028 Notes on or after October 1, 2023 at redemption prices set forth in the 2028 Indenture, plus any accrued and unpaid interest to the redemption date. Prior to October 1, 2023, the Company may redeem up to 35.0% of the aggregate principal amount of the 2028 Notes at a redemption price equal to 105.875%, together with accrued and unpaid interest to, but not including, the date of redemption, with the net cash proceeds of certain equity offerings. In addition, the Company may, at its option, redeem some or all of the 2028 Notes prior to October 1, 2023, by paying a make-whole premium plus any accrued and unpaid interest to, but not including, the redemption date. If the Company experiences certain change of control events, it must make an offer to purchase all of the 2028 Notes at 101.0% of the principal amount thereof, plus any accrued and unpaid interest, to the repurchase date.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

In connection with the issuance of the 2029 Notes, 2027 Notes, 2025 Notes and 2028 Notes, Carvana Group issued non-convertible preferred units, which Carvana Co. purchased with its net proceeds from each issuance, as further discussed in Note 10 — Stockholders' Equity.

The Indentures contain restrictive covenants that limit the ability of the Company and certain of its subsidiaries to, among other things and subject to certain exceptions, incur additional debt or issue preferred stock, create new liens, make intercompany payments, pay dividends and make other distributions in respect of the Company's capital stock, redeem or repurchase the Company's capital stock or prepay subordinated indebtedness, make certain investments or certain other restricted payments, guarantee indebtedness, designate unrestricted subsidiaries, sell certain kinds of assets, enter into certain types of transactions with affiliates, and effect mergers or consolidations. Certain of these covenants will be suspended if the 2029 Notes, 2027 Notes, 2025 Notes and 2028 Notes are assigned an investment grade rating from any two of Moody's Investors Service, Inc., Standard & Poor's Rating Services, and Fitch Ratings, Inc., and there is no continuing default. As of December 31, 2021, the Company was in compliance with all covenants.

The outstanding principal of the Senior Notes, net of unamortized debt issuance costs, was approximately $2.4 billion and $1.1 billion as of December 31, 2021 and 2020, respectively, and is included in long-term debt in the accompanying consolidated balance sheets.

*2023 Senior Unsecured Notes*

On September 21, 2018, the Company issued an aggregate of $350 million in senior unsecured notes due 2023 (the "2023 Original Notes") under an indenture entered into by and among the Company, each of the guarantors party thereto and U.S. Bank National Association, as trustee (the "2023 Indenture"). On May 24, 2019, the Company issued $250 million in aggregate principal amount of additional notes (the "2023 Additional Notes") under the Indenture, at a 100.5% premium. The 2023 Original Notes and 2023 Additional Notes (together the "2023 Notes") were treated as a single class for all purposes and had the same terms. The 2023 Notes accrued interest at a rate of 8.875% per annum, which was payable semi-annually in arrears on April 1 and October 1 of each year.

In connection with the issuance of the 2023 Notes, Carvana Group amended its LLC Agreement to create a class of non-convertible preferred units, which Carvana Co. purchased with its net proceeds from the issuance of the 2023 Notes, as further discussed in Note 10 — Stockholders' Equity.

On October 2, 2020, the Company used approximately $627 million of the proceeds from the issuance of its 2025 and 2028 Notes, described above, to redeem in full the $600 million aggregate principal amount of its 2023 Notes by exercising its option to redeem all of the 2023 Notes at the redemption price set forth in the 2023 Indenture, plus accrued interest. The Company incurred approximately $34 million of debt extinguishment costs, including approximately $27 million of redemption premium and approximately $7 million related to derecognizing unamortized debt issuance costs and premium. The debt extinguishment costs are included in interest expense on the accompanying consolidated statements of operations.

*Notes Payable*

The Company has entered into promissory note and disbursement agreements to finance certain equipment for its transportation fleet and building improvements. The assets financed with the proceeds from these notes serve as the collateral for each note and certain security agreements related to these assets have cross collateralization and cross default provisions with respect to one another. Each note has a fixed annual interest rate, a two- to five-year term and requires monthly payments. As of December 31, 2021 and 2020, the outstanding principal of these notes had a weighted-average interest rate of 6.4% and 7.1%, respectively, and totaled approximately $10 million and $27 million, respectively, net of unamortized debt issuance costs, of which approximately $7 million and $17 million, respectively, was due within the next twelve months and is included in current portion of long-term debt in the accompanying consolidated balance sheets.

*Real Estate Financing*

The Company finances certain purchases and construction of its property and equipment through various sale and leaseback transactions. As of December 31, 2021, none of these transactions have qualified for sale accounting due to meeting the criteria for finance leases, or forms of continuing involvement, such as repurchase options or renewal periods that extend the lease for substantially all of the asset's remaining useful life, and are therefore accounted for as financing transactions. These arrangements require monthly payments and have initial terms of 20 to 25 years. Some of the agreements are subject to

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

renewal options of up to 25 years and some are subject to base rent increases throughout the term. As of December 31, 2021 and 2020, the outstanding liability associated with these sale and leaseback arrangements, net of unamortized debt issuance costs, was approximately $444 million and $385 million, respectively, and was included in long-term debt in the accompanying consolidated balance sheets.

*Financing of Beneficial Interests in Securitizations*

As discussed in Note 8 — Securitizations and Variable Interest Entities, the Company has retained certain beneficial interests in securitizations pursuant to the Company's obligations as a sponsor under Risk Retention Rules. Beginning in June 2019, the Company entered into secured borrowing facilities through which it finances certain retained beneficial interests in securitizations whereby the Company sells such interests and agrees to repurchase them for their fair value at a stated time of repurchase.

As of December 31, 2021 and 2020, the Company has pledged approximately $282 million and $81 million, respectively, of its beneficial interests in securitizations as collateral under the repurchase agreements with expected repurchases ranging from January 2023 to September 2028. The securitization trusts distribute payments related to the Company's pledged beneficial interests in securitizations directly to the lenders, which reduces the beneficial interests in securitizations and the related debt balance. Pledged collateral levels are monitored daily and are generally maintained at an agreed-upon percentage of the fair value of the amounts borrowed during the life of the transactions. In the event of a decline in the fair value of the pledged collateral, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The outstanding balance of these facilities, net of unamortized debt issuance costs, was approximately $279 million and $79 million, as of December 31, 2021 and 2020, respectively, of which approximately $93 million and $22 million was included in current portion of long-term debt in the accompanying consolidated balance sheets.

The following table summarizes the aggregate maturities due in each period for notes payable, Senior Notes, and financing of beneficial interests in securitizations as of December 31, 2021. Maturities related to financing of beneficial interests in securitizations are estimated based on expected timing of payments from the securitization trusts to the lender.

|  | As of December 31, 2021 |
| --- | --- |
|  | (in millions) |
| 2022 | $ 100 |
| 2023 | 79 |
| 2024 | 57 |
| 2025 | 536 |
| 2026 | 17 |
| Thereafter | 1,953 |
| Total | $ 2,742 |

**NOTE 10 — STOCKHOLDERS' EQUITY**

**Organizational Transactions**

Carvana Co.'s amended and restated certificate of incorporation, among other things, authorizes (i) 50 million shares of Preferred Stock, par value $0.01 per share, (ii) 500 million shares of Class A common stock, par value $0.001 per share, and (iii) 125 million shares of Class B common stock, par value $0.001 per share. Each share of Class A common stock generally entitles its holder to one vote on all matters to be voted on by stockholders. Each share of Class B common stock held by Ernest Garcia II, Ernest Garcia III, and entities controlled by one or both of them (collectively the "Garcia Parties") generally entitles its holder to ten votes on all matters to be voted on by stockholders, for so long as the Garcia Parties maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Carvana Co.'s Class A common stock determined on an as-exchanged basis assuming that all of the Class A Units and Class B Units were exchanged for Class A common stock. All other shares of Class B common stock generally entitle their holders to one vote per share on all matters to be voted on by stockholders. Holders of Class B common stock are not entitled to receive dividends and would not be entitled to receive any distributions upon the liquidation, dissolution or winding down of the Company. Holders of Class A and Class B common stock

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

vote together as a single class on all matters presented to stockholders for their vote or approval, except as otherwise required by applicable law.

Carvana Group's amended and restated LLC Agreement provides for two classes of common ownership interests in Carvana Group: (i) Class A Units and (ii) Class B Units (together, the "LLC Units"). Carvana Co. is required to, at all times, maintain (i) a four-to-five ratio between the number of shares of Class A common stock issued and outstanding by Carvana Co. and the number of Class A Units owned by Carvana Co. (subject to certain exceptions for treasury shares and shares underlying certain convertible or exchangeable securities and subject to adjustment as set forth in the exchange agreement (the "Exchange Agreement") further discussed below, and taking into account Carvana Co. Sub, LLC's 0.1% ownership interest in Carvana, LLC) and (ii) a four-to-five ratio between the number of shares of Class B common stock owned by the original holders of LLC units prior to the IPO (the "Original LLC Unitholders") and the number of Class A Units owned by the Original LLC Unitholders. The Company may issue shares of Class B common stock only to the extent necessary to maintain these ratios. Shares of Class B common stock are transferable only if an Original LLC Unitholder elects to exchange them, together with 1.25 times as many LLC Units, for consideration from the Company. Such consideration from the Company can be, at the Company's election, either shares of Class A common stock or cash.

As of December 31, 2021 and 2020, there were approximately 216 million and 215 million Class A Units, respectively, and 3 million Class B Units, for both years presented (as adjusted for the participation thresholds and closing price of Class A common stock on December 31, 2021 and 2020), issued and outstanding. As discussed in Note 12 — Equity-Based Compensation, Class B Units were issued under the Company's LLC Equity Incentive Plan (the "LLC Equity Incentive Plan") and are subject to a participation threshold, and are earned over the requisite service period.

**Equity Offerings**

On May 24, 2019, the Company completed a public equity offering of 4 million shares of its Class A common stock at a public offering price of $65.00 per share and received net proceeds from the offering of approximately $259 million after underwriting discounts and commissions and offering expenses. As part of the offering, the Company granted the underwriters a 30-day option to purchase all or part of approximately 0.6 million additional shares of Class A common stock. On June 20, 2019, the underwriters exercised their option in full for an additional $39 million in proceeds after offering expenses. The Company used the net proceeds to purchase approximately 6 million newly-issued LLC Units in Carvana Group.

On April 1, 2020, the Company completed a registered direct offering to investors of approximately 13.3 million shares of its Class A common stock at an offering price of $45.00 per share and received net proceeds from the offering of approximately $600 million. Ernest Garcia II, through Verde, and Ernest Garcia III each invested approximately $25 million, or approximately 0.6 million shares of the Class A common stock, in the offering. The Company used the net proceeds to purchase approximately 16.7 million newly-issued LLC Units in Carvana Group.

On May 21, 2020, the Company completed a public equity offering of 5 million shares of its Class A common stock at an offering price of $92.00 per share and received net proceeds from the offering of approximately $459 million. The Company used the net proceeds to purchase approximately 6.3 million newly-issued LLC Units in Carvana Group.

**Exchange Agreement**

Carvana Co. and the Original LLC Unitholders together with any holders of LLC Units issued subsequent to the IPO (together, the "LLC Unitholders") entered into an Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to (i) conversion ratio adjustments for stock splits, stock dividends, reclassifications and similar transactions, (ii) vesting for certain LLC Units, and (iii) the respective participation threshold for Class B Units. To the extent such owners also hold Class B common stock, they are required to deliver to Carvana Co. a number of shares of Class B common stock equal to the number of shares of Class A common stock being exchanged for. Any shares of Class B common stock so delivered are canceled. The number of exchangeable Class B Units is determined based on the value of Carvana Co.'s Class A common stock and the applicable participation threshold.

During the years ended December 31, 2021 and 2020, certain LLC Unitholders exchanged approximately 16 million and 9 million LLC Units and approximately 13 million and 6 million shares of Class B common stock for approximately 13 million and 7 million newly-issued shares of Class A common stock, respectively. Simultaneously, and in connection with these exchanges, Carvana Co. received approximately 16 million and 9 million LLC Units during the years ended December 31, 2021

102

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

and 2020, respectively, increasing its total ownership interest in Carvana Group, and canceled the exchanged shares of Class B common stock.

**Class A Non-Convertible Preferred Units**

On October 2, 2018, Carvana Group, LLC amended its LLC Agreement to create a class of non-convertible preferred units (the "Class A Non-Convertible Preferred Units"), effective September 21, 2018. The Class A Non-Convertible Preferred Units were created in connection with Carvana Co.'s issuance of its Senior Notes, as discussed further and defined in Note 9 — Debt Instruments. On October 2, 2020, Carvana Group, LLC amended and restated its LLC Agreement to, among other things, authorize the issuance of 1.1 million Class A Non-Convertible Preferred Units to be sold to Carvana Co. in connection with the issuance of its 2025 and 2028 Notes and authorize the issuance of additional Class A Non-Convertible Preferred Units, in each case in consideration for the capital contribution made or deemed to have been made by Carvana Co. of the net proceeds of senior unsecured notes issuances. On March 29, 2021, Carvana Group, LLC issued 0.6 million Class A Non-Convertible Preferred Units in connection with the issuance of its 2027 Notes. On August 16, 2021, Carvana Group LLC issued approximately 0.8 million Class A Non-Convertible Preferred Units in connection with the issuance of its 2029 Notes. Carvana Co. used its net proceeds from the 2023 Notes, the 2025 and 2028 Notes, the 2027 Notes, and the 2029 Notes, to purchase 0.6 million, 1.1 million, 0.6 million, and 0.8 million, respectively, of Class A Non-Convertible Preferred Units.

When Carvana Co. makes payments on the Senior Notes, Carvana Group makes an equal cash distribution, as necessary, to the Class A Non-Convertible Preferred Units. For each $1,000 principal amount of Senior Notes that Carvana Co. repays or otherwise retires, one Class A Non-Convertible Preferred Unit is canceled and retired. As discussed further in Note 9 — Debt Instruments, the Company redeemed its 2023 Notes on October 2, 2020 using a portion of its net proceeds from the issuance of its 2025 and 2028 Notes, at which point 0.6 million Class A Non-Convertible Preferred Units were canceled and retired.

**Contributions of Class A Common Shares From Ernest Garcia III**

During the year ended December 31, 2019, the Company and its Chief Executive Officer, Ernest Garcia III ("Mr. Garcia"), entered into contribution agreements (the "Contribution Agreements") in connection with the 100k Milestone Gift, as defined in Note 6 — Related Party Transactions. Pursuant to the Contribution Agreements, Mr. Garcia contributed approximately 0.2 million shares of the Company's Class A common stock to the Company during the year ended December 31, 2019, at no charge. The Company subsequently granted approximately 0.2 million restricted stock units during the year ended December 31, 2019 to employees. Refer to Note 12 — Equity-Based Compensation for further discussion. Although the Company does not expect Mr. Garcia to incur any tax obligations related to the Share Contributions, it has indemnified Mr. Garcia from any such obligations that may arise. As of December 31, 2019, Mr. Garcia's commitment related to the 100k Milestone Gift had been fulfilled.

**NOTE 11 — NON-CONTROLLING INTERESTS**

As discussed in Note 1 — Business Organization, Carvana Co. consolidates the financial results of Carvana Group and reports a non-controlling interest related to the portion of Carvana Group owned by the LLC Unitholders. Changes in the ownership interest in Carvana Group while Carvana Co. retains its controlling interest will be accounted for as equity transactions. Exchanges of LLC Units result in a change in ownership and reduce the amount recorded as non-controlling interests and increase additional paid-in capital.

Upon the issuance of shares of Class A common stock by Carvana Co. related to the Company's equity compensation plans such as the exercise of options, issuance of restricted or non-restricted stock, payment of bonuses in stock or settlement of stock appreciation rights in stock, Carvana Group is required to issue to Carvana Co. a number of Class A Units equal to 1.25 times the number of shares of Class A common stock being issued in connection with the exercise of such options or issuance of other types of equity compensation, subject to adjustment for stock splits, stock dividends, reclassifications, and similar transactions. Activity related to the Company's equity compensation plans may result in a change in ownership which will impact the amount recorded as non-controlling interest and additional paid-in capital.

The non-controlling interest related to the Class B Units is determined based on the respective participation thresholds and the share price of Class A common stock on an as-converted basis. To the extent that the number of as-converted Class B Units change or Class B Units are forfeited, the resulting difference in ownership will be accounted for as equity transactions adjusting the non-controlling interest and additional paid-in capital.

103

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

During the years ended December 31, 2021, 2020, and 2019, the total adjustments related to exchanges of LLC Units were a decrease in non-controlling interests and a corresponding increase in additional paid-in capital of approximately $43 million, $33 million, and $5 million, respectively, which have been included in exchanges of LLC Units in the accompanying consolidated statements of stockholders' equity. During the years ended December 31, 2020, and 2019, Carvana Co. utilized its net proceeds from its equity offerings to purchase LLC Units, which resulted in adjustments to increase non-controlling interests and to decrease additional paid-in capital by approximately $644 million, and $202 million, respectively, which have been included in adjustment to non-controlling interests related to equity offerings in the accompanying consolidated statements of stockholders' equity. No LLC Units were purchased during 2021.

As of December 31, 2021, Carvana Co. owned approximately 51.4% of Carvana Group with the LLC Unitholders owning the remaining 48.6%. The net loss attributable to the non-controlling interests on the accompanying consolidated statements of operations represents the portion of the net loss attributable to the economic interest in Carvana Group held by the non-controlling LLC Unitholders calculated based on the weighted average non-controlling interests' ownership during the periods presented.

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (in millions) | | |
| Transfers from (to) non-controlling interests: | | | |
| Decrease as a result of issuance of Class A common stock | $ — | $ (644) | $ (202) |
| Increase as a result of exchanges of LLC Units | 43 | 33 | 5 |
| Total transfers from (to) non-controlling interests | $ 43 | $ (611) | $ (197) |

## NOTE 12 — EQUITY-BASED COMPENSATION

Equity-based compensation is recognized based on amortizing the grant-date fair value on a straight-line basis over the requisite service period, which is generally the vesting period of the award, less actual forfeitures. A summary of equity based compensation recognized during the years ended December 31, 2021, 2020, and 2019 is as follows:

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (in millions) | | |
| Class B Units | $ — | $ 1 | $ 2 |
| Restricted Stock Units and Awards excluding those granted in relation to the 100k Milestone Gift | 35 | 21 | 13 |
| Restricted Stock Units granted in relation to the 100k Milestone Gift | — | — | 13 |
| Options | 11 | 7 | 6 |
| Class A Units | 1 | 2 | 2 |
| Total equity-based compensation | 47 | 31 | 36 |
| Equity-based compensation capitalized to property and equipment | (7) | (6) | (3) |
| Equity-based compensation capitalized to inventory | (1) | — | (5) |
| Equity-based compensation, net of capitalized amounts | $ 39 | $ 25 | $ 28 |

During the years ended December 31, 2021, 2020, and 2019, the Company capitalized approximately $7 million, $6 million, and $3 million, respectively, of equity-based compensation to property and equipment related to software development and real estate projects and approximately $1 million, $0 million, and $5 million, respectively, to inventory related to reconditioning and inbound transportation of vehicles. All other equity-based compensation is included in selling, general, and administrative expenses in the accompanying consolidated statements of operations.

