# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Defendants. | |

Due to a conflict in the Court's calendar, **IT IS ORDERED** resetting the in-person Oral Argument on Defendants' Motions to Dismiss (Docs. 50, 54) and Underwriter Defendants' Joinder in the Carvana Defendants' Motion to Dismiss Lead Plaintiffs' Consolidated Complaint (Doc. 52) for **January 19, 2024**, at 10:00am (Arizona time).

Dated this 4th day of December, 2023.

Michael T. Liburdi
United States District Judge