# EXHIBIT 1

DocuSign Envelope ID: 3BBAB71A-7511-4154-A56F-4578EAE10AB5

 CARVANA

**MEETING MINUTES**

**Carvana Co.**
**Board of Directors**
**Wednesday, July 22, 2020**
**8:01 AM PST**

**Location of Meeting:**
Meeting held virtually through the Zoom video conferencing application

**Present at Meeting:**
- *Board of Directors:*
    - Ernest Garcia, III (Chairman), Michael Maroone, Neha Parikh, Ira Platt, Dan Quayle, and Gregory Sullivan
- *Other Attendees:*
    - Carvana Co. Management:
        - Ernest Garcia, III (in his capacity as Chief Executive Officer), Paul Breaux (General Counsel and Secretary), Daniel Gill (Chief Product Officer), Benjamin Huston (Chief Operating Officer), Mark Jenkins (Chief Financial Officer), and Ryan Keeton (Chief Brand Officer)
    - Guests:
        - Carvana, LLC: Christina Keiser (Vice President, Strategy), Mike Levin (Vice President, Investor Relations), and Tom Taira (Special Projects)

**Directors of the Board Absent from the Meeting:**
None.

### I. Introduction

The regular meeting of the Board of Directors of Carvana Co. (the "Board") was called to order at approximately 8:01 AM, PST, on July 22, 2020 virtually through the Zoom video conferencing application, by Mr. Garcia, Chairman of the Board and Chief Executive Officer of Carvana Co. ("Carvana" or "Company").

### II. Approval of Agenda

███████████████████████████████████████

### III. Informational Presentations and Discussions

1. Topic: CEO Macro Update on the Business

████████████████████

DocuSign Envelope ID: 3BBAB71A-7511-4154-A56F-4578EAE10AB5



2.  Topic: CFO and COO Updates



Mr. Huston then led a summary and discussion of, (c) a review of Q2 operational challenges due to COVID-19, including staffing targets and execution; and (d) Q3 2020 operational areas of focus, including SG&A leverage, Net Promoter Scores, and last-mile fulfillment.



CVNA-Schertz-00000175

DocuSign Envelope ID: 3BBAB71A-7511-4154-A56F-4578EAE10AB5



3. Topic: Mergers and Acquisitions Update



CVNA-Schertz-00000176

DocuSign Envelope ID: 3BBAB71A-7511-4154-A56F-4578EAE10AB5



4. <u>Topic</u>: Product and Technology Roadmap



## IV. <u>Adjournment</u>

Minutes submitted by: Paul Breaux

Minutes approved by: _____

Print Name: Paul Breaux

Date: _____ 10/20/2020 _____



Confidential

CVNA-Schertz-00000035



## Executive Summary – Q3 Ops Key Focus Areas and Risks

### Reversing NPS Slippage

1. Re-launched Top 5 Initiative to reduce registration delays. Many DMVs paused operations over the last few months. As they open back up, we face a meaningful risk of increased registration delays.



44

Confidential

CVNA-Schertz-00000044