# EXHIBIT 2

DocuSign Envelope ID: C1D53F76-B58D-4FEF-893F-648E1A33191D

 CARVANA

**MEETING MINUTES**

**Carvana Co.**
**Board of Directors**
**Monday, October 18, 2021**
**9:07 AM PST**

**Location of Meeting:**
Meeting held virtually through the Zoom video conferencing application

**Present at Meeting:**
- *Board of Directors:*
  - Ernest Garcia, III (Chairman), Michael Maroone, Neha Parikh, Ira Platt, Dan Quayle, and Gregory Sullivan
- *Other Attendees:*
  - Carvana Co. Management:
    - Ernest Garcia, III (in his capacity as Chief Executive Officer), Paul Breaux (General Counsel and Secretary), Daniel Gill (Chief Product Officer), Ben Huston (Chief Operating Office), Mark Jenkins (Chief Financial Officer), Ryan Keeton (Chief Brand Officer), and Tom Taira (President, Special Projects)
  - Guests:
    - Carvana, LLC: Christina Keiser (Vice President, Strategy) and Mike Levin (Vice President, Investor Relations)

**Directors of the Board Absent from the Meeting:** None.

## I. Introduction

The regular meeting of the Board of Directors of Carvana Co. (the "Board") was called to order at approximately 9:07 AM, PST, on October 18, 2021 virtually through the Zoom video conferencing application, by Mr. Garcia, Chairman of the Board and Chief Executive Officer of Carvana Co. ("Carvana" or "Company").

## II. Approval of Agenda

███████████████████████████████████████

## III. Informational Presentations and Discussions

1. Topic: CEO Introduction

████████████████████

1

DocuSign Envelope ID: C1D53F76-B58D-4FEF-893F-648E1A33191D



Next, the Board and Management discussed: (i) industry trends, specifically how the prices of used vehicles are fluctuating; (ii) operational and hiring challenges; and (iii) Net Promoter Score ("NPS") updates, expectations, and reactions.

After that, the Board and Management discussed growth plans for the next several months and how various business components such as inventory sourcing, production, the logistics network, last mile delivery, and customer care must be balanced in order to reach company goals.

2.  Topic: Net Promoter Score and Scaling Operations Update





The group then discussed a more in-depth update on NPS including: (i) progress with NPS; (ii) NPS correlations with operational constraints; (iii) key drivers of NPS; and (iv) methods to improve NPS through self-service. Next, the group discussed customer comments impacting NPS and how the registration process is affected by varying DMV requirements.



3.  Topic: Insurance Update

4.  Topic: Brand Update

Confidential

CVNA-Schertz-00001094

DocuSign Envelope ID: C1D53F76-B58D-4FEF-893F-648E1A33191D

5. <u>Topic</u>: Investor Relations Update

6. <u>Topic</u>: Finance Update

7. <u>Topic</u>: Special Projects Update

## IV. <u>Adjournment</u>

Minutes submitted by: Paul Breaux

Minutes approved by: _____ *Paul Breaux* AF87E617D109414 _____

Print Name: Paul Breaux

Date: _____ 1/12/2022 _____

Confidential

CVNA-Schertz-00001095



Confidential

CVNA-Schertz-00000984



## KEY ITEMS FOR INVESTORS FOLLOWING Q2

- **Supply constraints / Scaling IRCs** – How is hiring going to increase ops capacity, particularly in the IRCs?



- **Regulatory Actions** - Can we explain the NC situation, amongst others?

Confidential

CVNA-Schertz-00000989