UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | No. CV-22-2126-PHX-MTL |
|---|---|
| | **[PROPOSED] ORDER ON CARVANA, CO., ERNEST GARCIA III AND MARK JENKINS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT FOR FAILURE TO COMPLY WITH THE COURT'S FEBRUARY 29, 2024 ORDER AND FED. R. CIV. P. 8, OR ALTERNATIVELY, FOR AN EXTENSION OF DEFENDANTS' TIME TO FILE, AND AN EXTENSION OF PAGE LIMITS FOR, A MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12** |
| This Document Relates to: | |
| ALL ACTIONS. | |

The Court having reviewed the Carvana Defendants' Motion to Dismiss the Amended Consolidated Amended Complaint for Failure to Comply with the Court's February 29, 2024 Order and Fed R. Civ. P. 8, or Alternatively, for an Extension of Defendants' Time to File, and an Extension of Page Limits for, a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 ("Dismissal Motion"), and good cause appearing,

IT IS ORDERED as follows:

1. The Amended Consolidated Complaint ("ACC") is Dismissed for Failure to Comply with the Court's February 29, 2024 order and Fed. R. Civ. P. 8.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

2.      [ALTERNATIVE RELIEF:] The Court declines to dismiss the ACC pursuant to the Dismissal Motion, but this order shall not prejudice any Defendants' rights to raise any Rule 12 defenses, including whether Plaintiffs have stated a claim upon which relief can be granted.  All Defendants shall have sixty (60) days from the date of this order to respond to the ACC, and Carvana Defendants' motion to dismiss and supporting memorandum shall be limited to forty-five (45) pages in length.

Dated this ___ day of _____, 2024.

_____
Hon. Michael T. Liburdi
United States District Court Judge

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

- 2 -