FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Attorneys for Defendants Carvana Co., Ernest Garcia III and Mark Jenkins*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | CASE NO. 2:22-cv-02126-PHX-MTL |
|---|---|
| | **REQUEST FOR EXPEDITED CONSIDERATION OF DEFENDANTS CARVANA, CO., ERNEST GARCIA III AND MARK JENKINS' MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT (First Request)** |
| This Document Relates to: <br><br> ALL ACTIONS. | |

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

Defendants Carvana Co. ("Carvana"), Ernest Garcia III and Mark Jenkins (together, "Carvana Defendants") respectfully request expedited consideration of their contemporaneously filed Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint (First Request) (the "Extension Motion").

Specifically, the Carvana Defendants request that the Court issue a ruling on the Extension Motion on or before **April 8, 2024**.

Contemporaneously with the Extension Motion, the Carvana Defendants have filed a Motion to Dismiss the Amended Consolidated Complaint for Failure to Comply with the Court's February 29, 2024 Order and Fed. R. Civ. P. 8, or Alternatively, for an Extension of Defendants' Time to File, and an Extension of Page Limits For, a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (the "Dismissal Motion").

The Dismissal Motion seeks dismissal of the Amended Consolidated Complaint ("ACC") without leave to amend for failure to comply with Rule 8 and the Court's February 29, 2024 order that "directed" Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan ("Plaintiffs") "to comply with the standards stated [within]," including to set forth a "short and plain statement" of their claims in a "clear and concise manner."  Dkt. 70 at 14, 18, 22. Alternatively, Carvana Defendants request an extension of Defendants' time to respond to the ACC until 60 days after any order denying the Dismissal Motion, and a modification of page limits to 45 pages for Carvana Defendants' motion to dismiss and half the number of pages that Plaintiffs are allowed to file for their reply in support of the motion.

Under the default rules, Carvana Defendants are required to respond to the 320-page ACC by **April 12, 2024**. *See* L.R. Civ. 15.1(a).  For this reason, Carvana Defendants have filed the Extension Motion requesting that the Court extend the deadline for them to respond to the ACC until 60 days after the Court rules on the Dismissal Motion. The Carvana Defendants seek this extension in the good faith interests of justice and efficiency and to allow the Court sufficient time to receive briefing and rule upon the Dismissal Motion before Defendants have to incur significant costs and expenses of sifting through

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

- 1 -

hundreds of pages of Plaintiffs' pleading and preparing another round of motions to dismiss under Rule 12.

Expedited consideration and ruling of the Extension Motion is needed sufficiently in advance of the April 12, 2024 response deadline so that Carvana Defendants are not prejudiced for failing to timely respond to the ACC or take other appropriate action. Therefore, Carvana Defendants request that the Court grant this request for expedited consideration of the Extension Motion and issue a ruling on the Extension Motion on or before April 8, 2024.

The Carvana Defendants, through their undersigned counsel, contacted Plaintiffs' counsel to request agreement to this request for expedited consideration of the Extension Motion. Plaintiffs did not consent.

A proposed order is lodged herewith.

Respectfully submitted this 3rd day of April, 2024.

FENNEMORE CRAIG, P.C.


By: *s/ Andrea L. Marconi*
     Douglas C. Northup
     Andrea L. Marconi


LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice*)

*Attorneys for Defendants Carvana Co.,*
*Ernest Garcia III and Mark Jenkins*