UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | CASE NO. 2:22-cv-02126-PHX-MTL |
|---|---|
| | **[PROPOSED] ORDER ON REQUEST FOR EXPEDITED CONSIDERATION** |
| This Document Relates to:<br><br>ALL ACTIONS. | |

The Court having reviewed the Carvana Defendants' Request for Expedited Consideration of Carvana Defendants' Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint (First Request) (the "Extension Motion"), and good cause appearing,

IT IS ORDERED as follows:

1.      The Court grants Defendants' Carvana Co. ("Carvana"), Ernest Garcia III, and Mark Jenkins request for expedited consideration of the Extension Motion.

2.      The Court will issue a ruling on the Extension Motion on or before April 8, 2024.

Dated this ___ day of _____, 2024.

_____
Hon. Michael T. Liburdi
United States District Court Judge

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX