**DLA PIPER LLP (US)**
Madeline A. Cordray (Bar No. 035788)
madeline.cordray@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
480.606.5100

Melanie Walker. *(pro hac vice)*
melanie.walker@us.dlapiper.com
2000 Avenue of the Stars #400,
Los Angeles, California 90067
310.595.3000

Yan Grinblat (*pro hac vice*)
yan.grinblat@us.dlapiper.com
444 West Lake Street, Suite 900
Chicago, Illinois 60606
312.368.4000

Attorneys for Defendant *Ernest Garcia II*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation. | CASE NO. 2:22-CV-2126-MTL |
| | **DEFENDANT ERNEST GARCIA II's JOINDER TO (1) MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT, (2) REQUEST FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT, AND (3) MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT FOR FAILURE TO COMPLY WITH THE COURT'S FEBRUARY 29, 2024 ORDER OR ALTERNATIVELY, FOR AN EXTENSION OF DEFENDANTS' TIME TO FILE, AND AN EXTENSION OF PAGE LIMITS FOR, A MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12** |

Defendant Ernest Garcia II ("Garcia Senior") respectfully joins in Defendants Carvana, Co., Ernest Garcia III and Mark Jenkins' Motions (1) for Extension of Time for Defendants to Respond to the Amended Consolidated Complaint, ECF No. 74, (2) for Expedited Consideration of Motion for Extension of Time for Defendants to Respond to the Amended Consolidated Complaint, ECF No. 75, (together, the "Extension Motion"), and (3) to Dismiss the Amended Consolidated Complaint for Failure to Comply with the Court's February 29, 2024 Order or Alternatively for an Extension of Defendants' Time to File, and an Extension of Page Limits For, a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12, ECF No. 73 (the "Dismissal Motion").

For the reasons set forth in the Motions, Mr. Garcia Senior respectfully requests that the Court (1) dismiss the Amended Consolidated Complaint for violating its February 29, 2024 order that any amendment comply with Rule 8 and be "clear and concise," or in the alternative, (2) extend all defendants' deadline to file a response to the Consolidated Amended Complaint to 60 days after any order denying the Dismissal Motion. This Joinder, like the Dismissal Motion, is not submitted pursuant to Rule 12 and does not raise any Rule 12 defense. *See* Dismissal Motion at 2 n.1.

To the extent the Court denies the Dismissal Motion, Mr. Garcia Senior intends to file a motion to dismiss, not to exceed the page limit set forth in this Court's local rules, addressing the allegations in the Amended Consolidated Complaint directed at Mr. Garcia Senior. To promote judicial efficiency and avoid repetition, Mr. Garcia Senior also will incorporate by reference any arguments for dismissal in the remaining defendants' motion(s) to dismiss, to the extent those arguments are applicable to Mr. Garcia Senior.

///
///
///
///
///
///

Dated: April 4, 2024

**Of Counsel**
Melanie Walker. (*pro hac vice*)
melanie.walker@us.dlapiper.com
2000 Avenue of the Stars #400
Los Angeles, California 90067
310.595.3000

Yan Grinblat (*pro hac vice*)
yan.grinblat@us.dlapiper.com
444 West Lake Street, Suite 900
Chicago, Illinois 60606
312.368.4000

**DLA PIPER LLP (US)**

By: *s/ Madeline A. Cordray*
    Madeline A. Cordray
    madeline.cordray@us.dlapiper.com
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016
    480.606.5100

*Attorneys for Defendant*
*Ernest Garcia II*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 4, 2024, I electronically filed the foregoing document using the ECF System for the United States District Court for the District of Arizona. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

<em>s/ Madeline A. Cordray</em>