FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Susanna M. Buergel (*pro hac vice*)
David P. Friedman (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: sbuergel@paulweiss.com
Email: dfriedman@paulweiss.com

*Counsel for Defendants Citigroup Global Markets
Inc. and J.P. Morgan Securities LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | No. CV-22-2126-PHX-MTL |
|---|---|
| | **UNDERWRITER DEFENDANTS' JOINDER TO (1) MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT; (2) MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT; AND (3) REQUEST FOR EXPEDITED CONSIDERATION OF THE CARVANA DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT** |
| This Document Relates to: | |
| ALL ACTIONS. | |

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

The Underwriter Defendants[1] submit this brief joinder in support of Defendants Carvana Co., Ernest Garcia III and Mark Jenkins' (together, the "Carvana Defendants") Motion to Dismiss the Amended Consolidated Complaint for Failure to Comply with the Court's February 29, 2024 Order and Fed. R. Civ. P. 8, or Alternatively, for an Extension of Defendants' Time to File, and an Extension of Page Limits for, a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12, ECF No. 73 ("Dismissal Motion"); Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint, ECF No. 74 ("Extension Motion"); and Request for Expedited Consideration of the Carvana Defendants' Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint, ECF No. 75.

For the reasons set forth in the Motions, the Underwriter Defendants respectfully request that the Court (1) dismiss the Amended Consolidated Complaint for its failure to comply with the Court's February 29, 2024 Order that any amended complaint should be "clear and concise" and its failure to comply with Rule 8, or, in the alternative, extend all Defendants' deadline to file a response to the Amended Consolidated Complaint to 60 days after any order denying the Dismissal Motion; and (2) issue a ruling on the Extension Motion on or before April 8, 2024.

To the extent the Court denies the Dismissal Motion or grants the alternative relief sought in the Dismissal Motion, the Underwriter Defendants intend to file a motion to dismiss or joinder in other defendants' motions to dismiss not to exceed the page limit set forth in the Local Rules on the same timeframe as the Carvana Defendants.

---

[1] The Underwriter Defendants are Citigroup Global Markets Inc. and J.P. Morgan Securities LLC.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

Respectfully submitted this 4th day of April, 2024.

FENNEMORE CRAIG, P.C.


By:  *s/ Andrea L. Marconi*
     Douglas C. Northup
     Andrea L. Marconi


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Susanna M. Buergel (*Pro Hac Vice*)
David P. Friedman (*Pro Hac Vice*)

*Counsel for Defendants Citigroup Global Markets Inc. and J.P. Morgan Securities LLC*

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX