UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
| | ) | |
| | ) | [PROPOSED] ORDER |
| This Document Relates To: | ) | |
| | ) | |
| All Actions. | ) | |
| | ) | |

4891-6075-3076.v1

Having carefully considered Defendants Carvana Co. ("Carvana"), Ernest Garcia III ("Garcia Junior"), and Mark Jenkins's ("Jenkins") Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint (the "Motion") (ECF 74), Ernest Garcia II's ("Garcia Senior") Joinder to Motion for Extension of Time for Defendants to Respond to the Amended Consolidated Complaint (the "Joinder") (ECF 76), and the Underwriter Defendants' Joinder to Motion for Extension of Time for Defendants to Respond to the Amended Consolidated Complaint (the "UW Joinder") (ECF 77) and good cause appearing,

IT IS ORDERED as follows:

1.      The Motion, Joinder, and UW Joinder are denied;

2.      All Defendants shall file any motion to dismiss Lead Plaintiffs' Amended Consolidated Complaint (the "ACC") (ECF 71) pursuant to Fed. R. Civ. P. 12 by April 29, 2024;

3.      Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan shall file any opposition(s) to Defendants' motion(s) to dismiss the ACC by May 29, 2024; and

4.      Defendants shall file any reply or replies in further support of their motion(s) to dismiss the ACC by June 13, 2024.

- 1 -

4891-6075-3076.v1