FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Ryan Keeton, Benjamin Huston, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | No. CV-22-2126-PHX-MTL |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | **DEFENDANTS' STEPHEN PALMER, MICHAEL MAROONE, NEHA PARIKH, IRA PLATT, AND GREG SULLIVAN JOINDER IN CARVANA DEFENDANTS' (1) MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT; (2) MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT; AND (3) REQUEST FOR EXPEDITED CONSIDERATION OF MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT** |

Defendants Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan ("Individual Securities Act Defendants") respectfully join in Defendants Carvana, Co., Ernest Garcia III, and Mark Jenkins' ("Carvana Defendants") (1) Motion to Dismiss the Amended Consolidated Complaint for Failure to Comply with the Court's February 29, 2024 Order and Fed. R. Civ. P. 8, or Alternatively, for an Extension of Defendants' Time to File, and an Extension of Page Limits for, a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12, Dkt. No. 73 ("Dismissal Motion"); (2) Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint, Dkt. No. 74 ("Extension Motion"); and (3) Request for Expedited Consideration of Defendants Carvana, Co., Ernest Garcia III and Mark Jenkins' Motion for Extension of Time for Defendants to Respond to Amended Consolidated Complaint (First Request), Dkt. No. 75.

For the reasons set forth in the Motions, the Individual Securities Act Defendants respectfully request that the Court (1) dismiss the Amended Consolidated Complaint for its failure to comply with the Court's February 29, 2024 order that any amended complaint should be "clear and concise" and its failure to comply with Rule 8, or, in the alternative, extend all Defendants' deadline to file a response to the Amended Consolidated Complaint to 60 days after any order denying the Dismissal Motion; and (2) issue a ruling on the Extension Motion on or before April 8, 2024.

To the extent the Court denies the Dismissal Motion, the Individual Securities Act Defendants intend to file a motion to dismiss the Amended Consolidated Complaint jointly with Carvana Defendants, in accordance with any extension of time to file a response and modification of the page limits set by the Local Rules of Civil Procedure that this Court grants to Carvana Defendants for their motion to dismiss.

Fennemore Craig, P.C.
Attorneys at Law
Phoenix

- 1 -

Respectfully submitted this 5th day of April, 2024.

                                    FENNEMORE CRAIG, P.C.

                                    By:  s/ Andrea L. Marconi
                                          Douglas C. Northup
                                          Andrea L. Marconi

                                    LATHAM & WATKINS LLP
                                    Jeff G. Hammel (*Pro Hac Vice*)
                                    Andrew B. Clubok (*Pro Hac Vice*)
                                    Susan E. Engel (*Pro Hac Vice)*
                                    Matthew J. Peters (*Pro Hac Vice)*

                                    *Counsel for Defendants Carvana Co.,
                                    Ernest Garcia III, Mark Jenkins, Ryan
                                    Keeton, Benjamin Huston, Stephen Palmer,
                                    Michael Maroone, Neha Parikh, Ira Platt,
                                    and Greg Sullivan*