FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Ryan Keeton, Benjamin Huston, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation, | No. CV-22-2126-PHX-MTL |
| | **CARVANA DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT (First Request)** |
| This Document Relates to:<br><br>      ALL ACTIONS. | |

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

Plaintiffs have submitted an opposition to Carvana Defendants' request to extend the time for responding to the Amended Consolidated Complaint. Dkt. Nos. 74 ("Mot."), 78 ("Opp."). Carvana Defendants submit this short reply:

*First*, Plaintiffs claim their amended complaint *had* to be so long because this Court's February 29, 2024 order *required* it. Opp. (Dkt. 78) at 2-3. Not so. As the U.S. District Court of Colorado explained to the same office of the same firm: plaintiffs should not "confuse length and repetition with particularity." *Cupat v. Palantir Techs., Inc.*, 2024 WL 1374903, at *2 & n.2 (D. Colo. Mar. 31, 2024).

*Second*, contrary to Plaintiffs' suggestion, Defendants are not seeking dismissal solely because the complaint is too long. Opp. at 3-4. As Carvana Defendants made clear, "the ACC's length and scope is just the beginning of its problems." Dkt. 73 at 3-4 & n.3. The ACC is rife with repetition, improper argument, and allegations of fact with no apparent connection to the challenged statement. *Id.*

*Third*, Plaintiffs claim that allowing Defendants to respond only 60 days from the date of the Court's decision on dismissal would prejudice them. Opp. at 1-2. Plaintiffs provide not a single fact to support their inflammatory assertion that documents "may be destroyed." Opp. at 2. Contrary to their newfound rush, Plaintiffs themselves stipulated to a schedule on the shorter prior complaint that gave Plaintiffs 49 days to file an opposition. Dkt. Nos. 44, 47.

*Finally*, Defendants are not seeking 90 days, as Plaintiffs suggest, Dkt. 78 at 1. Instead, Defendants are requesting 60 days from the Court's decision—so that Defendants need not further waste resources preparing a response to a version of the complaint Defendants have asked the Court to dismiss. Defendants do not dispute that courts in this district routinely allow 30 days for a motion to dismiss. But as Defendants have explained, the ACC is an unusual creature. Plaintiffs' own case underscores that. In *Tanooryan v. Pima Cnty.*, 2019 WL 2603724, at *3 (D. Ariz. June 25, 2019), the Court allowed 30 days to respond to a complaint that was less than *nine* pages long. *Tanooryan*, No. 4:18-cv-00293-RCC, June 25, 2019 Amended Complaint (ECF No. 32).

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

- 1 -

Accordingly, given the lengthy and indigestible ACC, Defendants have sought relief from this Court, including an extension of time to respond until 60 days after any order denying Carvana Defendants' pending Motion to Dismiss the Amended Consolidated Complaint for Failure to Comply with the Court's February 29, 2024 Order and Fed. R. Civ. P. 8, Dkt. No. 73.

Respectfully submitted this 5th day of April, 2024.

FENNEMORE CRAIG, P.C.

By:  *s/ Andrea L. Marconi*
    Douglas C. Northup
    Andrea L. Marconi

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Ryan Keeton, Benjamin Huston, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX