FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: +1.602.916.5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation. | Case No. 2:22-cv-02126-PHX-MTL |
| | **DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF CARVANA DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |
| | **(Oral Argument Requested)** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

I, Matthew J. Peters, declare as follows:

1.      I am counsel with the law firm of Latham & Watkins LLP, counsel of record for Defendants Carvana Co. ("Carvana"), Ernest Garcia III ("Garcia Junior"), Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (the "Carvana Defendants") in the above-captioned litigation.

2.      I am a member in good standing of the bars of the State of Maryland and the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Carvana's Form S-1, which was filed with the Securities and Exchange Commission ("SEC") on March 31, 2017.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Carvana's Letter to Shareholders for Q1 2017, dated June 6, 2017, which is publicly available on Carvana's Investor Relations website.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Carvana's Letter to Shareholders for Q1 2019, dated May 8, 2019, which is publicly available on Carvana's Investor Relations website.

6.      Attached hereto as Exhibit 4 is a true and correct copy of Carvana's Letter to Shareholders for Q1 2020, dated May 6, 2020, which is publicly available on Carvana's Investor Relations website.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended March 31, 2020, which was filed with the SEC on May 6, 2020.

8.      Attached hereto as Exhibit 6 is a true and correct copy of Carvana's Letter to Shareholders for Q3 2020, dated October 29, 2020, which is publicly available on Carvana's Investor Relations website.

9. Attached hereto as Exhibit 7 is a true and correct copy of Carvana's Form 10-K for the fiscal year ended December 31, 2020, which was filed with the SEC on February 25, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of Carvana's Letter to Shareholders for Q4 2020, dated February 25, 2021, which is publicly available on Carvana's Investor Relations website.

11. Attached hereto as Exhibit 9 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended March 31, 2021, which was filed with the SEC on May 6, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of Carvana's Q1 2021 Earnings Call Transcript, dated May 6, 2021, which is publicly available through S&P Global Market Intelligence.

13. Attached hereto as Exhibit 11 is a true and correct copy of Carvana's Q2 2021 Earnings Call Transcript, dated August 5, 2021, which is publicly available through S&P Global Market Intelligence.

14. Attached hereto as Exhibit 12 is a true and correct copy of a Wall Street Journal article entitled, "Carvana Barred from Selling Vehicles in Raleigh, N.C, Area Until January," dated August 11, 2021.

15. Attached hereto as Exhibit 13 is a true and correct copy of the transcript of Carvana's presentation to the August 11, 2021, J.P. Morgan Automotive Conference, which is publicly available through S&P Global Market Intelligence.

16. Attached hereto as Exhibit 14 is a true and correct copy of a Wall Street Journal article entitled, "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints," dated October 22, 2021.

17. Attached hereto as Exhibit 15 is a true and correct copy of Carvana's Letter to Shareholders for Q3 2021, dated November 4, 2021, which is publicly available on Carvana's Investor Relations website.

18. Attached hereto as Exhibit 16 is a true and correct copy of Carvana's Form

10-Q for the quarterly period ended September 30, 2021, which was filed with the SEC on November 4, 2021.

19.    Attached hereto as Exhibit 17 is a true and correct copy of Carvana's Letter to Shareholders for Q4 2021, dated February 24, 2022, which is publicly available on Carvana's Investor Relations website.

20.    Attached hereto as Exhibit 18 is a true and correct copy of Carvana's Form 10-K for the fiscal year ended December 31, 2021, which was filed with the SEC on February 24, 2022.

21.    Attached hereto as Exhibit 19 is a true and correct copy of Carvana's Schedule 14A, which was filed with the SEC on March 23, 2022.

22.    Attached hereto as Exhibit 20 is a true and correct copy of Carvana's Letter to Shareholders for Q1 2022, dated April 20, 2022, which is publicly available on Carvana's Investor Relations website.

23.    Attached hereto as Exhibit 21 is a true and correct copy of Carvana's Form S-3, which was filed with the SEC on April 20, 2022.

24.    Attached hereto as Exhibit 22 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended March 31, 2022, which was filed with the SEC on May 10, 2022.

25.    Attached hereto as Exhibit 23 is a true and correct copy of Carvana's Form 8-K, which was filed with the SEC on May 10, 2022.

26.    Attached hereto as Exhibit 24 is a true and correct copy of a Barron's article entitled, "Carvana Sought to Disrupt Auto Sales. It Delivered Undriveable Cars," dated June 24, 2022.

27.    Attached hereto as Exhibit 25 is a true and correct copy of Carvana's Letter to Shareholders for Q2 2022, dated August 4, 2022, which is publicly available on Carvana's Investor Relations website.

28.    Attached hereto as Exhibit 26 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended June 30, 2022, which was filed with the SEC on

August 4, 2022.

29.    Attached hereto as Exhibit 27 is a true and correct copy of the Michigan Department of State announcement entitled, "Department of State suspends Novi Dealership," dated October 7, 2022.

30.    Attached hereto as Exhibit 28 is a true and correct copy of "Order Denying Plaintiff's Motion for Temporary Restraining Order," *Carvana LLC v. Benson*, No. 22-000172-MZ, (Mich. Ct. Cl.), filed October 19, 2022.

31.    Attached hereto as Exhibit 29 is a true and correct copy of Carvana's Letter to Shareholders for Q3 2022, dated November 3, 2022, which is publicly available on Carvana's Investor Relations website.

32.    Attached hereto as Exhibit 30 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended September 30, 2022, which was filed with the SEC on November 3, 2022.

33.    Attached hereto as Exhibit 31 is a true and correct copy of a Fox 28 article entitled, "No titles, no registration: Car owners in Ohio file complaints against Carvana," dated November 22, 2022.

34.    Attached hereto as Exhibit 32 is a true and correct copy of Carvana's Letter to Shareholders for Q4 2022, dated February 23, 2023, which is publicly available on Carvana's Investor Relations website.

35.    Attached hereto as Exhibit 33 is a true and correct copy of Carvana's Form 10-K for the fiscal year ended December 31, 2022, which was filed with the SEC on February 23, 2023.

36.    Attached hereto as Exhibit 34 is a true and correct copy of a Minute Entry granting motions to dismiss in *City of Warwick Ret. Sys. v. Carvana Co.*, CV 2022-013054 (Sup. Ct., Maricopa Cnty.), filed on March 15, 2023.

37.    Attached hereto as Exhibit 35 is a true and correct copy of Carvana's presentation to the J.P. Morgan Automotive Conference, dated August 9, 2023, which is publicly available on Carvana's Investor Relations website.

38.    Attached hereto as Exhibit 36 is a true and correct copy of Carvana's presentation entitled, "Cost Structure Details," dated November 2, 2023, which is publicly available on Carvana's Investor Relations website.

39.    Attached hereto as Exhibit 37 is a true and correct copy of Carvana's Letter to Shareholders for Q3 2023, dated November 2, 2023, which is publicly available on Carvana's Investor Relations website.

40.    Attached hereto as Exhibit 38 is a true and correct copy of Carvana's Form 10-Q for the quarterly period ended September 30, 2023, which was filed with the SEC on November 2, 2023.

41.    Attached hereto as Exhibit 39 is a true and correct copy of Mark Jenkins' Form 4s filed with the SEC for the periods of May 2, 2018 to November 26, 2019 and May 6, 2020 to February 23, 2023.

42.    Attached hereto as Exhibit 40 is a true and correct copy of Carvana's Letter to Shareholders for Q2 2021, dated August 5, 2021, which is publicly available on Carvana's Investor Relations website.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of May 2024, in the District of Columbia.

By: _____
Matthew J. Peters