ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
RACHEL A. COCALIS (CA 312376)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
|---|---|---|
| | ) | |
| This Document Relates To: | ) ) ) | REQUEST FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR OMNIBUS OPPOSITION OF EQUAL PAGE LENGTH AND FOR |
| All Actions. | ) ) ) | LEAVE TO RESPOND 60 DAYS AFTER DEFENDANTS' LAST-FILED MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT (FIRST REQUEST) |

4893-0931-1427.v1

Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan (together, "Plaintiffs") respectfully request expedited consideration of their contemporaneously-filed Motion for Omnibus Opposition of Equal Page Length and for Leave to Respond 60 Days After Defendants' Last-Filed Motion to Dismiss the Amended Consolidated Complaint (First Request) (the "Motion for Extension").

The presumptive page limits under Local Rule of Civil Procedure ("Local Rule" or "LRCiv") 7.2(e) would collectively allow Plaintiffs 51 pages to respond to defendants' three motions to dismiss the Amended Consolidated Complaint (*i.e.*, 17 pages per motion), which total 72 pages. LRCiv 7.2(e). And the Court's permitted 60-day response time would fall on two different dates – July 23, 2024 or July 29, 2024 – depending on which of the three motions to dismiss is considered as triggering the running of Plaintiffs' time to respond. *See* ECF 81-82, 87. Given that the response deadline could be July 23, 2024, expedited consideration of the Motion for Extension is warranted to allow Plaintiffs sufficient time to conform their filing(s) to the Court's orders.

Plaintiffs' counsel contacted defendants' counsel to determine their positions as to this request and the Motion for Extension. Defendants did not indicate that they oppose this request. *See* ECF 88, Ex. 1. They oppose the Motion for Extension, however, insofar as it would allow Plaintiffs to file an omnibus response that totals the same number of pages as their motions to dismiss, despite the fact that this was precisely the protocol that the parties followed during the prior briefing of defendants' motions to dismiss and that the moving and responding parties are entitled to the same number of pages under Local Rule 7.2(e). *See id.* As defendants will likely file an opposition to the Motion for Extension, Plaintiffs request that the Court provide for expedited briefing to allow the Court sufficient time to rule on the Motion for Extension before July 23, 2024. Plaintiffs propose the following schedule, as set forth in the proposed order lodged herewith:

- Defendants may file a response to the Motion for Extension on or before June 6, 2024; and

- 1 -

4893-0931-1427.v1

- Plaintiffs may file a reply in support of the Motion for Extension on or before June 10, 2024.

DATED:  May 30, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)


                    s/ Daniel S. Drosman
---
             DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
BRENT E. MITCHELL
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
bmitchell@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 2 -

4893-0931-1427.v1

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

Additional Counsel for Lead Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
   & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

- 3 -

4893-0931-1427.v1