UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
|---|---|---|
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| This Document Relates To: | ) | PLAINTIFFS' REQUEST FOR |
| | ) | EXPEDITED CONSIDERATION |
| All Actions. | ) | |
| | ) | |
| | ) | |

4883-8335-4307.v1

Having carefully considered Plaintiffs' Request for Expedited Consideration of Plaintiffs' Motion for Omnibus Opposition of Equal Page Length and for Leave to Respond 60 Days After Defendants' Last-Filed Motion to Dismiss the Amended Consolidated Complaint (First Request) (the "Motion for Extension"),

IT IS ORDERED as follows:

1.    The Court grants Plaintiffs' request for expedited consideration of the Motion for Extension.

2.    To allow the Court to rule on the Motion for Extension in advance of the earlier July 23, 2024 deadline, the Court enters the following schedule:

- Defendants may file a response to the Motion for Extension on or before June 6, 2024; and
- Plaintiffs may file a reply in support of the Motion for Extension on or before June 10, 2024.

- 1 -

4883-8335-4307.v1