# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Defendants. | |

**IT IS ORDERED** granting Plaintiffs' Motion for Expedited Consideration regarding their Motion for Omnibus Opposition of Equal Page Length and for Leave to Respond (Doc. 89.)

**IT IS FURTHER ORDERED** granting in part, and denying in part, Plaintiffs' Motion for Omnibus Opposition of Equal Page Length and for Leave to Respond 60 Days After Defendants' Last-Filed Motion to Dismiss the Amended Consolidated Complaint (First Request) (Doc. 88).

**IT IS FURTHER ORDERED** that Plaintiffs shall file an omnibus opposition to the pending motions to dismiss, which shall not to exceed 72 pages in length.

**IT IS FURTHER ORDERED** denying the 60-day extension as moot. The Court previously ordered that "Plaintiffs shall file their response(s) to Defendants' motions to dismiss 60 days from the date that the motions to dismiss are filed." (Doc. 81 at 2.) The pending motions to dismiss were filed on May 24, 2024. (Docs. 82, 85.) The Underwriters then filed their 10-page joinder to the Carvana Defendants' motion on May

28, 2024. (Doc. 87.) Accordingly, and as the Court's previous Order explained, Plaintiffs shall file their response no later than Monday, July 29, 2024.

Dated this 30th day of May, 2024.

Michael T. Liburdi
United States District Judge

- 2 -