ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To:<br><br>     All Actions. | PLAINTIFFS' NOTICE OF RECENT AUTHORITIES IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND STATEMENT OF NON-OPPOSITION TO CARVANA DEFENDANTS' AND ERNEST GARCIA II'S REQUESTS FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE |

4876-0256-7382.v1

Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan respectfully notify the Court of recent decisions in *Laborers Dist. Council Constr. Indus. Pension Fund v. Sea Ltd.*, __ F. Supp. 3d __, 2024 WL 3708800 (D. Ariz. Aug. 7, 2024), attached hereto as Exhibit A, and *Yoshikawa v. Exxon Mobil Corp.*, 2024 WL 3802997 (N.D. Tex. Aug. 12, 2024), attached hereto as Exhibit B. Both of these decisions were issued after Plaintiffs filed their Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Consolidated Complaint. ECF 91.

Senior District Judge Douglas L. Rayes's decision in *Sea Ltd.* largely denying defendants' motion to dismiss a class action complaint asserting claims pursuant to §10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5(b) is relevant to the issues of falsity, materiality, scienter, judicial notice, and the incorporation by reference doctrine. 2024 WL 3708800, at *3-*8, *12-*17.

Chief District Judge David C. Godbey's decision in *Exxon* denying defendants' motion for judgment on the pleadings in its entirety is relevant to the issues of deceptive conduct and reliance for scheme liability claims under §10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5(a) and (c). 2024 WL 3802997, at *4-*6.

DATED: August 15, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
ERIKA L. OLIVER
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)

s/ Daniel S. Drosman
DANIEL S. DROSMAN

- 1 -

4876-0256-7382.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
BRENT E. MITCHELL
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
bmitchell@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

Additional Counsel for Lead Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
   & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

- 2 -

4876-0256-7382.v1