FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | No. CV-22-2126-PHX-MTL |
|---|---|
| | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS LEAD PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |
| This Document Relates to: | |
| ALL ACTIONS. | |

Defendants Carvana Co. ("Carvana"), Ernest Garcia II ("Garcia Senior"), Ernest Garcia III ("Garcia Junior"), Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, Greg Sullivan, Citigroup Global Markets Inc., and J.P. Morgan Securities LLC ("Defendants"), respectfully notify the Court of a recent decision in *Schertz v. Garcia*, C.A. No. 2023-0600-KSJM (Del. Ch. Sept. 25, 2024), attached hereto as Exhibit A, in support of all Defendants' motions to dismiss the Amended Consolidated Complaint (ECF 82, 85, 87).

The *Schertz* decision involved "allegations [that] are similar to those of the federal complaint" (*i.e.*, this matter). Ex. A at 4. Indeed, *Schertz* was premised on identical allegations that Carvana engaged in systematic violations of title and registration laws, *compare id.* at 4, 8-9, 10, 11, 14, 15, *with* Am. Consolidated Compl. (ECF 71) ¶¶ 144, 146, 148, 149, 152, 174-77, 179, 180-81, 183, 185, 187, 188, 189, 213, 215, 249, 261-69, 282, 287, 311-12, 320-22, 384, 386, 395-96, and that its alleged controlling shareholder Garcia Senior and its CFO Mark Jenkins sold Carvana stock on the basis of material non-public information ("MNPI"), Ex. A at 15-16, 18.

Applying Delaware's lenient notice pleading rule, the court in *Schertz* dismissed all claims. *Id.* at 18. Several of the court's rulings are particularly relevant to this case.

First, the court rejected plaintiff's allegations (which mirror the allegations here) that the company was systematically violating title and registration laws in order "to grow[] Carvana." *Id.* at 23; *see also id.* at 24-25. The court found that plaintiff's own allegations "demonstrate[] that Carvana frequently engaged with regulators and worked to improve its T&R compliance," undermining any "inference of deliberate law-breaking or that Carvana was making a business out of law-breaking." *Id.* at 23.

Second, the court rejected plaintiff's allegations that Garcia Senior "exercised control over Carvana's [title and registration] compliance," finding that (as in this case) plaintiff failed to allege that Garcia Senior "received information about Carvana's title and registration issues or that anyone was obligated to report those things to him." *Id.* at 26.

Third, the court rejected plaintiff's insider trading allegations on the ground that

plaintiff failed to allege that any sellers (including Garcia Senior and Jenkins) possessed material nonpublic information. *Id.* at 26-32. While plaintiff alleged that the sellers knew of problems with title and registration delays, *id.* at 28, the court rejected plaintiff's argument that this was *nonpublic* information, finding that beginning on May 6, 2020, "Carvana told the market almost the exact same information at almost the exact same time," *id.* at 28. Plaintiff also failed to explain how Garcia Senior would have acquired *any* nonpublic information. *Id.* at 27.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

Dated: October 8, 2024

Respectfully submitted,

FENNEMORE CRAIG, P.C.

By: */s/ Andrea L. Marconi*
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: (602) 916-5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

3

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

DLA PIPER LLP (US)

By: /s/ Madeline A. Cordray (with permission)
Madeline A. Cordray
madeline.cordray@dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
480.606.5100

Melanie Walker (admitted *pro hac vice*)
melanie.walker@dlapiper.com
2000 Avenue of the Stars #400
Los Angeles, California 90067
310.595.3000

Yan Grinblat (admitted *pro hac vice*)
yan.grinblat@dlapiper.com
444 West Lake Street, Suite 900
Chicago, Illinois 60606
312.368.4000

*Counsel for Defendant Ernest Garcia II*


PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ David P. Friedman (with permission)
Susanna M. Buergel (admitted *pro hac vice*)
David P. Friedman (admitted *pro hac vice*)

1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: sbuergel@paulweiss.com
Email: dfriedman@paulweiss.com


*Counsel for Defendants Citigroup Global
Markets Inc. and J.P. Morgan Securities LLC*

4

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX