UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation ) | No. CV-22-2126-PHX-MTL |
| ) | |
| ————————————— ) | [PROPOSED] ORDER GRANTING |
| ) | PLAINTIFFS' MOTION TO STRIKE |
| This Document Relates To: ) | DEFENDANTS' NOTICE OF |
| ) | SUPPLEMENTAL AUTHORITY |
| All Actions. ) | |
| ) | |

- 1 -

4892-6573-7710.v1

Having carefully considered Plaintiffs' Motion to Strike Defendants' Notice of Supplemental Authority,

IT IS ORDERED as follows:

1.    Plaintiffs' Motion to Strike Defendants' Notice of Supplemental Authority is hereby GRANTED.

- 2 -

4892-6573-7710.v1