FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation, | No. CV-22-2126-PHX-MTL |
| | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF 99)** |
| This Document Relates to:<br><br>     ALL ACTIONS. | |

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

Defendants filed a Notice of Supplemental Authority in Support of their Motions to Dismiss Lead Plaintiffs' Amended Consolidated Complaint (ECF 99, the "Notice"). Shortly thereafter, Plaintiffs filed a Motion to Strike Defendants' Notice. *See* Pls.' Mot. to Strike Defs.' Notice of Suppl. Authority (ECF 100, the "Motion to Strike"). Defendants respectfully request that the Court deny Plaintiffs' Motion to Strike.

"[T]he purpose of a Notice of Supplemental Authority is to inform the Court of a newly decided case that is relevant to the dispute before it." *Vega v. All My Sons Bus. Development LLC*, 583 F. Supp. 3d 1244, 1256 (D. Ariz. 2022). Such a notice may not include "argument," but "an accurate summary of [an opinion's] relevant holding[s]" is proper. *Id.* Defendants' Notice properly summarized the "relevant holding[s]" in the 34-page decision in *Schertz v. Garcia*, C.A. No. 2023-0600-KSJM (Del. Ch. Sept. 25, 2024), for the Court's convenience. Defendants did not apply the Delaware Court of Chancery's holdings or findings to the facts in this case. *See Vega*, 583 F. Supp. 3d at 1256 (notice proper where party did not "apply [the opinion] to the facts of the instant case").

Plaintiffs too have used notices of supplemental authority to identify what they have viewed as the relevant portions of judicial opinions. *See, e.g.*, ECF 95 (claiming a new judicial decision "largely den[ied] defendants' motion to dismiss" and was "relevant to the issues of falsity, materiality, scienter, judicial notice, and the incorporation by reference doctrine," with page range citations). Plaintiffs take issue with the length of Defendants' Notice, Motion to Strike at 1-2, but that is merely a product of the fact that the *Schertz* decision contains a large quantity of relevant holdings, because, in its own words (not Defendants'), it involved "allegations [that] are similar to those of the federal complaint." ECF 99-1 at 4.

The cases Plaintiffs cite in their Motion illustrate the distinct circumstances under which notices of supplementary authority are struck in this district, such as cases where the improper notice cited no new judicial opinions and was comprised of purely "factual assertions," *Myers v. Freescale Semiconductor Inc.*, 2020 WL 2064116, at *3 (D. Ariz. 2020), which Plaintiffs do not argue to be the situation here. They also cite dissimilar cases

where parties "explain[ed] and argue[d] the case in detail," *Doe v. Blue Cross Blue Shield of Ill.*, 492 F. Supp. 3d 970, 980 (D. Ariz. 2020); *see also Scala v. Comm'r of Soc. Sec. Admin.*, 2022 WL 3754720, at *1 n.1 (D. Ariz. Aug. 30, 2022) (Liburdi, J.) (notice of supplemental authority contained "seven pages of additional argument and briefing"); *B. St. Grill and Bar LLC v. Cincinnati Ins. Co.*, 525 F. Supp. 3d 1008, 1013 (D. Ariz. 2021) (numerous notices sought to be used "as an opportunity to further their arguments"). Defendants' Notice did not do so.

Even if the Court were to strike Defendants' Notice, the Court could still properly consider *Schertz*. *See B St. Grill & Bar*, 525 F. Supp. 3d at 1013 ("[T]he Court will strike documents 40, 39, 38, 36, and 34. However, the Court will consider cases cited by the parties in such notices."); *ThermoLife Int'l LLC v. Aesthetic Distribution, LLC*, 2020 WL 12581996, at *1 n.2 (D. Ariz. 2020) (similar); *Blankinship v. Union Pac. R.R. Co.*, 2021 WL 3290453, at *1 n.1 (D. Ariz. 2021) (similar).

Defendants respectfully request that the Court deny Plaintiffs' Motion to Strike.

Dated this 22nd day of October, 2024.

FENNEMORE CRAIG, P.C.


By: *s/ Andrea L. Marconi*
Douglas C. Northup
Andrea L. Marconi


LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
Andrew B. Clubok (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice*)

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

- 3 -

DLA PIPER LLP (US)

By: */s/ Madeline A. Cordray (with permission)*
Madeline A. Cordray
madeline.cordray@dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
480.606.5100

Melanie Walker (admitted *pro hac vice*)
melanie.walker@dlapiper.com
2000 Avenue of the Stars #400
Los Angeles, California 90067
310.595.3000

Yan Grinblat (admitted *pro hac vice*)
yan.grinblat@dlapiper.com
444 West Lake Street, Suite 900
Chicago, Illinois 60606
312.368.4000

*Counsel for Defendant Ernest Garcia II*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: */s/ David P. Friedman (with permission)*
Susanna M. Buergel (admitted *pro hac vice*)
David P. Friedman (admitted *pro hac vice*)

1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: sbuergel@paulweiss.com
Email: dfriedman@paulweiss.com

*Counsel for Defendants Citigroup Global
Markets Inc. and J.P. Morgan Securities LLC*