ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | LEAD PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF 99) |
| All Actions. | |

4871-1080-9587.v1

Lead Plaintiffs respectfully submit this reply in support of their Motion to Strike Defendants' Notice of Supplemental Authority (the "Motion" or "Mtn.") (ECF 100).[1]

Lead Plaintiffs' Motion should be granted. Defendants went far beyond "summariz[ing]" the bench ruling in *Schertz v. Garcia*, C.A. No. 2023-0600-KSJM (Del. Ch. Sept. 25, 2024). ECF 101 at 2. Defendants (wrongly) argued that the allegations in *Schertz* concerning "deliberate law-breaking" "mirror the allegations here" and that the allegations in *Schertz* concerning defendant Garcia Senior's reception of title and registration information are purportedly the same as those in this case. Notice at 1; *see also* Mtn. at 1. Defendants' sole authority confirms that this was improper. *Vega v. All My Sons Bus. Dev. LLC*, 583 F. Supp. 3d 1244, 1256 (D. Ariz. 2022) (reiterating that a notice may only "'inform the Court of a newly decided case,'" and finding "nowhere in the **one-page** summary d[id] Vega apply [the supplemental authority] to the facts of the instant case").[2]

In sum, because the Notice improperly contains "'a number of factual assertions'" and also offers "'additional argument and briefing'" in excess of the strict page limits, Lead Plaintiffs' Motion should be granted. Mtn. at 1-2 (quoting *Myers v. Freescale Semiconductor Inc.*, 2020 WL 2064116, at *3 (D. Ariz. Apr. 29, 2020) (Liburdi, J.), *aff'd*, 2022 WL 266638 (9th Cir. Jan. 26, 2022); *Scala v. Comm'r of Soc. Sec. Admin.*, 2022 WL 3754720, at *1 n.1 (D. Ariz. Aug. 30, 2022) (Liburdi, J.)).[3] If the Court does not wish to strike the Notice, however, Lead Plaintiffs respectfully request leave to submit a short response.

---

[1] Unless otherwise noted, all defined terms are the same as in Lead Plaintiffs' Motion, citations are omitted, and emphasis is added.

[2] Defendants' attempt to compare their Notice to Lead Plaintiffs' previously-filed notice falls flat. *See* ECF 101 at 2 (citing ECF 95). Lead Plaintiffs' notice did not analyze the submitted authority but only stated the relevant elements of the opinion and pointed the Court to the pages on which those elements appear (*see* ECF 95) – the same approach Defendants took previously and to which Lead Plaintiffs did not object. *Compare* ECF 63, *with* ECF 95.

[3] Defendants' attempt to distinguish *Scala* fails. Whether they exceeded the page limits by seven pages or two (*cf.* ECF 101 at 2-3) makes no difference, particularly here where the Court did not grant Defendants' first request to exceed the page limits for their reply. ECF 81.

- 1 -

4871-1080-9587.v1

DATED:  October 25, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
ERIKA L. OLIVER
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)


                    s/ DANIEL S. DROSMAN
                  DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
BRENT E. MITCHELL
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
bmitchell@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

Additional Counsel for Lead Plaintiffs

- 2 -

4871-1080-9587.v1

BONNETT FAIRBOURN FRIEDMAN
  & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

4871-1080-9587.v1