# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Strike Defendants' Notice of Supplemental Authority (Doc. 100). Having considered the Motion,

**IT IS ORDERED** that Plaintiffs' Motion (Doc. 100) is denied.

**IT IS FURTHER ORDERED** that Plaintiffs shall have up to **December 2, 2024**, at **12:00 PM**, to file a response brief to Defendants' Notice of Supplemental Authority (Doc. 99), not to exceed two pages of argument. No reply brief will be permitted.

Dated this 22nd day of November, 2024.

Michael T. Liburdi
United States District Judge