UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation, | CASE NO. 2:22-cv-02126-PHX-MTL |
|---|---|
| | **[PROPOSED] ORDER FOR MOTION FOR RECONSIDERATION** |

This Document Relates to:

ALL ACTIONS.

The Court having reviewed the Carvana Defendants' Motion for Reconsideration (the "Motion"), and good cause appearing,

IT IS ORDERED as follows:

1. Carvana Defendants' Motion is granted.

2. The Court's December 16, 2024 Order (ECF 105) granting in part and denying in part Carvana Defendants' Motion to Dismiss Lead Plaintiffs' Amended Consolidated Complaint (ECF 82) is vacated in part and amended as follows only:

      a.    Plaintiffs failed to adequately allege a claim under Section 10(b) of the Exchange Act and Rule 10b-5 of the Exchange Act's regulations against Carvana, Ernest Garcia III, and Mark Jenkins with respect to the Title and Registration statements (Statement Nos. 1-8) and Retail Sales Growth statements (Statement Nos. 19-20) and corresponding

scheme liability allegations. Accordingly, Count I is dismissed as to Carvana, Ernest Garcia III, and Mark Jenkins without leave to amend.

b.  Plaintiffs failed to adequately allege a claim under Section 20(a) of the Exchange Act against Carvana, Garcia Junior, and Mark Jenkins with respect to the same statements. Accordingly, Count II is dismissed as to Carvana, Ernest Garcia III, and Mark Jenkins.

c.  Plaintiffs failed to allege a claim under Section 11 of the Securities Act against Carvana, Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan with respect to their Title and Registration statement (Statement C).

d.  Plaintiffs failed to allege a claim under Section 15 of the Securities Act against Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan with respect to the same statement (Statement C).