# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Carvana Company, et al., <br><br> Defendants. | No. CV-22-02126-PHX-MTL <br><br> **ORDER** |

**IT IS ORDERED** Plaintiffs shall respond to Defendants' Motion for Reconsideration (Doc. 107) no later than January 14, 2025. No reply will be permitted unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend Time to File Answer to the Amended Consolidated Complaint (Doc. 109) is **granted**. All Defendants shall have up to, and including, **January 22, 2025**, to file their answer to Plaintiffs' Amended Consolidated Complaint. No further extension will be permitted under any circumstances.

Dated this 31st day of December, 2024.

Michael T. Liburdi
United States District Judge