FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: +1.602.916.5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | CASE NO. 2:22-cv-02126-PHX-MTL |
| | **DEFENDANTS CARVANA CO., ERNEST GARCIA III, MARK JENKINS, MICHAEL MAROONE, STEPHEN PALMER, NEHA PARIHK, IRA PLATT AND GREG SULLIVAN'S ANSWER AND AFFIRMATIVE DEFENSES TO LEAD PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |
| | Jury Trial Demanded |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

Defendants Carvana Co. ("Carvana" or the "Company"), Ernest Garcia III ("Garcia Junior"), Mark Jenkins, Michael Maroone, Stephen Palmer, Neha Parikh, Ira Platt, and Greg Sullivan (collectively "Carvana Individual Defendants" and together with Carvana, the "Carvana Defendants"), by and through their undersigned counsel, respectfully submit their Answers and Affirmative Defenses to Lead Plaintiffs' Amended Consolidated Complaint for Violations of the Federal Securities Laws ("ACC") (Dkt. No. 71) (the "Answer").[1]

Except as otherwise affirmatively stated below, Carvana Defendants deny all allegations of the ACC. Any factual averment admitted herein is admitted only to the specific facts and not as to any conclusions, characterizations, implications, innuendos, or speculation contained in any averment or in the ACC as a whole. Moreover, except to the extent expressly admitted herein, Carvana Defendants specifically deny any allegations contained in the ACC's headings, footnotes, table of contents, or exhibits. With respect to any purported document cited to or quoted in the ACC, Carvana Defendants do not admit that the documents are accurate, relevant, or admissible in this action, and Carvana Defendants reserve all objections regarding admissibility. The ACC contains purported excerpts from, and references to, a number of documents and third-party publications; such documents and third-party publications speak for themselves, and Carvana Defendants respectfully refer to the respective documents and third-party publications for their contents. Carvana Defendants did not search for or review those documents to determine whether Plaintiffs correctly quoted or interpreted them. Numbered paragraphs below correspond to the like-numbered paragraphs in the Complaint. Carvana Defendants expressly reserve the right to amend and/or supplement this Answer, seek leave to amend this Answer, or to modify or assert all claims, defenses, counterclaims, and third-party claims permitted by law.

---

[1] Plaintiffs bring claims under the Securities Exchange Act of 1934 (the "Exchange Act") against Carvana, Garcia Junior, and Jenkins (together, the "Carvana Exchange Act Defendants"). Plaintiffs bring claims under the Securities Act of 1933 (the "Securities Act") against the Carvana Exchange Act Defendants, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan, *i.e.*, Carvana Defendants.

In its December 16, 2024 Order (Dkt. 105) (the "Order"), the Court dismissed portions of the ACC. The Order substantially narrowed the potential class period to February 25, 2021 through October 7, 2022 and dismissed all the Exchange Act claims except for those based on alleged title and registration statements or omissions (see Dkt. 82-1 at Stmt. Nos. 1-8,19-20). Order at 11-20 (T&R statements), 23-26 (Retail Sales Growth statements), 40 (scheme liability), and 59-60 (control liability). The Court also declined to dismiss scheme liability claims against the Carvana Exchange Act Defendants due to an artifice Plaintiffs alleged was based on the same statements and omissions regarding compliance with title and registration laws. *See* Order at 35, 40, 57. With respect to scienter, the Court rejected Plaintiffs' "pump and dump" theory, *id.* at 42, but found sufficient Plaintiffs' argument that Garcia Junior and Jenkins had acted with scienter because they had knowledge of title and registration issues, *id.* at 43-52. Likewise, the Court dismissed Plaintiffs' Securities Act claims except those based on two substantially identical statements relating to title and registration omissions (*see* Dkt. 82-1 at Stmts. B and C). Order at 66-67. The Court also dismissed all of Plaintiffs' Securities Act claims to the extent brought under Section 12(a)(2) of the Securities Act, with respect to the Carvana Individual Defendants. Order at 71-72.

Based on the Order, Carvana Defendants aver that the following paragraphs of the Complaint are dismissed, and no responses are required: ACC ¶¶ 12, 14-16, 42-44, 46-60, 80-96, 121-124, 125(a)-(b), 125(d), 125(f)-(g), 127-143, 151, 153, 154(a), 155-156, 160-165, 167-170, 190-210, 213(a)(ii)-(iv), 215(a)(ii)-(v), 216-278, 283-284, 287(a)-(f), 287(h), 289-294, 306, 314-319, 323-328, 358-364, 377-378, 381-382, 384(a)(ii)-(v), and, as to the Carvana Individual Defendants, ¶¶ 436-442. To the extent responses are required, Carvana Defendants respond to these paragraphs below.

On December 30, 2024, the Carvana Defendants moved for reconsideration of the Order as it pertains to Plaintiffs' remaining Exchange Act claims against Carvana Exchange Act Defendants (Counts I and II) and the Securities Act claims against Carvana Defendants to the extent based on Statement C (Counts IV and VI). Dkt. 107 (the

"Reconsideration Motion"). The Reconsideration Motion is pending as of January 22, 2025. Carvana Defendants aver that, should the Court grant the relief requested in the Reconsideration Motion, the following paragraphs of the ACC will be dismissed, and no responses are required: ¶¶ 1-18, 24-31, 34-38, 42-364, 377-379, 381-382, 384(a)(ii)-(iv), 385-386. Carvana Defendants conditionally respond to these paragraphs below pending resolution of the Reconsideration Motion, and in the event the Reconsideration Motion is granted, to the extent responses are required.

With respect to specific paragraphs of the ACC, Carvana Defendants respond on information and belief as follows:

As to the unnumbered Paragraph on Page 1, the Carvana Defendants admit that United Association National Pension Fund ("UANPF") and Saskatchewan Healthcare Employees' Pension Plan ("SHEPP" and, collectively with UANPF, "Plaintiffs") purport to assert allegations against Carvana Defendants in the ACC. Except as explicitly admitted herein, Carvana Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations represented in the unnumbered Paragraph on page 1 of the ACC. Carvana Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 1.

## I.    INTRODUCTION[2]

1.    Carvana Exchange Act Defendants admit that Plaintiffs purport to bring this action on behalf of persons or entities who purchased or otherwise acquired Carvana Class A Common Stock from May 6, 2020, and February 23, 2023, inclusive, but aver that the purported Class Period has been reduced by the Court's December 16, 2024, Order (the "Order"), such that it now covers only those persons or entities who purchased or otherwise acquired Carvana Class A Common Stock between February 25, 2021, and October 7, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the

---

[2]  To aid the Court in reviewing the Carvana Defendants' Answer, the Carvana Defendants have included the headings reflected in the Complaint. To the extent these headings comprise factual allegations, the Carvana Defendants expressly deny them. To the extent these headings comprise legal conclusions, no response is required.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

allegations in Paragraph 1. With respect to the allegations in Footnote 2, Carvana Exchange Act Defendants admit that Plaintiffs purport to bring claims for violations of federal securities laws against Carvana, certain executives, directors, and underwriters in connection with Carvana's public offering on or about April 20, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations represented in Footnote 2.

2. To the extent Paragraph 2 purports to characterize unspecified and unquoted statements purportedly made by "Defendants," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 2.

3. Defendants Jenkins and Garcia Junior lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 concerning stock sales by other Carvana "founders and executives." Carvana Exchange Act Defendants deny the allegations in Paragraph 3.

4. To the extent that Paragraph 4 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana was formed as a wholly-owned subsidiary of DriveTime Automotive Group, Inc. Carvana Exchange Act Defendants further admit that Carvana went public on the New York Stock Exchange in May 2017. Carvana Exchange Act Defendants further admit that Garcia Junior served as CEO and Chairman of Carvana when the company went public. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 4.

5. To the extent Paragraph 5 purports to characterize and quote a Morgan Stanley analyst report from February 27, 2020, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 5.

6. Carvana Exchange Act Defendants deny the allegations in Paragraph 6.

7. Carvana Exchange Act Defendants deny the allegations in Paragraph 7.

8. Carvana Exchange Act Defendants admit that, in June 2021, Carvana debuted on the Fortune 500. Carvana Exchange Act Defendants further admit that Carvana Class A common stock reached a price of $376.83 per share on August 10, 2021. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 8.

9. To the extent Paragraph 9 purports to characterize and quote Carvana's SEC filings and statements made by Daniel Taylor in a *Forbes* article from May 21, 2022, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Defendant Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 concerning Garcia Senior's stock sales. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 9. With respect to the allegations in Footnote 3, Carvana Exchange Act Defendants admit that *Forbes* published an article by John Hyatt entitled "*Carvana's 'Chaotic' Zoom Firing Caps Company's Struggles Amid Market Downturn*" on May 21, 2022, and respectfully refer the Court to that article for its complete and accurate contents.

10. To the extent Paragraph 10 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 10.

11. To the extent Paragraph 11 purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 11.

12. To the extent Paragraph 12 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 12.

13.     To the extent Paragraph 13 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent Paragraph 13 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 13.

14.     To the extent Paragraph 14 purports to characterize and quote Carvana's SEC filings and Defendant Garcia Junior's post-Class Period statements, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent Paragraph 14 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 14.

15.     To the extent Paragraph 15 purports to characterize and quote Carvana's SEC filings or industry conferences, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent Paragraph 15 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 15.

16.     To the extent Paragraph 16 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent Paragraph 16 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 16.

17.     To the extent Paragraph 17 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 17.

18.     Carvana Exchange Act Defendants deny the allegations in Paragraph 18.

## II.     JURISDICTION AND VENUE

19.     To the extent that Paragraph 19 contains legal conclusions, no response is required. Carvana Defendants admit that the ACC purports to assert claims under §§11,

12(a)(2), and 15 of the Securities Act (15 U.S.C. §§77k, 77l(a)(2), and 77o) and §§10(b), 20(a), and 20(A) of the Exchange Act (15 U.S.C. §§78j(b), 78t(a), and 78t-1) and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5). Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 19.

20.    To the extent that Paragraph 20 contains legal conclusions, no response is required. Carvana Defendants admit that Carvana's principal executive offices are located in the District of Arizona. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 20.

21.    To the extent that Paragraph 21 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 21.

## III.    PARTIES

### A.    Plaintiffs

22.    To the extent Paragraph 22 contains legal conclusions, no response is required. Carvana Defendants deny that any person or entity purchased or otherwise acquired Carvana Class A common stock at artificially inflated prices during the Class Period, as modified by the Order. Carvana Defendants further deny that any person or entity suffered damages as a result of any purchase or other acquisition of Carvana Class A common stock. Carvana Defendants further deny that Carvana Defendants have committed any violations of any federal securities laws. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.    To the extent Paragraph 23 contains legal conclusions, no response is required. Carvana Defendants deny that any person or entity purchased or otherwise acquired Carvana Class A common stock at artificially inflated prices during the Class Period, as modified by the Order. Carvana Defendants further deny that any person or entity suffered damages as a result of any purchase or other acquisition of Carvana Class A common stock. Carvana Defendants further deny that Carvana Defendants have committed any violations of any federal securities laws. Carvana Defendants otherwise

lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

### B.    Exchange Act Defendants

24.    Carvana Exchange Act Defendants admit that Carvana is incorporated in Delaware and that its principal executive offices are located in Tempe, Arizona. Carvana Exchange Act Defendants further admit that Carvana Class A common stock is listed on the New York Stock Exchange under the trading symbol "CVNA."

25.    Carvana Exchange Act Defendants admit that Defendant Garcia Junior co-founded Carvana and has served as its President and Chief Executive Officer since 2012.

26.    To the extent that Paragraph 26 contains legal conclusions, no response is required. To the extent Paragraph 26 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana and Defendant Jenkins lack knowledge or information sufficient to form a belief as to the ownership structure of DriveTime, and as to Garcia Senior and Defendant Garcia Junior's relationship or other affairs or activities not conducted in association with Carvana. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 26. To the extent Footnote 4 purports to characterize and quote from an *L.A. Times* article by James S. Granelli entitled "*Lincoln S&L; Figure Pleads Guilty to Fraud: Crime: Ernest C. Garcia II admits acting to help the thrift hide its ownership of some risky desert land in Arizona*," published on October 31, 1990, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 4. Carvana Exchange Act Defendants admit the allegations in Footnote 5.

27.    Carvana Exchange Act Defendants admit that Defendant Jenkins has served as Carvana's Chief Financial Officer since July 2014. Carvana Exchange Act Defendants further admit that during the Class Period alleged in the ACC, Jenkins sold 336,929 shares. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 27.

28.    Carvana Exchange Act Defendants admit the allegations in Paragraph 28.

29.    To the extent that Paragraph 29 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 29 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 concerning any allegation regarding any other Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 29.

30.    To the extent that Paragraph 30 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 30.

## IV.    BACKGROUND

### A.    Title and Registration

31.    To the extent that Paragraph 31 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 31.

32.    To the extent that Paragraph 32 contains legal conclusions, no response is required. To the extent that Paragraph 32 purports to characterize state laws, Carvana Defendants respectfully refer the Court to those laws. Carvana Defendants otherwise deny the allegations in Paragraph 32.

33.    To the extent that Paragraph 33 contains legal conclusions, no response is required. To the extent that Paragraph 33 purports to characterize state laws, Carvana Defendants respectfully refer the Court to those laws. Carvana Defendants otherwise deny the allegations in Paragraph 33.

### B.    Carvana's Origins

34.    To the extent the allegations contained in Paragraph 34 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.    To the extent Paragraph 35 purports to characterize and quote a May 1, 2020, *Barron's* article, Carvana Exchange Act Defendants respectfully refer the Court to the article for its complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana, LLC was founded in 2012 as a wholly owned subsidiary of DriveTime Automotive Group, Inc. Carvana Exchange Act Defendants further admit that Defendant Garcia Junior has served as Carvana's CEO since its inception in 2012. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 35. With respect to the allegations in Footnote 6 , Carvana Exchange Act Defendants admit that *Barron's* published an article by Bill Alpert entitled "Used-Car Prices Are Plunging. So Why is Carvana's Stock Soaring? Time for a Rethink" on May 1, 2020, and respectfully refer the Court to that article for its complete and accurate contents.

36.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.    To the extent Paragraph 37 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana went public on the NYSE in 2017. To the extent Paragraph 37 purports to characterize the unpublished Memorandum Opinion dated June 30, 2022, in the matter captioned *In re Carvana Co. S'holders Litig.*, Carvana Exchange Act Defendants respectfully refer the Court to the unpublished Memorandum Opinion for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 37. With respect to the allegations in Footnote 7, Carvana Exchange Act Defendants admit that each share of Carvana's Class B common stock held by the Garcia Parties entitles its holder to 10 votes on all matters to be voted on by stockholders generally, for so long as the Garcia Parties maintain, in the aggregate, direct or beneficial ownership of at least 25% of the outstanding shares of Class A common stock (determined on an as-exchanged basis assuming that all of the LLC Units were exchanged for Class A common stock). Carvana Exchange Act Defendants further admit that each share of Class A common stock entitles the registered holder thereof to one vote on all matters presented to stockholders for a vote

generally. To the extent the allegations contained in Footnote 8 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Footnote 8 purports to characterize and quote the unpublished Memorandum Opinion dated June 30, 2022, in the matter captioned *In re Carvana Co. S'holders Litig.*, Carvana Exchange Act Defendants respectfully refer the Court to the unpublished Memorandum Opinion for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 8.

38. To the extent the allegations contained in Paragraph 38 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 38.

**C.    Carvana's Key Financial Metrics**

39. Carvana Defendants admit that Carvana publicly issued a Q1 2017 letter to shareholders dated June 6, 2017, and respectfully refer the Court to that letter for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 39.

40. Carvana Defendants admit that Carvana publicly issued a Q1 2017 letter to shareholders dated June 6, 2017, and publicly filed a Form S-1/A on April 27, 2017, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 40.

41. To the extent Paragraph 41 purports to characterize and quote Carvana's SEC filings, investor presentations, or earnings calls, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 41.

42. Carvana Defendants admit that on August 23, 2022, Carvana submitted a response to a comment letter from the staff of the Division of Corporation Finance of the SEC, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent Paragraph 42 purports to characterize and quote Carvana's SEC

filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Defendants admit that Carvana publicly filed a Form S-1/A on April 27, 2017, its 2020 10-K on February 25, 2021, its 2021 10-K on February 24, 2022, and its 2022 10-K on February 23, 2023, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 42. To the extent Footnote 9 purports to characterize and quote Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents.

43. To the extent Paragraph 43 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana publicly filed a Form S-1/A on April 27, 2017, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 43.

44. Carvana Defendants admit that Carvana publicly filed a Form S-1/A on April 27, 2017, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 44.

## V.   CONFIDENTIAL WITNESS ACCOUNTS

45. To the extent that Paragraph 45 contains legal conclusions, no response is required. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 concerning confidential witnesses. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 45.

46. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 46.

47. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 47.

48. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 48.

49. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 49.

50. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 50.

51. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants admit that Defendant Garcia Junior addressed employees at all-hands meetings during the Class Period alleged in the ACC and that such meetings could be attended through Zoom. Except at explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 51.

52. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 52.

53. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 concerning or attributed

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

13

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 53.

54.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 54.

55.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 55.

56.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 56.

57.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 57.

58.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 58.

59.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 59.

60.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 60.

61.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 61.

62.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 62.

63.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 63.

64.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 64.

65.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 65.

66.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 66.

67.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 67.

68.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 68.

69.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 69.

70.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 70.

71.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 71.

72.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 72.

73.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 73.

74.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 74.

75.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 75.

76.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 76.

77.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 77.

78.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 78.

79.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 79.

80.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 80.

81.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 81.

82. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 82.

83. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 83.

84. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 84.

85. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 85.

86. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 86.

87. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 87.

88. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 88.

89. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 89.

90. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 90.

91. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 91.

92. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 92.

93. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 93.

94. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 94.

95. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 95.

96.     Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 96.

97.     Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 97.

98.     Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 98.

99.     Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 99.

100.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 100.

101.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 101.

102.    Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 102.

103.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 103.

104.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 104.

105.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 105.

106.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 106.

107.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 107.

108.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 108.

109.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 109.

110.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 110.

111.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 111.

112.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 112.

113.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 113.

114.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 114.

115.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 115.

116.   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 116.

117. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 117.

118. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 118.

119. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 119.

120. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 120.

121. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 121.

122. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 122.

123. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 concerning or attributed

to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 123.

124. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 124.

## VI. DEFENDANTS' PUMP-AND-DUMP SCHEME AND FRAUDULENT COURSE OF BUSINESS UNDER RULE 10B-5(a) and (c)

125. To the extent that Paragraph 125 contains legal conclusions, no response is required. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 concerning Defendant Jenkins's stock sales. Jenkins and Garcia Junior lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 concerning Defendant Garcia Senior's stock sales. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 125.

### THE PUMP

126. To the extent Paragraph 126 purports to describe events "driv[ing] down Carvana's stock price," Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126. To the extent Paragraph 126 purports to characterize and quote various analyst reports, Carvana Exchange Act Defendants respectfully refer the Court to those reports for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 126.

### A. Artifice No. 1: Garcia Junior and Garcia Senior Make a Sham Related-Party Deal Between Carvana and DriveTime to Boost Carvana's Retail Sales

127. To the extent that Paragraph 127 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in

Paragraph 127. To the extent Footnote 10 purports to characterize and quote Jane Hahn's December 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 10.

128.  To the extent Paragraph 128 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 128.

129.  Carvana Exchange Act Defendants deny the allegations in Paragraph 129. Carvana Exchange Act Defendants deny the allegations in Footnote 11.

**B.     Artifice No. 2: Defendants Lower Carvana's Purchasing and Verification Standards, Purchasing Lower Quality Cars to Induce Trade-In Sales**

130.  Carvana Exchange Act Defendants deny the allegations in Paragraph 130.

131.  Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 131.

132.  Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 132.

133.  Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 concerning or attributed to a confidential witness. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 133.

134.  To the extent the allegations in Paragraph 134 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information

sufficient to form a belief as to their truth. To the extent Paragraph 134 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2020 the number of cars Carvana acquired from customers grew by approximately 261% from the prior quarter. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 134.

135.    To the extent Paragraph 135 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q4 2020 from Q4 2019, by over 100% in Q1 2021 from Q1 2020, and by over 500% in Q2 2021 from Q2 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 135.

136.    Carvana Exchange Act Defendants deny the allegations in Paragraph 136.

137.    Carvana Exchange Act Defendants admit that Carvana publicly released an Operating Plan Slide Deck in May 2022, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 137. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 12.

138.    To the extent that Paragraph 138 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 138.

**C.    Artifice No. 3: Garcia Junior and Jenkins Embark on a Rapid and Unstainable Nationwide Expansion**

139.    Carvana Exchange Act Defendants deny the allegations in Paragraph 139.

140.    To the extent Paragraph 140 purports to characterize and quote from a September 13, 2022, *Vehicle Marketing* article, or Carvana investor presentations, earnings

calls, or SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 concerning percentages of new markets that were 100 and 200 miles away from an existing IRC. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 140.

141.    To the extent Paragraph 141 purports to characterize and quote Carvana's May 2022 "Update on Carvana Operating Plan" slide deck, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 141.

142.    To the extent Paragraph 142 purports to characterize and quote Carvana's SEC filings and post-Class Period statements, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 142.

143.    To the extent Paragraph 143 purports to characterize and quote Carvana's Q3 2022 earnings call held on November 3, 2022, or Carvana's SEC filings, earnings calls, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 143. With respect to the allegations in Footnote 13, Carvana Exchange Act Defendants admit that Defendant Garcia Junior participated on Carvana's Q3 2022 earnings call held on November 3, 2022, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

**D.    Artifice No. 4: Defendants Flout Title and Registration Laws**

144. To the extent Paragraph 144 purports to characterize and quote a June 24, 2022, *Barron's* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 144.

145. To the extent the allegations in Paragraph 145 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 145.

146. To the extent the allegations in Paragraph 146 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. To the extent Paragraph 146 purports to characterize and quote an October 22, 2021, *Wall Street Journal* article and a June 24, 2022, *Barron's* article, Carvana Exchange Act Defendants respectfully refer the Court to those articles for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 146.

147. Carvana Exchange Act Defendants admit that Carvana publicly released an Operating Plan Slide Deck in May 2022, and respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants further admit that Carvana hires employees to perform title and registration functions and did so in 2021. Carvana Exchange Act Defendants further admit that in 2022, Carvana formed an "Undriveable Task Force" to improve title and registration outcomes. Carvana Exchange Act Defendants admit that title and registration costs were not components to Carvana's wholesale and retail GPU calculations. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the identities or accounting practices of "Carvana's competitors." Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 147. To the extent Footnote 14 purports to characterize Carvana's May 2022 Operating Plan Slide Deck, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete

and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 14.

148.   Carvana Exchange Act Defendants deny the allegations in Paragraph 148.

(a)   Carvana Exchange Act Defendants admit that, following an investigation and hearing, Carvana entered into a settlement agreement with North Carolina's Division of Motor Vehicles and that, pursuant to that agreement, North Carolina's Division of Motor Vehicles suspended Carvana's Motor Vehicle Dealer License in Wake County for 180 days, beginning August 2, 2021 and ending January 29, 2021. Carvana Exchange Act Defendants further admit that the settlement agreement concerned three specific violations, specifically violation for failure to timely deliver title application, violation due to issuing an out-of-state temporary tags/plates for a vehicle sold to a North Carolina resident, and violation due to offering a motor vehicle for sale without a North Carolina State Inspection. To the extent Paragraph 148(a) purports to characterize and quote Carvana's settlement agreement with North Carolina, Carvana Exchange Act Defendants respectfully refer the Court to that agreement for its complete and accurate contents. To the extent Paragraph 148(a) purports to characterize and quote Carvana's settlement agreement with North Carolina, Carvana Exchange Act Defendants respectfully refer the Court to that agreement for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 148(a).

(b)   Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to whether Michigan's Department of State was investigating Carvana in February 2021. To the extent Paragraph 148(b) purports to characterize and quote an October 7, 2022, press release from the Michigan Department of State and Carvana's court filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148(b) concerning a meeting with MDOS. Carvana Exchange Act Defendants

admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that, on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Carvana Exchange Act Defendants further admit that, on October 7, 2022, Michigan suspended Carvana's Oakland County license. Carvana Exchange Act Defendants further admit that, on October 13, 2022, Carvana sued Michigan's Secretary of State. Carvana Exchange Act Defendants aver that Carvana entered into a Closeout Agreement with Michigan's Department of State in January 2023, and pursuant to that agreement, paid a $10,000 fine, voluntarily surrendered its Michigan dealer license, and agreed not to apply for a dealer license for a period of three years. Carvana Exchange Act Defendants further aver that pursuant to the Closeout Agreement, Carvana was expressly permitted to continue to deliver vehicles to Michigan residents sold through its out-of-state dealer licenses. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 148(b).

(c)     To the extent Paragraph 148(c) purports to characterize and quote two *Barron's* articles from July 18, 2022, and January 24, 2023, and a January 24, 2023, press release from the Illinois Secretary of State, and Defendant Garcia Junior's statements from the Q2 2022 earnings call held on August 4, 2022, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 148(c).

(d)     To the extent Paragraph 148(d) purports to characterize and quote a June 24, 2022, *Barron's* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 148(d).

(e)     Carvana Exchange Act Defendants deny the allegations in Paragraph 148(e).

(f)     To the extent Paragraph 148(f) purports to characterize and quote an October 22, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants admit that Florida's Department of Highway Safety and Motor Vehicles determined not to proceed with administrative action with respect to Carvana's dealer license after Carvana demonstrated significant progress in, *inter alia*, submitting title applications. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 148(f).

(g)     To the extent Paragraph 148(g) purports to characterize and quote an October 22, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 148(g).

(h)     To the extent Paragraph 148(h) purports to characterize statements by Maryland's Motor Vehicle Administration and other "media outlets," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 148(h).

(i)     To the extent Paragraph 148(i) purports to characterize and quote a November 22, 2022, *Fox 28* Article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 148(i). With respect to the allegations in Footnote 15, Carvana Exchange Act Defendants admit that, on September 30, 2022, U.S. District Judge Edward G. Smith denied a motion to dismiss a class action complaint against Carvana in *Jennings v. Carvana LLC*, Civil Action 21-5400 (E.D. Pa.). Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 15.

149.    To the extent Paragraph 149 purports to characterize and quote a July 2020 Carvana Board meeting presentation, or other Carvana Board meeting presentations or

minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 149.

**E.    Artifice No. 5: Garcia Junior and Jenkins Make Materially Misleading Statements and Omissions**

150.    Carvana Exchange Act Defendants deny the allegations in Paragraph 150.

**1.    Garcia Junior and Jenkins Make False and Misleading Statements to Further Conceal the Fraudulent Scheme**

151.    To the extent Paragraph 151 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 concerning any allegation regarding any other Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 151.

152.    To the extent Paragraph 152 purports to characterize and quote Carvana's SEC filings and statements made in earnings calls or conferences, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 152.

**2.    Garcia Junior and Jenkins Make Their Manufactured Growth Appear Sustainable**

153.    To the extent Paragraph 153 contains legal conclusions, no response is required. To the extent Paragraph 153 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 concerning any allegation regarding any other Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 153.

154.   To the extent Paragraph 154 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 154.

(a)   To the extent Paragraph 154(a) purports to characterize and quote Carvana's SEC filings, as well as Defendant Garcia Junior's statements, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 154(a).

155.   To the extent Paragraph 155 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 155.

156.   To the extent Paragraph 156 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 156.

157.   To the extent Paragraph 157 purports to characterize and quote Carvana's statements and statements made by Defendants Garcia Junior and Jenkins, including in a *Fortune* interview, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 157. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations represented in Footnote 16.

158.   Carvana Exchange Act Defendants deny the allegations in Paragraph 158.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

159.   To the extent Paragraph 159 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana Class A common stock reached a price of $376.83 per share on August 10, 2021. To the extent Paragraph 159 purports to characterize and quote a June 2021 *Fortune* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 159.

**THE DUMP**

**F.   Artifice No. 6: Garcia Senior and Jenkins Manipulate Their 10b5-1 Plans to Capitalize on the Scheme**

160.   To the extent the allegations contained in Paragraph 160 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 160 contains legal conclusions, no response is required. To the extent Paragraph 160 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendants Jenkins and Garcia Junior lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 concerning Garcia Senior's 10b5-1 trading plan. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 160. To the extent Footnote 17 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendant Garcia Junior admits that he is a beneficiary of certain trusts for which Defendant Garcia Senior serves as a co-trustee. Except as explicitly admitted herein, Carvana and Garcia Junior deny the allegations in Footnote 17. Defendant Jenkins lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 17.

161.   To the extent the allegations contained in Paragraph 161 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent

Paragraph 161 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendants Jenkins and Garcia Junior lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 concerning Garcia Senior's 10b5-1 trading plan. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 161.

162.   To the extent Paragraph 162 purports to characterize and quote statements from Professor Taylor of the Wharton School of Business in a September 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 162. With respect to the allegations in Footnote 18, Carvana Exchange Act Defendants admit that the *Wall Street Journal* published an article by Ben Foldy entitled "CEO's Father Gets a $3.6 Billion Stock Windfall at Carvana" on September 17, 2021, to which Carvana Exchange Act Defendants respectfully refer the Court for its complete and accurate contents.

### G.   Artifice No. 7: Garcia Senior and Jenkins Dump Their Holdings

163.   To the extent the allegations contained in Paragraph 163 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 163 purports to characterize and quote Carvana's SEC filings and statements from Professor Taylor of the Wharton School of Business in a September 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Defendants Carvana and Jenkins admit that Jenkins sold 336,929 shares for proceeds of $79,245,996 during the Class Period alleged in the ACC. Jenkins lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 concerning Garcia Senior's stock sales. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 concerning Garcia Senior's and Jenkins's

stock sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 163.

164. To the extent the allegations contained in Paragraph 164 and Appendix A are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 164 and Appendix A purport to characterize information reported on Defendants Garcia Senior and Jenkins's Form 4s filed with the SEC during the Class Period alleged in the ACC, Carvana Exchange Act Defendants respectfully refer the Court to those forms for their complete and accurate contents. Jenkins lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 concerning Garcia Senior's stock sales. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 concerning Garcia Senior's and Jenkins's stock sales. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 164 and Appendix A attached thereto.

165. To the extent Paragraph 165 purports to characterize and quote statements from Professor Taylor in a June 2022 *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 165.

**H.     The Truth is Revealed**

166. To the extent Paragraph 166 contains legal conclusions, no response is required. To the extent Paragraph 166 purports to characterize and quote Carvana's SEC filings, earnings calls, or other public sources, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 166.

167. To the extent Paragraph 167 purports to characterize and quote Carvana's SEC filings, earnings calls, press releases, or other public sources, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate

contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 167.

168. To the extent Paragraph 168 purports to characterize and quote a May 21, 2022, *Forbes* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate content. To the extent Paragraph 168 purports to characterize and quote Carvana's SEC filings, earnings calls, press releases, or other public sources, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 168.

169. Carvana Exchange Act Defendants admit that Carvana publicly released its Q3 2022 financial results on November 3, 2022. Carvana Exchange Act Defendants further admit that Carvana filed its Q3 2022 10-Q with the SEC on the same day, and respectfully refer the Court to that filing for its complete and accurate contents. To the extent Paragraph 169 purports to characterize and quote a Needham & Company analyst report and a February 2, 2023, *Motley Fool* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 169.

170. To the extent Paragraph 170 contains legal conclusions, no response is required. To the extent Paragraph 170 purports to characterize and quote Carvana's SEC filings, earnings calls, press releases, or other public sources, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 170.

171. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 171.

172.    Defendant Jenkins lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 concerning Garcia Senior's stock sales. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 concerning Garcia Senior's and Jenkins's stock sales. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 172.

**VII.    DEFENDANTS' CLASS PERIOD FALSE AND MISLEADING STATEMENTS AND OMISSIONS UNDER RULE 10b-5(b)**

**A.    Defendants' Materially Misleading Statements and Omissions Concerning Title and Registration**

173.    To the extent Paragraph 173 contains legal conclusions, no response is required. To the extent Paragraph 173 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 173.

174.    Carvana Exchange Act Defendants admit that Carvana publicly filed its 2020 Form 10-K with the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 174.

175.    To the extent Paragraph 175 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 175.

(a)    To the extent Paragraph 175(a) contains legal conclusions, no response is required. To the extent Paragraph 175(a) purports to characterize and quote Carvana's 2020 Form 10-K, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to whether Michigan's Department of State was investigating Carvana in February 2021. Carvana Exchange Act

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 175(a).

(b)    To the extent Paragraph 175(b) contains legal conclusions, no response is required. To the extent Paragraph 175(b) purports to characterize and quote Carvana's 2020 Form 10-K, a June 24, 2022, *Barron's* article, a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 175(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 175(b).

(c)    To the extent Paragraph 175(c) contains legal conclusions, no response is required. To the extent Paragraph 175(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 175(c).

176.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2021 10-Q with the SEC on May 6, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that Carvana publicly filed its 2020 10-K with the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

177.    To the extent Paragraph 177 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 177.

(a)    To the extent Paragraph 177(a) contains legal conclusions, no response is required. To the extent Paragraph 177(a) purports to characterize and quote

Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, Carvana entered into an alternative penalty agreement. Under the agreement, 2021, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 177(a).

(b)    To the extent Paragraph 177(b) contains legal conclusions, no response is required. To the extent Paragraph 177(b) purports to characterize and quote Carvana's SEC filings, a June 24, 2022, *Barron's* article, a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 177(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 177(b).

(c)    To the extent Paragraph 177(c) contains legal conclusions, no response is required. To the extent Paragraph 177(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 177(c).

178.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2021 10-Q with the SEC on August 5, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that Carvana publicly filed its 2020 10-K with the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

179. To the extent Paragraph 179 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 179.

(a) To the extent Paragraph 179(a) contains legal conclusions, no response is required. To the extent Paragraph 179(a) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that, on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Carvana Exchange Act Defendants further admit that, following an investigation and hearing, Carvana entered into a settlement agreement with North Carolina's Division of Motor Vehicles and that, pursuant to that agreement, North Carolina's Division of Motor Vehicles suspended Carvana's Motor Vehicle Dealer License in Wake County for 180 days. Carvana Exchange Act Defendants further admit that, by October 22, 2021, Texas's Department of Motor Vehicles had fined Carvana for more than $1,000 for purported violations of state title and registration laws. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 179(a).

(b) To the extent Paragraph 179(b) contains legal conclusions, no response is required. To the extent Paragraph 179(b) purports to characterize and quote Carvana's SEC filings, a June 24, 2022, *Barron's* article, a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete

and accurate contents. To the extent the allegations in Paragraph 179(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 179(b).

(c)    To the extent Paragraph 179(c) contains legal conclusions, no response is required. To the extent Paragraph 179(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 179(c).

180.    Carvana Exchange Act Defendants admit that Non-Defendant Mike Levin and Defendant Jenkins presented at the J.P. Morgan Auto Conference on August 11, 2021, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 180.

181.    To the extent Paragraph 181 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 181.

(a)    To the extent Paragraph 181(a) contains legal conclusions, no response is required. To the extent Paragraph 181(a) purports to characterize and quote statements made on August 11, 2021, at the J.P. Morgan Auto Conference, or Carvana Board meeting presentations or minutes Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 181(a).

