# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Carvana Company, et al., <br><br> Defendants. | No. CV-22-02126-PHX-MTL <br><br> **ORDER** |

The Court, having considered the parties' Joint Stipulation Regarding Deadline to File Discovery Dispute Regarding Search Terms and Custodians (the "Joint Stipulation") (Doc. 151), and good cause appearing,

**IT IS ORDERED** the Parties' Joint Stipulation (Doc. 151) is granted, and the Court's Scheduling Order (Doc. 128) is modified as follows:

1. The Parties will file a discovery dispute concerning Lead Plaintiffs' first sets of requests for production of documents to Defendants (the "Requests") regarding the scope of relevant discovery in light of the Court's Order on Defendants' motions to dismiss (Doc. 105) by **May 6, 2025**, in accordance with the procedures in ¶ 6 of the Scheduling Order (Doc. 128), and the matter will be referred to United States Magistrate Judge John Z. Boyle for resolution; and

2. Within one week of any order on that dispute (the "Order"), the Parties will meet and confer in good faith regarding search terms and custodians that Defendants will employ for their productions in response to the Requests. If the Parties do not reach an

agreement and no objection to the Order has been filed within four weeks of the Order being entered, the Parties may address any discovery dispute(s) regarding search terms and/or custodians, in accordance with the procedures in ¶ 6 of the Scheduling Order, and the matter will be referred to United States Magistrate Judge John Z. Boyle for resolution.

**IT IS FURTHER ORDERED** affirming all other aspects and deadlines of the Court's Scheduling Order (Doc. 128).

Dated this 1st day of May, 2025.

Michael T. Liburdi
United States District Judge