# EXHIBIT 8

| | |
|---|---|
| **From:** | Tor Gronborg |
| **To:** | "Walker, Melanie"; Matthew Balotta; Jacob Gelman; Peplow, Emma |
| **Cc:** | Dan Drosman; Erika Oliver; Rachel Cocalis; Sarah Fallon; Grinblat, Yan; Cordray, Madeline |
| **Subject:** | RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.) |
| **Date:** | Tuesday, April 29, 2025 9:22:37 AM |
| **Attachments:** | image001.png |
| | image009.png |

The relevant authority, as I have repeatedly said, is Rule 26(a)(1)(A)(i).

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Tuesday, April 29, 2025 9:20 AM
**To:** Tor Gronborg <TorG@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
Again, I don't think your motion will be well taken given that we have repeatedly agreed to timely supplement our disclosures as discovery continues, but I agree we are at an impasse if you think we are obligated to do something more at this time (a position for which you have yet to provide any authority, despite our repeated requests).

---

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Sent:** Tuesday, April 29, 2025 9:17 AM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

⚠️ EXTERNAL MESSAGE

The matter is not concluded as we are back to where we were before the April 15 call:  Mr. Garcia Sr.'s initial disclosures are deficient given the affirmative defenses plead in his Answer.  It does appear that the issue is ripe for a Rule 37(a) motion and we will proceed accordingly.

Tor

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Tuesday, April 29, 2025 9:00 AM
**To:** Tor Gronborg <TorG@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Jacob Gelman

<JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
Tor:  We stand by our explanation. You are not entitled to re-write our answer and we are not obligated to adopt your preferred wording—just as we are not entitled to rewrite the allegations in your complaint to make them consistent with what we believe to be more accurate, clearer, or more favorable to our client. If you have authority for your position, please provide it. Otherwise, we consider this matter concluded.

---

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Sent:** Tuesday, April 29, 2025 8:53 AM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

⚠️ EXTERNAL MESSAGE

Melanie, as discussed during our April 15 call, we were looking for confirmation that Mr. Garcia Sr. did not directly rely on expert opinions/advice of others, which, as we understood you to be saying, is why his initial disclosures do not identify any such experts/others.  Your email below is not clear on that.  Is it correct that your position is as follows (hi-lited language added to your paragraph 2):  Mr. Garcia Sr. was not involved in and did not control Carvana, including its public disclosures and operations. Mr. Garcia Sr. relied in good faith on Carvana's officers, directors, and management, and the internal controls they put in place, regarding Carvana.  This would include the representations, reports, expert opinions, and advice of others on which they relied, but that Mr. Garcia Sr. did not have direct knowledge of, with respect to the matters at issue in this case.

Tor

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Thursday, April 24, 2025 11:19 AM
**To:** Matthew Balotta <MBalotta@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline

<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER

Hi Matt –

Below is clarifying language on Mr. Garcia Sr.'s affirmative defenses.  We can discuss during our meet and confer on Monday if you have any additional questions.

Mr. Garcia Sr. was not involved in and did not control Carvana, including its public disclosures and operations. Mr. Garcia Sr. relied in good faith on Carvana's officers, directors, and management, and the internal controls they put in place, regarding Carvana.  This would include the representations, reports, expert opinions, and advice of others on which they relied with respect to the matters at issue in this case.

To the extent Mr. Garcia Sr. identifies additional individuals relevant to his affirmative defenses, he will update his disclosures in a "timely manner," consistent with his obligations under Rule 26(e).

⚠ EXTERNAL MESSAGE

Melanie,

I'm writing to follow up on our April 15 meet-and-confer regarding Mr. Garcia Sr.'s affirmative defenses.  During the meet-and-confer, we discussed you potentially providing us with language clarifying Mr. Garcia Sr.'s affirmative defenses as not asserting direct reliance on the representations, reports, expert opinions, and advice of others, but rather asserting that he relied on such things indirectly by assuming that the Carvana Defendants relied on them.  Please let us know if you'd like to discuss further.

Best,
Matt

**From:** Matthew Balotta
**Sent:** Friday, April 11, 2025 4:51 PM
**To:** 'Walker, Melanie' <Melanie.Walker@us.dlapiper.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

Hi Melanie,

Let's go with 11:00 on Tuesday. I'll circulate a dial-in. Thanks.

