# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Defendants. | |

Before the Court is a Motion to Withdraw as Plaintiffs' Counsel. (Doc. 156.) Therein, counsel for Plaintiffs requests withdrawal of Attorney Jacob G. Gelman because he is no longer employed at Robbins Geller Rudman & Dowd LLP—the retained firm in this matter. (*Id.*) The motion indicates that Plaintiffs do not object to the withdrawal. (*Id.*) The Court finds the motion contains the information required by Rule 83.3(b) of the Local Rules of Civil Procedure. Further, the Court determines that justifiable cause exists to grant the request and that no party will be prejudiced by the change in representation. Accordingly,

**IT IS ORDERED** that the motion (Doc. 156) is granted. Attorney Jacob G. Gelman is relieved of any further representation of Plaintiffs in this case. Plaintiffs will continue to be represented by counsel of record from Robbins Geller Rudman & Dowd LLP and local counsel Bonnett Fairbourn Friedman & Balint PC.

**IT IS FURTHER ORDERED** that the Clerk of the Court is kindly instructed to terminate Jacob G. Gelman as counsel of record and to remove his name from the electronic

certificate of mailing.

Dated this 20th day of May, 2025.

Michael T. Liburdi
United States District Judge