ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) ) ) | No. CV-22-2126-PHX-MTL |
| This Document Relates To:<br><br>    All Actions. | ) ) ) ) ) ) ) ) | DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' POSITION ON THE COLLECTION, REVIEW, AND PRODUCTION OF LINKED DOCUMENTS |

4905-2870-1783.v1

I, DANIEL S. DROSMAN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan ("Plaintiffs") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  I submit this declaration in support of Plaintiffs' position on the collection, review, and production of linked documents in the Joint Discovery Motion, filed concurrently herewith.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Declaration of Jerry Bui, dated July 24, 2025;

Exhibit 2:      Letter from Lea M. Bays to Matthew J. Peters, dated July 8, 2025; and

Exhibit 3:      Letter from Lea M. Bays to Matthew J. Peters, dated May 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 24, 2025, at San Diego, California.

_____
DANIEL S. DROSMAN

- 1 -

4905-2870-1783.v1