FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016
Telephone: +1.602.916.5000
Email: dnorthup@fennemorelaw.com
Email: amarconi@fennemorelaw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

*Counsel for Defendants Carvana Co., Ernest
Garcia, III Mark Jenkins, Stephen Palmer, Michael
Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation. | Case No. 2:22-cv-02126-PHX-MTL |
| | **DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF DEFENDANTS' POSITION ON THE COLLECTION, REVIEW, AND PRODUCTION OF LINKED DOCUMENTS** |

I, Matthew J. Peters, declare as follows:

1.     I am counsel with the law firm of Latham & Watkins LLP, counsel of record for Defendants Carvana Co. ("Carvana"), Ernest Garcia III ("Garcia Junior"), Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (the "Defendants") in the above captioned litigation.

2.     I am a member in good standing of the bars of the State of Maryland and the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.     Attached hereto as Exhibit 1 is a true and correct copy of Jamie Brown's Declaration in Support of Defendants' Position Regarding the Collection, Review, and Production of Linked Documents.

4.     Attached hereto as Exhibit 2 is a true and correct copy of Scott Polus's Declaration in Support of Defendants' Position Regarding the Collection, Review, and Production of Linked Documents.

5.     Attached hereto as Exhibit 3 is a true and correct copy of the April 24, 2025 letter sent by Matthew J. Peters, counsel for Defendants, to Rachel Cocalis, counsel for Plaintiffs, regarding Defendants position on Linked Documents.

6.     Attached hereto as Exhibit 4 is a true and correct copy of the June 27, 2025 letter sent by Matthew J. Peters, counsel for Defendants, to Lea Bays, counsel for Plaintiffs, regarding Defendants position on Linked Documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of July 2025, in the District of Columbia

By: _____
Matthew J. Peters

LATHAM&WATKINS LLP
ATTORNEYS AT LAW