# Exhibit B

| | |
|---|---|
| **From:** | Kariyawasam, Kalana (NY) |
| **Sent:** | Thursday, October 2, 2025 6:05 PM |
| **To:** | Erika Oliver; Rachel Cocalis; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Katie Woods; 'sbuergel@paulweiss.com'; Kristina A. Bunting; 'abenedon@paulweiss.com'; 'mpisem@paulweiss.com'; 'aharper@paulweiss.com'; 'dnorthup@fennemorelaw.com'; 'Emma.Peplow@us.dlapiper.com'; 'Melanie.Walker@us.dlapiper.com'; 'Yan.Grinblat@us.dlapiper.com'; 'Madeline.Cordray@us.dlapiper.com'; Matthew Balotta; Eastly, John (SF) |
| **Cc:** | 'AMarconi@fennemorelaw.com'; Clubok, Andrew (DC); Hammel, Jeff (NY); Word, Christian (DC); Engel, Susan (DC); Peters, Matthew (DC); Grant, Meryn (LA); Gebicke, Ashley (SD) |
| **Subject:** | Re: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL  -Correspondence |

Counsel,

Carvana Defendants' existing set of custodians is more than sufficient.  Nevertheless, in the interest of reaching a compromise, Carvana Defendants are willing to offer the following additional custodians on the condition that Plaintiffs agree that this resolves the parties' dispute regarding Carvana Defendants' custodians: Dan Gill, Jordan Firman, Christina Keiser, Sunny Warda, Jacqueline Hearns, Kevin Hogan, and Kristin Thwaites.  Each of these individuals was involved with title and registration and/or the drivers of Carvana's retail unit sales during the relevant period.

Please let us know if you agree or if you would like to meet and confer.


Thanks,

**Kalana Kariyawasam**
*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
Direct Dial: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Friday, September 26, 2025 7:57 PM
**To:** 'Kalana.Kariyawasam@lw.com' <Kalana.Kariyawasam@lw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <rcocalis@rgrdlaw.com>; Dan Drosman <dand@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <sfallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <kwoods@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Kristina A. Bunting <kbunting@paulweiss.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; 'Emma.Peplow@us.dlapiper.com' <emma.peplow@us.dlapiper.com>; 'Melanie.Walker@us.dlapiper.com' <melanie.walker@us.dlapiper.com>; 'Yan.Grinblat@us.dlapiper.com' <yan.grinblat@us.dlapiper.com>; 'Madeline.Cordray@us.dlapiper.com' <madeline.cordray@us.dlapiper.com>; Matthew Balotta <mbalotta@rgrdlaw.com>
**Cc:** 'Andrew.Clubok@lw.com' <Andrew.Clubok@lw.com>; 'Jeff.Hammel@lw.com' <Jeff.Hammel@lw.com>; 'Christian.Word@LW.com' <Christian.Word@LW.com>; 'Susan.Engel@lw.com' <Susan.Engel@lw.com>;

'Matthew.Peters@lw.com' <matthew.peters@lw.com>; 'AMarconi@fennemorelaw.com'
<AMarconi@fennemorelaw.com>; 'Meryn.Grant@lw.com' <Meryn.Grant@lw.com>;
'Ashley.Gebicke@lw.com' <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Counsel:

Please see the attached correspondence.

In addition, pursuant to the schedule set forth below, please see Plaintiff's position statement and accompanying exhibits. We note that each of Carvana's interrogatory responses is noted as "subject to the parties' agreement to be bound by the terms of the negotiated protective order." None of the responses is designated as confidential, nor do we believe that any qualify for such protection. Accordingly, we do not plan to file any materials under seal. We are generally available to meet and confer on this next week if needed. Thank you.


Regards,
Erika

---

**From:** Erika Oliver
**Sent:** Monday, September 22, 2025 7:21 PM
**To:** 'Kalana.Kariyawasam@lw.com' <Kalana.Kariyawasam@lw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Kalana,

The Electronic Discovery Order required the Carvana Defendants to "identify persons whose files are likely to contain documents and electronically stored information ("ESI") relating to the subject matter of this litigation" to aid the parties' selection of custodians.  ECF 137, §III.B.  They did not do that; instead, the Carvana Defendants unilaterally selected a narrow set of custodians, belatedly produced directories, and stated they will not identify any additional persons whose ESI is likely to contain relevant documents or otherwise propose additional custodians.  Given your position  that the Carvana Defendants will not identify any additional custodians, a motion to compel compliance with the Electronic Discovery Order (ECF 137, §III.B.) and July 1 Order (ECF 173) is not premature.

