ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation ) ) ) | No. CV-22-2126-PHX-MTL |
| This Document Relates To: ) ) ) ) | DECLARATION OF ERIKA L. OLIVER IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER |
| All Actions. ) ) ) | |

4938-0180-9536.v1

I, ERIKA L. OLIVER, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1:    July 23, 2025 letter to Rachel Cocalis from Matthew Peters with attachments;

Exhibit 2:    February 13, 2025 email to Matthew Peters from Rachel Cocalis with excerpts of some attachments;

Exhibit 3:    February 7, 2025 email to Counsel from Kalana Kariyawasam with excerpts of some attachments;

Exhibit 4:    February 12, 2025 email to Matthew Peters from Rachel Cocalis with excerpts of some attachments;

Exhibit 5:    February 14, 2025 email to Matthew Peters from Rachel Cocalis;

Exhibit 6:    Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants, dated March 11, 2025;

Exhibit 7:    The Carvana Defendants' Proposed Custodians and Search Terms, dated March 19, 2025;

Exhibit 8:    April 25, 2025 email to Rachel Cocalis from Kalana Kariyawasam;

Exhibit 9:    March 28, 2025 letter to Matthew Peters from Rachel Cocalis with attachments;

Exhibit 10:   April 16, 2025 letter to Matthew Peters from Rachel Cocalis with attachments;

Exhibit 11:   April 24, 2025 letter to Rachel Cocalis from Matthew Peters with attachments;

Exhibit 12:   The Carvana Defendants' Responses and Objections to Lead Plaintiffs' First Set of Requests for Production to the Carvana Defendants, dated April 10, 2025;

Exhibit 13:   August 1, 2025 letter to Matthew Peters from Rachel Cocalis with attachments;

Exhibit 14:   June 30, 2025 letter to Matthew Peters from Rachel Cocalis with attachments;

- 1 -

4938-0180-9536.v1

Exhibit 15:   September 17, 2025 email to Sarah Fallon from Yan Grinblat;

Exhibit 16:   August 7, 2025 letter to Rachel Cocalis from Matthew Peters with attachments;

Exhibit 17:   Lead Plaintiffs' Second Set of Interrogatories to Carvana Co., dated May 13, 2025;

Exhibit 18:   Carvana's Responses and Objections to Lead Plaintiffs' Second Set of Interrogatories to Carvana, dated June 17, 2025;

Exhibit 19:   Carvana's Amended Responses and Objections to Lead Plaintiffs' Second Set of Interrogatories to Carvana, dated August 19, 2025;

Exhibit 20:   August 22, 2025 letter to Matthew Peters from Erika Oliver;

Exhibit 21:   September 4, 2025 email to Counsel from Erika Oliver with some attachments;

Exhibit 22:   October 2, 2025 email to Counsel from Erika Oliver;

Exhibit 23:   October 17, 2025 letter to Erika Oliver from Matthew Peters with attachments;

Exhibit 24:   November 4, 2025 letter to Matthew Peters from Matthew Balotta with attachments;

Exhibit 25:   September 8, 2025 letter to Matthew Peters from Erika Oliver with attachments;

Exhibit 26:   December 2, 2025 letter to Matthew Balotta from Matthew Peters with attachments;

Exhibit 27:   August 4, 2025 letter to Melanie Walker from Erika Oliver;

Exhibit 28:   October 28, 2025 email to Sarah Fallon from David Norris;

Exhibit 29:   September 26, 2025 letter to Matthew Peters from Erika Oliver;

Exhibit 30:   Excerpts of November 17, 2025 hearing transcript; and

Exhibit 31:   November 24, 2025 email to Counsel from Erika Oliver with attachments.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 9, 2025, at San Diego, California.

_____
ERIKA L. OLIVER

- 2 -

4938-0180-9536.v1