# EXHIBIT 2

## Sarah Fallon

| | |
|---|---|
| **From:** | Rachel Cocalis |
| **Sent:** | Thursday, February 13, 2025 8:27 PM |
| **To:** | 'Matthew.Peters@lw.com'; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; Christian.Word@LW.com |
| **Cc:** | Erika Oliver; Dan Drosman; David Rosenfeld; Robert Rothman; Jacob Gelman; Sarah Fallon; Tor Gronborg |
| **Subject:** | RE: In re Carvana Securities Litigation |
| **Attachments:** | Redline - Carvana - Draft Joint Proposed Case Management Report.pdf; Redline - Carvana - Draft Scheduling Order.pdf; 2.13.2025 RGRD Draft Joint Proposed Case Management Report.docx; 2.13.2025 RGRD Draft Scheduling Order.docx |

Matt,

After waiting nearly two weeks for a response from Defendants regarding Plaintiffs' January 27, 2025 proposal, Plaintiffs' February 12 drafts attempted to provide a compromise between the Parties' positions.  For example, Plaintiffs agreed to Defendants' proposed four month extension to an already generous schedule. Defendants' latest proposal, on the eve of filing, makes little attempt at compromise, going so far as to create disagreements where there had previously been none.  Further, many of Defendants' new edits are highly inconsistent with the Court's prior practice in securities cases.  For example, in *In re Opendoor Sec. Litig.*, the Court entered a deadline for the substantial completion of document productions over the defendants' objections; ordered full briefing schedules for the plaintiffs' motion for class certification and the parties' dispositive motions; and agreed that the deadline for amending and/or supplementing the pleadings should be on the last day of fact discovery.  *See In re Opendoor Sec. Litig.*, Case No. 2:22-cv-01717-MTL, ECF 118.  Nonetheless, Plaintiffs hope that the Parties can reach a compromise on the schedule with the attached drafts, which are subject to further review, edit, and approval by Plaintiffs.

To the extent that Defendants are unwilling to accept Plaintiffs' proposed compromise regarding the schedule, let's have a call at 9:00 am PT/10:00 am MT.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Thursday, February 13, 2025 4:37 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld

<drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Rachel,

Thank you for the drafts.  Attached please find the attached revised draft case management report and scheduling order.  The attached redlines compare these versions against the versions that you circulated yesterday.  These drafts are subject to further review, revisions, and approval by Defendants.

We welcome any questions about the drafts, and would be happy to schedule a time to discuss tomorrow if Plaintiffs would like to do so.

-Matt

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, February 12, 2025 5:03 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

Please see the attached draft proposed scheduling order and case management report.  The attached drafts are subject to further review, edit, and approval by Plaintiffs. I have also included redlines showing edits to the drafts that you circulated this morning.

Please let us know if you have any questions or want to schedule a call to discuss.

Thanks,
Rachel

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, February 12, 2025 9:26 AM
**To:** Kalana.Kariyawasam@lw.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Christian.Word@LW.com
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel,

Attached please find a draft scheduling order, as well as a redline showing edits defendants made to plaintiffs' prior draft scheduling order.  Also attached is a revised draft of the joint proposed case management report.  The attached redline compares this version against the version defendants sent to plaintiffs last Friday.

We welcome any questions you have about these materials, and please let us know if you want to schedule a call to discuss.

-Matt

---

**From:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>
**Sent:** Friday, February 7, 2025 8:13 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Please use the attached version instead, which incorporates some minor additional revisions.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Kariyawasam, Kalana (NY)
**Sent:** Friday, February 7, 2025 7:05 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Please find attached a revised version of the draft joint case management report, reflecting edits from all defendants, along with a redline for your convenience.  The draft remains subject to further review and approval.  We are happy to discuss.

