# EXHIBIT 3

## Sarah Fallon

| | |
|---|---|
| **From:** | Kalana.Kariyawasam@lw.com |
| **Sent:** | Friday, February 7, 2025 5:13 PM |
| **To:** | Matthew.Peters@lw.com; Rachel Cocalis; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com |
| **Cc:** | Erika Oliver; Dan Drosman; David Rosenfeld; Robert Rothman; Jacob Gelman; Sarah Fallon; Tor Gronborg; Christian.Word@LW.com |
| **Subject:** | RE: In re Carvana Securities Litigation |
| **Attachments:** | Carvana - Draft Joint Proposed Case Management Report(157082373.12).docx; Redline.docx |

EXTERNAL SENDER

Counsel,

Please use the attached version instead, which incorporates some minor additional revisions.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Kariyawasam, Kalana (NY)
**Sent:** Friday, February 7, 2025 7:05 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Please find attached a revised version of the draft joint case management report, reflecting edits from all defendants, along with a redline for your convenience.  The draft remains subject to further review and approval.  We are happy to discuss.

We are continuing to finalize edits to the draft scheduling order, and will revert with those early next week.

Thanks,

**Kalana Kariyawasam**

1

Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Peters, Matthew (DC) <Matthew.Peters@lw.com>
**Sent:** Thursday, February 6, 2025 4:18 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Hi Rachel,

During this week's Rule 26(f) conference, Defendants' counsel reviewed the entire draft Case Management Report section-by-section, explaining our positions and anticipated edits. And as I mentioned during the conference, we are diligently working on an updated draft and will send it to Plaintiffs as soon as possible. Currently, we expect to send the draft to you tomorrow.

We also discussed the Scheduling Order during the 26(f) conference. I asked whether you were aware of a Judge Liburdi case where the parties had submitted a draft scheduling order. You mentioned *Opendoor.* We checked docket and did not see such a filing, as opposed to a scheduling order entered by Judge Liburdi. Please let me know if I missed something, as I want to ensure we're aligned. Based on Plaintiffs' intention to submit a draft scheduling order, we are revising the draft and will provide updates soon. We may prioritize sending the Scheduling Order to avoid delays.

Also, as I mentioned during the 26(f) conference, our e-discovery vendor was reviewing the draft ESI Protocol. We will share any edits to that document and the Protective Order as well.

-Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Thursday, February 6, 2025 1:43 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

Plaintiffs sent Defendants a draft electronic discovery agreement, stipulated protective order, scheduling order, and joint case management report ten days ago. We have not yet received Defendants' edits to any of these drafts even

though the joint case management report is due next week. To the extent that Defendants have any edits to the proposed scheduling order or joint case management report, please provide them immediately so that Plaintiffs have sufficient time to review and respond to any proposed edits. If necessary, Plaintiffs will address Defendants' delay in the case management report.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, January 29, 2025 12:54 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; Kalana.Kariyawasam@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Thanks Rachel.

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, January 29, 2025 3:39 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

We are available on Tuesday from 8:30 am-9:30 PT/11:30-12:30 ET. We can use the following dial-in: 267-930-4000 Code: 120021170.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, January 29, 2025 9:03 AM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; Kalana.Kariyawasam@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>;

Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel for each of the defendants is available on for the Rule 26(f) meet-and-confer on Tuesday between 10-12:30 PM ET.

Thank you,
Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Monday, January 27, 2025 6:00 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Melanie.Walker@us.dlapiper.com' <Melanie.Walker@us.dlapiper.com>; 'Yan.Grinblat@us.dlapiper.com' <Yan.Grinblat@us.dlapiper.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Kristina A. Bunting <kbunting@paulweiss.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** In re Carvana Securities Litigation

Counsel,

Please let us know when you are available next Monday or Tuesday for the Parties' Rule 26(f) meet-and-confer.  Further, attached please find a draft electronic discovery agreement, stipulated protective order, scheduling order, and joint case management report.  The attached drafts are subject to further review, edit, and approval by Plaintiffs.

