# EXHIBIT 5

# Sarah Fallon

| | |
|---|---|
| **From:** | Rachel Cocalis |
| **Sent:** | Friday, February 14, 2025 2:21 PM |
| **To:** | 'Matthew.Peters@lw.com'; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; Christian.Word@LW.com |
| **Cc:** | Erika Oliver; Dan Drosman; David Rosenfeld; Robert Rothman; Jacob Gelman; Sarah Fallon; Tor Gronborg |
| **Subject:** | RE: In re Carvana Securities Litigation |

Matt,

Thank you for responding to Plaintiffs' February 13 proposal. Our responses and questions regarding a number of issues below.

First, with regard to the deadline for amending the pleadings, there is an inconsistency between your scheduling order and  joint case management report. Is it Defendants' position that the deadline should be April 16, 2025 or April 16, 2026?  If it is the former, the Parties are at an impasse on this issue.

Second, with regard to the deadline for dispositive and Daubert motions, Plaintiffs do not agree to have a significantly shorter briefing schedule for dispositive motions than they had for Defendants' motion to dismiss. Further, Defendants' position remains inconsistent with their February 7 proposed schedule and the Court's prior scheduling orders in securities cases. In addition, why do Defendants now refuse to include a date certain by which parties may respond and reply to any dispositive motions? To the extent that Defendants are unwilling to extend the latest proposed deadlines to be consist with their February 7 position and/or just calendar their proposed dates, the Parties are at an impasse on this issue.

Third, to the extent that Defendants continue to request that the substantial completion will be terminated if the Parties cannot come to an agreement regarding search terms and custodians by April, do Defendants agree that all other deadlines, such as the deadline for fact discovery, plaintiffs' motion for class certification, or dispositive motions should be terminated as well? As you know from the Parties' meet-and-confer, the substantial completion deadline is directly related to other deadlines in this case.  To the extent that Defendants do not agree, the Parties are at an impasse on this issue.

Fourth, the reference to Rule 36 was in error and will be deleted.

Given that it is 3:15 pm MT, please let us know if we are at an impasse on any of the above issues no later than **4:00 pm MT**. Consistent with my email this morning, to ensure a fair and timely filing, please send Defendants' proposed scheduling order and insert for the joint case management report at **5:00 pm MT today**.  Plaintiffs will immediately insert Defendants' position into the joint case management report and file the report and proposed scheduling orders.  Further, Plaintiffs agree not to modify their position in the draft joint status report (aside from necessary formatting changes) following the receipt of Defendants' position at 5:00 pm MT.

Thanks,
Rachel

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Friday, February 14, 2025 1:19 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Rachel,

On behalf of Defendants, please find the attached revised draft joint proposed case management report and draft scheduling order.  The attached redlines compare these versions against the versions you sent last night.

We hope that Plaintiffs will find these drafts acceptable.  We would be happy to schedule a call today to discuss.

-Matt

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Friday, February 14, 2025 12:27 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

It appears that the Parties are at an impasse regarding the schedule and will submit competing scheduling orders and positions in Section 15 of the joint case management report. To ensure a fair and timely filing, Plaintiffs propose that Defendants send Plaintiffs their proposed scheduling order and insert for Section 15 of the joint case management report at 4:30 pm MT today.  Plaintiffs will immediately insert Defendants' position into the joint case management report and file the report and proposed scheduling orders.  Further, Plaintiffs agree not to modify their position in the draft joint case management report (aside from necessary formatting changes) following the receipt of Defendants' position at 4:30 pm MT.

If defendants, however, believe that a compromise on the remaining points of disagreement is possible, the parties should schedule a telephonic meeting this morning.

Thanks,
Rachel

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Thursday, February 13, 2025 9:13 PM

2

**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Thank you, Rachel.  We will review these drafts and will let you know whether a call tomorrow is necessary.  Though, I am not immediately aware of the availability of all counsel for the defendants, and therefore do not know whether your preferred time of 9:00 am PT/10:00 am MT is a possibility.  However, at least I have a pre-existing conflict at 12 PM EST tomorrow.

For now, however, I note that I disagree with the characterizations in your email regarding, among other things, Defendants' latest proposals, as well as Plaintiffs' February 12 proposal.  I sincerely hope that going forward no party feels the need to resort to those types of characterizations—they are unproductive and do nothing to help this case proceed efficiently.

Best,
Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Thursday, February 13, 2025 11:27 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

After waiting nearly two weeks for a response from Defendants regarding Plaintiffs' January 27, 2025 proposal, Plaintiffs' February 12 drafts attempted to provide a compromise between the Parties' positions.  For example, Plaintiffs agreed to Defendants' proposed four month extension to an already generous schedule. Defendants' latest proposal, on the eve of filing, makes little attempt at compromise, going so far as to create disagreements where there had previously been none.  Further, many of Defendants' new edits are highly inconsistent with the Court's prior practice in securities cases.  For example, in *In re Opendoor Sec. Litig.*, the Court entered a deadline for the substantial completion of document productions over the defendants' objections; ordered full briefing schedules for the plaintiffs' motion for class certification and the parties' dispositive motions; and agreed that the deadline for amending and/or supplementing the pleadings should be on the last day of fact discovery.  *See In re Opendoor Sec. Litig.*, Case No. 2:22-cv-01717-MTL, ECF 118.  Nonetheless,

Plaintiffs hope that the Parties can reach a compromise on the schedule with the attached drafts, which are subject to further review, edit, and approval by Plaintiffs.

