# EXHIBIT 7

*In re Carvana Sec. Litig.*
Carvana Defendants' Proposed Custodians– March 19, 2025

|  | Name | Current / Former Employee | Position / Role |
|---|---|---|---|
| 1. | Ernest Garcia III | Current | Co-Founder; Chief Executive Officer; Chairman |
| 2. | Mark Jenkins | Current | Chief Financial Officer |
| 3. | Stephen Palmer | Current | Vice President of Accounting & Finance |
| 4. | Michael Maroone | Current | Director |
| 5. | Neha Parikh | Current | Director |
| 6. | Ira Platt | Current | Director |
| 7. | Greg Sullivan | Current | Director |
| 8. | Ben Huston | Current | Chief Operating Officer |
| 9. | Chris Olson | Current | Deputy General Counsel |
| 10. | Paul Breaux | Current | Vice President, General Counsel, Secretary |
| 11. | Will Munsil | Current | Head of Public Policy & Government Affairs |
| 12. | John Greer | Current | Director Regulatory Operations |
| 13. | Steve Keim | Former | Associate Director (Sell to Carvana) |
| 14. | Josh Johnson | Current | Engineering Manager (Customer Care) |
| 15. | Mark Murphy | Current | Manager, Regulatory Operations Support |

*In re Carvana Sec. Litig.*
Carvana Defendants' Proposed Search Terms – March 19, 2025

- TNR

- Title* w/3 Registr*

- ("retail unit*" OR "retail sale*") w/5 ("demand" OR "growth")

- "T&R" OR "T/R" OR "T & R"

- "temporary operating plate"

- ("TOP" OR "TOPS") w/5 (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "compli*" OR "comply" OR "policy" OR procedur* OR "checklist")

- ("TOP" OR "TOPS") w/5 ("legal" OR "valid*" OR "accept*" OR "allow*" OR "tolera* OR "support*" OR "permissible" OR "permit*")

- ("temp* tag*" OR "temporary tag*") AND (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "compliance" OR "comply" OR "policy" OR procedur* OR "checklist")

- ("temp* tag*" OR "temporary tag*") AND ("legal" OR "valid" OR "accept*" OR "allow*" OR "tolerable" OR "support" OR "permissible" OR "permit*")

- ("Illinois Secretary of State" OR (("Illinois" OR "IL") w/3 "Secretary of state") OR (("Illinois" OR "IL") w/3 "SOS") OR "Illinois Attorney General" OR "Illinois" OR "Oak Brook" OR "Arlington Heights") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ("Ohio BMV" OR "Ohio") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Novi" OR "Oakland") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" )

- ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville" ) AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ("Arizona Department of Transportation" OR ("Arizona" w/3 "DOT" OR "Arizona" OR "Phoenix") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ("Pennsylvania Department of Transportation" OR ("Pennsylvania" w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ("North Carolina Division of Motor Vehicles" OR "NCDMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ("Maryland Motor Vehicle Administration" OR "MVA" OR "Maryland") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- ((("Texas" w/3 "DMV") OR "Texas Department of Motor Vehicles" OR "Texas")) AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")

- Regulat* w/5 investigat*

- "SOX" AND "certificate*"

- "sub-certificat*" or "sub certificat*"

- "financial statement*" w/20 ("prepar*" OR "review" OR "submi*"))

- "10-K" w/20 ("prepar*" OR "review" OR "submi*"))

- "10-Q" w/20 ("prepar*" OR "review" OR "submi*"))

- "SEC filing*"

- Earning* w/5 (transcript* OR call* OR presentation*)

- "IPO" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")

- "public offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")

- "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan"

- "Citi" OR "Citibank" OR "Citigroup"

- "Barron's" or "Barrons" or "Alderman"

- (("WSJ" OR "Wall Street Journal") AND ((title* w/3 regist*) OR "T&R" OR "T/R" OR "T & R")) AND (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR backlog OR delay* OR late* OR Covid OR compliance OR comply OR disrupt OR undrivable)

- Colias

- Foldy

- Dealtertrack OR coxautoinc.com OR DLRdmv

- REGUSA OR "Reg USA"

- ABS OR absautoservices.com

- "expresstitletag" OR "Express Title"

- Vitu

- CVR OR cvrreg.com

- "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title"

-  "Title One"

- Centex