# EXHIBIT 8

# Sarah Fallon

| | |
|---|---|
| **From:** | Kalana.Kariyawasam@lw.com |
| **Sent:** | Friday, April 25, 2025 10:59 AM |
| **To:** | Rachel Cocalis; Natalie.Salazar@lw.com; Matthew.Peters@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; Christian.Word@LW.com; Meryn.Grant@lw.com |
| **Cc:** | Erika Oliver; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Lea Bays; Katie Woods; Matthew Balotta; mpisem@paulweiss.com; dfriedman@paulweiss.com; aharper@paulweiss.com |
| **Subject:** | RE: In re Carvana Securities Litigation |

EXTERNAL SENDER
Rachel,

We propose that the parties use the May 6 submission to the Court to raise the parties' dispute regarding the remaining scope of the case, without burdening the Court with subsidiary disputes. Essentially every one of the "myriad" issues you note with respect to search terms, custodians, RFPs, etc., is derivative of the parties' disagreement on scope. To the extent there are minor disputes that would remain regardless of how that issue is resolved, they too would be impacted by its resolution because a holistic assessment of issues of burden and proportionality depends upon the ultimate scope of the case. Further, it is not possible for the parties to meaningfully describe and argue the numerous individual issues you've raised within 1.5 pages each, on top of the parties' scope dispute.

Accordingly, we propose that Plaintiffs and all Defendants minimize unnecessary burden on the Court by submitting a single joint motion regarding the existing scope of the case. Plaintiffs would provide a draft to Defendants by April 29, Defendants would provide their insert by May 5 at 8 a.m. PT, and Plaintiffs would then have the opportunity to respond to new contentions and file on May 6.

Please let us know if you agree. We are available to meet and confer.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, April 23, 2025 6:59 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>; Grant, Meryn (CC) <Meryn.Grant@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor

Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; dfriedman@paulweiss.com; aharper@paulweiss.com
**Subject:** RE: In re Carvana Securities Litigation

Kalana,

We agree with the Carvana Defendants' position that an exchange prior to May 6, 2025, will aid the Parties and the Court in resolving any issues. That said, it makes little sense for Plaintiffs to provide a position statement to the Carvana Defendants in two days when we still have not received their position to our April 16, 2025 proposed compromises on myriad issues, search terms, and custodians. Thus, unless the Carvana Defendants are refusing all of Plaintiffs' counter-proposals outright, we cannot agree to your proposed schedule below. Further, as you know, the Parties have until April 30, 2025 to come to an agreement and, thus, your proposed April 25 date is premature. Finally, your proposal does not account for Defendant Garcia Sr. and the Underwriter Defendants who are also subject to the April 30 and May 6 deadlines in the scheduling order. Accordingly, Plaintiffs propose the following *so long as* the Carvana Defendants, Garcia Sr., and Underwriter Defendants all provide responses to Plaintiffs' most recent correspondence by ***Monday, April 28, 2025 at Noon ET*** so that Plaintiffs may have sufficient time to determine the issues they intend to move on:

1. **Wednesday, April 30, 2025** – If necessary, Plaintiffs provide: (1) a draft of the joint motion between Plaintiffs and the Carvana Defendants containing Plaintiffs' position statement, which should not exceed 1.5 pages, along with a placeholder for Carvana Defendants' position statement; (2) a draft of the joint motion between Plaintiffs and the Underwriter Defendants containing Plaintiffs' position statement, which should not exceed 1.5 pages, along with a placeholder for the Underwriter Defendants' position statement; and (3) a draft of the joint motion between Plaintiffs and Defendant Garcia Sr. containing Plaintiffs' position statement, which should not exceed 1.5 pages, along with a placeholder for Garcia Sr.'s position statement.

2. **Saturday, May 3, 2025** – If necessary, the respective Defendants will then add their position statement to their respective draft joint motions and return the updated draft motions to Plaintiffs.

3. **Tuesday, May 6, 2025** – If necessary, Plaintiffs will revise their position statements in the joint motions before filing on behalf of all the parties on May 6, 2025.

Lastly, as previously explained (*see, e.g.*, R. Cocalis March 21, 2025, March 28, 2025, April 5, 2025, and April 16, 2025 correspondence), please provide the requested organizational charts that were supposed to be "expedite[d]" for production under the ESI Order "to facilitate the identification of appropriate custodians." ESI Order at 3-4.

