# EXHIBIT 9

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Rachel A. Cocalis
rcocalis@rgrdlaw.com

March 28, 2025

<u>VIA EMAIL</u>

Matthew J. Peters
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004
matthew.peters@lw.com

Re:    *In re Carvana Co. Securities Litigation*, No. CV-22-2126-PHX-MTL (D. Ariz.)

Dear Matt:

I write with regard to the Parties'[1] March 27, 2025 meet and confer concerning the Carvana Defendants' March 19, 2025 proposed search parameters in response to Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants (the "RFPs"), the Stipulated Electronic Discovery Agreement and Order ("ESI Order") (ECF 137), and Scheduling Order (ECF 128).

First, under the ESI Order and the Scheduling Order, the Carvana Defendants were obligated to provide the "custodial and non-custodial data sources likely to contain responsive information." ESI Order at 3; Scheduling Order at 2.  The Carvana Defendants' March 19, 2025 correspondence, however, contained no such information nor an explanation as to why this information was not provided by the March 20, 2025 deadline.  *See* N. Salazar 3/19/2025 email.  During the Parties' March 27, 2025 meet and confer, you stated that the Carvana Defendants intended to search email, Google drive sources, Slack, and share drives, but you were unable to specify the locations, folders, or other particularized information concerning the share drives to be searched.  You also stated that the Carvana Defendants intend to search the named defendants' personal devices for non-duplicative, responsive documents and communications, including text messages and calendars.  In addition, you stated that the Carvana Defendants may collect and produce documents from the remaining custodians' personal devices, but that you are still in the process of conducting custodial investigations.  You stated that, if those investigations indicated their personal devices may contain

---

[1]    "Parties" herein refers to Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan (together, "Plaintiffs"), defendants Carvana Co. ("Carvana"), Ernest Garcia III, Mark Jenkins, Michael Maroone, Stephen Palmer, Neha Parikh, Ira Platt, and Greg Sullivan (collectively, the "Carvana Defendants"), defendant Ernest Garcia II, and underwriter defendants Citigroup Global Markets Inc. and J.P. Morgan Securities LLC.

**Robbins Geller
Rudman & Dowd LLP**

Matthew J. Peters
March 28, 2025
Page 2

responsive information, those devices would be searched and collected from as well.  Accordingly, please provide such custodial and non-custodial sources for all proposed custodians by April 4, 2025.

Second, as discussed during the March 27, 2025 meet and confer, the Carvana Defendants' proposed list of custodians is deficient.  For example, it does not include Mike Levin or the Carvana Spokesman identified in ¶188 of Lead Plaintiffs' Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF 71) – the speakers of Statement Nos. 4 and 8.  *See* ECF 117 at 2 (denying the Carvana Defendants' motion for reconsideration of the Court's order upholding these statements).  Plaintiffs are entitled to discovery from these individuals, including regarding their scienter, particularly given the Carvana Defendants' attempt to obtain dismissal of Statement Nos. 4 and 8 based on Plaintiffs' purported "fail[ure] to allege that the *makers* of the statement (the Non-Party Speakers) acted with scienter."  ECF 107 at 2.  Accordingly, please confirm by April 4, 2025 that the Carvana Defendants will add these individuals as custodians.

Third, Plaintiffs understand that the Carvana Defendants will prioritize production of Carvana's organizational charts so that Plaintiffs can identify what, if any, additional custodians should be included in the search for documents responsive to the RFPs.  *See* ESI Order at 3 ("To the extent they exist, the parties will expedite the production of organizational charts to facilitate the identification of appropriate custodians.").  Please confirm that organizational charts will be produced by April 4, 2025.

Lastly, as explained in my March 21, 2025 email, it appears that the Carvana Defendants failed to provide any search terms that would target documents responsive to numerous RFPs or state that they intend to collect documents in response to these RFPs through other means.  Moreover, Plaintiffs noted that that the Carvana Defendants appear to be improperly cabining their proposed search terms and, thus, the scope of discovery, to issues concerning title and registration. Accordingly, Plaintiffs requested that the Carvana Defendants provide "a revised list of initial search terms that are responsive to all of Plaintiffs' RFPs or confirm that Defendants are refusing to produce any documents in response to these RFPs and/or are limiting their collection, review, and production to issues concerning title and registration" prior to the Parties' March 27, 2025 meet and confer.  *See* R. Cocalis 3/21/25 email.

