# EXHIBIT 13

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Rachel A. Cocalis
rcocalis@rgrdlaw.com

August 1, 2025

<u>VIA EMAIL</u>

Matthew J. Peters
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004
matthew.peters@lw.com

   Re: *In re Carvana Co. Securities Litigation*,
     No. CV-22-2126-PHX-MTL (D. Ariz.)

Dear Matt:

   I write with regard to Carvana Defendants' proposed search parameters and Responses and Objections to Lead Plaintiffs' First Set of Requests for Production to the Carvana Defendants ("R&Os"), served on April 10, 2025; Carvana Defendants' July 23, 2025 letter and Plaintiffs' March 28, April 16, May 15, and June 30, 2025 letters related thereto; and Carvana's Responses and Objections to Lead Plaintiffs' First and Second Sets of Interrogatories ("Rog 1 R&Os" and "Rog 2 R&Os"), served on June 13 and June 17, 2025, respectively.[1]

   As an initial matter, your letter is inaccurate and misleading.  While it is unnecessary to address all such inaccuracies, I provide a few examples below.  For example, you state that the parties have been "***consistently*** negotiating terms for months."  7/23/25 M. Peters Ltr. at 3.  Not so.  Plaintiffs provided Carvana Defendants with a search term counterproposal unrelated to the scope issue on May 15, 2025.  *See* 5/15/25 R. Cocalis Ltr.  Thereafter, Plaintiffs repeatedly asked for Carvana Defendants' response to no avail.  *See, e.g.*, 6/4/25 R. Cocalis email (inquiring about response to May (and April) letters); 5/29/25 L. Bays email (same); 6/10/25 L. Bays email (same); 6/11/25 E. Oliver email (same); 6/17/25 E. Oliver email (same); 6/30/25 R. Cocalis Ltr. (same).  Ignoring Plaintiffs' search term proposal for nearly ten weeks is a consistent and unexcused delay, not a consistent negotiation.  Next, Carvana Defendants gripe that Plaintiffs added new terms since their April 16 and May 15, 2025 counterproposals.  7/23/25 M. Peters Ltr. at 2-5.  But as the examples below demonstrate, many of the so-called "new" terms are not new at all, but rather represent a prior search term broken into several narrower terms to isolate potential problem areas and identify solutions.

---

[1] "Request(s)" or "RFP(s)" refers to Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants, served on March 11, 2025.

4922-9082-5561.v1

655 West Broadway, Suite 1900    San Diego, CA  92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com

**Robbins Geller**
**Rudman & Dowd** LLP

Matthew J. Peters
August 1, 2025
Page 2

| Carvana Defendants' 4/24/25 Counterproposal | Plaintiffs' 5/15/25 Counterproposal |
|---|---|
| (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* ~~OR up OR down* OR~~ OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | Agreed. |
| | (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/10 (up) |
| | (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/10 (down*) |
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" ~~OR NC~~) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | Agreed. |
| | ("NC") w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)[2] |

  It is likewise misleading for Carvana Defendants to cast Plaintiffs' request for "new" terms as a belated one. 7/23/25 M. Peters Ltr. at 5. Plaintiffs added terms on June 30, 2025 solely because Carvana Defendants served their Rog 1 R&Os and Rog 2 R&Os in June 2025 that identified new

---

[2] It is perplexing that Carvana Defendants are "baffl[ed]" by Plaintiffs' position on using a slightly broader search term than "("NC Situation" OR "N.C. Situation") and ((NC w/3 Situation) OR (N.C. w/3 Situation))." 7/23/25 M. Peters Ltr. at 3. Plaintiffs have repeatedly narrowed this search string from what was originally proposed. Further, Plaintiffs have repeatedly emphasized on meet-and-confer calls that this search string is critical, given that it directly implicates an upheld misstatement and partial corrective disclosure. And Plaintiffs have also repeatedly reminded Carvana Defendants in meet and confers that this search string *is derived from discovery* in other cases which confirms that Carvana referred to North Carolina internally as "NC" when discussing its title violations. *See* ECF 71-4 at 6. Thus, Carvana Defendants' offer to "meet and confer about additional search terms should Plaintiffs demonstrate *based upon discovery* that additional search terms are appropriate" rings hollow. 7/23/25 M. Peters Ltr. at 3.

4922-9082-5561.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Matthew J. Peters
August 1, 2025
Page 3

areas of discovery. *See* 6/30/25 R. Cocalis Ltr. at 2-3. Moreover, that these search terms were sent on June 30, 2025, before Plaintiffs received Carvana Defendants' counterproposal to Plaintiffs' May 15, 2025 counterproposal, is a problem of Carvana Defendants' own making. Lastly, Defendants ignore that Plaintiffs agreed to the majority of Defendants' April 24, 2025 search term counterproposal.

