# EXHIBIT 17

ROBBINS GELLER RUDMAN
    & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | LEAD PLAINTIFFS' SECOND SET OF INTERROGATORIES TO CARVANA CO. |
| All Actions. | |

4906-7159-2771.v1

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of Civil Procedure for the U.S. District Court for the District of Arizona, and subject to the definitions and instructions set forth below, Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan hereby serve on Carvana Co. ("Carvana") the following interrogatory. Carvana shall answer fully and under oath within 30 days after the date of service of this interrogatory.

**I.      DEFINITIONS**

Unless stated otherwise, the terms set forth below are defined as follows:

1.      "All," "any," and "each" shall each be construed as encompassing any and all.

2.      "Carvana" or the "Company" refers to Carvana Co., any of its direct or indirect subsidiaries, divisions or affiliates (foreign and domestic), predecessors, successors, former officers, directors, employees, agents, directors, accountants and advisors, and all other persons acting or purporting to act on its behalf.

3.      "Concerning" means relating to, referring to, describing, evidencing, or constituting.

4.      "Employee" or "employees" refers to any person who at any time acted or purported to act on your behalf or under your supervision, direction or control, including, without limitation, past directors, officers, principals, partners, executives, analysts, investment bankers, consultants, advisors, representatives, agents, trustees, independent contractors, assigns, businesses, or similar persons or entities.

5.      "Entity" or "entities" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

6.      "Identify," with respect to persons, means to give, to the extent known, the person's full name, present or last known address, present or last known email address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

- 1 -

4906-7159-2771.v1

7.    "Including" means including, but not limited to.

8.    "Person" or "persons" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

9.    "You" or "your" means the person or entity responding to this interrogatory.

10.    The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

## II.    INSTRUCTIONS

1.    In answering the following interrogatory, you are requested to furnish all information available to you, including all information in the possession of your counsel, investigators, and all other persons acting on your behalf.  Your response hereto is to be signed and verified by the person making it, as required by Federal Rule of Civil Procedure 33(b).

2.    If you cannot answer any interrogatory after exercising due diligence to do so, please identify the parts of the interrogatory you cannot answer, state the reasons why you are unable to provide an answer, and answer the remainder as completely as you can.

3.    If you object to answering an interrogatory in whole or in part, you must specifically state the grounds for your objection, including by identifying any facts which support your objection.

4.    If you claim any form of privilege, whether based on statute, common law, or otherwise, as a ground for not answering, identify the privilege that forms the basis for your objection and provide sufficient facts to justify your claim, including by identifying all persons who are in possession of or have the right to obtain the requested information, describing the steps you have taken to preserve the privilege you contend is applicable to the requested information, and identifying each and every fact and authority upon which you base your claim of privilege.

5.    This interrogatory shall be deemed subject to the duty to supplement as set forth in Federal Rule of Civil Procedure 26(e).  You are obligated to supplement or correct

- 2 -

4906-7159-2771.v1

your answers in a timely manner if you learn that your response is materially incorrect or incomplete, including by reason of information that becomes available to you after your answers hereto are served.

6.    The singular of any term includes the plural, and the disjunctive shall include the conjunctive, and vice versa.

## III.    INTERROGATORIES

INTERROGATORY NO. 2:

Identify facts sufficient to show Carvana's entire corporate organizational structure during the period from November 1, 2019 to April 10, 2023, including a description of: the function(s) of each corporate division, department, business unit, or other corporate subdivision of Carvana; the hierarchical organizational relationship between Carvana's divisions, departments, units, or other corporate subdivisions, including all organizational charts, diagrams, or other documents describing the relationships between Carvana's executive personnel, divisions, departments, units, or other corporate subdivisions; the reporting structures and hierarchies of authority and responsibility through which Carvana's executives, managers, officers, and employees fulfilled his, her, or their duties in managing the Company; the names and positions, job titles, job descriptions and duties of Carvana executives and senior managers within each corporate division, department, business unit, or other corporate subdivision; and the names and positions, job titles, and duties of employees who reported directly to the Carvana executives and senior managers identified in this interrogatory.

- 3 -

4906-7159-2771.v1

DATED:  May 13, 2025

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
TOR GRONBORG
(Admitted *pro hac vice*)
ERIKA L. OLIVER
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
MATTHEW J. BALOTTA
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)

_____
           RACHEL A. COCALIS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
BRENT E. MITCHELL
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
bmitchell@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 4 -

4906-7159-2771.v1

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C.  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

Additional Counsel for Lead Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
  & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

- 5 -

## DECLARATION OF SERVICE BY EMAIL

I, KATIE WOODS, not a party to the within action, hereby declare that on May 13, 2025, I served the attached LEAD PLAINTIFFS' SECOND SET OF INTERROGATORIES TO CARVANA CO. on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Daniel S. Drosman<br>Tor Gronborg<br>Erika L. Oliver<br>Rachel A. Cocalis<br>Matthew J. Balotta<br>Sarah A. Fallon | Robbins Geller Rudman & Dowd LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101 | ddrosman@rgrdlaw.com<br>torg@rgrdlaw.com<br>eoliver@rgrdlaw.com<br>rcocalis@rgrdlaw.com<br>mbalotta@rgrdlaw.com<br>sfallon@rgrdlaw.com |
| Robert M. Rothman<br>David A. Rosenfeld | Robbins Geller Rudman & Dowd LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY  11747 | rrothman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com |
| Andrew Friedman | Bonnett Fairbourn Friedman &<br>  Balint PC<br>7301 N. 16th Street<br>Suite 102<br>Phoenix, AZ  85020 | afriedman@bffb.com |

**COUNSEL FOR DEFENDANTS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Jeff G. Hammel<br>Kalana Kariyawasam | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020 | jeff.hammel@lw.com<br>kalana.kariyawasam@lw.com |
| Andrew B. Clubok<br>Susan E. Engel<br>Matthew J. Peters<br>J. Christian Word | Latham & Watkins LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, D.C.  20004 | andrew.clubok@lw.com<br>susan.engel@lw.com<br>matthew.peters@lw.com<br>christian.word@lw.com |
| Meryn Grant | Latham & Watkins LLP<br>355 S Grand Avenue<br>Suite 100<br>Los Angeles, CA  90071 | meryn.grant@lw.com |
| Douglas C. Northup<br>Andrea L. Marconi | Fennemore Craig, P.C.<br>2394 E. Camelback Road<br>Suite 600<br>Phoenix, AZ  85016 | dnorthup@fennemorelaw.com<br>amarconi@fennemorelaw.com |
| Susanna M. Buergel<br>David P. Friedman<br>Kristina A. Bunting | Paul, Weiss, Rifkind, Wharton &<br>  Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 | sbuergel@paulweiss.com<br>dfriedman@paulweiss.com<br>kbunting@paulweiss.com |

4906-7159-2771.v1

| Cameron A. Fine Madeline A. Cordray | DLA PIPER LLP (US) 2525 East Camelback Road Suite 1000 Phoenix, AZ 85016 | cameron.fine@us.dlapiper.com madeline.cordray@us.dlapiper.com |
|---|---|---|
| Melanie Walker Emma Peplow | DLA PIPER LLP (US) 2000 Avenue of the Stars Suite 400 Los Angeles, CA 90067 | melanie.walker@us.dlapiper.com emma.peplow@us.dlapiper.com |
| Yan Grinblat | DLA PIPER LLP (US) 444 West Lake Street Suite 900 Chicago, IL 60606 | yan.grinblat@us.dlapiper.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 13, 2025, at San Diego, California.

_____
KATIE WOODS

4906-7159-2771.v1