# EXHIBIT 21

## Sarah Fallon

| | |
|---|---|
| **From:** | Erika Oliver |
| **Sent:** | Thursday, September 4, 2025 5:01 PM |
| **To:** | 'Kalana.Kariyawasam@lw.com'; John Eastly; Rachel Cocalis; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Katie Woods; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta |
| **Cc:** | Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com |
| **Subject:** | RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL  - Correspondence |
| **Attachments:** | Ex. A__06-17-25 Rog. No. 2.pdf; Ex. B__08-19-25 Rog. No. 2.pdf; Ex. C__RFP No. 38.pdf; Ex. D__June 23, 2025 Hg. Tr..pdf; JOINT DISCOVERY MOTION RE ORGANIZATIONAL INFORMATION v.1.docx |

Counsel:

Given that the Carvana Defendants have not provided the information we requested in our August 22, 2025 letter, consistent with the briefing schedule set out in that letter, please find attached Plaintiffs' portion of the draft motion seeking documents responsive to RFP 38 and an amended response to Interrogatory 2. Also attached are the exhibits we intend to file with the motion.

Please send us Carvana's portion of the motion on or before September 10, 2025 at 5 pm PT, so that Plaintiffs can revise their statement, if needed, and file the motion on September 11, 2025.

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, August 26, 2025 7:14 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Thank you, Erika.  I just circulated an invite for 12pm PT on Friday.

**Kalana Kariyawasam**

1

Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Tuesday, August 26, 2025 10:09 PM
**To:** Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Hi Kalana,

Either time works for us. Can you please circulate a calendar invite or dial in? Thank you.

Regards,
Erika

---

**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, August 26, 2025 6:49 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; John Eastly <john.eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Erika,

We would like to meet and confer regarding the issues raised in your August 22 letter. Would you be available on Friday at 12pm PT or 1pm PT?

Thanks,

**Kalana Kariyawasam**
Pronouns: He/Him/His

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.303.2837

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Friday, August 22, 2025 10:32 AM
**To:** Eastly, John (SF) <John.Eastly@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta <MBalotta@rgrdlaw.com>
**Cc:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; AMarconi@fennemorelaw.com; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Matt:

Please see the attached correspondence.


Regards,
Erika

---

**From:** John.Eastly@lw.com <John.Eastly@lw.com>
**Sent:** Thursday, August 7, 2025 4:47 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; JGelman@rgrdlaw.com; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; bmitchell@rgrdlaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Kalana.Kariyawasam@lw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

EXTERNAL SENDER
Dear Counsel,

Attached please find the attached letter from Matt Peters.

Regards,

John Eastly

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation ) | No. CV-22-2126-PHX-MTL |
| ————————————————— ) | JOINT DISCOVERY MOTION AND MOTION TO COMPEL COMPLIANCE |
| This Document Relates To: ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| All Actions. ) | |
| ————————————————— ) | |

Pursuant to ¶¶3(b) and 6 of the Court's February 26, 2025 Scheduling Order (ECF 128), Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan ("Plaintiffs") and defendant Carvana Co. ("Carvana") submit this motion concerning a discovery dispute regarding Interrogatory No. 2 of Lead Plaintiffs' Second Set of Interrogatories to Carvana ("Interrogatory 2") and Request No. 38 of Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants ("RFP 38").[1]

## I.    PLAINTIFFS' ARGUMENT

The Court was unequivocal: "No aspect of the scheme claim – including those related to other purported drivers of Carvana's retail unit sales – was expressly dismissed by the Court" (ECF 173 at 3-4), and Plaintiffs are entitled to "***broad***" discovery into the upheld drivers of Carvana's retail unit sales supporting Statements 19-20 and B and the upheld scheme artifices.  Ex. D at 15:9-13, 20:7-14, 22:2-4; *see also* ACC, ¶¶213(a), 215(a), 384(a).  After previously identifying 16 custodians for a narrow subset of claims related to title and registration, Carvana now offers a mere two additional custodians to address the vast, Court-upheld scope of the fraud claims.  *Compare* Ex. A at 7:4-5, 8:14-17, *with* Ex. B at 6:22-26, 8:7-14.  This token offer belies the overbreadth protestations Defendants made at the June 23 hearing when they claimed discovery into the upheld allegations would expand "to basically everything at the company" and "its entire business model."  Ex. D at 10:13-17.  Defendants' offer of just two additional custodians is plainly too few for the broad remaining issues.

