# EXHIBIT 26

**Matthew J. Peters**
matthew.peters@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

VIA EMAIL
CONFIDENTIAL

December 2, 2025

Matthew J. Balotta
Robbins Geller Rudman & Dowd LLP
655 W. Broadway
San Diego, CA 92101
mbalotta@rgrdlaw.com

Re:     *In re Carvana Co. Securities Litig.*, No. CV-22-2126-PHX-MTL (D. Ariz.)

Dear Matthew:

I write with respect to Plaintiffs' letter dated November 4, 2025 (the "Letter"), along with related correspondence concerning the search terms used to identify documents for review in response to Plaintiffs' requests for production (the "RFPs").

Carvana Defendants have significantly expanded the scope of the search terms—five times now—each time in an effort to reach a compromise with Plaintiffs that captures all documents with a material likelihood of being relevant, while avoiding the unnecessary burdens associated with reviewing thousands of documents unlikely to be responsive to Plaintiffs' requests.  To date, those expansions have caused Defendants to review more than 500,000 additional documents.  Yet, Plaintiffs continue to reflexively demand more.

Defendants have already reviewed hundreds of thousands of documents and produced over 240,000 pages of documents to Plaintiffs for the Carvana Defendants' original 18 custodians alone.  Additionally, Defendants expect to produce documents from up to 7 additional custodians, pursuant to the Court's November 19, 2025, Order.  ECF No. 212.

Plaintiffs' latest set of search term requests would require the Carvana Defendants to review at least 689,934 additional documents at an estimated cost of approximately $2.5 – $2.8 million in review-related legal fees.  *See* Exhibit A.  This exorbitant cost is alone a sufficient basis to reject Plaintiffs' request.  But there is more.  Plaintiffs' requested search terms are not tethered to the subject matter of this case, and as a result, will result in collection and review of a large amount of irrelevant material.  For example, Plaintiffs continue to request the term "Verde*," which draws in myriad irrelevant hits, from news articles related to Cape Verdean nationals, to individuals with the last name Verdegay.  Plaintiffs have never explained what relevant material

LATHAM&WATKINS LLP

they believe is even theoretically likely to be captured by the term, nor does the term capture relevant materials in practice. The same is true with respect to Plaintiffs' request for "lemon*," which draws in foodservice menus that include "lemonade."

Plaintiffs have not provided any basis to believe the Carvana Defendants' terms are not adequate and proportionate. For example, Plaintiffs ask for <(stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus)>. Unsurprisingly, this broad and unspecific string returns irrelevant junk—literally—such as hundreds of spam emails that ask for recipients to "Share now" and "Download the app." It also captures documents related to the stock market and shares of unrelated companies. In contrast, Carvana has proposed and implemented more precise terms designed to capture discussion of Carvana's stock price while excluding the obviously irrelevant. For example,

- <(CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*)>;

- <(CVNA w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)>; and

- <((stock w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND Carvana OR CVNA>.

These terms resulted in identification of over 122,000 documents, over 3,000 of which were responsive to Plaintiffs' requests and have already been produced to you. *See, e.g.*, CVNA_CA_00178017; CVNA_CA_00178064; CVNA_CA_00099527; CVNA_CA_00098842; CVNA_CA_00105676.

Further still, the Carvana Defendants have conducted statistical search term validation of the documents that were collected but that were not captured by the search terms—*i.e.*, the "null set"—to assess the extent to which the Carvana Defendant's search terms did not identify responsive documents. The "recall rate" is a measure of the completeness of the reviewed set (the documents captured by the search terms). The Carvana Defendants' test revealed that our search terms capture 96% of responsive documents among all documents collected, *i.e.,* a recall rate of 96%, using a sample size designed to provide a 2.5% margin of error with 95% confidence. That rate is exceptional—courts typically consider 75-85% an appropriate range. *See Independent Living Center v. City of Los Angeles*, Case No. CV 12-551-FMO (PJWx) (C.D. Cal.), Slip. Op. at 3 (Jun. 26, 2014) (ordering discovery process designed to meet 75% recall rate); *Global Aerospace Inc. v. Landow Aviation, L.P.*, 2012 WL 1431215 (Va. Cir. Ct. Apr. 23, 2012) (approving, over plaintiffs' objections, defendants' proposed protocol targeting 75% recall rate)[1]; *Lawson v. Spirit AeroSystems, Inc.*, 2020 WL 1813395, at *8 (D. Kan. 2020) (denying motion to compel review of additional documents where defendant "produced 85% of those responsive documents, *i.e.* an 85%

---

[1] *See* Mem. In Support of Mot., 2012 WL 1419842 (Apr. 9, 2012) (describing 75% recall rate); Opp., 2012 WL 1419848 (Apr. 16, 2012) (opposing protocol on ground that it would "only produce about 75% of the responsive documents").

**LATHAM&WATKINS** LLP

recall rate"). Expanding Carvana Defendants' terms further would not constitute proportionate discovery under Rule 26. "The Federal Rules do not demand perfection," *Reinsdorf v. Skechers U.S.A., Inc.*, 296 F.R.D. 604, 615 (C.D. Cal. 2013), and "there is no obligation on the part of a responding party to examine every scrap of paper in its potentially voluminous files in order to comply with its discovery obligations." *Treppel v. Biovail Corp.*, 233 F.R.D. 363, 374 (S.D.N.Y. 2006).

For the foregoing reasons, Carvana Defendants will not further expand their search terms at this time. Nevertheless, Carvana Defendants are willing to consider the expansion of search terms should Plaintiffs demonstrate based on productions a likelihood that materially relevant documents are being excluded by Carvana Defendants' current search methods.

To the extent it would be helpful, we can meet and confer on these issues.

Best regards,

*/s/ Matthew J. Peters*
Matthew J. Peters
of LATHAM & WATKINS LLP

## Exhibit A[1]

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 1,112,447 | 1,346,394 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" | 1,692 | 4,219 | 59 |
| "Barron's" or "Barrons" or "Alderman" | 5,219 | 9,030 | 582 |
| "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com | 26,221 | 49,066 | 4,400 |
| "expresstitletag" OR "Express Title" | 18 | 43 | 0 |
| "hold title" | 245 | 550 | 8 |
| "IL" w/3 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,926 | 5,444 | 276 |
| "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com | 42,201 | 69,067 | 6,272 |
| "low quality" OR "low-quality" OR "poor quality" | 1,043 | 1,910 | 230 |
| "no standard*" | 376 | 1,256 | 52 |
| "offering document" OR "registered public offering" | 650 | 3,037 | 9 |
| "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 8,220 | 23,237 | 0 |
| "T&R" OR "T/R" OR "T & R" OR "T and R" | 31,796 | 50,797 | 4,647 |
| "Title One" | 2,792 | 6,903 | 167 |
| "value of future sales" | 115 | 590 | 0 |

---

[1] Due to the different search parameters requested by plaintiffs, several different STRs were required. All are shared per the ESI Order, ECF 137.

| | | | |
|---|---|---|---|
| ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR "MD&A" OR (financ* w/10 disclos*)) w/20 (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) | 72,063 | 148,522 | 14,820 |
| ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 24,269 | 44,439 | 7,689 |
| ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 17,154 | 29,992 | 2,549 |
| ("IPO" OR Cactus*) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 4,659 | 9,722 | 99 |
| ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 9,848 | 15,628 | 1,637 |
| ("NC Situation" OR "N.C. Situation") and ((NC w/3 Situation) OR ("N.C." w/3 Situation)) | 69 | 173 | 0 |
| ("NC") w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,958 | 8,132 | 377 |

2

| | | | |
|---|---|---|---|
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 10,436 | 19,632 | 1,375 |
| ("Oak Brook" OR "Arlington Heights" OR Illinois) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 24,633 | 43,510 | 2,123 |
| ("Ohio BMV" OR "Ohio") w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 7,950 | 12,135 | 1,044 |
| ("out of state" OR "out-of-state") w/35 (title OR registr*) | 8,926 | 15,486 | 201 |
| ("retail unit" OR "retail units") w/5 (grow* OR increas* OR boost OR rais*) | 8,229 | 63,306 | 1 |
| ("RUS" OR "Retail Unit Sale*") | 8,046 | 42,883 | 439 |
| ("third party" OR "third-party") w/3 (production OR transport* OR pickup* OR ship* OR logistic*) | 7,046 | 35,918 | 185 |
| ("TOP" OR "TOPS") w/15 ("accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut*) | 42,723 | 65,573 | 8,609 |
| ("TOP" OR "TOPS") w/15 ("backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal") | 58,604 | 96,319 | 11,668 |
| (("SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes) AND "cert*") OR ("cert*" w/5 302) | 4,839 | 14,988 | 441 |

3

| | | | |
|---|---|---|---|
| (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) | 8,971 | 13,368 | 1,325 |
| ((("Texas" OR "TX") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 13,967 | 22,535 | 1,729 |
| (((Colorado OR (CO w/3 AID)) OR CAID) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 2,419 | 3,907 | 2 |
| (((risk OR risks) w/3 disclos*) AND (10-K OR 10K OR 10-Q OR 10Q OR SEC OR "annual report" OR investor*)) | 4,274 | 16,149 | 137 |
| (("Wisconsin" or "WisDOT" or (WI w/3 DOT)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,609 | 3,827 | 414 |
| ((Alabama OR (AL w/3 DMV) OR (AL w/3 Revenue) OR (AL w/3 "Motor Vehicle") OR ALDOR OR ADOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR "TOP" OR "TOPS" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,833 | 4,604 | 433 |
| ((Arkansas OR (AR w/3 DMV)) OR ((AR w/3 "Motor Vehicle") OR (AR w/3 DFA)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,029 | 6,665 | 237 |

4

| | | | |
|---|---|---|---|
| ((California OR (CA w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 17,416 | 31,150 | 2,878 |
| ((Carvana* OR CVNA*) AND ("Davis Polk" OR *davispolk.com OR Denenberg* OR Gould* OR (Travis* w/3 Mitchell*)) OR Lian* OR Azzopardi* OR Kipnis* OR (Brad* w/3 Sherman*) OR Verdolini*) | 23,314 | 35,096 | 2,279 |
| ((Colorado OR (CO w/3 DMV) OR CDOR) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 2,439 | 3,932 | 0 |
| ((Georgia OR (GA w/3 DDS) OR (GA w/3 DOR)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 7,174 | 11,567 | 435 |
| ((Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,068 | 7,320 | 64 |
| ((Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOPOR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,594 | 6,315 | 0 |
| ((Kansas OR (KS w/3 DMV) OR (KS w/3 DOV) OR (KS w/3 (Revenue OR DOR)) OR KDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,224 | 6,909 | 521 |

5

| | | | |
|---|---|---|---|
| ((Kentucky OR KYTC OR (KY w/3 MVC) OR (KY w/3 Drive)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,619 | 2,355 | 270 |
| ((Maine OR (ME w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,847 | 3,208 | 230 |
| ((market* OR state* OR region* OR northwest OR pacific OR nationwide) AND (launch* OR new OR expan*)) w/15 (distan* OR mile* OR transport* OR logistic* OR network* OR hub OR IRC OR "third part*" OR "third-part*" OR profit* OR cost* OR margin* OR expense* OR inventory OR far OR transport* OR haul OR pickup* OR ship* OR meter* OR constrain* OR "cut back" OR decreas* OR strain*) | 40,812 | 110,744 | 5,187 |
| ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,680 | 3,856 | 448 |
| ((Massachusetts OR (MA w/3 RMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 6,747 | 12,122 | 611 |
| ((Minnesota OR (MN w/3 DVS) OR (MN w/3 DPS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,479 | 7,263 | 215 |

6

| | | | |
|---|---|---|---|
| ((Missouri OR (MO w/3 DMV) OR (MO w/3 DOR)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,629 | 6,185 | 422 |
| ((Montana OR (MT w/3 MVD)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,162 | 1,591 | 246 |
| ((Nevada OR (NV w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,345 | 5,381 | 473 |
| ((New York OR (NY w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 22,741 | 32,903 | 3,408 |
| ((Oklahoma OR (OK w/3 Service) OR SOK OR OTC OR (OK w/3 DPS) OR (OK w/3 OMES)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,430 | 10,060 | 743 |
| ((raise OR need) w/5 capital) | 9,331 | 19,786 | 1,069 |
| ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) | 14,232 | 73,206 | 106 |

7

| | | | |
|---|---|---|---|
| ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track*) | 26,022 | 104,960 | 1,094 |
| ((SEC OR "Securities and Exchange Commission") w/3 filing*) | 14,651 | 25,896 | 2,879 |
| ((securit* OR underwrit*) w/20 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA)) | 18,240 | 43,233 | 588 |
| ((share w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND Carvana OR CVNA | 206 | 549 | 0 |
| ((South Carolina OR SCDMV OR (SC w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,477 | 4,211 | 198 |
| ((stock w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND Carvana OR CVNA | 482 | 2,001 | 0 |
| ((Tennessee OR TDOS OR (TN w/3 DOS) OR TDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,222 | 7,354 | 314 |
| ((Utah OR (UT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,111 | 4,700 | 392 |
| ((Vermont or (VT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,233 | 1,974 | 175 |

8

| | | | |
|---|---|---|---|
| ((Virginia OR (Va w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 5,034 | 9,212 | 848 |
| ((Washington OR DolWa) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 5,690 | 11,109 | 859 |
| (Carvana* OR CVNA* OR *@carvana.com) AND ("K&E" OR *Kirkland.com OR Goedert*) | 21,083 | 33,652 | 5,559 |
| (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | 130,044 | 233,371 | 20,817 |
| (CVNA w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*) | 1 | 1 | 0 |
| (due w/5 dilligence) OR (due w/5 diligence) | 20,716 | 41,871 | 4,132 |
| (earning* OR investor* OR shareholder* OR analyst*) w/15 (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR met OR meet) | 149,758 | 217,018 | 22,663 |
| (Ernie* OR Ernest* OR Garcia* OR Mark* OR Jenkins* OR CEO OR CFO) w/25 (compensat* OR salar* OR bonus* OR severance OR incentive* OR award* OR eligib* OR *equit* OR option* OR performance OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR target* OR vest* OR defer* OR pension OR parachute* OR perk*) | 304,590 | 460,875 | 140,560 |
| (Expansion w/5 (market* OR state* OR region* OR northwest OR pacific OR nationwide)) AND (profit* OR logistic* OR expens* OR strain*) | 8,323 | 37,906 | 218 |
| (market OR analyst* OR Street) w/10 (react* OR disappoint* OR surpris* OR downgrad* OR ((lower* OR reduc*) w/3 rating*) OR miss*) | 23,272 | 38,254 | 7,160 |
| (Offering OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 15,148 | 39,299 | 456 |

9

| | | | |
|---|---|---|---|
| (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/20 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 14,356 | 21,946 | 1,235 |
| (registration w/5 statement) OR prospectus OR S-3 | 24,286 | 75,744 | 3,206 |
| (sale* OR unit* OR retail OR vehicle* OR car OR cars) w/20 (grow* OR grew OR increas* OR decreas* ORNguid* OR projection* OR trend* OR drove OR driv* OR demand OR "on track" OR behind OR ahead OR slip* OR gap OR reforecast* OR variance OR bridgeOR plan* OR target OR goal OR forecast OR "YOY" OR "year*over*" OR higher OR unsustain*) | 338,616 | 530,722 | 129,348 |
| (Secretary w/30 Giannoulias) OR (("Illinois" OR IL) AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR ((Illinois OR IL) AND ("Attorney General" OR AG OR *@ilsos.gov)) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,961 | 5,924 | 135 |
| (stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus) | 100,578 | 167,725 | 16,599 |
| (sub w/3 cert*) OR subcert* OR sub-cert* | 456 | 1,445 | 47 |
| (temp* w/5 tag*) w/35 ("backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | 3,628 | 6,655 | 36 |

10

| | | | |
|---|---|---|---|
| (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut*) | 5,447 | 9,727 | 272 |
| (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)) | 31,322 | 50,165 | 3,432 |
| (title* OR registr*) w/15 ("backlog" OR "back log" OR "build up" OR "built up" OR "on time" OR "in time" OR untimely) | 4,974 | 10,405 | 247 |
| (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal*) | 130,107 | 214,870 | 25,552 |
| (Wholesale w/10 (impact* OR result* OR caus*)) w/10 (profit* OR logistic* OR margin*OR expens*) | 1,704 | 8,881 | 0 |
| *@bmv.in.gov | 97 | 163 | 9 |
| *@dds.ga.gov | 13 | 28 | 0 |
| *@dfa.arkansas.gov | 95 | 138 | 26 |
| *@dmclaw.com | 640 | 924 | 95 |
| *@dmv.ca.gov | 1,346 | 1,848 | 247 |
| *@dmv.nv.gov | 232 | 305 | 50 |
| *@dmv.ny.gov | 1,118 | 1,795 | 261 |
| *@dmv.virginia.gov | 124 | 209 | 14 |
| *@dol.wa.gov | 287 | 419 | 69 |
| *@dor.ga.gov | 175 | 280 | 62 |
| *@dor.mo.gov | 427 | 587 | 47 |
| *@dot.state.ma.us | 108 | 129 | 8 |
| *@dot.wi.gov | 514 | 665 | 70 |
| *@dps.ohio.gov | 348 | 707 | 67 |
| *@flhsmv.gov | 925 | 1,525 | 221 |
| *@ks.gov | 88 | 397 | 14 |
| *@maine.gov | 368 | 765 | 48 |

11

| | | | |
|---|---|---|---|
| *@mdot.maryland.gov | 118 | 156 | 14 |
| *@michigan.gov | 2,023 | 2,968 | 464 |
| *@ncdot.gov | 859 | 1,111 | 99 |
| *@pa.gov | 3,600 | 4,532 | 1,813 |
| *@revenue.alabama.gov | 239 | 348 | 38 |
| *@scdmv.net | 68 | 93 | 10 |
| *@state.co.us | 523 | 760 | 224 |
| *@state.mn.us | 428 | 563 | 179 |
| *@tn.gov | 1,351 | 1,732 | 466 |
| *@txdmv.gov | 1,550 | 2,217 | 484 |
| *@utah.gov | 443 | 690 | 120 |
| *@vermont.gov | 199 | 291 | 90 |
| *transportation@azag.gov OR *@azdot.gov | 5,283 | 6,382 | 581 |
| @sos.in.gov | 827 | 990 | 495 |
| ABS OR absautoservices.com | 23,486 | 75,159 | 4,961 |
| acquisition* w/5 (algorithm* OR formula*) | 1,094 | 13,492 | 7 |
| Adam.Jonas@morganstanley.com OR Armintas.Sinkevicius@morganstanley.com OR Evan.Silverberg@morganstanley.com OR Daniela.Haigian@morganstanley.com OR Matias.Ovrum@morganstanley.com | 2,691 | 4,831 | 238 |
| ADESA AND (improv* w/5 logistic*) | 1,929 | 13,539 | 0 |
| ADESA AND (logistic* w/5 (cost* OR expens* OR strain*)) | 3,240 | 25,010 | 0 |
| ADESA w/5 (backfill OR deficient OR intent* OR intend* OR purpos*) | 1,265 | 3,761 | 0 |
| ADESA* | 91,332 | 153,130 | 37,736 |
| alexander.potter@psc.com OR ben.johnson@psc.com OR winnie.dong@psc.com OR jack.kessler@psc.com OR brad.erickson@rbccm.com OR logan.reich@rbccm.com OR vincent.caintic@stephens.com OR daniel.imbro@stephens.com OR rnelson@stephens.com OR mward@benchmarkcompany.com | 4,391 | 6,473 | 526 |
| analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) | 33,511 | 52,017 | 1,016 |
| Andrew w/5 Cuthill | 573 | 866 | 0 |

| | | | |
|---|---|---|---|
| berickson@needhamco.com OR cpierce@needhamco.com OR bmcternan@needhamco.com OR emmanuel.rosner@db.com OR edison.yu@db.com OR conor-e.walters@db.com OR Brian.Nagel@opco.com OR William.Dossett@opco.com OR Andrew.Chasanoff@opco.com | 3,150 | 4,770 | 442 |
| Brian w/5 Yick | 1,965 | 2,894 | 1 |
| Bridgecrest* | 19,760 | 38,371 | 4,013 |
| buffer w/10 (title OR registration OR "T&R") | 446 | 676 | 0 |
| buffer* OR cushion* | 21,499 | 39,353 | 2,697 |
| call* w/5 (present* OR earning* OR quarter* OR annual* OR investor) | 25,038 | 40,829 | 1,349 |
| Centex | 382 | 720 | 2 |
| chris.bottiglieri@exanebnpparibas.com OR stephen.mcmanus@exanebnpparibas.com OR ian.davis@exanebnpparibas.com OR nathaniel.schindler@bofa.com OR vincentpeer.huebner@bofa.com OR jen.shi@bofa.com ORgarrett.nelson@cfraresearch.com | 1,153 | 2,335 | 334 |
| Colias | 126 | 202 | 2 |
| customer w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR "third party"OR "third-party" OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile*) | 13,194 | 57,300 | 886 |
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (condition OR standard* OR inspect* OR rating OR rate* OR verif* OR criteri* OR low* OR poor OR quality OR wholesale OR volume OR lower OR bad OR trash* OR worth* OR shit*) | 17,355 | 78,855 | 1,622 |
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (junk* OR "any car" OR "all cars" OR "all vehicles" OR grow* OR grew OR more OR up OR formula* OR algorithm* OR procedure* OR *valu* OR *demand OR inventory OR salvag* OR beat* OR wreck* OR scrap* OR damage* OR inoperable OR market OR inflat*) | 37,514 | 113,693 | 5,599 |

| | | | |
|---|---|---|---|
| CVR OR cvrreg.com | 4,354 | 19,129 | 682 |
| Dealertrack OR coxautoinc.com OR DLRdmv | 20,627 | 40,414 | 13,133 |
| Dickie w/3 mccamey | 1,105 | 1,618 | 30 |
| disclosure w/3 (control* OR procedure* OR committee) | 3,502 | 10,444 | 131 |
| dor_dealers@state.co.us | 29 | 58 | 0 |
| DriveTime AND ("Dealer Market" OR "Dealer Marketplace") | 1,449 | 6,528 | 0 |
| DriveTime w/5 "pass-through" | 9 | 18 | 0 |
| DriveTime w/5 "unit sales" | 10 | 19 | 0 |
| DriveTime w/5 ("COGS" OR "COS") | 5 | 7 | 0 |
| DriveTime w/5 ("RSU" OR Unit*) | 680 | 4,336 | 0 |
| DriveTime w/5 pass-through | 9 | 18 | 0 |
| DriveTime w/5 recondition* | 918 | 3,902 | 0 |
| DriveTime w/5 sale* | 2,412 | 8,929 | 0 |
| DriveTime* | 28,555 | 59,252 | 6,514 |
| DriveTme w/5 "list price" | 0 | 0 | 0 |
| ernest.garcia@drivetime.com, ecggar@gmail.com, ernie.garcia@drivetime.com, egarcia@verdeinvestments.com | 0 | 0 | 0 |
| Foldy | 1,404 | 3,702 | 138 |
| Ian w/5 MacAllister | 2,260 | 3,413 | 0 |
| inspect* w/15 (poor OR fail OR "not done") | 1,394 | 4,976 | 84 |
| john.blackledge@cowen.com OR william.kerr@cowen.com OR james.kopelman@cowen.com OR logan.whalley@cowen.com OR sdyer@craighallum.com OR ryan.sigdahl@craig-hallum.com OR matthew.wegner@craig-hallum.com OR mbaker@dadco.com OR khallberg@dadco.com OR kcox@dadco.com OR MHayes@dadco.com ORjames.musker@davyuk.com OR david.reynolds@davyuk.com OR alex.short@davyuk.com OR christopher.allan@davyuk.com | 2,322 | 3,780 | 292 |
| ky.gov | 308 | 507 | 90 |
| lemon* | 12,269 | 22,814 | 4,816 |
| logistic* w/15 (wholesale OR volume OR capacity OR constrain* OR *"third party" OR "third-party" OR production OR transport* OR haul OR pickup* OR "pick up" OR ship* OR distance OR mile* OR expens* OR "unit economic*") | 36,071 | 106,354 | 5,167 |

14

| | | | |
|---|---|---|---|
| Low* w/2 standard* | 1,015 | 6,064 | 113 |
| Manoj w/5 Vemula | 446 | 649 | 0 |
| Mark w/5 Pinsky | 2,266 | 3,333 | 2 |
| Michael.Montani@evercoreisi.com OR brandon.dempster@evercoreisi.com OR greg.melich@evercoreisi.com OR Daniel.Solomon@evercoreISI.com OR jcolantuoni@jefferies.com OR bthill@jefferies.com | 3,609 | 5,050 | 477 |
| mt.gov | 349 | 594 | 64 |
| Naved.Khan@truist.com OR Youssef.Squali@truist.com OR Robert.Zeller@truist.com OR Daniel.Speed@truist.com OR Nicholas.Cronin@truist.com OR Kibin.Kim@truist.com OR Anthony.Hau@truist.com OR Zachary.Fadem@wellsfargo.com OR Sam.Reid@wellsfargo.com OR David.Lantz@wellsfargo.com OR John.Parke@wellsfargo.com | 1,974 | 4,044 | 255 |
| njones@jmpsecurities.com OR tshubsda@jmpsecurities.com OR rjosey@jmpsecurities.com OR aboone@jmpsecurities.com | 2,175 | 3,191 | 143 |
| Purchase* w/3 standard* | 2,313 | 3,055 | 168 |
| recondition* w/5 (cost* OR volume*) | 5,888 | 28,516 | 304 |
| Regulat* w/15 action* | 10,395 | 27,738 | 1,064 |
| Regulat* w/20 investigat* | 10,194 | 22,779 | 686 |
| REGUSA OR "Reg USA" | 15,303 | 21,926 | 1,444 |
| Sale* w/3 "less profitable" | 148 | 617 | 0 |
| Seth.Basham@wedbush.com OR Nathan.Friedman@wedbush.com OR matthew.mccartney@wedbush.com OR szackfia@williamblair.com OR tanderson@williamblair.com OR gbadishkanian@wolferesearch.com OR clee@wolferesearch.com OR tharbauer@wolferesearch.com OR jmoser@wolferesearch.com OR sstringer@wolferesearch.com | 6,439 | 8,743 | 532 |
| shareholder* W/5 letter | 16,628 | 38,504 | 0 |
| Title* w/30 Registr* | 65,293 | 123,938 | 6,119 |
| TNR | 3,530 | 5,812 | 441 |
| undriv* w/30 (taskforce or (task w/5 force)) | 211 | 328 | 14 |
| unregistered w/3 (car OR cars OR vehicle*) | 513 | 949 | 15 |
| Verde* | 12,384 | 28,701 | 2,467 |

| | | | |
|---|---|---|---|
| Verif* w/3 standard* | 376 | 1,429 | 45 |
| Vitu | 17,462 | 22,549 | 6,989 |

Requested term: [in To/From/CC/BCC Fields:] *@sec.gov OR various @citi.com addresses

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 2,112 | 2,834 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| *@sec.gov | 152 | 165 | 152 |
| alan.dockeray@citi.com | 449 | 660 | 0 |
| alex.zelinski@citi.com | 480 | 702 | 1 |
| andrew.cuthill@citi.com | 420 | 625 | 1 |
| brian.deleo@citi.com | 695 | 969 | 25 |
| brian.yick@citi.com | 1,438 | 2,023 | 114 |
| christian.anderson@citi.com | 1,283 | 1,803 | 148 |
| christian.berardo@citi.com | 298 | 437 | 2 |
| gabriel.xia@citi.com | 531 | 740 | 1 |
| janelle.c.mosley@citi.com | 231 | 334 | 0 |
| juliette.lagasi@citi.com | 332 | 498 | 7 |
| matthew.donovan@citi.com | 438 | 624 | 0 |
| nicholas.jones@citi.com | 78 | 86 | 78 |
| nicholas.landi@citi.com | 274 | 399 | 0 |
| patrick.korth@citi.com | 256 | 355 | 0 |
| paul.abrahimzadeh@citi.com | 939 | 1,316 | 6 |
| richard.chand@citi.com | 567 | 792 | 4 |
| ronald.josey@citi.com | 30 | 31 | 30 |
| ryan.bott@citi.com | 447 | 629 | 13 |
| salman.karim@citi.com | 269 | 391 | 0 |
| tyler.shaw@citi.com | 434 | 651 | 3 |

16

Requested terms for the period Jan 1, 2022, to April 30, 2022:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 2,114 | 7,268 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (Offering OR Cactus*) AND (underwrit* OR "bring down" OR roadshow*) | 2,114 | 7,268 | 2,114 |

Requested terms for the period September 1, 2022, through February 1, 2023:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 1,306 | 1,713 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (Levin*) w/20 (fir* OR terminat* OR leave* OR canned OR dismiss* OR resign* OR sacked OR retir* OR "step* down" OR oust* OR "let go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | 1,306 | 1,713 | 1,306 |

Requested terms for Garcia Jr. and Jenkins:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 69,170 | 115,583 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "10b5*1" OR "trading plan*" | 290 | 600 | 54 |
| (compens* OR comp OR salar* OR bonus* OR severance OR incentive* OR *equit* OR "perform*based" OR "performance based" OR "RSU*" OR "PBU*" OR KPI* OR "key performance" OR pension OR "key strategic goal*" OR parachute* OR perk*) | 62,265 | 108,259 | 50,836 |
| (sell* OR trade* OR trading OR transact*) w/20 (stock OR share*) | 17,968 | 34,927 | 6,633 |

17

| | | | |
|---|---|---|---|
| Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*)) | 577 | 1,301 | 169 |

Requested terms for Levin, from September 1, 2022, through February 1, 2023:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 4,751 | 5,660 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("separation agreement" OR leave* OR retir* OR resign* OR severance OR fir* OR terminat* OR "step* down" OR "for cause" OR "without cause" OR quit*) | 4,751 | 5,660 | 4,751 |

Requested terms for Sell to Carvana Custodians:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 20,389 | 25,833 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR park* OR "third-party" OR "third party" OR production OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile* | 20,389 | 25,833 | 20,389 |

18