EXHIBIT 31

| | |
|---|---|
| **From:** | Erika Oliver |
| **To:** | "jeff.hammel@lw.com"; Kalana.Kariyawasam@lw.com; "andrew.clubok@lw.com"; "susan.engel@lw.com"; "matthew.peters@lw.com"; Christian.Word@LW.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com; "Liz.Cheng@lw.com"; "dnorthup@fennemorelaw.com"; AMarconi@fennemorelaw.com; "sbuergel@paulweiss.com"; "dfriedman@paulweiss.com"; Kristina A. Bunting; "cameron.fine@us.dlapiper.com"; Madeline.Cordray@us.dlapiper.com; mpisem@paulweiss.com; "melanie.walker@us.dlapiper.com"; Emma.Peplow@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com |
| **Cc:** | Dan Drosman; Tor Gronborg; Rachel Cocalis; Matthew Balotta; Sarah Fallon; Robert Rothman; David Rosenfeld |
| **Subject:** | In re Carvana Securities Litigation |
| **Date:** | Monday, November 24, 2025 6:10:14 AM |
| **Attachments:** | Carvana - Joint Proposed Revised Schedule.docx |

Counsel:

In light of Judge Boyle's November 19, 2025 Order and the status of the parties' negotiations over search parameters with respect to the Carvana Defendants, we intend to request that Judge Liburdi extend the case schedule. An extension is necessary, as the original schedule was designed to ensure that substantial completion of all document productions in response to the first RFPs was completed prior to the other case deadlines.  That is not happening, not only as to the new, as-of-yet unidentified custodians, but also as to the existing custodians given that Plaintiffs and the Carvana Defendants have not even reached agreement on search terms. Under the current schedule, there is insufficient time for Plaintiffs to complete fact discovery before the cut-off, including reviewing the documents, taking depositions, and obtaining discovery from third parties, some of whom are refusing to produce documents until the defendants have substantially completed their productions.

Attached is Plaintiffs' draft schedule. Please let us know by Wednesday whether Defendants agree to the schedule. If Defendants do not agree, Plaintiffs intend to move for the requested relief. We are available to meet and confer as needed. Thank you.


Regards,
Erika

| Event | Scheduling Order Date (ECF 128) | Proposed Revised Date |
|---|---|---|
| Deadline to serve initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) | February 18, 2025 | |
| Deadline to file joint stipulated protective order and ESI protocol | March 7, 2025 | |
| Deadline for Parties to meet and confer regarding any proposed limitations on the scope of discovery | March 20, 2025 | |
| Deadline for the producing party to disclose (i) proposed custodial and non-custodial data sources likely to contain responsive information; (ii) proposed persons whose files are likely to contain documents and ESI relating to the subject matter of this litigation; and (iii) proposed search terms | March 20, 2025 | |
| Deadline for the substantial completion of document productions in response to the Parties' first requests for the production of documents for Defendants' proposed custodians | December 8, 2025 | |
| Deadline for Defendants to certify to Plaintiffs and the Court that all documents responsive to Plaintiffs' First Set of Requests for Production of Documents served on March 11, 2025 have been produced in accordance with agreed-upon or ordered search criteria | | April 6, 2026[1] |
| Deadline for Plaintiffs' motion for class certification | January 15, 2026 | May 15, 2026 |
| Deadline for Defendants' opposition to Plaintiffs' motion for class certification | February 25, 2026 | June 25, 2026 |
| Deadline for Plaintiffs' reply in support of motion for class certification | March 31, 2026 | July 29, 2026 |

---

[1]     This date has been set by Judge John Z. Boyle in his November 19, 2025 Order as the deadline for Carvana Defendants to produce documents from additional custodians. *See* ECF 212.

| Event | Scheduling Order Date (ECF 128) | Proposed Revised Date |
|---|---|---|
| Deadline for service of final interrogatories, requests for production of documents, and requests for admission pursuant to Federal Rules of Civil Procedure 33, 34, and 36[2] | April 14, 2026 | August 14, 2026 |
| Deadline for the completion of fact discovery | May 29, 2026 | September 29, 2026 |
| Deadline for the identification testifying experts who will provide affirmative expert reports, as well as to provide short descriptions of the issues on which such experts are expected to provide testimony | June 2, 2026 | October 2, 2026 |
| Deadline to engage in good faith settlement talks | June 17, 2026 | June 17, 2026 |
| Deadline to file Joint Mediation Plan with the Court | June 24, 2026 | June 24, 2026 |
| Deadline for the production of affirmative expert reports | June 22, 2026 | October 22, 2026 |
| Deadline for the identification testifying experts who will provide responsive expert reports, as well as to provide short descriptions of the issues on which such experts are expected to provide testimony | June 23, 2026 | October 23, 2026 |
| Deadline for the production of responsive expert reports | July 22, 2026 | November 23, 2026 |
| Deadline for the production of rebuttal expert reports | August 25, 2026 | December 23, 2026 |
| Deadline for the completion of expert discovery | September 24, 2026 | February 1, 2027 |

---

[2] Notwithstanding Local Rule of Civil Procedure 7.3, the Parties may mutually agree in writing, without Court approval, to extend the time provided for discovery responses in Federal Rules of Civil Procedure 33, 34, and 36. Such agreed-upon extensions, however, shall not alter or extend the deadlines set forth in this proposed schedule.

| Event | Scheduling Order Date (ECF 128) | Proposed Revised Date |
|---|---|---|
| Deadline for dispositive motions and/or *Daubert* motions | November 4, 2026[3] | March 15, 2027[4] |
| Deadline for oppositions to dispositive motions and/or *Daubert* motions | January 20, 2027 | May 31, 2027 |
| Deadline for replies in support of dispositive motions and/or *Daubert* motions | March 11, 2027 | July 20, 2027 |
| Pre-trial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) | adjourned *sine die* | adjourned *sine die* |

---

[3]    To the extent a party wishes to move for summary judgment prior to this deadline, it may seek leave of court to do so.  The opposing party will be permitted the opportunity to oppose such leave.

[4]    To the extent a party wishes to move for summary judgment prior to this deadline, it may seek leave of court to do so.  The opposing party will be permitted the opportunity to oppose such leave.