# EXHIBIT 1

**From:** Mr ira platt[platt_ira@yahoo.com]
**Sent:** Wed 1/27/2021 2:58:22 PM Coordinated Universal Time
**To:** Ernie Garcia[ernie.garcia@carvana.com]; Ernie Garcia[ernie.garcia@drivetime.com]; Mark Jenkins[mark.jenkins@carvana.com]; Mike Levin[mike.levin@carvana.com]
**Subject:** Fw: Carvana - SEC Investigation Update
**Attachment:** Carvana - SEC Investigation Update.pdf

FYI - below...

Ira Platt
(203) 829-2237

----- Forwarded Message -----
**From:** Bradley Purcell <bpurcell@goodnow.com>
**To:** ira platt <platt_ira@yahoo.com>
**Sent:** Wednesday, January 27, 2021, 09:50:22 AM EST
**Subject:** FW: Carvana - SEC Investigation Update

In case you haven't seen this..

**From:** John Birkett <jbirkett@goodnow.com>
**Sent:** Wednesday, January 27, 2021 9:44 AM
**To:** Bradley Purcell <bpurcell@goodnow.com>; Randall Heck <randy@goodnow.com>; Michael Moore <MMoore@goodnow.com>; Peter Gavey <PGavey@goodnow.com>; Sam Lehr <slehr@goodnow.com>; Patrick Ferullo <patrick@goodnow.com>; Joseph Salerno <JSalerno@goodnow.com>
**Subject:** FW: Carvana - SEC Investigation Update

Might be contributing to today's underperformance.

**From:** FactSet_News@FactSet.com <FactSet_News@FactSet.com>
**Sent:** Wednesday, January 27, 2021 9:43 AM
**To:** John Birkett <jbirkett@goodnow.com>
**Subject:** Carvana - SEC Investigation Update

### Carvana - SEC Investigation Update

You must be logged into FactSet to use headline links. The link requires registration and login to FactSet Launch.

*\*\*Please do not reply to this e-mail.*

DISCLAIMER: This email and/or attachment are confidential and intended solely for the use of the individual to whom they are addressed. Disclosing, copying or distributing the contents of this email is prohibited. FactSet Research Systems Inc. does not accept liability for the content of this email, or for the consequences of any actions or inactions taken on the basis of the information provided. The content of this email is not investment advice and any opinions or assertion contained in this email do not represent the opinions or beliefs of FactSet Research Systems Inc. or its affiliates or any of their respective employees.
If you are not entitled to receive this e-mail or have questions regarding news and research services in FactSet, please contact FactSet at Support@FactSet.com or 1-877-FACTSET (North America), +44.(0)20.7374.4445 (Europe), or +81.3.6268.5200 (Asia Pacific).

Confidential Pursuant to Protective Order

Garcia Sr_0006698

**Probes Reporter**®

Better Disclosure for Better Decisions.®

**Carvana Co. – CVNA**
**$261.33 US   Mkt Cap: $47.9 B**

## Independent Investment Research Focused on Public Company Interactions with the SEC.

| Confirmed, Undisclosed SEC Investigation |
| --- |
| **Watch List Status:** Added to Watch List of Companies with Undisclosed SEC Investigations |

**Quick Take:**   Added to Watch List.  Undisclosed SEC investigative activity first found at Carvana on 22-Oct-2020, and then later confirmed as ongoing on 15-Dec-2020.  This was our first time researching this company.

**Confirmed, undisclosed SEC investigation.**  We filed our first Freedom of Information Act (FOIA) request on this company in **Oct-2020**.  Below is our full research history –

| 22-Oct-2020 | FOIA Response | SEC denies access to records over concern their release, "could reasonably be expected to interfere with enforcement activities." |
| --- | --- | --- |
| 15-Dec-2020 | Appeal Response | **Existence of on-going SEC enforcement proceedings officially confirmed on appeal**; Access to records remains blocked. |

Clients are invited to contact us anytime, in total confidence, to discuss the data, documents, and/or risks we identify here.

| Disclosure Insight® |
| --- |

*This section offers analysis and opinion regarding the exposure(s) we identify in this report.*

The timing of SEC responses to us suggests that **Carvana management may have known about an SEC probe since at least Oct-2020.**

In presence of an undisclosed SEC investigation, we view any of the following as potentially related –

1. Restatements or accounting problems.
2. Problems with disclosures.
3. Departures / changes in key executive(s).
4. Delayed or amended filings.
5. Missing earnings expectations.
6. High stock price volatility.
7. Audit committee actions.
8. Change of auditor.
9. Cancels or stops having analyst events.
10. Dodges questions or only accepts via email.
11. Controversy enough to draw attention.
12. Negative news stories or analyst reports.
13. Registrations taking too long or pulled.
14. Larger-than-life CEO and/or senior executives.
15. Company does things inconsistent with economic reality.

Since we know there was at least one investigation in the recent past, we recommend those with an interest ask Carvana what contact it had with the SEC's Division of Enforcement in the past two years.

Keep in mind that a public company can be involved in more than one SEC investigation at a time.  As such, we routinely recommend asking a company if there are any investigations beyond what is disclosed or reported in media stories – or even in our research.

*– John P. Gavin, CFA*

**Additional research history appears below.**

© 2021 Probes Reporter, LLC    www.probesreporter.com    clients@probesreporter.com    Phone 763-595-0900 (USA)    Page 1

Provided for the exclusive use of John Birkett at Goodnow Investment Group on 27-Jan-2021 09:42 AM.

Confidential Pursuant to Protective Order

Garcia Sr_0006699



## Documents Acquired Under the Freedom of Information Act

At this time, we have no investigative records in our library from closed SEC investigations of this company.

**Regarding the Current Warning –**

If we alert you to the existence of an undisclosed SEC investigation – or any response from the SEC – that means we filed a Freedom of Information Act (FOIA) request on the company in question and have a response, in black-and-white on government letterhead, that supports our statement.

As can be seen in the table above, at least once in the past the SEC cited the "law enforcement exemption" of the FOIA as basis to deny the public's access to the detailed records we sought on this company. As a matter of law, the SEC is acknowledging some sort of investigative activity with this response.

We filed an appeal with the SEC's Office of the General Counsel to challenge that response. In response to our latest appeal(s), the date(s) of which is/are also shown in the table above, the SEC stated,

**"We have confirmed with Division of Enforcement staff that the investigation from which you seek records is still active and ongoing."**

*Editor's Note: When the SEC denies access to records on closed SEC investigations, they are frequently blocking internal SEC documents known as "Opening and Closing Reports, including 'Case Closing Recommendation,' 'Matter Under Inquiry Summary,' 'Investigation Summary,' and/or similar documents and/or reports." A Case Closing Report is merely the cover page for a report called a Case Closing Recommendation. A Case Closing Recommendation is the SEC's report that tells you why an investigation was opened, what work was done, and the conclusions reached. To date, the SEC almost always refuses to release its Case Closing Recommendations and similar documents, a practice for which we remain sharply critical of the agency.*

## Notable Events and Disclosures

A search of this company's filings for the past two years found no clear disclosure of SEC investigative activity.

––––

*Probes Reporter research provides data, commentary, and analysis on public company interactions with investors and with the SEC. Our work is heavily reliant on company disclosures and our expertise in using the Freedom of Information Act.*

### Clients may visit www.probesreporter.com
### to get access to our full research archive.

### Email: clients@probesreporter.com
### Telephone: 763-595-0900 (USA)

––––

Provided for the exclusive use of John Birkett at Goodnow Investment Group on 27-Jan-2021 09:42 AM.

Confidential Pursuant to Protective Order

Garcia Sr_0006700



<u>Notes</u>:  **The SEC reminds us that its assertion of the law enforcement exemption should not be construed as an indication by the Commission or its staff that any violations of law have occurred with respect to any person, entity, or security**.

New SEC investigative activity could theoretically begin or end after the date covered by the latest information in this report, which would not be reflected here. The SEC did not disclose the details on investigations referenced herein. All we know is that they somehow pertain to the conduct, transactions, and/or disclosures of the companies referenced above.  Companies with undisclosed SEC investigations are maintained on our Watch List of companies with undisclosed SEC investigations.

**To learn more about our research process, including how to best use this information in your own decision-making, <u>click here.</u>**

**Our Terms of Service, relevant disclosures, and other legal notices <u>can be found here.</u>**

### Copyright Warning and Notice

The works of authorship contained in the accompanying material, including but not limited to all data, design, text, images, charts and other data compilations or collective works are owned by Probes Reporter, LLC or one of its affiliates and may not be copied, reproduced, transmitted, displayed, performed, distributed, rented, sublicensed, altered, or stored for subsequent use, in whole or in part in any manner, without the prior written consent of Probes Reporter, LLC.

Photocopying or electronic distribution of any of the accompanying material or contents without the prior written consent of Probes Reporter, LLC violates U.S. copyright law, and may be punishable by statutory damages of up to $150,000 per infringement, plus attorneys' fees (17 USC 504 et. seq.). Without advance permission, illegal copying includes regular photocopying, faxing, excerpting, forwarding electronically, and sharing of online access.

### Intellectual Property

© 2021 Probes Reporter, LLC. All rights reserved.  Probes Reporter®; They Know it.  Now You Know It.®; Better Disclosure for Better Decisions®; Disclosure Insight®; and Disclosure Games® are trademarks of Probes Reporter, LLC and are proprietary.

### DISCLAIMER

Probes Reporter, LLC is not an investment adviser and does not offer or provide personalized investment advice. The information in our reports and appearing on ProbesReporter.com is not a solicitation connected to any security. The information we provide is obtained from company submissions and our own Freedom of Information requests made to the Securities and Exchange Commission. No representation or warranty is made as to the timeliness or completeness of any information found in our reports or on ProbesReporter.com.

Probes Reporter does not adopt the truth or falsity of the contents of any of the documents or filings referred to on this website, and no conclusion of wrongdoing should be inferred from the fact that an investigation has been initiated by the SEC. Probes Reporter is not the guarantor of any investment and cannot be held liable for any losses or expenses incurred as a result of reliance upon any information contained herein, and ProbesReporter.com is not a substitute for your own due diligence, which may include advice from an investment professional.

With few exceptions, Probes Reporter, LLC prohibits its employees and principals from trading of any kind in any individual public company securities, or derivatives thereof, on any company on which production of any new research report has commenced.  Such prohibitions shall remain in place until either 5 days after the individual research report has been published or its production otherwise ceases.  Probes Reporter, LLC does not engage in investment banking activities or take any security positions, except those necessary for routine corporate treasury functions.  Our full trading policy, along with our Terms of Service, relevant disclosures, and other legal notices <u>can be found here</u>.

Provided for the exclusive use of John Birkett at Goodnow Investment Group on 27-Jan-2021 09:42 AM.

Confidential Pursuant to Protective Order

Garcia Sr_0006701