# Appendix A

**DEFS.' APPENDIX A**
**Counter-Proposed Dates for Any Modifications to the Court's Scheduling Order (ECF No. 128)**

| Scheduling Event[1] | Scheduling Order Date (ECF 128) | Pls.' Proposed Revised Date[2] | Defs.' Counter-Proposed Date |
|---|---|---|---|
| Deadline to serve initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) | February 18, 2025 | | |
| Deadline to file joint stipulated protective order and ESI protocol | March 7, 2025 | | |
| Deadline for Parties to meet and confer regarding any proposed limitations on the scope of discovery | March 20, 2025 | | |
| Deadline for the producing party to disclose (i) proposed custodial and non-custodial data sources likely to contain responsive information; (ii) proposed persons whose files are likely to contain documents and ESI relating to the subject matter of this litigation; and (iii) proposed search terms | March 20, 2025 | | |
| Deadline for the substantial completion of document productions in response to the Parties' first requests for the production of documents for Defendants' proposed custodians | December 8, 2025 | N/A | December 8, 2025 |

---

[1] Defined terms herein have the same meanings as in Defendants' Opposition to Lead Plaintiffs' Motion to Modify the Scheduling Order.

[2] *See* [Proposed] Order Granting Lead Plaintiffs' Motion to Modify the Scheduling Order" (ECF No. 217-1).

1

| Scheduling Event[1] | Scheduling Order Date (ECF 128) | Pls.' Proposed Revised Date[2] | Defs.' Counter-Proposed Date |
|---|---|---|---|
| ~~Deadline for Defendants to certify to Plaintiffs and the Court that all documents responsive to Plaintiffs' First Set of Requests for Production of Documents, dated March 11, 2025, have been produced in accordance with the agreed-upon or ordered search criteria~~<br><br>**Deadline for Carvana Defendants to provide responsive discovery to Plaintiffs' request made pursuant to the Order dated November 19, 2025 (ECF No. 212)[3]** |  | April 6, 2026 | April 6, 2026 |
| Deadline for Plaintiffs' motion for class certification | January 15, 2026 | May 15, 2026 | February 17, 2026 |
| Deadline for Defendants' opposition to Plaintiffs' motion for class certification | February 25, 2026 | June 25, 2026 | March 30, 2026 |
| Deadline for Plaintiffs' reply in support of motion for class certification | March 31, 2026 | July 29, 2026 | May 4, 2026 |
| Deadline for service of final interrogatories, requests for production of documents, and requests for admission pursuant to Federal Rules of Civil Procedure 33, 34, and 36[4] | April 14, 2026 | August 14, 2026 | April 14, 2026 |

[3] Modifications indicate edits to the language in Plaintiffs' [Proposed] Order Granting Lead Plaintiffs' Motion to Modify the Scheduling Order" (ECF No. 217-1).

[4] Notwithstanding Local Rule of Civil Procedure 7.3, the Parties may mutually agree in writing, without Court approval, to extend the time provided for discovery responses in Federal Rules of Civil Procedure 33, 34, and 36.  Such agreed-upon extensions, however, shall not alter or extend the deadlines set forth in this proposed schedule.

| Scheduling Event[1] | Scheduling Order Date (ECF 128) | Pls.' Proposed Revised Date[2] | Defs.' Counter-Proposed Date |
|---|---|---|---|
| Deadline for the completion of fact discovery | May 29, 2026 | September 29, 2026 | May 29, 2026 |
| Deadline for the identification testifying experts who will provide affirmative expert reports, as well as to provide short descriptions of the issues on which such experts are expected to provide testimony | June 2, 2026 | October 2, 2026 | June 2, 2026 |
| Deadline to engage in good faith settlement talks | June 17, 2026 | June 17, 2026 | June 17, 2026 |
| Deadline to file joint report on settlement talks with the Court | June 24, 2026 | June 24, 2026 | June 24, 2026 |
| Deadline for the production of affirmative expert reports | June 22, 2026 | October 22, 2026 | June 22, 2026 |
| Deadline for the identification testifying experts who will provide responsive expert reports, as well as to provide short descriptions of the issues on which such experts are expected to provide testimony | June 23, 2026 | October 23, 2026 | June 23, 2026 |
| Deadline for the production of responsive expert reports | July 22, 2026 | November 23, 2026 | July 22, 2026 |
| Deadline for the production of rebuttal expert reports | August 25, 2026 | December 23, 2026 | August 25, 2026 |
| Deadline for the completion of expert discovery | September 24, 2026 | February 1, 2027 | September 24, 2026 |
| Deadline for dispositive motions and/or *Daubert* motions[5] | November 4, 2026 | March 15, 2027 | November 4, 2027 |

---

[5] To the extent a party wishes to move for summary judgment prior to this deadline, it may seek leave of court to do so.  The opposing party will be permitted the opportunity to oppose such leave.

| Scheduling Event[1] | Scheduling Order Date (ECF 128) | Pls.' Proposed Revised Date[2] | Defs.' Counter-Proposed Date |
|---|---|---|---|
| Deadline for oppositions to dispositive motions and/or *Daubert* motions | January 20, 2027 | May 31, 2027 | January 20, 2027 |
| Deadline for replies in support of dispositive motions and/or *Daubert* motions | March 11, 2027 | July 20, 2027 | March 11, 2027 |
| Pre-trial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) | adjourned *sine die* | adjourned *sine die* | adjourned *sine die* |

4