LATHAM & WATKINS LLP
Andrew B. Clubok (*pro hac vice*)
J. Christian Word (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
Email: christian.word@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

Jeff G. Hammel (*pro hac vice*)
Kalana Kariyawasam (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com
Email: kalana.kariyawasam@lw.com

Meryn C. Grant (*pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Email: meryn.grant@lw.com

[*Additional counsel on signature page*]

*Counsel for Defendants Carvana Co., Ernest
Garcia III, Mark Jenkins, Stephen Palmer,
Michael Maroone, Neha Parikh, Ira Platt, and
Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation. | Case No. 2:22-cv-02126-PHX-MTL |
| | **DECLARATION OF MATTHEW J. PETERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** |

I, Matthew J. Peters, declare as follows:

1.    I am counsel with the law firm of Latham & Watkins LLP, counsel of record for Defendants Carvana Co. ("Carvana"), Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (the "Carvana Defendants") in the above-captioned litigation.

2.    I am a member in good standing of the bars of the State of Maryland and the District of Columbia.  I am admitted *pro hac vice* to practice before this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.    Attached hereto as Exhibit 1 is a true and correct copy of Lead Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated February 18, 2025.

4.    Attached hereto as Exhibit 2 is a true and correct copy of an email from Sarah Fallon to Kalana Kariyawasam and others, dated December 9, 2025.

5.    Carvana Defendants have collected documents from 18 custodians, and used 155 search terms that capture 889,507 documents.  As of December 16, 2025, Carvana Defendants have produced to Plaintiffs 69,574 documents, totaling 358,108 pages.

6.    Based upon a review of 1,535 randomly selected custodial documents that were not captured by a search term (*i.e.*, a null set), only an estimated 0.651% of documents that are not responsive to a search term are potentially responsive to Plaintiffs' requests for production.

7.    Carvana Defendants have produced to Plaintiffs 3,843 documents for which Ernest Garcia III is a custodian, totaling 17,696 pages.  Carvana Defendants have produced to Plaintiffs 2,482 documents for which Ernest Garcia III is a custodian that do not contain the search terms "title" or "registration."

8.    Carvana Defendants have produced to Plaintiffs 8,048 documents for which Mark Jenkins is a custodian, totaling 27,432 pages.  Carvana Defendants have produced to Plaintiffs 7,219 documents for which Mark Jenkins is a custodian that do not contain the

search terms "title" or "registration."

9. Carvana Defendants have produced to Plaintiffs 4,152 documents for which Michael Grantham is a custodian, totaling 6,668 pages.

10. Carvana Defendants have produced to Plaintiffs 2,044 documents for which Brian Boyd is a custodian, totaling 5,536 pages.

11. The following table lists for each of Carvana Defendants' current custodians the total number of documents produced as well as the total number of documents produced that do not contain the search terms "title" and "registration":[1]

| Custodian | All Documents Produced | All Documents Produced Excluding "Title" and "Registration" |
|---|---|---|
| Boyd, Brian | 2,044 | 1,169 |
| Breaux, Paul | 5,378 | 3,738 |
| Garcia III, Ernest | 3,843 | 2,482 |
| Grantham, Michael | 4,152 | 3,643 |
| Greer, Jonathan | 8,158 | 929 |
| Huston, Benjamin | 4,087 | 2,520 |
| Jenkins, Mark | 8,048 | 7,219 |
| Johnson, Josh | 6,036 | 1,524 |
| Keim, Stephen | 1,449 | 371 |
| Levin, Mike | 4,842 | 3,861 |
| Maroone, Mike | 464 | 413 |
| Munsil, Will | 3,317 | 1,464 |
| Murphy, Mark | 8,796 | 4,204 |
| Olson, Chris | 3,434 | 1,775 |
| Palmer, Steve | 7,690 | 6,499 |
| Parikh, Neha | 185 | 160 |
| Platt, Ira | 566 | 432 |
| Sullivan, Greg | 224 | 190 |

---

[1] Because some produced documents have more than one custodian, the total number of documents produced per custodian will not equal the total number of documents produced by Carvana Defendants. In addition to the documents reflected in the table, "Carvana" is a custodian for 14,715 documents.

12. Carvana Defendants have expanded search terms five times. These expanded search terms returned more than 500,000 documents.

13. Carvana Defendants have produced 96 documents (432 documents inclusive of family members) to Plaintiffs that are returned by the search string <low* w/2 standard*>.

14. During an August 29, 2025, meet-and-confer, Plaintiffs demanded for the first time that Carvana Defendants expedite production of "directories."

15. In a December 4, 2025, meet-and-confer, Carvana Defendants informed Plaintiffs that they would quickly assess document volumes associated with the potential New Custodians once Plaintiffs identified them, and attempt to produce responsive documents well before April 6, 2026. Carvana Defendants offered to negotiate an extension of the discovery deadlines once they determine how long this process would take. Plaintiffs refused. They claimed that they require a full four month extension regardless of when Carvana Defendants produce these documents, and that they cannot take any depositions or brief class certification without the documents from the New Custodians. The only compromise Plaintiffs offered was that they would start taking depositions now if Carvana Defendants agreed that Plaintiffs could take a second deposition of deponents after the New Custodians' documents were produced. Carvana Defendants rejected this proposal. Plaintiffs then indicated they would move the Court for a schedule adjustment.

16. On September 12, 2025, Carvana Defendants produced to Plaintiffs "Census Reports" that list information about Carvana employees on an employee-by-employee basis, including a "Cost Center." Those Census Reports identify Plaintiffs' proposed New Custodians as falling under the following cost centers:

| New Custodian | Cost Center |
| --- | --- |
| Christina Bruns | STC Customer Care |
| Kevin Fitzgerald | Inventory |
| Doug Guan | Inventory |
| Margarite Halaris | Finance |
| Christina Keiser | Finance |
| John McKeon | Accounting |
| Cory Renner | Accounting |

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of December 2025, in the District of Columbia.


By: */s/Matthew J. Peters*
Matthew J. Peters

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

4