# Exhibit 1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
|---|---|---|
| | ) | |
| | ) | LEAD PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |
| This Document Relates To: | ) | |
| | ) | |
| All Actions. | ) | |
| | ) | |

4916-3595-1385.v1

## I.   PRELIMINARY STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Lead Plaintiffs United Association National Pension Fund ("UANPF") and Saskatchewan Healthcare Employees' Pension Plan ("SHEPP," and collectively, "Plaintiffs") hereby submit their Initial Disclosures (the "Initial Disclosures"). These Initial Disclosures are made without waiver of, or prejudice to, any objections Plaintiffs may have. Plaintiffs expressly reserve all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state law; (f) undue burden; (g) materiality; (h) overbreadth; and (i) admissibility. Plaintiffs also reserve the right to clarify, amend, modify, or supplement the information contained in these Initial Disclosures if and when Plaintiffs obtain supplemental information.

Much of the evidence relevant to the claims and defenses in this action, including the identities of certain witnesses and documents, is within the knowledge and control of Carvana Co. ("Carvana" or the "Company"), Ernest Garcia III ("Garcia Jr."), Mark Jenkins ("Jenkins"), Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, Greg Sullivan, Ernest Garcia II ("Garcia Sr."), Citigroup Global Markets Inc., and J.P. Morgan Securities LLC (collectively, "Defendants") and is not currently known to Plaintiffs. Plaintiffs make these Initial Disclosures based on information presently known to Plaintiffs and without prejudice to Plaintiffs' right to produce or use before or during trial additional data, information, and/or documents that are subsequently: (i) discovered; (ii) determined to be relevant to the claims or defenses; and/or (iii) determined to have been omitted from these Initial Disclosures.

Plaintiffs' investigation is continuing, and discovery may reveal additional documents, individuals, and/or entities likely to have discoverable information that Plaintiffs may use to support their claims. Plaintiffs hereby expressly reserve all objections to the use for any purpose of any of the information and documents referenced herein in this case or any other proceeding. By referring to documents and individuals in the initial disclosure process, Plaintiffs make no representations or concessions regarding the relevancy or appropriateness of any particular document(s) or information.

- 1 -

4916-3595-1385.v1

## II.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i)

Plaintiffs believe the individuals and entities named herein may have discoverable information (as that term is used in Fed. R. Civ. P. 26(a)(1)(A)(i)) in this matter that Plaintiffs may use to support their claims or defenses, unless the use would be solely for impeachment.  This list is not exhaustive, as Plaintiffs anticipate that other individuals may have information relevant to the issues in this action, and these Initial Disclosures are made based upon information reasonably available to Plaintiffs at this early stage of the litigation and without prejudice to Plaintiffs' right to identify or rely on facts provided by additional witnesses.  Plaintiffs have identified addresses and telephone numbers where known but make no representations as to the accuracy of such information, particularly with respect to any third parties that have been identified.

### A.    Plaintiffs

Plaintiffs are likely to have discoverable information concerning the retention of outside investment managers and their purchase or sale of Carvana Class A common stock on behalf of Plaintiffs:

| Name | Contact Information |
| --- | --- |
| Saskatchewan Healthcare Employees' Pension Plan | c/o Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>619/231-1058 |
| United Association National Pension Fund | c/o Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>619/231-1058 |

### B.    Defendants

Defendants are likely to have discoverable information regarding the subject matter of Plaintiffs' claims as alleged in Lead Plaintiffs' Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF 71) (the "Complaint"), and any purported defenses, including, *inter alia*, the following general categories of information: (1) Carvana's compliance (or lack thereof) with title and registration laws and regulations; (2) Carvana's

- 2 -

4916-3595-1385.v1

retail sales business and operations and unsustainable scheme to boost retail sales as alleged in the Complaint, including Carvana's: (i) purchasing and verification standards; (ii) title and registration practices, policies, and procedures; (iii) sales in new and/or distant markets in connection with Carvana's nationwide expansion; (iv) sales strategies, including incorporating the value of future sales; and (v) related party transactions; (3) the impact of Carvana's unsustainable retail growth scheme on Carvana as alleged in the Complaint; (4) internal and external investigations into the conduct alleged in the Complaint, including any penalties, settlements, fines, or agreements related thereto; (5) Defendants' false and misleading misstatements and omissions alleged in the Complaint; (6) Defendants' communications with the Company's external auditors concerning the allegations alleged in the Complaint; (7) Defendants' statements and communications with the investment community; (8) Carvana executives' knowledge of or access to information concerning and/or participation in the scheme alleged in the Complaint; (9) Carvana's corporate culture, including its tone at the top; (10) the Garcia Parties',[1] including Garcia Sr.'s, control of Carvana; (11) the market for Carvana securities and transactions in Carvana securities; (12) the reason(s) for any decline in the price of Carvana securities between May 6, 2020 and October 7, 2022, inclusive (the "Class Period"); (13) the issuance of Carvana Class A common stock during the Class Period, and the offering documents, or any due diligence associated with that issuance; (14) Defendants' and Carvana executives' transactions in Carvana securities during the Class Period; (15) Carvana's practices and policies regarding the preparation, approval, and dissemination of statements and financial statement disclosures; (16) damages suffered by investors as a result of Defendants' alleged false and misleading statements and/or omissions and fraudulent scheme; (17) the location or identity of documents, witnesses, or other evidence pertaining to the allegations in the Complaint; (18) Carvana's policies and procedures regarding document retention and preservation; and

---

[1] "Garcia Parties" refers to Garcia Sr., Garcia Jr., and entities controlled by one or both of them.

- 3 -

4916-3595-1385.v1

(19) Defendants' affirmative defenses, whether set forth in Defendants' Answer(s) to the Complaint (ECF 114-116) or otherwise asserted:

| Name | Contact Information |
|---|---|
| Carvana Co. | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| Citigroup Global Markets Inc. | Paul, Weiss, Rifkind, Wharton &<br>  Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>212/373-3000 |
| Ernest Garcia II | DLA Piper LLP (US)<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, CA  90067<br>310/595-3000 |
| Ernest Garcia III | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| J.P. Morgan Securities LLC | Paul, Weiss, Rifkind, Wharton &<br>  Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>212/373-3000 |
| Mark Jenkins | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| Michael Maroone | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| Stephen Palmer | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| Neha Parikh | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| Ira Platt | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |
| Greg Sullivan | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>212/906-1200 |

- 4 -

4916-3595-1385.v1

**C.    Current and Former Carvana Officers, Directors, and Employees**

While discovery has not commenced, Plaintiffs have identified certain general categories of individuals currently or formerly associated with Carvana whom Plaintiffs believe may have discoverable information that Plaintiffs may use to support their claims in this action, other than information to be used solely for impeachment.  These individuals may have information including, *inter alia*, the general categories of information identified in §II.B., *supra*:

| Name | Contact Information |
|---|---|
| Chris Aylward | 49 Tanglewood Drive<br>Lake Oswego, OR  97035-1417<br>503/929-9500 |
| Wyron Bobis | 14491 W. Mountain View Drive<br>Litchfield Park, AZ  85340<br>480/280-4057 |
| Brad Boyd | 365 West Bluebird Drive<br>Chandler, AZ  85286<br>763/757-2365 |
| Brian Boyd | 10913 East Butherus Drive<br>Scottsdale, AZ  85255<br>312/404-1802 |
| Paul Breaux | 3730 East Coolidge Street<br>Phoenix, AZ  85018<br>512/217-3905 |
| Kelleen Brennan | 2528 East Misty Willow Lane<br>Phoenix, AZ  85024<br>602/319-9677 |
| Cristina Salhuana Bruns | 3419 North 45th Street<br>Phoenix, AZ  85018<br>480/329-0941 |
| Wes Chiang | 2147 Newhall Street, Apartment 727<br>Santa Clara, CA  95050-5896<br>801/458-0093 |
| Todd Cline | 10993 South Kestrel Rise Road<br>South Jordan, UT  84009<br>801/514-1065 |
| Robbie Daniels | 522 13th Street SE, Apartment B<br>Washington, D.C.  20003-2224<br>206/962-9286 |
| Eric Di Re | 376 W. Linda Lane<br>Gilbert, AZ  85233-5425<br>928/300-4318 |
| Kevin Fitzgerald | 6105 East Spring Road<br>Scottsdale, AZ  85254<br>480/258-2377 |

4916-3595-1385.v1

| Name | Contact Information |
| --- | --- |
| Seena Ghebleh | 1705 South Westgate Avenue, Apartment 2<br>Los Angeles, CA  90025<br>602/885-9912 |
| Daniel Gill | 4617 North 39th Street<br>Phoenix, AZ  85018<br>734/326-3172 |
| Patrick Hannon | 4345 N. 32nd Way<br>Phoenix, AZ  85018-3973<br>703/861-2771 |
| Seth Haviland | 12636 Shady Cedar Drive<br>Fort Worth, TX  76244-4201<br>817/357-6122 |
| Nathan Herbert | 1015 McLean Avenue<br>Royal Oak, MI  48067<br>315/783-9578 |
| Thomas Hollingsworth | 100 S. Martin L. King Boulevard, #2<br>Las Vegas, NV  89106-4311<br>602/469-4312 |
| Benjamin Huston | 3706 East Coolidge Street<br>Phoenix, AZ  85018<br>480/363-4088 |
| Ryan Keeton | 5241 East Calle Ventura<br>Phoenix, AZ  85018<br>602/284-0255 |
| Stephen Keim | 606 Broadway, Apartment 302<br>Santa Monica, CA  90401-2493<br>928/699-0085 |
| Christina Keiser | 4543 East Calle Ventura<br>Phoenix, AZ  85016<br>781/431-8811 |
| Mike Levin | 385 Greene Avenue, Apartment 1<br>Brooklyn, NY  11216<br>973/650-3751 |
| Jason Lewis | 501 Tryst Lane<br>Wake Forest, NC  27587<br>518/369-0358 |
| Stella Wenxing Liu | 565 E. Thomas Road, Unit C1018<br>Scottsdale, AZ  85251-6171<br>512/954-7097 |
| Dan Malik | 3259 Avenida Anacapa<br>Carlsbad, CA  92009<br>415/271-8694 |
| Mike McKeever | 4700 East Charles Drive<br>Paradise Valley, AZ  85253<br>203/219-8437 |
| John McKeon | 3464 E. Rawhide Street<br>Gilbert, AZ  85296-1824<br>661/378-4281 |
| Kyle Mitchelides | 6434 Archer Lane North<br>Maple Grove, MN  55311<br>614/205-7223 |

4916-3595-1385.v1

| Name | Contact Information |
|---|---|
| Tim Moore | 7335 North 11th Street<br>Phoenix, AZ 85020<br>602/284-3628 |
| Chris Olson | 15608 Peters Stone Court<br>San Diego, CA 92127<br>412/260-5383 |
| Stephen Palmer | 12667 South Honah Lee Court<br>Phoenix, AZ 85044<br>602/312-5507 |
| Anthony Posillico | 6832 W. Robin Lane<br>Glendale, AZ 85310-5207<br>623/680-3115 |
| Dan Quayle | 6224 North 61st Place<br>Scottsdale, AZ 85253<br>480/621-7918 |
| Jessica Querin | 911 West Moon Valley Drive<br>Phoenix, AZ 85023<br>601/856-8037 |
| Jenna Moorehead Ramsey | 8785 E. Via De Sereno<br>Scottsdale, AZ 85258<br>602/316-1346 |
| AJ Rios | 10155 E. Theorem Drive<br>Mesa, AZ 85212-9520<br>480/313-7920 |
| Jeremiah Robinson | 695 West Stanford Avenue<br>Gilbert, AZ 85233<br>480/223-8063 |
| Christina Smith | 8090 South Dateland Drive<br>Tempe, AZ 85284<br>202/248-7567 |
| Mike Snyder | 10412 East Hillery Drive<br>Scottsdale, AZ 85255<br>773/354-8192 |
| Tom Taira | 6310 North Yucca Road<br>Paradise Valley, AZ 85253<br>310/528-6397 |
| Scott Wood | 1531 Bradley Drive<br>Boulder, CO 80305<br>828/507-7329 |

**D.    Investment Managers and Consultants**

The following entities are likely to have discoverable information relating to Plaintiffs' transactions in Carvana Class A common stock during the Class Period:

- 7 -

4916-3595-1385.v1

### 1.    For UANPF

| Name | Contact Information |
|---|---|
| Jennison LCG | 55 East 52nd Street<br>New York, NY  10055<br>212/421-1000 |
| Neuberger Berman Group LLC | 1290 Avenue of the Americas<br>New York, NY  10104<br>800/223-6448 |
| Segal Marco Advisors | 333 West 34th Street<br>New York, NY  10001<br>212/251-5000 |
| T. Rowe Price | 100 East Pratt Street<br>Baltimore, MD  21202<br>410/345-2000 |

### 2.    For SHEPP

| Name | Contact Information |
|---|---|
| Aon | The Aon Centre<br>The Leadenhall Building<br>122 Leadenhall Street<br>London, EC3V4AN<br>England<br>+44(0) 20-7623-5500 |
| Baillie Gifford & Co. | Calton Square<br>1 Greenside Row<br>Edinburgh, EH13AN<br>Scotland<br>+44(0) 131 2752 000 |

### E.    Government Agencies

The following government agencies, as well as their representatives and/or employees, likely have discoverable information regarding the allegations in the Complaint, including, *inter alia*: (1) Carvana's financial reporting; (2) Defendants' communications with investors; (3) Defendants' legal compliance efforts (or lack thereof), including compliance with title and registration rules and regulations and with the federal securities laws; (4) Defendants' communications with regulators and governmental agencies; and/or (5) the location or identity of documents, witnesses, or other evidence pertaining to the allegations in the Complaint:

| Name | Contact Information |
|---|---|
| Arizona Department of Transportation | 1655 W. Jackson Street<br>Phoenix, AZ  85007<br>602/255-0072 |

- 8 -

4916-3595-1385.v1

| Name | Contact Information |
| --- | --- |
| Connecticut Office of the Attorney General | 165 Capitol Avenue<br>Hartford, CT  06106<br>860/808-5318 |
| Florida Department of Motor Vehicles | Neil Kirkman Building<br>2900 Apalachee Parkway, MS 58<br>Tallahassee, FL  32399<br>850/617-2910 |
| Illinois Secretary of State | 213 State Capitol<br>Springfield, IL  62756<br>217/785-3000 |
| Maryland Motor Vehicle Administration | 6601 Ritchie Highway, N.E.<br>Glen Burnie, MD  21062<br>410/768-7000 |
| Michigan Department of State | 430 W. Allegan Street<br>Richard H. Austin Building, 4th Floor<br>Lansing, MI  48918<br>888/767-6424 |
| North Carolina Division of Motor Vehicles | 3148 Mail Service Center<br>Raleigh, NC  27697-3148<br>919/715-7000 |
| Ohio Bureau of Motor Vehicles | 1970 West Broad Street<br>P.O. Box 16520<br>Columbus, OH  43216-6520<br>844/644-6268 |
| Pennsylvania Department of Transportation | Keystone Building<br>400 North Street, Fifth Floor<br>Harrisburg, PA  17120<br>717/787-2838 |
| Texas Department of Motor Vehicles | 4000 Jackson Avenue<br>Austin, TX  78731<br>512/465-3000 |
| United States Securities and Exchange Commission | 100 F Street, N.E.<br>Washington, D.C.  20549<br>202/551-6551 |

**F.    Investment Banks and Securities Analysts**

Various securities analysts, including current and former employees thereof, who, upon information and belief, monitored, tracked or otherwise evaluated Carvana's business, operations, and financial performance, include the following:

| Name | Contact Information |
| --- | --- |
| BNP Paribas Exane | 787 Seventh Avenue<br>New York, NY  10019<br>212/841-3000 |
| BofA Securities, Inc. | One Bryant Park<br>New York, NY  10036<br>646/743-2734 |

- 9 -

4916-3595-1385.v1

| Name | Contact Information |
|---|---|
| CFRA Equity Research | 977 Seminole Trail, PMB 230<br>Charlottesville, VA  22901<br>800/220-0502 |
| Citizens JMP Securities, LLC | 600 Montgomery Street, Suite 1100<br>San Francisco, CA  94111<br>415/835-8900 |
| Cowen Equity Research | 599 Lexington Avenue, 20th Floor<br>New York, NY  10022<br>646/562-1010 |
| Craig-Hallum Capital Group LLC | 222 South Ninth Street, Suite 350<br>Minneapolis, MN  55402<br>612/334-6300 |
| D.A. Davidson Institutional Equity Research | 8 Third Street North<br>Great Falls, MT  59401<br>406/727-4200 |
| Davy Research | Davy House<br>49 Dawson Street<br>Dublin 2, D02 PY05<br>Ireland<br>+353-1-679-7788 |
| Deutsche Bank Securities Inc. | 60 Wall Street<br>New York, NY  10005<br>212/250-2500 |
| Evercore ISI | 55 East 52nd Street<br>New York, NY  10055<br>212/857-3100 |
| J.P. Morgan Chase & Co. | 383 Madison Avenue<br>New York, NY  10178<br>212/270-6000 |
| Jefferies LLC | 520 Madison Avenue<br>New York, NY  10022<br>212/284-2300 |
| Morgan Stanley & Co., LLC | 1585 Broadway<br>New York, NY  10036<br>212/761-4000 |
| Needham & Company LLC | 250 Park Avenue<br>New York, NY  10177<br>212/371-8300 |
| Oppenheimer & Co. Inc. | 85 Broad Street<br>New York, NY  10004<br>800/221-5588 |
| Piper Sandler | 800 Nicollet Mall<br>Minneapolis, MN  55402<br>612/303-6000 |
| Price Target Research LLC | 145 Woodley Road<br>Winnetka, IL  60093<br>847/446-1149 |
| Probes Reporter | P.O. Box 47331<br>Plymouth, MN  55447<br>763/595-0900 |

- 10 -

4916-3595-1385.v1

| Name | Contact Information |
|---|---|
| RBC Capital Markets | 200 Vesey Street, 9th Floor<br>New York, NY  10281<br>212/428-6200 |
| SADIF Investment Analytics | R. Domingos F. Pinto Basto<br>21-3830-176 Ilhavo<br>Portugal<br>+351-234-322-037 |
| Stephens Inc. | 111 Center Street<br>Little Rock, AR  72201<br>501/377-2000 |
| The Benchmark Company LLC | 150 E. 58th Street, 17th Floor<br>New York, NY  10155<br>212/312-6700 |
| Truist Securities | 3333 Peachtree Road, N.E.<br>Atlanta Financial Center<br>South Tower, 9th Floor<br>Atlanta, GA  30326<br>404/926-5600 |
| Wedbush Securities | 1000 Wilshire Boulevard<br>Los Angeles, CA  90017<br>213/688-8000 |
| Wells Fargo Securities | 420 Montgomery Street<br>San Francisco, CA  94163<br>866/249-3302 |
| William Blair & Company, LLC | 150 North Riverside<br>Chicago, IL  60606<br>312/236-1600 |
| Wolfe Research | 757 Third Avenue, 6th Floor<br>New York, NY  10017<br>646/845-0700 |
| Zacks Equity Research | 10 South Riverside Plaza, Suite #1600<br>Chicago, IL  60606<br>312/630-9880 |

## G.    Auditing Firms and Law Firms

The following third-party auditor, including their representatives and/or employees, likely have information concerning the allegations in the Complaint, including, *inter alia*, Carvana's business, financial reporting, internal controls, and the 2022 Public Offering:

| Name | Contact Information |
|---|---|
| Davis Polk & Wardwell | 900 Middlefield Road<br>Redwood City, CA  94063<br>650/752-2000 |
| Grant Thornton LLP | 2555 E. Camelback Road, #500<br>Phoenix, AZ  85016<br>602/474-3400 |

4916-3595-1385.v1

| Name | Contact Information |
|------|---------------------|
| Kirkland & Ellis | 333 West Wolf Point Plaza<br>Chicago, IL  60654<br>312/862-2000 |

### H.    Related Entities

The following entities, as well as representatives and/or employees of the same, may have discoverable information regarding the alleged misstatements and unsustainable retail growth scheme, which Plaintiffs may use to support the claims alleged in the Complaint:

| Name | Contact Information |
|------|---------------------|
| DriveTime Automotive Group, Inc. | 1720 W. Rio Salado Parkway<br>Tempe, AZ  85281<br>888/418-1212 |
| Openlane Inc. (f/k/a KAR Global) | 11299 N. Illinois Street, Suite 500<br>Carmel, IN  46032<br>800/923-3725 |

### I.    Media

The following entities, as well as representatives and/or employees of the same, may have discoverable information regarding the alleged misstatements and unsustainable retail growth scheme, which Plaintiffs may use to support the claims alleged in the Complaint:

| Name | Contact Information |
|------|---------------------|
| *Barron's* | 1211 Avenue of the Americas<br>New York, NY  10036<br>609/520-4185 |
| *The Wall Street Journal* | 1211 Avenue of the Americas<br>New York, NY  10036<br>609/514-0870 |

The identity of additional individuals or entities with discoverable information will become known as discovery and Plaintiffs' investigation progresses, including individuals who are identified in Defendants' initial disclosures.

**III.    DESCRIPTION OF CATEGORIES OF DOCUMENTS WITHIN PLAINTIFFS' POSSESSION, CUSTODY, OR CONTROL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)(ii)**

Plaintiffs (through their counsel) disclose that they have in their possession, custody, or control: (1) publicly available documents; (2) documents referenced in the Complaint; and (3) records identifying Plaintiffs' transactions in Carvana securities.

- 12 -

4916-3595-1385.v1

## IV. COMPUTATION OF DAMAGES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)(iii)

### A. Compensatory Damages

Plaintiffs seek compensatory damages pursuant to §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), SEC Rule 10b-5, 17 C.F.R. §240.10b-5, promulgated under the Exchange Act, and §§11, 12(a)(2), and 15 of the Securities Act of 1933, 15 U.S.C. §§77k, 77l(a)(2), and 77o. Expert analysis is required to calculate compensatory damages on a per share basis in this action. Plaintiffs will disclose the identity, report, and opinion of any expert(s) in accordance with the Federal Rules of Civil Procedure, the Local Rules, and the orders of the Court.

### B. Attorneys' Fees and Costs

Plaintiffs seek attorneys' fees and reimbursement of expenses incurred as a result of this litigation. Plaintiffs' attorneys' fees and costs are being incurred on an ongoing basis, and Plaintiffs are presently unable to state the amount that will be incurred during this litigation.

### C. Pre-Judgment and Post-Judgment Interest at the Highest Rate Permitted by Law

Plaintiffs seek pre- and post-judgment interest on all damages, attorneys' fees and expenses, and any other monetary relief to which the Court finds them entitled. Because the accrual of prejudgment interest is ongoing and accrual of post-judgment interest will not begin until after judgment is obtained, Plaintiffs are unable to calculate the amount owed at this time.

### D. Other Damages

Plaintiffs reserve the right to seek any other damages to which they are legally entitled in this action.

- 13 -

4916-3595-1385.v1

## V.   PRODUCTION OF AN APPLICABLE INSURANCE AGREEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)(iv)

The information sought by this portion of the Federal Rule of Civil Procedure is inapplicable to Plaintiffs.

DATED:  February 18, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
TOR GRONBORG
(Admitted *pro hac vice*)
ERIKA L. OLIVER
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)


                    s/ Daniel S. Drosman
              DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
BRENT E. MITCHELL
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
bmitchell@rgrdlaw.com

- 14 -

4916-3595-1385.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACOB G. GELMAN
(Admitted *pro hac vice*)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jgelman@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C.  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

Additional Counsel for Lead Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
  & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

- 15 -

4916-3595-1385.v1

## DECLARATION OF SERVICE BY EMAIL

I, KATIE WOODS, not a party to the within action, hereby declare that on February 18, 2025, I served the attached LEAD PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Daniel S. Drosman<br>Tor Gronborg<br>Erika L. Oliver<br>Rachel A. Cocalis<br>Sarah A. Fallon | Robbins Geller Rudman & Dowd LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101 | ddrosman@rgrdlaw.com<br>torg@rgrdlaw.com<br>eoliver@rgrdlaw.com<br>rcocalis@rgrdlaw.com<br>sfallon@rgrdlaw.com |
| Robert M. Rothman<br>David A. Rosenfeld<br>Brent E. Mitchell | Robbins Geller Rudman & Dowd LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY  11747 | rrothman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>bmitchell@rgrdlaw.com |
| Jacob G. Gelman | Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street<br>Suite 1800<br>San Francisco, CA  94104 | jgelman@rgrdlaw.com |
| Andrew Friedman | Bonnett Fairbourn Friedman &<br>  Balint PC<br>7301 N. 16th Street<br>Suite 102<br>Phoenix, AZ  85020 | afriedman@bffb.com |

**COUNSEL FOR DEFENDANTS**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Jeff G. Hammel | Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY  10020 | jeff.hammel@lw.com |
| Andrew B. Clubok<br>Susan E. Engel<br>Matthew J. Peters<br>J. Christian Word | Latham & Watkins LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, D.C.  20004 | andrew.clubok@lw.com<br>susan.engel@lw.com<br>matthew.peters@lw.com<br>christian.word@lw.com |
| Douglas C. Northup<br>Andrea L. Marconi | Fennemore Craig, P.C.<br>2394 E. Camelback Road<br>Suite 600<br>Phoenix, AZ  85016 | dnorthup@fennemorelaw.com<br>amarconi@fennemorelaw.com |
| Susanna M. Buergel<br>David P. Friedman | Paul, Weiss, Rifkind, Wharton &<br>  Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019 | sbuergel@paulweiss.com<br>dfriedman@paulweiss.com |

4916-3595-1385.v1

| Cameron A. Fine Madeline A. Cordray | DLA PIPER LLP (US) 2525 East Camelback Road Suite 1000 Phoenix, AZ 85016 | cameron.fine@us.dlapiper.com madeline.cordray@us.dlapiper.com |
|---|---|---|
| Melanie Walker | DLA PIPER LLP (US) 2000 Avenue of the Stars Suite 400 Los Angeles, CA 90067 | melanie.walker@us.dlapiper.com |
| Yan Grinblat | DLA PIPER LLP (US) 444 West Lake Street Suite 900 Chicago, IL 60606 | yan.grinblat@us.dlapiper.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2025, at San Diego, California.

_____
KATIE WOODS

4916-3595-1385.v1