# Exhibit 2

| | |
|---|---|
| **From:** | Sarah Fallon <SFallon@rgrdlaw.com> |
| **Sent:** | Tuesday, December 9, 2025 8:31 PM |
| **To:** | Kalana Kariyawasam (NY); Andrew Clubok (DC); Jeff Hammel (NY); Christian Word (DC); Susan Engel (DC); Meryn Grant (LA); Matthew Peters (DC); Natalie Salazar (CH); John Eastly (SF); AMarconi@fennemorelaw.com |
| **Cc:** | dfriedman@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; Madeline.Cordray@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Emma.Peplow@us.dlapiper.com; Rachel Cocalis; Erika Oliver; Dan Drosman; David Rosenfeld; Robert Rothman; Tor Gronborg; Matthew Balotta; Katie Woods |
| **Subject:** | RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL |

Counsel,

Pursuant to the Court's November 19, 2025, Order (ECF No. 212), we write to provide you with Plaintiffs' list of seven additional custodians.

1. Christina Bruns
2. Kevin Fitzgerald
3. Doug Guan
4. Margarite Halaris
5. Christina Keiser
6. John McKeon
7. Cory Renner

Plaintiffs reserve all rights to seek additional custodians.

Thank you,

**Sarah A. Fallon**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



**From:** Kalana.Kariyawasam@lw.com <Kalana.Kariyawasam@lw.com>
**Sent:** Tuesday, December 2, 2025 7:45 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>
**Cc:** Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Meryn.Grant@lw.com; Matthew.Peters@lw.com; Natalie.Salazar@lw.com; John Eastly <john.eastly@lw.com>; AMarconi@fennemorelaw.com; dfriedman@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com;

1

Madeline.Cordray@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com;
Emma.Peplow@us.dlapiper.com
**Subject:** In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL

EXTERNAL SENDER
Counsel,

Pursuant to the Court's November 19, 2025, Order (ECF No. 212), we write to provide you with the names of individuals associated with the 12 cost centers that Plaintiffs identified in the November 17, 2025, discovery hearing. The cost centers are ultimately managed by executive-level individuals, but we have identified the senior-most managers below the executive level within these cost centers.

| | |
|---|---|
| 1. Analytics | Alex Devkar; Jeff McLellan; Jeff Moore |
| 2. Customer Care Support | Teresa Aragon |
| 3. Customer Experience | Teresa Aragon |
| 4. Infrastructure Development | Brian Boyd |
| 5. Inspection Center Development | Brian Boyd |
| 6. Logistics | Benjamin Morens; Will Adams |
| 7. Market Operations | Jenni Stanford; Jacqueline Hearns |
| 8. Product Management | Paul McReynolds |
| 9. Reconditioning | Richard Ball; Mike Rennie; Brian Boyd |
| 10. Retail Development | Bret Sassenberg |
| 11. Verification | Michelle Carstens |
| 12. Wholesale | Scott Wood |

Thanks,

**Kalana Kariyawasam**
*Pronouns: he/him/his*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.303.2837
Email: kalana.kariyawasam@lw.com
https://www.lw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender**

**by reply email and destroy all copies of the original message.**