ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | DECLARATION OF ERIKA L. OLIVER IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER |
| All Actions. | |

4929-5888-5507.v1

I, ERIKA L. OLIVER, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    To date, the Carvana Defendants have produced a total of 69,574 documents as follows:

| Production Date | Number of Documents Produced |
|---|---|
| 06/13/2025 | 3 |
| 09/12/2025 | 32 |
| 09/23/2025 | 1,281 |
| 09/27/2025 | 1,282 |
| 10/02/2025 | 1,651 |
| 10/08/2025 | 3,301 |
| 10/10/2025 | 1,884 |
| 10/17/2025 | 2,470 |
| 10/31/2025 | 2,403 |
| 11/07/2025 | 3,434 |
| 11/14/2025 | 8,255 |
| 11/21/2025 | 10,769 |
| 12/01/2025 | 2,358 |
| 12/03/2025 | 9,599 |
| 12/06/2025 | 6,981 |
| 12/08/2025 | 13,871 |
| **TOTAL** | **69,574** |

3.    Attached are true and correct copies of the following exhibits:

Exhibit 32:    Declaration of Jerry Bui, dated December 19, 2025; and

Exhibit 33:    May 15, 2025 letter to Matthew J. Peters from Rachel A. Cocalis with attachment.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 19, 2025, at San Diego, California.

_____
ERIKA L. OLIVER

- 1 -

4929-5888-5507.v1