UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
| | ) | |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO USE LEAD PLAINTIFFS' PROPOSED SEARCH TERMS |
| All Actions. | ) ) ) | |

4899-7915-5077.v1

The Court has carefully considered Plaintiffs' motion to compel Defendants to use Plaintiffs' proposed search terms, Defendants' opposition, Plaintiffs' reply, all accompanying materials, and relevant legal authority.[1]  The Court finds that the discovery sought is relevant to the litigation, responsive to Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants, and proportional to the needs of the case. Accordingly, the Court **GRANTS** Plaintiffs' motion.  Defendants are ordered to run the following terms across all custodians for the January 1, 2020 to February 28, 2023 Relevant Time Period:[2]

### A.    Terms Relating to Retail Sales Growth

1. (sale* OR unit* OR retail OR vehicle* OR car OR cars) w/20 (grow* OR grew OR increas* OR decreas* OR guid* OR projection* OR trend* OR drove OR driv* OR demand OR "on track" OR behind OR ahead OR slip* OR gap OR reforecast* OR variance OR bridge OR plan* OR target OR goal  OR forecast OR "YOY" OR "year*over*" OR higher OR unsustain*)

### B.    Terms Relating to Purchasing and Verification Standards

2. customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (condition OR standard* OR inspect* OR rating OR rate* OR verif* OR criteri* OR low* OR poor OR quality OR wholesale OR volume OR lower OR bad OR trash* OR worth* OR shit* OR junk* OR "any car" OR "all cars" OR "all vehicles" OR grow* OR grew OR more OR up OR formula* OR algorithm* OR procedure* OR *valu* OR *demand OR inventory OR salvag* OR beat* OR wreck* OR scrap* OR damage* OR inoperable OR market OR inflat*)

3. (quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (track* OR monitor* OR assess* OR inspect* OR confirm* OR check* OR analy* OR manag* OR eval* OR test* OR low* OR poor OR bad OR trash* OR worth* OR shit* OR junk* OR verif* OR reject* OR approv* OR formula* OR algorithm* OR procedure* OR data OR criteri* OR offer* OR fit OR valu* OR *demand OR inventory OR salvag* OR wholesale OR wreck* OR scrap* OR damage* OR inoperable)

---

[1]    "Defendants" refers to Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan.

[2]    Some search strings are limited to specific individuals or specific time periods. Those strings should be run against only the specific custodians or for the specified time period.

- 1 -

4899-7915-5077.v1

4.  lemon*

5.  inspect* w/15 (poor OR fail OR "not done")

6.  "no standard*"

7.  "kick" or "kicks" or "kick rate*"

8.  customer w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR "third party" OR "third-party" OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile*)

9.  [For Sell to Carvana Custodians:] meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR park* OR "third party" OR "third-party" OR production OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile*

## C.    Terms Relating to Nationwide Expansion

10.  logistic* w/15 (wholesale OR volume OR capacity OR constrain* OR *"third party" OR "third-party" OR production OR transport* OR haul OR pickup* OR "pick up" OR ship* OR distance OR mile* OR expens* OR "unit economic*")

11.  (market* OR state* OR region* OR northwest OR pacific OR nationwide) w/15 (launch* OR new OR expan*)

12.  ((market* OR state* OR region* OR northwest OR pacific OR nationwide) AND (launch* OR new OR expan*)) w/15 (distan* OR mile* OR transport* OR logistic* OR network* OR hub OR IRC OR "third part*" OR "third-part*" OR profit* OR cost* OR margin* OR expense* OR inventory OR far OR transport* OR haul OR pickup* OR ship* OR meter* OR constrain* OR "cut back" OR decreas* OR strain*)

13.  ADESA*

14.  "MTCon*" or "Midterm contribution*" or "Mid-term contribution*"

## D.    Terms Relating to Sham Transactions with DriveTime Automotive Group, Inc. and Other Related-Party Transactions with Ernest Garcia II

15.  DriveTime* OR DT* OR "Drive Time*"

16.  Bridgecrest*

- 2 -

17. Verde*

### E.    Terms Relating to Title and Registration

18. ("NC") w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

19. "IL" w/3 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)

20. ((risk OR risks) w/3 disclos*) AND (10-K OR 10K OR 10-Q OR 10Q OR SEC OR "annual report" OR investor*)

21. buffer* OR cushion*

### F.    Terms Relating to Motive

22. (Ernie* OR Ernest* OR Garcia* OR Mark* OR Jenkins* OR CEO OR CFO) w/25 (compensat* OR salar* OR bonus* OR severance OR incentive* OR award* OR eligib* OR *equit* OR option* OR performance OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR target* OR vest* OR defer* OR pension OR parachute* OR perk*)

23. [For Garcia Jr. and Jenkins:] (compens* OR comp OR salar* OR bonus* OR severance OR incentive* OR *equit* OR "perform*based" OR "performance based" OR "RSU*" OR "PBU*" OR KPI* OR "key performance" OR pension OR "key strategic goal*" OR parachute* OR perk*)

24. [For Garcia Jr. and Jenkins:] (sell* OR trade* OR trading OR transact*) w/ 20 (stock OR share*)

25. [For Garcia Jr. and Jenkins:] "10b5*1" OR "trading plan*"

26. [For Garcia Jr. and Jenkins:] Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*))

27. [From September 1, 2022 through February 1, 2023:] (Levin*) w/20 (fir* OR terminat* OR leave* OR canned OR dismiss* OR resign* OR sacked OR retir* OR (step* down) OR oust* OR "let go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*)

- 3 -

4899-7915-5077.v1

28. [For Mike Levin, from September 1, 2022 through February 1, 2023:] ("separation agreement" OR leave* OR retir* OR resign* OR severance OR fir* OR terminat* OR "step* down" OR "for cause" OR "without cause" OR quit*)

**G.    Terms Relating to Carvana's April 2022 Offering**

29. (Offering OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")

30. [For the period January 1, 2022 to April 30, 2022:]  (Offering or Cactus) AND (underwrit* OR "bring down"  OR roadshow*)

31. [In any of the To, From, CC, or BCC fields:]  christian.anderson@citi.com OR brian.yick@citi.com OR andrew.cuthill@citi.com OR nicholas.landi@citi.com OR ryan.bott@citi.com OR alan.dockeray@citi.com OR christian.berardo@citi.com OR salman.karim@citi.com OR paul.abrahimzadeh@citi.com OR brian.deleo@citi.com OR alex.zelinski@citi.com OR tyler.shaw@citi.com OR patrick.korth@citi.com OR richard.chand@citi.com OR gabriel.xia@citi.com OR janelle.c.mosley@citi.com OR juliette.lagasi@citi.com OR matthew.donovan@citi.com OR ronald.josey@citi.com OR nicholas.jones@citi.com

32. (Carvana* OR CVNA*) AND ("Davis Polk" OR *davispolk.com OR Denenberg* OR Gould* OR (Travis* w/3 Mitchell*) OR Lian* OR Azzopardi* OR Kipnis* OR (Brad* w/3 Sherman*) OR Verdolini*)

33. (Carvana* OR CVNA* OR *@carvana.com) AND ("K&E" OR *Kirkland.com OR Goedert*)

**H.    Terms Relating to Stock Price Movements and Analyst Communications**

34. (stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus)

35. (market OR analyst* OR Street) w/10 (react* OR disappoint* OR surpris* OR downgrad* OR ((lower* OR reduc*) w/3 rating*) OR miss*)

36. john.blackledge@cowen.com OR william.kerr@cowen.com OR james.kopelman@cowen.com OR logan.whalley@cowen.com OR sdyer@craig-hallum.com OR ryan.sigdahl@craig-hallum.com OR matthew.wegner@craig-hallum.com OR mbaker@dadco.com OR khallberg@dadco.com OR kcox@dadco.com OR MHayes@dadco.com OR james.musker@davyuk.com OR david.reynolds@davyuk.com OR alex.short@davyuk.com OR christopher.allan@davyuk.com

37. berickson@needhamco.com OR cpierce@needhamco.com OR bmcternan@needhamco.com OR emmanuel.rosner@db.com OR

- 4 -

4899-7915-5077.v1

edison.yu@db.com OR conor-e.walters@db.com OR Brian.Nagel@opco.com OR William.Dossett@opco.com OR Andrew.Chasanoff@opco.com

38. Naved.Khan@truist.com OR Youssef.Squali@truist.com OR Robert.Zeller@truist.com OR Daniel.Speed@truist.com OR Nicholas.Cronin@truist.com OR Kibin.Kim@truist.com OR Anthony.Hau@truist.com OR Zachary.Fadem@wellsfargo.com OR Sam.Reid@wellsfargo.com OR David.Lantz@wellsfargo.com OR John.Parke@wellsfargo.com OR Seth.Basham@wedbush.com OR Nathan.Friedman@wedbush.com OR matthew.mccartney@wedbush.com OR szackfia@williamblair.com OR tanderson@williamblair.com OR gbadishkanian@wolferesearch.com OR clee@wolferesearch.com OR tharbauer@wolferesearch.com OR jmoser@wolferesearch.com OR sstringer@wolferesearch.com

39. Michael.Montani@evercoreisi.com OR brandon.dempster@evercoreisi.com OR greg.melich@evercoreisi.com OR Daniel.Solomon@evercoreISI.com OR jcolantuoni@jefferies.com OR bthill@jefferies.com

40. alexander.potter@psc.com OR ben.johnson@psc.com OR winnie.dong@psc.com OR jack.kessler@psc.com OR brad.erickson@rbccm.com OR logan.reich@rbccm.com OR vincent.caintic@stephens.com OR daniel.imbro@stephens.com OR rnelson@stephens.com OR mward@benchmarkcompany.com

41. chris.bottiglieri@exanebnpparibas.com OR stephen.mcmanus@exanebnpparibas.com OR ian.davis@exanebnpparibas.com OR nathaniel.schindler@bofa.com OR vincent-peer.huebner@bofa.com OR jen.shi@bofa.com OR  garrett.nelson@cfraresearch.com

42. njones@jmpsecurities.com OR tshubsda@jmpsecurities.com OR rjosey@jmpsecurities.com OR aboone@jmpsecurities.com

43. Adam.Jonas@morganstanley.com OR Armintas.Sinkevicius@morganstanley.com OR Evan.Silverberg@morganstanley.com OR Daniela.Haigian@morganstanley.com OR Matias.Ovrum@morganstanley.com

**I.    Terms Relating to Communications with the SEC**

44. [in To/From/CC/BCC Fields:] *@sec.gov

The Court **ORDERS** Defendants to begin weekly rolling productions of documents hitting on these search terms within 14 days of the Court's order, to proceed on a weekly basis

- 5 -

4899-7915-5077.v1

thereafter, and to prioritize production of those documents that hit on the search terms identified in the "Stock Price Movements and Analyst Communications" section above.

IT IS SO ORDERED.

4899-7915-5077.v1