ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) ) ) | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | ) ) ) ) | DECLARATION OF ERIKA L. OLIVER IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO USE LEAD PLAINTIFFS' |
| All Actions. | ) ) ) | PROPOSED SEARCH TERMS |

4916-4783-3988.v1

I, ERIKA L. OLIVER, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit 1:     Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants, dated March 11, 2025;

Exhibit 2:     July 23, 2025 letter to Rachel A. Cocalis from Matthew J. Peters with attachments;

Exhibit 3:     August 1, 2025 letter to Matthew J. Peters from Rachel A. Cocalis with attachment;

Exhibit 4:     August 7, 2025 letter to Rachel A. Cocalis from Matthew J. Peters with attachment;

Exhibit 5:     September 8, 2025 letter to Matthew J. Peters from Erika L. Oliver with attachment;

Exhibit 6:     October 17, 2025 letter to Erika L. Oliver from Matthew J. Peters with attachments;

Exhibit 7:     November 4, 2025 letter to Matthew J. Peters from Matthew J. Balotta with attachments;

Exhibit 8:     December 2, 2025 letter to Matthew J. Balotta from Matthew J. Peters with attachment;

Exhibit 9:     December 9, 2025 attachment to the December 2, 2025 letter to Matthew J. Balotta from Matthew J. Peters;

Exhibit 10:    December 16, 2025 email to Counsel from Erika L. Oliver;

Exhibit 11:    Excerpts of an email chain ending with an August 11, 2025 email to Erika L. Oliver from Yan Grinblat; and

Exhibit 12:    December 30, 2025 letter to Matthew J. Peters from Matthew J. Balotta with attachment.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 30, 2025, at San Diego, California.

_____
ERIKA L. OLIVER

- 1 -

4916-4783-3988.v1