# EXHIBIT 9

**Exhibit A[1]**

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 1,226,149 | 1,459,941 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" | 1,692 | 4,219 | 58 |
| "Barron's" or "Barrons" or "Alderman" | 5,219 | 9,030 | 473 |
| "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com | 26,221 | 49,066 | 3,576 |
| "expresstitletag" OR "Express Title" | 18 | 43 | 0 |
| "hold title" | 245 | 550 | 3 |
| "IL" w/3 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,926 | 5,444 | 266 |
| "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com | 42,201 | 69,067 | 5,641 |
| "low quality" OR "low-quality" OR "poor quality" | 1,043 | 1,910 | 0 |
| "no standard*" | 376 | 1,256 | 27 |
| "offering document" OR "registered public offering" | 650 | 3,037 | 7 |
| "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 8,220 | 23,237 | 0 |
| "T&R" OR "T/R" OR "T & R" OR "T and R" | 31,796 | 50,797 | 4,030 |
| "Title One" | 2,792 | 6,903 | 159 |
| "value of future sales" | 115 | 590 | 0 |

---

[1] Due to the different search parameters requested by plaintiffs, several different STRs were required. All are shared per the ESI Order, ECF 137.

| Query | Count 1 | Count 2 | Count 3 |
|---|---|---|---|
| ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR "MD&A" OR (financ* w/10 disclos*)) w/20 (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) | 72,063 | 148,522 | 12,946 |
| ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 24,269 | 44,439 | 6,523 |
| ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 17,154 | 29,992 | 2,204 |
| ("IPO" OR Cactus*) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 4,659 | 9,722 | 91 |
| ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 9,848 | 15,628 | 1,448 |
| ("NC Situation" OR "N.C. Situation") and ((NC w/3 Situation) OR ("N.C." w/3 Situation)) | 69 | 173 | 0 |
| ("NC") w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,958 | 8,132 | 345 |

2

| | | | |
|---|---|---|---|
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 10,436 | 19,632 | 1,199 |
| ("Oak Brook" OR "Arlington Heights" OR Illinois) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 24,633 | 43,510 | 1,756 |
| ("Ohio BMV" OR "Ohio") w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 7,950 | 12,135 | 913 |
| ("out of state" OR "out-of-state") w/35 (title OR registr*) | 8,926 | 15,486 | 147 |
| ("retail unit" OR "retail units") w/5 (grow* OR increas* OR boost OR rais*) | 8,229 | 63,306 | 0 |
| ("RUS" OR "Retail Unit Sale*") | 8,046 | 42,883 | 406 |
| ("third party" OR "third-party") w/3 (production OR transport* OR pickup* OR ship* OR logistic*) | 7,046 | 35,918 | 164 |
| ("TOP" OR "TOPS") w/15 ("accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut*) | 42,723 | 65,573 | 7,501 |
| ("TOP" OR "TOPS") w/15 ("backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal") | 58,604 | 96,319 | 9,957 |
| (("SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes) AND "cert*") OR ("cert*" w/5 302) | 4,839 | 14,988 | 401 |

3

| | | | |
|---|---|---|---|
| (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) | 8,971 | 13,368 | 859 |
| ((("Texas" OR "TX") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 13,967 | 22,535 | 1,411 |
| (((Colorado OR (CO w/3 AID)) OR CAID) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 2,419 | 3,907 | 0 |
| (((risk OR risks) w/3 disclos*) AND (10-K OR 10K OR 10-Q OR 10Q OR SEC OR "annual report" OR investor*)) | 4,274 | 16,149 | 74 |
| (("Wisconsin* or "WisDOT" or (WI w/3 DOT)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,609 | 3,827 | 351 |
| ((Alabama OR (AL w/3 DMV) OR (AL w/3 Revenue) OR (AL w/3 "Motor Vehicle") OR ALDOR OR ADOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR "TOP" OR "TOPS" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,833 | 4,604 | 388 |
| ((Arkansas OR (AR w/3 DMV)) OR ((AR w/3 "Motor Vehicle") OR (AR w/3 DFA)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,029 | 6,665 | 213 |

| | | | |
|---|---|---|---|
| ((California OR (CA w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 17,416 | 31,150 | 2,204 |
| ((Carvana* OR CVNA*) AND ("Davis Polk" OR *davispolk.com OR Denenberg* OR Gould* OR (Travis* w/3 Mitchell*)) OR Lian* OR Azzopardi* OR Kipnis* OR (Brad* w/3 Sherman*) OR Verdolini*) | 23,314 | 35,096 | 1,970 |
| ((Colorado OR (CO w/3 DMV) OR CDOR) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 2,439 | 3,932 | 0 |
| ((Georgia OR (GA w/3 DDS) OR (GA w/3 DOR)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 7,174 | 11,567 | 375 |
| ((Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,068 | 7,320 | 16 |
| ((Indiana OR (IN w/3 SOS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,207 | 7,677 | 22 |
| ((Kansas OR (KS w/3 DMV) OR (KS w/3 DOV) OR (KS w/3 (Revenue OR DOR)) OR KDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,224 | 6,909 | 461 |

| | | | |
|---|---|---|---|
| ((Kentucky OR KYTC OR (KY w/3 MVC) OR (KY w/3 Drive)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,619 | 2,355 | 248 |
| ((Maine OR (ME w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,847 | 3,208 | 203 |
| ((market* OR state* OR region* OR northwest OR pacific OR nationwide) AND (launch* OR new OR expan*)) w/15 (distan* OR mile* OR transport* OR logistic* OR network* OR hub OR IRC OR "third part*" OR "third-part*" OR profit* OR cost* OR margin* OR expense* OR inventory OR far OR transport* OR haul OR pickup* OR ship* OR meter* OR constrain* OR "cut back" OR decreas* OR strain*) | 40,812 | 110,744 | 464 |
| ((market* OR state* OR region* OR northwest OR pacific OR nationwide) w/15 (launch* OR new OR expan*)) | 241,755 | 397,948 | 56,730 |
| ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,680 | 3,856 | 415 |
| ((Massachusetts OR (MA w/3 RMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 6,747 | 12,122 | 508 |
| ((Minnesota OR (MN w/3 DVS) OR (MN w/3 DPS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,479 | 7,263 | 173 |

6

| Query | Col2 | Col3 | Col4 |
|---|---|---|---|
| ((Missouri OR (MO w/3 DMV) OR (MO w/3 DOR)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,629 | 6,185 | 358 |
| ((Montana OR (MT w/3 MVD)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,162 | 1,591 | 215 |
| ((Nevada OR (NV w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,345 | 5,381 | 407 |
| ((New York OR (NY w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 22,741 | 32,903 | 2,476 |
| ((Oklahoma OR (OK w/3 Service) OR SOK OR OTC OR (OK w/3 DPS) OR (OK w/3 OMES)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,430 | 10,060 | 618 |
| ((quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (track* OR monitor* OR assess* OR inspect* OR confirm* OR check* OR analy* OR manag* OR eval* OR test* OR low* OR poor OR bad OR trash* OR worth* OR shit* OR junk*)) | 83,102 | 191,322 | 15,703 |
| ((quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (verif* OR reject* OR approv* OR formula* OR algorithm* OR procedure* OR data OR criteri* OR offer* OR fit OR valu* OR *demand OR inventory OR salvag* OR wholesale OR wreck* OR scrap* OR damage* OR inoperable)) | 80,323 | 215,267 | 12,036 |

7

| | | | |
|---|---|---|---|
| ((raise OR need) w/5 capital) | 9,331 | 19,786 | 961 |
| ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) | 14,232 | 73,206 | 79 |
| ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track*) | 26,022 | 104,960 | 985 |
| ((SEC OR "Securities and Exchange Commission") w/3 filing*) | 14,651 | 25,896 | 2,145 |
| ((securit* OR underwrit*) w/20 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA)) | 18,240 | 43,233 | 468 |
| ((share w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND Carvana OR CVNA | 206 | 549 | 0 |
| ((South Carolina OR SCDMV OR (SC w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 2,477 | 4,211 | 181 |
| ((stock w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND Carvana OR CVNA | 482 | 2,001 | 0 |
| ((Tennessee OR TDOS OR (TN w/3 DOS) OR TDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 4,222 | 7,354 | 266 |
| ((Utah OR (UT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 3,111 | 4,700 | 340 |

| | | | |
|---|---|---|---|
| ((Vermont or (VT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*)) | 1,233 | 1,974 | 164 |
| ((Virginia OR (Va w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 5,034 | 9,212 | 786 |
| ((Washington OR DolWa) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*)) | 5,690 | 11,109 | 734 |
| (Carvana* OR CVNA* OR *@carvana.com) AND ("K&E" OR *Kirkland.com OR Goedert*) | 21,083 | 33,652 | 4,968 |
| (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | 130,044 | 233,371 | 17,837 |
| (CVNA w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*) | 1 | 1 | 0 |
| (due w/5 dilligence) OR (due w/5 diligence) | 20,716 | 41,871 | 3,461 |
| (earning* OR investor* OR shareholder* OR analyst*) w/15 (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR met OR meet) | 149,758 | 217,018 | 20,969 |
| (Ernie* OR Ernest* OR Garcia* OR Mark* OR Jenkins* OR CEO OR CFO) w/25 (compensat* OR salar* OR bonus* OR severance OR incentive* OR award* OR eligib* OR *equit* OR option* OR performance OR "RSU*" OR "PBU*" OR KPI OR claw* OR grant* OR target* OR vest* OR defer* OR pension OR parachute* OR perk*) | 304,590 | 460,875 | 125,047 |
| (Expansion w/5 (market* OR state* OR region* OR northwest OR pacific OR nationwide)) AND (profit* OR logistic* OR expens* OR strain*) | 8,323 | 37,906 | 0 |

9

| | | | |
|---|---|---|---|
| (market OR analyst* OR Street) w/10 (react* OR disappoint* OR surpris* OR downgrad* OR ((lower* OR reduc*) w/3 rating*) OR miss*) | 23,272 | 38,254 | 6,752 |
| (Offering OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 15,148 | 39,299 | 381 |
| (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/20 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 14,356 | 21,946 | 1,012 |
| (registration w/5 statement) OR prospectus OR S-3 | 24,286 | 75,744 | 2,407 |
| (sale* OR unit* OR retail OR vehicle* OR car OR cars) w/20 (grow* OR grew OR increas* OR decreas* ORNguid* OR projection* OR trend* OR drove OR driv* OR demand OR "on track" OR behind OR ahead OR slip* OR gap OR reforecast* OR variance OR bridgeOR plan* OR target OR goal OR forecast OR "YOY" OR "year*over*" OR higher OR unsustain*) | 338,616 | 530,722 | 113,990 |
| (Secretary w/30 Giannoulias) OR (("Illinois" OR IL) AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR ((Illinois OR IL) AND ("Attorney General" OR AG OR *@ilsos.gov)) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,961 | 5,924 | 106 |
| (stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus) | 100,578 | 167,725 | 14,926 |
| (sub w/3 cert*) OR subcert* OR sub-cert* | 456 | 1,445 | 45 |
| (temp* w/5 tag*) w/35 ("backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | 3,628 | 6,655 | 34 |

10

| | | | |
|---|---|---|---|
| (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut*) | 5,447 | 9,727 | 228 |
| (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)) | 31,322 | 50,165 | 3,157 |
| (title* OR registr*) w/15 ("backlog" OR "back log" OR "build up" OR "built up" OR "on time" OR "in time" OR untimely) | 4,974 | 10,405 | 239 |
| (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal*) | 130,107 | 214,870 | 21,932 |
| (Wholesale w/10 (impact* OR result* OR caus*)) w/10 (profit* OR logistic* OR margin*OR expens*) | 1,704 | 8,881 | 0 |
| *@bmv.in.gov | 97 | 163 | 8 |
| *@dds.ga.gov | 13 | 28 | 0 |
| *@dfa.arkansas.gov | 95 | 138 | 26 |
| *@dmclaw.com | 640 | 924 | 95 |
| *@dmv.ca.gov | 1,346 | 1,848 | 190 |
| *@dmv.nv.gov | 232 | 305 | 50 |
| *@dmv.ny.gov | 1,118 | 1,795 | 118 |
| *@dmv.virginia.gov | 124 | 209 | 14 |
| *@dol.wa.gov | 287 | 419 | 68 |
| *@dor.ga.gov | 175 | 280 | 62 |
| *@dor.mo.gov | 427 | 587 | 44 |
| *@dot.state.ma.us | 108 | 129 | 8 |
| *@dot.wi.gov | 514 | 665 | 70 |
| *@dps.ohio.gov | 348 | 707 | 67 |
| *@flhsmv.gov | 925 | 1,525 | 214 |
| *@ks.gov | 88 | 397 | 6 |
| *@maine.gov | 368 | 765 | 43 |

| | | | |
|---|---|---|---|
| *@mdot.maryland.gov | 118 | 156 | 14 |
| *@michigan.gov | 2,023 | 2,968 | 392 |
| *@ncdot.gov | 859 | 1,111 | 99 |
| *@pa.gov | 3,600 | 4,532 | 1,730 |
| *@revenue.alabama.gov | 239 | 348 | 36 |
| *@scdmv.net | 68 | 93 | 10 |
| *@state.co.us | 523 | 760 | 205 |
| *@state.mn.us | 428 | 563 | 160 |
| *@tn.gov | 1,351 | 1,732 | 462 |
| *@txdmv.gov | 1,550 | 2,217 | 457 |
| *@utah.gov | 443 | 690 | 110 |
| *@vermont.gov | 199 | 291 | 85 |
| *transportation@azag.gov OR *@azdot.gov | 5,283 | 6,382 | 556 |
| @sos.in.gov | 827 | 990 | 376 |
| ABS OR absautoservices.com | 23,486 | 75,159 | 3,822 |
| acquisition* w/5 (algorithm* OR formula*) | 1,094 | 13,492 | 2 |
| Adam.Jonas@morganstanley.com OR Armintas.Sinkevicius@morganstanley.com OR Evan.Silverberg@morganstanley.com OR Daniela.Haigian@morganstanley.com OR Matias.Ovrum@morganstanley.com | 2,691 | 4,831 | 213 |
| ADESA AND (improv* w/5 logistic*) | 1,929 | 13,539 | 0 |
| ADESA AND (logistic* w/5 (cost* OR expens* OR strain*)) | 3,240 | 25,010 | 0 |
| ADESA w/5 (backfill OR deficient OR intent* OR intend* OR purpos*) | 1,265 | 3,761 | 0 |
| ADESA* | 91,332 | 153,130 | 33,753 |
| alexander.potter@psc.com OR ben.johnson@psc.com OR winnie.dong@psc.com OR jack.kessler@psc.com OR brad.erickson@rbccm.com OR logan.reich@rbccm.com OR vincent.caintic@stephens.com OR daniel.imbro@stephens.com OR rnelson@stephens.com OR mward@benchmarkcompany.com | 4,391 | 6,473 | 516 |
| analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) | 33,511 | 52,017 | 783 |
| Andrew w/5 Cuthill | 573 | 866 | 0 |

12

| | | | |
|---|---|---|---|
| berickson@needhamco.com OR cpierce@needhamco.com OR bmcternan@needhamco.com OR emmanuel.rosner@db.com OR edison.yu@db.com OR conor-e.walters@db.com OR Brian.Nagel@opco.com OR William.Dossett@opco.com OR Andrew.Chasanoff@opco.com | 3,150 | 4,770 | 442 |
| Brian w/5 Yick | 1,965 | 2,894 | 1 |
| Bridgecrest* | 19,760 | 38,371 | 3,682 |
| buffer w/10 (title OR registration OR "T&R") | 446 | 676 | 0 |
| buffer* OR cushion* | 21,499 | 39,353 | 2,133 |
| call* w/5 (present* OR earning* OR quarter* OR annual* OR investor) | 25,038 | 40,829 | 1,200 |
| Centex | 382 | 720 | 0 |
| chris.bottiglieri@exanebnpparibas.com OR stephen.mcmanus@exanebnpparibas.com OR ian.davis@exanebnpparibas.com OR nathaniel.schindler@bofa.com OR vincentpeer.huebner@bofa.com OR jen.shi@bofa.com ORgarrett.nelson@cfraresearch.com | 1,153 | 2,335 | 327 |
| Colias | 126 | 202 | 2 |
| customer w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR "third party"OR "third-party" OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile*) | 13,194 | 57,300 | 498 |
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (condition OR standard* OR inspect* OR rating OR rate* OR verif* OR criteri* OR low* OR poor OR quality OR wholesale OR volume OR lower OR bad OR trash* OR worth* OR shit*) | 17,355 | 78,855 | 1,284 |
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (junk* OR "any car" OR "all cars" OR "all vehicles" OR grow* OR grew OR more OR up OR formula* OR algorithm* OR procedure* OR *valu* OR *demand OR inventory OR salvag* OR beat* OR wreck* OR scrap* OR damage* OR inoperable OR market OR inflat*) | 37,514 | 113,693 | 4,641 |

13

| | | | |
|---|---|---|---|
| CVR OR cvrreg.com | 4,354 | 19,129 | 614 |
| Dealertrack OR coxautoinc.com OR DLRdmv | 31,632 | 63,093 | 13,343 |
| Dickie w/3 mccamey | 1,105 | 1,618 | 29 |
| disclosure w/3 (control* OR procedure* OR committee) | 3,502 | 10,444 | 127 |
| dor_dealers@state.co.us | 29 | 58 | 0 |
| DriveTime AND ("Dealer Market" OR "Dealer Marketplace") | 1,449 | 6,528 | 0 |
| DriveTime w/5 "pass-through" | 9 | 18 | 0 |
| DriveTime w/5 "unit sales" | 10 | 19 | 0 |
| DriveTime w/5 ("COGS" OR "COS") | 5 | 7 | 0 |
| DriveTime w/5 ("RSU" OR Unit*) | 680 | 4,336 | 0 |
| DriveTime w/5 pass-through | 9 | 18 | 0 |
| DriveTime w/5 recondition* | 918 | 3,902 | 0 |
| DriveTime w/5 sale* | 2,412 | 8,929 | 0 |
| DriveTime* | 28,555 | 59,252 | 0 |
| DriveTime* OR DT* OR "Drive Time*" | 87,640 | 164,028 | 18,999 |
| DriveTme w/5 "list price" | 0 | 0 | 0 |
| ernest.garcia@drivetime.com, ecggar@gmail.com, ernie.garcia@drivetime.com, egarcia@verdeinvestments.com | 0 | 0 | 0 |
| Foldy | 1,404 | 3,702 | 133 |
| Ian w/5 MacAllister | 2,260 | 3,413 | 0 |
| inspect* w/15 (poor OR fail OR "not done") | 1,394 | 4,976 | 67 |
| john.blackledge@cowen.com OR william.kerr@cowen.com OR james.kopelman@cowen.com OR logan.whalley@cowen.com OR sdyer@craighallum.com OR ryan.sigdahl@craig-hallum.com OR matthew.wegner@craig-hallum.com OR mbaker@dadco.com OR khallberg@dadco.com OR kcox@dadco.com OR MHayes@dadco.com ORjames.musker@davyuk.com OR david.reynolds@davyuk.com OR alex.short@davyuk.com OR christopher.allan@davyuk.com | 2,322 | 3,780 | 270 |
| ky.gov | 308 | 507 | 87 |
| lemon* | 12,269 | 22,814 | 4,584 |

14

| | | | |
|---|---|---|---|
| logistic* w/15 (wholesale OR volume OR capacity OR constrain* OR *"third party" OR "third-party" OR production OR transport* OR haul OR pickup* OR "pick up" OR ship* OR distance OR mile* OR expens* OR "unit economic*") | 36,071 | 106,354 | 4,455 |
| Low* w/2 standard* | 1,015 | 6,064 | 0 |
| Manoj w/5 Vemula | 446 | 649 | 0 |
| Mark w/5 Pinsky | 2,266 | 3,333 | 2 |
| Michael.Montani@evercoreisi.com OR brandon.dempster@evercoreisi.com OR greg.melich@evercoreisi.com OR Daniel.Solomon@evercoreISI.com OR jcolantuoni@jefferies.com OR bthill@jefferies.com | 3,609 | 5,050 | 444 |
| mt.gov | 349 | 594 | 60 |
| Naved.Khan@truist.com OR Youssef.Squali@truist.com OR Robert.Zeller@truist.com OR Daniel.Speed@truist.com OR Nicholas.Cronin@truist.com OR Kibin.Kim@truist.com OR Anthony.Hau@truist.com OR Zachary.Fadem@wellsfargo.com OR Sam.Reid@wellsfargo.com OR David.Lantz@wellsfargo.com OR John.Parke@wellsfargo.com | 1,974 | 4,044 | 217 |
| njones@jmpsecurities.com OR tshubsda@jmpsecurities.com OR rjosey@jmpsecurities.com OR aboone@jmpsecurities.com | 2,175 | 3,191 | 142 |
| Purchase* w/3 standard* | 2,313 | 3,055 | 146 |
| recondition* w/5 (cost* OR volume*) | 5,888 | 28,516 | 296 |
| Regulat* w/15 action* | 10,395 | 27,738 | 846 |
| Regulat* w/20 investigat* | 10,194 | 22,779 | 569 |
| REGUSA OR "Reg USA" | 15,303 | 21,926 | 1,158 |
| Sale* w/3 "less profitable" | 148 | 617 | 0 |
| Seth.Basham@wedbush.com OR Nathan.Friedman@wedbush.com OR matthew.mccartney@wedbush.com OR szackfia@williamblair.com OR tanderson@williamblair.com OR gbadishkanian@wolferesearch.com OR clee@wolferesearch.com OR tharbauer@wolferesearch.com OR jmoser@wolferesearch.com OR sstringer@wolferesearch.com | 6,439 | 8,743 | 521 |
| shareholder* W/5 letter | 16,628 | 38,504 | 0 |
| Title* w/30 Registr* | 65,293 | 123,938 | 5,600 |
| TNR | 3,530 | 5,812 | 372 |

| | | | |
|---|---|---|---|
| undriv* w/30 (taskforce or (task w/5 force)) | 211 | 328 | 12 |
| unregistered w/3 (car OR cars OR vehicle*) | 513 | 949 | 15 |
| Verde* | 12,384 | 28,701 | 2,217 |
| Verif* w/3 standard* | 376 | 1,429 | 0 |
| Vitu | 17,462 | 22,549 | 6,405 |

Requested term: [in To/From/CC/BCC Fields:] *@sec.gov OR various @citi.com addresses

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 2,112 | 2,834 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| *@sec.gov | 152 | 165 | 152 |
| alan.dockeray@citi.com | 449 | 660 | 0 |
| alex.zelinski@citi.com | 480 | 702 | 1 |
| andrew.cuthill@citi.com | 420 | 625 | 1 |
| brian.deleo@citi.com | 695 | 969 | 25 |
| brian.yick@citi.com | 1,438 | 2,023 | 114 |
| christian.anderson@citi.com | 1,283 | 1,803 | 148 |
| christian.berardo@citi.com | 298 | 437 | 2 |
| gabriel.xia@citi.com | 531 | 740 | 1 |
| janelle.c.mosley@citi.com | 231 | 334 | 0 |
| juliette.lagasi@citi.com | 332 | 498 | 7 |
| matthew.donovan@citi.com | 438 | 624 | 0 |
| nicholas.jones@citi.com | 78 | 86 | 78 |
| nicholas.landi@citi.com | 274 | 399 | 0 |
| patrick.korth@citi.com | 256 | 355 | 0 |
| paul.abrahimzadeh@citi.com | 939 | 1,316 | 6 |
| richard.chand@citi.com | 567 | 792 | 4 |
| ronald.josey@citi.com | 30 | 31 | 30 |
| ryan.bott@citi.com | 447 | 629 | 13 |
| salman.karim@citi.com | 269 | 391 | 0 |
| tyler.shaw@citi.com | 434 | 651 | 3 |

16

Requested terms for the period Jan 1, 2022, to April 30, 2022:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 2,114 | 7,268 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (Offering OR Cactus*) AND (underwrit* OR "bring down" OR roadshow*) | 2,114 | 7,268 | 2,114 |

Requested terms for the period September 1, 2022, through February 1, 2023:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 1,306 | 1,713 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (Levin*) w/20 (fir* OR terminat* OR leave* OR canned OR dismiss* OR resign* OR sacked OR retir* OR "step* down" OR oust* OR "let go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | 1,306 | 1,713 | 1,306 |

Requested terms for Garcia Jr. and Jenkins:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 69,170 | 115,583 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "10b5*1" OR "trading plan*" | 290 | 600 | 54 |
| (compens* OR comp OR salar* OR bonus* OR severance OR incentive* OR *equit* OR "perform*based" OR "performance based" OR "RSU*" OR "PBU*" OR KPI* OR "key performance" OR pension OR "key strategic goal*" OR parachute* OR perk*) | 62,265 | 108,259 | 50,836 |
| (sell* OR trade* OR trading OR transact*) w/20 (stock OR share*) | 17,968 | 34,927 | 6,633 |

17

| | | | |
|---|---|---|---|
| Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*)) | 577 | 1,301 | 169 |

Requested terms for Levin, from September 1, 2022, through February 1, 2023:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 4,751 | 5,660 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("separation agreement" OR leave* OR retir* OR resign* OR severance OR fir* OR terminat* OR "step* down" OR "for cause" OR "without cause" OR quit*) | 4,751 | 5,660 | 4,751 |

Requested terms for Sell to Carvana Custodians:

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 20,389 | 25,833 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR park* OR "third-party" OR "third party" OR production OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile* | 20,389 | 25,833 | 20,389 |

18