# EXHIBIT 10

| | |
|---|---|
| **From:** | Erika Oliver |
| **To:** | "Natalie.Salazar@lw.com"; John Eastly; Rachel Cocalis; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Katie Woods; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; Matthew Balotta; Katie Woods; Camielle Peters; Lea Bays |
| **Cc:** | Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Matthew.Peters@lw.com; AMarconi@fennemorelaw.com; Kalana.Kariyawasam@lw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com; Kavya.Kodungallur@lw.com |
| **Subject:** | In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Document Production 13 |
| **Date:** | Tuesday, December 16, 2025 5:48:17 PM |

Counsel:

In light of the Carvana Defendants' document production, we request that the Carvana Defendants run certain additional search terms across all custodians and produce responsive materials.

**First**, the terms "kick" or "kicks" or "kick rate*" were used by Carvana employees to refer to vehicles that were appraised as retail vehicles but were then "kicked" to wholesale.  *See, e.g.*, CVNA_CA_00005838 at 5954. Documents on this topic are relevant to the Complaint's allegations that, *inter alia*, "Defendants' concealed course of conduct caused Carvana to be flooded with 'trash cars' that were unfit to be sold retail and had to be sold wholesale" (ECF 71, ¶135) and responsive to RFPs 8-9.

**Second**, documents containing the terms "MTCon*" or "Midterm contribution*" or "Mid-term contribution*" are relevant, as they refer to an internal metric that incorporates expenses excluded from Carvana's external GPU metric.  *See, e.g.*, CVNA_CA_00003699 at 3834.  This information bears directly on the Complaint's allegation that "Garcia Junior and Jenkins were able to conceal this fraudulent course of conduct [Carvana's rapid and unsustainable nationwide expansion], in part, by: (i) excluding significant per-vehicle 'operations expenses' (*i.e.*, 'expenses associated with completing retail and wholesale vehicle sales'), which included outbound logistics and title and registration, from its calculation of wholesale and Retail GPU."  ECF 71, ¶143.  Such documents are also responsive to numerous RFPs, including RFPs 7, 9-11 ,and 15.

Please confirm this week whether the Carvana Defendants will use the requested terms.  Thank you.


Regards,
Erika