# EXHIBIT 11

| | |
|---|---|
| **From:** | Grinblat, Yan |
| **To:** | Erika Oliver; Peplow, Emma; Sarah Fallon; Rachel Cocalis; Walker, Melanie |
| **Cc:** | "Matthew.Peters@lw.com"; "Andrew.Clubok@lw.com"; "Jeff.Hammel@lw.com"; "Susan.Engel@lw.com"; "Christian.Word@LW.com"; "Meryn.Grant@lw.com"; "Kalana.Kariyawasam@lw.com"; "Natalie.Salazar@lw.com"; "sbuergel@paulweiss.com"; "mpisem@paulweiss.com"; "dfriedman@paulweiss.com"; "Harsha.Kurpad@lw.com"; John Eastly; Lea Bays; Tor Gronborg; Dan Drosman; David Rosenfeld; Robert Rothman; Katie Woods; Matthew Balotta |
| **Subject:** | RE: Carvana Securities Litigation |
| **Date:** | Monday, August 11, 2025 11:44:40 AM |
| **Attachments:** | image001.png |

EXTERNAL SENDER

Erika,

We disagree with your assessment of the burden and characterization of the at-issue stock transactions. But, in the interest of compromise, we agree to plaintiffs' proposal.

Regards,
Yan

## Yan Grinblat
Of Counsel

T  +1 312 368 2183
F  +1 312 251 2183
M  +1 415 722 2458
yan.grinblat@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Wednesday, August 6, 2025 12:43 PM
**To:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Cc:** 'Matthew.Peters@lw.com' <Matthew.Peters@lw.com>; 'Andrew.Clubok@lw.com' <Andrew.Clubok@lw.com>; 'Jeff.Hammel@lw.com' <Jeff.Hammel@lw.com>; 'Susan.Engel@lw.com' <Susan.Engel@lw.com>; 'Christian.Word@LW.com' <Christian.Word@LW.com>; 'Meryn.Grant@lw.com' <Meryn.Grant@lw.com>; 'Kalana.Kariyawasam@lw.com' <Kalana.Kariyawasam@lw.com>; 'Natalie.Salazar@lw.com' <Natalie.Salazar@lw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; 'dfriedman@paulweiss.com' <dfriedman@paulweiss.com>; 'Harsha.Kurpad@lw.com' <Harsha.Kurpad@lw.com>; John Eastly <john.eastly@lw.com>; Lea Bays <LBays@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>
**Subject:** RE: Carvana Securities Litigation

⚠ EXTERNAL MESSAGE

Emma,

We disagree that the review of 6200 documents is disproportionate to the needs of this securities fraud class action, particularly in light of Garcia Sr.'s nearly $3.7 billion in insider sales. Nevertheless, in the interest of compromise, we propose the following search terms be run against the universe of collected information (not the narrower, 6200-document universe referenced in your email), in addition to the search parameters to which the parties had previously agreed:

- [In any part of the document:] Cactus* OR (Chris* w/3 Anderson*) OR (Brian* w/3 Yick*) OR (And* w/3 Cuthill*) OR (Nic* w/3 Landi*) OR (Ryan* w/3 Bott*) OR (Al* w/3 Dockeray*) OR (Chris* w/3 Berardo*) OR (Sal* w/3 Karim*) OR (Paul* w/3 Abrahimzadeh*) OR (Brian* w/3 DeLeo*) OR (Al* w/3 Zelinski*) OR (Ty* w/3 Shaw*) OR (Pat* w/3 Korth*) OR ((Dick* OR Ric*) w/3 Chand*) OR (Gab* w/3 Xia*) OR (Janelle* w/3 Mosley*) OR (Juli* w/3 Lagasi*) OR (Mat* w/3 Donovan*) OR (Mark* w/3 Pinsky*) OR (Ian* w/3 MacAllister*) OR (Rag* w/3 Sawhney*) OR (Tzivy* w/3 Lerner*) OR (Josh* w/3 Levy*) OR ((Gene* OR Eugene*) w/3 Sohn*) OR (Manoj* w/3 Vemula*) OR (Mana* w/3 Hasegawa*) OR (Jack* w/3 Bott*) OR (Eileen* w/3 Shin*) OR (Sonya* w/3 Cook*)
- [In any of the To, From, CC, or BCC fields:] christian.anderson@citi.com OR brian.yick@citi.com OR andrew.cuthill@citi.com OR nicholas.landi@citi.com OR ryan.bott@citi.com OR alan.dockeray@citi.com OR christian.berardo@citi.com OR salman.karim@citi.com OR paul.abrahimzadeh@citi.com OR brian.deleo@citi.com OR alex.zelinski@citi.com OR tyler.shaw@citi.com OR patrick.korth@citi.com OR richard.chand@citi.com OR gabriel.xia@citi.com OR janelle.c.mosley@citi.com OR juliette.lagasi@citi.com OR matthew.donovan@citi.com OR mark.b.pinsky@jpmorgan.com OR ian.b.macallister@jpmorgan.com OR raghav.sawhney@jpmorgan.com OR tzivy.lerner@jpmorgan.com OR josh.levy@jpmorgan.com OR eugene.y.sohn@jpmorgan.com OR manoj.vemula@jpmorgan.com OR mana.hasegawa@jpmorgan.com OR jack.bott@jpmorgan.com OR eileen.j.shin@jpmchase.com OR sonya.m.cook@jpmorgan.com

Please let us know if Garcia Sr. agrees with this proposal concerning his communications with the Underwriter Defendants.


Regards,


**Erika Oliver**

**Robbins Geller**
**Rudman & Dowd** LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Sent:** Tuesday, August 5, 2025 12:10 PM
**To:** Erika Oliver <EOliver@rgrdlaw.com>; Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Cc:** 'Matthew.Peters@lw.com' <Matthew.Peters@lw.com>; 'Andrew.Clubok@lw.com' <Andrew.Clubok@lw.com>; 'Jeff.Hammel@lw.com' <Jeff.Hammel@lw.com>; 'Susan.Engel@lw.com' <Susan.Engel@lw.com>; 'Christian.Word@LW.com' <Christian.Word@LW.com>; 'Meryn.Grant@lw.com' <Meryn.Grant@lw.com>; 'Kalana.Kariyawasam@lw.com' <Kalana.Kariyawasam@lw.com>; 'Natalie.Salazar@lw.com' <Natalie.Salazar@lw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; 'dfriedman@paulweiss.com' <dfriedman@paulweiss.com>; 'Harsha.Kurpad@lw.com' <Harsha.Kurpad@lw.com>; John Eastly <john.eastly@lw.com>; Lea Bays <LBays@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>
**Subject:** RE: Carvana Securities Litigation

EXTERNAL SENDER
Counsel,

We have confirmed that over 6,200 documents in our collection are to/from/cc/bcc either @citi or @jpm. Approximately 5,000 of those documents do not hit on any of the previously-agreed-on search terms/criteria. The burden of reviewing these documents – which are presumptively not responsive – far outweighs any potential benefit. As discussed, please provide search terms that Mr. Garcia Sr. can use to identify a more manageable review population, and we will consider them.

Thank you.

Emma C. Peplow
Associate

T  +1 310 595 3051
F  +1 310 595 3351
M  +1 949 244 2007
emma.peplow@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Erika Oliver <EOliver@rgrdlaw.com>
**Sent:** Monday, August 4, 2025 10:57 PM
**To:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Rachel