# EXHIBIT 12

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Matthew J. Balotta
mbalotta@rgrdlaw.com

December 30, 2025

<u>VIA EMAIL</u>

Matthew J. Peters
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004
matthew.peters@lw.com

> Re:  *In re Carvana Co. Securities Litigation*,
> No. CV-22-2126-PHX-MTL (D. Ariz.)

Dear Matt:

I write regarding the Parties' negotiation of search terms to be used by the Carvana Defendants.

We have updated the attached chart (Appendix A) to account for your December 30, 2025 provision of hit counts for the two search strings we requested on December 16, 2025.  In addition, the chart contains three slight edits, which were made to accurately reflect Plaintiffs' counterproposal for the search term contained in Row 4 of Exhibit A attached to my November 4, 2025 letter (the string "(Offering or Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")") and to remove the terms contained in Rows 112 and 115 (the terms "*@dor.ga.gov" and "*@sos.in.gov") of Exhibit A attached to my November 4, 2025 letter.

Regards,

MATTHEW J. BALOTTA

MJB:mmh

## Appendix A
### Plaintiffs' Proposed Search Terms
*In re Carvana Securities Litigation*, No. CV-22-2126-PHX-MTL (D. Ariz.)

| Retail Sales Growth | | |
|---|---|---|
| **Complaint Citations**:[1] §§IV.C, VI.A-E, VII.C, VIII.C-E; ¶¶383-384 | | |
| **RFPs**:[2] 3-12, 15, 19, 22 | | |
| **Search Terms**[3] | **Unique Hits**[4] | **Relevance and Proportionality** |
| (sale* OR unit* OR retail OR vehicle* OR car OR cars) w/20 (grow* OR grew OR increas* OR decreas* OR guid* OR projection* OR trend* OR drove OR driv* OR demand OR "on track" OR behind OR ahead OR slip* OR gap OR reforecast* OR variance OR bridge OR plan* OR target OR goal  OR forecast OR "YOY" OR "year*over*" OR higher OR unsustain*) | 113,990 | **Relevance**: Targets the core of the Securities Exchange Act of 1934 and Securities Act of 1933 ("Securities Act") claims regarding the drivers of Carvana's retail sales growth and scheme claim to inflate Carvana's retail sales growth and convince investors that this growth was sustainable.  *See* ¶¶125-165, 211-215; ECF 105 at 23-26; ECF 173 at 3.  With regard to Plaintiffs' Securities Act claims, one of the upheld misstatements concerns the drivers of Carvana's retail sales growth.  *See* ¶¶383-384. |

---

[1]    "Complaint" references and citations to "¶¶__" are to Lead Plaintiffs' Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF 71), dated March 29, 2024.

[2]    Citations to "RFPs" are to Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants, dated March 11, 2025.

[3]    The search terms listed herein are those that Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan ("Plaintiffs") have proposed but Defendants have refused to utilize, codified in Exhibit A to the November 4, 2025 letter to Matthew J. Peters from Matthew J. Balotta and in the December 16, 2025 email from Erika L. Oliver to counsel for the Carvana Defendants.  "Carvana Defendants" refers to Carvana Co. ("Carvana" or the "Company"), Ernest Garcia III ("Garcia Jr."), Mark Jenkins ("Jenkins"), Stephen Palmer ("Palmer"), Michael Maroone ("Maroone"), Neha Parikh ("Parikh"), Ira Platt ("Platt"), and Greg Sullivan ("Sullivan"); and "Defendants" collectively refers to the Carvana Defendants, Ernest Garcia II ("Garcia Sr."), and underwriter defendants Citigroup Global Markets Inc. and J.P. Morgan Securities LLC.

[4]    Citations to hit counts are to those contained in the December 9, 2025 revised Exhibit A to the December 2, 2025 letter to Matthew J. Balotta from Matthew J. Peters and the December 30, 2025 email from Matthew J. Peters to counsel for Plaintiffs.

1

| | | |
|---|---|---|
| | | **Proportionality**: While the total hit count is 338,616, the string is highly tailored.  In fact, there are far fewer unique hits: 113,990.  Because Defendants have already reviewed and produced documents hitting on their 155 selected terms, the number of documents Defendants will have to review is likely significantly less than the total hits.  **Notably, approximately 37,746 (54%)** of the documents Defendants have already produced hit on this string (including families), confirming its high precision and objective relevance.  Given the central importance of this subject matter, the burden is commensurate with the needs of the case.  *See, e.g.*, *SinglePoint Direct Solar LLC v. Solar Integrated Roofing Corp.*, 2023 WL 2585296, at *1, *3-*4 (D. Ariz. 2023) (compelling use of 28 disputed search strings resulting in a total of 287,381 hits, finding any burden was not "undue"); [Proposed] Order at 4-5, *SinglePoint Direct Solar, LLC v. Solar Integrated Roofing Corp.*, No. 2:21-cv-01076-JAT (D. Ariz. Mar. 13, 2023), ECF 186-1 ("*SinglePoint* Proposed Order") (listing the disputed strings, including one with a hit count as high as 66,809). |

| **Purchasing and Verification Standards** |
|---|

| **Complaint Citations**: §§IV.C, VI.B, VII.C, VIII.C-F; ¶¶383-384 |
|---|

| **RFPs**: 7-9, 11, 15, 19, 22 |
|---|

| **Search Terms** | **Unique Hits** | **Relevance and Proportionality** |
|---|---|---|
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (condition OR standard* OR inspect* OR rating OR rate* OR verif* OR criteri* OR low* OR poor OR quality OR wholesale OR volume OR lower OR bad OR trash* OR worth* OR shit* OR junk* OR "any car" OR "all cars" OR "all vehicles" OR grow* OR grew OR more OR up OR formula* OR algorithm* OR procedure* OR *valu* OR *demand OR inventory OR salvag* OR beat* OR | 5,925 | **Relevance**: Targets the quality of vehicles purchased from customers, which is central to the allegations that Defendants lowered standards to artificially inflate growth.  *See* ¶¶130-138, 213(a), 213(a)(iii), 215(a), 215(a)(iii), 384(a)(iii).  Plaintiffs also alleged that, to cover up the impacts of the scheme, Carvana ceased reporting its key metrics related to buying cars from customers.  ¶¶292-294. <br><br> **Proportionality**: The unique hit count of 5,925 represents a modest and manageable review burden.  *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search |

| | | |
|---|---|---|
| wreck* OR scrap* OR damage* OR inoperable OR market OR inflat*) | | strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hits of 6,385 and 6,302).  The total hit count is an unreliable metric here because it is artificially inflated by the way the search report splits strings. |
| (quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (track* OR monitor* OR assess* OR inspect* OR confirm* OR check* OR analy* OR manag* OR eval* OR test* OR low* OR poor OR bad OR trash* OR worth* OR shit* OR junk* OR verif* OR reject* OR approv* OR formula* OR algorithm* OR procedure* OR data OR criteri* OR offer* OR fit OR valu* OR *demand OR inventory OR salvag* OR wholesale OR wreck* OR scrap* OR damage* OR inoperable) | 27,739 | **Relevance**: Directly captures the tracking metrics related to the quality of cars purchased from customers that Plaintiffs allege were lowered to facilitate the fraudulent scheme.  *See* ¶¶130-138, 213(a), 213(a)(iii), 215(a), 215(a)(iii), 384(a)(iii).<br><br>**Proportionality**: A unique hit count of 27,739 is well within the range of "not overly burdensome" for complex securities litigation involving multi-billion dollar claims.  *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 36,263 and 28,552).  **Approximately 54% (37,844)** of Defendants' previous production hit on this string (including families), proving it is a reliable indicator of responsiveness. |
| lemon* | 4,584 | **Relevance**: Targeted to capture documents referring to a "lemon" or "lemons," commonly used to refer to poor quality vehicles.<br><br>**Proportionality**: This is a *de minimis* burden of only 4,584 unique hits.  *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including a term with a hit count of 5,773).  Defendants can easily use "NOT" operators (*e.g.*, AND NOT "lemonade") if they wish to further narrow the results, as is their obligation as the producing party.  *See Doe v. Kaiser Found. Health Plan, Inc.*, 2024 WL 3225904, at *4 (N.D. Cal. 2024) ("[A]s the Party with custody, possession, and control over the documents and ESI, it is incumbent on [the producing party] to . . . propose reasonable modification to search terms where appropriate."). |
| inspect* w/15 (poor OR fail OR "not done") | 67 | **Relevance**: Targeted to capture documents referring to Carvana's failure to inspect vehicles or otherwise completing poor inspections of their vehicles, which is relevant to Plaintiffs' upheld scheme and misstatement allegations that |

| | | |
|---|---|---|
| | | Carvana failed to properly inspect vehicles before selling them as part of their efforts to increase retail unit sales. *See* ¶¶130-138, 213(a), 213(a)(iii), 215(a), 215(a)(iii), 384(a)(iii).<br><br>**Proportionality**: The unique hit count of 67 is trivial. Defendants' refusal to run this term is an example of obstruction over efficiency. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| "no standard*" | 27 | **Relevance**: Seeks documents concerning whether Carvana had "no standard" when purchasing vehicles, which are directly relevant to Plaintiffs' allegations concerning Carvana's purchasing and verification standards (or lack thereof). *See* ¶¶130-138, 213(a), 213(a)(iii), 215(a), 215(a)(iii), 384(a), 384(a)(iii).<br><br>**Proportionality**: Presents a *de minimis* burden of only 27 unique hits. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| "kick" or "kicks" or "kick rate*" | 48,162 | **Relevance**: Defendants' internal documents use these specific terms to track vehicles "kicked" from retail to wholesale due to poor quality.<br><br>**Burden Analysis**: The unique hit count of 48,162 is both manageable and proportional to this complex securities litigation involving multi-billion dollar claims. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5 (compelling use of search terms resulting in 287,381 total hits, including a term resulting in 66,809 hits, finding any burden was not "undue"). |
| customer w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR "third party" OR "third-party" OR transport* OR pickup* OR "pick up" OR ship* OR | 498 | **Relevance**: Targets highly relevant documents relating to Carvana's alleged lowering of its purchasing and verification standards to accept "all vehicles" and failure to genuinely inspect vehicles before purchasing them. ¶¶130-138, 213(a)(iii), 215(a)(iii), 384(a)(iii). This allegedly adversely impacted Carvana's bottom line, flooded Carvana with low-quality cars that had to be sold via the wholesale market, and crippled Carvana's logistics, including being forced to "meter" (*i.e.*, not sell) some of the cars purchased from customers |

4

| | | |
|---|---|---|
| "unit economic*" OR haul* OR distance* OR mile*) | | because of the strain it placed on its logistics network, which would hinder Carvana's retail growth. ¶¶135-137, 213(a)(iii), 215(a)(iii), 384(a)(iii).<br><br>**Proportionality**: 13,194 total hits and only 498 unique hits presents a manageable burden. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings resulting in a total of 287,381 hits, finding any burden was not "undue"); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 1,237 and 13,621). |
| [For Sell to Carvana Custodians:]<br>meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR park* OR "third party" OR "third-party" OR production OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile* | 20,389 | **Relevance**: Targets highly relevant documents concerning Carvana's alleged relaxing of its purchasing and verification standards to accept "all vehicles" and failure to genuinely inspect vehicles before purchasing them. ¶¶130-138, 213(a)(iii), 215(a)(iii), 384(a)(iii). This allegedly adversely impacted Carvana's bottom line, flooded Carvana with low-quality cars that had to be sold via the wholesale market, and crippled Carvana's logistics, including being forced to "meter" (*i.e.*, not sell) some of the cars purchased from customers because of the strain it placed on its logistics network, which would hinder Carvana's retail growth. ¶¶213(a)(iii), 215(a)(iii), 384(a)(iii).<br><br>**Proportionality**: Plaintiffs' search string results in 20,389 unique hits. Given the central importance of this subject matter, the burden is not undue. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings resulting in a total of 287,381 hits, finding any burden was not "undue"); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 25,134 and 24,677). |

5

| Nationwide Expansion | | |
|---|---|---|
| **Complaint Citations**: §§VI.C, VII.C, VIII.C-E; ¶¶383-384 | | |
| **RFPs**: 6-7, 10-11, 15, 19, 22 | | |
| **Search Terms** | **Unique Hits** | **Relevance** |
| logistic* w/15 (wholesale OR volume OR capacity OR constrain* OR *"third party" OR "third-party" OR production OR transport* OR haul OR pickup* OR "pick up" OR ship* OR distance OR mile* OR expens* OR "unit economic*") | 4,455 | **Relevance**: Targets allegations that Defendants spearheaded nationwide expansion without regard to profitability, stretching Carvana's logistics network to the breaking point. ¶¶139-143, 213(a)(ii), 215(a)(ii), 384(a)(ii). These sales are alleged to have ravaged Carvana's bottom line and stretched its logistics and reconditioning network to the brink, forcing Defendants to spend millions of dollars on costly third-party logistics and reconditioning providers to make up for Carvana's internal deficiencies in these critical functions. *E.g.*, ¶¶142, 213(a)(ii), 215(a)(ii), 384(a)(ii).<br><br>**Proportionality**: With only 4,455 unique hits, this term is exceptionally narrow and highly proportional to the needs of the case. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including one with a hit count of 5,773). |
| (market* OR state* OR region* OR northwest OR pacific OR nationwide) w/15 (launch* OR new OR expan*) | 56,730 | **Relevance**: This term targets the specific regions and expansion efforts discussed in the Complaint. *E.g.*, ¶¶77, 213(a)(ii), 215(a)(ii).<br><br>**Proportionality**: Plaintiffs' search string results in 241,755 total hits but only 56,730 unique hits. Because Defendants have already reviewed and produced documents hitting on their 155 selected terms, the number of documents Defendants will have to review is likely significantly less than the total hits. The unique hit count (56,730) is proportional given that expansion was a primary driver of the alleged fraud. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5 (compelling use of search terms resulting in 287,381 total hits, including particular term resulting in hit count as high as 66,809, finding any burden was not "undue"). **Approximately** |

6

| | | |
|---|---|---|
| | | **41% (28,596)** of Defendants' previous production hit on this string (including families), proving it is a reliable indicator of responsiveness. |
| ((market* OR state* OR region* OR northwest OR pacific OR nationwide) AND (launch* OR new OR expan*)) w/15 (distan* OR mile* OR transport* OR logistic* OR network* OR hub OR IRC OR "third part*" OR "third-part*" OR profit* OR cost* OR margin* OR expense* OR inventory OR far OR transport* OR haul OR pickup* OR ship* OR meter* OR constrain* OR "cut back" OR decreas* OR strain*) | 464 | **Relevance**: Targets documents that are highly relevant to Defendants' alleged nationwide expansion without regard to profitability to boost Carvana's retail sales as part of their fraudulent scheme and to Defendants' retail growth statements that omitted Carvana's growth was largely driven by less profitable sales in far-flung markets.  ¶¶139-143, 213(a)(ii), 215(a)(ii), 384(a)(ii).  These sales are alleged to have ravaged Carvana's bottom line and stretched its logistics and reconditioning network to the brink, forcing Defendants to spend millions of dollars on costly third-party logistics and reconditioning providers to make up for Carvana's internal deficiencies in these critical functions.  *E.g.*, ¶¶142, 213(a)(ii), 215(a)(ii), 384(a)(ii).<br><br>**Proportionality**: 40,812 total hits and only 464 unique hits present a manageable burden.  *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 1,237 and 44,238). |
| ADESA* | 33,753 | **Relevance**: Targets the $4.5 billion acquisition used to "fix" Carvana's broken infrastructure – a central event in the Class Period.  *E.g.*, ¶¶14, 77, 96, 121-122, 217.<br><br>**Proportionality**: This is a critical, high-level topic, and 33,753 unique hits is reasonable for a multi-billion dollar acquisition. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 46,362 and 44,238). |
| "MTCon*" or "Midterm contribution*" or "Mid-term contribution*" | 1,142 | **Relevance**: This proprietary metric was used to conceal "operations expenses" from investors, as alleged in the Complaint: "Garcia Junior and Jenkins were able to conceal this fraudulent course of conduct [Carvana's rapid and unsustainable nationwide expansion], in part, by: (i) excluding significant per-vehicle 'operations expenses' (*i.e.*, 'expenses |

7

associated with completing retail and wholesale vehicle sales'), which included outbound logistics and title and registration, from its calculation of wholesale and Retail GPU . . . ." ¶143.

**Burden Analysis**: 1,142 unique hits presents a *de minimis* burden. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5.

| Sham Transactions with DriveTime and Other Related-Party Transactions with Garcia Sr. | | |
|---|---|---|
| **Complaint Citations**: §§IV.B, VI.A, VII.C, VIII.H; ¶¶383-384 | | |
| **RFPs**: 12-15, 19, 22, 28 | | |
| **Search Terms** | **Unique Hits** | **Relevance and Proportionality** |
| DriveTime* OR DT* OR "Drive Time*" | 18,999 | **Relevance**: Allegations regarding Carvana's numerous related-party deals with Garcia Sr.'s DriveTime Automotive Group, Inc. ("DriveTime") are central to Plaintiffs' claims. For example, Plaintiffs allege that Carvana's sham pass-through sales agreement with DriveTime resulted in sales for Carvana that lacked any economic substance, was an artifice of the fraudulent scheme, and is the subject of an ongoing SEC investigation. ¶¶127-129, 215(a), 298-300, 384(a). Over Defendants' objections, the Court held Plaintiffs are entitled to "broad" discovery relating to these allegations. ECF 173 at 2-4.<br><br>**Proportionality**: 18,999 unique hits is manageable and highly proportional given the Court's previous ruling (ECF 173) and the critical importance of these documents. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 19,480 and 19,472). |
| Bridgecrest* | 3,682 | **Relevance**: Targets highly relevant information regarding Carvana's numerous related-party deals – that were admittedly "not negotiated at arm's length" – with Garcia Sr.'s Bridgecrest. ¶¶127 n.10, 298-300. |

8

| | | |
|---|---|---|
| | | **Proportionality**: Results in 19,760 total hits and only 3,682 unique hits, presenting a manageable burden. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 19,480 and 3,890). |
| Verde* | 2,217 | **Relevance**: Targets highly relevant information regarding Carvana's numerous related-party deals – that were admittedly "not negotiated at arm's length" – with Garcia Sr.'s Verde Investments.  ¶¶127 n.10, 298-300.<br><br>**Proportionality**: Results in 12,384 total hits and only 2,217 unique hits, presenting a manageable burden.  *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 13,621 and 3,152).  Defendants can easily use "NOT" operators (*e.g.*, AND NOT "Verdegay") if they wish to further narrow the results, as is their obligation as the producing party.  *See Doe*, 2024 WL 3225904, at *4 ("[A]s the Party with custody, possession, and control over the documents and ESI, it is incumbent on [the producing party] to . . . propose reasonable modification to search terms where appropriate."). |

9

4926-9848-8965.v1

| Title and Registration | | |
|---|---|---|
| **Complaint Citations**: §§IV.A, VI.D, VI.E, VII.A, VII.C, VIII.C-E; ¶¶383-391 | | |
| **RFPs**: 2-7, 19, 21-22, 24, 33-34 | | |
| **Search Terms** | **Unique Hits** | **Relevance and Proportionality** |
| ("NC") w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 345 | **Relevance**: Seeks highly relevant information concerning Carvana's title-and-registration practices and Defendants' alleged failure to disclose that Carvana systematically violated state title and registration laws, including in North Carolina. *See* ¶¶173-189, 148(a), 311, 386(a), 387-391.<br><br>**Proportionality**: 345 unique hits presents a *de minimis* burden. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| "IL" w/3 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 266 | **Relevance**: Seeks highly relevant information concerning Carvana's title-and-registration practices and Defendants' alleged failure to disclose that Carvana systematically violated state title and registration laws, including in Illinois. *See* ¶¶173-189, 385-386), 148(c), 386(a), 387-391.<br><br>**Proportionality**: 266 unique hits presents a *de minimis* burden. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| ((risk OR risks) w/3 disclos*) AND (10-K OR 10K OR 10-Q OR 10Q OR SEC OR "annual report" OR investor*) | 74 | **Relevance**: Targets highly relevant information regarding the preparation of alleged misstatements in Carvana's risk disclosures. *See* ¶¶173-189, 385-386.<br><br>**Proportionality**: Results in only 4,274 total hits and just 74 unique hits, presenting a *de minimis* burden. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| buffer* OR cushion* | 2,133 | **Relevance**: Targets documents concerning the buffers Carvana put in place toward the end of the Class Period to address title-and-registration issues, which is relevant to Plaintiffs' upheld |

4926-9848-8965.v1

misstatement and scheme claims concerning Carvana's title-and-registration violations.  *See* ¶¶144-149, 173-189, 385-386.

**Proportionality**: Results in 21,499 total hits and only 2,133 unique hits, presenting a modest and manageable burden.  *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including terms with hit counts of 24,677 and 3,152).

| Motive |
|---|

| **Complaint Citations**: §§VI.F-G, VIII.A-B |
|---|

| **RFPs**: 22, 25-30 |
|---|

| Search Terms | Unique Hits | Relevance and Proportionality |
|---|---|---|
| (Ernie* OR Ernest* OR Garcia* OR Mark* OR Jenkins* OR CEO OR CFO) w/25 (compensat* OR salar* OR bonus* OR severance OR incentive* OR award* OR eligib* OR *equit* OR option* OR performance OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR target* OR vest* OR defer* OR pension OR parachute* OR perk*) | 125,047 | **Relevance**: Targets documents concerning Garcia Jr.'s and Jenkins's compensation, which is relevant to, *inter alia*, their motive and bias.<br><br>**Proportionality**: While the total hit count is 304,590, the string is highly tailored.  In fact, there are far fewer unique hits: 125,047.  Moreover, because Defendants have already reviewed and produced documents hitting on their 155 selected terms, the number of documents Defendants will have to review is likely significantly less than the total hits.  *See, e.g.*, *SinglePoint*, 2023 WL 2585296, at *1, *3-*4 (compelling use of 28 disputed search strings); *SinglePoint* Proposed Order at 4-5 (listing the disputed strings, including one with a hit count as high as 66,809).  **Approximately 29% (20,236)** of Defendants' previous production hit on this string (including families), proving it is a reliable indicator of responsiveness. |
| [For Garcia Jr. and Jenkins:]<br>(compens* OR comp OR salar* OR bonus* OR severance OR incentive* OR *equit* OR "perform*based" OR "performance based" OR | 50,836 | **Relevance**: Targets documents concerning Garcia Jr.'s and Jenkins's compensation from their own files, which is relevant to, *inter alia*, their motive and bias. |

11

4926-9848-8965.v1

| | | |
|---|---|---|
| "RSU*" OR "PBU*" OR KPI* OR "key performance" OR pension OR "key strategic goal*" OR parachute* OR perk*) | | **Proportionality**: The unique hit count of 50,836 presents a manageable burden, especially considering the importance of the information sought. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| [For Garcia Jr. and Jenkins:] (sell* OR trade* OR trading OR transact*) w/ 20 (stock OR share*) | 6,633 | **Relevance**: Trades in Carvana securities by Garcia Jr. and Jenkins are indisputably relevant to scienter. Plaintiffs' search string targets this highly relevant subject matter. **Proportionality**: Presents a manageable burden of 17,968 total hits and only 6,633 unique hits. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| [For Garcia Jr. and Jenkins:] "10b5*1" OR "trading plan*" | 54 | **Relevance**: Insider trading, including modifications to 10b5-1 trading plans, supports an inference of scienter. *See, e.g.*, ECF 91 at 14-15. Plaintiffs are entitled to discovery relating to a lack-of-scienter defense based on insider trades purportedly being made pursuant to 10b5-1 trading plans. *See* ECF 82 at 34. |
| [For Garcia Jr. and Jenkins:] Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*)) | 169 | **Proportionality**: The unique hit count of 223 presents a *de minimis* burden, particularly in light of the subject's importance. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| [From September 1, 2022 through February 1, 2023:] (Levin*) w/20 (fir* OR terminat* OR leave* OR canned OR dismiss* OR resign* OR sacked OR retir* OR (step* down) OR oust* OR "let go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | 1,306 | **Relevance**: Targets Mike Levin's abrupt termination, who served as Carvana's head of Investor Relations during the Class Period and had day-to-day oversight of Carvana's investor relations department who was involved in disseminating the remaining upheld actionable statements and related aspects of the scheme claim. Mike Levin was also the speaker for one of the upheld title-and-registration misstatements. ¶¶180-181. **Proportionality**: 1,306 unique hits presents a *de minimis* burden. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| [For Mike Levin, from September 1, 2022 through February 1, 2023:] ("separation agreement" OR leave* OR retir* OR resign* OR severance OR fir* OR terminat* OR | 4,751 | **Relevance**: Seeks highly relevant documents from Mike Levin's files concerning his separation from the Company and |

12

4926-9848-8965.v1

| | | |
|---|---|---|
| "step* down" OR "for cause" OR "without cause" OR quit*) | | is narrowly tailored to the time period surrounding his separation.<br><br>**Proportionality**: 4,751 unique hits presents a manageable burden, especially considering the importance of the information sought. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |

| Carvana's April 2022 Offering | | |
|---|---|---|
| **Complaint Citations**: §XIV | | |
| **RFPs**: 16-20, 22, 24 | | |
| **Search Terms** | **Unique Hits** | **Relevance and Proportionality** |
| (Offering OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 91 | **Relevance**: Targets highly relevant information as to Plaintiffs' Securities Act claims concerning Carvana's 2022 secondary stock offering, which the Company and Underwriter Defendants referred to internally as "Project Cactus." ¶¶365-420.<br><br>**Proportionality**: The unique hit count of only 91 is trivial. Defendants' refusal to review and produce documents that hit on this term is an example of obstruction over efficiency. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| [For the period January 1, 2022 to April 30, 2022:] (Offering or Cactus) AND (underwrit* OR "bring down" OR roadshow*) | 2,114 | **Relevance**: Targets highly relevant information as to Plaintiffs' Securities Act claims regarding the 2022 secondary stock offering, which was referred to internally as "Project Cactus." ¶¶365-420. Terms such as "bring down" and "road show" refer to important aspects of the securities offering and underwriting process.<br><br>**Proportionality**: Results in only 2,114 unique hits, presenting a *de minimis* burden, especially considering the 2022 secondary stock offering's importance. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |

13

| | | |
|---|---|---|
| [In any of the To, From, CC, or BCC fields:]<br><br>christian.anderson@citi.com OR brian.yick@citi.com OR andrew.cuthill@citi.com OR nicholas.landi@citi.com OR ryan.bott@citi.com OR alan.dockeray@citi.com OR christian.berardo@citi.com OR salman.karim@citi.com OR paul.abrahimzadeh@citi.com OR brian.deleo@citi.com OR alex.zelinski@citi.com OR tyler.shaw@citi.com OR patrick.korth@citi.com OR richard.chand@citi.com OR gabriel.xia@citi.com OR janelle.c.mosley@citi.com OR juliette.lagasi@citi.com OR matthew.donovan@citi.com OR ronald.josey@citi.com OR nicholas.jones@citi.com | 433 | **Relevance**: Targets communications that are highly relevant to Plaintiffs' Securities Act claims with relevant personnel from defendant Citigroup Global Markets Inc., who served as an underwriter of Carvana's 2022 secondary stock offering. ¶¶366, 371, 400-420.<br><br>**Proportionality**: The unique hit count of 433 presents a *de minimis* burden, especially considering the importance of the 2022 secondary stock offering. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| (Carvana* OR CVNA*) AND ("Davis Polk" OR *davispolk.com OR Denenberg* OR Gould* OR (Travis* w/3 Mitchell*) OR Lian* OR Azzopardi* OR Kipnis* OR (Brad* w/3 Sherman*) OR Verdolini*) | 1,970 | **Relevance**: Communications with relevant personnel from Davis Polk & Wardwell LLP, who was involved in Carvana's 2022 secondary stock offering, are highly relevant to Plaintiffs' Securities Act claims. ¶¶365-420.<br><br>**Proportionality**: The unique hit count of 1,970 presents a manageable burden, especially considering the importance of the 2022 secondary stock offering. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| (Carvana* OR CVNA* OR *@carvana.com) AND ("K&E" OR *Kirkland.com OR Goedert*) | 4,968 | **Relevance**: Communications with relevant personnel from Kirkland & Ellis LLP, who was involved in Carvana's 2022 secondary stock offering, are highly relevant to Plaintiffs' Securities Act claims. ¶¶365-420.<br><br>**Proportionality**: The unique hit count of 4,968 presents a manageable burden, especially considering the importance of the 2022 secondary stock offering. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |

4926-9848-8965.v1

| Stock Price Movements and Analyst Communications |||
|---|---|---|
| **Complaint Citations**: §§VI.H, VII.A, VII.C, VIII.D-E, IX |||
| **RFPs**: 6, 21, 32-34 |||
| **Search Terms** | **Unique Hits** | **Relevance and Proportionality** |
| (stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus) | 14,926 | **Relevance**: Targets highly relevant information regarding the impact of the alleged fraud on Carvana's stock price, and analysts' reactions to Carvana's disclosures – issues central to any securities fraud case, including this one. *See, e.g.*, ¶3 (alleging fraudulent scheme and misrepresentations were "designed to artificially inflate Carvana's share prices"); ¶¶307-328 ("Loss Causation" allegations detailing the manner in which analysts and the market reacted to Defendants' corrective disclosures); *see also* ECF 217 at 14 (explaining how these topics are particularly important to the upcoming class certification briefing).<br><br>**Proportionality**: The unique hit count of 14,926 presents a manageable burden, especially considering the importance of the information sought. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. Defendants can easily use "NOT" operators (*e.g.*, AND NOT "download") if they wish to further narrow the results, as is their obligation as the producing party. *See Doe*, 2024 WL 3225904, at *4 ("[A]s the Party with custody, possession, and control over the documents and ESI, it is incumbent on [the producing party] to . . . propose reasonable modification to search terms where appropriate."). |
| (market OR analyst* OR Street) w/10 (react* OR disappoint* OR surpris* OR downgrad* OR ((lower* OR reduc*) w/3 rating*) OR miss*) | 6,752 | **Relevance**: Targets highly relevant information regarding the impact of the alleged fraud on Carvana's stock price and analysts' reactions to Carvana's disclosures. These issues are central to any securities fraud case, including the instant claims. *See, e.g.*, ¶3 (alleging fraudulent scheme and misrepresentations were "designed to artificially inflate Carvana's share prices"); ¶¶307-328 ("Loss Causation" allegations detailing the manner in which analysts and the market reacted to Defendants' corrective disclosures); *see also* ECF 217 at 14 (explaining how these topics |

4926-9848-8965.v1

| | | |
|---|---|---|
| | | are particularly important to the upcoming class certification briefing).<br><br>**Proportionality**: The unique hit count of 6,752 presents a manageable burden, especially considering the importance of the information sought. *SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| john.blackledge@cowen.com OR william.kerr@cowen.com OR james.kopelman@cowen.com OR logan.whalley@cowen.com OR sdyer@craig-hallum.com OR ryan.sigdahl@craig-hallum.com OR matthew.wegner@craig-hallum.com OR mbaker@dadco.com OR khallberg@dadco.com OR kcox@dadco.com OR MHayes@dadco.com OR james.musker@davyuk.com OR david.reynolds@davyuk.com OR alex.short@davyuk.com OR christopher.allan@davyuk.com | 270 | **Relevance**: Targets communications with securities analysts who covered Carvana stock, and the reports detailing analysts' reactions to Carvana's disclosures, which are highly relevant to Plaintiffs' claims. *See* ¶126 (alleging "analysts expressed alarm that Carvana's growth was slowing"); ¶181(c) ("analysts bought Defendants' misleading assurances"); ¶¶307-328 ("Loss Causation" allegations detailing the manner in which analysts and the market reacted to Defendants' corrective disclosures).<br><br>**Proportionality**: The search strings separately result in as little as 142 unique hits and collectively result in a total of only 3,092 unique hits. Either number presents a very manageable burden. *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |
| berickson@needhamco.com OR cpierce@needhamco.com OR bmcternan@needhamco.com OR emmanuel.rosner@db.com OR edison.yu@db.com OR conor-e.walters@db.com OR Brian.Nagel@opco.com OR William.Dossett@opco.com OR Andrew.Chasanoff@opco.com | 442 | |
| Naved.Khan@truist.com OR Youssef.Squali@truist.com OR Robert.Zeller@truist.com OR Daniel.Speed@truist.com OR Nicholas.Cronin@truist.com OR Kibin.Kim@truist.com OR Anthony.Hau@truist.com OR Zachary.Fadem@wellsfargo.com OR Sam.Reid@wellsfargo.com OR David.Lantz@wellsfargo.com OR John.Parke@wellsfargo.com OR | 738 | |

16

4926-9848-8965.v1

| | |
|---|---|
| Seth.Basham@wedbush.com OR Nathan.Friedman@wedbush.com OR matthew.mccartney@wedbush.com OR szackfia@williamblair.com OR tanderson@williamblair.com OR gbadishkanian@wolferesearch.com OR clee@wolferesearch.com OR tharbauer@wolferesearch.com OR jmoser@wolferesearch.com OR sstringer@wolferesearch.com | |
| Michael.Montani@evercoreisi.com OR brandon.dempster@evercoreisi.com OR greg.melich@evercoreisi.com OR Daniel.Solomon@evercoreISI.com OR jcolantuoni@jefferies.com OR bthill@jefferies.com | 444 |
| alexander.potter@psc.com OR ben.johnson@psc.com OR winnie.dong@psc.com OR jack.kessler@psc.com OR brad.erickson@rbccm.com OR logan.reich@rbccm.com OR vincent.caintic@stephens.com OR daniel.imbro@stephens.com OR rnelson@stephens.com OR mward@benchmarkcompany.com | 516 |
| chris.bottiglieri@exanebnpparibas.com OR stephen.mcmanus@exanebnpparibas.com OR ian.davis@exanebnpparibas.com OR nathaniel.schindler@bofa.com OR vincent-peer.huebner@bofa.com OR jen.shi@bofa.com OR garrett.nelson@cfraresearch.com | 327 |
| njones@jmpsecurities.com OR tshubsda@jmpsecurities.com OR rjosey@jmpsecurities.com OR aboone@jmpsecurities.com | 142 |
| Adam.Jonas@morganstanley.com OR Armintas.Sinkevicius@morganstanley.com OR | 213 |

17

4926-9848-8965.v1

| Evan.Silverberg@morganstanley.com OR Daniela.Haigian@morganstanley.com OR Matias.Ovrum@morganstanley.com | | |
|---|---|---|

| **Communications with the SEC** | | |
|---|---|---|
| **Complaint Citations**: ¶127 n.10; §§VI.E, VII.A, VII.C, VIII.E-H, XIV | | |
| **RFPs**: 2, 6, 12-13, 20, 24 | | |
| **Search Terms** | **Unique Hits** | **Relevance and Proportionality** |
| [in To/From/CC/BCC Fields:]<br>*@sec.gov | 152 | **Relevance**: Targets information regarding the SEC's investigation into Carvana's related-party transactions with DriveTime and other entities owned by Garcia Sr.  *See* ¶¶127 n.10, 298-300.<br><br>**Proportionality**: Presents a *de minimis* burden of only 152 unique hits.  *See SinglePoint*, 2023 WL 2585296, at *1, *3-*4; *SinglePoint* Proposed Order at 4-5. |

4926-9848-8965.v1