# EXHIBIT 1



**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
www.dlapiper.com

Melanie E. Walker
melanie.walker@us.dlapiper.com
T   310.595.3130

November 25, 2025

**VIA EMAIL AND SECURE FILE TRANSFER**

Erika L. Oliver
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
eoliver@rgrdlaw.com

       Re:    *In re Carvana Co. Sec. Litig.*, No. CV-22-2126-PHX-MTL (D. Ariz.)

Dear Erika:

In response to Lead Plaintiffs' First Set of Requests for Production of Documents, Defendant Ernest Garcia II ("Mr. Garcia Sr.") hereby produces documents Bates-stamped Garcia Sr_0001423 - Garcia Sr_0007783. These documents are produced pursuant to the March 12, 2025, Protective Order, Dkt. 136, and the March 12, 2025, Stipulated Electronic Discovery Agreement and Order ("ESI Protocol"), Dkt. 137, and are accordingly designated CONFIDENTIAL.

Pursuant to Section V.E of the ESI Protocol, we are providing notice that for the document families beginning with produced parent documents Garcia Sr_0002470, Garcia Sr_0002506, Garcia Sr_0001789, and Garcia Sr_0001834 we have withheld certain attachments on the basis of non-responsiveness. The withheld documents comprise board materials provided to the DriveTime Board of Directors. These documents are wholly unrelated to Mr. Garcia Sr.'s relationship with Carvana, are non-responsive to Plaintiffs' discovery requests, and contain highly sensitive and confidential information regarding DriveTime, which is not a party to this action and is a private company. Any documents in these families that were responsive to Plaintiffs' requests, we produced in full. If you would like to meet and confer further regarding these withheld documents, please let us know.

Mr. Garcia Sr. makes this production pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure. This production is subject to and without waiver of Carvana Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents.

In making this production, Mr. Garcia Sr. does not intend to waive any applicable privilege or protection or to disclose any documents that are protected from disclosure by the attorney-client privilege, the attorney work product doctrine, common interest privilege, or any other applicable privilege or protection. In the event Mr. Garcia Sr. has inadvertently produced any such documents, it is not intended and shall not be deemed to be a waiver of any such privilege or protection. *See* Protective Order at 11-12.



Erika L. Oliver
Robbins Geller Rudman & Dowd LLP
November 25, 2025
Page 2

   The password for this production is **z@#^%&op09l**.

Very truly yours,

**DLA PIPER LLP (US)**

Melanie E. Walker
Partner

Cc:    All counsel of record (via email)