# EXHIBIT 3

| | |
|---|---|
| **From:** | Sarah Fallon |
| **To:** | "Grinblat, Yan"; Walker, Melanie; Peplow, Emma; "abenedon@paulweiss.com"; "aharper@paulweiss.com"; Camielle Peters; Dan Drosman; "dnorthup@fennemorelaw.com"; David Rosenfeld; Erika Oliver; Kristina A. Bunting; Katie Woods; Matthew Balotta; "mpisem@paulweiss.com"; Rachel Cocalis; Robert Rothman; "sbuergel@paulweiss.com"; Tor Gronborg; "amarconi@fennemorelaw.com"; "Andrew Clubok (DC)"; "Ashley Gebicke (SD)"; "Christian Word (DC)"; "Jeff Hammel (NY)"; John Eastly; "Kalana Kariyawasam (NY)"; "Matthew Peters (DC)"; "meryn.grant@lw.com"; "natalie.salazar@lw.com"; "Susan Engel (DC)"; "Kavya Kodungallur (SF)" |
| **Cc:** | Jenkins, Jahi; Cho, Jordyn; Cordray, Madeline; Norris, David S.; Cabianca, Brian A. |
| **Subject:** | RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr."s Second Production |
| **Date:** | Wednesday, January 7, 2026 4:08:39 PM |
| **Attachments:** | image001.png |

Yan,

We do not agree to hold this dispute in abeyance for another month for the potential interest of a third party in documents in the possession, custody, or control of a Defendant, which should have been produced in response to discovery requests served nearly a year ago.  This is particularly so in light of Defendants' recent assertions that Plaintiffs have purportedly not been diligent in pursuing discovery and given Judge Liburdi's admonitions during the December 22, 2025 hearing and in the December 23, 2025 order.  *See* 12-22-25 Hg. Tr. at 25:12-26:16; 44:10-14 ("I would encourage you – if you reach an impasse with defendants' counsel, I would encourage you to engage Judge Boyle ***as soon as you can***."); ECF 239 at 4-5.  That Garcia Sr. apparently decided to not share these documents with DriveTime until January 5, 2026 – even though he improperly withheld the documents in November on the grounds that they "contain highly sensitive and confidential information regarding DriveTime" (M. Walker 11-25-25 Letter at 1) – is no basis to delay presenting this issue to Judge Boyle for another month.

Accordingly, we propose the below schedule for Garcia Sr. and Plaintiffs to brief the dispute pursuant to ¶6 of the Court's February 26, 2025 Scheduling Order.  By 12 pm PT tomorrow, January 8, 2026, please confirm whether Garcia Sr. agrees to the below schedule.  We will otherwise contact Judge Boyle's chambers to brief the dispute.

1. **Plaintiffs will provide their position statement** to Garcia Sr. by 5:00 p.m. PT on Friday, January 9, 2026;
2. **Garcia Sr. will provide his response** by 5:00 p.m. PT on Thursday, January 15, 2026;
3. **Plaintiffs will then have the opportunity to revise their statement in response and file the following day** (by Friday, January 16, 2026); and
4. Prior to filing, Plaintiffs will provide Garcia Sr. with a redline identifying any edits made to the Parties' joint section, and any substantive changes made to Plaintiffs' position statement that are not in response to Garcia Sr.'s position or a deletion that would otherwise render an argument superfluous and thus undermine the clarity or cogency of the joint submission.

Thank you,
Sarah

---

**From:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>
**Sent:** Tuesday, January 6, 2026 10:45 AM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>;

Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com'
<abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle
Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>;
'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld
<drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting
<kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta
<MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis
<RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com'
<sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com'
<amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke
(SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)'
<jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)'
<kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>;
'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com'
<natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)'
<kavya.kodungallur@lw.com>; Norris, David S. <david.norris@squirepb.com>; Cabianca, Brian A.
<brian.cabianca@squirepb.com>
**Cc:** Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>;
Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest
Garcia Sr.'s Second Production

EXTERNAL SENDER
Sarah,

I'm looping in @Norris, David S. and @Cabianca, Brian A., counsel for DriveTime, so that
everyone can communicate their positions directly.

Thanks,
Yan

## Yan Grinblat
Of Counsel

T  +1 312 368 2183
F  +1 312 251 2183
M  +1 415 722 2458
yan.grinblat@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Monday, January 5, 2026 5:04 PM
**To:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Walker, Melanie
<Melanie.Walker@us.dlapiper.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>;
'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com'
<aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman

<DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

 EXTERNAL MESSAGE

Yan,

I hope you had a good holiday as well. We do not agree that further delay is warranted to brief this straightforward dispute, particularly a two-week delay for input from a non-party. The need for briefing on this issue was raised at the beginning of December, and Plaintiffs provided a briefing schedule on December 23, 2025. While we will wait to hear from you until Wednesday, if your proposed approach does not provide for briefing to conclude by January 16, 2026, we will contact Judge Boyle's chambers to brief the dispute on a more timely schedule.

Thank you,
Sarah

---

**From:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>
**Sent:** Monday, January 5, 2026 12:47 PM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com'

<sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>

**Cc:** Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>

**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER
Sarah,

I hope you had a good holiday. We and DriveTime's counsel have been discussing a briefing schedule and format for bringing this dispute to the magistrate. However, DriveTime's counsel – who just returned to the office today – needs to confer with their client about the proposal and anticipated timing. We and DriveTime can get back to you by the end of Wednesday with our proposed approach.

Thanks,
Yan

Yan Grinblat
Of Counsel

T  +1 312 368 2183
F  +1 312 251 2183
M  +1 415 722 2458
yan.grinblat@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Wednesday, December 31, 2025 2:57 PM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew

Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

⚠ EXTERNAL MESSAGE

Melanie,

For the reasons previously discussed, we disagree. As I stated in my email below, we are amenable to a reasonable alternative schedule with definitive dates. Accordingly, we'll touch base on Monday to see whether the parties can agree on such a schedule and if we cannot, we will contact Judge Boyle's chambers to resolve this straightforward dispute in an alternate manner.

Thanks, and have a happy New Year.
Sarah

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Wednesday, December 31, 2025 3:31 PM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline

<Madeline.Cordray@us.dlapiper.com>

**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER

DriveTime's counsel is out of the office until Monday, January 5. We should be able to get back to you on a briefing schedule then. The documents Plaintiffs seek are DriveTime documents and are confidential and commercially sensitive, so DriveTime should be given an opportunity to object to the production should it choose to do so.  Plaintiffs are not prejudiced at all by a delay of a few days over the holidays, particularly given the extension of the case schedule that plaintiffs asked for. I suspect Magistrate Judge Boyle would expect you to extend a rather routine professional courtesy here.

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Wednesday, December 31, 2025 12:17 PM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

 ⚠️ EXTERNAL MESSAGE

Melanie,

We will send Plaintiffs' insert once Plaintiffs and Garcia Sr. agree on when and how the parties will brief and submit the dispute to Judge Boyle. While we are amenable to giving DriveTime's counsel a reasonable opportunity to be heard (even though this is a dispute between Plaintiffs and Garcia Sr.), we disagree that it is appropriate to hold this straightforward dispute in abeyance indefinitely. So

please let us know if you agree to the schedule we proposed on December 23 and if you do, we will send Plaintiffs' insert in accordance with that schedule (by 5 pm PT today). If you do not promptly agree to the proposed schedule or propose a reasonable alternative schedule with definitive dates, we will reach out to Judge Boyle's chambers early next week for permission to submit the dispute in an alternative manner, for instance, by short letter brief. *See* 11-17-25 Hg. Tr. at 48:3-6.

Thanks,
Sarah

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Wednesday, December 31, 2025 11:37 AM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER
I have not heard back from DriveTime's counsel. I just reached out to them again. Why don't you get us plaintiffs' insert and if DriveTime needs more time, we can figure out how to handle it.

---

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Wednesday, December 31, 2025 8:33 AM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver

<EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

⚠ EXTERNAL MESSAGE

Melanie,

Have you conferred with DriveTime's counsel concerning the briefing and schedule? Given the holiday, can you please confirm by 12 pm PT today whether Garcia Sr. and, if applicable, DriveTime agree to this schedule?

Thank you,
Sarah

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Friday, December 26, 2025 2:21 PM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com'

<natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)'
<kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>;
Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline
<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest
Garcia Sr.'s Second Production

EXTERNAL SENDER
Sarah –

We will check with DriveTime's counsel to see if they want an opportunity to weigh in and, if
so, if this briefing schedule works for them. In the meantime, I would again encourage you to
reflect on whether bringing this dispute before Judge Boyle is really a good use of time and
resources.  We have produced to you all documents reflecting agreements between DriveTime
and Carvana. DriveTime's other internal documents are not going to be of any use to plaintiffs
in establishing whether *Carvana's* disclosures were false, or what anyone *at Carvana* knew or
when they knew it, or what impacted *Carvana's* stock price. You note that DriveTime
produced financial statements in response to the third party subpoena to it, but you tellingly do
not say anything about how you could possibly use those financial statements to prove any
element of any of plaintiffs' remaining claims. We reserve all rights, including to seek
attorneys' fees.

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Tuesday, December 23, 2025 5:15 PM
**To:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>; Walker, Melanie
<Melanie.Walker@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>;
'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>;
Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com'
<dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver
<EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods
<KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com'
<mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman
<rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg
<TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew
Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian
Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly
<john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters
(DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>;
'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>;
'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>;
Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline
<Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest
Garcia Sr.'s Second Production

⚠ EXTERNAL MESSAGE

Counsel,

Please see the attached correspondence.

Happy holidays,
Sarah

---

**From:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Sent:** Thursday, December 11, 2025 12:30 PM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER
Counsel:

Please see the attached correspondence.

Emma C. Peplow
Associate

---

T  +1 310 595 3051
F  +1 310 595 3351
M  +1 949 244 2007
emma.peplow@us.dlapiper.com

DLA Piper LLP (US)

dlapiper.com

---

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Thursday, December 11, 2025 12:17 PM
**To:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; 'abenedon@paulweiss.com' <abenedon@paulweiss.com>; 'aharper@paulweiss.com' <aharper@paulweiss.com>; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; 'mpisem@paulweiss.com' <mpisem@paulweiss.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'sbuergel@paulweiss.com' <sbuergel@paulweiss.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; 'Andrew Clubok (DC)' <andrew.clubok@lw.com>; 'Ashley Gebicke (SD)' <ashley.gebicke@lw.com>; 'Christian Word (DC)' <christian.word@lw.com>; 'Jeff Hammel (NY)' <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; 'Kalana Kariyawasam (NY)' <kalana.kariyawasam@lw.com>; 'Matthew Peters (DC)' <matthew.peters@lw.com>; 'meryn.grant@lw.com' <meryn.grant@lw.com>; 'natalie.salazar@lw.com' <natalie.salazar@lw.com>; 'Susan Engel (DC)' <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

> ⚠️ EXTERNAL MESSAGE

Melanie and Emma,

Please let us know when we can expect the descriptions of the withheld documents and total number of documents withheld by Garcia Senior, as discussed on the call last week and requested below.

Thanks,
Sarah

---

**From:** Sarah Fallon
**Sent:** Tuesday, December 2, 2025 1:55 PM
**To:** 'Peplow, Emma' <Emma.Peplow@us.dlapiper.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; abenedon@paulweiss.com; aharper@paulweiss.com; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; dnorthup@fennemorelaw.com; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods

<KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; sbuergel@paulweiss.com; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Andrew Clubok (DC) <andrew.clubok@lw.com>; Ashley Gebicke (SD) <ashley.gebicke@lw.com>; Christian Word (DC) <christian.word@lw.com>; Jeff Hammel (NY) <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; Kalana Kariyawasam (NY) <kalana.kariyawasam@lw.com>; Matthew Peters (DC) <matthew.peters@lw.com>; meryn.grant@lw.com; natalie.salazar@lw.com; Susan Engel (DC) <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

Melanie and Emma,

Thank you for the call today. We look forward to receiving descriptions of the withheld documents to allow us to evaluate the appropriateness of Garcia Senior withholding the referenced documents. To the extent it is not evident from the descriptions, would you please also provide the number of documents being withheld so that we understand the full scope in dispute? Also, as requested during our call, please provide any authority that you have regarding the withholding of family documents for confidentiality.

Thank you,
Sarah

---

**From:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Sent:** Wednesday, November 26, 2025 9:50 AM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; abenedon@paulweiss.com; aharper@paulweiss.com; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; dnorthup@fennemorelaw.com; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; sbuergel@paulweiss.com; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Andrew Clubok (DC) <andrew.clubok@lw.com>; Ashley Gebicke (SD) <ashley.gebicke@lw.com>; Christian Word (DC) <christian.word@lw.com>; Jeff Hammel (NY) <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; Kalana Kariyawasam (NY) <kalana.kariyawasam@lw.com>; Matthew Peters (DC) <matthew.peters@lw.com>; meryn.grant@lw.com; natalie.salazar@lw.com; Susan Engel (DC) <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline

<Madeline.Cordray@us.dlapiper.com>

**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER
Sarah,

We are available at 1 pm PT on Tuesday. I'll send around a Teams invite shortly.

Emma C. Peplow
Associate

T  +1 310 595 3051
F  +1 310 595 3351
M  +1 949 244 2007
emma.peplow@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Tuesday, November 25, 2025 4:04 PM
**To:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; abenedon@paulweiss.com; aharper@paulweiss.com; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; dnorthup@fennemorelaw.com; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; sbuergel@paulweiss.com; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Andrew Clubok (DC) <andrew.clubok@lw.com>; Ashley Gebicke (SD) <ashley.gebicke@lw.com>; Christian Word (DC) <christian.word@lw.com>; Jeff Hammel (NY) <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; Kalana Kariyawasam (NY) <kalana.kariyawasam@lw.com>; Matthew Peters (DC) <matthew.peters@lw.com>; meryn.grant@lw.com; natalie.salazar@lw.com; Susan Engel (DC) <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

⚠️ EXTERNAL MESSAGE

Melanie,

Plaintiffs are available to meet and confer next week Monday, Tuesday, or Wednesday between 10

am and 2 pm PT. Let us know what time in those windows works for you.

Regards,
Sarah

---

**From:** Walker, Melanie <Melanie.Walker@us.dlapiper.com>
**Sent:** Tuesday, November 25, 2025 2:41 PM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Peplow, Emma <Emma.Peplow@us.dlapiper.com>; abenedon@paulweiss.com; aharper@paulweiss.com; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; dnorthup@fennemorelaw.com; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; sbuergel@paulweiss.com; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Andrew Clubok (DC) <andrew.clubok@lw.com>; Ashley Gebicke (SD) <ashley.gebicke@lw.com>; Christian Word (DC) <christian.word@lw.com>; Jeff Hammel (NY) <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; Kalana Kariyawasam (NY) <kalana.kariyawasam@lw.com>; Matthew Peters (DC) <matthew.peters@lw.com>; meryn.grant@lw.com; natalie.salazar@lw.com; Susan Engel (DC) <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER
Sarah – You seem to be having a knee-jerk reaction instead of thinking this through. Naturally the DriveTime board of directors receives information, such as financial information and board decks, that have absolutely nothing to do with Carvana. Plaintiffs are not entitled to confidential information regarding DriveTime simply because one attachment among several happens to mention Carvana. We are fully aware of the ESI protocol, which is why we explained in the cover letter the basis for providing only the documents that relate to Carvana. You can propose sometimes next week for a meet and confer, but let's not waste time on manufactured disputes.

---

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Tuesday, November 25, 2025 2:32 PM
**To:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>; abenedon@paulweiss.com; aharper@paulweiss.com; Camielle Peters <CPeters@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; dnorthup@fennemorelaw.com; David Rosenfeld <drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting <kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; Rachel Cocalis <RCocalis@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; sbuergel@paulweiss.com; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Andrew

Clubok (DC) <andrew.clubok@lw.com>; Ashley Gebicke (SD) <ashley.gebicke@lw.com>; Christian
Word (DC) <christian.word@lw.com>; Jeff Hammel (NY) <jeff.hammel@lw.com>; John Eastly
<john.eastly@lw.com>; Kalana Kariyawasam (NY) <kalana.kariyawasam@lw.com>; Matthew Peters
(DC) <matthew.peters@lw.com>; meryn.grant@lw.com; natalie.salazar@lw.com; Susan Engel (DC)
<susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>
**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Walker, Melanie
<Melanie.Walker@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn
<Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest
Garcia Sr.'s Second Production

⚠ EXTERNAL MESSAGE

Counsel,

Thank you for providing Garcia Sr.'s second production. Plaintiffs do not agree that it is appropriate
to withhold family documents on the basis that they are, according to Garcia Sr., non-responsive.
Section V.E. of the ESI Protocol provides:

"The parties agree that if any part of a communication or its attachments is responsive, the entire
communication and attachments will be produced, except any attachments that must be withheld or
redacted on the basis of privilege. The parties will meet and confer about whether there is an
appropriate basis for withholding a family document for any reason other than attorney-client or
work product privilege."  ECF 137.

We also do not agree that "board materials provided to the DriveTime Board of Directors . . . are
wholly unrelated to Mr. Garcia Sr.'s relationship with Carvana." Finally, if the documents "contain
highly sensitive and confidential information," the appropriate handling of these documents would
be to produce them with a confidential or highly confidential designation, which the Protective
Order, agreed to by all parties, expressly provides.  ECF 136.

Please provide times that you are available to meet and confer next week concerning Garcia Sr.'s
withholding of these documents, as you suggested in your letter.

Thanks,
Sarah

---

**From:** Peplow, Emma <Emma.Peplow@us.dlapiper.com>
**Sent:** Tuesday, November 25, 2025 1:05 PM
**To:** abenedon@paulweiss.com; aharper@paulweiss.com; Camielle Peters <CPeters@rgrdlaw.com>;
Dan Drosman <DanD@rgrdlaw.com>; dnorthup@fennemorelaw.com; David Rosenfeld
<drosenfeld@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Kristina A. Bunting
<kbunting@paulweiss.com>; Katie Woods <KWoods@rgrdlaw.com>; Matthew Balotta
<MBalotta@rgrdlaw.com>; mpisem@paulweiss.com; Rachel Cocalis <RCocalis@rgrdlaw.com>;

Robert Rothman <rrothman@rgrdlaw.com>; sbuergel@paulweiss.com; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Andrew Clubok (DC) <andrew.clubok@lw.com>; Ashley Gebicke (SD) <ashley.gebicke@lw.com>; Christian Word (DC) <christian.word@lw.com>; Jeff Hammel (NY) <jeff.hammel@lw.com>; John Eastly <john.eastly@lw.com>; Kalana Kariyawasam (NY) <kalana.kariyawasam@lw.com>; Matthew Peters (DC) <matthew.peters@lw.com>; meryn.grant@lw.com; natalie.salazar@lw.com; Susan Engel (DC) <susan.engel@lw.com>; 'Kavya Kodungallur (SF)' <kavya.kodungallur@lw.com>

**Cc:** Grinblat, Yan <Yan.Grinblat@us.dlapiper.com>; Walker, Melanie <Melanie.Walker@us.dlapiper.com>; Jenkins, Jahi <Jahi.Jenkins@us.dlapiper.com>; Cho, Jordyn <Jordyn.Cho@us.dlapiper.com>; Cordray, Madeline <Madeline.Cordray@us.dlapiper.com>

**Subject:** In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Defendant Ernest Garcia Sr.'s Second Production

EXTERNAL SENDER
Counsel:

Please see the attached correspondence. You will also shortly receive a separate email with a link to download the production referenced in the letter.

Thank you.

Emma C. Peplow
Associate

| | |
|---|---|
| T  +1 310 595 3051 | **DLA Piper LLP (US)** |
| F  +1 310 595 3351 | 2000 Avenue of the Stars |
| M  +1 949 244 2007 | Suite 400 North Tower |
| emma.peplow@us.dlapiper.com | Los Angeles, CA  90067-4704 |

          dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy

all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use

of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.