# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Defendants. | |

Pending before the Court is the Parties' dispute over the briefing schedule of Plaintiffs' "Motion to Compel Compliance" (doc. 253). Considering the Parties arguments, and in light of the expedited deadlines in this action, the Court issues the following briefing schedule:

**IT IS ORDERED** that Defendant Ernest Garcia II shall have until **JANUARY 19, 2026**, to file his Response to Plaintiffs' Motion to Compel Compliance.

**IT IS FURTHER ORDERED** that, to the extent that Defendant DriveTime wishes to submit a Response covering matters *not addressed* in Defendant Ernest Garcia II's Response, Defendant DriveTime shall do so on or before **JANUARY 23, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs may file a Reply to Defendants' Response(s) on or before **JANUARY 30, 2026**.

Dated this 12th day of January, 2026.

Honorable John Z. Boyle
United States Magistrate Judge