# Exhibit 1

| | A | B | C |
|---|---|---|---|
| | | | |
| | **Appendix A** | | |
| | **Defendants' Already Run Search Terms** | | |
| | *In re Carvana Securities Litigation* , No. CV-22-2126-PHX-MTL (D. Ariz.) | | |
| | | | |
| | * **Total Hits are the number of documents that hit on a search term.** | | |
| | ** **Total Hits Plus Families are the number of documents that hit on a search term plus any family members of such documents.** | | |
| | | | |
| | ▪ **For the categories below, Defendants also produced responsive documents without the use of search terms.** | | |
| | ▪ **Search terms are presented in categories for the readers' convenience, but the categories are not mutually exclusive, and documents returned by a search string can pertain to numerous relevant issues** . | | |
| | | | |
| | **Retail Sales Growth** | | |
| | **Complaint Citations: §§IV.C, VI.A-E, VII.C, VIII.C-E; ¶¶383-384** | | |
| | **RFPs: 3-12, 15, 19, 22** | | |
| | **Defendants' Search Terms** | **Total Hits*** | **Total Hits Plus Families**** |
| | ("retail unit" OR "retail units") w/5 (grow* OR increas* OR boost OR rais*) | 9,546 | 71,720 |
| | ("RUS" OR "Retail Unit Sale*") | 9,469 | 49,386 |
| | ((retail w/3 unit*) OR (retail w/3 sale*)) w/10  (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) | 49,199 | 204,270 |
| | "value of future sales" | 124 | 627 |

| | A | B | C |
|---|---|---|---|
| | | | |
| | TOTALS: | 68,338 | 326,003 |

| A | B | C |
|---|---|---|
| | | |
| **Purchasing and Verification Standards** | | |
| **Complaint Citations:** §§IV.C, VI.B, VII.C, VIII.C-F; ¶¶383-384 | | |
| **RFPs:** 7-9, 11, 15, 19, 22 | | |
| **Defendants' Search Terms** | **Total Hits\*** | **Total Hits Plus Families\*\*** |
| Purchase\* w/3 standard\* | 2,347 | 3,124 |
| acquisition\* w/5 (algorithm\* OR formula\*) | 1,209 | 14,331 |
| "low quality" OR "low-quality" OR "poor quality" | 1,261 | 2,359 |
| Verif\* w/3 standard\* | 406 | 1,508 |
| Low\* w/2 standard\* | 1,316 | 6,949 |
| Recondition\* w/5 (cost\* OR volume\*) | 6,868 | 31,919 |
| Sale\* w/3 "less profitable\*" | 175 | 686 |
| **TOTALS:** | **13,582** | **60,876** |

|  | A | B | C |
|---|---|---|---|
|  |  |  |  |
|  | **Nationwide Expansion** | | |
|  | **Complaint Citations:** §§VI.C, VII.C, VIII.C-E; ¶¶383-384 | | |
|  | **RFPs:** 6-7, 10-11, 15, 19, 22 | | |
|  | **Defendants' Search Terms** | **Total Hits\*** | **Total Hits Plus Families\*\*** |
|  | ("third party" OR "third-party") w/3 (production OR transport\* OR pickup\* OR ship\* OR logistic\*) | 8,264 | 39,649 |
|  | (Wholesale w/10 (impact\* OR result\* OR caus\*)) w/10 (profit\* OR logistic\* OR margin\*OR expens\*) | 1,798 | 9,270 |
|  | (Expansion w/5 (market\* OR state\* OR region\* OR northwest OR pacific OR nationwide)) AND (profit\* OR logistic\* OR expens\* OR strain\*) | 10,073 | 42,614 |
|  | ADESA AND (improv\* w/5 logistic\*) | 2,119 | 14,597 |
|  | ADESA AND (logistic\* w/5 (cost\* OR expens\* OR strain\*)) | 3,759 | 26,988 |
|  | ADESA w/5 (backfill OR deficient OR intent\* OR intend\* OR purpos\*) | 1,471 | 4,149 |
|  | **TOTALS:** | **17,411** | **94,653** |
|  |  |  |  |

|  | A | B | C |
|---|---|---|---|
| | **Transactions with DriveTime and Other Related-Party Transactions with Garcia Sr.** | | |
| | **Complaint Citations:** §§IV.B, VI.A, VII.C, VIII.H; ¶¶383-384 | | |
| | **RFPs:** 12-15, 19, 22, 28 | | |
| | **Defendants' Search Terms** | **Total Hits*** | **Total Hits Plus Families**** |
| | DriveTime AND ("Dealer Market" OR "Dealer Marketplace") | 1,725 | 7,407 |
| | DriveTime w/5 "pass-through" | 11 | 21 |
| | DriveTime w/5 "unit sales" | 10 | 19 |
| | DriveTime w/5 (COGS OR COS) | 5 | 7 |
| | DriveTime w/5 (RSU OR Unit*) | 804 | 4,882 |
| | DriveTime w/5 recondition* | 996 | 4,074 |
| | DriveTime w/5 sale* | 2,629 | 9,756 |
| | DriveTime w/5 "list price" | 15 | 87 |
| | ernest.garcia@drivetime.com OR ecggar@gmail.com OR ernie.garcia@drivetime.com OR egarcia@verdeinvestments.com | 2,446 | 3,694 |
| | **TOTALS:** | **8,641** | **29,947** |

| | A | B | C |
|---|---|---|---|
| | | | |
| | **Title and Registration** | | |
| | **Complaint Citations:** §§IV.A, VI.D, VI.E, VII.A, VII.C, VIII.C-E; ¶¶383-391 | | |
| | **RFPs:** 2-7, 19, 21-22, 24, 33-34 | | |
| | **Defendants' Search Terms** | **Total Hits\*** | **Total Hits Plus Families\*\*** |
| | ("NC Situation" OR "N.C. Situation") and ((NC w/3 Situation) OR (N.C. w/3 Situation)) | 77 | 182 |
| | ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/20 ("situation\*" OR issue\* OR "suspen\*" OR "penal\*" OR "problem\*" OR "fine\*" OR "investigat\*" OR "violat\*" OR complain\* OR TOP OR TOPS OR complian\* OR noncomplian\* OR comply\* OR goodwill OR reputation\* OR privilege\* OR fraud\* OR probat\* OR revocat\* OR revok\*) | 11,443 | 21,201 |
| | ("Oak Brook" OR "Arlington Heights" OR Illinois) w/20 (situation\* OR issue\* OR "suspen\*" OR "penal\*" OR "problem\*" OR "fine\*" OR "investigat\*" OR "violat\*" OR complian\* OR noncomplian\* OR comply\* OR goodwill OR reputation\* OR privilege\* OR fraud\* OR probat\* OR revocat\* OR revok\*) | 25,556 | 44,996 |
| | (Secretary w/30 Giannoulias) OR (("Illinois" OR IL) AND "Secretary of state") OR ILSOS OR \*@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR ((Illinois OR IL) AND ("Attorney General" OR AG OR \*@ilsos.gov)) w/20 ("situation\*" OR issue\* OR "suspen\*" OR "penal\*" OR "problem\*" OR "fine\*" OR "investigat\*" OR "violat\*" OR complian\* OR noncomplian\* OR comply\* OR goodwill OR reputation\* OR privilege\* OR fraud\* OR probat\* OR revocat\* OR revok\*) | 4,062 | 6,028 |
| | TNR | 3,735 | 6,130 |

| | A | B | C |
|---|---|---|---|
| 70 | undriv* w/30 (taskforce or (task w/5 force)) | 220 | 337 |
| 71 | unregistered w/3 (car OR cars OR vehicle*) | 578 | 1,075 |
| 72 | ("out of state" OR "out-of-state") w/35 (title OR registr*) | 9,630 | 16,358 |
| 73 | Title* w/30 Registr* | 72,385 | 135,790 |
| 74 | (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog") | 5,705 | 10,126 |
| 75 | (temp* w/5 tag*) w/35 (delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | 3,716 | 6,761 |
| 76 | (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif*) | 124,436 | 203,167 |
| 77 | (title* OR registr*) w/15 (proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "on time" OR "in time" OR untimely) | 94,301 | 165,902 |

| | A | B | C |
|---|---|---|---|
| 78 | ("TOP" OR "TOPS") w/15 ("accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay*) | 51,264 | 79,873 |
| 79 | ("TOP" OR "TOPS") w/15 (increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal") | 63,037 | 101,623 |
| 80 | (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)) | 33,752 | 53,529 |
| 81 | Regulat* w/15 action* | 11,089 | 29,114 |
| 82 | Regulat* w/20 investigat* | 10,852 | 23,884 |
| 83 | "hold title" | 262 | 578 |
| 84 | "T&R" OR "T/R" OR "T & R" OR "T and R" | 34,946 | 56,152 |
| 85 | buffer w/10 (title OR registration OR "T&R") | 514 | 745 |
| 86 | Centex | 390 | 728 |
| 87 | Colias | 149 | 228 |
| 88 | CVR OR cvrreg.com | 4,935 | 20,303 |
| 89 | Dealertrack OR coxautoinc.com OR DLRdmv | 23,831 | 45,726 |
| 90 | Dickie w/3 mccamey | 1,121 | 1,640 |
| 91 | *@dmclaw.com | 640 | 924 |

| | A | B | C |
|---|---|---|---|
| 92 | Foldy | 1,435 | 3,736 |
| 93 | REGUSA OR "Reg USA" | 16,999 | 23,801 |
| 94 | Vitu | 18,794 | 24,089 |
| 95 | "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" | 1,724 | 4,267 |
| 96 | *@revenue.alabama.gov | 244 | 353 |
| 97 | (Alabama OR (AL w/3 DMV) OR (AL w/3 Revenue) OR (AL w/3 "Motor Vehicle") OR ALDOR OR ADOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,981 | 4,874 |
| 98 | *@dfa.arkansas.gov | 96 | 139 |
| 99 | (Arkansas OR (AR w/3 DMV) OR (AR w/3 "Motor Vehicle") OR (AR w/3 DFA)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,166 | 6,995 |
| 100 | *@dmv.ca.gov | 1,350 | 1,853 |
| 101 | *@state.co.us | 528 | 765 |
| 102 | *@dds.ga.gov | 14 | 29 |

| | A | B | C |
|---|---|---|---|
| | *@bmv.in.gov | 97 | 163 |
| | (Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,320 | 7,682 |
| | *@ks.gov | 90 | 401 |
| | (Kansas OR (KS w/3 DMV) OR (KS w/3 DOV) OR (KS w/3 (Revenue OR DOR)) OR KDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,597 | 7,853 |
| | ky.gov | 314 | 560 |
| | (Kentucky OR KYTC OR (KY w/3 MVC) OR (KY w/3 Drive)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,705 | 2,497 |
| | *@maine.gov | 375 | 814 |
| | (Maine OR (ME w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,934 | 3,334 |
| | *@dot.state.ma.us | 108 | 129 |

| | A | B | C |
|---|---|---|---|
| | (Massachusetts OR (MA w/3 RMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 7,135 | 12,640 |
| | *@state.mn.us | 431 | 573 |
| | (Minnesota OR (MN w/3 DVS) OR (MN w/3 DPS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,581 | 7,422 |
| | *@dor.mo.gov | 433 | 593 |
| | (Missouri OR (MO w/3 DMV) OR (MO w/3 DOR)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,803 | 6,426 |
| | mt.gov | 371 | 644 |
| | (Montana OR (MT w/3 MVD)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,228 | 1,669 |
| | *@dmv.nv.gov | 233 | 308 |
| | (Nevada OR (NV w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,536 | 5,653 |

| | A | B | C |
|---|---|---|---|
| | @dmv.ny.gov | 1,170 | 1,855 |
| | (Oklahoma OR (OK w/3 Service) OR SOK OR OTC OR (OK w/3 DPS) OR (OK w/3 OMES)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,890 | 10,903 |
| | *@scdmv.net | 68 | 93 |
| | (South Carolina OR SCDMV OR (SC w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,630 | 4,415 |
| | *@tn.gov | 1,367 | 1,771 |
| | (Tennessee OR TDOS OR (TN w/3 DOS) OR TDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,447 | 7,744 |
| | *@utah.gov | 483 | 765 |

| A | B | C |
|---|---|---|
| (Utah OR (UT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,291 | 4,970 |
| *@vermont.gov | 201 | 293 |
| (Vermont or (VT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,295 | 2,092 |
| *@dmv.virginia.gov | 125 | 210 |
| *@dol.wa.gov | 294 | 426 |
| *@dot.wi.gov | 519 | 674 |

| | A | B | C |
|---|---|---|---|
| | ("Wisconsin" or "WisDOT" or (WI w/3 DOT)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,706 | 4,030 |
| | ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 26,368 | 48,138 |
| | ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 18,168 | 31,791 |
| | ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 10,374 | 16,388 |

| | A | B | C |
|---|---|---|---|
| | ("Ohio BMV" OR "Ohio") w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 8,362 | 12,729 |
| | (((("Texas" OR "TX") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 14,798 | 23,691 |
| | ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,826 | 4,066 |
| | (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/20 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 15,161 | 23,494 |
| | "Barron's" or "Barrons" or "Alderman" | 6,868 | 10,790 |
| | "expresstitletag" OR "Express Title" | 22 | 47 |

| A | B | C |
|---|---|---|
| "Title One" | 2,943 | 7,058 |
| *@dps.ohio.gov | 358 | 721 |

| | A | B | C |
|---|---|---|---|
| 146 | *@flhsmv.gov | 931 | 1,535 |
| 147 | *@mdot.maryland.gov | 118 | 156 |
| 148 | *@michigan.gov | 2,098 | 3,057 |
| 149 | *@ncdot.gov | 872 | 1,124 |
| 150 | *@pa.gov | 3,629 | 4,582 |
| 151 | *@txdmv.gov | 1,584 | 2,278 |
| 152 | *transportation@azag.gov OR *@azdot.gov | 5,303 | 6,427 |
| 153 | ABS OR absautoservices.com | 26,470 | 83,650 |
| 154 | (California OR (CA w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 18,547 | 32,684 |
| 155 | (Colorado OR (CO w/3 DMV) OR CDOR) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 2,661 | 4,244 |
| 156 | (Georgia OR (GA w/3 DDS) OR (GA w/3 DOR)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 7,499 | 12,014 |
| 157 | (New York OR (NY w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 25,359 | 36,451 |
| 158 | (Virginia OR (Va w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 5,228 | 9,747 |

| A | B | C |
|---|---|---|
| (Washington OR DolWa) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 6,133 | 11,730 |
| ((("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) | 10,383 | 15,090 |
| **TOTALS:** | **917,797** | **1,607,285** |
| | | |
| **Motive** | | |
| **Complaint Citations:** §§VI.F-G, VIII.A-B | | |
| **RFPs:** 22, 25-30 | | |
| **Defendants produced documents responsive to Plaintiffs' requests for production without the use of search terms, including Rule 10b5-1 plans and the precise timing of, and reasons for, Mr. Levin's departure. Stock ownership and compensation information for Mr. Garcia, Jr., and Mr. Jenkins is public and fully disclosed, including in SEC filings made pursuant to applicable rules and regulations, such as Item 402 of Regulation S-K.** | | |
| | | |
| **Carvana's April 2022 Offering** | | |
| **Complaint Citations:** §XIV | | |
| **RFPs:** 16-20, 22, 24 | | |

| **Defendants' Search Terms** | **Total Hits\*** | **Total Hits Plus Families\*\*** |
|---|---|---|
| ("IPO" OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 5,919 | 11,264 |
| (securit* OR underwrit*) w/20 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA) | 20,585 | 47,587 |
| "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com | 34,040 | 58,081 |
| Andrew w/5 Cuthill | 588 | 894 |
| (due w/5 diligence) OR (due w/5 diligence) | 23,915 | 46,764 |
| "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com | 50,989 | 80,259 |

| | A | B | C |
|---|---|---|---|
| 178 | Ian w/5 MacAllister | 2,333 | 3,523 |
| 179 | Brian w/5 Yick | 1,998 | 2,961 |
| 180 | Manoj w/5 Vemula | 453 | 660 |
| 181 | Mark w/5 Pinsky | 2,333 | 3,437 |
| 182 | (registration w/5 statement) OR prospectus OR S-3 | 27,229 | 82,851 |
| 183 | ((raise OR need) w/5 capital) | 10,765 | 22,001 |
| 184 | "offering document" OR "registered public offering" | 685 | 3,212 |
| 185 | "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 9,179 | 25,352 |
| 186 | **TOTALS:** | **191,011** | **388,846** |
| 187 | | | |
| 188 | **Stock Price Movements and Analyst Communications** | | |
| 189 | **Complaint Citations: §§VI.H, VII.A, VII.C, VIII.D-E, IX** | | |
| 190 | **RFPs: 6, 21, 32-34** | | |
| 191 | **Defendants' Search Terms** | **Total Hits*** | **Total Hits Plus Families**** |
| 192 | (CVNA w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*) | 4 | 5 |
| 193 | ((stock w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND (Carvana OR CVNA) | 562 | 2,307 |
| 194 | ((share w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND Carvana OR CVNA | 256 | 620 |
| 195 | analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) | 45,045 | 68,609 |
| 196 | (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | 161,178 | 277,655 |
| 197 | (earning* OR investor* OR shareholder* OR analyst*) w/15 (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR met OR meet) | 186,611 | 265,389 |

| | A | B | C |
|---|---|---|---|
| | | 393,656 | 614,585 |
| | **TOTALS:** | | |


| | A | B | C |
|---|---|---|---|
| **TOTALS:** | | **393,656** | **614,585** |
| | | | |
| **Communications with the SEC** | | | |
| **Complaint Citations: ¶127 n.10; §§VI.E, VII.A, VII.C, VIII.E-H, XIV** | | | |
| **RFPs: 2, 6, 12-13, 20, 24** | | | |
| **Defendants' Already Run Search Terms** | | **Total Hits*** | **Total Hits Plus Families**** |
| ((SEC OR "Securities and Exchange Commission") w/3 filing*) | | 15,971 | 27,854 |
| **TOTALS:** | | **15,971** | **27,854** |
| | | | |
| **Investor Materials and Disclosures** | | | |
| **Defendants' Search Terms** | | **Total Hits*** | **Total Hits Plus Families**** |
| shareholder* W/5 letter | | 19,649 | 45,765 |
| ((("SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes) AND "cert*") OR ("cert*" w/5 302) | | 5,174 | 15,659 |
| call* w/5 (present* OR earning* OR quarter* OR annual* OR investor) | | 31,481 | 49,369 |
| ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR "MD&A" OR (financ* w/10 disclos*)) w/20 (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) | | 81,180 | 163,934 |
| (sub w/3 cert*) OR subcert* OR sub-cert* | | 490 | 1,526 |
| disclosure w/3 (control* OR procedure* OR committee) | | 3,623 | 10,734 |
| **TOTALS:** | | **141,597** | **286,987** |