# EXHIBIT 2
# REDACTED

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | **Appendix B** | | | | | |
| | **Plaintiffs' Proposed Search Terms** | | | | | |
| | *In re Carvana Securities Litigation* , No. CV-22-2126-PHX-MTL (D. Ariz.) | | | | | |
| | | | | | | |
| | | | | | | |
| | * Unique Hits is the number of documents that contain one search term  but no other search terms.  The count of unique hits this is calculated as if all Defendants' search terms and all of Plaintiffs' proposed search terms are run, and is highly volatile.  Eliminating any of Plaintiffs' proposed search terms can cause the number of unique hits for other terms to increase, potentially by a significant amount. | | | | | |
| | ** Unique Hits Plus Families is the number of documents that contain on search term but no other search terms plus any family members of such documents. | | | | | |
| | ***Total Hits is the number of documents that contain a search term. | | | | | |
| | ****Total Hits Plus Families is the number of documents that contain a search term plus any family members of such documents. | | | | | |
| | *****Estimated Cost of Review reflects a range of costs for (i) first-level review by contract attorneys and (ii) second-level QC review by attorneys, calculated at a blended rate, to review Unique Hits Plus Families at the lower end and Total Hits Plus Families at the upper end. The upper end of the estimated cost range may include some costs Defendants have already incurred, as some documents may have matched search terms that Defendants have already run and may already have been reviewed. | | | | | |
| | | | | | | |
| | **Retail Sales Growth** | | | | | |
| | **Complaint Citations**: §§IV.C, VI.A-E, VII.C, VIII.C-E; ¶¶383-384 | | | | | |
| | **RFPs**: 3-12, 15, 19, 22 | | | | | |
| | **Search Terms** | **Unique Hits\*** | **Unique Hits Plus Families\*\*** | **Total Hits\*\*\*** | **Total Hits Plus Families\*\*\*\*** | **Estimated Cost of Review\*\*\*\*\*** |
| | (sale* OR unit* OR retail OR vehicle* OR car OR cars) w/20 (grow* OR grew OR increas* OR decreas* OR guid* OR projection* OR trend* OR drove OR driv* OR demand OR "on track" OR behind OR ahead OR slip* OR gap OR reforecast* OR variance OR bridge OR plan* OR target OR goal OR forecast OR "YOY" OR "year*over*" OR higher OR unsustain*) | 146,954 | 249,566 | 469,319 | 709,070 | |
| | **TOTAL:** | 146,954 | 249,566 | 469,319 | 709,070 | |

| | Search Terms | Unique Hits* | Unique Hits Plus Families** | Total Hits*** | Total Hits Plus Families**** | Estimated Cost of Review***** |
|---|---|---|---|---|---|---|
| 18 | | | | | | |
| 19 | **Purchasing and Verification Standards** | | | | | |
| 20 | **Complaint Citations**: §§IV.C, VI.B, VII.C, VIII.C-F; ¶¶383-384 | | | | | |
| 21 | **RFPs**: 7-9, 11, 15, 19, 22 | | | | | |
| 23 | customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (condition OR standard* OR inspect* OR rating OR rate* OR verif* OR criteri* OR low* OR poor OR quality OR wholesale OR volume OR lower OR bad OR trash* OR worth* OR shit* OR junk* OR "any car" OR "all cars" OR "all vehicles" OR grow* OR grew OR more OR up OR formula* OR algorithm* OR procedure* OR *valu* OR *demand OR inventory OR salvag* OR beat* OR wreck* OR scrap* OR damage* OR inoperable OR market OR inflat*) | 6,492 | 9,127 | 67,185 | 221,109 | |
| 24 | (quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (track* OR monitor* OR assess* OR inspect* OR confirm* OR check* OR analy* OR manag* OR eval* OR test* OR low* OR poor OR bad OR trash* OR worth* OR shit* OR junk* OR verif* OR reject* OR approv* OR formula* OR algorithm* OR procedure* OR data OR criteri* OR offer* OR fit OR valu* OR *demand OR inventory OR salvag* OR wholesale OR wreck* OR scrap* OR damage* OR inoperable) | 38,973 | 70,397 | 217,017 | 495,006 | |
| 25 | lemon* | 4,943 | 6,271 | 14,007 | 25,308 | |
| 26 | inspect* w/15 (poor OR fail OR "not done") | 73 | 103 | 1,685 | 5,538 | |
| 27 | "no standard*" | 34 | 58 | 578 | 1,740 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 28 | "kick" or "kicks" or "kick rate*" | 29,608 | 38,984 | 81,834 | 125,232 | |
| 29 | customer w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR "third party" OR "third-party" OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile*) | 546 | 1,379 | 16,112 | 65,627 | |
| 30 | [For Sell to Carvana Custodians:] meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR park* OR "third party" OR "third-party" OR production OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile* | 48,046 | 61,753 | 48,046 | 61,753 | |
| 31 | **TOTAL:** | **128,715** | **188,072** | **446,464** | **1,001,313** | |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 32 | | | | | | |
| 33 | **Nationwide Expansion** | | | | | |
| 34 | **Complaint Citations**: §§VI.C, VII.C, VIII.C-E; ¶¶383-384 | | | | | |
| 35 | **RFPs**: 6-7, 10-11, 15, 19, 22 | | | | | |
| 36 | **Search Terms** | **Unique Hits*** | **Unique Hits Plus Families**** | **Total Hits**** | **Total Hits Plus Families***** | **Estimated Cost of Review****** |
| 37 | logistic* w/15 (wholesale OR volume OR capacity OR constrain* OR *"third party" OR "third-party" OR production OR transport* OR haul OR pickup* OR "pick up" OR ship* OR distance OR mile* OR expens* OR "unit economic*") | 5,148 | 12,441 | 45,472 | 126,128 | |
| 38 | (market* OR state* OR region* OR northwest OR pacific OR nationwide) w/15 (launch* OR new OR expan*) | 60,411 | 87,122 | 280,632 | 456,417 | |
| 39 | ((market* OR state* OR region* OR northwest OR pacific OR nationwide) AND (launch* OR new OR expan*)) w/15 (distan* OR mile* OR transport* OR logistic* OR network* OR hub OR IRC OR "third part*" OR "third-part*" OR profit* OR cost* OR margin* OR expense* OR inventory OR far OR transport* OR haul OR pickup* OR ship* OR meter* OR constrain* OR "cut back" OR decreas* OR strain*) | 516 | 586 | 49,239 | 126,734 | |
| 40 | ADESA* | 47,015 | 77,695 | 126,178 | 197,207 | |
| 41 | "MTCon*" or "Midterm contribution*" or "Mid-term contribution*" | 327 | 2,874 | 2,264 | 9,961 | |
| 42 | **TOTAL:** | **113,417** | **180,718** | **503,785** | **916,447** | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | | | | | | |
| | **Transactions with DriveTime and Other Related-Party Transactions with Garcia Sr.** | | | | | |
| | **Complaint Citations**: §§IV.B, VI.A, VII.C, VIII.H; ¶¶383-384 | | | | | |
| | **RFPs**: 12-15, 19, 22, 28 | | | | | |
| | **Search Terms** | **Unique Hits*** | **Unique Hits Plus Families**** | **Total Hits**** | **Total Hits Plus Families***** | **Estimated Cost of Review****** |
| | DriveTime* OR DT* OR "Drive Time*" | 27,460 | 47,982 | 105,608 | 193,085 | ███ |
| | Bridgecrest* | 3,886 | 8,802 | 21,796 | 41,380 | ███ |
| | Verde* | 2,665 | 4,206 | 15,054 | 33,058 | ███ |
| | **TOTAL:** | **34,011** | **60,990** | **142,458** | **267,523** | ███ |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | | | | | | |
| | **Title and Registration** | | | | | |
| | **Complaint Citations**: §§IV.A, VI.D, VI.E, VII.A, VII.C, VIII.C-E; ¶¶383-391 | | | | | |
| | **RFPs**: 2-7, 19, 21-22, 24, 33-34 | | | | | |
| | **Search Terms** | **Unique Hits\*** | **Unique Hits Plus Families\*\*** | **Total Hits\*\*\*** | **Total Hits Plus Families\*\*\*\*** | **Estimated Cost of Review\*\*\*\*\*** |
| | ("NC") w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 322 | 495 | 4,295 | 8,703 | |
| | "IL" w/3 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 267 | 442 | 2,115 | 6,030 | |
| | ((risk OR risks) w/3 disclos*) AND (10-K OR 10K OR 10-Q OR 10Q OR SEC OR "annual report" OR investor*) | 80 | 83 | 4,774 | 17,341 | |
| | buffer* OR cushion* | 2,529 | 3,715 | 27,085 | 46,646 | |
| | **TOTAL:** | **3,198** | **4,735** | **38,269** | **78,720** | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 62 | | | | | | |
| 63 | **Motive** | | | | | |
| 64 | **Complaint Citations**: §§VI.F-G, VIII.A-B | | | | | |
| 65 | **RFPs**: 22, 25-30 | | | | | |
| 66 | **Search Terms** | Unique Hits* | Unique Hits Plus Families** | Total Hits*** | Total Hits Plus Families**** | Estimated Cost of Review***** |
| 67 | (Ernie* OR Ernest* OR Garcia* OR Mark* OR Jenkins* OR CEO OR CFO) w/25 (compensat* OR salar* OR bonus* OR severance OR incentive* OR award* OR eligib* OR *equit* OR option* OR performance OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR target* OR vest* OR defer* OR pension OR parachute* OR perk*) | 135,647 | 195,853 | 351,156 | 530,048 | |
| 68 | [For Garcia Jr. and Jenkins:] (compens* OR comp OR salar* OR bonus* OR severance OR incentive* OR *equit* OR "perform*based" OR "performance based" OR "RSU*" OR "PBU*" OR KPI* OR "key performance" OR pension OR "key strategic goal*" OR parachute* OR perk*) | 50,878 | 92,718 | 62,307 | 108,259 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | [For Garcia Jr. and Jenkins:] (sell* OR trade* OR trading OR transact*) w/ 20 (stock OR share*) | 6,635 | 9,299 | 17,970 | 34,931 | |
| | [For Garcia Jr. and Jenkins:] "10b5*1" OR "trading plan*" | 54 | 104 | 290 | 600 | |
| | [For Garcia Jr. and Jenkins:] Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*)) | 169 | 329 | 577 | 1,301 | |
| | [From September 1, 2022 through February 1, 2023:] (Levin*) w/20 (fir* OR terminat* OR leave* OR canned OR dismiss* OR resign* OR sacked OR retir* OR (step* down) OR oust* OR "let go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | 1,375 | 1,798 | 1,375 | 1,798 | |
| | [For Mike Levin, from September 1, 2022 through February 1, 2023:] ("separation agreement" OR leave* OR retir* OR resign* OR severance OR fir* OR terminat* OR "step* down" OR "for cause" OR "without cause" OR quit*) | 4,765 | 5,560 | 4,765 | 5,660 | |
| | **TOTAL:** | **199,523** | **305,661** | **438,440** | **682,597** | |
| | | | | | | |
| | **Carvana's April 2022 Offering** | | | | | |
| | **Complaint Citations**: §XIV | | | | | |
| | **RFPs**: 16-20, 22, 24 | | | | | |
| | **Search Terms** | **Unique Hits*** | **Unique Hits Plus Families**** | **Total Hits***** | **Total Hits Plus Families*****  | **Estimated Cost of Review*******  |
| | (Offering OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 437 | 504 | 17,113 | 43,746 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 81 | [For the period January 1, 2022 to April 30, 2022:] (Offering or Cactus) AND (underwrit* OR "bring down" OR roadshow*) | 2,189 | 7,589 | 2,189 | 7,549 | |
| 82 | [In any of the To, From, CC, or BCC fields:]<br><br>christian.anderson@citi.com OR brian.yick@citi.com OR andrew.cuthill@citi.com OR nicholas.landi@citi.com OR ryan.bott@citi.com OR alan.dockeray@citi.com OR christian.berardo@citi.com OR salman.karim@citi.com OR paul.abrahimzadeh@citi.com OR brian.deleo@citi.com OR alex.zelinski@citi.com OR tyler.shaw@citi.com OR patrick.korth@citi.com OR richard.chand@citi.com OR gabriel.xia@citi.com OR janelle.c.mosley@citi.com OR juliette.lagasi@citi.com OR matthew.donovan@citi.com OR ronald.josey@citi.com OR nicholas.jones@citi.com | 472 | 774 | 10,041 | 14,352 | |
| 83 | (Carvana* OR CVNA*) AND ("Davis Polk" OR *davispolk.com OR Denenberg* OR Gould* OR (Travis* w/3 Mitchell*) OR Lian* OR Azzopardi* OR Kipnis* OR (Brad* w/3 Sherman*) OR Verdolini*) | 2,906 | 4,578 | 26,637 | 40,179 | |
| 84 | (Carvana* OR CVNA* OR *@carvana.com) AND ("K&E" OR *Kirkland.com OR Goedert*) | 5,184 | 8,742 | 22,504 | 36,122 | |
| 85 | **TOTAL:** | **11,188** | **22,187** | **78,484** | **141,948** | |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  | **Stock Price Movements and Analyst Communications** | | | | | |
|  | **Complaint Citations**: §§VI.H, VII.A, VII.C, VIII.D-E, IX | | | | | |
|  | **RFPs**: 6, 21, 32-34 | | | | | |
|  | **Search Terms** | **Unique Hits*** | **Unique Hits Plus Families**** | **Total Hits**** | **Total Hits Plus Families*****  | **Estimated Cost of Review*****  |
|  | (stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus) | 16,790 | 22,588 | 127,050 | 202,654 | |
|  | (market OR analyst* OR Street) w/10 (react* OR disappoint* OR surpris* OR downgrad* OR ((lower* OR reduc*) w/3 rating*) OR miss*) | 6,968 | 7,482 | 27,929 | 44,543 | |
|  | john.blackledge@cowen.com OR william.kerr@cowen.com OR james.kopelman@cowen.com OR logan.whalley@cowen.com OR sdyer@craig-hallum.com OR ryan.sigdahl@craig-hallum.com OR matthew.wegner@craig-hallum.com OR mbaker@dadco.com OR khallberg@dadco.com OR kcox@dadco.com OR MHayes@dadco.com OR james.musker@davyuk.com OR david.reynolds@davyuk.com OR alex.short@davyuk.com OR christopher.allan@davyuk.com | 477 | 498 | 4,156 | 5,894 | |

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| berickson@needhamco.com OR cpierce@needhamco.com OR bmcternan@needhamco.com OR emmanuel.rosner@db.com OR edison.yu@db.com OR conor-e.walters@db.com OR Brian.Nagel@opco.com OR William.Dossett@opco.com OR Andrew.Chasanoff@opco.com | 553 | 595 | 5,233 | 7,189 | |
| Naved.Khan@truist.com OR Youssef.Squali@truist.com OR Robert.Zeller@truist.com OR Daniel.Speed@truist.com OR Nicholas.Cronin@truist.com OR Kibin.Kim@truist.com OR Anthony.Hau@truist.com OR Zachary.Fadem@wellsfargo.com OR Sam.Reid@wellsfargo.com OR David.Lantz@wellsfargo.com OR John.Parke@wellsfargo.com OR Seth.Basham@wedbush.com OR Nathan.Friedman@wedbush.com OR matthew.mccartney@wedbush.com OR szackfia@williamblair.com OR tanderson@williamblair.com OR gbadishkanian@wolferesearch.com OR clee@wolferesearch.com OR tharbauer@wolferesearch.com OR jmoser@wolferesearch.com OR sstringer@wolferesearch.com | 915 | 1013 | 11,260 | 16,427 | |
| Michael.Montani@evercoreisi.com OR greg.melich@evercoreisi.com OR brandon.dempster@evercoreisi.com OR Daniel.Solomon@evercoreISI.com OR jcolantuoni@jefferies.com OR bthill@jefferies.com | 574 | 611 | 4,950 | 6,668 | |

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| alexander.potter@psc.com OR ben.johnson@psc.com OR winnie.dong@psc.com OR winnie.dong@psc.com OR jack.kessler@psc.com OR brad.erickson@rbccm.com OR logan.reich@rbccm.com OR vincent.caintic@stephens.com OR daniel.imbro@stephens.com OR rnelson@stephens.com OR mward@benchmarkcompany.com | 614 | 965 | 5,197 | 7,681 | |
| chris.bottiglieri@exanebnpparibas.com OR stephen.mcmanus@exanebnpparibas.com OR ian.davis@exanebnpparibas.com OR nathaniel.schindler@bofa.com OR vincent-peer.huebner@bofa.com OR jen.shi@bofa.com OR garrett.nelson@cfraresearch.com | 451 | 578 | 1,680 | 3,203 | |
| njones@jmpsecurities.com OR tshubsda@jmpsecurities.com OR rjosey@jmpsecurities.com OR aboone@jmpsecurities.com | 207 | 248 | 2,510 | 3,773 | |
| Adam.Jonas@morganstanley.com OR Armintas.Sinkevicius@morganstanley.com OR Evan.Silverberg@morganstanley.com OR Daniela.Haigian@morganstanley.com OR Matias.Ovrum@morganstanley.com | 390 | 576 | 4,968 | 7,958 | |
| **TOTAL:** | **27,939** | **35,154** | **194,933** | **305,990** | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | | Communications with the SEC | | | | |
| | | Complaint Citations: ¶127 n.10; §§VI.E, VII.A, VII.C, VIII.E-H, XIV | | | | |
| | | RFPs: 2, 6, 12-13, 20, 24 | | | | |
| | Search Terms | Unique Hits* | Unique Hits Plus Families** | Total Hits*** | Total Hits Plus Families**** | Estimated Cost of Review***** |
| | [in To/From/CC/BCC Fields:] *@sec.gov | 152 | 165 | 152 | 165 | |
| | TOTAL: | 152 | 165 | 152 | 165 | |