104

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

As of December 31, 2021, unrecognized equity-based compensation related to outstanding awards and the related weighted-average period over which it is expected to be recognized subsequent to December 31, 2021 is presented in the table below. Total unrecognized equity-based compensation will be adjusted for actual forfeitures.

| | Unrecognized Equity-Based Compensation Related to Outstanding Awards (in millions) | Remaining Weighted-Average Amortization Period (in years) |
|---|---|---|
| Class B Units | $ — | 0.1 |
| Restricted Stock Units and Awards | 81 | 2.9 |
| Options | 22 | 2.7 |
| Class A Units | — | 0.3 |
| Total unrecognized equity-based compensation | $ 103 | |

**2017 Omnibus Incentive Plan**

In connection with the IPO, the Company adopted the 2017 Omnibus Incentive Plan (the "2017 Incentive Plan"). Under the 2017 Incentive Plan 14 million shares of Class A common stock are available for issuance, which the Company may grant as stock options, stock appreciation rights, restricted stock, restricted stock units and other stock-based awards to employees, directors, officers, and consultants. The majority of equity granted by the Company vests over four-year periods based on continued employment with the Company. As of December 31, 2021, approximately 10 million shares remain available for future equity-based award grants under this plan.

*Restricted Stock Units*

Restricted stock units ("RSUs") do not entitle recipients to vote or receive dividends. RSUs generally vest over a period of four years, subject to the recipient's continued employment. During the years ended December 31, 2021, 2020, and 2019, the Company issued certain employees an aggregate of approximately 0.3 million, 0.3 million, and 0.7 million RSUs, respectively, pursuant to the terms of the 2017 Incentive Plan with a weighted-average grant-date fair value of $288.27, $110.00, and $60.91, respectively. The Company determined the grant-date fair value of the RSUs based on the closing price of the Company's Class A common stock on the grant date. RSUs are settled in shares of Class A common stock on a one-to-one basis within thirty days of vesting. As discussed in Note 10 — Stockholders' Equity, included in these RSUs, in connection with the 100k Milestone Gift, during the year ended December 31, 2019, the Company granted approximately 0.2 million RSUs with a vesting period of one week or less following receipt of Class A common stock from its Chief Executive Officer, Ernest Garcia III. The Company recognized approximately $13 million during the year ended December 31, 2019 of equity-based compensation, a portion of which related to the production of the Company's used vehicle inventory and was therefore capitalized to inventory.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

RSU activity during the years ended December 31, 2021, 2020, and 2019 was as follows:

| | Number of RSUs (in thousands) | Weighted-Average Grant-Date Fair Value |
|---|---|---|
| Outstanding at January 1, 2019 | 764 | $ 34.25 |
| Granted | 672 | $ 60.91 |
| Settled | (461) | $ 45.05 |
| Forfeited | (47) | $ 37.15 |
| Outstanding at December 31, 2019[1] | 928 | $ 48.04 |
| | | |
| Granted | 342 | $ 110.00 |
| Settled | (475) | $ 45.80 |
| Forfeited | (57) | $ 70.89 |
| Outstanding at December 31, 2020[1] | 738 | $ 76.43 |
| | | |
| Granted | 258 | $ 288.27 |
| Settled | (385) | $ 86.57 |
| Forfeited | (58) | $ 132.88 |
| Outstanding at December 31, 2021[1] | 553 | $ 162.32 |

(1) All outstanding RSUs at December 31, 2021, 2020, and 2019 are nonvested.

*Employee Stock Purchase Plan*

In May 2021, the Company adopted an employee stock purchase plan (the "ESPP"). The ESPP allows substantially all employees, excluding members of senior management, to acquire shares of the Company's Class A common stock through payroll deductions over six-month offering periods. The per share purchase price is equal to 90% of the fair market value of a share of the Company's Class A common stock on the last day of the offering period. Participant purchases are limited to a maximum of $10,000 of stock per calendar year. The Company is authorized to grant up to 0.5 million shares of Class A common stock under the ESPP.

As of December 31, 2021, which was the first six month offering period 2,494 shares have been issued under the ESPP, and 497,506 shares remained available for future issuance. The per share price of shares purchased on December 31, 2021 was $208.61 and the per share discount from market value for shares purchased was $23.18. During the year ended December 31, 2021, the Company incurred less than $1 million of equity-based compensation expense related to the ESPP.

*Non-Qualified Stock Options*

Non-qualified stock options allow recipients to purchase shares of Class A common stock at a fixed exercise price. The fixed exercise price is equal to the price of a share of Class A common stock at the time of grant. The options typically vest 25% on the anniversary of the grant date and in equal monthly installments thereafter for a total vesting period of four years and expire ten years after the grant date.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

Stock option activity during the years ended December 31, 2021, 2020, and 2019 was as follows:

| | Number of Options (in thousands) | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Life (in years) | Aggregate Intrinsic Value (in millions) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 931 | $ 24.95 | 8.9 | $ 11 |
| Options granted | 364 | $ 37.70 | | n/a |
| Options exercised | (104) | $ 16.28 | | $ 5 |
| Options forfeited or expired | (44) | $ 17.53 | | n/a |
| Outstanding at December 31, 2019 | 1,147 | $ 30.07 | 8.3 | $ 71 |
| | | | | |
| Options granted | 179 | $ 88.56 | | n/a |
| Options exercised | (195) | $ 27.82 | | $ 24 |
| Options forfeited or expired | (59) | $ 16.52 | | n/a |
| Outstanding at December 31, 2020 | 1,072 | $ 41.01 | 7.7 | $ 213 |
| | | | | |
| Options granted | 97 | $ 178.42 | | n/a |
| Options exercised | (75) | $ 24.32 | | $ 20 |
| Options forfeited or expired | (28) | $ 27.62 | | n/a |
| Outstanding at December 31, 2021 | 1,066 | $ 39.74 | 6.7 | $ 183 |
| | | | | |
| Vested and exercisable as of December 31, 2021 | 695 | $ 22.59 | 6.1 | $ 135 |
| Expected to vest as of December 31, 2021 | 371 | $ 71.88 | 7.8 | $ 48 |

The Company determined the grant-date fair value of the options granted during the years ended December 31, 2021, 2020, and 2019 using the Black-Scholes valuation model with the following weighted-average assumptions:

| | Years Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| Expected volatility[1] | 67.1 % | 70.1 % | 66.7 % |
| Expected dividend yield | — % | — % | — % |
| Expected term (in years)[2] | 6.14 | 6.14 | 6.11 |
| Risk-free interest rate | 0.7 % | 1.4 % | 2.5 % |
| Weighted-average grant-date fair value per option | $178.41 | $53.62 | $23.87 |

(1) Measured using the Company's historical data, market option volatility and selected high-growth guideline companies and considering the risk factors that would influence the range of expected volatility because the Company does not have sufficient historical data to provide a reasonable basis upon which to estimate the expected volatility for the entirety of the term.

(2) Expected term represents the estimated period of time until an option is exercised and was determined using the simplified method because the Company does not have sufficient historical exercise data to provide a reasonable basis upon which to estimate the expected term.

### Class A Units

During 2018, the Company granted certain employees Class A Units with service-based vesting over two- to four-year periods and a grant-date fair value of $18.58 per Class A Unit. The grantees entered into the Exchange Agreement under which each LLC Unitholder (and certain permitted transferees thereof) may receive shares of the Company's Class A common stock in exchange for their LLC Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting.

107

CARVANA CO. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(Continued)

A summary of the Class A Unit activity for the years ended December 31, 2021, 2020, and 2019 is as follows:

| | Class A Units | |
| --- | --- | --- |
| | Number of Class A Units (in thousands) | Weighted-Average Grant Date Fair Value |
| Outstanding at January 1, 2019 | 393 | |
| Granted | — | n/a |
| Exchanged | (172) | $ 18.58 |
| Forfeited | — | n/a |
| Outstanding at December 31, 2019 | 221 | |
| | | |
| Granted | — | n/a |
| Exchanged | (100) | $ 18.58 |
| Forfeited | — | n/a |
| Outstanding at December 31, 2020 | 121 | |
| | | |
| Granted | — | n/a |
| Exchanged | (36) | $ 18.58 |
| Forfeited | — | n/a |
| Outstanding at December 31, 2021 | 85 | |
| | | |
| Vested as of December 31, 2021 | 61 | $ 18.58 |
| Expected to vest as of December 31, 2021 | 24 | $ 18.58 |

**Class B Units**

In March 2015, Carvana Group adopted the LLC Equity Incentive Plan. Under the LLC Equity Incentive Plan, Carvana Group could grant Class B Units to eligible employees, non-employee officers, consultants and directors with service-based vesting, typically four to five years. In connection with the completion of the IPO, Carvana Group discontinued the grant of new awards under the LLC Equity Incentive Plan, however the LLC Equity Incentive Plan will continue in connection with administration of existing awards that remain outstanding. Grantees may receive shares of the Company's Class A common stock in exchange for Class B Units on a four-to-five conversion ratio, or cash at the option of the Company, subject to conversion ratio adjustments for stock splits, stock dividends, reclassifications, and similar transactions and subject to vesting and the respective participation threshold for Class B Units. Class B Units do not expire. There were no Class B Units granted during the years ended December 31, 2021, 2020, and 2019. As of December 31, 2021, outstanding Class B Units had participation thresholds between $0.00 to $12.00.

108

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

A summary of the Class B Unit activity for the years ended December 31, 2021, 2020, and 2019 is as follows:

| | Class B Units | |
|---|---|---|
| | **Number of Class B Units (in thousands)** | **Weighted-Average Participation Threshold per Class B Unit** |
| Outstanding at January 1, 2019 | 6,393 | $ 3.08 |
| Granted | — | n/a |
| Exchanged | (1,202) | $ 1.17 |
| Forfeited | (23) | $ 5.23 |
| Outstanding at December 31, 2019 | 5,168 | $ 3.51 |
| Granted | — | n/a |
| Exchanged | (1,991) | $ 1.22 |
| Forfeited | (14) | $ 5.81 |
| Outstanding at December 31, 2020 | 3,163 | $ 4.94 |
| Granted | — | n/a |
| Exchanged | (535) | $ 1.70 |
| Forfeited | (1) | $ 12.00 |
| Outstanding at December 31, 2021 | 2,627 | $ 5.60 |
| Vested as of December 31, 2021 | 2,606 | $ 5.55 |
| Expected to vest as of December 31, 2021 | 21 | $ 12.00 |

**NOTE 13 — LOSS PER SHARE**

Basic and diluted net loss per share is computed by dividing the net loss attributable to Class A common stockholders by the weighted-average shares of Class A common stock outstanding during the period. Diluted net loss per share is computed by giving effect to all potentially dilutive shares. For all periods presented, potentially dilutive shares are excluded from diluted net loss per share because they have an anti-dilutive impact. Therefore, basic and diluted net loss per share attributable to Class A common stockholders are the same for all periods presented. Net loss for all periods presented is attributable only to Class A common stockholders, due to no activity related to convertible preferred stock during those periods.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

The following table presents the calculation of basic and diluted net loss per share during the years ended December 31, 2021, 2020, and 2019:

| | | For the years ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | **2021** | **2020** | **2019** |
| | | (in millions, except number of shares, which are reflected in thousands, and per share amounts) | | |
| **Numerator:** | | | | |
| Net loss | $ | (287) $ | (462) $ | (365) |
| Net loss attributable to non-controlling interests | | (152) | (291) | (250) |
| Net loss attributable to Carvana Co. Class A common stockholders, basic and diluted | $ | (135) $ | (171) $ | (115) |
| **Denominator:** | | | | |
| Weighted-average shares of Class A common stock outstanding | | 82,839 | 65,074 | 47,079 |
| Nonvested weighted-average restricted stock awards | | (34) | (93) | (232) |
| Weighted-average shares of Class A common stock outstanding, basic and diluted | | 82,805 | 64,981 | 46,847 |
| Net loss per share of Class A common stock, basic and diluted | $ | (1.63) $ | (2.63) $ | (2.45) |

Shares of Class B common stock do not share in the losses of the Company and are therefore not participating securities. As such, separate presentation of basic and diluted net loss per share of Class B common stock under the two-class method has not been presented.

The following table presents potentially dilutive securities, as of the end of the period, excluded from the computations of diluted net loss per share of Class A common stock for the years ended December 31, 2021, 2020, and 2019:

| | For the years ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (in thousands) | | |
| Options [1] | 1,066 | 1,072 | 1,147 |
| Restricted Stock Units and Awards [1] | 666 | 757 | 771 |
| Class A Units [2] | 89,773 | 100,700 | 102,305 |
| Class B Units [2] | 2,217 | 3,321 | 4,318 |

_____

(1) Represents number of instruments outstanding at the end of the period that were evaluated under the treasury stock method for potentially dilutive effects and were determined to be anti-dilutive.
(2) Represents the weighted-average as-converted LLC units that were evaluated under the if-converted method for potentially dilutive effects and were determined to be anti-dilutive.

**NOTE 14 — INCOME TAXES**

As described in Note 1 — Business Organization and Note 10 — Stockholders' Equity, as a result of the IPO, Carvana Co. began consolidating the financial results of Carvana Group. Carvana Group is treated as a partnership for U.S. federal and most applicable state and local income tax purposes. As a partnership, Carvana Group is not subject to U.S. federal and certain state and local income taxes. Any taxable income or loss generated by Carvana Group is passed through to and included in the taxable income or loss of its members, including Carvana Co., based on its economic interest held in Carvana Group. Carvana Co. was formed on November 29, 2016 and did not engage in any operations prior to the IPO. Carvana Co. is taxed as a corporation and is subject to U.S. federal, state and local income taxes with respect to its allocable share of any taxable income or loss of Carvana Group, as well as any stand-alone income or loss generated by Carvana Co.

Net loss before income taxes was $286 million, $462 million, and $365 million for the years ended December 31, 2021, 2020, and 2019, respectively. The Company had an income tax expense of $1 million for the year ended December 31, 2021, an

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

income tax benefit of less than $1 million for the year ended December 31, 2020 and no income tax expense or benefit for the year ended 2019.

The components of income tax expense (benefit) are as follows:

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (in millions) | | |
| Federal - Current | $ 2 | $ — | $ — |
| Federal - Deferred | (1) | — | — |
| | 1 | — | — |
| | | | |
| State - Current | — | — | — |
| State - Deferred | — | — | — |
| | — | — | — |
| | | | |
| Total Expense (Benefit) | $ 1 | $ — | $ — |

A reconciliation of the U.S. federal rate to the Company's effective income tax rate is as follows:

| | Years Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | 2019 | |
| | **Amount** | **Percent** | **Amount** | **Percent** | **Amount** | **Percent** |
| | (dollars in millions) | | | | | |
| Expected U.S. federal income taxes at statutory rate | $ (60) | 21.0 % | $ (97) | 21.0 % | $ (77) | 21.0 % |
| Loss attributable to non-controlling interests | 32 | (11.2)% | 62 | (13.5)% | 52 | (14.4)% |
| State taxes | (8) | 2.8 % | (9) | 2.0 % | (3) | 0.8 % |
| Stock based compensation | (16) | 5.6 % | (5) | 1.1 % | — | 0.2 % |
| Valuation allowance | 53 | (18.5)% | 56 | (12.0)% | 18 | (4.9)% |
| Effect due to LLC flow-through structure | — | — % | (7) | 1.5 % | 10 | (2.7)% |
| Other | — | 0.0 % | — | 0.0 % | — | 0.0 % |
| Income tax expense (benefit) | $ 1 | (0.3)% | $ — | 0.1 % | $ — | — % |

111

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

Deferred income taxes reflect the net tax effects of temporary differences between the tax basis in an asset or liability and its reported amount under U.S. GAAP. These temporary differences result in taxable or deductible amounts in future years. The components of the Company's deferred tax assets are as follows:

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| | (in millions) | |
| Deferred tax assets: | | |
| Investment in Carvana Group | $ 1,391 | $ 555 |
| Net operating loss carryforward | 193 | 99 |
| Interest expense carryforward | 50 | 21 |
| Tax credit carryforward | 4 | 2 |
| Other | 1 | — |
| Total gross deferred tax assets | 1,639 | 677 |
| Valuation allowance | (1,638) | (677) |
| Total deferred tax assets, net of valuation allowance | $ 1 | $ — |
| | | |
| Deferred tax liabilities: | | |
| Intangibles | $ (1) | $ (1) |
| | | |
| Total gross deferred tax liabilities | — | (1) |

As of December 31, 2021 and 2020, the Company had federal and state net operating loss carry forwards of $801 million and $415 million, respectively. Federal losses that arose prior to 2018 will begin to expire in 2037. Federal losses generated after 2017 will be carried forward indefinitely.

As described in Note 10 — Stockholders' Equity, the Company acquired 16 million and 9 million LLC Units during the year ended December 31, 2021 and 2020, respectively, in connection with exchanges with Existing LLC Unitholders. During the year ended December 31, 2021 and 2020, respectively, the Company recorded a gross deferred tax asset of $908 million and $407 million associated with the basis difference in its investment in Carvana Group related to the acquisition of the LLC Units which is reflected as an increase to additional paid-in capital in the accompanying statements of stockholders' equity.

As described in Note 10 — Stockholders' Equity, on May 24, 2019, the Company completed a public equity offering of 4 million shares of the Class A common stock. As part of the offering, the underwriters were given an option to purchase all or part of approximately 0.6 million additional shares of Class A common stock which the underwriters exercised in full. The Company recognized a gross deferred asset of approximately $8 million associated with a portion of the basis difference resulting from this purchase of LLC Units which is reflected as an increase to additional paid-in capital in the accompanying consolidated statements of stockholders' equity. The Company has not recorded a deferred tax asset of $43 million related to the remaining basis difference associated with the purchase of LLC Units as the difference will only reverse upon the sale of its interest in Carvana Group.

As described in Note 10 — Stockholders' Equity, the Company purchased a total of approximately 23 million newly-issued LLC Units of Carvana Group in connection with a direct offering and a public equity offering during the year ended December 31, 2020. During the year ended December 31, 2020, the Company recognized a gross deferred tax asset of approximately $14 million associated with a portion of the basis difference resulting from this purchase of LLC Units which is reflected as an increase to additional paid-in capital in the accompanying consolidated statements of stockholders' equity. The Company has not recorded a deferred tax asset of $147 million related to the remaining basis difference associated with the purchase of LLC Units as the difference will only reverse upon the sale of its interest in Carvana Group.

As described in Note 4 — Goodwill and Intangible Assets, Carvana Group acquired Car360 on April 12, 2018. The acquisition included various intangible assets, and as a result the Company recognized a deferred tax liability of approximately $2 million which is reflected within other liabilities in the accompanying consolidated balance sheets. The deferred tax liability

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

will be amortized over five to seven years, and less than $1 million was amortized during both of the years ended December 31, 2021 and 2020.

During the year ended December 31, 2021, management performed an assessment of the recoverability of deferred tax assets. Management determined, based on the accounting standards applicable to such assessment, that there was sufficient negative evidence as a result of the Company's cumulative losses to conclude it was more likely than not that its deferred tax assets would not be realized and has recorded a full valuation allowance of $1.6 billion against its deferred tax assets. The Company has $1 million in deferred tax assets and $1 million in deferred tax liabilities from separate tax filing entities that are not available to offset its deferred tax assets. In the event that management was to determine that the Company would be able to realize its deferred tax assets in the future in excess of their net recorded amount, an adjustment to the valuation allowance would be made which would reduce the provision for income taxes.

The Company recognizes uncertain income tax positions when it is more-likely-than-not the position will be sustained upon examination. As of the year ended December 31, 2021 and 2020, the Company has not identified any uncertain tax positions and has not recognized any related reserves.

In March 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in response to the COVID-19 pandemic. On March 11, 2021, the President signed into law the American Rescue Plan Act ("ARPA") which extends and expands some of the provisions under the CARES Act. The Company does not expect the provisions of the legislation to have a significant impact on the effective tax rate or income tax payable and deferred income tax positions of the Company.

The Company's effective tax rate for the years ended December 31, 2021 and 2020 was an expense of 0.3% and a benefit of 0.1%, respectively, related to its wholly-owned subsidiaries.

**Tax Receivable Agreement**

Carvana Co. expects to obtain an increase in its share of the tax basis in the net assets of Carvana Group when LLC Units are exchanged by the Existing LLC Unitholders and other qualifying transactions. As described in Note 10 — Stockholders' Equity, each change in outstanding shares of Class A common stock results in a corresponding increase or decrease in Carvana Co.'s ownership of LLC Units. The Company intends to treat any exchanges of LLC Units as direct purchases of LLC interests for U.S. federal income tax purposes. These increases in tax basis may reduce the amounts that Carvana Co. would otherwise pay in the future to various taxing authorities. They may also decrease gains (or increase losses) on future dispositions of certain capital assets to the extent tax basis is allocated to those capital assets.

In connection with the IPO, the Company entered into a Tax Receivable Agreement (the "TRA"). Under the TRA, the Company generally will be required to pay to the Existing LLC Unitholders 85% of the amount of cash savings, if any, in U.S. federal, state or local tax that the Company actually realizes directly or indirectly (or are deemed to realize in certain circumstances) as a result of (i) certain tax attributes created as a result of any sales or exchanges (as determined for U.S. federal income tax purposes) to or with the Company of their interests in Carvana Group for shares of Carvana Co.'s Class A common stock or cash, including any basis adjustment relating to the assets of Carvana Group and (ii) tax benefits attributable to payments made under the TRA (including imputed interest). The Company expects to benefit from the remaining 15% of any tax benefits that it may actually realize. To the extent that the Company is unable to timely make payments under the TRA for any reason, such payments generally will be deferred and will accrue interest until paid.

If the Internal Revenue Service or a state or local taxing authority challenges the tax basis adjustments that give rise to payments under the TRA and the tax basis adjustments are subsequently disallowed, the recipients of payments under the agreement will not reimburse the Company for any payments the Company previously made to them. Any such disallowance would be taken into account in determining future payments under the TRA and would, therefore, reduce the amount of any such future payments. Nevertheless, if the claimed tax benefits from the tax basis adjustments are disallowed, the Company's payments under the TRA could exceed its actual tax savings, and the Company may not be able to recoup payments under the TRA that were calculated on the assumption that the disallowed tax savings were available.

The TRA provides that if (i) certain mergers, asset sales, other forms of business combinations, or other changes of control were to occur, (ii) there is a material breach of any material obligations under the TRA; or (iii) the Company elects an early termination of the TRA, then the TRA will terminate and the Company's obligations, or the Company's successor's obligations, under the TRA will accelerate and become due and payable, based on certain assumptions, including an assumption that the

113

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

Company would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the TRA and that any LLC Units that have not been exchanged are deemed exchanged for the fair market value of the Company's Class A common stock at the time of termination.

As of December 31, 2021, the Company has concluded, based on applicable accounting standards, that it was more likely than not that its deferred tax assets subject to the TRA would not be realized; therefore, the Company has not recorded a liability related to the tax savings it may realize from utilization of such deferred tax assets. As of December 31, 2021, the total unrecorded TRA liability is approximately $1.6 billion. If utilization of the deferred tax assets subject to the TRA becomes more likely than not in the future, the Company will record a liability related to the TRA which will be recognized as expense within its consolidated statements of operations.

**Uncertain Tax Positions**

Based on the Company's analysis of tax positions taken on income tax returns filed, no uncertain tax positions existed as of December 31, 2021, 2020, and 2019. Carvana Co. was formed in November 2016 and did not engage in any operations prior to the IPO and associated organizational transactions. Carvana Co. was not required to file 2016 tax returns and filed its first tax returns for the tax year 2017, the first year it became subject to examination by taxing authorities for U.S. federal and state income tax purposes. Carvana Group is treated as a partnership for U.S. federal and state income tax purposes and its tax returns are subject to examination by taxing authorities. Carvana Group has filed income tax returns for years through 2020. These returns are subject to examination by the taxing authorities in the respective jurisdictions, generally for three or four years after they were filed.

**NOTE 15 — LEASES**

The Company is party to various lease agreements for real estate and transportation equipment. For each lease agreement, the Company determines its lease term as the non-cancellable period of the lease and includes options to extend or terminate the lease when it is reasonably certain that it will exercise that option. The Company also assesses whether each lease is an operating or finance lease at the lease commencement date. Rent expense of operating leases is recognized on a straight-line basis over the lease term and includes scheduled rent increases as well as amortization of tenant improvement allowances.

**Operating Leases**

As of December 31, 2021, the Company is a tenant under various operating leases related to certain of its hubs, vending machines, IRCs, storage, parking, and corporate offices. The initial terms expire at various dates between 2022 and 2032. Many of the leases include one or more renewal options ranging from one to twenty years and some contain purchase options.

In September 2021, the Company entered into a lease for additional corporate office space in Atlanta, Georgia. The lessor granted the Company access to a portion of the space during September 2021, Access to additional portions of the space was granted in November 2021 and December 2021. The landlord delivered access to the remainder of the space in January 2022. The initial lease term is for approximately 10 years with one option to renew the lease through May 1, 2037. The undiscounted future minimum lease payments for the portion of the lease that has not yet commenced as of December 31, 2021, is approximately $40 million over the initial term.

Also in September 2021, the Company entered into a lease for additional corporate office space in Los Angeles, California, which has not yet commenced as of December 31, 2021. The initial lease term is for approximately 12 years with two 5-year renewal options. The lease has total undiscounted future minimum lease payments of approximately $51 million over the initial lease term. Payments will commence when the Company gains beneficial access to the leased asset. The commencement date occurred in January 2022.

The Company's operating leases are included in operating lease right-of-use assets, other current liabilities, and operating lease liabilities on the accompanying consolidated balance sheets.

Refer to Note 6 — Related Party Transactions for further discussion of operating leases with related parties.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Finance Leases**

The Company has finance leases for certain equipment in its transportation fleet. The leases have initial terms of two to five years, some of which include extension options for up to four additional years, and require monthly payments. The Company's finance leases are included in long-term debt on the accompanying consolidated balance sheets.

**Lease Costs and Activity**

The Company's lease costs and activity during the years ended December 31, 2021 and 2020 were as follows:

| | December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | 2019 | |
| | (in millions) | | | | | |
| **Lease Costs:** | | | | | | |
| Finance Leases: | | | | | | |
| Amortization of finance lease assets | $ | 38 | $ | 17 | $ | 8 |
| Interest obligations under finance leases | | 8 | | 4 | | 2 |
| Total finance lease expense | $ | 46 | $ | 21 | $ | 10 |
| | | | | | | |
| Operating Leases: | | | | | | |
| Fixed lease costs | $ | 56 | $ | 29 | $ | 13 |
| Fixed lease costs to related parties | | 6 | | 7 | | 8 |
| Variable short-term lease costs to related parties | | 1 | | 2 | | 1 |
| Total operating lease costs | $ | 63 | $ | 38 | $ | 22 |
| | | | | | | |
| **Cash payments related to lease liabilities included in operating cash flows:** | | | | | | |
| Operating lease liabilities to non-related parties | $ | 35 | $ | 18 | $ | 10 |
| Operating lease liabilities to related parties | $ | 5 | $ | 7 | $ | 8 |
| Interest payments on finance lease liabilities | $ | 8 | $ | 4 | $ | 2 |
| | | | | | | |
| **Cash payments related to lease liabilities included in financing cash flows:** | | | | | | |
| Principal payments on finance lease liabilities | $ | 56 | $ | 20 | $ | 8 |

115

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Maturity of Lease Liabilities**

The following table summarizes maturities of lease liabilities as of December 31, 2021:

| | Finance Leases | Operating Leases [1] Related Party [2] | Non-Related Party | Total Operating | Total |
|---|---|---|---|---|---|
| | | **(in millions)** | | | |
| 2022 | $ 61 | $ 5 | $ 51 | $ 56 | $ 117 |
| 2023 | 56 | 5 | 52 | 57 | 113 |
| 2024 | 48 | 3 | 53 | 56 | 104 |
| 2025 | 38 | 2 | 55 | 57 | 95 |
| 2026 | 23 | 2 | 54 | 56 | 79 |
| Thereafter | 4 | 3 | 269 | 272 | 276 |
| Total minimum lease payments | 230 | 20 | 534 | 554 | 784 |
| Less: amount representing interest | (24) | (4) | (160) | (164) | (188) |
| Total lease liabilities | $ 206 | $ 16 | $ 374 | $ 390 | $ 596 |

(1) Leases that are on a month-to-month basis, short-term leases, and lease extensions that the Company does not expect to exercise are not included.

(2) Related party lease payments exclude rent payments due under the DriveTime Lease Agreement and the DriveTime Hub Lease Agreement for locations where the Company shares space with DriveTime, as those are variable lease payments contingent upon the Company's utilization of the leased assets.

As of December 31, 2021 and 2020, none of the Company's lease agreements contain material residual value guarantees or material restrictive covenants.

**Lease Terms and Discount Rates**

The weighted-average remaining lease terms and discount rates as of December 31, 2021, 2020, and 2019 were as follows, excluding short-term operating leases:

| | December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| **Weighted average remaining term (years)** | | | |
| Operating leases | 9.2 | 9.8 | 10.6 |
| Finance leases | 4.4 | 4.4 | 4.5 |
| **Weighted-average discount rate** | | | |
| Operating leases | 7.2 % | 8.3 % | 8.4 % |
| Finance leases | 5.4 % | 5.3 % | 5.4 % |

**NOTE 16 — COMMITMENTS AND CONTINGENCIES**

**Accrued Limited Warranty**

As part of its retail strategy, the Company provides a 100-day or 4,189-mile limited warranty to customers to repair certain broken or defective components of each used vehicle sold. As such, the Company accrues for such repairs based on actual claims incurred to-date and repair reserves based on historical trends. The liability was approximately $16 million and $11 million, as of December 31, 2021 and 2020, respectively, and is included in accounts payable and other accrued liabilities in the accompanying consolidated balance sheets.

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Legal Matters**

From time to time, the Company is involved in various claims and legal actions that arise in the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, the Company does not believe that the ultimate resolution of these actions will have a material adverse effect on its financial position, results of operations, liquidity, and capital resources.

Future litigation may be necessary to defend the Company and its partners by determining the scope, enforceability and validity of third party proprietary rights or to establish its proprietary rights. The results of any current or future litigation cannot be predicted with certainty, and regardless of the outcome, litigation can have an adverse impact on the Company because of defense and settlement costs, diversion of management resources, and other factors.

**NOTE 17 — FAIR VALUE OF FINANCIAL INSTRUMENTS**

The Company holds certain assets that are required to be measured at fair value on a recurring basis, and beneficial interests in securitizations for which it elected the fair value option. A description of the fair value hierarchy and the Company's methodologies are included in Note 2 — Summary of Significant Accounting Policies.

The following tables are a summary of fair value measurements and hierarchy level at December 31, 2021 and 2020:

| | December 31, 2021 | | | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Level 1 | Level 2 | Level 3 |
| | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [1] | $ 154 | $ 154 | $ — | $ — |
| Beneficial interests in securitizations | 382 | — | — | 382 |

| | December 31, 2020 | | | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Level 1 | Level 2 | Level 3 |
| | (in millions) | | | |
| **Assets:** | | | | |
| Money market funds [1] | $ 308 | $ 308 | $ — | $ — |
| Beneficial interests in securitizations | 131 | — | — | 131 |

(1) Consists of highly liquid investments with original maturities of three months or less and classified in cash and cash equivalents in the accompanying consolidated balance sheets.

As of December 31, 2021 and 2020, the Company has purchase price adjustment receivables of approximately $34 million and $14 million, respectively, which are carried at fair value and classified as other assets in the accompanying consolidated balance sheets. Under the MPSA, the purchaser will make future cash payments to the Company based on the performance of the finance receivables sold. The fair value of the purchase price adjustment receivables are determined based on the extent to which the Company's estimated performance of the underlying finance receivables exceeds a mutually agreed upon performance threshold of the underlying finance receivables as of measurement dates specified in the MPSA. The Company develops its estimate of future cumulative losses based on the historical performance of finance receivables it originated with similar characteristics as well as general macro-economic trends. The Company then utilizes a discounted cash flow model to calculate the present value of the expected future payment amounts. Due to the lack of observable market data these receivables are classified as Level 3. The adjustments to the fair value of the purchase price adjustment receivables were a gain of approximately $20 million and $2 million during the years ended December 31, 2021 and 2020, respectively, and are reflected in other expense (income), net in the accompanying consolidated statements of operations.

117

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

**Beneficial Interests in Securitizations**

Beneficial interests in securitizations include notes and certificates of the securitization trusts, the same securities as issued to other investors as described in Note 8 — Securitizations and Variable Interest Entities. Beneficial interests in securitizations are initially treated as Level 2 assets when the securitization transaction occurs in close proximity to the end of the period and there is a lack of observable changes in the economic inputs. When the securitization transaction does not occur in close proximity to the end of the period or there have been observable changes in the economic inputs, beneficial interests in securitizations are classified as Level 3.

The Company's beneficial interests in securitizations include rated notes and certificates and other assets, all of which are classified as Level 3 due to the lack of observable market data. The Company determines the fair value of its rated notes based on non-binding broker quotes. The non-binding broker quotes are based on models that consider the prevailing interest rates, recent market transactions, and current business conditions. The Company determines the fair value of its certificates and other assets using a combination of non-binding market quotes and internally developed discounted cash flow models. The discounted cash flow models use discount rates based on prevailing interest rates and the characteristics of the specific instruments. As of December 31, 2021 and 2020, the discount rates were 1.1% to 10.0% and 1.4% to 10.0%, respectively. Significant increases or decreases in the inputs to the models could result in a significantly higher or lower fair value measurement. The Company elected the fair value option on its beneficial interests in securitizations, which allows it to recognize changes in the fair value of these assets in the period the fair value changes. Changes in the fair value of the beneficial interests in securitizations are reflected in other expense (income), net in the accompanying consolidated statements of operations.

For beneficial interests in securitizations measured at fair value on a recurring basis, the Company's transfers between levels of the fair value hierarchy are deemed to have occurred at the beginning of the reporting period on a quarterly basis.
During the year ended December 31, 2020, the Company transferred beneficial interests acquired as part of the December 2019 securitization transaction initially classified as Level 2 from Level 2 to Level 3. The assets were initially classified as Level 2 due to the transactions' proximity to the end of each respective reporting period and the lack of observable changes in economic inputs. As noted above, the Company uses significant unobservable inputs to measure the fair value of these assets on a recurring basis, thus they will be classified as Level 3 in future periods. There were no transfers out of Level 3 during the years ended December 31, 2021 and 2020.

In December 2021, the Company began selling certain of its beneficial interests in securitizations that meet the criteria for sale set forth in the Risk Retention Rules. For the year ended December 31, 2021, the Company sold beneficial interests in securitizations for a purchase price totaling approximately $1 million.

The following table presents additional information about Level 3 beneficial interests in securitizations measured at fair value on a recurring basis for the years ended December 31, 2021 and 2020:

| | Years Ended December 31, | | |
|---|---|---|---|
| | **2021** | | **2020** |
| | (in millions) | | |
| **Opening Balance** | $ | 131 | $ | 70 |
| Transfers into Level 3 | | — | | 29 |
| Received in securitization transactions | | 338 | | 65 |
| Cash receipts | | (93) | | (42) |
| Change in fair value | | 7 | | 9 |
| Sales of beneficial interests | | (1) | | — |
| **Ending Balance** | $ | 382 | $ | 131 |

**Fair Value of Financial Instruments**

The carrying amounts of restricted cash, accounts receivable, accounts payable and accrued liabilities, and accounts payable to related party approximate fair value because their respective maturities are less than three months. The carrying value of the short-term revolving facilities were determined to approximate fair value due to their short-term duration and

118

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

variable interest rates that approximate prevailing interest rates as of each reporting period. The carrying value of notes payable and sale leasebacks were determined to approximate fair value as each of the transactions were entered into at prevailing interest rates during each respective period and they have not materially changed as of or during the years ended December 31, 2021 and 2020. The carrying value of the financing of beneficial interests in securitizations was determined to approximate fair value because in the event of a decline in the fair value of the pledged collateral of the financing, the repurchase price of the pledged collateral will be increased by the amount of the decline.

The fair value of the Senior Notes, which are not carried at fair value on the accompanying consolidated balance sheets, was determined using Level 2 inputs based on quoted market prices for the identical liability. The fair value of the Senior Notes as of December 31, 2021 and 2020 was as follows:

|  | December 31, | |
|---|---|---|
|  | 2021 | 2020 |
|  | (in millions) | |
| Carrying value, net of unamortized debt issuance costs | $ 2,422 | $ 1,083 |
| Fair value | 2,411 | 1,121 |

The fair value of finance receivables, which are not carried at fair value on the accompanying consolidated balance sheets, was determined utilizing the estimated sales price based on the historical experience of the Company. Such fair value measurement of the finance receivables, net is considered Level 2 under the fair value hierarchy. The carrying value and fair value of the finance receivables as of December 31, 2021 and 2020 were as follows:

|  | December 31, | |
|---|---|---|
|  | 2021 | 2020 |
|  | (in millions) | |
| Carrying value | $ 356 | $ 275 |
| Fair value | 392 | 300 |

**Investments in Equity Securities**

During October 2021, the Company purchased Series A convertible preferred shares in Root, Inc. ("Root"), an equity security that does not have a readily determinable fair value. The Company elected to measure this investment using a measurement alternative as permitted by the accounting standards and recorded the investment at its cost of approximately $126 million, which will subsequently be adjusted for observable price changes. The Company considered all relevant transactions since the date of our investment and have not recorded any impairments or upward or downward adjustments to the carrying amount of our investment in Root, as there have not been changes in the observable price of our equity interest through December 31, 2021.

The Company entered into a commercial agreement with Root, under which the Root auto insurance products will be embedded into the Company's e-commerce platform. In accordance with the provisions of the commercial agreement, the Company received eight tranches of warrants to purchase shares of Root's Class A common stock (the "warrants"). One tranche consisting of 42 million warrants vests either upon the earlier of product integration or 18 months, and is considered a derivative instrument. The other tranches vest based on insurance product sales through the Company's e-commerce platform, which are expected to begin during 2022. The Company used a Monte Carlo simulation to estimate the fair value of these warrants, which are classified as Level 3. At contract inception the Company recognized an asset of approximately $30 million for the warrants and deferred revenue, classified in other assets and other liabilities, respectively in the accompanying consolidated balance sheets. During the three months ended December 31, 2021, we recognized a decrease in fair value of approximately $24 million in relation to the warrants to acquire Class A common stock through other expense (income), net in the accompanying consolidated statements of operations.

**Derivative Instruments**

As of December 31, 2021 and 2020, the Company had no other outstanding derivative instruments.

119

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

## NOTE 18 — SUPPLEMENTAL CASH FLOW INFORMATION

The following table summarizes supplemental cash flow information for the years ended December 31, 2021, 2020, and 2019:

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (in millions) | | |
| **Supplemental cash flow information:** | | | |
| Cash payments for interest, including $0, $1, and $1, respectively, to related parties | $ 152 | $ 95 | $ 74 |
| **Non-cash investing and financing activities:** | | | |
| Capital expenditures included in accounts payable and accrued liabilities | $ 102 | $ 36 | $ 25 |
| Operating lease right-of-use assets obtained in exchange for operating lease liabilities | $ 253 | $ 71 | $ 58 |
| Property and equipment acquired under finance leases | $ 152 | $ 78 | $ 36 |
| Warrants to acquire Root Class A common stock | $ 30 | $ — | $ — |
| Equity-based compensation expense capitalized to property and equipment | $ 7 | $ 6 | $ 3 |
| Fair value of beneficial interests received in securitization transactions | $ 338 | $ 65 | $ 109 |
| Reductions of beneficial interests in securitizations and associated long-term debt | $ 38 | $ 28 | $ 7 |

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the accompanying consolidated balance sheets that sum to the total of the same amounts shown in the accompanying consolidated statements of cash flows for all periods presented:

| | December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (in millions) | | |
| Cash and cash equivalents | $ 403 | $ 301 | $ 76 |
| Restricted cash | 233 | 28 | 42 |
| Total cash, cash equivalents, and restricted cash | $ 636 | $ 329 | $ 118 |

## NOTE 19 — SUBSEQUENT EVENTS

**Proposed Acquisition of ADESA U.S. Physical Auction Business**

On February 24, 2022, the Company entered into a definitive agreement to acquire the U.S physical auction business of ADESA, Inc. from KAR Auction Services, Inc., for approximately $2.2 billion (the "Purchase Agreement"). The Company plans to finance the acquisition through the issuance of new debt financing that has already been committed, described below.

In connection with the Purchase Agreement, the Company also entered into a commitment letter (the "Commitment Letter") with certain financial institutions, in which such financial institutions agreed to provide the Company with an aggregate of $3.275 billion of debt financing facilities (the "Acquisition Finance Facilities"). The Acquisition Finance Facilities will serve to (a) finance the cash consideration agreed upon in the Purchase Agreement, (b) pay certain associated costs and expenses and (c) provide for certain working capital needs and general corporate purposes, including investing in improvements at facilities acquired pursuant to the Purchase Agreement. The Acquisition Finance Facilities will be financed by a syndicate of lenders led by JPMorgan Chase Bank, N.A. and Citigroup Global Markets Inc. The Commitment Letter contains, and any definitive financing documentation entered into in connection with the Commitment Letter will contain, customary conditions, representations and warranties, events of default, and covenants for transactions of this type.

120

**CARVANA CO. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Continued)**

The Purchase Agreement has been approved by the Boards of Directors of both companies. The acquisition is expected to close during the second quarter of 2022, subject to the satisfaction or waiver of customary closing conditions.

**Floor Plan Facility Amendment**

Effective February 1, 2022, the Company amended its Floor Plan Facility to increase the line of credit to $3.0 billion through September 22, 2022.

**Contribution Agreement**

On January 5, 2022, our CEO Ernie Garcia III announced to the Company that he will contribute 23 shares of Class A common stock from his personal shareholdings for every one of the Company's then-existing employees upon their satisfying certain employment tenure requirements (the "1 Million Unit Milestone Gift"). In connection with this ongoing commitment from Mr. Garcia, the Company and Mr. Garcia entered into a contribution agreement on February 22, 2022, under which Mr. Garcia will contribute to us at the end of each fiscal quarter the number of shares of our Class A common stock, granted pursuant to the 1 Million Unit Milestone Gift, that have vested during such quarter. The shares contributed shall be shares of Class A common stock that he individually owns, at no charge. The contribution is intended to fund restricted stock unit awards to certain employees of the Company upon their satisfying applicable employment tenure requirements. Although the Company does not expect Mr. Garcia to incur any tax obligations related to the contribution, the Company has indemnified Mr. Garcia from any such obligations that may arise.

**ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE.**

None.

**ITEM 9A. CONTROLS AND PROCEDURES.**

**Evaluation of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including the chief executive officer and chief financial officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this report. Based on this evaluation, our chief executive officer and chief financial officer concluded that our disclosure controls and procedures were effective as of such date. Our disclosure controls and procedures are designed to ensure that information required to be disclosed in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and that such information is accumulated and communicated to management, including the chief executive officer and chief financial officer, to allow timely decisions regarding required disclosure.

**Management's Report on Internal Controls over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act). Management conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on the assessment, management has concluded that its internal control over financial reporting was effective as of December 31, 2021 to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with U.S. GAAP. Our independent registered public accounting firm, Grant Thornton LLP, has issued an audit report with respect to our internal control over financial reporting, which appears in Part II, Item 8 of this Annual Report on Form 10-K.

**Changes in Internal Controls Over Financial Reporting**

There was no change in our internal control over financial reporting identified in management's evaluation during the fourth quarter of 2021 that materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

**Limitations of Effectiveness of Controls and Procedures and Internal Control over Financial Reporting**

In designing and evaluating the disclosure controls and procedures and internal control over financial reporting, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives. In addition, the design of disclosure controls and procedures and internal control over financial reporting must reflect the fact that there are resource constraints and that management is required to apply judgment in evaluating the benefits of possible controls and procedures relative to their costs.

**ITEM 9B. OTHER INFORMATION.**

On January 5, 2022, our CEO Ernie Garcia III announced to the Company that he will contribute 23 shares of Class A common stock from his personal shareholdings for every one of the Company's then-existing employees upon their satisfying certain employment tenure requirements (the "1 Million Unit Milestone Gift"). In connection with this ongoing commitment from Mr. Garcia, the Company and Mr. Garcia entered into a contribution agreement on February 22, 2022, under which Mr. Garcia will contribute to us at the end of each fiscal quarter the number of shares of our Class A common stock, granted pursuant to the 1 Million Unit Milestone Gift, that have vested during such quarter. The shares contributed shall be shares of Class A common stock that he individually owns, at no charge. The contribution is intended to fund restricted stock unit awards to certain employees of the Company upon their satisfying applicable employment tenure requirements. Although the Company does not expect Mr. Garcia to incur any tax obligations related to the contribution, the Company has indemnified Mr. Garcia from any such obligations that may arise. The Contribution Agreement is filed herewith as Exhibit 10.51.

122

**ITEM 9C. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS.**

Not applicable.

123

**PART III**

**ITEM 10. DIRECTORS, EXECUTIVE OFFICERS, AND CORPORATE GOVERNANCE.**

The information required by this item is incorporated by reference to Carvana's Proxy Statement for its 2022 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021.

**ITEM 11. EXECUTIVE COMPENSATION.**

The information required by this item is incorporated by reference to Carvana's Proxy Statement for its 2022 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021.

**ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS.**

**Securities Authorized for Issuance under Equity Incentive Plans**

The following table provides information about our equity compensation plans under which our Class A common stock is authorized for issuance as of December 31, 2021:

| Plan Category | Number of securities to be issued upon exercise of outstanding options (1) | Weighted-average exercise price of outstanding options | Number of securities remaining available for future issuance under equity compensation plans (2)(3) |
|---|---|---|---|
| Equity compensation plans approved by security holders (1) | 1,066 | $ 39.74 | 10,113 |

(1) Includes awards granted and available for future issuance under our 2017 Omnibus Incentive Plan and offerings under our Employee Stock Purchase Plan, which was approved in 2021.

(2) Presented in thousands.

(3) Consists of shares available under the ESPP and shares available under the 2017 Omnibus Plan.

The information required by Item 403 of Regulation S-K is incorporated by reference to Carvana's Proxy Statement for its 2022 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021.

**ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE.**

The information required by this item is incorporated by reference to Carvana's Proxy Statement for its 2022 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021.

**ITEM 14. PRINCIPAL ACCOUNTING FEES AND SERVICES.**

The information required by this item is incorporated by reference to Carvana's Proxy Statement for its 2022 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2021.

**PART IV**

**ITEM 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES.**

1    Financial Statements: The Consolidated Financial Statements of Carvana are set forth in Part II, Item 8 of this Form 10-K.
2    Financial Statement Schedules: Schedule II - Valuation and Qualifying Accounts.

**Schedule II - Valuation and Qualifying Accounts**

|  | Balance at beginning of period | Additions | | | Reductions | Balance at end of period |
|---|---|---|---|---|---|---|
|  |  | Charged to costs and expenses | Charged to other accounts | | | |
|  |  | (in millions) | | | | |
| Deferred tax asset valuation allowance: | | | | | | |
| Year ended December 31, 2021 | $ 677 | $ 53 | $ 908 (1) | $ | — | $ 1,638 |
| Year ended December 31, 2020 | $ 215 | $ 55 | $ 407 (1) | $ | — | $ 677 |
| Year ended December 31, 2019 | $ 127 | $ 18 | $ 70 (1) | $ | — | $ 215 |

(1) Amount relates to a valuation allowance established on deferred taxes related to our investment in Carvana Group.

All other financial statement schedules are not required or are not applicable, or the required information is shown in the consolidated financial statements or notes to the consolidated financial statements.

3    Exhibits: The exhibits listed in the accompanying Exhibit Index are filed, furnished or incorporated by reference as part of this Form 10-K.

**ITEM 16. FORM 10-K SUMMARY.**

None.

**EXHIBIT INDEX**

| Exhibit No. | Description |
|---|---|
| 3.1 | Amended and Restated Certificate of Incorporation of Carvana Co., dated April 27, 2017 (incorporated by reference to Exhibit 3.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 3, 2017). |
| 3.2 | Amended and Restated Bylaws of Carvana Co., dated April 27, 2017 (incorporated by reference to Exhibit 3.2 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 3, 2017). |
| 4.1 | Indenture, dated as of October 2, 2020, among Carvana Co., each of the guarantors party thereto and U.S. Bank National Association, as trustee, related to the 5.625% Senior Notes due 2025 (incorporated by reference to Exhibit 4.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on October 5, 2020). |
| 4.2 | Form of 5.625% Senior Notes due 2025 (incorporated by reference to Exhibit 4.3 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on October 5, 2020). |
| 4.3 | Indenture, dated as of October 2, 2020, among Carvana Co., each of the guarantors party thereto and U.S. Bank National Association, as trustee, related to the 5.875% Senior Notes due 2028 (incorporated by reference to Exhibit 4.2 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on October 5, 2020). |
| 4.4 | Form of 5.875% Senior Notes due 2028 (incorporated by reference to Exhibit 4.4 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on October 5, 2020). |
| 4.5 | Indenture, dated March 29, 2021, among Carvana Co., each of the guarantors party thereto and U.S. Bank National Association, as trustee, related to the 5.500% Senior Notes due 2027 (incorporated by reference to Exhibit 4.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on March 30, 2021). |
| 4.6 | Form of 5.500% Senior Notes due 2027 (incorporated by reference to Exhibit 4.2 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on March 30, 2021). |
| 4.7 | Indenture, dated August 16, 2021, among Carvana Co., each of the guarantors party thereto and U.S. Bank National Association, as trustee, related to the 4.875% Senior Notes due 2029 (incorporated by reference to Exhibit 4.1 to Carvana Co.'s Current Report on Form 8-K files with the SEC on August 16, 2021). |
| 4.8 | Form of 4.875% Senior Notes due 2029 (incorporated by reference to Exhibit 4.2 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on August 16, 2021). |
| 4.9 | Description of Registrant's Securities, filed herewith. |
| 10.1 | Tax Receivable Agreement, dated April 27, 2017, by and among the Carvana Co., Carvana Group, LLC, a Delaware limited liability company and the TRA Holders (as defined therein) (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 3, 2017). |
| 10.2 | Fifth Amended and Restated Limited Liability Company Agreement of Carvana Group, LLC, dated October 2, 2020, by and among Carvana Group, LLC and its Members (as defined therein) (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on October 5, 2020). |
| 10.3 | Exchange Agreement, dated April 27, 2017, by and among the Company, Carvana Group, Carvana Co. Sub LLC and the holders of the Company's Common Units (as defined therein) (incorporated by reference to Exhibit 10.3 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 3, 2017). |
| 10.4 | Second Amended and Restated Registration Rights Agreement, dated April 27, 2017, by and among the Company, Carvana Group and the other signatories party thereto (incorporated by reference to Exhibit 10.4 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 3, 2017). |
| 10.5† | Form of Indemnification Agreement (incorporated by reference to Exhibit 10.10 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.6† | Carvana Group, LLC Equity Incentive Plan (incorporated by reference to Exhibit 10.15 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.7† | Carvana Co. 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 10.6 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 3, 2017). |
| 10.8† | First Amendment to 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on June 6, 2017). |
| 10.9† | Second Amendment to 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on November 7, 2017). |
| 10.10† | Form of Incentive Stock Option Agreement (incorporated by reference to Exhibit 10.5 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.11† | Form of Restricted Stock Agreement (incorporated by reference to Exhibit 10.6 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.12† | Form of Nonqualified Stock Option Agreement (incorporated by reference to Exhibit 10.7 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.13† | Form of Stock Appreciation Rights Agreement (incorporated by reference to Exhibit 10.8 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.14† | Form of Restricted Stock Unit Agreement (incorporated by reference to Exhibit 10.9 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.15† | Form of Cash-Based Award Agreement Pursuant to the Carvana Co. 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 99.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on May 7, 2018). |
| 10.17† | Form of Performance Restricted Stock Unit Agreement Pursuant to the Carvana Co. 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 99.2 to Carvana Co.'s Current Report 8-K filed with the SEC on May 7, 2018). |
| 10.18† | Form of Restricted Stock Unit Agreement Pursuant to the Carvana Co. 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 99.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on July 31, 2018). |
| 10.19† | Form of Nonqualified Stock Option Agreement Pursuant to the Carvana Co. 2017 Omnibus Incentive Plan (incorporated by reference to Exhibit 99.2 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on July 31, 2018). |
| 10.20 | Carvana Co. Employee Stock Purchase Plan (incorporated by reference to Exhibit 4.3 to Carvana Co.'s Registration Statement on Form S-8 filed with the SEC on May 7, 2021). |
| 10.21* | Second Amended and Restated Inventory Financing and Security Agreement, dated as of October 1, 2020 among Ally Bank, Ally Financial Inc., and Carvana, LLC (incorporated by reference to Exhibit 10.3 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on October 29, 2020). |

| 10.22 | First Amendment to Second Amended and Restated Inventory Financing and Security Agreement, dated March 15, 2021, among Ally Bank, Ally Financial Inc., and Carvana, LLC(incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on March 18, 2021). |
|---|---|
| 10.23* | Second Amendment to Second Amended and Restated Inventory Financing and Security Agreement, dated June 29, 2021, among Ally Bank, and Ally Financial Inc., and Carvana, LLC (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on July 6, 2021). |
| 10.24 | Third Amendment to Second Amended and Restated Inventory Financing and Security Agreement, dated December 1, 2021, among Ally Bank, Ally Financial Inc., and Carvana, LLC(incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on December 6, 2021). |
| 10.25 | Fourth Amendment to Second Amended and Restated Inventory Financing and Security Agreement, dated February 1, 2021, among Ally Bank, Ally Financial Inc., and Carvana, LLC (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on February 3, 2022). |
| 10.26* | Amended and Restated Master Purchase and Sale Agreement, among Ally Bank, Ally Financial, Inc. and Carvana Auto Receivables 2016-1 LLC, dated as of March 6, 2017 (incorporated by reference to Exhibit 10.22 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.27 | First Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated September 14, 2017, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, Ally Financial Inc. (incorporated by reference to Exhibit 10.43 to Carvana Co.'s Annual Report on Form 10-K filed with the SEC on March 6, 2018). |
| 10.28 | Second Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated November 3, 2017, among Carvana Auto Receivables 2016-1 LLC, Ally Bank and Ally Financial Inc. (incorporated by reference to Exhibit 10.3 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on November 7, 2017). |
| 10.29 | Omnibus Amendment No. 2 to the Ally Flow transaction, dated as of January 4, 2018 (incorporated by reference to Exhibit 10.44 to Carvana Co.'s Annual Report on Form 10-K filed with the SEC on March 6, 2018). |
| 10.30 | Third Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated November 2, 2018, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on November 7, 2018). |
| 10.31 | Fourth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated January 4, 2019, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.61 to Carvana Co.'s Annual Report on Form 10-K filed with the SEC on February 27, 2019). |
| 10.32* | Fifth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated March 6, 2019 among Carvana Auto Receivables 2016-1 LLC, Ally Bank, Ally Financial Inc. (incorporated by reference to Exhibit 99.2 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on April 25, 2019). |
| 10.33* | Sixth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated April 19, 2019 among Carvana Auto Receivables 2016-1 LLC, Ally Bank, Ally Financial Inc. (incorporated by reference to Exhibit 99.3 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on April 25, 2019). |
| 10.34 | Seventh Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated March 19, 2020, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on May 6, 2020). |
| 10.35* | Eighth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated March 24, 2020, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.2 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on May 6, 2020). |
| 10.36* | Ninth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated April 29, 2020, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.3 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on May 6, 2020). |
| 10.37* | Tenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated May 19, 2020, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc.(incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on August 5, 2020). |
| 10.38 | Eleventh Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated June 30, 2020, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc.(incorporated by reference to Exhibit 10.2 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on August 5, 2020). |
| 10.39* | Twelfth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated September 29, 2020,among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.2 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on October 29, 2020). |
| 10.40* | Thirteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated December 30, 2020, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.35 to Carvana Co.'s Annual report on Form 10-K, filed with the SEC on February 25, 2021). |
| 10.41* | Fourteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated January 29, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.36 to Carvana Co.'s Annual Report on Form 10-K, filed with the SEC on February 25, 2021). |
| 10.42* | Fifteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated March 19, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on March 24, 2021). |
| 10.43 | Sixteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated May 3, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.3 to Carvana Co.'s Quarterly Report on Form 10-Q, filed with the SEC on May 6, 2021). |
| 10.44 | Seventeenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated June 30, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.3 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC August 5, 2021). |
| 10.45 | Eighteenth Amendment to the Amended and Restated Master Purchase and Sale Agreement, dated September 28, 2021, among Carvana Auto Receivables 2016-1 LLC, Ally Bank, and Ally Financial Inc. (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q, filed with the SEC on November 4, 2021). |
| 10.46 | SilverRock Automotive Master Dealer Agreement, dated December 8, 2016 among SilverRock Automotive, Inc., SilverRock Automotive of Florida, Inc. and Carvana, LLC (incorporated by reference to Exhibit 10.24 to Carvana Co.'s Registration Statement on Form S-1 filed with the SEC on March 31, 2017). |
| 10.47 | Amendment to the Master Dealer Agreement, effective October 1, 2018 among SilverRock Automotive, Inc., SilverRock Automotive of Florida, Inc., and Carvana, LLC (incorporated by reference to Exhibit 10.5 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on November 7, 2018). |
| 10.48* | Second Addendum to the Master Dealer Agreement, effective August 31, 2020 among SilverRock Automotive, Inc., SilverRock Automotive of Florida, Inc., and Carvana, LLC (incorporated by reference to Exhibit 10.1 to Carvana Co.'s Quarterly Report on Form 10-Q filed with the SEC on October 29, 2020). |

| 10.49 | Third Addendum to the Master Dealer Agreement, effective April 19, 2021, among SilverRock Automotive, Inc., SilverRock Automotive of Florida, Inc., and Carvana, LLC (incorporated by reference to Exhibit 10.4 to Carvana Co.'s Quarterly Report on Form 10-Q, filed with the SEC on May 6, 2021). |
| --- | --- |
| 10.50† | Non-Compete Agreement between Carvana, LLC and Ernest C. Garcia III (incorporated by reference to Exhibit 99.1 to Carvana Co.'s Current Report on Form 8-K filed with the SEC on November 1, 2018). |
| 10.51 | Contribution Agreement between Carvana Co. and Ernest C. Garcia III, dated February 22, 2022, filed herewith. |
| 21.1 | Carvana Co. Subsidiaries, filed herewith. |
| 23.1 | Consent of Grant Thornton, LLP, filed herewith. |
| 31.1 | Certification of the Chief Executive Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 31.2 | Certification of the Chief Financial Officer Pursuant to Rule 13a-14(a), filed herewith. |
| 32.1 | Certification of the Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, filed herewith. |
| 32.2 | Certification of the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, filed herewith. |
| 101.INS | XBRL Instance Document. |
| 101.SCH | XBRL Taxonomy Extension Schema Document. |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document. |

* Certain portions of the exhibit (indicated by "[***]") have been omitted as the Registrant has determined (i) the omitted information is not material and (ii) the omitted information would likely cause competitive harm to the Registrant if publicly disclosed.

† Indicates a management contract or compensatory plan or arrangement.

126

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date:    February 24, 2022         **Carvana Co.**
                                    (Registrant)

                                    By: /s/ Ernest Garcia III
                                        Ernest Garcia III
                                        President, Chief Executive Officer and Chairman
                                        February 24, 2022

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Ernest Garcia III<br>Ernest Garcia III | President, Chief Executive Officer, and Chairman | February 24, 2022 |
| /s/ Mark Jenkins<br>Mark Jenkins | Chief Financial Officer | February 24, 2022 |
| /s/ Stephen Palmer<br>Stephen Palmer | Vice President of Accounting and Finance | February 24, 2022 |
| /s/ Michael Maroone<br>Michael Maroone | Director | February 24, 2022 |
| /s/ Ira Platt<br>Ira Platt | Director | February 24, 2022 |
| /s/ Dan Quayle<br>Dan Quayle | Director | February 24, 2022 |
| /s/ Greg Sullivan<br>Greg Sullivan | Director | February 24, 2022 |
| /s/ Neha Parikh<br>Neha Parikh | Director | February 24, 2022 |

127

**Exhibit 4.5**

## Description of Registrant's Securities

The following is a description of each class of securities of Carvana Co. ("we," "our," the "Company") that is registered under Section 12 of the Securities and Exchange Act of 1034, as amended, and does not purport to be complete. For a complete description of the terms and provisions of such securities, refer to the Company's amended and restated certificate of incorporation (our "certificate") and amended and restated by-laws (our "bylaws"), copies of which have been filed as Exhibit 3.1 and 3.2 to our Annual Report on Form 10-K, of which this Exhibit 4.5 is a part.

### General

Our certificate authorizes capital stock consisting of:

- 500,000,000 shares of Class A common stock, par value $0.001 per share;
- 125,000,000 shares of Class B common stock, par value $0.001 per share; and
- 50,000,000 shares of undesignated preferred stock, with a par value per share that may be established by our Board of Directors (our "Board") in the applicable certificate of designations.

As of February 18, 2022, we had 90,100,981 and 82,900,276.04 shares of our Class A common stock and Class B common stock issued and outstanding, respectively.

### Class A Common Stock

Holders of shares of our Class A common stock are entitled to one vote for each share held of record on all matters submitted to a vote of stockholders. The holders of our Class A common stock do not have cumulative voting rights in the election of directors.

Holders of shares of our Class A common stock will vote together with holders of our Class B common stock as a single class on all matters presented to our stockholders for their vote or approval, except for certain amendments to our certificate described below or as otherwise required by applicable law or the certificate.

Holders of shares of our Class A common stock are entitled to receive dividends when and if declared by our Board out of funds legally available therefor, subject to any statutory or contractual restrictions on the payment of dividends and to any restrictions on the payment of dividends imposed by the terms of any outstanding preferred stock.

Upon our dissolution or liquidation or the sale of all or substantially all of our assets, after payment in full of all amounts required to be paid to creditors and to the holders of preferred stock having liquidation preferences, if any, the holders of shares of our Class A common stock will be entitled to receive pro rata our remaining assets available for distribution.

Holders of shares of our Class A common stock do not have preemptive, subscription, redemption or conversion rights. There will be no redemption or sinking fund provisions applicable to the Class A common stock.

### Class B Common Stock

Each holder of Class B common stock is entitled to one vote for each share of Class B Common Stock held of record by such holder; provided that each holder that, together with its affiliates (which, in the case of the Garcia Parties, includes each other Garcia Party), (1) beneficially owns 50% or more of the LLC Units of Carvana Group, LLC ("LLC Units") and (2) as of the applicable record date or other date of determination maintains direct or indirect beneficial ownership of an aggregate of at least 25% of the outstanding shares of Class A common stock (determined assuming that each Class A Unit held by holders other than the Carvana Co. Sub LLC ("Carvana Sub") were exchanged for Class A common stock), is entitled to ten votes for each share of Class B common stock held of record by such holder. Each other share of our Class B common stock entitles its holder to one vote on all matters to

be voted on by stockholders generally. The Garcia Parties holding shares of our Class B common stock will be entitled to one vote for each share held of record on all matters submitted to a vote of stockholders when the Garcia Parties' direct or indirect beneficial ownership of the outstanding shares of Class A common stock (determined on an as-exchanged basis assuming that all of the LLC Units were exchanged for Class A common stock) is less than 25%. The holders of our Class B common stock do not have cumulative voting rights in the election of directors.

Holders of shares of our Class B common stock will vote together with holders of our Class A common stock as a single class on all matters presented to our stockholders for their vote or approval, except for certain amendments to our certificate described below or as otherwise required by applicable law or the certificate.

Holders of our Class B common stock do not have any right to receive dividends or to receive a distribution upon dissolution or liquidation or the sale of all or substantially all of our assets. Additionally, holders of shares of our Class B common stock do not have preemptive, subscription, redemption or conversion rights. There will be no redemption or sinking fund provisions applicable to the Class B common stock. Any amendment of our certificate that gives holders of our Class B common stock (1) any rights to receive dividends or any other kind of distribution, (2) any right to convert into or be exchanged for Class A common stock or (3) any other economic rights will require, in addition to stockholder approval, the affirmative vote of holders of our Class A common stock voting separately as a class.

Holders of Class A Units own 100% of our outstanding Class B common stock.

**Preferred Stock**

Under the terms of our certificate, our Board is authorized to direct us to issue shares of preferred stock in one or more series without stockholder approval. Our Board has the discretion to determine the rights, preferences, privileges and restrictions, including voting rights, dividend rights, conversion rights, redemption privileges and liquidation preferences, of each series of preferred stock.

The purpose of authorizing our Board to issue preferred stock and determine its rights and preferences is to eliminate delays associated with a stockholder vote on specific issuances. The issuance of preferred stock, while providing flexibility in connection with possible acquisitions, future financings and other corporate purposes, could have the effect of making it more difficult for a third party to acquire, or could discourage a third party from seeking to acquire, a majority of our outstanding voting stock. Additionally, the issuance of preferred stock may adversely affect the holders of our Class A common stock by restricting dividends on the Class A common stock, diluting the voting power of the Class A common stock or subordinating the liquidation rights of the Class A common stock. As a result of these or other factors, the issuance of preferred stock could have an adverse impact on the market price of our Class A common stock.

**Forum Selection**

Our certificate provides that, unless we consent in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware (or, if the Court of Chancery does not have jurisdiction, the United States District Court for the District of Delaware) will be the sole and exclusive forum for (1) any derivative action or proceeding brought on our behalf, (2) any action asserting a claim of breach of a fiduciary duty owed by any of our directors, officers or other employees to us or our stockholders, (3) any action asserting a claim against the company or any director or officer of the company arising pursuant to any provision of the DGCL, our certificate or our bylaws or (4) any other action asserting a claim against the company or any director or officer of the company that is governed by the internal affairs doctrine. Although we believe these provisions benefit us by providing increased consistency in the application of Delaware law for the specified types of actions and proceedings, the provisions may have the effect of discouraging lawsuits against us or our directors and officers.

**Anti-Takeover Provisions**

Our certificate, bylaws and the DGCL contain provisions, which are summarized in the following paragraphs, that are intended to enhance the likelihood of continuity and stability in the composition of our Board. These

provisions are intended to avoid costly takeover battles, reduce our vulnerability to a hostile change of control and enhance the ability of our Board to maximize stockholder value in connection with any unsolicited offer to acquire us. However, these provisions may have an anti-takeover effect and may delay, deter or prevent a merger or acquisition of us by means of a tender offer, a proxy contest or other takeover attempt that a stockholder might consider in its best interest, including those attempts that might result in a premium over the prevailing market price for the shares of Class A common stock held by stockholders.

***These provisions include:***

***Dual Class of Common Stock***. As described above in "— Class A Common Stock " and "— Class B Common Stock," our certificate provides for a dual class common stock structure pursuant to which the Garcia Parties holding our Class B common stock are entitled to ten votes for each share held of record on all matters submitted to a vote for so long as the Garcia Parties maintain, in the aggregate, direct or indirect beneficial ownership of at least 25% of the outstanding shares of Class A common stock (determined on an as-exchanged basis assuming that all of the Class A Units were exchanged for Class A common stock), thereby giving the Garcia Parties the ability to control the outcome of matters requiring stockholder approval, even if they own significantly less than a majority of the shares of our outstanding Class A and Class B common stock, including the election of directors and significant corporate transactions, such as a merger or other sale of our company or its assets, and current investors, executives and employees with the ability to exercise significant influence over those matters.

***Classified Board.*** Our certificate provides that our Board will be divided into three classes of directors, with the classes as nearly equal in number as possible, and with the directors serving three-year terms. As a result, approximately one-third of our Board will be elected each year. The classification of directors will have the effect of making it more difficult for stockholders to change the composition of our Board. Our certificate will also provide that, subject to any rights of holders of preferred stock to elect additional directors under specified circumstances, the number of directors will be fixed exclusively pursuant to a resolution adopted by our Board. Our Board currently has five members.

***Stockholder Action by Written Consent.*** Our certificate precludes stockholder action by written consent at any time the Garcia Parties are no longer entitled to ten votes for each share of Class B common stock held of record on all matters submitted to a vote.

***Special Meetings of Stockholders.*** Except as required by law, special meetings of our stockholders shall be called at any time only by or at the direction of our Board or the chairman of our Board; provided, however, (1) at any time when the Garcia Parties beneficially owns any of our Class B common stock, special meetings of our stockholders shall also be called by our Board or the chairman of our Board at the request of the Garcia Parties and (2) at any time when the Garcia Parties holding our Class B common stock are entitled to ten votes for each share held of record on all matters submitted to a vote, special meetings of our stockholders shall also be called by holders of a majority in voting power of the outstanding shares of our capital stock entitled to vote on all matters to be voted on by stockholders generally, voting together as a single class. Our bylaws prohibit the conduct of any business at a special meeting other than as specified in the notice for such meeting. These provisions may have the effect of deferring, delaying or discouraging hostile takeovers, or changes in control or management of us.

***Advance Notice Procedures.*** Our bylaws establish an advance notice procedure for stockholder proposals to be brought before an annual meeting of our stockholders, including proposed nominations of persons for election to our Board; provided, however, such advance notice procedure will not apply to the Garcia Parties. Stockholders at an annual meeting will only be able to consider proposals or nominations specified in the notice of meeting or brought before the meeting by or at the direction of our Board or by a stockholder who was a stockholder of record on the record date for the meeting, who is entitled to vote at the meeting and who has given our Secretary timely written notice, in proper form, of the stockholder's intention to bring that business before the meeting. Although the bylaws will not give our Board the power to approve or disapprove stockholder nominations of candidates or proposals regarding other business to be conducted at a special or annual meeting, the bylaws may have the effect of precluding the conduct of certain business at a meeting if the proper procedures are not followed or may discourage or deter a potential acquirer from conducting a solicitation of proxies to elect its own slate of directors or otherwise attempting to obtain control of us.

*Removal of Directors; Vacancies.* Directors may be removed with or without cause upon the affirmative vote of a majority in voting power of all outstanding shares of stock entitled to vote thereon, voting together as a single class; provided, however, at any time when the Garcia Parties holding our Class B common stock are no longer entitled to ten votes for each share held of record on all matters submitted to a vote, directors may only be removed for cause, and only by the affirmative vote of holders of at least 66 2/3% in voting power of all the then-outstanding shares of stock of the company entitled to vote thereon, voting together as a single class. In addition, our certificate will also provide that, subject to the rights granted to one or more series of preferred stock then outstanding, any newly created directorship on our Board that results from an increase in the number of directors and any vacancies on our Board will be filled at any time when the Garcia Parties holding our Class B common stock are entitled to ten votes for each share held of record on all matters submitted to a vote, either (1) upon the affirmative vote of a majority in voting power of all outstanding shares of capital stock entitled to vote thereon, voting together as a single class or (2) if no such appointment has been made by the tenth day following the occurrence of the vacancy, or if such shareholders holding a majority in voting power of all outstanding shares of capital stock notify our Board that no appointment shall be made, by the affirmative vote of a majority of the remaining directors, even if less than a quorum, or by the sole remaining director. At any time the Garcia Parties holding our Class B common stock are no longer entitled to ten votes for each share held of record on all matters submitted to a vote, any newly created directorship on our Board that results from an increase in the number of directors and any vacancy occurring on our Board will be filled by the affirmative vote of a majority of the remaining directors, even if less than a quorum, or by the sole remaining director.

*Supermajority Approval Requirements.* Our Board is expressly authorized to make, alter, amend, change, add to, rescind or repeal, in whole or in part, our bylaws without a stockholder vote in any matter not inconsistent with the laws of the State of Delaware and our certificate. For as long as the Garcia Parties holding our Class B common stock are entitled to ten votes for each share held of record on all matters submitted to a vote, any amendment, alteration, rescission or repeal of our bylaws by our stockholders will require the affirmative vote of a majority in voting power of the outstanding shares of our stock entitled to vote on such amendment, alteration, change, addition, rescission or repeal. When the Garcia Parties holding our Class B common stock are no longer entitled to ten votes for each share held of record on all matters submitted to a vote, any amendment, alteration, rescission or repeal of our bylaws by our stockholders will require the affirmative vote of the holders of at least 66 2/3% in voting power of all the then-outstanding shares of stock of the company entitled to vote thereon, voting together as a single class.

The DGCL provides generally that the affirmative vote of a majority of the outstanding shares entitled to vote thereon, voting together as a single class, is required to amend a corporation's certificate of incorporation, unless the certificate requires a greater percentage.

At any time when the Garcia Parties holding our Class B common stock are no longer entitled to ten votes for each share held of record on all matters submitted to a vote, the following provisions in our certificate may be amended, altered, repealed or rescinded only by the affirmative vote of the holders of at least 66 2/3% (as opposed to a majority threshold that would apply when holders of our Class B common stock are entitled to ten votes for each share held of record on all matters submitted to a vote) in voting power of all the then-outstanding shares of stock entitled to vote thereon, voting together as a single class:

- the provision requiring a 66 2/3% supermajority vote for stockholders to amend our bylaws;
- the provisions providing for a classified Board (the election and term of our directors);
- the provisions regarding resignation and removal of directors;
- the provisions regarding entering into business combinations with interested stockholders;
- the provisions regarding stockholder action by written consent;
- the provisions regarding calling special meetings of stockholders;
- the provisions regarding filling vacancies on our Board and newly created directorships;
- the provisions eliminating monetary damages for breaches of fiduciary duty by a director; and
- the amendment provision requiring that the above provisions be amended only with a 66 2/3% supermajority vote.

The combination of the classification of our Board, the lack of cumulative voting and the supermajority voting requirements will make it more difficult for our existing stockholders to replace our Board as well as for another

party to obtain control of us by replacing our Board. Because our Board has the power to retain and discharge our officers, these provisions could also make it more difficult for existing stockholders or another party to effect a change in management.

*Authorized but Unissued Shares.* Our authorized but unissued shares of common stock and preferred stock will be available for future issuance without stockholder approval, subject to stock exchange rules. These additional shares may be utilized for a variety of corporate purposes, including future public offerings to raise additional capital, corporate acquisitions and employee benefit plans. One of the effects of the existence of authorized but unissued common stock or preferred stock may be to enable our Board to issue shares to persons friendly to current management, which issuance could render more difficult or discourage an attempt to obtain control of the company by means of a merger, tender offer, proxy contest or otherwise, and thereby protect the continuity of our management and possibly deprive our stockholders of opportunities to sell their shares of common stock at prices higher than prevailing market prices.

*Business Combinations.* We are not subject to the provisions of Section 203 of the DGCL. In general, Section 203 prohibits a publicly held Delaware corporation from engaging in a "business combination" with an "interested stockholder" for a three-year period following the time that the person becomes an interested stockholder, unless the business combination is approved in a prescribed manner. A "business combination" includes, among other things, a merger, asset or stock sale or other transaction resulting in a financial benefit to the interested stockholder. An "interested stockholder" is a person who, together with affiliates and associates, owns, or did own within three years prior to the determination of interested stockholder status, 15% or more of the corporation's voting stock.

Under Section 203, a business combination between a corporation and an interested stockholder is prohibited unless it satisfies one of the following conditions: (1) before the stockholder became an interested stockholder, the Board approved either the business combination or the transaction which resulted in the stockholder becoming an interested stockholder; (2) upon consummation of the transaction which resulted in the stockholder becoming an interested stockholder, the interested stockholder owned at least 85% of the voting stock of the corporation outstanding at the time the transaction commenced, excluding for purposes of determining the voting stock outstanding, shares owned by persons who are directors and also officers, and employee stock plans, in some instances; or (3) at or after the time the stockholder became an interested stockholder, the business combination was approved by the Board and authorized at an annual or special meeting of the stockholders by the affirmative vote of at least two-thirds of the outstanding voting stock which is not owned by the interested stockholder.

A Delaware corporation may "opt out" of these provisions with an express provision in its original certificate of incorporation or an express provision in its certificate or bylaws resulting from a stockholders' amendment approved by at least a majority of the outstanding voting shares.

We have opted out of Section 203; however, our certificate contains similar provisions providing that we may not engage in certain "business combinations" with any "interested stockholder" for a three-year period following the time that the stockholder became an interested stockholder, unless:

- prior to such time, our Board approved either the business combination or the transaction which resulted in the stockholder becoming an interested stockholder;
- upon consummation of the transaction that resulted in the stockholder becoming an interested stockholder, the interested stockholder owned at least 85% of our voting stock outstanding at the time the transaction commenced, excluding certain shares; or
- at or subsequent to that time, the business combination is approved by our Board and by the affirmative vote of holders of at least 66 2/3% of our outstanding voting stock that is not owned by the interested stockholder.

Under certain circumstances, this provision will make it more difficult for a person who would be an "interested stockholder" to effect various business combinations with the company for a three-year period. This provision may encourage companies interested in acquiring the company to negotiate in advance with our Board because the stockholder approval requirement would be avoided if our Board approves either the business combination or the transaction which results in the stockholder becoming an interested stockholder. These

provisions also may have the effect of preventing changes in our Board and may make it more difficult to accomplish transactions which stockholders may otherwise deem to be in their best interests.

Our certificate provides that the Garcia Parties, and any of their direct or indirect transferees and any group as to which such persons are a party, do not constitute "interested stockholders" for purposes of this provision.

**Limitations on Liability and Indemnification of Officers and Directors**

The DGCL authorizes corporations to limit or eliminate the personal liability of directors to corporations and their stockholders for monetary damages for breaches of directors' fiduciary duties, subject to certain exceptions. Our certificate of incorporation will include a provision that eliminates the personal liability of directors for monetary damages for any breach of fiduciary duty as a director, except to the extent such exemption from liability or limitation thereof is not permitted under the DGCL. The effect of these provisions will be to eliminate the rights of us and our stockholders, through stockholders' derivative suits on our behalf, to recover monetary damages from a director for breach of fiduciary duty as a director, including breaches resulting from grossly negligent behavior. However, exculpation will not apply to any director if the director has acted in bad faith, knowingly or intentionally violated the law, authorized illegal dividends or redemptions or derived an improper benefit from his or her actions as a director.

Our bylaws provide that we must indemnify and advance expenses to our directors and officers to the fullest extent authorized by the DGCL. We also are expressly authorized to carry directors' and officers' liability insurance providing indemnification for our directors, officers and certain employees for some liabilities. We believe that these indemnification and advancement provisions and insurance will be useful to attract and retain qualified directors and officers.

The limitation of liability, indemnification and advancement provisions that will be included in our certificate of incorporation and bylaws may discourage stockholders from bringing a lawsuit against directors for breaches of their fiduciary duty. These provisions also may have the effect of reducing the likelihood of derivative litigation against directors and officers, even though such an action, if successful, might otherwise benefit us and our stockholders. In addition, your investment may be adversely affected to the extent we pay the costs of settlement and damage awards against directors and officers pursuant to these indemnification provisions.

There is currently no pending material litigation or proceeding involving any of our directors, officers or employees for which indemnification is sought.

**Corporate Opportunity Doctrine**

Delaware law permits corporations to adopt provisions renouncing any interest or expectancy in certain opportunities that are presented to the corporation or its officers, directors or stockholders. Our certificate, to the maximum extent permitted from time to time by Delaware law, renounces any interest or expectancy that we have in, or right to be offered an opportunity to participate in, specified business opportunities that are from time to time presented to certain of our officers, directors or stockholders or their respective affiliates, other than those officers, directors, stockholders or affiliates acting in their capacity as our employee or director. Our certificate provides that, to the fullest extent permitted by law, any director or stockholder who is not employed by us or our affiliates will not have any duty to refrain from (1) engaging in a corporate opportunity in the same or similar lines of business in which we or our affiliates now engage or propose to engage or (2) otherwise competing with us or our affiliates. In addition, to the fullest extent permitted by law, in the event that any director or stockholder, other than directors or stockholders acting in their capacity as our director or as a stockholder, acquires knowledge of a potential transaction or other business opportunity which may be a corporate opportunity for itself or himself or its or his affiliates or for us or our affiliates, such person will have no duty to communicate or offer such transaction or business opportunity to us or any of our affiliates and they may take any such opportunity for themselves or offer it to another person or entity. Our certificate will not renounce our interest in any business opportunity that is expressly offered to an employee director or employee in his or her capacity as a director or employee of Carvana Co. To the fullest extent permitted by law, no business opportunity will be deemed to be a potential corporate opportunity for us unless we would be permitted to undertake the opportunity under our certificate, we have sufficient financial resources to undertake the opportunity and the opportunity would be in line with our business.

**Dissenters' Rights of Appraisal and Payment**

Under the DGCL, with certain exceptions, our stockholders will have appraisal rights in connection with a merger or consolidation of Carvana Co. Pursuant to the DGCL, stockholders who properly request and perfect appraisal rights in connection with such merger or consolidation will have the right to receive payment of the fair value of their shares as determined by the Delaware Court of Chancery.

**Stockholders' Derivative Actions**

Under the DGCL, any of our stockholders may bring an action in our name to procure a judgment in our favor, also known as a derivative action, provided that the stockholder bringing the action is a holder of our shares at the time of the transaction to which the action relates or such stockholder's stock thereafter devolved by operation of law.

**Transfer Agent and Registrar**

The transfer agent and registrar for our Class A common stock is American Stock Transfer & Trust Company, LLC. Its address is 6201 15th Avenue, Brooklyn, NY 11219.

**Listing**

Our Class A common stock is listed on the NYSE under the trading symbol "CVNA."

**Exhibit 10.51**

**CARVANA CO.**

**CONTRIBUTION AGREEMENT**

This Contribution Agreement (this "*Agreement*") is made and entered into as of February 22, 2022 by and between Carvana Co., a Delaware corporation (the "*Company*"), and Ernest C. Garcia III ("*Mr. Garcia*").

**WHEREAS,** the Compensation and Nominating Committee of the Company has granted restricted stock awards to certain employees of the Company and its subsidiaries under the Carvana Co. Omnibus Incentive Plan, pursuant to the Company's One Million Unit Milestone Gift (the "*Milestone Gift*");

**WHEREAS**, Mr. Garcia wishes to transfer certain shares of the Company's common stock to the Company in an aggregate number of shares equivalent to the restricted stock unit awards granted and vested pursuant to the MileStone Gift (the "*Contributed Shares*"); and

**WHEREAS**, the Company desires to accept the Contributed Shares as a contribution to the capital of the Company.

**NOW, THEREFORE**, the parties hereto agree as follows:

1. **Contribution**. On the last day of each fiscal quarter through the first quarter of 2024 (the "*Quarterly Contribution Date*"), the Company shall communicate to Mr. Garcia the number of shares of the Company's common stock, granted pursuant to the Milestone Gift, that have vested in such fiscal quarter (the "*Quarterly Contributed Shares*"). Mr. Garcia shall contribute and transfer the Quarterly Contributed Shares to the Company (the "*Quarterly Contribution*" and together the "*Contribution*"), without any cost or charge to the Company, except as set forth in Section 5 below.

2. **Acknowledgement**. Mr. Garcia acknowledges that from and after any Quarterly Contribution Date, the Company will be the owner of all right, title and interest in and to the Quarterly Contributed Shares. In furtherance of the foregoing, from and after any Quarterly Contribution Date, Mr. Garcia shall not at any time do or suffer to be done any act or thing which may adversely affect any rights of the Company in and to the Quarterly Contributed Shares.

3. **Representations and Warranties**.

   **(a)** Company represents and warrants that: (i) it has all necessary power and authority to enter into and perform this Agreement, and (ii) this Agreement constitutes a valid and binding obligation which is enforceable against Company in accordance with its terms.

   **(b)** Mr. Garcia represents and warrants that: (i) he has good title to the Contributed Shares, free and clear of any pledge, lien, security interest, encumbrance, claim or equitable interest, (ii) he has all necessary power and authority to enter into and perform this

Agreement, and (iii) this Agreement constitutes a valid and binding obligation which is enforceable against Mr. Garcia in accordance with its terms.

4. **<u>Disclosure of Information</u>**. Mr. Garcia believes he has received all the information he considers necessary or appropriate for deciding whether to contribute the Contributed Shares to the Company pursuant to this Agreement. Mr. Garcia further represents that he has had an opportunity to ask questions and receive answers from the Company regarding the business, properties, prospects and financial condition of the Company.

5. **<u>Tax Indemnification</u>**. The Company will be solely liable for, and shall indemnify and hold harmless Mr. Garcia for, any and all Taxes (as defined below) incurred by Mr. Garcia as a result of the Contribution. As used herein, "*Taxes*" means all federal, state, local, foreign and other income, net income, gross income, gross receipts, estimated, add-on minimum, sales, use, ad valorem, gift, transfer, franchise, profits, registration, license, lease, service, service use, withholding, payroll, employment, unemployment, social security, welfare, workers' compensation, disability, excise, severance, stamp, occupation, premium, property, windfall profits, customs, duties, levies, tariff, impost, escheat or other taxes, fees, assessments or charges of any kind whatsoever.

6. **<u>Further Assurances</u>**. From time to time, and without any further consideration, the parties hereto agree to execute, acknowledge and deliver all such additional deeds, assignments, bills of sale, conveyances, instruments, notices, releases, acquittances and other documents, and to do all such other acts and things, all in accordance with applicable law, as may be necessary or appropriate (a) more fully to ensure that the applicable parties hereto own all of the properties, rights, titles, interests, estates, remedies, powers and privileges granted by this Agreement, or which are intended to be so granted, (b) more fully and effectively to vest in the applicable parties hereto and their respective successors and assigns beneficial and record title to the Contributed Shares assigned by this Agreement or intended to be so and (c) more fully and effectively to carry out the purposes and intent of this Agreement.

7. **<u>No Third Party Rights</u>**. The provisions of this Agreement are intended to bind the parties hereto as to each other and are not intended to and do not create rights in any other person or confer upon any other person any benefits, rights or remedies and no person is or is intended to be a third party beneficiary of any of the provisions of this Agreement.

8. **<u>Specific Enforcement</u>**. It is agreed and understood that monetary damages would not adequately compensate an injured party for the breach of this Agreement by any party, that this Agreement shall be specifically enforceable, and that any breach or threatened breach of this Agreement shall be the proper subject of a temporary or permanent injunction or restraining order. Further, each party hereto waives any claim or defense that there is an adequate remedy at law for such breach or threatened breach. In any action, proceeding or dispute, with or without litigation, arising out of this Agreement, the successful party therein, regardless of whether the matter is pursued to judgment or is voluntarily dismissed, shall be entitled to recover from the other party thereto the reasonable attorneys' and paralegals' fees and all other expenses and/or costs incurred by the successful party in connection therewith.

9. **Amendments and Waivers**. Any term hereof may be amended and the observance of any term hereof may be waived only with the written consent of each party hereto. Any amendment or waiver so effected shall be binding upon the Company and Mr. Garcia and any assignee or transferee thereof.

10. **Severability**. Whenever possible, each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be held to be prohibited by or invalid under applicable law, such provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement.

11. **Governing Law**. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

12. **Counterparts**. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

13. **Captions**. The captions, headings and arrangements used in this Agreement are for convenience only and do not in any way limit or amplify the terms and provisions hereof.

14. **Entire Agreement**. This Agreement contains the entire understanding of the parties and there are not further or other agreements or understandings, written or oral, in effect between the parties relating to the subject matter hereof except as expressly referred to herein.

15. **Successors and Assigns**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon the respective successor and assigns of the parties.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first above written.

CARVANA CO.

By:        /s/ Paul Breaux
Name:      Paul Breaux
Title:     General Counsel and Secretary


ERNEST C. GARCIA III

/s/ Ernest C. Garcia III

**Exhibit 21.1**

### SUBSIDIARIES OF THE COMPANY

The following are the direct and indirect subsidiaries of Carvana Co. as of December 31, 2021:

| Subsidiary | Jurisdiction of Organization |
| --- | --- |
| Carvana Co. Sub LLC | Delaware |
| Carvana Group, LLC | Delaware |
| Carvana, LLC | Arizona |

**Exhibit 23.1**

CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

We have issued our reports dated February 24, 2022, with respect to the consolidated financial statements and internal control over financial reporting included in the Annual Report of Carvana Co. on Form 10-K for the year ended December 31, 2021. We consent to the incorporation by reference of said reports in the Registration Statements of Carvana Co. on Form S-3 (File No. 333-231606) and on Forms S-8 (File No. 333-217520 and File No. 333-255914).

/s/ GRANT THORNTON LLP

Southfield, Michigan
February 24, 2022

**Exhibit 31.1**

**Certification Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Ernest Garcia III, certify that:

1. I have reviewed this Annual Report on Form 10-K of Carvana Co.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:       February 24, 2022                                         /s/ Ernest C. Garcia III
                                                                     Ernest C. Garcia III
                                                                     *Chairman and Chief Executive Officer*

**Exhibit 31.2**

**Certification Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Mark Jenkins, certify that:

1.  I have reviewed this Annual Report on Form 10-K of Carvana Co.;
2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):
    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:      February 24, 2022                                                              /s/ Mark Jenkins
                                                                                         Mark Jenkins
                                                                                         *Chief Financial Officer*

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10-K of Carvana Co. (the "Company") for the fiscal year ended December 31, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Ernest Garcia III, Chief Executive Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:      February 24, 2022                              /s/ Ernest C. Garcia III
                                                         Ernest C. Garcia III
                                                         *Chairman and Chief Executive Officer*

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10-K of Carvana Co. (the "Company") for the fiscal year ended December 31, 2021, as filed with the U.S. Securities and Exchange Commission (the "Report"), I, Mark Jenkins, Chief Financial Officer of the Company, hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to my knowledge:
1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and
2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:       February 24, 2022                                          /s/ Mark Jenkins
                                                                                        Mark Jenkins
                                                                                        *Chief Financial Officer*

**Exhibit 20**

**S&P Global**
Market Intelligence

# Carvana Co. NYSE:CVNA
# FQ4 2021 Earnings Call Transcripts
## Thursday, February 24, 2022 10:30 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ4 2021- | | | -FQ1 2022- | -FY 2021- | | | -FY 2022- |
|---|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | (0.82) | (1.02) | NM | (0.51) | (1.48) | (1.63) | NM | (1.10) |
| **Revenue (mm)** | 3505.55 | 3753.00 | ▲7.06 | 3502.94 | 12519.11 | 12814.00 | ▲2.36 | 16263.04 |

Currency: USD
Consensus as of  Feb-23-2022 11:31 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2021** | (0.66) | (0.46) | NM |
| **FQ2 2021** | (0.39) | 0.26 | NM |
| **FQ3 2021** | (0.30) | (0.38) | NM |
| **FQ4 2021** | (0.82) | (1.02) | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .......................................................................... 3

Presentation .......................................................................... 4

Question and Answer .......................................................................... 8

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

**Mark Jenkins**
*Chief Financial Officer*

**Michael Louis Levin**
*Vice President of Investor Relations*

**ANALYSTS**

**Adam Michael Jonas**
*Morgan Stanley, Research Division*

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

**Christopher James Bottiglieri**
*BNP Paribas Exane, Research Division*

**Colin Alan Sebastian**
*Robert W. Baird & Co. Incorporated, Research Division*

**David Leonard Bellinger**
*Wolfe Research, LLC*

**John Ryan Blackledge**
*Cowen and Company, LLC, Research Division*

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

**Nathaniel Holmes Schindler**
*BofA Securities, Research Division*

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Carvana Fourth Quarter 2021 Financial Results Conference Call. [Operator Instructions] Please note this event is being recorded.

I would now like to turn the conference over to Mr. Mike Levin. Please go ahead.

**Michael Louis Levin**
*Vice President of Investor Relations*

Thank you, Chuck. Good afternoon, ladies and gentlemen, and thank you for joining us on Carvana's Fourth Quarter and Full Year 2021 Earnings Conference Call. Please note that this call will simultaneously be webcast on the Investor Relations section of the company's corporate website at investors.carvana.com. The fourth quarter shareholder letter is also posted on the IR website. Additionally, following the announcement of our acquisition of ADESA's U.S. physical auction business from KAR Global today, we posted the press release and slide deck on the Events & Presentations page of our IR website, where more details can be found.

Joining me on the call today are Ernie Garcia, Chief Executive Officer; and Mark Jenkins, Chief Financial Officer.

Before we start, I would like to remind you that the following discussion contains forward-looking statements within the meaning of the federal securities laws, including, but not limited to, Carvana's market opportunities and future financial results that involve risks and uncertainties that may cause actual results to differ materially from those discussed here. A detailed discussion of the material factors that cause actual results to differ from forward-looking statements can be found in the

[Audio Gap]

The forward-looking statements and risks in this conference call are based on current expectations as of today, and Carvana assumes no obligation to update or revise them whether as a result of new developments or otherwise. Unless otherwise noted on today's call, all comparisons are on a year-over-year basis.

Our commentary today will include non-GAAP financial measures. Reconciliations between GAAP and non-GAAP metrics for our reported results can be found in our shareholder letter issued today, a copy of which can be found on our Investor Relations website.

And now with that said, I'd like to turn the call over to Ernie Garcia. Ernie?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Thanks, Mike, and thanks, everyone, for joining the call. 2021 was an extraordinary year for Carvana, full of landmark accomplishments along our path to achieving our mission of changing the way people buy and sell cars. We started the year being named to the Fortune 500, tied to the third-fastest company ever to do so. We sold our 1 millionth car through organic growth faster than any other automotive retailer in history. We had our first positive earnings quarter. We had our first positive EBITDA year, excluding onetime items, and we became the fastest-growing e-commerce company in U.S. history.

While I'm extremely excited and proud of the team for that blockbuster list of accomplishments, I'm even more excited about the fact that we were also named to the top 10 of Forbes Best Large Employers to Work For list. We're ranked ahead of any other retail company and ahead of any other technology company. That set of accomplishments can only be achieved with a clear customer-focused mission and enormously scaled opportunity and the compounding that results from the efforts of great people who care

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are directed toward long-term value creation. Thank you to everyone inside Carvana for always choosing to care and for always giving that little extra effort that adds up to make a huge difference.

We've always framed our opportunity simply. Customers desire the experience we provide for them. Providing it is hard. There are approximately 40 million used cars sold every year in the U.S. The unit economics of the industry viewed over any reasonable time frame have been stable for a long time. That unit economic stability at the industry level is structurally driven by the fact that there are tens of thousands of dealers out there providing customers with similar customer experiences and who share similar cost structures. That simple frame is clarifying. To achieve our goals, we must continue to deliver great customer experiences, we must continue to differentiate our unit economics, and we must continue to scale. That is our path.

In alignment with that path, we are extremely excited to announce the acquisition of ADESA's U.S. operations. ADESA is the nation's second-largest auction company with 56 locations, completing about 1 million auction transactions a year. This acquisition has 4 primary justifications. Number one, it solidifies our path to becoming the largest and most profitable automotive retailer. Number two, it provides us with a nationwide inspection center network that we estimate will increase our production capacity by approximately 2 million units per year when fully built out.

Number three, it substantially improves our logistics network. Demonstrating the breadth of these locations, we will move from currently having inspection centers within 200 miles of 56% of the U.S. population to eventually being within 200 miles of 94% of the U.S. population. Demonstrating the quality of these locations, we will move from being within 50 miles of 16% of the U.S. population to being within 50 miles of 58% of the population. This will reduce shipping times to our customers nationwide and lays the foundation for eventually offering same-day delivery to many of our customers.

Number four, it significantly increases our auction capabilities and kick starts or deepens our relationships with many large and important players in the automotive industry. We look forward to working with our new customers to creatively finding new and interesting ways to work together and to valuing them in the same way we have always valued all of our customers.

We also expect ADESA to accelerate our path to our long-term financial model given the many powerful benefits that derive from being closer to our customers. For perspective on how powerful proximity can be, sales that are delivered to customers from an inspection center within 200 miles of our customers today have unit economics that are about $750 better than our average transaction as a result of lower inbound costs, lower delivery costs and higher conversion rates leading to lower customer acquisition expense.

Now I'd like to turn briefly to the current environment. Starting in the late fourth quarter, we, like everyone else, were hit pretty hard by the Omicron variant. At different points in time, we had up to 30% of our people in various operational teams simultaneously called out. It is obviously very difficult to deal with in any system. But in systems that rely on chained activity like our inspection centers and our logistics network, it is even more difficult. This led to the most severe logistics network constraints we have seen in our history. While we are largely out of the Omicron wave, it takes time to work out of our backlogs, and this year's severe winter storms have slowed our progress. Today, we remain severely constrained, but we're working hard to work through it as soon as we possibly can.

These constraints, paired with the recent rapid appreciation of vehicle prices as well as rapid increase in interest rates, have colluded to make this a challenging time. While this has undoubtedly been complex operationally, as our team has in the past, they are rising to the challenge. We've managed to grow our inventory available to our customers. We've grown our operational capacity to handle more volumes throughout our operating groups in anticipation of alleviating our logistics constraints and in anticipation of tax season. And we have made changes to the mix of cars we are purchasing and reconditioning to help our customers find more affordable cars despite the car pricing environment.

And our long-term indicators continue to look incredible. In our oldest cohort, we are now up to 3.5% market penetration. This may not sound like much at first, but if we apply that nationwide, it extrapolates to about 1.4 million annual sales. On top of that, our oldest cohort grew by 50% in the last year and therefore clearly has a long way to go. Lastly, 95% of our 311 markets are ramping faster than our 2013

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cohort was at the same time in its life. 2 million-plus car sales per year is no longer the goal we're aiming higher. We have the team, the business model and the ambition to do it. The march continues. Mark?

**Mark Jenkins**
*Chief Financial Officer*

Thank you, Ernie, and thank you all for joining us today. We are pleased to report another year of strong growth in both retail unit sales and revenue. Revenue totaled $12.8 billion, an increase of 129%. And retail units sold totaled 425,237, an increase of 74%, making us the fastest used automotive retailer to sell over 400,000 vehicles in 1 year. For the fourth quarter, retail units sold totaled 113,016, an increase of 57%. Total revenue was $3.8 billion, an increase of 105%.

Our exceptional growth in 2021 was driven by rapid growth within our market cohorts. In Q4, our 2013 through 2020 cohorts grew retail units sold by 52%, and our oldest cohort of Atlanta grew by 51% to 3.53% market penetration. As of Q4 2021, 95% of our 311 markets are ramping faster than Atlanta was at the same age, and record numbers of markets are crossing key market penetration thresholds.

In 2021, we completed our eighth consecutive year of $400 or more GPU improvement, our eighth consecutive year of EBITDA margin leverage and our first full year of positive EBITDA margin, excluding onetime items. Total gross profit per unit for the year was $4,537. Our growth in GPU in 2021 was broad-based, including increases of $166 in retail, $308 in wholesale and $811 in other. Total GPU in Q4 was $4,566, an increase of $1,187 year-over-year. Year-over-year changes in GPU were driven by gains across all components in Q4 as well.

Retail GPU increased by $230 in Q4, primarily driven by an increase in the percentage of retail vehicles sourced from customers, partially offset by higher reconditioning costs and higher wholesale acquisition prices. Wholesale GPU increased by $441 driven by gains in buying vehicles from customers and wholesale market appreciation. Other GPU increased by $516 driven by strong finance execution and higher industry-wide vehicle prices on average loan size as an additional impact.

In Q4, EBITDA margin was negative 2.5%, including a 0.6% impact from onetime items, an improvement of 1.4%, reflecting gains in both GPU and SG&A leverage. We ended the year with $2.3 billion in total liquidity resources, giving us significant flexibility to execute our plan.

Today, we also announced that we have signed a definitive agreement to acquire ADESA's U.S. physical auction business. The acquisition is expected to close in the second quarter of 2022 and will be financed with $3.275 billion in committed debt financing to fund the $2.2 billion purchase price and an additional $1 billion in improvements across the 56 sites. Upon development of these 56 sites, we are expected to unlock approximately 2 million units of incremental annual production capacity at full utilization.

This year, we made significant progress scaling our vehicle production capacity. In 2021, we added 3 inspection and reconditioning centers, increasing our total IRC count to 14. Following year-end, we also opened our 15th IRC near Cincinnati, Ohio, bringing our total capacity at full utilization to approximately 880,000 units as of February 24. We remain on track to open 6 additional IRCs by the end of 2022. We plan to open 5 of these on schedule, leading to more than 1.2 million units of annual capacity at full utilization at year-end. And with our acquisition of ADESA U.S., we are currently evaluating our preferred time line on opening the sixth.

In 2021, we also opened 45 new markets, bringing our year-end total to 311. With these new market openings, we now serve 81% of the total U.S. population, up from 74% at the end of 2020. We will continue to expand in 2022 and continue to expect to serve 95% of the U.S. population over time.

As we look toward 2022, we expect another strong year on retail units sold, revenue, GPU and EBITDA margin. We expect to grow retail units sold to over 550,000 for the full year. Following the first quarter, in Q2 through Q4 taken in aggregate, we expect total GPU over $4,000 and approximately breakeven EBITDA margin. We expect the first quarter to be impacted by supply chain challenges brought on by the Omicron variant and severe winter storms and the recent rapid increase in short-term interest rates. We expect these effects to have a significant impact on Q1 total GPU and SG&A per retail unit sold, leading to an expected EBITDA margin loss in the mid-single-digit range.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Since becoming a public company nearly 5 years ago, we have made tremendous progress toward our long-term goals and achieved many major milestones such as achieving our first profitable quarter this year. We're excited about what comes next.

Thank you for your attention. We'll now take questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And the first question will come from Zach Fadem with Wells Fargo.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

So over the second half of 2021, your business had been averaging roughly 8,600 unit sales per week. And this number is obviously constrained by a host of factors that appear to have worsened in January. But now that you've opened up 2 new facilities and a few more on the way in the upcoming months, can you talk about how this weekly run rate should change as the new capacity comes on and how this dynamic fits into the '22 unit outlook?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So what I would say is I think the primary driver is going to be how quickly we can alleviate the constraints in logistics network. Yes, as I said in my prepared remarks, Omicron really set us back. The logistics network is a system where many drivers connect in order to deliver a car to a customer. And at kind of the peak of the Omicron wave, we did have very high call-out rates, and that made it hard for those connections to occur and then set us back and got us a bit behind.

And then I think we've been working hard. The team has done a great job trying to catch up. We've got a really strong network when it's fully functioning that should enable us to catch up relatively quickly. But we've also been hit by a number of winter storms. As recently as this week, we are hit by another one. And those storms definitely set us back again.

So I think when you look at the remainder of this year, I think the primary driver right now is our logistics network, which is much more constrained than any other part of the business. And then I think from there, it's about catching up, and then it's about figuring out where we are for the remainder of the year. Right now, the logistics network is absolutely constraining sales. We have also seen car price appreciation that was pretty meaningful in the back half of Q4. And then we've seen interest rates go up quite a bit as well.

And so we don't feel like the impact of that has been that severe on us just yet because we've been kind of impacted by the logistics network constraints, and that's really what's holding us back. But we have seen industry-wide sales drop by kind of 15% to 20% relative to 2019 or 2021, depending on where your reference point is. And so we're taking that all into account and trying to put together our outlook of 550,000 units, and that's what underlies that.

**Zachary Robert Fadem**
*Wells Fargo Securities, LLC, Research Division*

So Ernie, just to be clear, should we assume that the average weekly units in Q1 is below Q4 and then improves sequentially throughout the year?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I think we're going to stick with what we've got in the outlook in terms of specificity. I do think Q1 is going to be a tougher quarter. That's just the way it's going to unfold. We've been heavily constrained, and that's going to show up in the volume. It's also -- in the inspection centers that were hit really heavily in Q4 with Omicron, they were still able to produce a lot of cars because we built a lot of inspection centers and built out a very strong capability there. But the efficiency certainly went down, and that will show up and impacts the COGS.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I think those impacts will show up in Q1, and that's why we're trying to guide to Q1 to provide kind of clarity there. And then we expect to emerge from that and look forward to a really strong Q2 through 4.

**Operator**

The next question will come from Sharon Zackfia with William Blair.

**Sharon Zackfia**
*William Blair & Company L.L.C., Research Division*

I got excited when I heard Zach. I don't know if you got that. On the ADESA acquisition, can you talk about the buy versus build kind of analysis you went through there, what you assumed for the attrition potentially of customers of ADESA as they might not want to kind of line your pockets, some of them? And then the $1 billion in improvements, on unlocking the 2 million in incremental capacity, what's kind of a reasonable time line to get there?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, I think, first of all, as you can imagine, we're extremely excited about this acquisition. We're extremely excited to welcome the team. We think it's a pretty incredible fit. I think whenever businesses come together, you always talk about all the synergies and all the things that you hope to occur. But I think what's so great about this one is it's very clear to see how we fit together. They've got an unbelievable footprint of 56 locations around the country, in great locations that are very close to our customers. You add up those locations, it's over 4,000 acres. For perspective, if you add up all of our inspection centers today, it's probably close to around 1,000 acres, so a really meaningful increase in just kind of the physical infrastructure that we will have access to.

That obviously means incredible things for what we can do from a reconditioning perspective, both in terms of volume where we expect to get 2 million units plus incrementally out of there versus our existing capacity once we fully ramp it up and then also from a location perspective because we can deliver cars to customers where we'll be much closer to them. So I think that's really exciting.

And then we also think the business is a great fit. We've often used this mental model of -- the entire used market is basically a big machine with lots of players that helps customers trade cars with one another. And there's all kinds of players inside that system. There's dealers. There's finance companies. Auctions are a really big player inside that system.

And when we talk about vertical integration, what we generally mean is we want to be as big a part of that system as we can be so that we can cut out as much expense and difficulty as possible for customers that are trading cars. And we think working together with ADESA is really interesting strategically for that reason as well.

When we think about build versus buy, it's actually a fairly straightforward analysis that you can kind of walk through in that same kind of framework. And I think the simplest way to think about it is just with respect to our inspection centers. I think in order for us to get similar production capacity out of the inspection centers that we would build, we would expect to need to build on the order of 30 inspection centers.

And we would expect that cost to be pretty high. We would especially expect it to be pretty high when you look at the locations that we're picking up through this ADESA acquisition. They've got many locations on the West Coast. They got many locations in the Northeast, in areas of the country that are very expensive in dollars but also very expensive in time in terms of how long it takes to find those locations and get them zoned and get them and get them operational.

So we think that from a build versus buy perspective, with just that simple analysis, you're probably pretty close -- you're probably very close actually. And then we get the instantaneous logistics benefits and access to this great business. So we're really excited about it and just think it lays a very clear path to the future.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I talked a bit in my opening about our oldest cohort of Atlanta now being up to 3.5% market share. And we think that's really important in this context because it does just very clearly light the path to 1.4 million units that you can just kind of see as long as we execute. And then beyond that, you know that you have the 50% growth that is continuing to happen inside of Atlanta. We don't know exactly where that growth is going to compound out over the next many years. But I think if you look at other businesses that are growing even at rates materially slower than 50% and look out 5 or 10 years, you'll generally see businesses that grow by a pretty significant multiple to where they sit at that point in time.

And so we think that lights the path to volume. We think if you look at the unit economics, we just had our best GPU year ever, which is extremely exciting. But I think every bit is exciting. We've been marched up year after year after year very consistently. We've been supporting all this growth and all the investments we've been making, and we've been marching up our EBITDA margin to the point we had our first positive earnings quarter and our first positive EBITDA year, excluding onetime adjustments.

So when you put all that together and then you lay that on top of this footprint that we're going to get access to that we think is acquired at a cost that is very reasonable relative to what it would cost to build out and then comes so much faster and with so many other great assets and opportunities, we basically just think that this is even more clearly an execution game from here. And so now the ball is in our hands, and we got to run with it. And we're extremely excited to be in that spot because this is a really big opportunity and the path has never been clearer.

**Operator**

The next question will come from Michael Montani with Evercore ISI.

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

I wanted to ask about -- if you can help to tease out a little bit the impact of the higher used car prices and rates vis-a-vis some of the impact you saw to being able to process the vehicles in the quarter and kind of how you see that playing out over the course of the year. And then I just had a follow-up on costs.

**Mark Jenkins**
*Chief Financial Officer*

Sure. So I think if we are digging into the first quarter, I think there are a number of different impacts. And I think I would start with Omicron in particular, which is going to have a meaningful impact on our retail cost of goods sold in Q1. And Ernie touched on some of the reasons for that. It's really about the efficiency of the inspection and reconditioning centers. And then in this case, with Omicron, it's really been about the logistics network as well. And so we're expecting to see higher reconditioning costs and higher inbound transport costs that we expect to have a meaningful impact on retail GPU in Q1.

I think as it relates to the rapid rise in short-term interest rates, I think what we've seen over the last few months is a relatively historic rise in terms of the magnitude and the speed. I think you have to go back basically 10 to 15 years to the global financial crisis to see anything like this. And so because we typically will offer a customer rate and then there's some lag time between when we offer that rate and we monetize our loans, that rapid rise will impact other GPU in Q1. Now we have raised rates following the benchmark moves, and we're also -- we've scaled up our hedges to lessen the impact of future rate changes, but there will be a transitory impact there on Q1.

So I would call out those effects. I think -- clearly had severe weather, as Ernie mentioned, as well in Q1, which should be having an impact. So those are a number of things that are impacting Q1. I think when we take a broader view, obviously, we're very excited about the progress in the business, made tremendous progress in 2021. I expect to be over 4,000 GPU for the Q2 through Q4 in total. And so I think we're feeling really good about our overall progress.

**Michael David Montani**
*Evercore ISI Institutional Equities, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then if I could, just on the behavior of your consumer as it relates to the credit side, we're seeing some signs of normalization in some of the filings as well as from some competitors. So just wanted to get some added color from you all about the credit behaviors that you are seeing in terms of delinquencies and charge-offs and kind of how to think about that evolution as we get further beyond stimulus payments.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I guess I would start with -- again, like the way that our business model operates is we generally sell that credit risk off at the time that we complete our securitizations through the sale of the residual asset kind of as well as the underlying bond. And so that doesn't flow directly through our financial statements. We kind of neither benefited from the extremely strong performance over the last couple of years nor would we necessarily get directly impacted if performance were to get worse in the future, outside of kind of the expectations for future losses that would be kind of priced into any bonds that we sell. So that doesn't kind of directly flow through our financial statements, just for clarity.

I think what we're generally seeing is the same thing that the industry is seeing, which is I think there is some approaching of normalization of consumer credit behavior. It still, on average, is better than historical, if we define historical as kind of normal times pre-2019. But it's not better by as much as it was better in kind of mid-2020 through maybe mid-2021, where performance was unbelievable. So I think there may be some normalization of those trends, but it's been, I would say, very orderly so far. And I don't think there's any reason to expect something different just yet.

**Operator**

The next question will come from Chris Bottiglieri with Exane BNP Paribas.

**Christopher James Bottiglieri**
*BNP Paribas Exane, Research Division*

So first one -- so ADESA already got title processing and fund clearing for dealers. How does the title processing compare for dealer-to-dealer transactions versus dealer-to-consumer? I'm trying to get at -- are there synergies somehow that where this makes you more efficient on processing titles out of your core business? Like are you able to utilize their people? Or is the process completely different? And then I have a follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So as a start, I would say it's a simpler process, generally speaking, doing dealer-to-dealer transfers. And so I think you can think about those processes as existing pretty independently. Certainly, our teams will share learnings that we found over the years, and there may be some benefits there. But generally speaking, I think the simplest way to think about that is separate.

Now because you brought it up, I do think the registration team and title team inside Carvana definitely deserves a shout-out. They've done an unbelievable job over the last probably 6 months or so, making a lot of progress. We're now kind of approaching similar levels of success in title and registration to what we were experiencing pre-pandemic. So I think that that's really exciting, and that's hard to do in this environment. So there's a lot of great things going on there. They're working very well with our partners in the various DMVs to make sure that we make the customer experience as simple as possible. So I think we're excited about the progress we're making there.

And then I think on the ADESA front, we plan to continue operating that business as we have -- or as ADESA has over a very long period of time. So for all the people inside ADESA, it will be business as usual, and they'll continue to handle their title processing in the wholesale business the way that they have.

**Christopher James Bottiglieri**
*BNP Paribas Exane, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got you. Okay. Follow-up question is I think you -- I'm not sure I heard this correctly, but I think you said the logistics benefit would be pretty instantaneous. I'm not sure if I heard that correctly. And then two, you're already using auction companies for reconditioning prior to the acquisition. So my question is, on day 1, can these facilities handle reconditioning for you and your partners? Or do you need to make that -- do you need to deploy some of that $1 billion to recondition any cars?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. Well, I appreciate you clarifying because I want to make sure that we don't generate too high of expectations instantaneously. I think probably that language you're referring to, we instantaneously spin to an incredible network that will enable us to build a very meaningful reconditioning capacity and significantly improved logistic capabilities. That will take time. And I think we're not planning to provide precise time lines on any of that just yet, but we certainly have plans, and our teams will be hustling to get as much benefit from that as we possibly can as soon as possible.

**Christopher James Bottiglieri**
*BNP Paribas Exane, Research Division*

Got you. And the Manheim -- or the...

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So yes, so we do partner with both Manheim and ADESA on third-party reconditioning. I do think that offers some capabilities. But again, I think we'll stay away from giving too precise of guidance there.

**Operator**

The next question will come from Brian Nagel with Oppenheimer.

**Brian William Nagel**
*Oppenheimer & Co. Inc., Research Division*

So my initial question is on the ADESA acquisition. First off, congratulations. And maybe a bit of a follow-up to some of the prior questions. But just want to understand the kind of mechanics here. So the ADESA facilities you're acquiring, when all is said and done, will they act just like an IRC that you built organically? Are they going to function the same? Or is there some type of relationship where the ADESA facilities will operate differently than the greenfield IRCs?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think a good starting point is they will operate largely as kind of 2 businesses on the same land is maybe a good and simple way to think about it. We've got our inspection center capabilities, and we've got our logistics capabilities that we've built out over time. And so I think we can go and we can kind of place those on these 4,000 acres of land around the country and operate them very similarly to the way that we historically have. And then I think the auction can continue to run the way that it historically has as well, so it will be business as usual sort of for both sides.

The place where we will be working together very quickly is in the retail, recon work that ADESA does. We'll be working to kind of merge those teams together. So that's kind of the single place of integration or at least the most important place of the integration between us.

And then part of why this is such a great fit is there's kind of a secular and a cyclical trend going on with auctions where, secularly, many more components of auction transactions are happening digitally even though there's a very large desire by many customers, both buyers and sellers, to go actually transact in person. And that often means that cars can spend less time on the ground at auctions, meaning that their space can be utilized in other ways. And then cyclically, we're at a time where auction volume is very low, historically low, in fact.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so that means there's a lot of excess land at these locations. The average location is less than 50% utilized today, meaning there's a lot of opportunity for us to work together and for these functions to coexist. So again, we think the path that this lays for us is very, very clear. And now we need to just go execute. And I think that's our job for the next many years to take full advantage of this opportunity.

**Operator**

The next question will come from Rajat Gupta with JPMorgan.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

Great. Congrats on the deal. Maybe a question on metering. You talked about that on the last earnings call. Where are we with that exercise? Are you still leaning to meter sales? Maybe if you could comment on how you are with respect to labor or logistics bottlenecks today. And I have a follow-up.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So the specific way that we "metered" demand last quarter was in suppressing the amount of inventory that was visible to customers. That tool is still being utilized today to a very similar degree, in fact, given the logistics network constraints that we see. So we are continuing to utilize that tool. That means that the inventory growth that we've seen that, I think, is evidence of the great work our team has done to expand our production capabilities is not really flowing through to customers yet in the form of as much growth in kind of available inventory. So we are very focused on alleviating the constraints in our logistics network. And once we do that, we have the ability to make more of that inventory visible to more customers, which is something we look forward to being able to do.

**Rajat Gupta**
*JPMorgan Chase & Co, Research Division*

Understood. And then the comments in the shareholder letter around the second quarter to fourth quarter normalization on some of the metrics, is getting to the 550,000 units for the year assuming that some of these bottlenecks go away? And is it primarily capacity-driven as well? And maybe if you could comment on just the demand aspect. You mentioned that the low-end consumer is seeing a bit of an impact due to the pricing environment. Do you expect a normalization in terms of demand from that consumer segment as well in order to successfully hit the 550,000 number?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So again, I think we want to be careful about giving too much kind of guidance on guidance. But what I'll say is what basically underlies our expectations for the year is that we do resolve the constraints that we see in the logistics network. And then the demand environment, for the industry in total, remains somewhat similar to what it looks like today. And so I think that's basically what's underneath our expectations. As I said, I think today, we have -- we're part of the industry. So when there's affordability impacts to the industry, that's going to impact us as well. But given how constrained we are, it's probably not impacting us as much as it might be impacting the rest of the industry.

But we have seen sales slow down quite a bit industry-wide as car prices went up and interest rates went up and that impacted affordability. And so depending on what your comparison period is, sales look like they're down in the industry 15% to 20%, give or take, on the used side. And then we do see some evidence of that in our data as well. While our sales are largely driven today by the logistics network and not by the demand environment, the demand environment still flows through to the sales that you realize.

And so if you look through at our customers that are making less than $50,000, for example, they're growing about 30% slower than the company is year-to-date. If you look at customers making $100,000 or more, they're growing about 30% faster than the company is year-to-date. And normally, when you kind of do any reasonable kind of demographic cuts, you tend to see similar growth across all these different consumer segments. And so I think that pretty clearly shows the impact that affordability has

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

had on consumers, on lower-FICO consumers and lower-income consumers and younger consumers. It's kind of showing up in the data.

So we're assuming that, that environment will remain somewhat similar. We would actually hope for a decreasing price environment. There's a lot of potential impacts that would result from that. But most importantly, it would improve affordability for customers and most likely drive more customers to a place where they're ready to buy again. And so we think that, that is probably what we're hoping for, but our outlook assumes kind of a similar macro environment to what we see today.

**Operator**

The next question will come from Colin Sebastian with Baird.

**Colin Alan Sebastian**
*Robert W. Baird & Co. Incorporated, Research Division*

All right. So a couple of follow-ups. I guess first, curious if you could add some color in terms of unit sales and profit trends here later in February versus what you were seeing earlier in the quarter with Omicron, if that's part of what's giving you the visibility into the material improvement expected beginning in Q2. And then, Ernie, just on what you said right there around pricing and lower price environment you think would sort of be a favorable trend, in terms of embedding the current macro environment and the outlook, how would a faster declining pricing environment impact the guidance that you gave?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think a lot of these impacts we can start to see through, right? So the first quarter is going to be tough for a number of reasons. I think we'll start with Omicron and the inspection centers. That just flows through in COGS. In kind of smaller COVID waves earlier on, we saw impacts on the order of $150 to $200 that flowed through COGS. This was a bigger and more severe wave, right? So that then means that the inspection centers are less efficient. And so those costs get spread onto cars. And then when those cars sell, it shows up in lower margins. But as you kind of move through Omicron, the inspection centers are starting to recover, and so you can already get visibility into the direction that COGS is heading there. We still have some work to do, but you can get visibility.

I think interest rates, as Mark said earlier, moved really quickly. And when they move that quickly, we tend to do our securitizations toward the end of the quarter. And so the originations that we had earlier in the quarter, where they were originated in a different environment, are expected to have a different spread and then you see that impact as well. And so that can kind of flow through there.

And so I think when we look at margins on the cars themselves, we've also recently seen a little bit, for the first time in a while, of car price reduction. So we've seen kind of wholesale prices drop by maybe something like 5% for, say, 2019 model year cars year-to-date. We've seen retail prices drop by maybe 2%. And so we can start to see as well, while car prices started to reduce, that at least little cohort of cars, the margins there look potentially a little bit better despite the fact that car prices are dropping. So I think that that's helpful in giving us visibility beyond Q1 as well.

And then from a units perspective, it's really all about, or at least primarily about, alleviating constraints in our logistics network. And then from there, it's going to be about what does affordability look like. And I think it's hard to know exactly what's going to happen over the next 12 months with car prices or with interest rates. I think your guess is as good as ours there. But car prices going down is, all else constant, helpful for sales; interest rates going down, all else constant, helpful. The reverse is the opposite.

And then from a margin active, I think it's actually unclear how that cuts because, generally speaking, margins are driven by kind of the gap between wholesale and retail prices. And so it's all about how those 2 markets move in relation to one another. So I think we have pretty solid visibility into the next several quarters from where we are because a lot of these impacts, you can already see starting to abate a bit.

**Operator**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Next question will come from Adam Jonas with Morgan Stanley.

**Adam Michael Jonas**
*Morgan Stanley, Research Division*

So look, in our discussions with clients, including right after the results, people are really concerned about 2 main things, right, growth and liquidity. Let me take this just one at a time, one question for each, Ernie. On growth, if I do this math, if I take your fourth quarter, or frankly, even your third quarter retail units, and I annualize them, I would get to around 450,000 units. So your guide on retail for this year is about 22% above kind of the annualization of either the third or fourth quarter, give or take. You with me, Ernie?

And I think we agree that the second half of last year was capacity constrained, and you're still experiencing those constraints now, but you anticipate those get better. So you're only guiding to 22% growth on what should be, over the balance of 2022, less capacity constraints than we've seen, let's say, in the fourth quarter. So adjusted for capacity constraint, your growth is well below 22% in your guide, maybe 10% or 15%. And that's a big change from what people were thinking of, maybe 30% growth not too long ago.

So is -- you're citing logistics and price shock. I just don't know -- it's just people are left with not much visibility on when the logistics get better. You see it in real time. What kind of metrics can you watch out for in terms of people or the size of that logistics pipe so we can determine whether this is an industry growth scare or a Carvana-specific thing?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. What I would say is, I mean, from a demand perspective, we're very confident. I think you saw all the kind of market penetration growth, the number of markets that crossed over all these different lines. You saw our average cohort grew by 50% last year. Atlanta grew by 50%. It's our oldest cohort, and there's a lot of signals there that are very clear. If you look at website traffic, which website traffic is not a perfect top-funnel metric because website traffic quality can vary, but it's at least a reasonable top-funnel metric. We continue to see extremely fast growth there.

So I think what's driving our forecast is exactly what we said. The first thing we have to do that's Carvana specific is we have to alleviate the constraints in our logistics network. And then that will sort of get us to a baseline where we see where we are.

We are subject to the conditions of the industry. And so I think when we look at the industry today, and we see that many retailers are down between 15% and 20%, which we attribute to these affordability issues, we're taking that into account when we think about where things are likely to head for the remainder of the year. And so that's what's built in.

**Adam Michael Jonas**
*Morgan Stanley, Research Division*

Got it. Ernie, just a follow-up on liquidity. Listen, and we've seen this with other companies like Tesla in the past, too, where kind of you get -- the market can get ahead of itself and your capacity for growth is kind of higher than what you're bringing in. I'm getting questions daily. Is this Peloton? Is Carvana going to run out of money?

Now you got $2.3 billion of liquidity. You got over $3 billion of used cars. You obviously got some great financing in place presumably with your financing partners for the acquisition. But just level set here, tell us why you're not running out of money or if you need money to kind of do what you're planning over this year, a, do you need it? And b, if you do, how much and how are you going to get it?

**Mark Jenkins**
*Chief Financial Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. Yes, I can take that question. So at the end of the year, we had $2.3 billion in total liquidity resources. I think if you look at the way we used money in 2021, it was primarily investment in inventory and investment in finance platform assets. I think if you exclude inventory and finance platform assets, our cash flow from operating activities was only minus $82 million. That was a $200 million -- approximately $200 million, improvement year-over-year. And so I think the core business got to a point in 2021 where, again, like other than investments in inventory and investments in finance platform assets, it's really not using a lot of cash from operating activities. And so I think that's one important point to make.

I think we view the investment in inventory as a very positive thing for the business, obviously. Investment in inventory increased the selection for our customers. I think right now, we're actually metering visibility meaningfully. So we're not getting the full benefit of the investments that we've made in inventory so far. I think we're looking forward to the logistics network strengthening over time, coming off of these weather events and the impacts of Omicron so that we can un-meter some of the limited visibility of the inventory and get even more benefits. But I think we feel really good about that.

I think that one of the things that's frequently missed about our liquidity and cash needs is that we are an automotive retailer that invests a lot in hard assets. We invest in inventory. We invest in finance platform assets, and we invest in real estate. Those are highly financeable assets using traditional sources of financing that match those assets, which we used extensively in the past and expect to use in the future. And so I think we feel really good about all of those elements of our business, and those are some of the key things to be thinking about.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

And then if I could jump in really quick, too. I do think we were lucky enough to have a very strong last couple of years. And I think that sometimes we can get roped in as kind of a pandemic growth story because those 2 years, we are a more visible company than we were prior. But that said, I think if you go back to 2017 when we went public, we were 1/10 the size that we are today. We grew on the order of 4x over the next 2-year period, pre-pandemic. And that growth was driven by the exact same forces that we expect our growth in the future to be driven by, which are these cohort curves and visibility into the future as long as we execute.

So I think all these things will work themselves out. It's all going to become visible over time. But we feel like the visibility into demand is very clear. And then hopefully, that was a helpful answer from Mark on the cash front.

**Operator**

The next question will come from Seth Basham with Wedbush Securities.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

I guess my question is around gross profit for you on the retail side in the first quarter and how we should think about that. What's embedded in your expectations on used car prices? If we see an even sharper drop in wholesale prices or really retail prices, do you think that will have a more negative impact on your GPU outlook?

**Mark Jenkins**
*Chief Financial Officer*

Sure. So I mean I can tell you some of the key factors that are going into it. I think we've called them out previously on this call. I think the key factors are really going to be the COGS impact of Omicron and, to a certain extent, weather on reconditioning costs and inbound logistics costs. I think that's going to be the biggest impact on retail GPU in Q1. And then we do think -- moving to wholesale, we are seeing higher depreciation rates in the wholesale market than we have seen in the past few quarters of 2021. And so

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we do expect that to have an impact on wholesale GPU in Q1. We expect it to be lower as a result of the higher depreciation rates than we've seen in previous quarters.

**Seth Mckain Basham**
*Wedbush Securities Inc., Research Division*

And then my follow-up is your decision on build versus buy with ADESA. And you talked about the equivalent capacity of 36 IRCs with this acquisition, which is about $88 million per location, including the additional improvement costs. What does that compare to versus building an IRC? Obviously, you take into consideration the additional profit stream for their auction business. But can you help us frame that a little bit more?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. I think at a very high level, it's probably not very different. And the reason is that's more expensive than our historical average inspection center has been by a pretty decent amount. Our average inspections, in the past, have probably been more like $40 million to $65 million or $70 million, something like that. But these locations are oftentimes in more expensive cities and also in more expensive parts of town. This footprint has been built over a 30-year period.

And so a lot of it is infill location. It's a little bit closer to customers and a little bit closer to employment than many of the locations that we would build out today if we were going out and trying to find farmland, for example, and to build a greenfield. So again, I wouldn't want to be too precise there, but similar, when you're just evaluating it through the inspection center lens, it's probably not way off.

**Operator**

The next question will come from Mike Baker with D.A. Davidson.

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

Yes. I just wanted to follow up on Seth's question, maybe along the same lines. I mean I think based on the slide presentation here, the acquired company did $100 million in EBITDA. You're paying $2.2 billion if you exclude the additional CapEx. That's about 22x. There's got to be some synergies in there. So I suppose there's sort of conspicuous bias options in that. You talked about synergies, but you don't quantify it.

Any way you can quantify it or give us some way to get to, if this is accretive, how accretive this is to earnings or when it would be accretive? If you take the $3.3 billion in debt and put a reasonable interest rate on that, you're probably going to get incremental interest at or above the $100 million in EBITDA. So if you could give us some help with how to build this into our model in terms of accretion, that would be great.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I think -- to be honest, I probably go about the analysis a pretty different way. I think you can -- the EBITDA is present, but I think that that's -- and it's important, and it represents the incredible business that's been built by ADESA over a long period of time. And I think that's an incredible asset that we're extremely excited to be getting. But I think we also can think about it in terms of the value that will be created through our other kind of pillars of rationale for this.

And so there is a large portion of the real estate that is owned by ADESA. That's a very valuable asset that can be added to this. And on that land, we can build these inspection centers. To the extent -- the reason that we thought it was important to put our cohort curves into this presentation was to give visibility into our ability to fill that production capacity.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And if you think about what 2 million units means to incremental EBITDA to the business, if you're able to produce an incremental 2 million units because you do have the demand at our long-term financial model, it's on the order of $5 billion annually. And then if you just look at our logistics benefits, which today, if we look at sales that happen within a 200-mile radius of our customers and compare that to the average sale that we have across the entire country, we're $750 better off in unit economics through lower inbound costs, lower outbound transport costs and lower customer acquisition costs because of higher conversion due to faster delivery. So that's a big number.

And so when you start to apply those sorts of numbers against our sales and when you start to imagine those incremental sales, you can get to really big numbers really fast. And I think the math just kind of isn't even important, right? The math isn't even -- well, what's important is our ability to execute to unlock those extremely gutty possibilities. So that's where I say our job now is to execute because the path is clear. We can see the demand. We know the unit economics. We now have the facilities to build on top of, and now we have to go do that. And so that's where our work lies.

**Michael Allen Baker**
*D.A. Davidson & Co., Research Division*

Okay. Well, so then just -- I appreciate that. And to follow up on that, the cost to build, I think you just said to Seth, given the great locations, would be similar. So is it more that it just gets you there quicker? I know it's going to take some time to get these things ready for your IRCs. But if the cost to build would be similar and it's not really about the $100 million EBITDA, is it about the time or other sort of synergies? Or if you could just help us with that a little.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Yes. So I think all of the above, I think, time, I think, location, and then I think end point is also potentially different. So I think that you can think about all those things as being large benefits of this transaction. When I say locations, I mean quality of locations.

**Operator**

Next question will come from Nat Schindler with Bank of America.

**Nathaniel Holmes Schindler**
*BofA Securities, Research Division*

Two quick questions. One, on the financing and other revenue and the GPU you've created from that has been obviously very good this year, how much of that is due to the fact that, at this point, default rates kind of don't matter anymore because you can sell the used car after someone has bought it for more than they paid for it? I mean so there -- how much was gain on sale from this unusual pricing environment, not just the fact that the car price was higher to begin with, but the fact that the risk in the loan had disappeared because of rising prices on cars?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So I mean I think that -- I think the simple answer to that question is very little benefit at all. And that benefit would have gone to the purchasers of our residuals who then observed better performance on the loans that they purchased than was expected. The economics that we get are a function of the expected losses over the life of the loans at the time that they're purchased. And as you can imagine, despite the fact that losses were great from kind of mid-2020 to -- well, I mean, even now, they still are great generally across the industry.

Investors aren't assuming that, that will be the case forever when they buy a multiyear asset class. And so the underlying assumptions that have driven the prices that we have received really haven't moved in a material way as a result of the last couple of years. But those who have bought the loans have significantly outperformed probably what they expected as a result of that great performance.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nathaniel Holmes Schindler**
*BofA Securities, Research Division*

But then with a significant normalization in prices, significant, not 2% here and there, but a significant normalization in pricing on used cars, take it back so that there is a significant risk to those credit hedge funds that are buying your loans that they simply can't get back on the loans that they're used to because the car is going to drop in price?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I'm going to try to answer this concisely because I think we could talk about it for a long time, but I do think that's just all about kind of the interest rates that exist on loans that are originated, which are set by the market. And the market is generally seeking interest rates that would allow a loan buyer in any form, whether whole loan or a partial loan or residual or whatever it is, to receive the yield that they would expect given the losses that they would expect. So I think that's just -- that's really a question of how market interest rates evolve, and we will evolve with the market.

I think as long as our evolution is happening with the market, we wouldn't expect the impact to conversion to be all that high. We wouldn't expect the impact to finance profits to be all that large. Where there is an exception to that rule is when you have a very rapid move like we recently saw, which we expect to flow through in Q1 and impact us negatively. But in general, we would expect the market rate to absorb those sorts of expected changes.

**Operator**

The next question will come from Naved Khan with Truist Securities.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

I have a question on the ADESA acquisition. So if I disregard the real estate play that you're focusing on and just look at the core auction business that you're also buying, how should I think about the dealer participation once it's operated by Carvana? And is there a possibility that maybe the business could burn a little over time? And how should I think about that? And the $100 million in EBITDA that it generated last year, is there a risk to that?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

So I would say, first of all, our plan there is business as usual, as discussed, for all the people inside of ADESA and also for all of the customers of ADESA that we're extremely excited to work with. So that's the plan. There's always risk in any business. So I mean I don't think that we want to say that there's no risk. We also think that there's a lot of opportunity. I think the transaction that we announced last quarter with Hertz maybe provides a bit of a window into the types of opportunities that could exist in the future. And we think there may be other opportunities like that as well.

So I think the plan is business as usual. We'll see how that plays out in the immediate term. We're excited to welcome the people of ADESA to the team and the customers of ADESA, and we're excited to find increasingly creative ways to continue to work together to take advantage of the incredible assets that we've both built independently that now get to come together to give our joint customers even better experiences and options. So we'll see how all of that plays out.

**Naved Ahmad Khan**
*Truist Securities, Inc., Research Division*

Okay. And then a follow-up question, maybe just on the consumer sourcing. Can you just sort of give us an update on where you are? Approximately what percentage of the vehicles are currently sold direct from consumers versus from dealers?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So we haven't provided precise numbers there in a while, but we have pointed to the fact that we've had extreme growth there across total transactions. This year, we had another year of over 100% growth. That's happened every year in our company's history, except for 2020 in the pandemic year. And we also are excited to -- we bought our millionth car from a customer just yesterday. So that was a great milestone that was recently achieved.

So we continue to have a lot of success there. We've got an offering that is very high quality that customers love, that is a very natural extension of our business because it just takes our logistics network in reverse. And it's simple and easy, straightforward and fair for our customers, which is the mark that we're always trying to hit. And that's all showing up in the results that we see and the growth that we've seen in that business, which continues to be very strong.

**Operator**

The next question will come from David Bellinger with Wolfe Research.

**David Leonard Bellinger**
*Wolfe Research, LLC*

Ernie, back on the 550,000 unit guidance for 2022, does that include some type of benefit from ADESA? And maybe in terms of a lift in conversion rate, just given you could get first look at some of these more attractive, higher-demand vehicles at auction, is any of that embedded in your unit guidance?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

I don't think we want to break out our guidance, but we're, as a general rule, not assuming super material benefits to the core business in this first year as a result of the acquisition. We think that more of that will come in the future than will come immediately. We'll obviously be working hard to find those benefits as soon as we possibly can, but that's our operating assumption going in.

**David Leonard Bellinger**
*Wolfe Research, LLC*

Got it. Okay. And then just can we get a quick update, too, on the marketplace initiative? Any comment on the early progress there and anything in regard to economics behind those sales?

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Yes. I think we don't have a ton more to share there. As we announced last quarter, we've got this really exciting partnership with Hertz, which we're excited about and where we're seeing great results early on. It remains early, I think, to do anything great with any partner. Both sides have to really lock arms and put the work in to build a great customer offering. And I think so far, both sides have done that, and we're excited by that. But there's certainly work left to do to unlock all the potential there. So potentially more updates there in the future.

**Operator**

Your last question will come from John Blackledge with Cowen.

**John Ryan Blackledge**
*Cowen and Company, LLC, Research Division*

Two questions. Will every -- of the 56 locations, will they all have IRC type of capabilities? Or is there, for some of them, overlap in near existing IRC facilities? And how do you envision the $1 billion to be spent across the 56 locations? And then second question, you referenced the $750 cost savings, does that change the kind of the long-term EBITDA margin range?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Sure. So on the first question, I think we're not going to get too specific on our plans there yet. There likely will be some locations that we do not add reconditioning capabilities to. That is taken into account in our approximately 2 million incremental unit estimate, and kind of the $1 billion estimate of CapEx is also taken into account in all that. And then as it relates to $750, I would say that that's more of an acceleration to our long-term model than it is an addition to our long-term model.

For those of you that remember, at our Analyst Day in 2018, we had simulations that assumed that we would have 40 reconditioning centers around the country, and getting those 40 reconditioning centers would drive down our transport distances and therefore drive down a lot of the expenses that we expect to be driven down by this acquisition. And that was built into our long-term financial model. So this is more locations that they are even better than we assumed the 40 locations would be back then. But that difference is very small relative to just the clear pathway to that benefit showing up in our numbers in a meaningful way faster than it otherwise would have.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to management for any closing remarks. Please go ahead.

**Ernest C. Garcia**
*Co-Founder, President, CEO & Chairman*

Thanks. Well, first, I want to address everyone on team Carvana. Another incredible year. Thank you for everything you guys do. The last couple of years have been absolutely insane, and you've continually risen to the occasion. As I've told you before, I could not be prouder of what we achieved with that Forbes list. I think that, that is such a cool achievement. And it's very hard to do when we're all working as hard as we're working. So I cannot thank you enough for finding meaning in all the hard things that we do together and for having fun doing it and making it more fun for everyone around you. That's incredible, and it's the reason for our success. And as I said, I cannot thank you enough.

To the ADESA team, we are extremely excited to welcome you guys as well. We'll be talking more over the next several days. I think we have an incredible opportunity together. I can imagine that this is always a bit destabilizing. Change can always be scary. But we want you to know that we're extremely excited. We have a ton of respect for what you guys have built. We really look forward to working together. And we think it's going to be fun, and we think everyone's going to benefit.

And to ADESA's customers, I would say the same. We're extremely excited to work with you. We think there's a lot that we can do together. I can imagine the news is shaking you a bit, too. I can't wait to meet you in person and talk about the things we can do together. And again, I want to make sure you hear our commitment that our goal is business as usual and not to shake things up too much too quickly. And so we're excited to welcome you guys as customers. And as I said in my opening remarks, we will value the same way that we've always valued all of our customers, which is centrally.

So thank you to everyone, and we'll talk to you next quarter.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CARVANA CO. FQ4 2021 EARNINGS CALL | FEB 24, 2022

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.