(b)    To the extent Paragraph 181(b) contains legal conclusions, no response is required. To the extent Paragraph 181(b) purports to characterize and quote statements made on August 11, 2021, at the J.P. Morgan Auto Conference, a June 24, 2022, *Barron's* article, a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 181(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. To the extent Paragraph 181(b) relies on "alleg[ations] herein," Carvana Exchange Act Defendants incorporate by reference their responses to those allegations. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 181(b).

(c)    To the extent Paragraph 181(c) purports to characterize and quote a William Blair analyst report, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 181(c).

(d)    To the extent Paragraph 181(d) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 181(d).

182.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q3 2021 10-Q with the SEC on November 4, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. With the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

183.    To the extent Paragraph 183 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 183.

(a)    To the extent Paragraph 183(a) contains legal conclusions, no response is required. To the extent Paragraph 183(a) purports to characterize and quote

Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that, on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 183(a).

(b)     To the extent Paragraph 183(b) contains legal conclusions, no response is required. To the extent Paragraph 183(b) purports to characterize and quote Carvana's SEC filings, a June 24, 2022, *Barron's* article, a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent the allegations in Paragraph 183(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 183(b).

(c)     To the extent Paragraph 183(c) contains legal conclusions, no response is required. To the extent Paragraph 183(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 183(c).

184.    Carvana Exchange Act Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for

its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 184.

185. To the extent Paragraph 185 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 185.

(a) To the extent Paragraph 185(a) contains legal conclusions, no response is required. To the extent Paragraph 185(a) purports to characterize and quote Carvana's 2021 Form 10-K, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that, on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of whether Illinois began investigating Carvana in February 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 185(a).

(b) To the extent Paragraph 185(b) contains legal conclusions, no response is required. To the extent Paragraph 185(b) purports to characterize and quote Carvana's SEC filings or a June 24, 2022, *Barron's* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 185(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 185(b).

(c)     To the extent Paragraph 185(c) contains legal conclusions, no response is required. To the extent Paragraph 185(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 185(c).

186.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2022 10-Q with the SEC on May 10, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that Carvana publicly filed its 2021 10-K with the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

187.    To the extent Paragraph 187 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 187.

(a)     To the extent Paragraph 187(a) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that, on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Carvana Exchange Act Defendants further admit that, on October 7, 2022, Michigan suspended Carvana's Oakland County license. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of whether Illinois began investigating Carvana in February 2022. Except as

explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 187(a).

(b)    To the extent Paragraph 187(b) purports to characterize and quote Carvana's SEC filings and an August 4, 2022, statement, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 187(b).

(c)    To the extent Paragraph 187(c) contains legal conclusions, no response is required. To the extent Paragraph 187(c) purports to characterize and quote Carvana's SEC filings or two *Barron's* articles from June 24, 2022, and July 18, 2022, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 187(c) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 187(c).

(d)    To the extent Paragraph 187(d) contains legal conclusions, no response is required. To the extent Paragraph 187(d) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 187(d).

188.    To the extent Paragraph 188 purports to characterize and quote a June 24, 2022, *Barron's* article, Carvana Exchange Act Defendants respectfully refer the Court to the article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 188.

189.    To the extent Paragraph 189 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 189.

(a)     To the extent Paragraph 189(a) purports to characterize and quote a June 24, 2022, *Barron's* article, a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189(a) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that, on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that, on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Carvana Exchange Act Defendants further admit that, on October 7, 2022, Michigan suspended Carvana's Oakland County license. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of whether Illinois began investigating Carvana in February 2022. To the extent the allegations in Paragraph 189(a) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. To the extent Paragraph 189(a) relies on "alleg[ations] herein," Carvana Exchange Act Defendants incorporate by reference their responses to those allegations. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 189(a).

(b)     To the extent Paragraph 189(b) purports to characterize and quote a June 24, 2022, *Barron's* article or a Michigan Department of State press release, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants admit that Illinois revoked its stay of enforcement of its May 2022 suspension order on July 18, 2022. Carvana Exchange Act Defendants aver that Carvana filed for and was granted a temporary restraining order on

the suspension. Except at explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 189(b).

(c)    To the extent Paragraph 189(c) contains legal conclusions, no response is required. To the extent Paragraph 189(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 189(c).

**B.    Defendants' Materially False and Misleading Statements and Omissions Concerning Buying Cars from Customers**

190.    To the extent that Paragraph 190 contains legal conclusions, no response is required. To the extent Paragraph 190 purports to characterize and quote Carvana's SEC filings and earnings calls, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 190.

191.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q3 2020 10-Q with the SEC on October 29, 2020, and respectfully refer the Court to that filing for its complete and accurate contents.

192.    To the extent that Paragraph 192 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 192.

(a)    To the extent Paragraph 192(a) purports to characterize and quote Carvana's Q3 2020 10-Q or Carvana Exchange Act Defendants' Reply in Support of Their Motion to Dismiss Lead Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities filed on July 10, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 192(a). To the extent that Footnote 19 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 19.

(b)    To the extent that Paragraph 192(b) contains legal conclusions, no response is required. To the extent that Paragraph 192(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2020 customer vehicles acquired increased by 261% from Q2 2020. To the extent the allegations in Paragraph 192(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 192(b).

(c)    Carvana Exchange Act Defendants deny the allegations in Paragraph 192(c).

(i)    Carvana Exchange Act Defendants admit that, in Q3 2020, customer vehicles acquired increased by 128% year over year from Q3 2019. Carvana Exchange Act Defendants further admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q4 2020 from Q4 2019 and in Q1 2021 from Q1 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 192(c)(i).

(ii)    Carvana Exchange Act Defendants deny the allegations in Paragraph 192(c)(ii).

(1)    Carvana Exchange Act Defendants admit that, in Q3 2020, wholesale GPU was $1,113 and retail GPU was $1,857. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 192(c)(ii)(1). With respect to the allegations in Footnote 20, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 20.

(2)    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost

Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 192(c)(ii)(2) purports to characterize and quote Defendant Garcia Junior's statements and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q3 2020, the per unit selling price for wholesale vehicles was $8,450. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 192(c)(ii)(2). With respect to the allegations in Footnote 21, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 21. To the extent Footnote 22 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 22. To the extent Footnote 23 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 23. To the extent Footnote 24 purports to characterize and quote Carvana's SEC filings or investor communications, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 24. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 25.

(iii)    To the extent that Paragraph 192(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete

and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 192(c)(iii).

(iv)   To the extent that Paragraph 192(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 192(c)(iv).

193.   Carvana Exchange Act Defendants admit that Carvana held a Q4 2020 earnings call on February 25, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 193.

194.   To the extent that Paragraph 194 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 194.

(a)   To the extent that Paragraph 194(a) contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly released an Operating Plan Slide Deck in May 2022, and respectfully refer the Court to that presentation for its complete and accurate contents. To the extent that Paragraph 194(a) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of

buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 194(a).

(b)    To the extent that Paragraph 194(b) contains legal conclusions, no response is required. To the extent that Paragraph 194(b) purports to characterize and quote statements made during Carvana's Q4 2021 earnings call on February 25, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 194(b).

(i)    Carvana Exchange Act Defendants admit that, in Q4 2020, wholesale GPU was $358 and retail GPU was $1,265. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 194(b)(i). With respect to the allegations in Footnote 26, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 26.

(ii)    To the extent that Paragraph 194(b)(ii) contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 194(b)(ii) purports to characterize and quote Defendant Garcia Junior's statements and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q4 2020, the per unit selling price for wholesale vehicles was $8,545. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 194(b)(ii). With respect to the allegations in Footnote 27, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to

that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 27. To the extent Footnote 28 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 28. To the extent Footnote 29 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 29. To the extent Footnote 30 purports to characterize and quote Carvana's SEC filings, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 30. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 31.

(c)     To the extent Paragraph 194(c) purports to characterize and quote a Bank of America Securities analyst report from February 26, 2021, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 194(c).

195.    Carvana Exchange Act Defendants admit that Carvana publicly filed its 2020 10-K with the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

196.    To the extent that Paragraph 196 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 196.

(a)     To the extent Paragraph 196(a) purports to characterize and quote Carvana's 2020 10-K, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

otherwise deny the allegations in Paragraph 196(a). To the extent that Footnote 32 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 32.

(b)    To the extent that Paragraph 196(b) contains legal conclusions, no response is required. To the extent that Paragraph 196(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q4 2020, customer vehicles acquired increased by 110% from Q4 2019. To the extent the allegations in Paragraph 196(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 196(b).

(c)    Carvana Exchange Act Defendants deny the allegations in Paragraph 196(c).

(i)    To the extent that Paragraph 196(c)(i) purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q3 2020, customer vehicles acquired increased by 128% year over year from Q3 2019. Carvana Exchange Act Defendants further admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q4 2020 from Q4 2019 and in Q1 2021 from Q1 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 196(c)(i).

(ii)    Carvana Exchange Act Defendants deny the allegations in Paragraph 196(c)(ii).

(1)    Carvana Exchange Act Defendants admit that, in Q4 2020, wholesale GPU was $358 and retail GPU was $1,265. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 196(c)(ii)(1). With respect to the allegations in Footnote 33, Carvana Exchange Act Defendants admit

that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 33.

(2) Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 196(c)(ii)(2) purports to characterize and quote Carvana's SEC filings, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q4 2020, the per unit selling price for wholesale vehicles was $8,545. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 196(c)(ii)(2). With respect to the allegations in Footnote 34, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 34. To the extent Footnote 35 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 35. To the extent Footnote 36 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 36. To the extent Footnote 37 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 37. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the

allegations in Footnote 38.

(iii)    To the extent that Paragraph 196(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 196(c)(iii).

(iv)    To the extent that Paragraph 196(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 196(c)(iv).

(d)    To the extent Paragraph 196(d) purports to characterize and quote a JMP Securities analyst report from February 26, 2021, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 196(d).

197.    Carvana Exchange Act Defendants admit that Carvana held a Q1 2021 earnings call on February 6, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 197.

198.    To the extent that Paragraph 198 contains legal conclusions, no response is required. To the extent that Paragraph 198 purports to characterize and quote statements made during Carvana's Q1 2021 earnings call on August 5, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its

complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 198.

(a) To the extent the allegations in Paragraph 198(a) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 198(a).

(b) Carvana Exchange Act Defendants deny the allegations in Paragraph 198(b).

(i) To the extent that Paragraph 198(b)(i) purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020 and by over 500% in Q2 2021 from Q2 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 198(b)(i).

(ii) Carvana Exchange Act Defendants deny the allegations in Paragraph 198(b)(ii).

(1) Carvana Exchange Act Defendants admit that, in Q1 2021, wholesale GPU was $806 and retail GPU was $1,211. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 198(b)(ii)(1). With respect to the allegations in Footnote 39, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 39.

(2) Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 198(b)(ii)(2)

purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q1 2021, the per unit selling price for wholesale vehicles was $9,217. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 198(b)(ii)(2). With respect to the allegations in Footnote 40, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 40. To the extent Footnote 41 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 41. To the extent Footnote 42 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 42. To the extent Footnote 43 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 43. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 44.

(iii)   To the extent that Paragraph 198(b)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 198(b)(iii).

(iv)   To the extent that Paragraph 198(b)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, Vehicle Remarketing article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 198(b)(iv).

(c)   To the extent Paragraph 198(c) purports to characterize and quote various analyst reports, Carvana Exchange Act Defendants respectfully refer the Court to those reports for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 198(c).

199.   Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2021 10-Q with the SEC on May 6, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

200.   To the extent that Paragraph 200 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 200.

(a)   To the extent Paragraph 200(a) purports to characterize and quote Carvana's Q1 2021 10-Q or Carvana Exchange Act Defendants' Reply in Support of Their Motion to Dismiss Lead Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities filed on July 10, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 200(a). To the extent that Footnote 45 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 45.

(b)     To the extent that Paragraph 200(b) contains legal conclusions, no response is required. To the extent that Paragraph 200(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent the allegations in Paragraph 200(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 200(b).

(c)     Carvana Exchange Act Defendants deny the allegations in Paragraph 200(c).

(i)     To the extent that Paragraph 200(c)(i) purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020 and by over 500% in Q2 2021 from Q2 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 200(c)(i).

(ii)     Carvana Exchange Act Defendants deny the allegations in Paragraph 200(c)(ii).

(1)     Carvana Exchange Act Defendants admit that, in Q1 2021, wholesale GPU was $806 and retail GPU was $1,211. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 200(c)(ii)(1). With respect to the allegations in Footnote 46, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 46.

(2)     Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those

sources for their complete and accurate contents. To the extent that Paragraph 200(c)(ii)(2) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that, in Q1 2021, the per unit selling price for wholesale vehicles was $9,217. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 200(c)(ii)(2). With respect to the allegations in Footnote 47, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 47. To the extent Footnote 48 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 48. To the extent Footnote 49 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 49. To the extent Footnote 50 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 50. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 51.

(iii)    To the extent that Paragraph 200(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 200(c)(iii).

(iv)    To the extent that Paragraph 200(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 200(c)(iv).

(d)    To the extent Paragraph 200(d) purports to characterize and quote a Truist Securities analyst report from May 7, 2021, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 200(d).

201.    Carvana Exchange Act Defendants admit that Carvana held a Q2 2021 earnings call on August 5, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 201.

202.    To the extent that Paragraph 202 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 202.

(a)    To the extent that Paragraph 202(a) contains legal conclusions, no response is required. To the extent that Paragraph 202(a) purports to characterize and quote statements made during Carvana's Q2 2021 earnings call on August 5, 2021, and Carvana's court filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 202(a) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 202(a).

(b)     To the extent that Paragraph 202(b) purports to characterize and quote statements made during Carvana's Q2 2021 earnings call on August 5, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 202(b).

(i)     To the extent that Paragraph 202(b)(i) purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 500% in Q2 2021 from Q2 2020, and by over 100% in Q3 2021 from Q3 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 202(b)(i).

(ii)     Carvana Exchange Act Defendants deny the allegations in Paragraph 202(b)(ii).

(1)     Carvana Exchange Act Defendants admit that, in Q2 2021, wholesale GPU was $1,254 and retail GPU was $2,022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 202(b)(ii)(1). With respect to the allegations in Footnote 52, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 52.

(2)     Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 202(b)(ii)(2) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana

Exchange Act Defendants admit that, in Q2 2021, the per unit selling price for wholesale vehicles was $11,838. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 202(b)(ii)(2). With respect to the allegations in Footnote 53, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 53. To the extent Footnote 54 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 54. To the extent Footnote 55 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 55. To the extent Footnote 56 purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 56. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 57.

(iii)    To the extent that Paragraph 202(b)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 202(b)(iii).

(iv)    To the extent that Paragraph 202(b)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public

materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 202(b)(iv).

(c)    Carvana Exchange Act Defendants deny the allegations in Paragraph 202(c).

(d)    To the extent Paragraph 202(d) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 202(d).

203.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2021 10-Q with the SEC on August 5, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

204.    To the extent that Paragraph 204 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 204.

(a)    To the extent Paragraph 204(a) purports to characterize and quote Carvana's Q2 2021 10-Q or Carvana Exchange Act Defendants' Reply in Support of Their Motion to Dismiss Lead Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities filed on July 10, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 204(a). To the extent that Footnote 58 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 58.

(b)     To the extent that Paragraph 204(b) contains legal conclusions, no response is required. To the extent that Paragraph 204(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent the allegations in Paragraph 204(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 204(b).

(c)     Carvana Exchange Act Defendants deny the allegations in Paragraph 204(c).

(i)     To the extent that Paragraph 204(c)(i) purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 500% in Q2 2021 from Q2 2020, and by over 100% in Q3 2021 from Q3 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 204(c)(i).

(ii)     Carvana Exchange Act Defendants deny the allegations in Paragraph 204(c)(ii).

(1)     Carvana Exchange Act Defendants admit that in Q2 2021 wholesale GPU was $1,254 and retail GPU was $2,022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 204(c)(ii)(1). With respect to the allegations in Footnote 59, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 59.

(2)     Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those

sources for their complete and accurate contents. To the extent that Paragraph 204(c)(ii)(2) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q2 2021 the per unit selling price for wholesale vehicles was $11,838. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 204(c)(ii)(2). With respect to the allegations in Footnote 60, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 60. To the extent Footnote 61 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 61. To the extent Footnote 62 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 62. To the extent Footnote 63 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 63. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 64.

(iii)    To the extent that Paragraph 204(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 204(c)(iii).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

68

(iv)    To the extent that Paragraph 204(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 204(c)(iv).

205.    Carvana Exchange Act Defendants admit that Carvana held Q3 2021 earnings call on November 4, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 205.

206.    To the extent that Paragraph 206 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 206.

(a)    To the extent that Paragraph 206(a) contains legal conclusions, no response is required. To the extent that Paragraph 206(a) purports to characterize and quote statements made during Carvana's Q3 2021 earnings call on November 4, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 206(a).

(b)    To the extent that Paragraph 206(b) contains legal conclusions, no response is required. To the extent that Paragraph 206(b) purports to characterize and quote statements made during Carvana's Q3 2021 earnings call on November 4, 2021, and Carvana's court filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 206(b). To the extent that Footnote 65 contains

legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 65.

(c) To the extent that Paragraph 206(c) contains legal conclusions, no response is required. To the extent that Paragraph 206(c) purports to characterize and quote statements made during Carvana's Q3 2021 earnings call on November 4, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 206(c).

(i) To the extent that Paragraph 206(c)(i) purports to characterize and quote Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 100% in Q2 2021 from Q2 2020, by over 225% in Q3 2021 from Q3 2020, and by over 100% in Q4 2021 from Q4 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 206(c)(i).

(ii) Carvana Exchange Act Defendants deny the allegations in Paragraph 206(c)(ii).

(1) Carvana Exchange Act Defendants admit that in Q3 2021 wholesale GPU was $936 and retail GPU was $1,769. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 206(c)(ii)(1). With respect to the allegations in Footnote 66, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 66.

(2) Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those

sources for their complete and accurate contents. To the extent that Paragraph 206(c)(ii)(2) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2021, the per unit selling price for wholesale vehicles was $10,995. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 206(c)(ii)(2). With respect to the allegations in Footnote 67, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 67. To the extent Footnote 68 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 68. To the extent Footnote 69 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 69. To the extent Footnote 70 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 70. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 71.

(iii)     To the extent that Paragraph 206(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 206(c)(iii).

(iv)    To the extent that Paragraph 206(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 206(c)(iv).

207.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q3 2021 10-Q with the SEC on November 4, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

208.    To the extent that Paragraph 208 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 208.

(a)    To the extent Paragraph 208(a) purports to characterize and quote Carvana's Q3 2021 10-Q or Carvana Exchange Act Defendants' Reply in Support of Their Motion to Dismiss Lead Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities filed on July 10, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 208(a). To the extent that Footnote 72 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 72.

(b)    To the extent that Paragraph 208(b) contains legal conclusions, no response is required. To the extent that Paragraph 208(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent the allegations in Paragraph 208(b) concern or are attributed to a confidential witness, Carvana Exchange

Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 208(b).

(c)    Carvana Exchange Act Defendants deny the allegations in Paragraph 208(c).

(i)    To the extent that Paragraph 208(c)(i) purports to characterize Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 100% in Q2 2021 from Q2 2020, by over 225% in Q3 2021 from Q3 2020, and by over 100% in Q4 2021 from Q4 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 208(c)(i).

(ii)    Carvana Exchange Act Defendants deny the allegations in Paragraph 208(c)(ii).

(1)    Carvana Exchange Act Defendants admit that in Q3 2021 wholesale GPU was $936 and retail GPU was $1,769. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 208(c)(ii)(1). With respect to the allegations in Footnote 73, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 73.

(2)    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 208(c)(ii)(2) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana

Exchange Act Defendants admit that in Q3 2021, the per unit selling price for wholesale vehicles was $10,995. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 208(c)(ii)(2). With respect to the allegations in Footnote 74, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 74. To the extent Footnote 75 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 75. To the extent Footnote 76 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 76. To the extent Footnote 77 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 77. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 78.

(iii)    To the extent that Paragraph 208(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 208(c)(iii).

(iv)    To the extent that Paragraph 208(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, Vehicle Remarketing article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their

complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 208(c)(iv).

209. Carvana Exchange Act Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete and accurate contents.

210. To the extent that Paragraph 210 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 210.

(a) To the extent Paragraph 210(a) purports to characterize and quote Carvana's 2021 10-K or Carvana Exchange Act Defendants' Reply in Support of Their Motion to Dismiss Lead Plaintiffs' Consolidated Complaint and Memorandum of Points and Authorities filed on July 10, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent Paragraph 210(a) purports to characterize and quote Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 210(a). To the extent that Footnote 79 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 79.

(b) To the extent that Paragraph 210(b) contains legal conclusions, no response is required. To the extent that Paragraph 210(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent the allegations in Paragraph 210(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 210(b).

(c) Carvana Exchange Act Defendants deny the allegations in Paragraph 210(c).

(i) To the extent that Paragraph 210(c)(i) purports to characterize Carvana's SEC filings and court filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 100% in Q2 2021 from Q2 2020, by over 100% in Q3 2021 from Q3 2020, and by 114.5% in Q4 2021 from Q4 2020. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 210(c)(i).

(ii) Carvana Exchange Act Defendants deny the allegations in Paragraph 210(c)(ii).

(1) Carvana Exchange Act Defendants admit that in Q4 2021 wholesale GPU was $1,326 and retail GPU was $1,495. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 210(c)(ii)(1). With respect to the allegations in Footnote 80, Carvana Exchange Act Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 80.

(2) Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 210(c)(ii)(2) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q4 2021, the per unit selling price for wholesale vehicles was $12,211. Except as explicitly admitted herein, Carvana Exchange Act

Defendants deny the allegations in Paragraph 210(c)(ii)(2). With respect to the allegations in Footnote 81, Carvana Exchange Act Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 81. To the extent Footnote 82 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 82. To the extent Footnote 83 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 83. To the extent Footnote 84 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 84. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 85.

(iii)    To the extent that Paragraph 210(c)(iii) purports to characterize and quote Carvana's Operating Plan Slide Deck in May 2022, Carvana Exchange Act Defendants respectfully refer the Court to that presentation for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 210(c)(iii).

(iv)    To the extent that Paragraph 210(c)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56

sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 210(c)(iv).

**C.      Defendants' Materially Misleading Statements and Omissions Concerning Retail Unit Sales Growth**

211.    To the extent that Paragraph 211 contains legal conclusions, no response is required. To the extent Paragraph 211 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 211.

212.    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q2 2021 letter to shareholders on August 5, 2021, and respectfully refer the Court to that letter for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 212.

213.    To the extent Paragraph 213 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 213.

(a)      Carvana Exchange Act Defendants deny the allegations in Paragraph 213(a).

(i)      To the extent Paragraph 213(a)(i) purports to characterize a July 2020 Carvana Board meeting presentation, or other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 213(a)(i) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213(a)(i) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that on May 7, 2021, Carvana entered

into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants further admit that following an investigation and hearing, Carvana entered into a settlement agreement with North Carolina's Division of Motor Vehicles and that pursuant to that agreement, North Carolina's Division of Motor Vehicles suspended Carvana's Motor Vehicle Dealer License in Wake County for 180 days. Carvana Exchange Act Defendants further admit that by October 22, 2021, Texas's Department of Motor Vehicles had fined Carvana for more than $1,000 for purported violations of state title and registration laws. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 213(a)(i).

(ii)    To the extent that Paragraph 213(a)(ii) purports to characterize and quote a "commentator," Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 213(a)(ii).

(iii)    To the extent the allegations in Paragraph 213(a)(iii) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. To the extent Paragraph 213(a)(iii) contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 213(a)(iii).

(iv)    Carvana Exchange Act Defendants deny the allegations in Paragraph 213(a)(iv).

(b)    To the extent Paragraph 213(b) contains legal conclusions, no response is required. To the extent that Paragraph 213(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 213(b) purports to characterize and quote statements from a Needham & Company analyst report, Carvana

Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 213(b).

214.   Carvana Exchange Act Defendants admit that Carvana held a Q4 2021 earnings call on February 24, 2022, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

215.   To the extent Paragraph 215 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 215.

(a)   Carvana Exchange Act Defendants deny the allegations in Paragraph 215(a).

(i)   To the extent Paragraph 215(a)(i) purports to characterize a July 2020 Carvana Board meeting presentation, or other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 215(a)(i) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215(a)(i) concerning meetings with MDOS. Carvana Exchange Act Defendants admit that on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of whether Illinois began investigating Carvana in February 2022. To the extent Paragraph 215(a)(i) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 215(a)(i).

(ii)   To the extent that Paragraph 215(a)(ii) purports to characterize and quote Carvana's post-Class Period statements, statements from a "commentator,"

Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 215(a)(ii).

(iii)    To the extent the allegations in Paragraph 215(a)(iii) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. To the extent Paragraph 215(a)(iii) contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 215(a)(iii).

(iv)    Carvana Exchange Act Defendants deny the allegations in Paragraph 215(a)(iv).

(v)    Carvana Exchange Act Defendants deny the allegations in Paragraph 215(a)(v).

(b)    To the extent Paragraph 215(b) contains legal conclusions, no response is required. To the extent that Paragraph 215(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 215(b) purports to characterize and quote a Needham & Company analyst report, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 215(b).

**D.    Defendants' Materially False and Misleading Statements Regarding Expansion and Logistics Infrastructure**

216.    To the extent that Paragraph 216 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 216.

217.    To the extent that Paragraph 217 contains legal conclusions, no response is required. To the extent that Paragraph 217 purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 217.

218.    Carvana Exchange Act Defendants admit that Carvana publicly announced its Q1 2020 financial results on May 6, 2020. Carvana Exchange Act Defendants further admit that Carvana publicly filed an 8-K with the SEC attaching a Q1 2020 letter to shareholders on the same day, and respectfully refer the Court to that letter for its complete and accurate contents.

219.    To the extent Paragraph 219 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 219.

(a)    To the extent that Paragraph 219(a) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 219(a).

(b)    To the extent Paragraph 219(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for its complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219(b) concerning percentages of new markets that were 100 and 200 miles away from an existing IRC. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 219(b). To the extent that Footnote 86 purports to characterize a Carvana statement from early 2022, Carvana Exchange Act Defendants respectfully refer the Court to that statement for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 86.

(c)     To the extent Paragraph 219(c) contains legal conclusions, no response is required. To the extent that Paragraph 219(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 219(c).

(d)     Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 219(d) purports to characterize and quote Defendant Garcia Junior's statements, including from a September 13, 2022, *Vehicle Remarketing* article, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 219(d).

(e)     To the extent that Paragraph 219(e) purports to characterize and quote a Williams Blair analyst report from May 6, 2020, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 219(e).

220.    Carvana Exchange Act Defendants admit that Carvana publicly announced its Q2 2020 financial results on August 5, 2020. Carvana Exchange Act Defendants further admit that Carvana publicly filed an 8-K with the SEC attaching a Q2 2020 letter to shareholders on the same day, and respectfully refer the Court to that letter for its complete and accurate contents.

221.    To the extent Paragraph 221 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 221.

(a)    To the extent that Paragraph 221(a) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 221(a).

(b)    To the extent that Paragraph 221(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221(b) concerning percentages of new markets that were 100 and 200 miles away from an existing IRC. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 221(b). To the extent that Footnote 87 purports to characterize a Carvana statement from early 2022, Carvana Exchange Act Defendants respectfully refer the Court to that statement for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 87.

(c)    Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 221(c) purports to characterize and quote Defendant Garcia Junior's statements, including from a September 13, 2022, *Vehicle Remarketing* article, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 221(c).

(d)    To the extent that Paragraph 221(d) purports to characterize and quote a Cowen analyst report from August 6, 2020, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. To the

extent that Paragraph 221(d) purports to characterize and quote statements from a "commentator," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 221(d).

222.   Carvana Exchange Act Defendants admit that Carvana publicly announced its Q4 2020 financial results on February 25, 2021. Carvana Exchange Act Defendants further admit that Carvana publicly issued a Q4 2020 letter to shareholders on the same day, and respectfully refer the Court to that letter for its complete and accurate contents.

223.   To the extent Paragraph 223 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 223.

(a)   To the extent that Paragraph 223(a) purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 223(a).

(b)   To the extent that Paragraph 223(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223(b) concerning percentages of new markets that were 100 and 200 miles away from an existing IRC. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 223(b). To the extent that Footnote 88 purports to characterize a Carvana statement from early 2022, Carvana Exchange Act Defendants respectfully refer the Court to that statement for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnotes 88.

(c)     Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 223(c) purports to characterize and quote Defendant Garcia Junior's statements, including from a September 13, 2022, *Vehicle Remarketing* article, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 223(c).

(d)     To the extent that Paragraph 223(d) purports to characterize and quote a Benchmark analyst report from February 25, 2021, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. To the extent that Paragraph 223(d) purports to characterize and quote statements from a "commentator," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 223(d).

224.    Carvana Exchange Act Defendants admit that Carvana publicly filed its 2020 10-K with the SEC on February 25, 2021, and respectfully refer the Court to that filing for its complete and accurate contents.

225.    To the extent Paragraph 225 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 225.

(a)     Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 225(a) purports to characterize and quote Carvana's SEC filings and Defendant Garcia Junior's statements, including from a September 13, 2022, *Vehicle*

*Remarketing* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. To the extent the allegations in Paragraph 225(a) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 225(a).

(b)     To the extent that Paragraph 225(b) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 225(b) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 225(b).

(c)     To the extent that Paragraph 225(c) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 225(c).

226.    Carvana Exchange Act Defendants admit that Carvana held a Q1 2021 earnings call on May 6, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 226.

227.    To the extent Paragraph 227 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 227.

(a)    To the extent that Paragraph 227(a) purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 227(a).

(b)    To the extent that Paragraph 227(b) purports to characterize and quote statements made on Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. To the extent Paragraph 227(b) contains legal conclusions, no response is required. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227(b) concerning percentages of new markets that were 100 and 200 miles away from an existing IRC. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 227(b). To the extent that Footnote 89 purports to characterize a Carvana statement from early 2022, Carvana Exchange Act Defendants respectfully refer the Court to that statement for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 89.

(c)    Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 227(c) purports to characterize and quote Defendant Garcia Junior's statements, including from a September 13, 2022, *Vehicle Remarketing* article, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 227(c).

(d)    To the extent that Paragraph 227(d) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their

complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 227(d).

(e)    To the extent that Paragraph 227(e) purports to characterize and quote a JMP Securities analyst report from May 7, 2021, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. To the extent that Paragraph 227(e) purports to characterize and quote statements from a "commentator," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 227(e).

228.    Carvana Exchange Act Defendants admit that Carvana held a Q1 2021 earnings call on May 6, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 228.

229.    To the extent Paragraph 229 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 229.

(a)    To the extent that Paragraph 229(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. To the extent Paragraph 229(a) contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 229(a).

(b)    Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 229(b) purports to characterize and quote Defendant Garcia Junior's statements, including from a September 13, 2022, *Vehicle Remarketing* article, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their

complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 229(b).

(c)    To the extent that Paragraph 229(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 229(c).

(d)    To the extent that Paragraph 229(d) purports to characterize and quote a JMP Securities analyst report from May 7, 2021, Carvana Exchange Act Defendants respectfully refer the Court to that report for its complete and accurate contents. To the extent that Paragraph 229(d) purports to characterize and quote statements from a "commentator," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 229(d).

230.    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q2 2021 letter to shareholders on August 5, 2021, and respectfully refer the Court to that letter for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 230.

231.    To the extent Paragraph 231 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 231.

(a)    To the extent that Paragraph 231(a) purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 231(a).

(b)    To the extent that Paragraph 231(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their

complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231(b) concerning percentages of new markets that were more than 200 miles away from an existing IRC. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 231(b). To the extent that Footnote 90 purports to characterize a Carvana statement from early 2022, Carvana Exchange Act Defendants respectfully refer the Court to that statement for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 90.

(c)    Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 231(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 231(c).

(d)    To the extent that Paragraph 231(d) purports to characterize and quote statements from a "commentator," Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 231(d).

232.    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2021 letter to shareholders on November 4, 2021, and respectfully refer the Court to that letter for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 232.

233.    To the extent Paragraph 233 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 233.

(a)     To the extent that Paragraph 233(a) purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 233(a).

(b)     To the extent that Paragraph 233(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 233(b). To the extent that Footnote 91 purports to characterize a Carvana statement from early 2022, Carvana Exchange Act Defendants respectfully refer the Court to that statement for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 91.

(c)     Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. To the extent that Paragraph 233(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 233(c).

(d)     To the extent Paragraph 233(d) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 233(d).

(e)     To the extent that Paragraph 233(e) purports to characterize and quote a "commentator," Carvana Exchange Act Defendants respectfully refer the Court to those

statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 233(e).

234.    Carvana Exchange Act Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 234.

235.    To the extent Paragraph 235 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 235.

(a)    Carvana Exchange Act Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites. To the extent that Paragraph 235(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 235(a) concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 235(a).

(b)    To the extent Paragraph 235(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investors communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 235(b).

(c)    To the extent that Paragraph 235(c) contains legal conclusions, no response is required. To the extent Paragraph 235(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investors communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their

complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 235(c).

**E.    Defendants' Materially False and Misleading Statements Regarding Aged Inventory**

236.    To the extent Paragraph 236 purports to characterize and quote Carvana's SEC filings, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 236.

237.    To the extent that Paragraph 237 contains legal conclusions, no response is required. To the extent Paragraph 237 purports to characterize and quote Carvana's SEC filings, earnings calls, investor presentations, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 237.

238.    Carvana Exchange Act Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 238.

239.    the extent that Paragraph 239 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239.

(a)    To the extent that Paragraph 239(a) contains legal conclusions, no response is required. To the extent Paragraph 239(a) purports to characterize and quote Carvana's SEC filings and investor presentations, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 239(a). To the extent Footnote 92 purports to characterize and

quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Footnote 92.

(b)     To the extent Paragraph 239(b) purports to characterize and quote a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023 and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239(b).

(c)     To the extent that Paragraph 239(c) contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239(c).

(i)     To the extent Paragraph 239(c)(i) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239(c)(i).

(ii)     To the extent Paragraph 239(c)(ii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239(c)(ii).

(iii)     To the extent Paragraph 239(c)(iii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239(c)(iii).

(d)     To the extent Paragraph 239(d) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials,

Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Paragraph 239(d).

(e)    To the extent Paragraph 239(e) purports to characterize and quote Carvana's SEC filings and a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239(e) concerning daily depreciation in the used car market. Carvana Exchange Act Defendants admit that in Q4 2021 retail GPU was $1,495. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 239(e).

(f)    To the extent Paragraph 239(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 239(f).

240.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2022 10-Q with the SEC on May 10, 2022, and respectfully refer the Court to that filing for its complete and accurate contents.

241.    To the extent that Paragraph 241 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241.

(a)    To the extent that Paragraph 241(a) contains legal conclusions, no response is required. To the extent Paragraph 241(a) purports to characterize and quote Carvana's SEC filings and investor presentations, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241(a). To

the extent Footnote 93 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Footnote 93.

(b) To the extent Paragraph 241(b) purports to characterize and Carvana's SEC filings, earnings calls, investor communications, a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241(b).

(c) To the extent that Paragraph 241(c) contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241(c).

(i) To the extent Paragraph 241(c)(i) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241(c)(i).

(ii) To the extent Paragraph 241(c)(ii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241(c)(ii).

(iii) To the extent Paragraph 241(c)(iii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Paragraph 239(c)(iii).

(d)     To the extent Paragraph 241(d) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Paragraph 241(d).

(e)     To the extent Paragraph 241(e) purports to characterize and quote Carvana's SEC filings and a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239(e) concerning daily depreciation in the used car market. Carvana Exchange Act Defendants admit that in Q4 2021 retail GPU was $1,495. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 241(e).

(f)     To the extent Paragraph 241(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 241(f).

242.    Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2022 10-Q with the SEC on August 4, 2022, and respectfully refer the Court to that filing for its complete and accurate contents.

243.    To the extent that Paragraph 243 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243.

(a)     To the extent that Paragraph 243(a) contains legal conclusions, no response is required. To the extent Paragraph 243(a) purports to characterize and quote Carvana's SEC filings and investor presentations, Carvana Exchange Act Defendants

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243(a). To the extent Footnote 94 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Footnote 94.

(b)      To the extent Paragraph 243(b) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243(b).

(c)      To the extent that Paragraph 243(c) contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243(c).

(i)      To the extent Paragraph 243(c)(i) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243(c)(i).

(ii)      To the extent Paragraph 243(c)(ii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243(c)(ii).

(iii)      To the extent Paragraph 243(c)(iii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources

for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Paragraph 243(c)(iii).

(d)    To the extent Paragraph 243(d) purports to characterize and quote Carvana's SEC filings, Carvana's SEC filings, earnings calls, investor communications, a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023 or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegation in Paragraph 243(d).

(e)    To the extent Paragraph 243(e) purports to characterize and quote a presentation at the J.P. Morgan Automotive Conference held on August 9, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243(e) concerning daily depreciation in the used car market. Carvana Exchange Act Defendants admit that in Q4 2021 retail GPU was $1,495. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 243(e).

(f)    To the extent Paragraph 243(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 243(f).

**F.    Defendants' Materially False and Misleading Statements Regarding Profitability Per Vehicle Sold**

244.    To the extent Paragraph 244 purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 244.

245.  To the extent that Paragraph 245 contains legal conclusions, no response is required. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 245.

246.  To the extent that Paragraph 246 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 246.

247.  Carvana Exchange Act Defendants admit that Carvana held a Q1 2020 earnings call on May 6, 2020, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

248.  To the extent that Paragraph 248 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248.

(a)  To the extent Paragraph 248(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(a). To the extent Footnote 95 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 95. To the extent Footnote 96 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 96.

(b)     Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 248(b). To the extent Footnote 97 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 97.

(c)     To the extent Paragraph 248(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(c).

(d)     To the extent Paragraph 248(d) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(d).

(i)     To the extent Paragraph 248(d)(i) purports to characterize and quote a Morgan Stanley analyst report from April 27, 2020, a J.P. Morgan analyst report from February 26, 2021, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248(d)(i) concerning how analysts and investors viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(d)(i). With respect to the allegations in Footnote 98, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2020 10-Q with the SEC on May 6, 2020, and

respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act With respect to the allegations in Footnote 99, Defendants admit that in Q1 2020 Carvana's total SG&A was approximately $275,711,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 99.

(ii)     To the extent Paragraph 248(d)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(d)(ii). With respect to the allegations in Footnote 100, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2020 10-Q with the SEC on May 6, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that in Q1 2020 Carvana's SG&A expenses comprised of the categories listed in Footnote 100. To the extent Footnote 101 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 101.

(iii)     To the extent Paragraph 248(d)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q1 2020 Carvana disclosed logistics costs of approximately $18,914,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248(d)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 248(d)(iii). To the extent Footnote 102 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 102.

(iv)    To the extent Paragraph 248(d)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, J.P. Morgan analyst reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248(d)(iv) concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(d)(iv).

(e)    To the extent Paragraph 248(e) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 248(e).

(f)    To the extent that Paragraph 248(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle sales increased by over 100% in Q4 2020 from Q4 2019. To the extent Paragraph 248(f) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 248(f).

(g)    To the extent Paragraph 248(g) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 248(g).

249. Carvana Exchange Act Defendants admit that Carvana held a Q2 2020 earnings call on August 5, 2020, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

250. To the extent that Paragraph 250 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250.

(a) To the extent Paragraph 250(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250(a). To the extent Footnote 103 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 103. To the extent Footnote 104 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 104.

(b) Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 250(b). To the extent Footnote 105 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their

complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 105.

(c) To the extent Paragraph 250(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250(c).

(d) To the extent Paragraph 250(d) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250(d).

(i) To the extent Paragraph 250(d)(i) purports to characterize and quote a Morgan Stanley analyst report from April 27, 2020, a J.P. Morgan analyst report from February 26, 2021, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250(d)(i) concerning how analysts and investors viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250(d)(i). With respect to the allegations in Footnote 106, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. With respect to the allegations in Footnote 107, Carvana Exchange Act Defendants admit that in Q2 2020 Carvana's total SG&A was approximately $239,934,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 107.

(ii) To the extent Paragraph 250(d)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants

otherwise deny the allegations in Paragraph 250(d)(ii). With respect to the allegations in Footnote 108, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that in Q2 2020 Carvana's SG&A expenses comprised of the categories listed in Footnote 108. To the extent Footnote 109 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 109.

(iii)     To the extent Paragraph 250(d)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q2 2020 Carvana disclosed logistics costs of approximately $16,699,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250(d)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 250(d)(iii). To the extent Footnote 110 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 110.

(iv)     To the extent Paragraph 250(d)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, J.P. Morgan analyst reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250(d)(iv)

concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250(d)(iv).

(e)    To the extent Paragraph 250(e) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 250(e).

(f)    To the extent that Paragraph 250(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2020 Carvana increased customer vehicles acquired by 261% from Q2 2020. To the extent Paragraph 250(f) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 250(f).

(g)    To the extent Paragraph 250(g) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 250(g).

251.   Carvana Exchange Act Defendants admit that Carvana held a Q3 2020 earnings call on October 29, 2020, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

252.   To the extent that Paragraph 252 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252.

(a)    To the extent Paragraph 252(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(a). To the extent Footnote 111 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Exchange Act Defendants otherwise deny the allegations in Footnote 111. To the extent Footnote 112 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 112.

(b)    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 252(b). To the extent Footnote 113 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 113.

(c)    To the extent Paragraph 252(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(c).

(d)   To the extent Paragraph 252(d) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(d).

(i)   To the extent Paragraph 252(d)(i) purports to characterize and quote a Morgan Stanley analyst report from April 27, 2020, a J.P. Morgan analyst report from February 26, 2021, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252(d)(i) concerning how analysts and investors viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(d)(i). With respect to the allegations in Footnote 114, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. With respect to the allegations in Footnote 115, Carvana Exchange Act Defendants admit that in Q3 2020 Carvana's total SG&A was approximately $267,842,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 115.

(ii)   To the extent Paragraph 252(d)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(d)(ii). With respect to the allegations in Footnote 116, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q3 2020 10-Q with the SEC on October 29, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that in Q3 2020 Carvana's SG&A expenses comprised of the categories listed in Footnote 116. To the extent Footnote 117 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their

complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 117.

(iii)    To the extent Paragraph 252(d)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2020 Carvana disclosed logistics costs of approximately $18,073,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252(d)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 252(d)(iii).

(iv)    To the extent Paragraph 252(d)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, J.P. Morgan analyst reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252(d)(iv) concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(d)(iv). To the extent Footnote 118 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 118.

(e)    To the extent Paragraph 252(e) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 252(e).

(f)    To the extent that Paragraph 252(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials,

Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2020 Carvana increased customer vehicles acquired by 261% from Q2 2020. To the extent Paragraph 252(f) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 252(f).

(g)   To the extent Paragraph 252(g) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 252(g).

253.   Carvana Exchange Act Defendants admit that Carvana held a Q1 2021 Earnings call on May 6, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

254.   To the extent that Paragraph 254 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254.

(a)   To the extent Paragraph 254(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(a). To the extent Footnote 119 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents.

Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 119. To the extent Footnote 120 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 120.

(b)    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 254(b). To the extent Footnote 121 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 121.

(c)    To the extent Paragraph 254(c) purports to characterize and quote v, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(c).

(d)    To the extent Paragraph 254(d) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(d).

(i)    Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(d)(i). With respect to the allegations in Footnote 122, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. With respect to the allegations in Footnote 123, Carvana Exchange Act Defendants admit that in Q1 2021 Carvana's total SG&A was approximately

$397,000,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 123.

(ii)    To the extent Paragraph 254(d)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(d)(ii). With respect to the allegations in Footnote 124, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q1 2021 10-Q with the SEC on May 6, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that in Q1 2021 Carvana's SG&A expenses comprised of the categories listed in Footnote 124. To the extent Footnote 125 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 125.

(iii)    To the extent Paragraph 254(d)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q1 2021 Carvana disclosed logistics costs of approximately $30,000,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254(d)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 254(d)(iii). To the extent Footnote 126 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 126.

(iv)    To the extent Paragraph 254(d)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, J.P. Morgan analyst

reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254(d)(iv) concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(d)(iv).

(e)     To the extent Paragraph 254(e) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 254(e).

(f)     To the extent Paragraph 254(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 254(f).

255.    Carvana Exchange Act Defendants admit that Carvana held a Q2 2021 earnings call on August 5, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

256.    To the extent that Paragraph 256 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256.

(a)     To the extent Paragraph 256(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 256(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(a). To the extent Footnote 127 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 127. To the extent Footnote 128 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 128.

(b)    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 256(b). To the extent Footnote 129 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 129.

(c)    To the extent Paragraph 256(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(c).

(d)    To the extent Paragraph 256(d) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(d).

(i)    To the extent Paragraph 256(d)(i) purports to characterize and quote a Morgan Stanley analyst report from April 27, 2020, a J.P. Morgan analyst report from February 26, 2021, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256(d)(i) concerning how analysts and investors viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(d)(i). With respect to the allegations in Footnote 130, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. With respect to the allegations in Footnote 131, Carvana Exchange Act Defendants admit that in Q2 2021 Carvana's total SG&A was approximately $470,000,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 131.

(ii)    To the extent Paragraph 256(d)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(d)(ii). With respect to the allegations in Footnote 132, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2021 10-Q with the SEC on August 5, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that in Q2 2021 Carvana's SG&A expenses comprised of the categories listed in Footnote 132. To the extent Footnote 133 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 133.

(iii)    To the extent Paragraph 256(d)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court

to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q2 2021 Carvana disclosed logistics costs of approximately $34,000,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256(d)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 256(d)(iii). To the extent Footnote 134 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 134.

(iv)    To the extent Paragraph 256(d)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, J.P. Morgan analyst reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256(d)(iv) concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(d)(iv).

(e)    To the extent Paragraph 256(e) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 256(e).

(f)    To the extent that Paragraph 256(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q2 2021 Carvana's wholesale vehicle unit sales increased by over 500% from Q2 2020. To the

extent Paragraph 256(f) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 256(f).

(g)    To the extent Paragraph 256(g) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 256(g).

257.    Carvana Exchange Act Defendants admit that Carvana held a Q3 2021 earnings call on November 4, 2021, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

258.    To the extent that Paragraph 258 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258.

(a)    To the extent Paragraph 258(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(a). To the extent Footnote 135 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 135. To the extent Footnote 136 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete

and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 136.

(b)    Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 258(b). To the extent Footnote 137 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 137.

(c)    To the extent Paragraph 258(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(c).

(d)    To the extent Paragraph 258(d) purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials l, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(d). With respect to the allegations in Footnote 138, Carvana Exchange Act Defendants admit that Carvana publicly released a Cost Structure Details presentation dated November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents.

(e)    To the extent Paragraph 258(e) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(e).

(i)    To the extent Paragraph 258(e)(i) purports to characterize and quote a Morgan Stanley analyst report from April 27, 2020, a J.P. Morgan analyst report from February 26, 2021, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258(e)(i) concerning how analysts and investors viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(e)(i). With respect to the allegations in Footnote 139, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. With respect to the allegations in Footnote 140, Carvana Exchange Act Defendants admit that in Q3 2021 Carvana's total SG&A was approximately $546,000,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 140.

(ii)    To the extent Paragraph 258(e)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(e)(ii). With respect to the allegations in Footnote 141, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q3 2021 10-Q with the SEC on November 4, 2021, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that in Q3 2021 Carvana's SG&A expenses comprised of the categories listed in Footnote 141. To the extent Footnote 142 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 142.

(iii)    To the extent Paragraph 258(e)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to

those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q3 2021 Carvana disclosed logistics costs of approximately $40,000,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258(e)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 258(e)(iii). To the extent Footnote 143 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 143.

(iv)    To the extent Paragraph 258(e)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, J.P. Morgan analyst reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258(e)(iv) concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(e)(iv).

(f)    To the extent Paragraph 258(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(f).

(g)    To the extent that Paragraph 258(g) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent Paragraph 258(g) contains legal conclusions,

no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 258(g).

(h)    To the extent Paragraph 258(h) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 258(h).

259.    Carvana Exchange Act Defendants admit that Carvana held a Q4 2021 earnings call on February 24, 2022, and respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents.

260.    To the extent that Paragraph 260 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260.

(a)    To the extent Paragraph 260(a) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260(a) concerning how investors viewed Retail GPU. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(a). To the extent Footnote 144 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 144. To the extent Footnote 145 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete

and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 145.

(b)     Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 260(b). To the extent Footnote 146 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 146.

(c)     To the extent Paragraph 260(c) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(c).

(d)     To the extent Paragraph 260(d) purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(d). With respect to the allegations in Footnote 147, Carvana Exchange Act Defendants admit that Carvana publicly released a Cost Structure Details presentation dated November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents.

(e)     To the extent Paragraph 260(e) purports to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(e).

(i)      To the extent Paragraph 260(e)(i) purports to characterize and quote a Morgan Stanley analyst report from April 27, 2020, a J.P. Morgan analyst report from February 26, 2021, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260(e)(i) concerning how analysts and investors viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(e)(i). With respect to the allegations in Footnote 148, Carvana Exchange Act Defendants admit that Carvana publicly filed its Q2 2020 10-Q with the SEC on August 5, 2020, and respectfully refer the Court to that filing for its complete and accurate contents. With respect to the allegations in Footnote 149, Carvana Exchange Act Defendants admit that for FY 2021 Carvana's total SG&A was approximately $2,033,000,000. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 149.

(ii)     To the extent Paragraph 260(e)(ii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(e)(ii). With respect to the allegations in Footnote 150, Carvana Exchange Act Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants further admit that for FY 2021 Carvana's SG&A expenses comprised of the categories listed in Footnote 150. To the extent Footnote 151 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 151.

(iii)   To the extent Paragraph 260(e)(iii) purports to characterize and Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q4 2021 Carvana disclosed logistics costs of approximately $44,000,000. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260(e)(iii) concerning how investors viewed Retail GPU. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 260(e)(iii). To the extent Footnote 152 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 152.

(iv)   To the extent Paragraph 260(e)(iv) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, and J.P. Morgan analyst reports from February 26, 2021, and November 2023, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260(e)(iv) concerning how analysts viewed SG&A. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(e)(iv).

(f)   To the extent Paragraph 260(f) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 260(f).

(g)   To the extent that Paragraph 260(g) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their

complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 100% in Q2 2021 from Q2 2020, by over 100% in Q3 2021 from Q3 2020, and by 114.5% in Q4 2021 from Q4 2020. To the extent Paragraph 260(g) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 260(g).

(h)     To the extent Paragraph 260(h) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in April 2022 Carvana disclosed a net loss of approximately $506 million. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 260(h).

## VIII.   ADDITIONAL ALLEGATIONS OF SCIENTER

### A.     Insider Stock Sales Support a Motive to Commit Fraud

261.   To the extent Paragraph 261 contains legal conclusions, no response is required. To the extent Paragraph 261 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendants Carvana and Jenkins admit that Jenkins sold 320,000 shares of Carvana Class A common stock prior to August 10, 2021. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 concerning Jenkins's stock sales. Jenkins and Garcia Junior lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 concerning Garcia Senior's stock sales. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 261.

### 1.     Garcia Senior's Class Period Sales and Insider Trading

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

262.    To the extent the allegations contained in Paragraph 262 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 262 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana otherwise denies the allegations in Paragraph 262. Defendants Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 262.

263.    To the extent that Paragraph 263 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 263 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 263 purports to characterize and quote Carvana's SEC filings and a December 8, 2022, *Forbes* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana otherwise denies the allegations in Paragraph 263. Defendants Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263. To the extent the allegations contained in Footnote 153 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Footnote 153 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendant Carvana otherwise denies the allegations in Footnote 153. Defendants Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 153. With respect to the allegations in Footnote 154, Carvana Defendants admit that *Forbes* published an article by John Hyatt entitled "*Carvana CEO's Net Worth Skids But His Dad, Who Controls Company, Is Worth Nearly $3 Billion*" on December 8, 2022, and respectfully refer the Court to that article for its complete and accurate contents.

264.    To the extent the allegations contained in Paragraph 264 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 264 purports to characterize and quote Carvana's SEC filings, Carvana

Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana otherwise denies the allegations in Paragraph 264. Defendants Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 155.

265.    To the extent that Paragraph 265 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 265 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 265 purports to characterize information reported on Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana's Class A common stock closed at $313.10 on June 22, 2021. Defendants Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265 concerning Garcia Senior's stock sales and 10b5-1 trading plans. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 265.

266.    To the extent the allegations contained in Paragraph 266 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 266 purports to characterize and quote statements from Professor Taylor of the Wharton School of Business from a September 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. To the extent Paragraph 266 purports to characterize and quote a December 8, 2022, *Forbes* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 266. With respect to the allegations in Footnote 156, Carvana Exchange Act Defendants admit that *Forbes* published an article by John Hyatt entitled "*Carvana's 'Chaotic' Zoom Firing Caps Company's Struggles*

*Amid Market Downturn*" on May 21, 2022, and respectfully refer the Court to that article for its complete and accurate contents.

267.    To the extent that Paragraph 267 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 267 are not directed to the Carvana Exchange Act Defendants, no response is required. Defendant Carvana otherwise denies the allegations in Paragraph 267. Defendants Garcia Junior and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267. To the extent that Footnote 157 contains legal conclusions, no response is required. To the extent the allegations contained in Footnote 157 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Footnote 157 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendants Garcia Junior and Carvana admit that in April 2022 Garcia Junior purchased over 2 million shares of Carvana Class A common stock worth $160 million. Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 157 concerning Garcia Senior's stock sales. Except as explicitly admitted herein, Carvana and Garcia Junior deny the allegations in Footnote 157. Defendant Jenkins lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 157.

### 2.    Jenkins's Class Period Sales and Insider Trading

268.    To the extent that Paragraph 268 contains legal conclusions, no response is required. To the extent Paragraph 268 purports to characterize information reported on Carvana's SEC filings and SEC filings submitted on behalf of Defendants Jenkins, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Jenkins and Carvana admit that Jenkins sold 336,922 shares of Carvana Class A common stock for proceeds of over $79 million between August 7, 2020, and November 8, 2021. Jenkins and Carvana further admit that Jenkins's actual salary received for 2020 was $384,395. Except as explicitly admitted herein, Jenkins and Carvana

deny the allegations in Paragraph 268. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268. To the extent Footnote 158 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendants Carvana and Jenkins admit that on February 1, 2022, Jenkins sold 7 shares of Carvana Class A common stock for proceeds of $1,153.46 for taxes upon vesting of restricted stock units pursuant to various awards. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 158.

**B.     Defendants' 10b5-1 Plans Support a Strong Inference of Scienter**

269.    To the extent that Paragraph 269 contains legal conclusions, no response is required. To the extent Paragraph 269 purports to characterize Carvana's SEC filings and a July 2020 Carvana Board meeting presentation, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Defendants Carvana and Jenkins admit that Jenkins adopted a new 10b5-1 plan on June 15, 2020, and on March 15, 2021. Carvana and Jenkins further admit that after adopting the 10b5-1 plan in June 2020, Jenkins's first sale following adoption was on August 7, 2020, for 190,000 shares of Carvana Class A common stock. Except as explicitly admitted herein, Carvana and Jenkins deny the allegations in Paragraph 269. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269.

270.    To the extent Paragraph 270 contains legal conclusions, no response is required. To the extent Paragraph 270 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Defendants Carvana and Jenkins admit that Jenkins had a 10b5-1 trading plan in place during the Class Period alleged in the ACC, Carvana and Jenkins further admit Jenkins adopted new 10b5-1 trading plans on June 15, 2020, and on March 15, 2021. Defendant Jenkins lacks knowledge or information sufficient to form

a belief as to the truth of the allegations in Paragraph 270 concerning Defendant Garcia Senior's stock sales. Carvana and Jenkins otherwise deny the allegations in Paragraph 270. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 270.

271.   To the extent Paragraph 271 contains legal conclusions, no response is required. To the extent Paragraph 271 purports to characterize and quote a January 19, 2021, Stanford study and a June 29, 2022, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271.

272.   To the extent Paragraph 272 contains legal conclusions, no response is required. To the extent Paragraph 272 purports to characterize and quote a March 1, 2023, DOJ Press Release and a February 13, 2023, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272 concerning Jenkins's stock sales. Jenkins and Garcia Junior lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272 concerning Defendant Garcia Senior's stock sales. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 272. With respect to the allegations in Footnote 159, Carvana Exchange Act Defendants admit that the *Wall Street Journal* published an article by Jonathan Weil entitled "*New SEC Rules Target Corporate Insider Trading: Loopholes will close for executives selling company stock*," and respectfully refer the Court to that article for its complete and accurate contents. To the extent Footnote 159 contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 159.

**C.   Multiple Confidential Witnesses Raised Quality, Indiscriminate Growth, and Title Problems with Managers, Including Garcia Junior and Jenkins**

273.    To the extent the allegations contained in Paragraph 273 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 273 contains legal conclusions, no response is required. Defendant Jenkins lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273 concerning Defendant Garcia Senior's 10b5-1 trading plans. Carvana and Jenkins otherwise deny the allegations in Paragraph 273. Defendant Garcia Junior lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273.

274.    To the extent that Paragraph 274 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 274.

275.    To the extent the allegations in Paragraph 275 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 275.

276.    To the extent the allegations in Paragraph 276 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 276.

277.    To the extent the allegations in Paragraph 277 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 277.

278.    To the extent that Paragraph 278 contains legal conclusions, no response is required. To the extent Paragraph 278 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for

their complete and accurate contents. To the extent the allegations in Paragraph 278 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 278.

279.   To the extent that Paragraph 279 contains legal conclusions, no response is required. To the extent the allegations in Paragraph 279 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 279.

**D.     The Fraud Involved the Company's Core Operations, About Which Defendants Held Themselves Out as Knowledgeable**

280.   To the extent that Paragraph 280 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Defendant Garcia Junior was Carvana's CEO and Defendant Jenkins was Carvana's CFO during the Class Period alleged in the ACC. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 280.

281.   To the extent that Paragraph 281 contains legal conclusions, no response is required. To the extent Paragraph 281 purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, Carvana's public letter to the Division of Corporation Finance dated August 23, 2022, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

Paragraph 281. With respect to the allegations in Footnote 160, Carvana Exchange Act Defendants admit that on August 23, 2022, Carvana submitted a response to a comment letter from the staff of the Division of Corporation Finance of the SEC and that Defendant Jenkins signed the letter.

282.    To the extent that Paragraph 282 contains legal conclusions, no response is required. To the extent Paragraph 282 purports to characterize and quote a July 2020 Carvana Board meeting presentation, or to other Carvana Board meeting presentations or minutes, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the "actual access" to information of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants admit that Defendants Garcia Junior and Jenkins attended Board meetings. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 282.

283.    To the extent the allegations in Paragraph 283 concern or are attributed to a confidential witness, Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to their truth. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the access to information of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 283.

284.    To the extent Paragraph 284 purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 284.

285.    To the extent Paragraph 285 purports to characterize and quote a December 8, 2022, *Forbes* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 285.

286.    To the extent that Paragraph 286 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the access to information of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 286.

**E.    Analysts and Investors Frequently Asked Questions About, and Garcia Junior and Jenkins Frequently Evinced Personal Knowledge by Commenting on, the Subjects of Their Fraud**

287.    Carvana Exchange Act Defendants admit that Defendants Garcia Junior and Jenkins answered Wall Street analysts' questions regarding Carvana's business during the Class Period alleged in the ACC. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 287.

(a)    To the extent Paragraph 287(a) purports to characterize and quote statements made during Carvana's Q2 2020 earnings call held on August 5, 2020, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(a).

(b)    To the extent Paragraph 287(b) purports to characterize and quote statements made during Carvana's Q3 2020 earnings call held on October 29, 2020, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(b).

(c)    To the extent Paragraph 287(c) purports to characterize and quote statements made during Carvana's Q3 2020 earnings call held on October 29, 2020, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(c).

(d)    To the extent Paragraph 287(d) purports to characterize and quote statements made during Carvana's presentation at the JMP Securities Technology Conference held on March 1, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that conference call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(d).

(e)    To the extent Paragraph 287(e) purports to characterize and quote statements made during Carvana's Q1 2021 earnings call held on May 6, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(e).

(f)    To the extent Paragraph 287(f) purports to characterize and quote statements made during Carvana's Q2 2021 earnings call held on August 5, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(f).

(g)    To the extent Paragraph 287(g) purports to characterize and quote statements made during Carvana's presentation at the J.P. Morgan Automotive Conference held on August 11, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that conference call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(g).

(h)    To the extent Paragraph 287(h) purports to characterize and quote statements made during Carvana's Q3 2021 earnings call held on November 4, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(h).

(i)    To the extent Paragraph 287(i) purports to characterize and quote statements made during Carvana's Q4 2021 earnings call held on February 24, 2022, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that

earnings call for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 287(i).

288.   To the extent Paragraph 288 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 288.

**F.      Defendants' Decision to Cease Reporting Critical Metrics Bolsters Their Scienter**

289.   To the extent Paragraph 289 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 289.

**1.      Average Days to Sale**

290.   To the extent Paragraph 290 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Except at explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 290.

291.   To the extent that Paragraph 291 contains legal conclusions, no response is required. Carvana Exchange Act Defendants further admit that starting in Q1 2021, Carvana stopped publicly reporting "average days to sale" and instead reported "number of IRCs" as a "Key Operating Metric." To the extent Paragraph 291 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the view of other Carvana Exchange Act Defendants as to whether average days to sale was a key metric. Except at explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 291.

**2.      Buying Cars from Customers**

292. To the extent Paragraph 292 purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 292.

293. To the extent that Paragraph 293 contains legal conclusions, no response is required. To the extent Paragraph 293 purports to characterize Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that in Q4 2020 Carvana's customer-source ratio was 65% and that customer vehicles acquired grew by 110% from Q4 2019. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 293.

294. To the extent Paragraph 294 purports to characterize and quote statements made during Carvana's Q1 2021 earnings call held on May 6, 2021, Carvana Exchange Act Defendants respectfully refer the Court to the transcript of that earnings call for their complete and accurate contents. To the extent Paragraph 294 purports to characterize and quote various analyst reports from May 7, 2021, Carvana Exchange Act Defendants respectfully refer the Court to those reports for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 294.

**G. Garcia Junior's and Jenkins's SOX Certifications and Signing of SEC Filings Support Scienter**

295. To the extent that Paragraph 295 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Defendants Garcia Junior and Jenkins signed SOX certifications during the Class Period alleged in the ACC. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 295.

**H. Garcia Senior's Control of and Related-Party Deals with Carvana**

296.    To the extent that Paragraph 296 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 296 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants admit that Defendant Garcia Senior is not identified in Carvana's SEC filings as a Carvana employee, officer, or director. Except at explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 296.

297.    To the extent the allegations contained in Paragraph 297 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 297 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent Paragraph 297 purports to characterize and quote statements from Professor Taylor in a September 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 297.

298.    To the extent Paragraph 298 purports to characterize and quote a July 17, 2023, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 298. With respect to the allegations in Footnote 161, Carvana Exchange Act Defendants admit that the *Wall Street Journal* published an article by Ben Foldy entitled "For Clues About Carvana's Future, Look to Its Past" on July 17, 2023.

299.    To the extent that Paragraph 299 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 299 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants admit that Carvana engaged in related-party deals with entities controlled by Garcia Senior during the Class Period alleged in the ACC. To the extent Paragraph 299 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act

Defendants respectfully refer the Court to those filings for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 299. To the extent the allegations contained in Footnote 162 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Footnote 162 purports to characterize and quote a December 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 162.

300. To the extent Paragraph 300 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 300. To the extent the allegations contained in Footnote 163 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Footnote 163 purports to characterize and quote a December 17, 2021, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. To the extent Footnote 163 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations as to the revenues generated by entities other than Carvana. Carvana Exchange Act Defendants admit that Carvana sold $2.1 billion and $3.8 billion in principal balances of finance receivables under the Master Purchase and Sale Agreement with Ally Bank and Ally Financial. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 163.

301. To the extent Paragraph 301 purports to characterize and quote a July 17, 2023, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act

Defendants admit that between 2020 to 2023, Carvana's creditors included affiliates of Apollo Global Management Inc., Ares Management Corp., and Pacific Investment Management Inc. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 301. To the extent Footnote 164 purports to characterize and quote a July 17, 2023, *Wall Street Journal* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Footnote 164.

302.   To the extent the allegations contained in Paragraph 302 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 302 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 302.

303.   To the extent that Paragraph 303 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 303 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 302 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 303. To the extent Footnote 165 purports to characterize and quote an email between Defendants Garcia Senior and Garcia Junior, Defendant Garcia Junior respectfully refer the Court to that email for its complete and accurate contents. Garcia Junior otherwise denies the allegations in Footnote 165. Defendants Carvana and Jenkins lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 165 concerning email communications between Garcia Senior and Garcia Junior.

**I.     Garcia Senior's History of Similar and Fraudulent Misconduct Supports a Strong Inference of Scienter**

304.    To the extent that Paragraph 304 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 304 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 304 purports to characterize and quote an October 31, 1990, *LA Times* article and a September 26, 1997, *Washington Post* article, Carvana Exchange Act Defendants respectfully refer the Court to those articles for their complete and accurate contents. Carvana Exchange Act Defendants deny the allegations in Paragraph 304 as to the characterizations of Carvana's stock price. Carvana Exchange Act Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304. With respect to the allegations in Footnote 166, Carvana Exchange Act Defendants admit that the *Washington Post* published an article by Jerry Knight entitled "*To Wall Street, It's a Swan*" on September 26, 1997, and respectfully refer the Court to that article for its complete and accurate contents.

305.    To the extent that Paragraph 305 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 305 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 305 purports to characterize and quote a November 26, 2001, *Forbes* article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305. With respect to the allegations in Footnote 167, Carvana Exchange Act Defendants admit that *Forbes* published an article by Nathan Vardi entitled "*Feathered Nest*" on November 26, 2001, and respectfully refer the Court to that article for its complete and accurate contents.

**J.    Corporate Scienter**

306.    To the extent that Paragraph 306 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act

Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 306.

## IX.    LOSS CAUSATION

307.    To the extent Paragraph 307 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 307.

308.    To the extent Paragraph 308 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 308.

309.    To the extent Paragraph 309 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 309.

310.    To the extent Paragraph 310 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 310.

311.    To the extent Paragraph 311 purports to characterize and quote an August 10, 2021, *ABC 11* article, Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that the Carvana Class A common stock closed at $370.10 on August 10, 2021, and closed at $360.70 per share on August 11, 2021. Carvana Exchange Act Defendants further admit that S&P 500 closed at $4,436.75 on August 10, 2021, and at $4,442.41 on August 11, 2021. Except as explicitly admitted herein, Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 311. Carvana Exchange Act Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 168.

312.    To the extent Paragraph 312 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that two Carvana executives spoke at

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

the J.P. Morgan 2021 Auto Conference on August 11, 2021. To the extent Paragraph 312 purports to characterize statements made during the August 11, 2021, J.P. Morgan 2021 Auto Conference or a William Blair analyst report, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 312.

313.    Carvana Exchange Act Defendants admit that the *Wall Street Journal* published an article on October 22, 2021, and respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants further admit that the Carvana Class A common stock closed at $301.76 per share on October 21, 2021, $297.59 per share on October 22, 2021, and $292.23 per share on October 25, 2021. Carvana Exchange Act Defendants further admit that S&P 500 closed at $4,549.78 per share on October 21, 2021, $4,544.90 per share on October 22, 2021, and $4,566.48 per share on October 25, 2021. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 313.

314.    To the extent Paragraph 314 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly issued a Q1 2022 letter to shareholders dated April 20, 2022, and respectfully refer the Court to that letter for its complete and accurate contents. To the extent Paragraph 314 purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that on April 28, 2022, Carvana announced an offering to fund the acquisition of ADESA. Carvana Exchange Act Defendants further admit that Carvana Class A common stock closed at $83.14 per share on April 21, 2022, and $57.96 per share on April 29, 2022. Carvana Exchange Act Defendants further admit that S&P 500 closed at $4,393.66 per share on April 21, 2022, and $4,131.93 per share on April 29, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 314.

315. To the extent Paragraph 315 purports to characterize and quote various analyst reports, Carvana Exchange Act Defendants respectfully refer the Court to those reports for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations represented in Paragraph 315.

316. To the extent Paragraph 316 contains legal conclusions, no response is required. To the extent Paragraph 316 purports to characterize and quote statements made by analysts at Bank of America on April 21, 2022, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 316.

317. To the extent Paragraph 317 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly filed an 8-K with the SEC on May 10, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. To the extent Paragraph 317 purports to characterize and quote statements Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants admit that the Carvana Class A common stock closed on a volume of 15,723,800 on May 10, 2022, and 22,941,800 on May 11, 2022. Carvana Exchange Act Defendants further admit that Carvana Class A common stock closed at $38.77 per share on May 9, 2022, $36.68 per share on May 10, 2022, and $30.00 on May 11, 2022. Carvana Exchange Act Defendants further admit that S&P 500 closed at $3,991.24 per share on May 9, 2022, $4,001.05 per share on May 10, 2022, and $3,935.18 on May 11, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 317.

318. To the extent Paragraph 318 purports to characterize and quote statements made in a May 21, 2022, *Forbes* Article and analyst reports, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations represented in Paragraph 318.

319.    To the extent Paragraph 319 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly filed an 8-K with the SEC on May 10, 2022, and respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 319.

320.    To the extent Paragraph 320 purports to characterize and quote statements made in a June 24, 2022, *Barron's* Article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana Class A common stock closed at a price of $ 30.34 per share on June 27, 2022, and $24.74 per share on June 28, 2022. Carvana Exchange Act Defendants further admit that S&P 500 closed at a price of $ 3,900.11 per share on June 27, 2022, and $ 3,821.55 per share on June 28, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 320.

321.    To the extent Paragraph 321 contains legal conclusions, no response is required. To the extent Paragraph 321 purports to characterize and quote statements made in a June 24, 2022, *Barron's* Article, Carvana Exchange Act Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 321.

322.    To the extent Paragraph 322 purports to characterize and quote an October 7, 2022, press release from the Michigan Department of State, Carvana Exchange Act Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Exchange Act Defendants admit that on October 7, 2022, the Michigan Department of State announced suspension of Carvana's Oakland County license. Carvana Exchange Act Defendants further admit that Carvana Class A common stock closed at a price of $19.27 per share on October 7, 2022, and $18.21 per share on October 10, 2022, on volume of 9,569,800 shares. Carvana Exchange Act Defendants further admit that S&P 500 closed at a price of $ 3,639.66 per share on October 7, 2022, and $ 3,612.39 per share

on October 10, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 322.

323. To the extent Paragraph 323 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly issued a Q3 2022 letter to shareholders dated November 3, 2022, and respectfully refer the Court to that letter for its complete and accurate contents. To the extent Paragraph 323 purports to characterize and quote statements made by Carvana Exchange Act Defendants after November 3, 2022, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 323.

324. Carvana Exchange Act Defendants admit that Carvana Class A common stock closed at a price of $14.35 per share on November 3, 2022, $8.76 per share on November 4, 2022, on volume of 71,102,800 shares, and $7.39 per share on November 7, 2022, on volume of 52,554,300 shares. Carvana Exchange Act Defendants further admit that S&P 500 closed at a price of $3,719.89 per share on November 3, 2022, $3,770.55 per share on November 4, 2022, and $3,806.80 per share on November 7, 2022. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 324.

325. To the extent Paragraph 325 purports to characterize and quote various analyst reports, Carvana Exchange Act Defendants respectfully refer the Court to those reports for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations represented in Paragraph 325.

326. To the extent Paragraph 326 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 326.

327. To the extent Paragraph 327 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana publicly issued a Q4 2022 letter to shareholders dated February 23, 2023, and respectfully refer the Court to those

sources for their complete and accurate contents. To the extent Paragraph 327 purports to characterize and quote statements made by Carvana Exchange Act Defendants after February 23, 2023, Carvana Exchange Act Defendants respectfully refer the Court to those statements for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana Class A common stock closed at a price of $10.08 per share on February 23, 2023, and $8.01 per share on February 24, 2023, on volume of 35,382,600 shares. Carvana Exchange Act Defendants further admit that S&P 500 closed at a price of $4,012.32 per share on February 23, 2023, and $3,970.04 per share on February 24, 2023. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 327. With respect to the allegations in Footnote 169, Carvana Exchange Act Defendants admit that the Carvana Class A common stock closed at $8.01 on February 24, 2023, and hit a daily high of $376.83 per share on August 10, 2023, closing at $370.10 per share on August 10, 2023. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Footnote 169.

328.    To the extent Paragraph 328 purports to characterize and quote various analyst reports, Carvana Exchange Act Defendants respectfully refer the Court to those reports for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations represented in Paragraph 328.

## X.    APPLICABLITLY OF THE PRESUMPTION OF RELIANCE AND FRAUD-ON-THE MARKET DOCTRINE

329.    To the extent Paragraph 329 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Carvana stock was traded on NYSE. Carvana Exchange Act Defendants also admit that multiple equity analysts covered Carvana. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 329.

330.    To the extent Paragraph 330 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 330.

331. To the extent Paragraph 331 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 331.

## XI.   NO SAFE HARBOUR

332. To the extent Paragraph 332 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 332.

333. To the extent Paragraph 333 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 333.

334. To the extent Paragraph 334 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 334.

## XII.   CLASS ACTION ALLEGATIONS

335. To the extent that Paragraph 335 contains legal conclusions, no response is required. Defendants admit that Plaintiffs purport to bring the class action described. Except as explicitly admitted, Carvana Exchange Act Defendants deny the allegations in Paragraph 335 and deny that this case is appropriate for class treatment.

336. To the extent that Paragraph 336 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 336 and deny that this case is appropriate for class treatment.

337. To the extent that Paragraph 337 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 337 and deny that this case is appropriate for class treatment.

338.   To the extent that Paragraph 338 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 338 and deny that this case is appropriate for class treatment.

339.   To the extent that Paragraph 339 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 339 and deny that this case is appropriate for class treatment.

340.   To the extent that Paragraph 340 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 340 and deny that this case is appropriate for class treatment.

## XIII.  CLAIMS FOR RELIEF UNDER THE EXCHANGE ACT

### COUNT I

### Violations of §10(b) of the Exchange Act and Rule

### 10b-5 Promulgated Thereunder

### (Against the Exchange Act Defendants)

341.   Carvana Exchange Act Defendants incorporate and reassert their answers to Paragraphs 1 through 340.

342.   Carvana Exchange Act Defendants admit that Plaintiffs purport to bring Count I under §10(b) of the Exchange Act, 15 U.S.C. §78j(b), and SEC Rule 10b-5 thereunder.

343.   To the extent Paragraph 343 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 343.

344.   To the extent Paragraph 344 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 344.

345. To the extent Paragraph 345 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 345.

346. To the extent Paragraph 346 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 346.

347. To the extent Paragraph 347 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 347.

348. To the extent Paragraph 348 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 348.

349. To the extent Paragraph 349 contains legal conclusions, no response is required. Each Carvana Exchange Act Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Exchange Act Defendants. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 349.

350. To the extent Paragraph 350 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 350.

## COUNT II

### Violations of §20(a) of the Exchange Act

### (Against the Exchange Act Defendants)

351. Carvana Exchange Act Defendants incorporate and reassert their answers to Paragraphs 1 through 350.

352. To the extent Paragraph 352 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 352.

353. To the extent the allegations contained in Paragraph 353 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 353 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Carvana was a "controlled company" within the meaning of the rules of the NYSE. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 353.

354. To the extent Paragraph 354 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 354.

355. To the extent Paragraph 355 contains legal conclusions, no response is required. To the extent Paragraph 355 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants admit that Defendants Garcia Junior and Garcia Senior owned a majority of Carvana's Class B shares during the Class Period. Carvana Exchange Act Defendants further admit that these shares entitle its holder to ten votes on all matters to be voted on by stockholders generally for so long as Garcia Junior and Garcia Senior maintain direct or indirect beneficial ownership of at least 25% of the outstanding shares of Class A common stock. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 355.

356. To the extent Paragraph 356 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 356.

357.    To the extent Paragraph 357 contains legal conclusions, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 357.

## COUNT III

### Violations of §20(A) of the Exchange Act

### (Against Garcia Senior and Jenkins)

358.    Carvana Exchange Act Defendants incorporate and reassert their answers to Paragraphs 1 through 357.

359.    To the extent Paragraph 359 contains legal conclusions, no response is required. Carvana Exchange Act Defendants admit that Plaintiffs purport to bring the claim described. Except as explicitly admitted, Carvana Exchange Act Defendants deny the allegations in paragraph 359.

360.    To the extent the allegations contained in Paragraph 360 are not directed to the Carvana Exchange Act Defendants, no response is required. To the extent Paragraph 360 purports to characterize and quote Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 360.

361.    Carvana Exchange Act Defendants admit that Defendant Jenkins sold $79 million of Carvana Class A common stock during the Class Period alleged in the ACC. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 361.

362.    To the extent Paragraph 362 and Appendix A purport to characterize Carvana's SEC filings, Carvana Exchange Act Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362 and Appendix B concerning Plaintiffs' purchase of Carvana stock. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 362.

363. To the extent Paragraph 363 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 363 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants admit that Defendant Jenkins was Carvana's CFO during the Class Period alleged in the ACC. Except as explicitly admitted herein, Carvana Exchange Act Defendants deny the allegations in Paragraph 363.

364. To the extent Paragraph 364 contains legal conclusions, no response is required. To the extent the allegations contained in Paragraph 364 are not directed to the Carvana Exchange Act Defendants, no response is required. Carvana Exchange Act Defendants otherwise deny the allegations in Paragraph 364.

## XIV.  SECURITIES ACT ALLEGATIONS

365. Carvana Defendants admit that Plaintiffs purport to bring claims for strict liability and negligence under the Securities Act against Carvana, certain executives, directors, and underwriters in connection with Carvana's public offering on or about April 20, 2022. To the extent that Paragraph 365 contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 365.

### A.    Plaintiffs' Purchases in the 2022 Public Offering

366. To the extent that Paragraph 366 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366.

### B.    Securities Act Defendants

367. Carvana Defendants admit that Carvana publicly filed a Form S-3 on April 20, 2022, and filed a SEC Form 424(b)(2) on April 25, 2022, and respectfully refer the Court to those filings for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 367.

368. Carvana Defendants admit the allegations in Paragraph 368.

369. Carvana Defendants admit the allegations in Paragraph 369.

370. Carvana Defendants admit the allegations in Paragraph 370.

371. To the extent that Paragraph 371 is not directed to the Carvana Defendants, no response is required. Carvana Defendants admit that Citigroup Global Markets Inc. and J.P. Morgan Securities are listed as underwriters in Carvana's SEC Form 424(b)(2) filed on April 20, 2022, and respectfully refer the Court to this source for its complete and accurate contents.

372. Carvana Defendants admit the allegations in Paragraph 372.

**C.     Background of the 2022 Public Offering**

373. Carvana Defendants admit the allegations in Paragraph 373.

374. Carvana Defendants admit the allegations in Paragraph 374.

375. Carvana Defendants admit the allegations in Paragraph 375.

376. To the extent that Paragraph 376 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 376.

377. Carvana Defendants admit that Carvana publicly released an Operating Plan Slide Deck in May 2022, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 377.

378. Carvana Defendants deny the allegations in Paragraph 378.

379. Carvana Defendants deny the allegations in Paragraph 379.

**D.     The Registration Statement Contained Materially False and Misleading Statements and Omitted Material Facts Required to be Stated Therein**

380. To the extent Paragraph 380 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 380.

381. Carvana Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 381.

382.    To the extent that Paragraph 382 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 382.

(a)    To the extent that Paragraph 382(a) purports to characterize and quote Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. To the extent the allegations in Paragraph 382(a) concern or are attributed to a confidential witness, Carvana Defendants lack knowledge or information sufficient to form a belief as to their truth. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 382(a).

(b)    Carvana Defendants deny the allegations in Paragraph 382(b).

(i)    To the extent that Paragraph 382(b)(i) purports to characterize Carvana's SEC filings and court filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Defendants admit that Carvana's wholesale vehicle unit sales increased by over 100% in Q1 2021 from Q1 2020, by over 100% in Q2 2021 from Q2 2020, by over 100% in Q3 2021 from Q3 2020, and by 114.5% in Q4 2021 from Q4 2020. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 382(b)(i). To the extent that Footnote 170 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Footnote 170.

(ii)    Carvana Defendants deny the allegations in Paragraph 382(b)(ii).

(1)    Carvana Defendants admit that in Q4 2021 retail GPU was $1,495. Carvana Defendants deny that Q4 2021 wholesale GPU was $1,396 and aver that wholesale GPU for that quarter was $1,326. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 382(b)(ii)(1). With respect to the allegations in Footnote 171, Carvana Defendants admit that Carvana did not generate ancillary revenues on wholesale vehicle sales. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Footnote 171.

(2)    Carvana Defendants admit that Carvana publicly issued

a Q3 2023 letter to shareholders on November 2, 2023, and released a Cost Structure Details presentation on the same date, and respectfully refer the Court to those sources for their complete and accurate contents. Carvana Defendants admit that certain logistics and other costs were not included in Carvana's reported GPU and were reported as SG&A expenses, as disclosed in Carvana's filings. To the extent that Paragraph 382(b)(ii)(2) purports to characterize and quote Defendant Garcia Junior's statements and Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Defendants admit that in Q4 2021 the per unit selling price for wholesale vehicles was $12,211. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 382(b)(ii)(2). With respect to the allegations in Footnote 172, Carvana Defendants admit that Carvana released a Cost Structure Details presentation on November 2, 2023, and respectfully refer the Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Footnote 172. To the extent Footnote 173 purports to characterize and quote Defendant Jenkins's statements in November 2023, Carvana Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Footnote 173. To the extent Footnote 174 purports to characterize Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Defendants otherwise deny the allegations in Footnote 174. To the extent Footnote 175 purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Defendants otherwise deny the allegations in Footnote 175. Carvana Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Footnote 176.

(iii)    Carvana Defendants admit that Carvana publicly released an Operating Plan Slide Deck in May 2022, and Carvana Defendants respectfully refer the

Court to that presentation for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 382(b)(iii).

(iv)   To the extent that Paragraph 382(b)(iv) contains legal conclusions, no response is required. To the extent that Paragraph 382(b)(iv) purports to characterize and quote Carvana's SEC filings, investor presentations, Defendant Garcia Junior's statements in a September 13, 2022, *Vehicle Remarketing* article, or other public materials, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. Carvana Defendants admit that Carvana acquired ADESA for approximately $2.2 billion and the purchase included ADESA's 56 sites, totaling approximately 6.5 million square feet of buildings on more than 4,000 acres. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 382(b)(iv).

383.   Carvana Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete and accurate contents.

384.   To the extent Paragraph 384 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 384.

(a)   Carvana Defendants deny the allegations in Paragraph 384(a).

(i)   To the extent the allegations in Paragraph 384(a)(i) concern or are attributed to a confidential witness, Carvana Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 384(a)(i) concerning meetings with MDOS. Carvana Defendants admit that Carvana executives met with the Michigan Department of State on March 23, 2021. Carvana Defendants further admit that on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Defendants lack knowledge or information sufficient to form a belief as to the truth of whether Illinois began investigating Carvana in

February 2022. To the extent Paragraph 384(a)(i) contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 384(a)(i).

(ii)   To the extent that Paragraph 384(a)(ii) purports to characterize and quote Carvana's SEC filings, earnings calls, investor communications, or other public materials, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent that Paragraph 384(a)(ii) purports to characterize and quote statements from a "commentator," Carvana Defendants respectfully refer the Court to those statements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 384(a)(ii).

(iii)   To the extent the allegations in Paragraph 384(a)(iii) concern or are attributed to a confidential witness, Carvana Defendants lack knowledge or information sufficient to form a belief as to their truth. To the extent Paragraph 384(a)(iii) contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 384(a)(iii).

(iv)   Carvana Defendants deny the allegations in Paragraph 384(a)(iv).

(v)   Carvana Defendants deny the allegations in Paragraph 384(a)(v).

(b)   To the extent Paragraph 384(b) contains legal conclusions, no response is required. To the extent that Paragraph 384(b) purports to characterize and quote a Needham & Company analyst report, Carvana Defendants respectfully refer the Court to that report for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 384(b).

385.   Carvana Defendants admit that Carvana publicly filed its 2021 10-K with the SEC on February 24, 2022, and respectfully refer the Court to that filing for its complete

and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 385.

386.    To the extent Paragraph 386 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 386.

(a)    To the extent Paragraph 386(a) contains legal conclusions, no response is required. To the extent Paragraph 386(a) purports to characterize and quote Carvana's 2021 Form 10-K, Carvana Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Exchange Act Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 386(a) concerning meetings with MDOS. Carvana Defendants admit that on May 7, 2021, Carvana entered into an alternative penalty agreement. Under the agreement, Michigan fined Carvana $2,500 and placed Carvana on an 18-month probation. Carvana Defendants further admit that on February 7, 2022, Carvana entered into another alternative penalty agreement and agreed to a six-month probation extension with a $5,000 administrative fine and admission of violations of the Michigan Vehicle Code. Carvana Defendants lack knowledge or information sufficient to form a belief as to the truth of whether Illinois began investigating Carvana in February 2022. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 386(a).

(b)    To the extent Paragraph 386(b) contains legal conclusions, no response is required. To the extent Paragraph 386(b) purports to characterize and quote Carvana's SEC filings or a June 24, 2022, *Barron's* article, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent the allegations in Paragraph 386(b) concern or are attributed to a confidential witness, Carvana Defendants lack knowledge or information sufficient to form a belief as to their truth. Carvana Defendants otherwise deny the allegations in Paragraph 386(b).

(c)    To the extent Paragraph 386(c) contains legal conclusions, no response is required. To the extent Paragraph 386(c) purports to characterize and quote an October 2022 court filing by Carvana, Carvana Defendants respectfully refer the Court to

that filing for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 386(c).

**E.    The Registration Statement Contained Deficient and Inaccurate Risk Disclosures**

387.    To the extent Paragraph 387 purports to characterize and quote SEC forms and regulations, Carvana Defendants respectfully refer the Court to those sources for their complete and accurate contents. To the extent Paragraph 387 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 387.

388.    To the extent Paragraph 388 purports to characterize and quote Carvana's 2021 10-K, Carvana Defendants respectfully refer the Court to that filing for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 388.

389.    To the extent Paragraph 389 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 389.

390.    To the extent Paragraph 390 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 390.

391.    To the extent Paragraph 391 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 391.

**F.    Events Subsequent to the 2022 Public Offering**

392.    Carvana Defendants admit that Carvana publicly filed an 8-K with the SEC on May 10, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. To the extent Paragraph 392 purports to characterize and quote a Morgan Stanley analyst report from May 10, 2020, Carvana Defendants respectfully refer the Court to that report for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 392.

393.    To the extent Paragraph 393 purports to characterize and quote a *Forbes* article around May 10, 2022, Carvana Defendants respectfully refer the Court to that article

for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 393.

394.   To the extent Paragraph 394 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 394.

395.   To the extent Paragraph 395 purports to characterize and quote a June 24, 2022, *Barron's* article, Carvana Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 395.

396.   Carvana Defendants admit that on October 7, 2022, Michigan suspended Carvana's Oakland County license. To the extent Paragraph 396 purports to characterize and quote an October 7, 2022, press release from the Michigan Department of State and Carvana's court filings, Carvana Defendants respectfully refer the Court to that statement for its complete and accurate contents. To the extent Paragraph 396 contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 396.

397.   Carvana Defendants admit that Carvana publicly released its Q3 2022 financial results on November 3, 2022. Carvana Defendants further admit that Carvana publicly filed its Q3 2022 10-Q with the SEC on the same day, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 397.

398.   Carvana Defendants admit that on February 23, 2023, Carvana announced its Q4 2022 financial results. To the extent that Paragraph 398 purports to characterize and quote Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 398.

399.   Carvana Defendants admit that the Carvana Class A common stock traded in a range from $35.59 to $32.50 on August 3, 2022. Carvana Defendants further admit that the Carvana Class A common stock traded in a range from $11.75 to $10.06 and closed at

$10.72 on February 14, 2023. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 399.

**G.    The Role of the Underwriter Defendants in Connection with the 2022 Public Offering**

400.    To the extent that Paragraph 400 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise admit the allegations in Paragraph 400.

401.    Carvana Defendants admit that Carvana publicly filed a Form S-3 on April 20, 2022, and respectfully refer the Court to that filing for its complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 401.

402.    To the extent that Paragraph 402 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 402 purports to characterize Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Defendants otherwise admit the allegations in Paragraph 402.

403.    To the extent that Paragraph 403 is not directed to the Carvana Defendants, no response is required. Further, to the extent that Paragraph 403 contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 403.

404.    To the extent that Paragraph 404 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 404.

405.    To the extent that Paragraph 405 is not directed to the Carvana Defendants, no response is required. Carvana Defendants deny the allegations in Paragraph 405.

406.    To the extent that Paragraph 406 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 406 contains legal conclusions, no

response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 406.

407.    To the extent that Paragraph 407 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 407 purports to characterize Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Defendants admit that the Underwriter Defendants acted as underwriters of the 2022 Public Offering and were compensated for doing so. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 407.

408.    To the extent that Paragraph 408 contains legal conclusions, no response is required. To the extent that Paragraph 408 is not directed to the Carvana Defendants, no response is required. Carvana Defendants admit that Carvana entered into an underwriting agreement with the Underwriter Defendants, which provided that Carvana would indemnify the Underwriter Defendants against certain liabilities, including liabilities under the Securities Act. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 408.

409.    To the extent that Paragraph 409 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 409.

410.    To the extent that Paragraph 410 is not directed to the Carvana Defendants, no response is required. To the extent Paragraph 410 purports to characterize Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Carvana Defendants admit that Carvana entered into an agreement with two financial institutions, each of which is an affiliate of one J.P. Morgan Securities LLC and Citigroup Global Markets Inc., for the institutions to provide Carvana with an aggregate of $3.275 billion of debt financing facilities in connection with Carvana's acquisition of ADESA. Carvana Defendants further admit that the Underwriter Defendants entered into agreements with Carvana in connection with the 2022 Public

Offering and a senior unsecured notes offering to finance Carvana's acquisition of ADESA, and respectfully refer the Court to those agreements for their complete and accurate contents. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 410.

411.    To the extent Paragraph 411 purports to characterize and quote an April 17, 2022, *The Wall Street Journal* article, Carvana Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 411.

412.    To the extent Paragraph 412 purports to characterize and quote an April 30, 2022, *Bloomberg* article, Carvana Defendants respectfully refer the Court to that article for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 412.

413.    To the extent that Paragraph 413 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 413.

414.    To the extent that Paragraph 414 is not directed to the Carvana Defendants, no response is required. Carvana Defendants admit that representatives of the Underwriter Defendants assisted Carvana in planning the 2022 Public Offering. Carvana Defendants further admit that the Underwriter Defendants were granted access to certain corporate information in connection with Carvana's 2022 Public Offering. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 414.

415.    To the extent that Paragraph 415 is not directed to the Carvana Defendants, no response is required. Carvana Defendants admit that agents of the Underwriter Defendants had meetings with certain of Carvana's executives, management and/or counsel prior to Carvana's 2022 Public Offering. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 415.

416. To the extent that Paragraph 416 is not directed to the Carvana Defendants, no response is required. Carvana Defendants admit that agents of the Underwriter Defendants had meetings with certain of Carvana's executives, management and/or counsel prior to Carvana's 2022 Public Offering. Carvana Defendants further admit that at these meetings, Carvana's 2022 Public Offering was discussed, including the terms, strategy, and language to be used in documents related to the 2022 Public Offering. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 416.

417. To the extent that Paragraph 417 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 417 contains legal conclusions, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 417.

418. To the extent that Paragraph 418 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 418 contains legal conclusions, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 418.

419. To the extent that Paragraph 419 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 419 contains legal conclusions, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 419.

420. To the extent that Paragraph 420 is not directed to the Carvana Defendants, no response is required. To the extent that Paragraph 420 contains legal conclusions, no response is required. Carvana Defendants admit that the Underwriter Defendants had involvement in Carvana's 2022 Public Offering. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 420.

**H.    Class Action Allegations for Securities Act Claims**

421. To extent that Paragraph 421 contains legal conclusions, no response is required. Defendants admit that Plaintiffs purport to bring the class action on behalf of all

persons who purchased Carvana common stock directly pursuant to the April 20, 2022, Form S-3. Except as explicitly admitted, Carvana Defendants deny the allegations in paragraph 421 and deny that this case is appropriate for class treatment.

422.    To extent that Paragraph 422 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in paragraph 422 and deny that this case is appropriate for class treatment.

423.    To extent that Paragraph 423 contains legal conclusions, no response is required. To the extent Paragraph 423 purports to characterize Carvana's SEC filings, Carvana Defendants respectfully refer the Court to those filings for their complete and accurate contents. Except as explicitly admitted, Carvana Defendants deny the allegations in paragraph 423 and deny that this case is appropriate for class treatment.

424.    To the extent that Paragraph 424 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 424 and deny that this case is appropriate for class treatment.

425.    To the extent that Paragraph 425 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 425 and deny that this case is appropriate for class treatment.

426.    To the extent that Paragraph 426 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 426 and deny that this case is appropriate for class treatment.

427.    To the extent that Paragraph 427 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 427 and deny that this case is appropriate for class treatment.

## XV.    CLAIMS FOR RELIEF UNDER THE SECURITIES ACT

### COUNT IV

**Violations of §11 of the Securities Act**

**(Against the Securities Act Defendants)**

428. Carvana Defendants incorporate and reassert their answers to Paragraphs 19-23, 32-33, 39-42, 44, and 365-427.

429. Carvana Defendants admit that Plaintiffs purport to bring Count IV under § 11 of the Securities Act, 15 U.S.C. §77k. Carvana Defendants otherwise deny the allegations in Paragraph 429 and deny that this case is appropriate for class treatment.

430. To the extent that Paragraph 430 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 430.

431. To the extent that Paragraph 431 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 431.

432. To the extent that Paragraph 432 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 432.

433. To the extent that Paragraph 433 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 433.

434. Carvana Defendants deny the allegations in Paragraph 434.

435. Carvana Defendants admit that on April 26, 2022, Carvana publicly filed an 8-K with the SEC, and respectfully refers the Court to that filing for its complete and accurate contents. Carvana Defendants further admit that Plaintiff John Brent filed a complaint in this action on August 3, 2022. Carvana Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 435 concerning Plaintiffs' and other members of the Class's knowledge. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 435.

## COUNT V

### Violations of §12(a)(2) of the Securities Act

### (Against the Securities Act Defendants)

436. Carvana Defendants incorporate and reassert their answers to Paragraphs 19-23, 32-33, 39-42, 44, and 365-435.

437.    Carvana Defendants admit that Plaintiffs purport to bring Count V under § 12(a)(2) of the Securities Act, 15 U.S.C. §77l(a)(2). To the extent that Paragraph 437 contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 437.

438.    To the extent that Paragraph 438 contains legal conclusions, no response is required. To the extent Plaintiffs purport to characterize and quote § 12(a)(2) of the Securities Act, 15 U.S.C. §77l(a)(2), Carvana Defendants respectfully refer the Court to that statute for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 438.

439.    To the extent that Paragraph 439 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 439.

440.    To the extent that Paragraph 440 is not directed to the Carvana Defendants, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 440.

441.    To the extent that Paragraph 441 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 441.

442.    To the extent that Paragraph 442 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 442.

**COUNT VI**

**Violations of §15 of the Securities Act**

**(Against the Individual Securities Act Defendants)**

443.    Carvana Defendants incorporate and reassert their answers to Paragraphs 19-23, 32-33, 39-42, 44, and 365-442.

444.    Carvana Defendants admit that Plaintiffs purport to bring Count VI under §15 of the Securities Act, 15 U.S.C. §77o. To the extent that Paragraph 444 contains legal conclusions, no response is required. Except as explicitly admitted herein, Carvana Defendants deny the allegations in Paragraph 444.

445.    To the extent that Paragraph 445 contains legal conclusions, no response is required. To the extent Plaintiffs purport to characterize and quote § 15 of the Securities Act, 15 U.S.C. §77o(a), Carvana Defendants respectfully refer the Court to that statute for its complete and accurate contents. Carvana Defendants otherwise deny the allegations in Paragraph 445.

446.    To the extent that Paragraph 446 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in paragraph 446.

447.    To the extent that Paragraph 447 contains legal conclusions, no response is required. Each Carvana Defendant lacks knowledge or information sufficient to form a belief as to the knowledge of the other Carvana Defendants. Carvana Defendants otherwise deny the allegations in Paragraph 447.

448.    To the extent that Paragraph 448 contains legal conclusions, no response is required. Carvana Defendants otherwise deny the allegations in Paragraph 448.

### Prayer for Relief

Carvana Defendants deny that Plaintiffs are entitled to the relief sought in Plaintiffs' prayer for relief.

### Jury Trial Demanded

Carvana Defendants deny that Plaintiffs are entitled to the relief sought in Plaintiffs' demand for trial by jury.

### General Denial

Carvana Defendants deny any allegations of the ACC, whether express or implied, that are not specifically admitted, denied, or qualified herein.

### DEFENSES

Carvana Defendants assert the following defenses and reserve the right to assert other defenses or claims when and if they become appropriate and/or available in this action and hereby reserve all rights to amend and/or supplement any and all defenses set forth herein. The statement of any defense herein does not assume the burden of proof for any issue as to which the applicable law places the burden of proof on Plaintiffs.

**FIRST DEFENSE**

Plaintiffs' and any putative class members' remaining claims are barred, in whole or in part, because the ACC fails to state a claim against the Carvana Defendants upon which relief can be granted.

**SECOND DEFENSE**

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because Plaintiffs have not suffered any concrete injury in fact and have not lost money or property that is traceable to any wrongful act by any Carvana Defendant and/or traceable to stock purchased in Carvana's April 2022 Offering.

**THIRD DEFENSE**

Plaintiffs' claims, and those of the putative class, are not actionable because some or all of the purported misrepresentations or misleading statements or omissions alleged in the ACC were immaterial, general statements of corporate optimism or puffery on which no reasonable investor would rely, and/or statements of opinions that Carvana Defendants subjectively believed.

**FOURTH DEFENSE**

The Carvana Defendants are not liable because certain alleged misstatements are not actionable under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-2(c)(1)(B) and 15 U.S.C. § 78u-5(c)(1)(B), because: (a) the statements were forward-looking and the person making the statement did not have actual knowledge that the statements were false or misleading, or (b) the statements were made or approved by an executive officer of Carvana who did not have actual knowledge that the statements were false or misleading.

**FIFTH DEFENSE**

The Carvana Defendants are not liable because certain alleged misstatements were forward-looking statements, were identified as such, and were accompanied by meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the forward-looking statements. Accordingly, such alleged

misstatements are nonactionable under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-2(c)(1)(B) and 15 U.S.C. § 78u-5(c)(1)(A), and the bespeaks caution doctrine.

## SIXTH DEFENSE

Carvana Defendants are not liable to Plaintiffs or other members of the putative class because Carvana's publicly filed documents contained sufficient cautionary language advising investors about the risks associated with the subject matter of each misrepresentation or omission alleged in the ACC.

## SEVENTH DEFENSE

Carvana Defendants are not liable to Plaintiffs or other members of the putative class because the substance of the allegedly omitted or misrepresented material information was disclosed in Carvana Defendants' own filings and announcements and/or in other sources that were publicly available or widely known to the market, the investing community, Plaintiffs, and other members of the putative class.

## EIGHTH DEFENSE

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because at all relevant times, and with respect to all matters contained herein, the Carvana Defendants exercised reasonable care and acted in good faith, including by acting in conformity with applicable SEC rules, regulations, and orders, and also did not directly or indirectly induce the act or acts constituting the alleged violations or causes of action alleged in the ACC.

## NINTH DEFENSE

The Individual Carvana Defendants are not liable to Plaintiffs or other members of the putative class for statements alleged to be made by Defendants because the Individual Carvana Defendants had, after reasonable investigation, reasonable grounds to believe and did believe, at the time of the statements at issue, that their statements were true and that there was no omission of any required material fact necessary to make the statements not misleading.

**TENTH DEFENSE**

With respect to portions of the Registration Statement purporting to be made on the authority of experts, the Individual Carvana Defendants had no reasonable ground to believe and did not believe, at the time such part of the Registration Statement became effective, that the statements therein were untrue or that there was an omission to state a material fact required to be stated therein or necessary to make the statements therein not misleading.

**ELEVENTH DEFENSE**

Each and every one of Carvana Defendants alleged to be a controlling person under Section 20 of the Securities Exchange Act of 1934 or a control person under Section 15 of the Securities Act of 1933 had no knowledge of, or had reasonable grounds to believe in the existence of, the facts by reason of which liability of the control person is alleged to exist.

**TWELFTH DEFENSE**

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because of the lack of loss causation. Any damages or injuries allegedly suffered by Plaintiffs or any putative class members were not legally caused by any alleged actions of the Carvana Defendants or the alleged misstatements or omissions.

**THIRTEENTH DEFENSE**

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because none of the alleged misrepresentations or misleading statements or omissions caused, or was a substantial factor in, any increase or decrease in the market value of Carvana's securities owned by Plaintiffs or other members of the putative class.

**FOURTEENTH DEFENSE**

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because any alleged injuries, damages, or losses, to the extent they exist, were caused by acts of third parties or superseding and intervening events unconnected to and outside the control of the Carvana Defendants.

**FIFTEENTH DEFENSE**

Plaintiffs' claims against Carvana Defendants are barred, in whole or in part, by the applicable statute of limitations and/or statute of repose.

**SIXTEENTH DEFENSE**

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because Plaintiffs and/or other members of the putative class had actual or constructive knowledge of any allegedly misstated facts or omissions or other wrongful conduct upon which Carvana Defendants' purported liability rests, ratified the alleged wrongful acts and omissions alleged in the ACC, or would have purchased Carvana securities even with full knowledge of what they now allege were misrepresented or omitted.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, because Plaintiffs and/or other members of the putative class had actual or constructive knowledge of the risks involved in Carvana's business, and in failing to consider these risks, each such purported plaintiff class member assumed the risk that the value of Carvana stock would decline if such risks materialized.

**EIGHTEENTH DEFENSE**

Plaintiffs and other members of the putative class are barred from recovery for injury or damages because they failed to make reasonable efforts to mitigate, minimize, or avoid their injury or damages, if any.

**NINETEENTH DEFENSE**

Plaintiffs' claims against the Carvana Defendants are barred, in whole or in part, by the actions, omissions, and/or comparative fault of or the contributory negligence of Plaintiffs or other entities or persons.

**TWENTIETH DEFENSE**

Any recovery for damages allegedly incurred by Plaintiffs and other members of the putative class is subject to offset in an amount including, but not limited to, any tax

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

benefits actually received by Plaintiffs or other members of the putative class throughout their investments.

### TWENTY-FIRST DEFENSE

Under any theory of liability, Plaintiffs and other members of the putative class may not recover damages based on depreciation in the value of Carvana securities that resulted from factors other than the material devices, schemes, or artifices to defraud, misstatements or omissions, acts, practices, or courses of business alleged in the ACC.

### TWENTY-SECOND DEFENSE

Plaintiffs' claims, and those of the putative class, are barred, in whole or in part, by the doctrines of laches, equitable estoppel, waiver, unclean hands, and other related equitable defenses.

### TWENTY-THIRD DEFENSE

Any damage, loss, or liability sustained by Plaintiffs and other members of the putative class must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Carvana Defendants under the principles of equitable allocation, recoupment, set-off, and contributory or comparative fault.

### TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because at all relevant times Carvana Defendants had no duty to disclose any information that the ACC alleges was omitted from the Registration Statement, to the extent that such information existed at the time the Registration Statement was filed or became effective.

### TWENTY-FIFTH DEFENSE

Any recovery for damages allegedly incurred by Plaintiffs or members of the putative Class is barred, in whole or in part, by the damages limitations of the Securities Act.

**TWENTY-SIXTH DEFENSE**

This action is not properly maintainable as a class action under Rule 23 under of the Federal Rules of Civil Procedure, including because it does not meet the requirements for certification.

**TWENTY-SEVENTH DEFENSE**

Carvana Defendants hereby adopt and incorporate by reference any and all other defenses asserted, or that may hereafter be asserted, by any other defendant not expressly set forth herein to the extent such defense may be applicable to the Carvana Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, the Carvana Defendants request that the Court enter judgment for them by adjudging and decreeing that:

A.     The Plaintiffs take nothing by reason of their ACC and that judgment be rendered in favor of Carvana Defendants;

B.     That the ACC, and each purported cause of action against Carvana Defendants, be dismissed with prejudice;

C.     That the Court determine that this action may not proceed as a class action and dismiss all purported class allegations with prejudice;

D.     That the Court award Carvana Defendants the cost, disbursements, and attorneys' fees incurred by them in defending this action; and

E.     That the Court award Carvana Defendants any such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Carvana Defendants demand a trial by jury on all issues triable by a jury.

Dated: January 22, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Matthew J. Peters*
Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Email: aclubok@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Email: jeff.hammel@lw.com

FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: +1.602.916.5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*