Best,
Matt

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Friday, April 11, 2025 1:56 PM
**To:** Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>; Matthew Balotta <MBalotta@rgrdlaw.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
How about 11:00 or 1:30 on Tuesday, April 15?

---

**From:** Jacob Gelman <JGelman@rgrdlaw.com>
**Sent:** Friday, April 11, 2025 9:40 AM
**To:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>; Matthew Balotta <MBalotta@rgrdlaw.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

⚠️ EXTERNAL MESSAGE

Counsel,

We write in response to your April 7, 2025 letter.

The bottom line is that Mr. Garcia Sr. asserts in his 12th affirmative defense that he "relied in good faith" on experts, but has not disclosed a single expert on which he purportedly relied. Either he relied on experts, in which case he is obligated to disclose them, or he didn't, in which case he is obligated to withdraw that defense as baseless.

Nor is there a basis for your assertion that Plaintiffs' theory of the case is unclear, as it is detailed in the operative complaint. Mr. Garcia Sr. apparently had a sufficient understanding of Plaintiffs' claim in order to assert his 12th affirmative defense of relying on the "representations, reports, expert opinions, and advice of others," and he is therefore required to disclose those "representations, reports, expert opinions, and advice of others."

While we appreciate Mr. Garcia Sr.'s commitment to supplement his initial disclosures on or before December 20, 2025, this commitment adds nothing to what is already Mr. Garcia Sr.'s ongoing obligation to supplement his initial disclosures under Rule 26(e)(1).

Please let us know when you are available for a meet and confer call.

**Jacob Gelman**

Robbins Geller
Rudman & Dowd LLP

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

   

---

**From:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Sent:** Monday, April 7, 2025 8:36 PM
**To:** Jacob Gelman <JGelman@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
Counsel:

Please see the attached correspondence.

Thank you.

Emma C. Peplow
Associate

---

T  +1 310 595 3051
F  +1 310 595 3351
M  +1 949 244 2007
emma.peplow@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

---

**From:** Jacob Gelman <JGelman@rgrdlaw.com>

**Sent:** Tuesday, April 1, 2025 3:12 PM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma
<Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver
<EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon
<SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline
<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

⚠ EXTERNAL MESSAGE

Melanie,

Thank you for the call today.  While it appears we are at an impasse, we appreciate that you are
going to take another look at the issues we discussed and get back to us next Monday.

Best,

Jacob

**Jacob Gelman**

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

⌴ ⌴ ⌴ ⌴ ⌴

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Monday, March 31, 2025 11:19 AM
**To:** Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver
<EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon
<SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline
<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
That works for us, thank you.

**From:** Jacob Gelman <JGelman@rgrdlaw.com>

**Sent:** Monday, March 31, 2025 11:14 AM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma
<Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver
<EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon
<SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline
<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

⚠ EXTERNAL MESSAGE

Thank you, Melanie.  We are available tomorrow at 1:30pm PT.  If that works, I will circulate a dial-in.

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Monday, March 31, 2025 7:41 AM
**To:** Jacob Gelman <JGelman@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver
<EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon
<SFallon@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline
<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
Jacob – I am traveling on Wednesday, but I could do a call on Tuesday or Thursday.

**From:** Jacob Gelman <JGelman@rgrdlaw.com>
**Sent:** Sunday, March 30, 2025 5:29 PM
**To:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver
<EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon
<SFallon@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Grinblat, Yan
<Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

⚠ EXTERNAL MESSAGE

Counsel,

Please see attached correspondence.

Best,

Jacob

**Jacob Gelman**



Robbins Geller
Rudman & Dowd LLP

One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

f  in  𝕏  ▶  ⬡

---

**From:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Sent:** Friday, March 28, 2025 1:24 PM
**To:** Jacob Gelman <JGelman@rgrdlaw.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** In re Carvana Co. Securities Litigation, CV-22-2126-PHX-MTL (D. Ariz.)

EXTERNAL SENDER
Counsel:

Please see the attached correspondence.

Thank you.

Emma C. Peplow
Associate

| | |
|---|---|
| T  +1 310 595 3051 | **DLA Piper LLP (US)** |
| F  +1 310 595 3351 | 2000 Avenue of the Stars |
| M  +1 949 244 2007 | Suite 400 North Tower |
| emma.peplow@us.dlapiper.com | Los Angeles, CA  90067-4704 |



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and**

**protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.