Accordingly, Plaintiffs will move to compel compliance with the Electronic Discovery Order and propose the following schedule:

1. **Plaintiffs will provide their position statement** to the Carvana Defendants by 5:00 p.m. PT on Friday, September 26, 2025;
2. **The Carvana Defendants will provide their response** within six days of receipt of the joint motion (October 2, 2025) by 5:00 p.m. PT;

3. **Plaintiffs will then have the opportunity to revise their statement in response and file the following day** (October 3, 2025); and

4. Prior to filing, Plaintiffs will provide the Carvana Defendants with a redline identifying any edits made to the parties' joint section, and any substantive changes made to Plaintiffs' position statement that are not in response to the Carvana Defendants' position or a deletion that would otherwise render an argument superfluous and thus undermine the clarity or cogency of the joint submission. (If the Carvana Defendants do not abide by the agreed-upon schedule as they did with prior submissions (ECF 177-178), Plaintiffs have the right to alter the filing date.)

Please confirm that the Carvana Defendants will provide their response to Plaintiffs by October 2 at 5:00 p.m. PT, consistent with this schedule.

Separately, please provide a date certain by which we can expect a response to our September 4 letter concerning the hyperlinked documents protocol and our September 8 letter concerning search terms and RFPs.

To the extent you believe a further meet-and-confer call on these issues would be useful, we are available on Thursday, September 25, 2025 from 12:30-5:00 pm PT.

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Friday, September 19, 2025 7:54 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Erika,

We have put forth the list of custodians that we believe is appropriate. What we're saying is that if, after examining the document productions, you raise good faith concerns about gaps in discovery that require addition of further custodians, we are willing to confer with you about those concerns. If it turns out that adding custodians is necessary for relevant and proportional discovery in the case, then we would add custodians. We do not believe that is the case at this time.

We have reviewed your September 4 and September 8 letters and will respond to them.

Thanks,

**Kalana Kariyawasam**
*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Wednesday, September 17, 2025 7:26 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Kalana,

We disagree that the Carvana Defendants' proposed custodians are sufficient to capture documents responsive to the full scope of discovery as articulated by Judge Boyle at the June 23 hearing and in the July 1 order.

Your recent emails appear inconsistent on whether Carvana intends to add custodians. Please either (i) confirm that Carvana will add additional custodians and provide a date certain by which you will identify them, or (ii) confirm that you are standing on your current list. Please respond by Friday, September 19, 2025.

Separately, when can we expect a response to our September 4 letter concerning the hyperlinked documents protocol and our September 8 letter concerning search terms and RFPs? Please provide those responses by the same date. Thank you.

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, September 16, 2025 10:46 AM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Erika,

This most recent attempt to initiate the joint motion procedure is premature.  Carvana Defendants produced documents to Plaintiffs on Friday and expect to make more productions to Plaintiffs soon.  Those productions should demonstrate to Plaintiffs that Carvana Defendants' current custodians, which include (among others) Carvana's key senior leadership and persons responsible for issues relevant to this case, are sufficient.  After assessing Carvana Defendants' productions, should Plaintiffs believe in good faith that additional custodians are necessary, then we would be willing to discuss those concerns.

Thanks,

**Kalana Kariyawasam**
*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Thursday, September 11, 2025 8:06 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Kalana,

Will the Carvana Defendants' forthcoming production be made today or tomorrow, consistent with your September 5 email? Please confirm.

The parties are at an impasse on the issue of custodians. We propose the following briefing schedule, which is contingent on the Carvana Defendants' below-described production being made by tomorrow. Please let us know if this schedule works for you:

1. **Plaintiffs will provide their position statement** to the Carvana Defendants by 5:00 p.m. PT on Thursday, September 18, 2025;
2. **The Carvana Defendants will provide their response** within seven days of receipt of the joint motion (September 25, 2025) by 5:00 p.m. PT;
3. **Plaintiffs will then have the opportunity to revise their statement in response and file the following day** (September 26, 2025); and
4. Prior to filing, Plaintiffs will provide the Carvana Defendants with a redline identifying any edits made to the parties' joint section, and any substantive changes made to Plaintiffs' position statement that are not in response to the Carvana Defendants' position or a deletion that would otherwise render an argument superfluous and thus undermine the clarity or cogency of the joint submission.  (If the Carvana Defendants do not abide by the agreed-upon schedule as they did with prior submissions (ECF 177-178), Plaintiffs have the right to alter the filing date.)

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Thursday, September 11, 2025 4:01 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Erika,

We can confirm that Carvana Defendants' forthcoming production will provide Plaintiffs with further information about Carvana's corporate structure and identify the formal business groups to which employees are assigned.  We also confirm that Carvana answers Interrogatory 2 with reference to the forthcoming production.

Your paragraph on custodians is inconsistent with your complaints about RFP 38 and Interrogatory 2.  Plaintiffs have taken the position that they do not have the tools to adequately evaluate Carvana Defendants' proposed custodians (which is not accurate), yet still assert that Carvana Defendants' proposed custodians are inadequate (without sufficient information to do so, according to Plaintiffs).  Regardless, your position on custodians is misguided because it assumes that all of Carvana Defendants' 16 initially-proposed custodians are relevant exclusively to title and registration issues.  That is a faulty premise.  As we have already stated in previous correspondence, several of the initial custodians are relevant custodians for the expanded scope of the case, outside of title and registration issues, including Ernest Garcia III, Mark Jenkins, Ben Huston, Chris Olson, Paul Breaux, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, Greg Sullivan, Steve Keim, and Mike Levin.  With Michael Grantham and Brian Boyd, that's 14 custodians relevant to the non-title-and-registration issues in the case.  That is more than adequate.  Carvana Defendants are fully compliant with the Court's July 1 order, and we will not be adding further custodians.

Thanks,

**Kalana Kariyawasam**
*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Tuesday, September 9, 2025 6:05 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie

Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Kalana,

Thank you for the confirmation that Carvana is finally producing directories.  Please confirm that these documents will be produced by **this Friday, September 12, 2025**.  Our request for directories, however, is only part of the parties' dispute.  As we've stated, we require information that is sufficient to both: (i) understand Carvana's corporate structure, and (ii) identify relevant employees in relevant business groups.  *See* R. Cocalis 05-15-2025 Letter at 2; E. Oliver 08-22-25 Letter at 3.  Please immediately confirm whether the directories Carvana will produce this week provide the information requested by Interrogatory 2, such that Carvana can answer Interrogatory 2 by reference to the directories.  *See* Fed. R. Civ. P. 33(d).  If they are not sufficient to show Carvana's corporate organizational structure as to, at least, business groups that had any responsibilities relating to any driver of retail unit sales, any artifice of the scheme, financial reporting, and/or the April 2022 offering, then we renew our request that Carvana immediately, and no later than **Friday, September 19, 2025**, amend its response to Interrogatory 2 to provide this information.

As we explained in May, "Plaintiffs cannot agree to the Carvana Defendants' proposed custodians absent more information regarding Carvana's organizational structure."  R. Cocalis 05-15-25 Letter at 2.  To that end, RFP 38 – served in March – specifically requested directories, and the ESI Order required that organizational information be frontloaded to aid with the parties' identification of custodians.  Judge Liburdi issued his order denying in part Defendants' motions to dismiss in **2024**, and the substantial completion deadline is **less than three months away**.  We reiterate that the Carvana Defendants' proposal to add just two custodians following the scope dispute is inadequate, particularly in light of the Carvana Defendants' concession that 16 custodians are proportional for title-and-registration issues.  Judge Boyle made clear that Plaintiffs are entitled to "***broad***" discovery into the drivers of Carvana's retail unit sales supporting Statements 19-20 and B and the scheme artifices.  If Carvana refuses to add custodians relating to these issues, Plaintiffs will move to compel compliance with the Court's July 1, 2025 order through the addition of custodians.

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Friday, September 5, 2025 5:50 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER

Counsel,

There is no ripe discovery dispute that necessitates the parties making further demands on the Court's time and attention.  At Carvana Defendants' request, the parties held a meet and confer last Friday, August 29, about these issues.  During that meet and confer, Plaintiffs demanded "directories" from Carvana Defendants.  We agreed to look for such materials and are actively doing so.  Indeed, we believe the Company has some documents that will satisfy your demand and expect to produce them next week.

Thanks,

**Kalana Kariyawasam**
*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Thursday, September 4, 2025 8:01 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Counsel:

Given that the Carvana Defendants have not provided the information we requested in our August 22, 2025 letter, consistent with the briefing schedule set out in that letter, please find attached Plaintiffs' portion of the draft motion seeking documents responsive to RFP 38 and an amended response to Interrogatory 2. Also attached are the exhibits we intend to file with the motion.

Please send us Carvana's portion of the motion on or before September 10, 2025 at 5 pm PT, so that Plaintiffs can revise their statement, if needed, and file the motion on September 11, 2025.

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, August 26, 2025 7:14 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>;

abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Thank you, Erika.  I just circulated an invite for 12pm PT on Friday.

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Tuesday, August 26, 2025 10:09 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Hi Kalana,

Either time works for us. Can you please circulate a calendar invite or dial in? Thank you.


Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, August 26, 2025 6:49 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER

Erika,

We would like to meet and confer regarding the issues raised in your August 22 letter.  Would you be available on Friday at 12pm PT or 1pm PT?

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Friday, August 22, 2025 10:32 AM
**To:** Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Matt:

Please see the attached correspondence.

Regards,
Erika

---

**From:** John.Eastly@lw.com <John.Eastly@lw.com>
**Sent:** Thursday, August 7, 2025 4:47 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; JGelman@rgrdlaw.com; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; bmitchell@rgrdlaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Kalana.Kariyawasam@lw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Dear Counsel,

Attached please find the attached letter from Matt Peters.

Regards,

John Eastly

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended

recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.