We are continuing to finalize edits to the draft scheduling order, and will revert with those early next week.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

**From:** Peters, Matthew (DC) <Matthew.Peters@lw.com>
**Sent:** Thursday, February 6, 2025 4:18 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Hi Rachel,

During this week's Rule 26(f) conference, Defendants' counsel reviewed the entire draft Case Management Report section-by-section, explaining our positions and anticipated edits. And as I mentioned during the conference, we are diligently working on an updated draft and will send it to Plaintiffs as soon as possible.  Currently, we expect to send the draft to you tomorrow.

We also discussed the Scheduling Order during the 26(f) conference. I asked whether you were aware of a Judge Liburdi case where the parties had submitted a draft scheduling order.  You mentioned *Opendoor*.  We checked docket and did not see such a filing, as opposed to a scheduling order entered by Judge Liburdi.  Please let me know if I missed something, as I want to ensure we're aligned.  Based on Plaintiffs' intention to submit a draft scheduling order, we are revising the draft and will provide updates soon. We may prioritize sending the Scheduling Order to avoid delays.

Also, as I mentioned during the 26(f) conference, our e-discovery vendor was reviewing the draft ESI Protocol.  We will share any edits to that document and the Protective Order as well.

-Matt

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Thursday, February 6, 2025 1:43 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

Plaintiffs sent Defendants a draft electronic discovery agreement, stipulated protective order, scheduling order, and joint case management report ten days ago. We have not yet received Defendants' edits to any of these drafts even though the joint case management report is due next week. To the extent that Defendants have any edits to the proposed scheduling order or joint case management report, please provide them immediately so that Plaintiffs have sufficient time to review and respond to any proposed edits. If necessary, Plaintiffs will address Defendants' delay in the case management report.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, January 29, 2025 12:54 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; Kalana.Kariyawasam@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Thanks Rachel.

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, January 29, 2025 3:39 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

We are available on Tuesday from 8:30 am-9:30 PT/11:30-12:30 ET. We can use the following dial-in: 267-930-4000 Code: 120021170.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, January 29, 2025 9:03 AM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; Kalana.Kariyawasam@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com;

5

Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel for each of the defendants is available on for the Rule 26(f) meet-and-confer on Tuesday between 10-12:30 PM ET.

Thank you,
Matt

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Monday, January 27, 2025 6:00 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Melanie.Walker@us.dlapiper.com' <Melanie.Walker@us.dlapiper.com>; 'Yan.Grinblat@us.dlapiper.com' <Yan.Grinblat@us.dlapiper.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Kristina A. Bunting <kbunting@paulweiss.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** In re Carvana Securities Litigation

Counsel,

Please let us know when you are available next Monday or Tuesday for the Parties' Rule 26(f) meet-and-confer.  Further, attached please find a draft electronic discovery agreement, stipulated protective order, scheduling order, and joint case management report.  The attached drafts are subject to further review, edit, and approval by Plaintiffs.

Thanks,
Rachel

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| | **JOINT PROPOSED CASE MANAGEMENT REPORT** |
| This Document Relates To: | |
| All Actions. | |

8

good faith that additional interrogatories are warranted, the Parties shall negotiate in good faith the number of interrogatories (including subparts) permitted to each party. Nothing prevents a party from seeking leave of Court to extend the number of interrogatories or requests for admission permitted under Rules 33 and 36. Further, the Parties may seek leave to exceed the limits established under the Federal Rules of Civil Procedure at a later date.

### 14.3    Number of Hours per Deposition

Plaintiffs' Position: Plaintiffs believe that based on the complexity of the case and Defendants' roles, they should be permitted to depose Defendants Jenkins, Garcia Jr., and Garcia Sr. in excess of the presumptive 7-hour limit imposed by the Federal Rules of Civil Procedure. However, given the current posture of the case, Plaintiffs believe it is premature to estimate the appropriate number of hours for these depositions and agree to further meet and confer with Defendants regarding this issue.

Carvana Defendants' and Underwriter Defendants' Position: Carvana Defendants' and Underwriter Defendants' position is that the Federal Rules of Civil Procedure govern this matter and establish appropriate time limits for each deposition—specifically, one day of seven hours.

Defendant Garcia Sr.'s Position: Mr. Garcia Sr. agrees with the Carvana Defendants' and Underwriter Defendants' position and believes that any deposition of Mr. Garcia Sr., which would be limited to Plaintiffs' "control person" claim, can be completed in substantially less than seven hours and that any excess would be unduly burdensome.

### 15.    PRE-TRIAL DEADLINES

The Parties have agreed upon the following pre-trial deadlines set forth below.

| Event | Proposed Date |
|---|---|
| Deadline to serve initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) | February 18, 2025 |
| Deadline to file joint stipulated protective order and ESI protocol | March 7, 2025 |

9

| Event | Proposed Date |
|---|---|
| Deadline for Parties to meet and confer regarding any proposed limitations on the scope of discovery | March 20, 2025 |
| Deadline for the producing party to disclose (i) proposed custodial and non-custodial data sources likely to contain responsive information; (ii) proposed persons whose files are likely to contain documents and ESI relating to the subject matter of this litigation; and (iii) proposed search terms | March 20, 2025 |
| ~~Deadline for seeking leave to amend the pleadings pursuant to Fed. R. Civ. P. 15(a)(2)~~Deadline for the substantial completion of document productions in response to the Parties' first requests for the production of documents[1] | ~~April 2~~December 8, 2025 |
| Deadline for Plaintiffs' motion for class certification | January 15, 2026 |
| Deadline for Defendants' opposition to Plaintiffs' motion for class certification | March 16, 2026 |
| Deadline for service of final interrogatories, requests for production of documents, and requests for admission pursuant to Federal Rules of Civil Procedure 33, 34, and 36[2] | April 14, 2026 |
| Deadline for Plaintiffs' reply in support of motion for class certification | May 7, 2026 |
| Deadline for amending and/or supplementing the pleadings | May 29, 2026 |
| Deadline for the completion of fact discovery | May 29, 2026 |
| Deadline for the identification testifying experts who will provide affirmative expert reports, as well as to provide short descriptions of the issues on which such experts are expected to provide testimony | June 2, 2026 |
| Deadline to file Joint Mediation Plan with the Court | June 17, 2026 |
| Deadline for the production of affirmative expert reports | June ~~23~~22, 2026 |

[1]    If the Parties are unable to expeditiously reach an agreement regarding the search terms and/or custodians that the Parties will employ for their productions in response to the Parties' first requests for the production of documents, the Parties will raise the issue before the Court no later than June 3, 2025.  The Parties are not prevented, however, from raising additional search terms and/or custodians after June 3, 2025 for good cause.

[2]    Notwithstanding Local Rule of Civil Procedure 7.3, the Parties may mutually agree in writing, without Court approval, to extend the time provided for discovery responses in Federal Rules of Civil Procedure 33, 34, and 36.  Such agreed-upon extensions, however, shall not alter or extend the deadlines set forth in this proposed schedule.

| Event | Proposed Date |
|---|---|
| Deadline for the identification testifying experts who will provide responsive expert reports, as well as to provide short descriptions of the issues on which such experts are expected to provide testimony | June 23, 2026 |
| Deadline for the production of responsive expert reports | July 22, 2026 |
| Deadline for the production of rebuttal expert reports | August 25, 2026 |
| Deadline for the completion of expert discovery | September 24, 2026 |
| Deadline for dispositive motions and/or *Daubert* motions | October 23, 2026 |
| Deadline for oppositions to dispositive motions and/or *Daubert* motions | December 18, 2026 |
| Deadline for replies in support of dispositive motions and/or *Daubert* motions | January 29, 2027 |
| Pre-trial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) | adjourned *sine die* |

16.   **JURY TRIAL**

A jury trial is demanded.

17.   **LENGTH OF TRIAL**

Given the current posture of the case, the Parties believe it is premature to estimate a length of any trial.

18.   **OTHER MATTERS**

To assist the Court, [the Parties] are submitting [separate] a draft scheduling order concurrently with the submission of this Proposed Discovery Plan.  The Parties have nothing else to add at this time.

11