Thanks,
Rachel

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited.**

**If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

5



ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
|---|---|---|
| | ) | |
| | ) | **JOINT PROPOSED CASE** |
| This Document Relates To: | ) | **MANAGEMENT REPORT** |
| | ) | |
|     All Actions. | ) | |
| | ) | |

6

Garcia Sr., which would be limited to Plaintiffs' "control person" claim, can be completed in substantially less than seven hours and that any excess would be unduly burdensome.

**15.    PRE-TRIAL DEADLINES**

The Parties have agreed upon the following pre-trial deadlines set forth below.

| Event | Proposed Date |
|---|---|
| Deadline to serve initial disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure | February 18, 2025 |
| Deadline to file joint stipulated protective order and ESI Protocol | March 7, 2025 |
| Deadline for parties to meet and confer regarding any proposed limitations on the scope of discovery | March 20, 2025 |
| Deadline for parties to disclose and discuss custodial and non-custodial data sources likely to contain responsive information | March 20, 2025 |
| Deadline for parties to identify all persons whose files are likely to contain documents and ESI relating to the subject matter of this litigation | March 20, 2025 |
| Deadline for the producing party to provide a list of proposed search terms | March 20, 2025 |
| Deadline for joining parties and filing supplemental pleadings | December 8, 2025 |
| Deadline for the substantial completion of document productions in response to the Parties' first requests for the production of documents[1] | AugustDecember 8, 2025 |
| Deadline for seeking leave to amend the pleadings pursuant to Fed. R. Civ. P. 15(a)(2).[2] | December 22, 2025 |
| Deadline for Plaintiffs' motion for class certification | AugustDecember 22, 2025 |
| Deadline for Defendants' opposition to class certification | OctoberFebruary 20, 20256 |

---

[1] Notwithstanding the foregoing, if the Parties are unable after their good faith meet-and-confers to reach agreement by June 3, 2026 concerning search terms and custodians that the Parties will use for productions in response to the Parties' first requests for production of documents, then the date for substantial completion of productions in response to those requests for production of documents will be suspended.

[2] The remainder of the case schedule shall be suspended and renegotiated in good faith in the event that a Party seeks and is granted leave to substantially amend their pleadings under Fed. R. Civ. P. 15(a)(2).

- 10 -

| Event | Proposed Date |
|---|---|
| Deadline for service of final interrogatories, requests for production of documents, and requests for admission, pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure | April 14, 2026 |
| Deadline for Plaintiffs' reply in support of class certification | December 19, 2025April 20, 2026 |
| Deadline for the completion of fact discovery and Rule 26(a)(3) disclosures | January 30May 29, 2026 |
| Deadline for amending the pleadingsidentification of testifying experts | February 13June 1, 2026 |
| Deadline to file Joint Mediation Plan with the Court | June 17, 2026 |
| Deadline for the identification and production of affirmative expert reports from testifying experts | February 19June 22, 2026 |
| Deadline for the identification and production of responsive expert reports | March 19July 22, 2026 |
| Deadline for the identification and production of rebuttal expert reports | April 21August 24, 2026 |
| Deadline for the completion of expert discovery | May 21September 24, 2026 |
| Deadline for dispositive motions and/or *Daubert* motions | June 19October 24, 2026 |
| Deadline for oppositions to dispositive motions and/or *Daubert* motions | August 4December 19, 2026 |
| Deadline for replies in support of dispositive motions and/or *Daubert* motions | September 3, 2026January 30, 2027 |
| Pre-trial disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure | adjourned *sine die* |

16.    DEADLINES FOR SETTLEMENT AND JOINT MEDIATION PLAN

The Parties have not engaged in settlement talks to date but agree to engage in such discussions and file a joint mediation plan with the Court by [Defendants' insert].June 17, 2026.

- 11 -