To the extent that Defendants are unwilling to accept Plaintiffs' proposed compromise regarding the schedule, let's have a call at 9:00 am PT/10:00 am MT.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Thursday, February 13, 2025 4:37 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Rachel,

Thank you for the drafts.  Attached please find the attached revised draft case management report and scheduling order.  The attached redlines compare these versions against the versions that you circulated yesterday.  These drafts are subject to further review, revisions, and approval by Defendants.

We welcome any questions about the drafts, and would be happy to schedule a time to discuss tomorrow if Plaintiffs would like to do so.

-Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, February 12, 2025 5:03 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

Please see the attached draft proposed scheduling order and case management report.  The attached drafts are subject to further review, edit, and approval by Plaintiffs. I have also included redlines showing edits to the drafts that you circulated this morning.

Please let us know if you have any questions or want to schedule a call to discuss.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, February 12, 2025 9:26 AM
**To:** Kalana.Kariyawasam@lw.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Christian.Word@LW.com
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel,

Attached please find a draft scheduling order, as well as a redline showing edits defendants made to plaintiffs' prior draft scheduling order. Also attached is a revised draft of the joint proposed case management report. The attached redline compares this version against the version defendants sent to plaintiffs last Friday.

We welcome any questions you have about these materials, and please let us know if you want to schedule a call to discuss.

-Matt

---

**From:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>
**Sent:** Friday, February 7, 2025 8:13 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Please use the attached version instead, which incorporates some minor additional revisions.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

**From:** Kariyawasam, Kalana (NY)
**Sent:** Friday, February 7, 2025 7:05 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Please find attached a revised version of the draft joint case management report, reflecting edits from all defendants, along with a redline for your convenience. The draft remains subject to further review and approval. We are happy to discuss.

We are continuing to finalize edits to the draft scheduling order, and will revert with those early next week.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

**From:** Peters, Matthew (DC) <Matthew.Peters@lw.com>
**Sent:** Thursday, February 6, 2025 4:18 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Subject:** RE: In re Carvana Securities Litigation

Hi Rachel,

During this week's Rule 26(f) conference, Defendants' counsel reviewed the entire draft Case Management Report section-by-section, explaining our positions and anticipated edits. And as I mentioned during the conference, we are diligently working on an updated draft and will send it to Plaintiffs as soon as possible. Currently, we expect to send the draft to you tomorrow.

We also discussed the Scheduling Order during the 26(f) conference. I asked whether you were aware of a Judge Liburdi case where the parties had submitted a draft scheduling order. You mentioned *Opendoor.* We checked docket and did not see such a filing, as opposed to a scheduling order entered by Judge Liburdi. Please let me know if I missed

6

something, as I want to ensure we're aligned.  Based on Plaintiffs' intention to submit a draft scheduling order, we are revising the draft and will provide updates soon. We may prioritize sending the Scheduling Order to avoid delays.

Also, as I mentioned during the 26(f) conference, our e-discovery vendor was reviewing the draft ESI Protocol.  We will share any edits to that document and the Protective Order as well.

-Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Thursday, February 6, 2025 1:43 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

Plaintiffs sent Defendants a draft electronic discovery agreement, stipulated protective order, scheduling order, and joint case management report ten days ago. We have not yet received Defendants' edits to any of these drafts even though the joint case management report is due next week. To the extent that Defendants have any edits to the proposed scheduling order or joint case management report, please provide them immediately so that Plaintiffs have sufficient time to review and respond to any proposed edits. If necessary, Plaintiffs will address Defendants' delay in the case management report.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, January 29, 2025 12:54 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; Kalana.Kariyawasam@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Thanks Rachel.

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, January 29, 2025 3:39 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com;

Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

We are available on Tuesday from 8:30 am-9:30 PT/11:30-12:30 ET. We can use the following dial-in: 267-930-4000 Code: 120021170.

Thanks,
Rachel

---

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Wednesday, January 29, 2025 9:03 AM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; Kalana.Kariyawasam@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel for each of the defendants is available on for the Rule 26(f) meet-and-confer on Tuesday between 10-12:30 PM ET.

Thank you,
Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Monday, January 27, 2025 6:00 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Melanie.Walker@us.dlapiper.com' <Melanie.Walker@us.dlapiper.com>; 'Yan.Grinblat@us.dlapiper.com' <Yan.Grinblat@us.dlapiper.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Kristina A. Bunting <kbunting@paulweiss.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** In re Carvana Securities Litigation

Counsel,

Please let us know when you are available next Monday or Tuesday for the Parties' Rule 26(f) meet-and-confer.  Further, attached please find a draft electronic discovery agreement, stipulated protective order, scheduling order, and joint case management report.  The attached drafts are subject to further review, edit, and approval by Plaintiffs.

Thanks,
Rachel

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**