Thanks,
Rachel

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, April 22, 2025 7:41 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Natalie.Salazar@lw.com; Matthew.Peters@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com; Meryn.Grant@lw.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; dfriedman@paulweiss.com; aharper@paulweiss.com
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Rachel,

Carvana Defendants are reviewing your correspondence dated April 16, 2025, regarding, among other things, the search terms that will be used to identify potentially relevant documents and communications for production to Plaintiffs.  While Carvana Defendants will respond to your correspondence as promptly as possible, we wanted to immediately address our concerns with Plaintiffs' proposal regarding the processes the parties will follow to file a discovery dispute on May 6, 2025.  Specifically, Plaintiffs propose that "Carvana Defendants . . . send an insert for the joint motion . . . at 6:00 p.m. EDT on May 6, 2025," after which Plaintiffs will immediately insert Carvana Defendants' position into the motion and file it on behalf of the parties.

Carvana Defendants believe that such a process is very likely to result in a substantively disjointed submission, where the parties may talk past each other.  Such a submission will not provide the Court with a clear and cogent articulation of the relevant issues and would likely only frustrate the Court and, perhaps as a result, the parties as well.

To avoid this outcome, the Carvana Defendants propose that the parties follow what we understand to be a more typical practice: on or before April 25, Plaintiffs send Carvana Defendants a draft of the joint motion containing Plaintiffs' position statement, which should not exceed 1.5 pages, along with a placeholder for Carvana Defendants' position statement.  Carvana Defendants will then add their position statement to the draft joint motion and return the updated draft to Plaintiffs by May 2.  Plaintiffs can then, if they wish, revise their position statement to address new contentions before filing on May 6.

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Wednesday, April 16, 2025 9:40 PM
**To:** Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>; Grant, Meryn (CC) <Meryn.Grant@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; dfriedman@paulweiss.com; aharper@paulweiss.com
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Please see the attached correspondence.

Thanks,
Rachel

---

**From:** Natalie.Salazar@lw.com <Natalie.Salazar@lw.com>
**Sent:** Thursday, April 10, 2025 8:10 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Matthew.Peters@lw.com; Kalana.Kariyawasam@lw.com;

Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com; Meryn.Grant@lw.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; dfriedman@paulweiss.com; aharper@paulweiss.com
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel,

Please see the attached correspondence sent on behalf of Matt Peters.

Regards,

**Natalie R. Salazar**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.777.7106
Email: natalie.salazar@lw.com
https://www.lw.com

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Saturday, April 5, 2025 7:42 AM
**To:** Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>; Grant, Meryn (CC) <Meryn.Grant@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Natalie,

We will review and respond to your email below.  In the meantime, we can agree to meet-and-confer late next week once the Carvana Defendants have "conclude[d] [thei]r evaluation of Plaintiffs'" March 28, 2025 counter-proposal. Please provide your availability for a meet-and-confer next Friday.  Further, by April 8, 2025, please provide an update on (i) the production of organizational charts (*see* R. Cocalis 3/21/25 email; R. Cocalis 3/28/25 Letter at 1-2; ESI Order at 3); (ii) the "custodial and non-custodial data sources likely to contain responsive information" for the Carvana Defendants' proposed custodians pursuant to the ESI and Scheduling Orders (R. Cocalis 3/28/25 Letter at 2); and (iii) Plaintiffs' proposed custodians (*id.* at 2).  In addition, if the Carvana Defendants disagree with any of Plaintiffs' March 28, 2025 proposed search terms, please provide a hit report in accordance with the ESI Order so that we may have a productive and informed meet-and-confer next week.  *See* ESI Order at 4 ("To the extent the producing party does not agree to any of the additional search terms or claims that use of the complete set of search terms is not proportional to

4

the needs of the case or unduly burdensome, the producing party will provide a search term hit list or hit report for the complete set of search terms after global de-duplication (including the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list, with and without families).").

Thanks,
Rachel

---

**From:** Natalie.Salazar@lw.com <Natalie.Salazar@lw.com>
**Sent:** Friday, April 4, 2025 4:54 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Matthew.Peters@lw.com; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com; Meryn.Grant@lw.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel,

Thank you for providing Plaintiffs' "additional search terms," which we have been diligently evaluating.  As I'm sure you appreciate, doing so has taken a substantial amount of work, including by our e-discovery vendor upon whom we necessarily rely to run the additional terms in a review database. Plaintiffs' "additional" search terms comprise approximately 79 search strings, containing approximately 525 search terms not contained in the Carvana Defendants originally proposed terms—which resulted in many new search permutations that Carvana Defendants had to run.  In fact, due to the length of Plaintiffs' "additional" search string proposals and the review platform's technological limitations, many of Plaintiffs' proposals had to be broken apart into sub-pieces in order to run.  Ultimately, Plaintiffs' additional terms added approximately 700,000 documents not previously returned by Carvana Defendants' proposed initial search terms.  While, as mentioned we have been diligently evaluating Plaintiffs' "additional" terms,  due to the volume (as well as timing of when we received them—i.e., last Friday at 8 P ET), our review is continuing.

That said, we are glad to see that Plaintiffs agreed to 14 search strings from Carvana Defendants' proposed initial search terms.  Furthermore, the Carvana Defendants can agree to add at least the 19 "additional" search strings listed below proposed by Plaintiffs.

1. "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com
2. "hold title"
3. "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *@jpmchase.com
4. "offering document" OR "registered public offering"
5. "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")
6. "T&R" OR "T/R" OR "T & R" OR "T and R"
7. (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))
8. *@dps.ohio.gov
9. *@flhsmv.gov
10. *@mdot.maryland.gov
11. *@michigan.gov

12. *@ncdot.gov
13. *@pa.gov
14. *@txdmv.gov
15. *transportation@azag.gov OR *@azdot.gov
16. disclosure w/3 (control* OR procedure* OR committee)
17. shareholder* W/5 letter
18. undriv* w/30 (taskforce or (task w/5 force))
19. unregistered w/3 (car OR cars OR vehicle*)

In accordance with the ESI protocol, the Carvana Defendants are available to meet and confer regarding Plaintiffs' "additional" search terms on Monday, April 7th after 1 PM ET. However, holding a meet-and-confer later next week—to allow us to conclude our evaluation of Plaintiffs' "additional" search terms—would, we believe, be more productive and efficient for everyone.

Please let us know your preference regarding when to meet-and-confer.

Thank you,

**Natalie R. Salazar**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.777.7106
Email: natalie.salazar@lw.com
https://www.lw.com

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Friday, March 28, 2025 7:10 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Word, Christian (DC) <Christian.Word@LW.com>; Grant, Meryn (CC) <Meryn.Grant@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

Matt,

Please see the attached letter and exhibits thereto. Plaintiffs reserve all rights to further modify the proposed search terms identified in the exhibits. Have a great weekend.

Thanks,
Rachel

**From:** Matthew.Peters@lw.com <Matthew.Peters@lw.com>
**Sent:** Tuesday, March 25, 2025 7:40 AM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Natalie.Salazar@lw.com; Kalana.Kariyawasam@lw.com;

6

Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com; Meryn.Grant@lw.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>
**Subject:** RE: In re Carvana Securities Litigation

EXTERNAL SENDER
Rachel,

Do plaintiffs have availability this Thursday morning/early afternoon ET to discuss your outreach below, as well as plaintiffs' proposed custodial and noncustodial data sources and review parameters?

-Matt

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Friday, March 21, 2025 8:28 PM
**To:** Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Melanie.Walker@us.dlapiper.com' <Melanie.Walker@us.dlapiper.com>; 'Yan.Grinblat@us.dlapiper.com' <Yan.Grinblat@us.dlapiper.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Kristina A. Bunting <kbunting@paulweiss.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

Thank you for providing the Carvana Defendants' proposed search terms and custodians in response to Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants (the "RFPs"). However, it appears that the Carvana Defendants failed to provide any search terms in response to RFP Nos. 1-2, 5, 8-15, 17, 20, 22, 25-33, 35-42 or state that they intend to collect documents in response to these RFPs through other means. Further, it appears that the Carvana Defendants are improperly cabining their proposed search terms to RFP Nos. 6-7 to only one of the multiple fraudulent artifices alleged – title and registration. As such, in advance of our meet-and-confer next Wednesday or Thursday, please send a revised list of initial search terms that are responsive to all of Plaintiffs' RFPs or confirm that Defendants are refusing to produce any documents in response to these RFPs and/or are limiting their collection, review, and production to issues concerning title and registration.

In addition, consistent with the ESI Order and in response to RFP No. 38, please provide Carvana's organizational charts so that Plaintiffs can identify custodians. See ECF 131 at 3-4 ("To the extent they exist, the parties will expedite the production of organizational charts to facilitate the identification of appropriate custodians.").

Please let us know what times work for you next Wednesday afternoon or Thursday for a meet and confer. Thank you.

Best,
Rachel

**From:** Rachel Cocalis
**Sent:** Thursday, March 20, 2025 9:52 AM
**To:** 'Natalie.Salazar@lw.com' <Natalie.Salazar@lw.com>; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; Christian.Word@LW.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>; Matthew.Peters@lw.com
**Subject:** RE: In re Carvana Securities Litigation

Counsel,

I write with regard to the Parties' agreement to disclose "proposed custodial and noncustodial data sources likely to contain responsive information" and "a list of proposed search terms" by March 20, 2025 (ECF 128 at 2) in connection with the Carvana Defendants' First Set of Requests for Production to Lead Plaintiffs served on March 19, 2025 ("First RFPs").  Lead Plaintiffs United Association National Pension Fund ("UANPF") and Saskatchewan Healthcare Employees' Pension Plan's ("SHEPP") (collectively, "Plaintiffs") proposed parameters are preliminary and subject to change, particularly as the Carvana Defendants only served their First RFPs yesterday afternoon.   Indeed, Plaintiffs and their counsel have not yet had sufficient time to review the facially overbroad First RFPs and assess whether and to what extent they seek information relevant to any claim or defense in this action.  Accordingly, Plaintiffs reserve all rights to modify their review methodologies and search parameters identified below.

To identify documents responsive to Defendants' First RFPs, UANPF currently intends to collect folders within its database that may contain responsive ESI (*e.g.*, a shared folder containing all investment manager reports for the relevant investment managers, board materials, investment policy statements, investment manager agreements) during the Class Period.  At this time, UANPF does not believe that it needs to reduce its burden by employing search terms to further narrow the population of potentially responsive documents.  UANPF, however, may decide to employ agreed-upon search terms to further narrow this population of ESI as appropriate.   As noted above, the review methodology is tentative and may be modified as the collection, review, and meet-and-confer processes continue.

To identify documents responsive to Defendants' First RFPs, SHEPP currently intends to collect folders within its database that may contain responsive ESI (*e.g.*, a shared folder containing all non-public investment manager reports for the relevant investment managers and investment manager agreements) during the Class Period.  At this time, SHEPP does not believe that it needs to reduce its burden by employing search terms to further narrow the population of potentially responsive documents.  SHEPP, however, may decide to employ agreed-upon search terms to further narrow this population of ESI as appropriate.  As noted above, the review methodology is tentative and may be modified as the collection, review, and meet-and-confer process continue.

We are available to meet and confer regarding the Parties' parameters next Wednesday afternoon (PT) or Thursday if you would like to have a call.  Lastly, please let us know if you would also like to confer regarding the production of privilege logs at that time.

Thanks,
Rachel

**From:** Natalie.Salazar@lw.com <Natalie.Salazar@lw.com>
**Sent:** Wednesday, March 19, 2025 7:34 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Kalana.Kariyawasam@lw.com; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Susan.Engel@lw.com; amarconi@fennemorelaw.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>;

abenedon@paulweiss.com; Christian.Word@LW.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld
<drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jacob Gelman <JGelman@rgrdlaw.com>;
Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Lea Bays <LBays@rgrdlaw.com>;
Matthew.Peters@lw.com
**Subject:** In re Carvana Securities Litigation

EXTERNAL SENDER
Counsel,

Attached please find a list of the Carvana Defendants' proposed custodians and search terms.  We intend to amend the
Carvana Defendants' Initial Disclosures to include any of the Carvana Defendants' proposed custodians that have not
already been disclosed under Rule 26(a)(1)(A)(i).

Please let us know when you are available to meet and confer, as contemplated in the ESI protocol.

Thank you,

**Natalie R. Salazar**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.777.7106
Email: natalie.salazar@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of
the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express
permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all
copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our
networks in order to protect our business and verify compliance with our policies and relevant legal
requirements. Any personal information contained or referred to within this electronic communication will be
processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE:** This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

**NOTICE:** This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

**NOTICE:** This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender

by reply email and destroy all copies of the original message.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**