During the March 27, 2025 meet and confer, you explained that, while the Carvana Defendants believe that their proposed search terms are consistent with what they think is the proper scope of discovery, you are still reviewing the RFPs and may modify the search terms based on the Carvana Defendants' responses and objections to the RFPs, which are not due until April 10, 2025. Nonetheless, at this time there are a significant number of requests where the Carvana Defendants have not provided any applicable search terms.  As we discussed during the call, under the ESI Order and Scheduling Order, it is the producing party's obligation to propose search terms responsive to the first set of RFPs initially so that the receiving party can respond with "additional search terms" responsive to those same RFPs.  ESI Order at 4; *see also* Scheduling Order at 2 (requiring the

**Robbins Geller**
**Rudman & Dowd** LLP

Matthew J. Peters
March 28, 2025
Page 3

producing party to provide the initial list of proposed search terms in response to the first set of RFPs). This process makes sense as the producing party is in a better position to propose search terms responsive to the RFPs following a reasonable investigation. The ESI Order recognizes as much and provides that, "[t]o the extent reasonably possible, search terms will be crafted with input from the custodians in order to identify appropriate nomenclature, code words, etc." ESI Order at 4. Accordingly, in Exhibits A and B attached hereto, Plaintiffs have provided "additional search terms" to address the Carvana Defendants' proposed search terms targeting documents responsive to RFP Nos. 3-4, 7, 16, 18-19, 21, 23-24, and 34. *See* Exhibits A-B. But because the Carvana Defendants have not provided initial terms (or, presumably, custodians) targeting documents responsive to RFP Nos. 1-2, 5-6, 8-15, 17, 20, 22, 25-33, and 35-42 (*see* Exhibit A), there is no proposal to which Plaintiffs can respond with additional search terms. Of course, once the Carvana Defendants provide initial search terms regarding these RFPs or state that they intend to produce documents responsive to these RFPs through other means, Plaintiffs will provide additional search terms as needed and contemplated by the ESI Order.

As always, we are available for a meet and confer if you would like to discuss further.

Best Regards,

*Rachel Cocalis*

RACHEL A. COCALIS

RAC:th

Attachments

# EXHIBIT A

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 1 | All documents produced, provided, or received by you in the course of litigation against Carvana or the Individual Defendants concerning allegations in the Complaint, including *Harvin, et al. v. Carvana LLC, et al.*, No. 2:23-cv-02068 (E.D. Pa.), *Jennings, et al. v. Carvana LLC*, No. 5:21-cv-05400 (E.D. Pa.), and *Schertz v. Garcia II, et al.*, No. 2023-0600 (Del. Ch.).  This Request extends through the present. | None provided. | N/A |
| 2 | All documents and testimony that any of the Carvana Defendants have produced or provided to, or received from, any regulatory or government agency, federal or state law enforcement agency or representative, or state or local official concerning the allegations in the Complaint. This Request extends through the present. | None provided. | N/A |
| 3 | All documents concerning the issuance, tracking, monitoring, management, testing, analysis, assessment, or evaluation of customers' title and registration, including temporary or out-of-state license plates and tags, any delayed or missing titles and registrations, and any "spreadsheet[s] that tracked vehicles that needed titles."  Complaint, ¶73; *see also id.*, ¶120. | • TNR<br>• Title* w/3 Registr*<br>• "T&R" OR "T/R" OR "T & R"<br>• "temporary operating plate"<br>• ("TOP" OR "TOPS") w/5 (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "compli*" OR "comply" OR "policy" OR procedur* OR "checklist")<br>• ("TOP" OR "TOPS") w/5 ("legal" OR "valid*" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*")<br>• ("temp* tag*" OR "temporary tag*") AND (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "compliance" OR "comply" OR "policy" OR procedur* OR "checklist")<br>• ("temp* tag*" OR "temporary tag*") AND ("legal" OR "valid" OR "accept*" OR "allow*" OR "tolerable" OR "support" OR "permissible" OR "permit*")<br>• Dealertrack OR coxautoinc.com OR DLRdmv<br>• REGUSA or "Reg USA"<br>• ABS or absautoservices.com<br>• "expresstitletag" OR "Express Title"<br>• Vitu<br>• CVR OR cvrreg.com<br>• "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title"<br>• "Title One"<br>• Centex | • TNR<br>• Title* w/30 Registr*<br>• (title* or registr*) w/35 (missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor*OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR (not w/5 time*) OR untimely)<br>• unregistered w/3 (car OR cars OR vehicle*)<br>• "hold title"<br>• ("out of state" OR "out-of-state") w/35 (title OR registr*)<br>• undriv* w/30 (taskforce or (task w/5 force))<br>• "T&R" OR "T/R" OR "T & R" OR "T and R"<br>• (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)<br>• ("TOP" OR "TOPS") w/35 (issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR (not w/5 time*) OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera* OR "support*" OR "permissible" OR "permit*")<br>• ((temp* w/15 tag*) AND (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR (not w/5 time*) OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplianc* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera* OR "support*" OR "permissible" OR permit*)<br>• Dealertrack OR coxautoinc.com OR DLRdmv<br>• REGUSA OR "Reg USA"<br>• ABS OR absautoservices.com<br>• "expresstitletag" OR "Express Title"<br>• Vitu<br>• CVR OR cvrreg.com<br>• "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title"<br>• "Title One"<br>• Centex |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 4 | All documents concerning Carvana's compliance or lack thereof with title and registration rules, laws, and regulations, including: (i) any monetary penalties, settlements, or fines incurred or paid by any of the Carvana Defendants; (ii) any non-monetary penalties, including any suspensions or revocations of Carvana's licenses or ability to issue temporary or out-of-state tags or license plates; (iii) any increased oversight by a non-party, including any probationary periods; and (iv) any projected or actual impact to Carvana's reputation, goodwill, retail sales, operations expenses, SG&A, and business operations. | • ("Illinois Secretary of State" OR (("Illinois" OR "IL") w/3 "Secretary of state") OR (("Illinois" OR "IL") w/3 "SOS") OR "Illinois Attorney General" OR "Illinois" OR "Oak Brook" OR "Arlington Heights") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("Ohio BMV" OR "Ohio") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Novi" OR "Oakland") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" )<br>• ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville" ) AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("Arizona Department of Transportation" OR ("Arizona" w/3 "DOT" OR "Arizona" OR "Phoenix") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("Pennsylvania Department of Transportation" OR ("Pennsylvania" w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("North Carolina Division of Motor Vehicles" OR "NCDMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("Maryland Motor Vehicle Administration" OR "MVA" OR "Maryland") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• (("Texas" w/3 "DMV") OR "Texas Department of Motor Vehicles" OR "Texas")) AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• Regulat* w/5 investigat* | • (Secretary w/30 Giannoulias) OR (("Illinois" OR "IL") AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR (Illinois AND ("Attorney General" OR AG)) OR [Email domains of those individuals from Illinois that Carvana executives met and/or communicated with during the Relevant Period regarding its initial suspensions and later agreement] {Defendants are in the best position to know these domains.}<br>• ("Oak Brook" OR "Arlington Heights" OR IL OR Illinois) AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@[Email domain(s) of those individuals from Ohio that Carvana representatives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• ("Ohio BMV" OR "Ohio") AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@[Email domain(s) of those individuals from the Michigan Department of State that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@[Email domain(s) of those individuals from the Florida Department of Motor Vehicles or Florida's Department of Highway Safety and Motor Vehicles that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@[Email domain(s) of those individuals from Arizona's Department of Transportation that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@[Email domain(s) of those individuals from Pennsylvania's Department of Transportation that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR Pennsylvania OR "Philadelphia") AND (OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@[Email domain(s) of those individuals from North Carolina's Division of Motor Vehicles that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" NCDMV OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" OR NC) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS or OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• ((Maryland w/5 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)    • *@[Email domain(s) of those individuals from Maryland's Department of Transportation that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• *@[Email domain(s) of those individuals from Texas's Department of Motor Vehicles that Carvana executives met and/or communicated with during the Relevant Period] {Defendants are in the best position to know these domains}<br>• ((("Texas" OR TX) w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• Regulat* w/30 investigat*<br>• Regulat* w/30 action* |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 5 | All documents concerning the "buffers in many states to provide cushion for their title and registration teams to work with the various states to complete necessary registration paperwork" (*id.*, ¶187(b)), including documents concerning the timing of, reasons for, and decision to establish such "buffers" and the actual or expected impact of such "buffers" on retail sales. | None provided. | N/A |
| 6 | All documents concerning Statement Nos. 1-8 and 19-20 and Statements B and C alleged in the Complaint, including the preparation of and bases for these statements, including talking points, scripts, slide shows, transcripts, presentations, FAQs, meeting minutes, or notes. | None provided. | N/A |
| 7 | All documents relating to the tracking, monitoring, management, testing, analysis, evaluation, or assessment of the "drivers of" retail unit sales (MTD Order at 25), including any information or trends regarding the growth, profitability, or sustainability of Carvana's retail unit sales. | • ("retail unit*" OR "retail sale*") w/5 ("demand" OR "growth") | • (retail OR unit* OR sale*) w/35 ("revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR due OR external OR internal OR factors OR increas* OR strong* OR strength* OR rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) |
| 8 | All documents concerning Carvana's actual or stated "purchasing and verification standards" (or lack thereof) when buying cars from customers (*e.g.*, Complaint, ¶130), including documents concerning the tracking, monitoring, management, testing, analysis, evaluation, or assessment of the quality of cars purchased from customers. | None provided. | N/A |
| 9 | All documents concerning the expected or actual impact of customer-sourced cars on Carvana's retail unit sales, trade-in sales, "wholesale vehicle sales" (*e.g.*, *id.*, ¶135), operating profits, margins, operations expenses, "logistics network," and "operational metrics" (*e.g.*, *id.*, ¶137), including documents concerning any information or trends regarding the decision to increase or decrease the volume of customer-sourced cars. | None provided. | N/A |
| 10 | All documents concerning retail sales in "markets with lower profitability due to long distance from inventory" (*e.g.*, *id.*, ¶213(a)), including documents concerning: (i) the potential or actual impact of those sales on retail unit sales; (ii) the expected or actual financial terms and profitability of those sales and markets; (iii) the benefits, shortcomings, or sustainability of those sales and markets, including its impact on Carvana's logistics network (*e.g.*, *id.*, ¶141); (iv) the use of "third-party logistics and reconditioning providers" (*e.g.*, *id.*, ¶142); (v) the purchase of ADESA to "improve [Carvana's] logistics network" (*e.g.*, *id.*, ¶167); and (vi) the timing of, reasons for, and other details regarding the decision to reduce, decrease, meter, or stop such retail sales. | None provided. | N/A |
| 11 | All documents concerning retail "sales that were less profitable in the immediate period" and retail sales that "incorporated the value of future sales" (*e.g.*, *id.*, ¶213(a)(iv)), including documents concerning: (i) the potential or actual impact of those sales on retail unit sales; (ii) the expected or actual financial terms and profitability of those sales; (iii) the benefits, shortcomings, or sustainability of those sales; and (iv) the timing of, reasons for, and other details regarding the decision to reduce, decrease, meter, or stop those sales. | None provided. | N/A |
| 12 | All documents concerning Carvana's pass-through arrangement, including documents concerning: (i) the potential or actual impact of those sales on retail unit sales; (ii) the expected or actual financial terms and profitability of those retail sales; (iii) the benefits, shortcomings, or sustainability of those retail sales; (iv) Carvana's "Retail Vehicle Acquisitions" disclosure in its SEC Forms 10-Q filed on May 6, 2021, August 5, 2021, and November 4, 2021, and SEC Form 10-K filed on February 24, 2022; (v) Carvana's "Retail Vehicle Acquisitions and Reconditioning" disclosure in its SEC Forms 10-Q filed on May 10, 2022 and August 4, 2022; and (vi) Carvana's "Retail Vehicle Acquisition Agreements" disclosure in its SEC Form DEF 14A filed on March 23, 2022. | None provided. | N/A |
| 13 | All documents concerning Garcia Sr.'s relationship to, involvement in, or control of Carvana, including any communications between Garcia Sr. and any officer, director, or employee of Carvana concerning the Company. | None provided. | N/A |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 14 | All documents concerning all formal or informal contracts, agreements, transactions, or arrangements between Carvana and the Garcia Parties, including documents sufficient to identify all payments to or received from the Garcia Parties during the Relevant Period and amounts outstanding to be paid to each of the Garcia Parties as of each quarter-end and year-end reporting period. | None provided. | N/A |
| 15 | All documents concerning Carvana's monthly, quarterly, and annual financial reporting packages or analyses and supporting documentation, including revenue, expense, and GPU results broken down by retail and wholesale sales channel. | None provided. | N/A |
| 16 | All documents concerning the solicitation, issuing, and selling, including any due diligence undertaken by any Carvana Defendant and the selection of the Underwriter Defendants or exclusion of other underwriters, of the 2022 Public Offering, including any communications with any of the Underwriter Defendants or any potential investors concerning the offering. | • "IPO" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• "public offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan"<br>• "Citi" OR "Citibank" OR "Citigroup" | • ("IPO" OR Cactus) AND ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• (securit* OR underwrit*) AND (offering* OR roadshow* OR prospectus* OR "due diligence" OR "bring down") AND (Carvana or CVNA)<br>• "offering document" OR "registered public offering"<br>• (registration w/10 statement) OR prospectus OR S-3<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *@jpmchase.com<br>• "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com<br>• Brian w/10 Yick<br>• Andrew w/10 Cuthill<br>• Ian w/10 MacAllister<br>• Mark w/10 Pinsky<br>• Manoj w/10 Vemula<br>• due w/10 dilligence OR due w/10 diligence<br>• ((raise OR need) w/5 capital)<br>• (Grant w/10 Thornton) OR GT<br>• "davis polk" OR *@davispolk.com<br>• (Ron* w/5 Josey) OR ronald.josey@citi.com OR ((Nicholas OR Nic OR Nick) w/5 Jones)) OR nicholas.jones@citi.com<br>• (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com |
| 17 | Documents sufficient to identify the purchasers of any common stock in the 2022 Public Offering. | None provided. | N/A |
| 18 | All documents prepared for, sent to, or received from any of the Underwriter Defendants (including investment bankers, analysts, and consultants employed by or working for such underwriters), including any agreement letters, retainers, or payments related to the 2022 Public Offering. | • "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan"<br>• "Citi" OR "Citibank" OR "Citigroup" | • "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *@jpmchase.com<br>• "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com<br>• Brian w/10 Yick<br>• Andrew w/10 Cuthill<br>• Ian w/10 MacAllister<br>• Mark w/10 Pinsky<br>• Manoj w/10 Vemula<br>• (Grant w/10 Thornton) OR GT<br>• "davis polk" or *@davispolk.com<br>• (Ron* w/5 Josey) OR ronald.josey@citi.com OR ((Nicholas OR Nic OR Nick) w/5 Jones)) OR nicholas.jones@citi.com<br>• (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 19 | All documents reviewed and/or relied upon in connection with any of the Carvana Defendants' signing of the registration statements used to complete the 2022 Public Offering. | • "IPO" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• "public offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan"<br>• "Citi" OR "Citibank" OR "Citigroup"<br>• "SEC filing*" | • ("IPO" OR Cactus) AND ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• (securit* OR underwrit*) AND (offering* OR roadshow* OR prospectus* OR "due diligence" OR "bring down") AND (Carvana or CVNA)<br>• "offering document" OR "registered public offering"<br>• (registration w/10 statement) OR prospectus OR S-3<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *jpmchase.com<br>• "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com<br>• Brian w/10 Yick<br>• Andrew w/10 Cuthill<br>• Ian w/10 MacAllister<br>• Mark w/10 Pinsky<br>• Manoj w/10 Vemula<br>• (due w/10 dilligence) OR (due w/10 diligence)<br>• ((raise OR need) w/5 capital)<br>• (SEC OR "Securities and Exchange Commission") w/3 filing*<br>• (Grant w/10 Thornton) OR GT<br>• "davis polk" or *@davispolk.com<br>• (Ron* w/5 Josey) OR ronald.josey@citi.com OR ((Nicholas OR Nic OR Nick) w/5 Jones)) OR nicholas.jones@citi.com<br>• (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com |
| 20 | All documents concerning any communications with the SEC concerning the 2022 Public Offering or Offering Documents and all documents discussing whether any particular disclosure concerning Carvana should or should not be made in connection with the 2022 Public Offering. | None provided. | N/A |
| 21 | All documents concerning any communications, conference calls, presentations, or meetings with any Carvana shareholders, securities analysts, financial analysts, institutional investors, financial publications, news reporters, journalists, or investment bankers concerning Carvana, including any scripts, drafts, transcripts, notes, and anticipated questions and answers. | • "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND ((title* w/3 regist*) OR "T&R" OR "T/R" OR "T & R")) AND (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR backlog OR delay* OR late* OR Covid OR compliance OR comply OR disrupt OR undrivable)<br>• Colias<br>• Foldy<br>• Earning* w/5 (transcript* OR call* OR presentation*) | • "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))<br>• Colias<br>• Foldy<br>• (mislead* OR misled*) w/20 (public OR investor OR investors OR statement OR info*)<br>• false w/20 (info* OR statement*)<br>• (earning* OR investor* OR shareholder* OR analyst* OR media OR news OR bank*) AND (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR day* OR met OR meet)<br>• analyst* w/15 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*)<br>• shareholder* W/5 letter<br>• call* w/5 (conf* OR earning* OR quarter* OR annual* OR investor)<br>• Bottiglieri OR *@exanebnpparibas.com OR ((Nathaniel OR Nate OR Nat) w/5 Schindler) OR *@baml.com OR ((Garrett OR Gary) w/5 Nelson) OR *@cfraresearch.com OR ((Nicholas OR Nick OR Nic) w/5 Jones) OR Carletti OR ((Ronald OR Ron) w/5 Josey) OR *@jmpsecurities.com OR (John w/5 Blackledge) OR ((James OR Jim OR Jimmy) w/5 Kopelman) OR ((William OR Bill OR Will) w/5 Kerr) OR Whalley OR *@cowen.com OR Dyer OR *@craig-hallum OR ((Michael OR Mike) w/5 Baker) OR *@dadco.com OR ((David OR Dave) w/5 Reynolds) OR *@davyuk.com OR ((Emmanuel OR Manny) w/5 Rosner) OR *@db.com OR Montani OR *@evercoreisi.com OR (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com OR *@jpmorgan.com OR Colantuoni OR Thill OR *@jefferies.com OR (Adam w/5 Jonas) OR Sinkevicius OR *@morganstanley.com OR (212 w/5 667 w/5 8381) OR (Chris w/5 Pierce) OR (Brad w/5 Erickson) OR *@needhamco.com OR (Brian w/5 Nagel) OR *@opco.com OR ((Alexander OR Alex) w/5 Potter) OR *@psc.com OR *@rbccm.com OR Imbro OR Caintic OR (Rick w/5 Nelson) OR *@stephens.com OR ((Michael OR Mike) w/5 Ward) OR *@benchmarkcompany.com OR (Naved w/5 Khan) OR (Ki w/5 Bin w/5 Kim) OR *@truist.com OR Basham OR *@wellsfargo.com OR Zackfia OR *@williamblair.com OR Badishkanian OR *@wolferesearch.com |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 22 | All documents concerning any meetings of Carvana's Board of Directors (whether informal or formal and including any committee or subcommittee thereof) during which the subject matter of any allegation in the Complaint was discussed, including board packages, financial closing packages, meeting minutes, exhibits, agendas, memoranda, resolutions (whether adopted or discussed), notes, reports, and presentations, as well as all documents and communications concerning any action of Carvana's Board of Directors by written consent. | None provided. | N/A |
| 23 | All documents concerning the certification of Carvana's financial statements and disclosure controls and procedures by Garcia Jr. and Jenkins pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), including due diligence performed in order to provide the SOX certifications, documents and communications concerning sub-certifications made in connection with the SOX certifications, and any SOX compliance questionnaires or surveys. | • "SOX" AND "certificate*"<br>• "sub-certificat*" or "sub certificat*" | • "SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes OR ("cert*" w/5 302)<br>• (sub w/3 cert*) OR subcert* OR sub-cert*<br>• disclosure w/3 (control* OR procedure* OR committee) |
| 24 | All documents, including all drafts, and all communications concerning the preparation, content, review process, and submission of Carvana's SEC filings. | • "financial statement*" w/20 ("prepar*" OR "review" OR "submi*")<br>• "10-K" w/20 ("prepar*" OR "review" OR "submi*")<br>• "10-Q" w/20 ("prepar*" OR "review" OR "submi*")<br>• "SEC filing*" | • (10-K OR 10K OR 10-Q OR 10Q OR 8-K OR 8K OR "financial statement*" OR release OR letter OR MD&A OR (financ* w/10 disclos*)) AND (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold OR conceal OR omit*))<br>• (SEC OR "Securities and Exchange Commission") w/3 filing*<br>• (risk OR risks) w/3 disclos*<br>• "cannot disclose" OR "can not disclose" OR "will not disclose" OR "won't disclose" OR "can't disclose" OR "under wraps" OR "keep secret" OR "don't disclose" OR "do not disclose" OR "shouldn't disclose" OR "should not disclose"<br>• *@sec.gov |
| 25 | All documents concerning all compensation that each Individual Defendant received or was eligible to receive from Carvana, including:<br>(a) all components of the individual's compensation, including salaries, bonuses, and equity-based incentive compensation;<br>(b) any changes in compensation;<br>(c) any attempts to reduce or claw back their compensation;<br>(d) all bonuses and/or other compensation policies, terms, and agreements;<br>(e) all benchmarking of salaries against peer groups; and<br>(f) all payments made pursuant to §280G of the Internal Revenue Code, 26 U.S.C. §280G. | None provided. | N/A |
| 26 | All documents concerning the employment agreement(s) of each of the Individual Defendants and each current or former Carvana officer, director, or employee identified in the parties' Fed. R. Civ. P. 26(a)(1) disclosures. | None provided. | N/A |
| 27 | All documents and communications concerning the awards, holdings, and/or transactions in Carvana Securities by, for, or of the Individual Defendants and each former Carvana employee identified in the parties' Fed. R. Civ. P. 26(a)(1) disclosures, including all documents related to:<br>(a) Carvana Securities received, including any options to purchase;<br>(b) Carvana Securities held;<br>(c) transactions in Carvana Securities, including awards, exercises, purchases, sales, donations, or use of Carvana securities as collateral;<br>(d) any loans of Carvana Securities, including any prepaid variable forward contract or sale lending agreement; and<br>(e) any SEC Rule 10b5-1 trading plan by or on behalf of any Individual Defendant, including the details of any modifications of any plan. | None provided. | N/A |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 28 | Documents concerning the holdings and transactions in Carvana Securities for, or during, the Relevant Period made by entities in which any of the Individual Defendants owned at least 5% interest, including, but not limited to, DriveTime and Verde Investments, including all documents related to:<br>(a) Carvana Securities held;<br>(b) transactions in Carvana Securities, including awards, exercises, purchases, sales, donations, or use of Carvana securities as collateral;<br>(c) any loans of Carvana Securities, including any prepaid variable forward contract or sale lending agreement; and<br>(d) the ownership of such entities. | None provided. | N/A |
| 29 | Documents concerning any direct or indirect benefit or consideration that any of the Carvana Defendants received or intended to receive from another person's transactions in Carvana Securities for, or during, the Relevant Period. | None provided. | N/A |
| 30 | All documents concerning the departure, resignation, termination, demotion, or mutually agreed separation of any Carvana officers or executives, including Mike Levin. | None provided. | N/A |
| 31 | A copy of any media, social media, insider trading, code of business conduct and ethics, or corporate disclosure policies or procedures in place at Carvana, including all documents and communications concerning compliance or noncompliance with any of these policies or procedures. | None provided. | N/A |
| 32 | All documents concerning Carvana's share price, market capitalization, number of shareholders, and volume of shares traded, including documents concerning price movements in Carvana stock. | None provided. | N/A |
| 33 | All documents concerning the possible or actual factors or reasons that led to any change in the price of Carvana stock at any time during the Relevant Period. | None provided. | N/A |
| 34 | All documents concerning the disclosures regarding Carvana on August 10, 2021, October 22, 2021, June 24, 2022, and October 7, 2022, including the impact of these disclosures on Carvana's stock price. | • "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND ((title* w/3 regist*) OR "T&R" OR "T/R" OR "T & R")) AND (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR backlog OR delay* OR late* OR Covid OR compliance OR comply OR disrupt OR undrivable)<br>• ("North Carolina Division of Motor Vehicles" OR "NCDMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*")<br>• ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Novi" OR "Oakland") AND ("suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" )<br>• Colias<br>• Foldy | • ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" OR NC) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS or OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))<br>• Colias<br>• Foldy<br>• analyst* w/15 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*)<br>• (CVNA OR stock* OR share* OR pric* OR securities OR (market w/2 cap*)) w/30 (mov* OR react* OR chang* OR impact* OR caus* OR increas* OR up* OR down* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) |
| 35 | All documents identified in the Carvana Defendants' Fed. R. Civ. P. 26(a)(1) disclosures. | None provided. | N/A |
| 36 | All documents concerning all insurance policies, indemnification agreements, hold harmless agreements, and/or by-laws that may provide coverage for any of the Carvana Defendants for all or part of any potential liability arising from the claims alleged in the Complaint. | None provided. | N/A |
| 37 | The Carvana Defendants' document retention policies and documents concerning the preservation, search for, collection, maintenance, destruction, or alteration of documents or ESI. | None provided. | N/A |

| RFP No. | Text of Request | Defendants' Initial Proposed Search Term(s) | Plaintiffs' Proposed Additional Search Terms |
|---|---|---|---|
| 38 | Directories, organizational charts, or other documents sufficient to identify Carvana's organizational structure and its employees, including all direct reports to the Individual Defendants. | None provided. | N/A |
| 39 | Calendars, date books, telephone logs, telephone bills (local, long distance, and cellular), time sheets, expense reports, visitor logs, and/or appointment books reflecting Carvana-related activities, maintained by each Individual Defendant and former Carvana employees or directors identified in either of the parties' Fed. R. Civ. P. 26(a)(1) disclosures. | None provided. | N/A |
| 40 | Documents sufficient to identify all personal and business phone numbers, email addresses, secretaries, and/or personal assistants for the Individual Defendants and each current or former Carvana employee, founder, or director identified in either of the parties' Fed. R. Civ. P. 26(a)(1) disclosures. | None provided. | N/A |
| 41 | All documents concerning any of the affirmative and other defenses set forth in the Carvana Defendants' Answer. | None provided. | N/A |
| 42 | All documents that any of the Carvana Defendants intend to rely on, or use, to oppose any application to certify a class in this Action. | None provided. | N/A |

# EXHIBIT B

## Exhibit B:  Proposed Search Terms[1]

- (retail OR unit* OR sale*) w/35 ("revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR due OR external OR internal OR factors OR increas* OR strong* OR strength* OR rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend)

- TNR

- Title* w/30 Registr*

- (title* or registr*) w/35 (missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor*OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR (not w/5 time*) OR untimely)

- unregistered w/3 (car OR cars OR vehicle*)

- "hold title"

- ("out of state" OR "out-of-state") w/35 (title OR registr*)

- undriv* w/30 (taskforce or (task w/5 force))

- "T&R" OR "T/R" OR "T & R" OR "T and R"

- (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)

- ("TOP" OR "TOPS") w/35 (issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur*

---

[1]   For the reasons previously stated *supra*, Exhibit B does not include search terms designed to target documents responsive to all of Plaintiffs' First Set of Requests for the Production of Documents to the Carvana Defendants, and Plaintiffs reserve all rights to provide such additional terms if, and when, the Carvana Defendants provide initial search terms in response to RFP Nos. 1-2, 5-6, 8-15, 17, 20, 22, 25-33, 35-42.

OR "checklist" OR track* OR monitor* OR (not w/5 time*) OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera* OR "support*" OR "permissible" OR "permit*")

- (temp* w/15 tag*) w/35 (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR (not w/5 time*) OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera* OR "support*" OR "permissible" OR permit*)

- (Secretary w/30 Giannoulias) OR (("Illinois" OR "IL") AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR (Illinois AND ("Attorney General" OR AG) OR [Email domains of those individuals from Illinois that Carvana executives met and/or communicated with during the Relevant Period regarding its initial suspensions and later agreement][2])

- ("Oak Brook" OR "Arlington Heights" OR IL OR Illinois) AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- *@[Email domain(s) of those individuals from Ohio that Carvana representatives met and/or communicated with during the Relevant Period][3]

- ("Ohio BMV" OR "Ohio") AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- *@[Email domain(s) of those individuals from the Michigan Department of State that Carvana executives met and/or communicated with during the Relevant Period][4]

---

[2] Defendants are in the best position to know these domains.

[3] Defendants are in the best position to know these domains.

[4] Defendants are in the best position to know these domains.

4920-8039-6591.v1

- ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- *@[Email domain(s) of those individuals from the Florida Department of Motor Vehicles or Florida's Department of Highway Safety and Motor Vehicles that Carvana executives met and/or communicated with during the Relevant Period][5]

- ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- *@[Email domain(s) of those individuals from Arizona's Department of Transportation that Carvana executives met and/or communicated with during the Relevant Period][6]

- ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- *@[Email domain(s) of those individuals from Pennsylvania's Department of Transportation that Carvana executives met and/or communicated with during the Relevant Period][7]

- (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") AND (OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

---

[5] Defendants are in the best position to know these domains.
[6] Defendants are in the best position to know these domains.
[7] Defendants are in the best position to know these domains.

-3-

- *@[Email domain(s) of those individuals from North Carolina's Division of Motor Vehicles that Carvana executives met and/or communicated with during the Relevant Period][8]

- ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" OR NC) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS or OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- ((Maryland w/5 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- *@[Email domain(s) of those individuals from Maryland's Department of Transportation that Carvana executives met and/or communicated with during the Relevant Period][9]

- *@[Email domain(s) of those individuals from Texas's Department of Motor Vehicles that Carvana executives met and/or communicated with during the Relevant Period][10]

- ((("Texas" OR TX) w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

- Regulat* w/30 investigat*

- Regulat* w/30 action*

- "SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes OR ("cert*" w/5 302)

- (sub w/3 cert*) OR subcert* OR sub-cert*

- disclosure w/3 (control* OR procedure* OR committee)

---

[8] Defendants are in the best position to know these domains.

[9] Defendants are in the best position to know these domains.

[10] Defendants are in the best position to know these domains.

4920-8039-6591.v1

- (10-K OR 10K OR 10-Q OR 10Q OR 8-K OR 8K OR "financial statement*" OR release OR letter OR MD&A OR (financ* w/10 disclos*)) AND (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission))

- ((SEC OR "Securities and Exchange Commission") w/3 filing*) OR *@sec.gov

- (earning* OR investor* OR shareholder* OR analyst* OR media OR news OR bank*) AND (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR day* OR met OR meet)

- analyst* w/15 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*)

- shareholder* W/5 letter

- call* w/5 (conf* OR earning* OR quarter* OR annual* OR investor)

- ("IPO" OR Cactus) AND ("solicit*" OR "issue*" OR "sell*" OR "dilig*")

- "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")

- (securit* OR underwrit*) AND (offering* OR roadshow* OR prospectus* OR "due diligence" OR "bring down") AND (Carvana or CVNA)

- "offering document" OR "registered public offering"

- (registration w/10 statement) OR prospectus OR S-3

- "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *@jpmchase.com

- "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com

- Brian w/10 Yick

- Andrew w/10 Cuthill

- Ian w/10 MacAllister

- Mark w/10 Pinsky

- Manoj w/10 Vemula

-5-

- (due w/10 dilligence) OR (due w/10 diligence)

- ((raise OR need) w/5 capital)

- (Grant w/10 Thornton) OR GT

- "davis polk" OR *@davispolk.com

- (Ron* w/5 Josey) OR ronald.josey@citi.com OR ((Nicholas OR Nic OR Nick) w/5 Jones)) OR nicholas.jones@citi.com

- (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com

- Bottiglieri OR *@exanebnpparibas.com OR ((Nathaniel OR Nate OR Nat) w/5 Schindler) OR *@baml.com OR ((Garrett OR Gary) w/5 Nelson) OR *@cfraresearch.com OR ((Nicholas OR Nick OR Nic) w/5 Jones) OR Carletti OR ((Ronald OR Ron) w/5 Josey) OR *@jmpsecurities.com OR (John w/5 Blackledge) OR ((James OR Jim OR Jimmy) w/5 Kopelman) OR ((William OR Bill OR Will) w/5 Kerr) OR Whalley OR *@cowen.com OR Dyer OR *@craig-hallum OR ((Michael OR Mike) w/5 Baker) OR *@dadco.com OR ((David OR Dave) w/5 Reynolds) OR *@davyuk.com OR ((Emmanuel OR Manny) w/5 Rosner) OR *@db.com OR Montani OR *@evercoreisi.com OR (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com OR *@jpmorgan.com OR Colantuoni OR Thill OR *@jefferies.com OR (Adam w/5 Jonas) OR Sinkevicius OR *@morganstanley.com OR (212 w/5 667 w/5 8381) OR (Chris w/5 Pierce) OR (Brad w/5 Erickson) OR *@needhamco.com OR (Brian w/5 Nagel) OR *@opco.com OR ((Alexander OR Alex) w/5 Potter) OR *@psc.com OR *@rbccm.com OR Imbro OR Caintic OR (Rick w/5 Nelson) OR *@stephens.com OR ((Michael OR Mike) w/5 Ward) OR *@benchmarkcompany.com OR (Naved w/5 Khan) OR (Ki w/5 Bin w/5 Kim) OR *@truist.com OR Basham OR *@wellsfargo.com OR Zackfia OR *@williamblair.com OR Badishkanian OR *@wolferesearch.com

- "Barron's" or "Barrons" or "Alderman"

- (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))

- Colias

- Foldy

- (CVNA OR stock* OR share* OR pric* OR securities OR (market w/2 cap*)) w/30 (mov* OR react* OR chang* OR impact* OR caus* OR increas* OR up* OR down* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*)

4920-8039-6591.v1

- analyst* w/15 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*)

- Dealtertrack OR coxautoinc.com OR DLRdmv

- REGUSA OR "Reg USA"

- ABS OR absautoservices.com

- "expresstitletag" OR "Express Title"

- Vitu

- CVR OR cvrreg.com

- "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title"

- "Title One"

- Centex

- (mislead* OR misled*) w/20 (public OR investor OR investors OR statement OR info*)

- false w/20 (info* OR statement*)

- (risk OR risks) w/3 disclos*

- "cannot disclose" OR "can not disclose" OR "will not disclose" OR "won't disclose" OR "can't disclose" OR "under wraps" OR "keep secret" OR "don't disclose" OR "do not disclose" OR "shouldn't disclose" OR "should not disclose"

-7-