**I.      Search Terms and Custodians Responsive to the Requests and July 1 Order**

As explained in multiple correspondence and during our meet and confers, it is the producing party's obligation to propose search terms that will locate documents responsive to the first set of RFPs. *See, e.g.*, 3/28/25 R. Cocalis Ltr. at 2-3 (citing ESI Order at 4 and Scheduling Order at 2). From the outset, Carvana Defendants have unnecessarily delayed this process by failing to provide any search terms for numerous Requests, or to confirm that they would collect responsive documents through other means. *See, e.g.*, 3/21/25 R. Cocalis email; 3/28/25 R. Cocalis Ltr. at 2-3 and Ex. A thereto; 4/16/25 R. Cocalis Ltr. at 1-2; 5/15/25 R. Cocalis Ltr. at 1. While Plaintiffs previously understood that this lapse was largely due to the parties' scope dispute (*see, e.g.*, ECF 154 at 1), Carvana Defendants now claim – without any support – that they have always provided search terms for all RFPs or specified other means of collecting responsive documents. This is not correct. *See* 3/28/25 R. Cocalis Ltr., Ex. A.

Worse, little has changed since April, even after the June 23, 2025 scope hearing ("June Scope Hearing") and the Court's July 1, 2025 scope order (ECF 173) ("July 1 Order") that compelled broader discovery. *See* Exhibit 1 attached hereto (identifying RFPs and corresponding proposed search terms, or lack thereof).[3] In fact, in the more than five weeks since the June Scope Hearing, during which Carvana Defendants' counsel stated that the Court's forthcoming order would "greatly expand[] the scope of discovery . . . to basically everything at the company" (6/23/25 Tr. at 10:13-15), Carvana Defendants have proposed *no* additional custodians and *one* additional (facially deficient) search term. 7/23/25 M. Peters Ltr. at 8-9. This is unacceptable and contrary to the July 1 Order. *See* Exhibit 1.

Indeed, the single, overly restrictive search term "("RUS" OR "Retail Unit Sale*")" (4/23/25 M. Peters Ltr. at 8-9) is patently insufficient to address the disputed RFPs and July 1 Order. The term on its face would not even capture Statement Nos. 19-20 and Statement B in the Complaint. *See* ECF 71, ¶212 (Statement No. 19 using the terms "retail units" and "retail unit . . . growth"); *id.*, ¶214 (Statement No. 20 using the term "retail units"); *id.*, ¶383 (Statement B using the term "units sold").

---

[3]     To be clear, the inclusion of any proposed terms for an RFP in Exhibit 1 does not mean that Plaintiffs agree that Carvana Defendants have proposed terms that adequately capture documents responsive to that RFP. Rather, it merely reflects that Carvana Defendants have proposed at least one search term related to that RFP.

**Robbins Geller**
**Rudman & Dowd** LLP

Matthew J. Peters
August 1, 2025
Page 4

Moreover, as Carvana Defendants' counsel acknowledged during the June Scope Hearing, "discovery . . . [regarding the retail sales allegations is] basically everything at the company.  Because you're talking about the foundation of the company, its entire business model."  6/23/25 Tr. at 10:13-17.  Accordingly, because retail sales are Carvana's "entire business model," it seems highly unlikely that the custodians would always use the term "RUS" or "Retail Unit Sale*" in daily and informal communications (and, as demonstrated by their public statements, they clearly do not).  Further, Carvana's one-term proposal demonstrates no intention to capture documents responsive to most of the disputed RFPs, including Carvana's "'purchasing and verification standards' (or lack thereof) when buying cars from customers"; sales in "'markets with lower profitability due to long distance from inventory'"; sham pass-through arrangements with DriveTime; "'sales that were less profitable in the immediate period'"; and sales that "'incorporated the value of future sales.'"  RFP Nos. 8-12.  Lastly, you have noted that Judge Boyle indicated that discovery is going to be "very broad" in this case.  7/22/25 E. Oliver Ltr. at 1.  Yet, Carvana Defendants' one-term approach directly contradicts the broad scope of discovery that Defendants have acknowledged to the Court, third parties, and Plaintiffs.

Accordingly, by close of business (5:00 p.m. PT) on August 7, 2025, please provide a complete list of custodians and search terms that will capture documents responsive to Plaintiffs' RFPs and align with the scope set by the June Scope Hearing and the July 1 Order.  If you maintain that your current search terms are sufficient (they are not), please specifically identify which terms correspond to each RFP, as outlined in Exhibit 1.

Given the impending substantial completion deadline and Carvana Defendants undue delays, if Carvana Defendants fail to provide these search terms and custodians by August 7, 2025, Plaintiffs will raise this issue with the Court at the August 11, 2025 hearing and in a joint discovery motion based on the following schedule:

1. **Plaintiffs will provide their position statement** to Carvana Defendants by 5:00 p.m. PT on Tuesday, August 12, 2025;

2. **Carvana Defendants will provide their response** (**insert**) within six days of receipt of the joint motion (August 18, 2025) by 5:00 p.m. PT;

3. **Plaintiffs will then have the opportunity to revise their statement in response and file the following day (August 19, 2025);**[4] and

4. Prior to filing, Plaintiffs will provide Carvana Defendants with a redline identifying: any edits made to the parties' joint section, and any substantive changes made to Plaintiffs' position statement that are not in response to Carvana Defendants' position or a deletion that would

---

[4]    If Carvana Defendants do not abide by the agreed-upon schedule as they did with the parties' prior submissions (ECF 177-178), Plaintiffs have the right to alter the filing date.

**Robbins Geller**
**Rudman & Dowd** LLP

Matthew J. Peters
August 1, 2025
Page 5

otherwise render an argument superfluous and thus undermine the clarity and cogency of the joint submission.

## II.    Amended Rog 1 R&Os and Rog 2 R&Os

In June 2025, Plaintiffs requested that Carvana Defendants promptly amend their interrogatory responses in light of the June Scope Hearing. 6/30/25 R. Cocalis Ltr. at 2. Nearly a month later, your July 23, 2025 letter indicated that Carvana Defendants would "***potentially*** amend their responses to Plaintiffs' Interrogatory Nos. 1 and 2 in light of the July Order" at some unspecified future time. 7/23/25 M. Peters Ltr. at 10. But Carvana Defendants' interrogatory responses plainly state:

> Pursuant to the Court's December 16, 2024, Order, ECF No. 105 ("MTD Order"), the only surviving theory of liability in this Action is that Defendants misled investors with respect to whether Carvana was allegedly "systemically violating state and title registration laws." *Id.* at 20; *see, e.g., id.* at 25 ("[S]ome of Carvana's other expansion practices, such as its alleged practice of selling vehicles without proper title and registration, may not have been known to investors until a later date."), 55-57 (dismissing all loss causation events other than "four media reports that partially disclosed Carvana's title and registration issues"). Accordingly, Carvana will not respond to the Interrogatory to the extent the Interrogatory does not relate to the surviving theory of liability.

Rog 1 R&Os at 2, ¶1; Rog 2 R&Os at 2, ¶1 (same). Because Carvana Defendants' responses were expressly limited by their erroneous interpretation of the MTD Order, Carvana Defendants ***must*** amend their responses.

Further, they must do so without further delay. Indeed, Carvana Defendants' ongoing failure to amend is a transparent attempt to hinder Plaintiffs' discovery. First, Carvana Defendants' claim that any "potential" amendment will be delayed because it is "summer" is not a valid justification. 7/23/25 M. Peters Ltr. at 10. Carvana Defendants have known for over five weeks that the Court rejected their theory, and a party's discovery obligations do not pause for ***months*** for summer vacations. Second, as you know, this information is essential to Plaintiffs' evaluation of any proposed custodians. Indeed, absent organizational charts[5] or an amended interrogatory response, Plaintiffs have no way of determining the sufficiency of the proposed custodians. Accordingly, please confirm that Carvana Defendants will serve amended interrogatory responses by August 7, 2025. If not,

---

[5]    Notably, you stated for months during the parties' meet and confers that Carvana would produce organizational charts imminently and on an expedited basis (4/10/25 M. Peters Ltr. at 4) only to do an about face in April and claim that no such organizational charts exist. 4/24/25 M. Peters Ltr. at 5; 5/15/25 R. Cocalis Ltr. at 2.

4922-9082-5561.v1

**Robbins Geller
Rudman & Dowd** LLP

Matthew J. Peters
August 1, 2025
Page 6

Plaintiffs will be forced to bring Carvana Defendants' unreasonable delay to the Court's attention as part of its joint motion regarding search terms and/or custodians.

### III.    Issues Concerning Title and Registration

Carvana Defendants continue to refuse to include the individual speaker of Statement No. 8 as a custodian. 7/23/25 M. Peters Ltr. at 9. Worse, your letter accuses Plaintiffs of being litigious for acknowledging that the parties have been at an impasse on this issue since April and, thus, requires Court intervention before the substantial completion deadline. *Id.* This accusation is baseless. Plaintiffs have a duty to advocate for the class and are entitled to seek discovery relevant to their claims. *See* ECF 173 at 1-4 (granting Plaintiffs' request to compel discovery over Defendants' objections).

Moreover, Carvana Defendants' offer to run three search terms concerning the *Barron's* article ("Barron's" OR "Barrons" OR "Adelman") is plainly insufficient in light of their legal position that "scienter must be pleaded ***with respect to the individuals*** 'who actually made the false statements'" and "[t]he Ninth Circuit has not adopted any corporate scienter doctrine." ECF 107 at 2-3 (emphasis added) (quoting *Glazer Cap. Mgmt., LP v. Magistri*, 549 F.3d 736, 745 (9th Cir. 2008) and citing *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1063 (9th Cir. 2014)). In response, your letter misleadingly claims that Plaintiffs are requiring you to "'make a legal conclusion as to who is the "maker" of a challenged statement.'" 7/23/25 M. Peters Ltr. at 9. But it was Carvana Defendants who argued that the "[s]peaker[]" of a challenged statement is "the ***maker***[]," insisting that the claims as to Statement Nos. 4 and 8 should be dismissed because Plaintiffs failed to allege that the non-party speakers (*i.e.*, the makers of those statements) acted with scienter. *See* ECF 107 at 2-3 (emphasis in original). Accordingly, the parties are at an impasse on this issue, and it is ripe for judicial intervention.

Second, your letter incorrectly claims that Plaintiffs recently requested certain individuals be added as custodians without any "support." 7/23/25 M. Peters Ltr. at 9. As we have explained, Plaintiffs proposed these individuals because Carvana Defendants' own Rog 1 R&Os and Rog 2 R&Os identified these individuals as persons Carvana Defendants affirmatively relied on when making the alleged misstatements and/or persons who were involved in title and registration issues during the relevant period. 6/30/25 R. Cocalis Ltr. at 2. Nevertheless, in an effort to compromise and without waiver to seek additional custodians, Plaintiffs propose that only the following individuals be added as custodians: Kevin Hogan, Jordan Firman, Dan Gill, Kristin Thwaites, Christina Keiser, Sunny Warda, Brian Boyd, and Jacqueline Hearns.

Third, and finally, Plaintiffs will respond to Carvana Defendants' search term counterproposal only after it includes terms that cover all of the RFPs at issue and reflects the requirements of the July 1 Order.

4922-9082-5561.v1

**Robbins Geller**
**Rudman & Dowd** LLP

Matthew J. Peters
August 1, 2025
Page 7

We are available for a meet and confer prior to August 7, 2025 if you would like to discuss these issues further.

Best Regards,

RACHEL A. COCALIS

RAC:cac

4922-9082-5561.v1

# EXHIBIT 1

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 1 | All documents produced, provided, or received by you in the course of litigation against Carvana or the Individual Defendants concerning allegations in the Complaint, including *Harvin, et al. v. Carvana LLC, et al.*, No. 2:23-cv-02068 (E.D. Pa.), *Jennings, et al. v. Carvana LLC*, No. 5:21-cv-05400 (E.D. Pa.), and *Schertz v. Garcia II, et al.*, No. 2023-0600 (Del. Ch.). This Request extends through the present. | None provided. |
| 2 | All documents and testimony that any of the Carvana Defendants have produced or provided to, or received from, any regulatory or government agency, federal or state law enforcement agency or representative, or state or local official concerning the allegations in the Complaint. This Request extends through the present. | None provided. |
| 3 | All documents concerning the issuance, tracking, monitoring, management, testing, analysis, assessment, or evaluation of customers' title and registration, including temporary or out-of-state license plates and tags, any delayed or missing titles and registrations, and any "spreadsheet[s] that tracked vehicles that needed titles."  Complaint, ¶73; *see also id.*, ¶120. | • ("TOP" OR "TOPS") w/15 ("accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal")<br>• (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*))<br>• (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*)<br>• (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "on time" OR "in time" OR untimely)<br>• "expresstitletag" OR "Express Title"<br>• "hold title"<br>• "T&R" OR "T/R" OR "T & R" OR "T and R"<br>• "Title One"<br>• ABS OR absautoservices.com<br>• Centex<br>• CVR OR cvrreg.com<br>• Dealertrack OR coxautoinc.com OR DLRdmv<br>• REGUSA OR "Reg USA"<br>• TNR<br>• Vitu<br>• ("out of state" OR "out-of-state") w/35 (title OR registr*)<br>• Title* w/30 Registr*<br>• "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title"<br>• undriv* w/30 (taskforce or (task w/5 force))<br>• unregistered w/3 (car OR cars OR vehicle*) |

[1]  The inclusion of any search term in this column does not reflect Plaintiffs' agreement that Carvana Defendants' proposed search terms adequately capture documents responsive to an RFP. Rather, it merely acknowledges that Carvana Defendants provided at least one proposed search term to identify responsive documents.

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 4 | All documents concerning Carvana's compliance or lack thereof with title and registration rules, laws, and regulations, including: (i) any monetary penalties, settlements, or fines incurred or paid by any of the Carvana Defendants; (ii) any non-monetary penalties, including any suspensions or revocations of Carvana's licenses or ability to issue temporary or out-of-state tags or license plates; (iii) any increased oversight by a non-party, including any probationary periods; and (iv) any projected or actual impact to Carvana's reputation, goodwill, retail sales, operations expenses, SG&A, and business operations. | • ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ("Ohio BMV" OR "Ohio") w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ((("Texas" OR "TX") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• ("Oak Brook" OR "Arlington Heights" OR Illinois) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/20 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• (Secretary w/30 Giannoulias) OR (("Illinois" OR IL) AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR ((Illinois OR IL) AND ("Attorney General" OR AG OR *@ilsos.gov)) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br>• Regulat* w/15 action* <br>• Regulat* w/20 investigat* <br>• *@dps.ohio.gov <br>• *@flhsmv.gov <br>• *@mdot.maryland.gov <br>• *@michigan.gov <br>• *@ncdot.gov <br>• *@pa.gov <br>• *@txdmv.gov <br>• *transportation@azag.gov OR *@azdot.gov <br>• *@dmclaw.com <br>• Dickie w/3 mccamey <br>• *@revenue.alabama.gov <br>• (Alabama OR (AL w/3 DMV) OR (AL w/3 Revenue) OR (AL w/3 "Motor Vehicle") OR ALDOR OR ADOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| | | ~~problem" OR "fine" OR "investigat" OR "violat" OR complain" OR TOP OR TOPS OR complian" OR noncomplian" OR comply" OR goodwill OR reputation" OR privilege~~ OR fraud* OR probat* OR revocat* OR revok*) <br> • *@dfa.arkansas.gov <br> • (Arkansas OR (AR w/3 DMV) OR (AR w/3 "Motor Vehicle") OR (AR w/3 DFA)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@dmv.ca.gov <br> • @state.co.us <br> • *@dds.ga.gov <br> • *@bmv.in.gov <br> • (Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@ks.gov <br> • (Kansas OR (KS w/3 DMV) OR (KS w/3 DOV) OR (KS w/3 (Revenue OR DOR)) OR KDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • ky.gov <br> • (Kentucky OR KYTC OR (KY w/3 MVC) OR (KY w/3 Drive)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@maine.gov <br> • (Maine OR (ME w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@dot.state.ma.us <br> • (Massachusetts OR (MA w/3 RMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@state.mn.us <br> • (Minnesota OR (MN w/3 DVS) OR (MN w/3 DPS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@dor.mo.gov <br> • (Missouri OR (MO w/3 DMV) OR (MO w/3 DOR)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • mt.gov <br> • (Montana OR (MT w/3 MVD)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@dmv.nv.gov <br> • (Nevada OR (NV w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • @dmv.ny.gov <br> • (Oklahoma OR (OK w/3 Service) OR SOK OR OTC OR (OK w/3 DPS) OR (OK w/3 OMES)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@scdmv.net <br> • (South Carolina OR SCDMV OR (SC w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@tn.gov <br> • (Tennessee OR TDOS OR (TN w/3 DOS) OR TDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) <br> • *@utah.gov |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| | | • (Utah OR (UT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@vermont.gov<br>• (Vermont or (VT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dmv.virginia.gov<br>• *@dol.wa.gov<br>• *@dot.wi.gov<br>• ("Wisconsin" or "WisDOT" or (WI w/3 DOT)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 5 | All documents concerning the "buffers in many states to provide cushion for their title and registration teams to work with the various states to complete necessary registration paperwork" (*id.*, ¶187(b)), including documents concerning the timing of, reasons for, and decision to establish such "buffers" and the actual or expected impact of such "buffers" on retail sales. | None provided. |
| | | • ("TOP" OR "TOPS") w/15 ("accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal")<br>• (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*))<br>• (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*)<br>• (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "on time" OR "in time" OR untimely)<br>• "expresstitletag" OR "Express Title"<br>• "hold title"<br>• "T&R" OR "T/R" OR "T & R" OR "T and R"<br>• "Title One"<br>• ABS OR absautoservices.com<br>• Centex<br>• CVR OR cvrreg.com |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| | | ~~OVR OR ovreg.com~~ |
| | | • Dealtertrack OR coxautoinc.com OR DLRdmv |
| | | • REGUSA OR "Reg USA" |
| | | • TNR |
| | | • Vitu |
| | | • ("out of state" OR "out-of-state") w/35 (title OR registr*) |
| | | • Title* w/30 Registr* |
| | | • "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" |
| | | • undriv* w/30 (taskforce or (task w/5 force)) |
| | | • unregistered w/3 (car OR cars OR vehicle*) |
| | | • ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat* OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ("Ohio BMV" OR "Ohio") w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ((("Texas" OR "TX") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • ("Oak Brook" OR "Arlington Heights" OR Illinois) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/20 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • (Secretary w/30 Giannoulias) OR (("Illinois" OR IL) AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR ((Illinois OR IL) AND ("Attorney General" OR AG OR *@ilsos.gov)) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| | | • Regulat* w/15 action* |
| | | • Regulat* w/20 investigat* |
| | | • *@dps.ohio.gov |
| | | • *@flhsmv.gov |
| | | • *@mdot.maryland.gov |
| | | • *@michigan.gov |
| 6 | All documents concerning Statement Nos. 1-8 and 19-20 and Statements B and C alleged in the Complaint, including the preparation of and bases for these statements, including talking points, scripts, slide shows, transcripts, presentations, FAQs, meeting minutes, or notes. | • *@ncdot.gov |
| | | • *@pa.gov |
| | | • *@txdmv.gov |
| | | • *transportation@azag.gov OR *@azdot.gov |
| | | • *@dmclaw.com |
| | | • Dickie w/3 mccamey |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| | | • *@revenue.alabama.gov<br>• (Alabama OR (AL w/3 DMV) OR (AL w/3 Revenue) OR (AL w/3 "Motor Vehicle") OR ALDOR OR ADOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dfa.arkansas.gov<br>• (Arkansas OR (AR w/3 DMV) OR (AR w/3 "Motor Vehicle") OR (AR w/3 DFA)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dmv.ca.gov<br>• @state.co.us<br>• *@dds.ga.gov<br>• *@bmv.in.gov<br>• (Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@ks.gov<br>• (Kansas OR (KS w/3 DMV) OR (KS w/3 DOV) OR (KS w/3 (Revenue OR DOR)) OR KDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• ky.gov<br>• (Kentucky OR KYTC OR (KY w/3 MVC) OR (KY w/3 Drive)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@maine.gov<br>• (Maine OR (ME w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dot.state.ma.us<br>• (Massachusetts OR (MA w/3 RMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@state.mn.us<br>• (Minnesota OR (MN w/3 DVS) OR (MN w/3 DPS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dor.mo.gov<br>• (Missouri OR (MO w/3 DMV) OR (MO w/3 DOR)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• mt.gov<br>• (Montana OR (MT w/3 MVD)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dmv.nv.gov<br>• (Nevada OR (NV w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• @dmv.ny.gov<br>• (Oklahoma OR (OK w/3 Service) OR SOK OR OTC OR (OK w/3 DPS) OR (OK w/3 OMES)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@scdmv.net<br>• (South Carolina OR SCDMV OR (SC w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@tn.gov<br>• (Tennessee OR TDOS OR (TN w/3 DOS) OR TDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25¹ |
|---|---|---|
|  |  | • *@utah.gov<br>• (Utah OR (UT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@vermont.gov<br>• (Vermont or (VT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• *@dmv.virginia.gov<br>• *@dol.wa.gov<br>• *@dot.wi.gov<br>• ("Wisconsin" or "WisDOT" or (WI w/3 DOT)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem* OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)<br>• "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))<br>• Colias<br>• Foldy<br>• ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend)<br>• ("RUS" OR "Retail Unit Sale*") |
| 7 | All documents relating to the tracking, monitoring, management, testing, analysis, evaluation, or assessment of the "drivers of" retail unit sales (MTD Order at 25), including any information or trends regarding the growth, profitability, or sustainability of Carvana's retail unit sales. | • ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend)<br>• ("RUS" OR "Retail Unit Sale*") |
| 8 | All documents concerning Carvana's actual or stated "purchasing and verification standards" (or lack thereof) when buying cars from customers (*e.g.*, Complaint, ¶130), including documents concerning the tracking, monitoring, management, testing, analysis, evaluation, or assessment of the quality of cars purchased from customers. | None provided. |
| 9 | All documents concerning the expected or actual impact of customer-sourced cars on Carvana's retail unit sales, trade-in sales, "wholesale vehicle sales" (*e.g.*, *id.*, ¶135), operating profits, margins, operations expenses, "logistics network," and "operational metrics" (*e.g.*, *id.*, ¶137), including documents concerning any information or trends regarding the decision to increase or decrease the volume of customer-sourced cars. | None provided. |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 10 | All documents concerning retail sales in "markets with lower profitability due to long distance from inventory" (*e.g.*, *id.*, ¶213(a)), including documents concerning: (i) the potential or actual impact of those sales on retail unit sales; (ii) the expected or actual financial terms and profitability of those sales and markets; (iii) the benefits, shortcomings, or sustainability of those sales and markets, including its impact on Carvana's logistics network (*e.g.*, *id.*, ¶141); (iv) the use of "third-party logistics and reconditioning providers" (*e.g.*, *id.*, ¶142); (v) the purchase of ADESA to "improve [Carvana's] logistics network" (*e.g.*, *id.*, ¶167); and (vi) the timing of, reasons for, and other details regarding the decision to reduce, decrease, meter, or stop such retail sales. | None provided. |
| 11 | All documents concerning retail "sales that were less profitable in the immediate period" and retail sales that "incorporated the value of future sales" (*e.g.*, *id.*, ¶213(a)(iv)), including documents concerning: (i) the potential or actual impact of those sales on retail unit sales; (ii) the expected or actual financial terms and profitability of those sales; (iii) the benefits, shortcomings, or sustainability of those sales; and (iv) the timing of, reasons for, and other details regarding the decision to reduce, decrease, meter, or stop those sales. | None provided. |
| 12 | All documents concerning Carvana's pass-through arrangement, including documents concerning: (i) the potential or actual impact of those sales on retail unit sales; (ii) the expected or actual financial terms and profitability of those retail sales; (iii) the benefits, shortcomings, or sustainability of those retail sales; (iv) Carvana's "Retail Vehicle Acquisitions" disclosure in its SEC Forms 10-Q filed on May 6, 2021, August 5, 2021, and November 4, 2021, and SEC Form 10-K filed on February 24, 2022; (v) Carvana's "Retail Vehicle Acquisitions and Reconditioning" disclosure in its SEC Forms 10-Q filed on May 10, 2022 and August 4, 2022; and (vi) Carvana's "Retail Vehicle Acquisition Agreements" disclosure in its SEC Form DEF 14A filed on March 23, 2022. | None provided. |
| 13 | All documents concerning Garcia Sr.'s relationship to, involvement in, or control of Carvana, including any communications between Garcia Sr. and any officer, director, or employee of Carvana concerning the Company. | • ernest.garcia@drivetime.com<br>• ecggar@gmail.com<br>• ernie.garcia@drivetime.com<br>• egarcia@verdeinvestments.com |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 14 | All documents concerning all formal or informal contracts, agreements, transactions, or arrangements between Carvana and the Garcia Parties, including documents sufficient to identify all payments to or received from the Garcia Parties during the Relevant Period and amounts outstanding to be paid to each of the Garcia Parties as of each quarter-end and year-end reporting period. | None provided. |
| 15 | All documents concerning Carvana's monthly, quarterly, and annual financial reporting packages or analyses and supporting documentation, including revenue, expense, and GPU results broken down by retail and wholesale sales channel. | None provided. |
| 16 | All documents concerning the solicitation, issuing, and selling, including any due diligence undertaken by any Carvana Defendant and the selection of the Underwriter Defendants or exclusion of other underwriters, of the 2022 Public Offering, including any communications with any of the Underwriter Defendants or any potential investors concerning the offering. | • ("IPO" OR Cactus*) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• (due w/5 dilligence) OR (due w/5 diligence)<br>• (registration w/5 statement) OR prospectus OR S-3<br>• (securit* OR underwrit*) w/20 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA)<br>• ((raise OR need) w/5 capital)<br>• Ian w/5 MacAllister<br>• Andrew w/5 Cuthill<br>• Brian w/5 Yick<br>• Manoj w/5 Vemula<br>• Mark w/5 Pinsky<br>• "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com<br>• "offering document" OR "registered public offering"<br>• "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") |
| 17 | Documents sufficient to identify the purchasers of any common stock in the 2022 Public Offering. | None provided. |
| 18 | All documents prepared for, sent to, or received from any of the Underwriter Defendants (including investment bankers, analysts, and consultants employed by or working for such underwriters), including any agreement letters, retainers, or payments related to the 2022 Public Offering. | • Ian w/5 MacAllister<br>• Andrew w/5 Cuthill<br>• Brian w/5 Yick<br>• Manoj w/5 Vemula<br>• Mark w/5 Pinsky<br>• "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 19 | All documents reviewed and/or relied upon in connection with any of the Carvana Defendants' signing of the registration statements used to complete the 2022 Public Offering. | • ("IPO" OR Cactus*) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• (due w/5 dilligence) OR (due w/5 diligence)<br>• (registration w/5 statement) OR prospectus OR S-3<br>• (securit* OR underwrit*) w/20 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA)<br>• ((raise OR need) w/5 capital)<br>• Ian w/5 MacAllister<br>• Andrew w/5 Cuthill<br>• Brian w/5 Yick<br>• Manoj w/5 Vemula<br>• Mark w/5 Pinsky<br>• "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com<br>• "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com<br>• "offering document" OR "registered public offering"<br>• "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")<br>• ((SEC OR "Securities and Exchange Commission") w/3 filing*) |
| 20 | All documents concerning any communications with the SEC concerning the 2022 Public Offering or Offering Documents and all documents discussing whether any particular disclosure concerning Carvana should or should not be made in connection with the 2022 Public Offering. | • ((SEC OR "Securities and Exchange Commission") w/3 filing*) |
| 21 | All documents concerning any communications, conference calls, presentations, or meetings with any Carvana shareholders, securities analysts, financial analysts, institutional investors, financial publications, news reporters, journalists, or investment bankers concerning Carvana, including any scripts, drafts, transcripts, notes, and anticipated questions and answers. | • analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*)<br>• call* w/5 (present* OR earning* OR quarter* OR annual* OR investor)<br>• (earning* OR investor* OR shareholder* OR analyst*) w/15 (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR met OR meet)<br>• "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))<br>• Colias<br>• Foldy<br>• shareholder* W/5 letter |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 22 | All documents concerning any meetings of Carvana's Board of Directors (whether informal or formal and including any committee or subcommittee thereof) during which the subject matter of any allegation in the Complaint was discussed, including board packages, financial closing packages, meeting minutes, exhibits, agendas, memoranda, resolutions (whether adopted or discussed), notes, reports, and presentations, as well as all documents and communications concerning any action of Carvana's Board of Directors by written consent. | None provided. |
| 23 | All documents concerning the certification of Carvana's financial statements and disclosure controls and procedures by Garcia Jr. and Jenkins pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), including due diligence performed in order to provide the SOX certifications, documents and communications concerning sub-certifications made in connection with the SOX certifications, and any SOX compliance questionnaires or surveys. | • (("SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes) AND "cert*") OR ("cert*" w/5 302)<br>• (sub w/3 cert*) OR subcert* OR sub-cert* |
| 24 | All documents, including all drafts, and all communications concerning the preparation, content, review process, and submission of Carvana's SEC filings. | • ((SEC OR "Securities and Exchange Commission") w/3 filing*)<br>• ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR "MD&A" OR (financ* w/10 disclos*)) w/20 (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission)<br>• disclosure w/3 (control* OR procedure* OR committee) |
| 25 | All documents concerning all compensation that each Individual Defendant received or was eligible to receive from Carvana, including:<br>(a) all components of the individual's compensation, including salaries, bonuses, and equity-based incentive compensation;<br>(b) any changes in compensation;<br>(c) any attempts to reduce or claw back their compensation;<br>(d) all bonuses and/or other compensation policies, terms, and agreements;<br>(e) all benchmarking of salaries against peer groups; and<br>(f) all payments made pursuant to §280G of the Internal Revenue Code, 26 U.S.C. §280G. | None provided. |
| 26 | All documents concerning the employment agreement(s) of each of the Individual Defendants and each current or former Carvana officer, director, or employee identified in the parties' Fed. R. Civ. P. 26(a)(1) disclosures. | Defendants intend to provide relevant documents without the use of search terms.  7/23/25 M. Peters Ltr. at 2. |
| 27 | All documents and communications concerning the awards, holdings, and/or transactions in Carvana Securities by, for, or of the Individual Defendants and each former Carvana employee identified in the parties' Fed. R. Civ. P. 26(a)(1) disclosures, including all documents related to:<br>(a) Carvana Securities received, including any options to purchase;<br>(b) Carvana Securities held;<br>(c) transactions in Carvana Securities, including awards, exercises, purchases, sales, donations, or use of Carvana securities as collateral;<br>(d) any loans of Carvana Securities, including any prepaid variable forward contract or sale lending agreement; and<br>(e) any SEC Rule 10b5-1 trading plan by or on behalf of any Individual Defendant, including the details of any modifications of any plan. | None provided. |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 28 | Documents concerning the holdings and transactions in Carvana Securities for, or during, the Relevant Period made by entities in which any of the Individual Defendants owned at least 5% interest, including, but not limited to, DriveTime and Verde Investments, including all documents related to:<br>(a) Carvana Securities held;<br>(b) transactions in Carvana Securities, including awards, exercises, purchases, sales, donations, or use of Carvana securities as collateral;<br>(c) any loans of Carvana Securities, including any prepaid variable forward contract or sale lending agreement; and<br>(d) the ownership of such entities. | None provided. |
| 29 | Documents concerning any direct or indirect benefit or consideration that any of the Carvana Defendants received or intended to receive from another person's transactions in Carvana Securities for, or during, the Relevant Period. | None provided. |
| 30 | All documents concerning the departure, resignation, termination, demotion, or mutually agreed separation of any Carvana officers or executives, including Mike Levin. | None provided. |
| 31 | A copy of any media, social media, insider trading, code of business conduct and ethics, or corporate disclosure policies or procedures in place at Carvana, including all documents and communications concerning compliance or noncompliance with any of these policies or procedures. | Defendants intend to provide relevant documents without the use of search terms.  7/23/25 M. Peters Ltr. at 2. |
| 32 | All documents concerning Carvana's share price, market capitalization, number of shareholders, and volume of shares traded, including documents concerning price movements in Carvana stock. | None provided. |
| 33 | All documents concerning the possible or actual factors or reasons that led to any change in the price of Carvana stock at any time during the Relevant Period. | None provided. |
| 34 | All documents concerning the disclosures regarding Carvana on August 10, 2021, October 22, 2021, June 24, 2022, and October 7, 2022, including the impact of these disclosures on Carvana's stock price. | • analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*)<br>• "Barron's" or "Barrons" or "Alderman"<br>• (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))<br>• Colias<br>• Foldy<br>• (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) |
| 35 | All documents identified in the Carvana Defendants' Fed. R. Civ. P. 26(a)(1) disclosures. | Defendants intend to provide relevant documents as they are identified through discovery.  7/23/25 M. Peters Ltr. at 2. |
| 36 | All documents concerning all insurance policies, indemnification agreements, hold harmless agreements, and/or by-laws that may provide coverage for any of the Carvana Defendants for all or part of any potential liability arising from the claims alleged in the Complaint. | Defendants intend to provide relevant documents without the use of search terms.  7/23/25 M. Peters Ltr. at 2. |
| 37 | The Carvana Defendants' document retention policies and documents concerning the preservation, search for, collection, maintenance, destruction, or alteration of documents or ESI. | Defendants intend to provide relevant documents without the use of search terms.  7/23/25 M. Peters Ltr. at 2. |

| RFP No. | Text of Request | Defendants' Counter-Proposed Search Terms - 7/23/25[1] |
|---|---|---|
| 38 | Directories, organizational charts, or other documents sufficient to identify Carvana's organizational structure and its employees, including all direct reports to the Individual Defendants. | Defendants assert none exist.  4/24/2025 M.Peters Ltr. at 5. |
| 39 | Calendars, date books, telephone logs, telephone bills (local, long distance, and cellular), time sheets, expense reports, visitor logs, and/or appointment books reflecting Carvana-related activities, maintained by each Individual Defendant and former Carvana employees or directors identified in either of the parties' Fed. R. Civ. P. 26(a)(1) disclosures. | None provided. |
| 40 | Documents sufficient to identify all personal and business phone numbers, email addresses, secretaries, and/or personal assistants for the Individual Defendants and each current or former Carvana employee, founder, or director identified in either of the parties' Fed. R. Civ. P. 26(a)(1) disclosures. | None provided. |
| 41 | All documents concerning any of the affirmative and other defenses set forth in the Carvana Defendants' Answer. | None provided. |
| 42 | All documents that any of the Carvana Defendants intend to rely on, or use, to oppose any application to certify a class in this Action. | Defendants assert they will not produce documents in response to this request because the request is premature. |