Worse yet, Carvana is obstructing Plaintiffs' ability to identify custodians, refusing to provide basic organizational information that the ESI Order required be "expedite[d] . . . to facilitate the identification of appropriate custodians."  ECF 137 at 3.  Despite agreeing – five months ago – to produce "documents sufficient to show Carvana's

---

[1]    Capitalized terms that are not defined herein have the same meaning as in the Joint Proposed Case Management Report.  ECF 118.

organizational structure," Carvana now claims it does not maintain historical org charts. Ex. C at 34.  But RFP 38 is broader than org charts.  It is not credible that Carvana has **no** records sufficient to show its organization.   Courts routinely reject such specious assertions.   *See, e.g.*, Transcript of Proceedings, *Evanston Police Pension Fund v. McKesson Corp.*, No. 3:18-cv-06525-CRB (N.D. Cal. July 13, 2020), ECF 103 at 11:7-16 (the court stating "it's hard for me to believe that McKesson does not have access to enough documents sufficient to show the general organization of McKesson with its departments and divisions" and ordering production of the same, as plaintiffs "can't just dig around in the dark").  Even if Relevant Period organizational records are unavailable, the remedy is a full response to Interrogatory 2, which was served to address Carvana's refusal to produce organizational records, including directories.

Accordingly, Plaintiffs respectfully request an order compelling Carvana's compliance with the Court's July 1, 2025 Order by (1) producing documents in response to RFP 38, including (a) documents sufficient to show Carvana's corporate structure, and (b) directories and/or human resources records listing the names and titles of employees within each business group; and (2) answering Interrogatory 2 as to the business groups that had any responsibilities relating to any driver of retail unit sales, any artifice of the scheme, financial reporting, and/or the April 2022 offering.  *See Hill v. Asset Acceptance, LLC*, 2014 WL 3014945, at \*15 & n.9 (S.D. Cal. 2014) (ordering production of org charts and collecting cases); *Impact, LLC v. United Rentals, Inc.*, 2009 WL 413713, at \*11-\*12 (E.D. Ark. 2009) (ordering identification of relevant employees and "departments, divisions, or business units" in response to interrogatories).  To the extent Carvana claims Relevant Period organizational records no longer exist, Plaintiffs request that it produce current records.  *Impact*, 2009 WL 413713, at \*9.

## II.    DEFENDANTS' ARGUMENT

### CERTIFICATION

- 2 -

The parties, by and through their undersigned counsel, hereby confirm that they have attempted to resolve the foregoing matter through personal consultation and sincere efforts as required by Local Rule of Civil Procedure 7.2(j).

DATED: September __, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
TOR GRONBORG
(Admitted *pro hac vice*)
ERIKA L. OLIVER
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
MATTHEW J. BALOTTA
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)


                                          */s/*
                         DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

- 3 -

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C.  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

Additional Counsel for Lead Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
  & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

DATED:  September __, 2025

LATHAM & WATKINS LLP
ANDREW B. CLUBOK
(Admitted *pro hac vice*)
J. CHRISTIAN WORD
(Admitted *pro hac vice*)
SUSAN E. ENGEL
(Admitted *pro hac vice*)
MATTHEW J. PETERS
(Admitted *pro hac vice*)

                    */s/*
          MATTHEW J. PETERS

555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004
Telephone: 202/637-2200
andrew.clubok@lw.com
christian.word@lw.com
susan.engel@lw.com
matthew.peters@lw.com

- 4 -

JEFF G. HAMMEL
(Admitted *pro hac vice*)
KALANA KARIYAWASAM
(Admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY  10020
Telephone: 212/906-1200
jeff.hammel@lw.com
kalana.kariyawasam@lw.com

MERYN C.N. GRANT
(Admitted *pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
Telephone: 424/653-5500
meryn.grant@lw.com

ASHLEY K. GEBICKE
(Admitted *pro hac vice*)
12670 High Bluff Drive
San Diego, CA  92130
Telephone: 858/523-5400
ashley.gebicke@lw.com

FENNEMORE CRAIG, P.C.
DOUGLAS C. NORTHUP (No. 013987)
ANDREA L. MARCONI (No. 022577)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016
Telephone:  602/916-5000
dnorthup@fennemorelaw.com
amarconi@fennemorelaw.com

Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan