# Exhibit 3

Matthew J. Peters
Tel: +1.202.637.2345
matthew.peters@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

April 10, 2025

VIA EMAIL

Rachel Cocalis
Robbins Geller Rudman & Dowd LLP
655 W. Broadway
San Diego, CA 92101
rcocalis@rgrdlaw.com

Re:     *In re Carvana Co. Securities Litig.*, No. CV-22-2126-PHX-MTL (D. Ariz.)

Dear Rachel:

I write in response to plaintiffs' letter dated March 28, 2025 (the "March 28 Letter") regarding the Parties' March 27, 2025 meet and confer (the "M&C") concerning the Carvana Defendants' March 19, 2025 proposed search parameters in response to Lead Plaintiffs' First Set of Requests for Production of Documents to the Carvana Defendants (the "RFPs"), the Stipulated Electronic Discovery Agreement and Order ("ESI Order") (ECF 137), and Scheduling Order (ECF 128).

*Custodial and Non-Custodial Data Sources*:   On March 19, the Carvana Defendants proposed a list of fifteen initial custodians for document discovery.[1]  As requested in the March 28 Letter, the Carvana Defendants agree to add Mike Levin as a custodian.  Carvana Defendants reserve the right to add additional custodians.

During the M&C, counsel for Carvana Defendants explained that custodial data sources likely to contain potentially responsive information include the Proposed Custodians' (1) email accounts, (2) Google Drive, and (3) Slack messages.  We also noted that the Individual Carvana Defendants' personal cell phones were collected, and other Proposed Custodians' personal cell phones have been or will be collected if the custodian believes the device may contain potentially

---

[1] The proposed initial custodians include the Individual Carvana Defendants (Ernest Garcia III, Mark Jenkins, Michael Maroone, Stephen Palmer, Neha Parikh, Ira Platt, and Greg Sullivan), as well as Paul Breaux, John Greer, Ben Huston, Josh Johnson, Steve Keim, Will Munsil, Mark Murphy, and Chris Olson (collectively, the "Proposed Custodians").

April 10, 2025
Page 2

LATHAM&WATKINS LLP

relevant, non-duplicative information.  Plaintiffs did not request more specific information about these custodial sources during the M&C, nor are the Carvana Defendants obligated to provide any.

The Carvana Defendants also identified as non-custodial sources, shared drives and folders not specifically associated with a Proposed Custodian.  Carvana Defendants will, for example, search shared drive folders that a Proposed Custodian identifies as containing potentially relevant documents.  The March 28 Letter implies that Carvana Defendants must identify every specific shared drive location and folder to be searched.  We are not aware of such an obligation, which would be uniquely burdensome on Carvana Defendants in this litigation.  Nevertheless, as a courtesy, Carvana Defendants provide the following examples of shared drive locations/folders that will be searched for potentially relevant materials:

- "NPS Strategy"
- "Title & Registration Research"
- "CVNA investor Relations Shared / Posted 10-Ks and 10-Qs"
- "CVNA investor Relations Shared / IR Board Materials"

*Plaintiffs' "Additional" Search Terms*:  As previously communicated to the plaintiffs via email on April 4, Carvana Defendants have diligently evaluated plaintiffs' "additional" search terms attached to the March 28 Letter.  These comprise approximately 79 search strings, containing about 525 search terms beyond the approximately 445 search terms in Carvana Defendants' initial proposal.  Plaintiffs' "additional" search terms yielded approximately 1,167,348 emails and attachments.  Having contract reviewers complete a first-level review of those documents would cost at least an estimated $1,250,000.00.  This estimate represents a "floor" and does not include other costs, such as those for the necessary privilege review by Carvana Defendants' counsel.  Moreover, Carvana Defendants' collection of potentially relevant information is ongoing.  Nonetheless, Carvana Defendants agreed on April 4 to 19 of plaintiffs' "additional" search strings:

1. "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com

2. "hold title"

3. "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *@jpmchase.com

4. "offering document" OR "registered public offering"

5. "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")

6. "T&R" OR "T/R" OR "T & R" OR "T and R"

7. (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R"))

8. *@dps.ohio.gov

LATHAM&WATKINS LLP

9.  *@flhsmv.gov

10. *@mdot.maryland.gov

11. *@michigan.gov

12. *@ncdot.gov

13. *@pa.gov

14. *@txdmv.gov

15. *transportation@azag.gov OR *@azdot.gov

16. disclosure w/3 (control* OR procedure* OR committee)

17. shareholder* W/5 letter

18. undriv* w/30 (taskforce or (task w/5 force))

19. unregistered w/3 (car OR cars OR vehicle*)

Furthermore, Carvana Defendants also agree to run the following from plaintiffs' "additional" search strings:

20. ("out of state" OR "out-of-state") w/35 (title OR registr*)

21. Title* w/30 Registr*

During the M&C and in the March 28 Letter, plaintiffs indicated that, with respect to search terms, the ESI Order and Scheduling Order precludes them from doing anything other than proposing edits to Carvana Defendants' preexisting search terms. *E.g.*, March 28 Letter at 2. There is no such prohibition. *See* ESI Order at 4; Scheduling Order at 2. The ESI Order, for example, states that "the producing party shall provide a list of proposed search terms, which shall contain the search terms that it believes would lead to the identification of relevant documents"— which is what we did. Plaintiffs were free to provide additional search terms if they believed they were necessary.

Plaintiffs also argued at the M&C and in the March 28 Letter that Carvana Defendants failed to provide search terms targeting documents responsive to numerous RFPs, including RFP No. 20. Our Initial Proposed Search Terms contain search strings plainly responsive to this RFP, including: "IPO" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*"), "public offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*"), and "SEC filing*". Regardless, as we explained during the M&C, at the time of Carvana Defendants' initial proposal of search terms, Carvana Defendants' evaluation of the RFPs—*i.e.* 42 expansive requests that plaintiffs propounded on March 11—was ongoing.

3

LATHAM&WATKINS LLP

The ESI Order provides that, "[t]o the extent the producing party does not agree to any of the additional search terms or claims that use of the complete set of search terms is not proportional to the needs of the case or unduly burdensome, the producing party will provide a search term hit list or hit report for the complete set of search terms after global de-duplication (including the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list, with and without families)." ESI Order at 4-5. In compliance with that provision, attached hereto as Exhibit A please find a search term hit report.

Please also find attached hereto, Exhibit B, which contains Carvana Defendants' counter-proposal to plaintiffs' additional search terms.

Finally, as indicated during the M&C, the Carvana Defendants agree to prioritize the production of organizational charts.

The Carvana Defendants reserve all rights to modify their discovery methodologies and search parameters discussed herein.

Best regards,

*/s/ Matthew J. Peters*

Matthew J. Peters
of LATHAM & WATKINS LLP

# Exhibit A

**Exhibit A**

| Total documents with hits | Total documents with hits, including Group |
|---|---|
| 1,007,191 | 1,167,348 |

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" | 1,120 | 2,218 | 37 |
| "Barron's" or "Barrons" or "Alderman" | 4,330 | 6,320 | 175 |
| "cannot disclose" OR "can not disclose" OR "will not disclose" OR "won't disclose" OR "can't disclose" OR "under wraps" OR "keep secret" OR "don't disclose" OR "do not disclose" OR "shouldn't disclose" OR "should not disclose" | 4,046 | 8,718 | 419 |
| "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com | 21,489 | 34,552 | 1,822 |
| "davis polk" OR *@davispolk.com | 11,995 | 14,162 | 51 |
| "expresstitletag" OR "Express Title" | 9 | 17 | 0 |
| "hold title" | 157 | 376 | 2 |
| "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR "*@jpmorganchase.com" OR *@jpmorgan.com OR *@jpmchase.com | 34,106 | 51,338 | 3,221 |
| "offering document" OR "registered public offering" | 473 | 1,951 | 7 |
| "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 6,192 | 14,974 | 138 |
| "SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes OR ("cert*" w/5 302) | 7,457 | 17,090 | 1,068 |
| "T&R" OR "T/R" OR "T & R" OR "T and R" | 21,525 | 33,050 | 3,323 |
| "Title One" | 2,109 | 4,392 | 90 |

| | | | |
|---|---|---|---|
| ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR letter OR "MD&A" OR (financ* w/10 disclos*)) AND (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) | 161,873 | 242,697 | 19,357 |
| ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 84,332 | 128,045 | 18,541 |
| ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 53,249 | 81,874 | 3,549 |
| ("IPO" OR Cactus) AND ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 17,159 | 30,832 | 426 |

2

| | | | |
|---|---|---|---|
| ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 30,066 | 44,165 | 1,339 |
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" OR NC) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain*) | 33,552 | 56,859 | 1,081 |
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" OR NC) AND (TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 33,497 | 57,604 | 1,357 |
| ("Oak Brook" OR "Arlington Heights" OR IL OR Illinois) AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 68,664 | 111,553 | 8,822 |

3

| | | | |
|---|---|---|---|
| ("Ohio BMV" OR "Ohio") AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 29,562 | 51,875 | 1,536 |
| ("out of state" OR "out-of-state") w/35 (title OR registr*) | 6,744 | 11,100 | 74 |
| ("TOP" OR "TOPS") w/35 ("Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "not w/5 time*" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | 63,811 | 85,878 | 9,052 |
| ("TOP" OR "TOPS") w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*") | 60,870 | 83,695 | 10,604 |
| ("TOP" OR "TOPS") w/35 (issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late") | 65,423 | 94,458 | 3,695 |
| (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) | 8,971 | 12,590 | 547 |
| ((("Texas" OR TX) w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR | 51,720 | 75,512 | 1,911 |

4

| | | | |
|---|---|---|---|
| reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | | | |
| ((Maryland w/5 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 13,173 | 24,070 | 887 |
| ((raise OR need) w/5 capital) | 7,144 | 14,112 | 511 |
| ((SEC OR "Securities and Exchange Commission") w/3 filing*) OR *@sec.gov | 13,016 | 21,805 | 2,099 |
| ((William OR Bill OR Will) w/5 Kerr) OR Whalley OR *@cowen.com OR Dyer OR *@craig-hallum OR ((Michael OR Mike) w/5 Baker) OR *@dadco.com OR ((David OR Dave) w/5 Reynolds) | 7,948 | 12,915 | 797 |
| (Brad w/5 Erickson) OR *@needhamco.com OR (Brian w/5 Nagel) OR *@opco.com OR ((Alexander OR Alex) w/5 Potter) | 4,865 | 7,318 | 148 |
| (CVNA OR stock* OR share* OR pric* OR securities OR (market w/2 cap*)) w/30 (mov* OR react* OR chang* OR impact* OR caus* OR increas* OR up* OR down* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | 323,514 | 443,520 | 67,403 |
| (due w/10 dilligence) OR (due w/10 diligence) | 15,491 | 31,886 | 1,295 |

5

| | | | |
|---|---|---|---|
| (earning* OR investor* OR shareholder* OR analyst* OR media OR news OR bank*) AND (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR day* OR met OR meet) | 515,246 | 628,234 | 139,413 |
| (Grant w/10 Thornton) OR GT | 20,456 | 38,193 | 4,640 |
| (Ki w/5 Bin w/5 Kim) OR *@truist.com OR Basham OR *@wellsfargo.com OR Zackfia OR *@williamblair.com OR Badishkanian OR *@wolferesearch.com | 16,689 | 22,974 | 2,791 |
| (mislead* OR misled*) w/20 (public OR investor OR investors OR statement OR info*) | 7,257 | 17,296 | 67 |
| (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") AND (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 46,064 | 67,999 | 2,165 |
| (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com | 2,102 | 4,144 | 0 |
| (registration w/10 statement) OR prospectus OR S-3 | 15,911 | 43,196 | 1,639 |
| (retail OR unit* OR sale*) w/35 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up ) | 227,262 | 334,060 | 48,231 |

6

| | | | |
|---|---|---|---|
| (retail OR unit* OR sale*) w/35 ("revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR due OR external OR internal OR factors OR increas* OR strong* OR strength*) | 215,823 | 338,848 | 22,621 |
| (retail OR unit* OR sale*) w/35 (tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) | 51,362 | 113,824 | 1,664 |
| (risk OR risks) w/3 disclos* | 4,592 | 14,559 | 93 |
| (Ron* w/5 Josey) OR ronald.josey@citi.com OR ((Nicholas OR Nic OR Nick) w/5 Jones) OR nicholas.jones@citi.com | 3,236 | 6,040 | 0 |
| (Secretary w/30 Giannoulias) OR (("Illinois" OR "IL") AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR (Illinois AND ("Attorney General" OR AG OR *@ilsos.gov)) | 21,673 | 30,913 | 462 |
| (securit* OR underwrit*) AND (offering* OR roadshow* OR prospectus* OR "due diligence" OR "bring down") AND (Carvana or CVNA) | 39,351 | 83,632 | 1,068 |
| (sub w/3 cert*) OR subcert* OR sub-cert* | 232 | 736 | 28 |
| (temp* w/15 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit*) | 2,994 | 5,371 | 68 |
| (temp* w/15 tag*) w/35 (issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist") | 4,403 | 7,611 | 76 |

7

| | | | |
|---|---|---|---|
| (temp* w/15 tag*) w/35 (troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "not on time*" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | 2,494 | 5,192 | 16 |
| (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)) | 25,579 | 38,719 | 1,710 |
| (title* or registr*) w/35 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem*) | 101,425 | 155,844 | 8,124 |
| (title* or registr*) w/35 (missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian*) | 90,680 | 144,487 | 5,220 |
| (title* or registr*) w/35 (troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "not on time*" OR untimely) | 16,968 | 29,371 | 942 |
| *@davyuk.com OR ((Emmanuel OR Manny) w/5 Rosner) OR *@db.com OR Montani OR *@evercoreisi.com OR (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com OR *@jpmorgan.com OR Colantuoni OR Thill OR *@jefferies.com OR (Adam w/5 Jonas) | 18,802 | 27,605 | 628 |
| *@dps.ohio.gov | 320 | 679 | 33 |
| *@flhsmv.gov | 713 | 1,239 | 101 |
| *@mdot.maryland.gov | 98 | 116 | 2 |
| *@michigan.gov | 1,853 | 2,625 | 283 |
| *@ncdot.gov | 799 | 1,008 | 32 |
| *@pa.gov | 2,365 | 3,037 | 814 |

8

| | | | |
|---|---|---|---|
| *@psc.com OR *@rbccm.com OR Imbro OR Caintic OR (Rick w/5 Nelson) OR *@stephens.com OR ((Michael OR Mike) w/5 Ward) OR *@benchmarkcompany.com OR (Naved w/5 Khan) | 6,437 | 10,516 | 476 |
| *@txdmv.gov | 1,304 | 1,874 | 195 |
| *transportation@azag.gov OR *@azdot.gov | 1,821 | 2,807 | 337 |
| ABS OR absautoservices.com | 12,439 | 34,269 | 1,678 |
| analyst* w/15 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) | 36,479 | 50,761 | 368 |
| Andrew w/10 Cuthill | 573 | 866 | 0 |
| Bottiglieri OR *@exanebnpparibas.com OR ((Nathaniel OR Nate OR Nat) w/5 Schindler) OR *@baml.com OR ((Garrett OR Gary) w/5 Nelson) OR *@cfraresearch.com OR ((Nicholas OR Nick OR Nic) w/5 Jones) | 4,337 | 13,131 | 171 |
| Brian w/10 Yick | 1,629 | 2,425 | 0 |
| call* w/5 (conf* OR earning* OR quarter* OR annual* OR investor) | 35,657 | 63,067 | 2,958 |
| Carletti OR ((Ronald OR Ron) w/5 Josey) OR *@jmpsecurities.com OR (John w/5 Blackledge) OR ((James OR Jim OR Jimmy) w/5 Kopelman) | 3,247 | 5,117 | 21 |
| Centex | 279 | 577 | 0 |
| Colias | 144 | 289 | 1 |
| CVR OR cvrreg.com | 2,278 | 4,203 | 327 |
| Dealtertrack OR coxautoinc.com OR DLRdmv | 8,141 | 14,695 | 1,654 |
| disclosure w/3 (control* OR procedure* OR committee) | 2,075 | 6,181 | 164 |
| false w/20 (info* OR statement*) | 7,924 | 19,668 | 305 |
| Foldy | 1,168 | 2,166 | 110 |
| Ian w/10 MacAllister | 2,112 | 3,148 | 0 |
| Manoj w/10 Vemula | 446 | 649 | 0 |
| Mark w/10 Pinsky | 2,187 | 3,223 | 1 |
| Regulat* w/30 action* | 12,854 | 28,663 | 590 |

9

| | | | |
|---|---|---|---|
| Regulat* w/30 investigat* | 9,001 | 18,533 | 269 |
| REGUSA OR "Reg USA" | 10,827 | 14,533 | 1,175 |
| shareholder* W/5 letter | 11,426 | 27,096 | 0 |
| Sinkevicius OR *@morganstanley.com OR ((212 w/5 667) AND 8381) OR (Chris w/5 Pierce) | 7,996 | 13,208 | 1,105 |
| Title* w/30 Registr* | 47,953 | 85,233 | 4,008 |
| TNR | 2,535 | 3,910 | 316 |
| undriv* w/30 (taskforce or (task w/5 force)) | 205 | 323 | 6 |
| unregistered w/3 (car OR cars OR vehicle*) | 409 | 782 | 13 |
| Vitu | 14,733 | 18,989 | 4,014 |

10

# Exhibit B

**Exhibit B**

| PLAINTIFFS' PROPOSED SEARCH TERMS | CARVANA DEFENDANTS' COUNTER-PROPOSED SEARCH TERMS |
|---|---|
| ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/15 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/15 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| ("IPO" OR Cactus) AND ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | ("IPO" OR Cactus) w/15 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") |
| ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/15 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte" OR NC) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/15 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| ("Ohio BMV" OR "Ohio") AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | ("Ohio BMV" OR "Ohio") w/15 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| ("TOP" OR "TOPS") w/35 ("Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "not w/5 time*" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late") | ("TOP" OR "TOPS") w/15 ("Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay* OR increas* OR "late") |
| SOX OR "Sarbanes-Oxley" OR ICFR OR Sarbanes OR ("cert*" w/5 302) | (("SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes) AND "cert*") OR ("cert*" w/5 302) |
| (((("Texas" OR TX) w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | (((("Texas") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/15 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| ((Maryland w/5 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) AND ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/15 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| (retail OR unit* OR sale*) w/35 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR due OR external OR internal OR factors OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) | ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*" OR "channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) |
| ((SEC OR "Securities and Exchange Commission") w/3 filing*) OR *@sec.gov | ((SEC OR "Securities and Exchange Commission") w/3 filing*) |

| PLAINTIFFS' PROPOSED SEARCH TERMS | CARVANA DEFENDANTS' COUNTER-PROPOSED SEARCH TERMS |
|---|---|
| (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)) | ("temporary operating plate") OR (registr* w/10 (permit* OR temp*)) |
| (due w/10 dilligence) OR (due w/10 diligence) | (due w/5 dilligence) OR (due w/5 diligence) |
| ("Oak Brook" OR "Arlington Heights" OR IL OR Illinois) AND (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | (Illinois AND ("Attorney General" OR AG OR *@ilsos.gov) OR "Oak Brook" OR "Arlington Heights") w/15 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") AND (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/15 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| (registration w/10 statement) OR prospectus OR S-3 | (registration w/5 statement) OR prospectus OR S-3 |
| (Secretary w/30 Giannoulias) OR (("Illinois" OR "IL") AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR (Illinois AND ("Attorney General" OR AG OR *@ilsos.gov)) | (Secretary w/30 Giannoulias) OR (("Illinois" OR "IL") AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") w/15 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) |
| (securit* OR underwrit*) AND (offering* OR roadshow* OR prospectus* OR "due diligence" OR "bring down") AND (Carvana or CVNA) | (securit* OR underwrit*) w/15 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA) |
| (temp w/15 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "not on time*" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog" OR delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "not w/5 time*" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) |
| (title* or registr*) w/35 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "not on time*" OR untimely) | (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif* OR proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "not on time*" OR untimely) |
| analyst* w/15 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) | analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) |
| call* w/5 (conf* OR earning* OR quarter* OR annual* OR investor) | call* w/5 (present* OR earning* OR quarter* OR annual* OR investor) |
| ((raise OR need) w/5 capital) | raise* w/5 capital |
| Regulat* w/30 action* | Regulat* w/15 action* |
| Regulat* w/30 investigat* | Regulat* w/15 investigat* |
| ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR letter OR "MD&A" OR (financ* w/10 disclos*)) AND (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) | ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR letter OR "MD&A" OR (financ* w/10 disclos*)) w/15 (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) |

| PLAINTIFFS' PROPOSED SEARCH TERMS | CARVANA DEFENDANTS' COUNTER-PROPOSED SEARCH TERMS |
|---|---|
| (CVNA OR stock* OR share* OR pric* OR securities OR (market w/2 cap*)) w/30 (mov* OR react* OR chang* OR impact* OR caus* OR increas* OR up* OR down* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) |
| (earning* OR investor* OR shareholder* OR analyst* OR media OR news OR bank*) AND (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR day* OR met OR meet) | (earning* OR investor* OR shareholder* OR analyst*) w/15 (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR met OR meet) |
| Ian w/10 MacAllister | Ian w/2 MacAllister |
| Andrew w/10 Cuthill | Andrew w/2 Cuthill |
| Brian w/10 Yick | Brian w/2 Yick |
| Manoj w/10 Vemula | Manoj w/2 Vemula |
| Mark w/10 Pinsky | Mark w/2 Pinsky |
| "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" | "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" |
| "Barron's" or "Barrons" or "Alderman" | "Barron's" or "Barrons" or "Alderman" |
| "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com | "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com |
| "expresstitletag" OR "Express Title" | "expresstitletag" OR "Express Title" |
| "hold title" | "hold title" |
| "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com | "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com |
| "offering document" OR "registered public offering" | "offering document" OR "registered public offering" |
| "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") |
| "T&R" OR "T/R" OR "T & R" OR "T and R" | "T&R" OR "T/R" OR "T & R" OR "T and R" |
| "Title One" | "Title One" |
| (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) | (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) |
| (sub w/3 cert*) OR subcert* OR sub-cert* | (sub w/3 cert*) OR subcert* OR sub-cert* |
| *@dps.ohio.gov | *@dps.ohio.gov |
| *@flhsmv.gov | *@flhsmv.gov |
| *@mdot.maryland.gov | *@mdot.maryland.gov |
| *@michigan.gov | *@michigan.gov |
| *@ncdot.gov | *@ncdot.gov |
| *@pa.gov | *@pa.gov |
| *@txdmv.gov | *@txdmv.gov |
| *transportation@azag.gov OR *@azdot.gov | *transportation@azag.gov OR *@azdot.gov |
| ABS OR absautoservices.com | ABS OR absautoservices.com |

3

| PLAINTIFFS' PROPOSED SEARCH TERMS | CARVANA DEFENDANTS' COUNTER-PROPOSED SEARCH TERMS |
|---|---|
| Centex | Centex |
| Colias | Colias |
| CVR OR cvrreg.com | CVR OR cvrreg.com |
| Dealtertrack OR coxautoinc.com OR DLRdmv | Dealtertrack OR coxautoinc.com OR DLRdmv |
| disclosure w/3 (control* OR procedure* OR committee) | disclosure w/3 (control* OR procedure* OR committee) |
| Foldy | Foldy |
| REGUSA OR "Reg USA" | REGUSA OR "Reg USA" |
| shareholder* W/5 letter | shareholder* W/5 letter |
| TNR | TNR |
| undriv* w/30 (taskforce or (task w/5 force)) | undriv* w/30 (taskforce or (task w/5 force)) |
| unregistered w/3 (car OR cars OR vehicle*) | unregistered w/3 (car OR cars OR vehicle*) |
| Vitu | Vitu |
| ("out of state" OR "out-of-state") w/35 (title OR registr*) | ("out of state" OR "out-of-state") w/35 (title OR registr*) |
| Title* w/30 Registr* | Title* w/30 Registr* |
| "davis polk" OR *@davispolk.com | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| "Grant Thornton" OR GT | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| "cannot disclose" OR "can not disclose" OR "will not disclose" OR "won't disclose" OR "can't disclose" OR "under wraps" OR "keep secret" OR "don't disclose" OR "do not disclose" OR "shouldn't disclose" OR "should not disclose" | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| false w/20 (info* OR statement*) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| ((William OR Bill OR Will) w/5 Kerr) OR Whalley OR *@cowen.com OR Dyer OR *@craig-hallum OR ((Michael OR Mike) w/5 Baker) OR *@dadco.com OR ((David OR Dave) w/5 Reynolds) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| (Brad w/5 Erickson) OR *@needhamco.com OR (Brian w/5 Nagel) OR *@opco.com OR ((Alexander OR Alex) w/5 Potter) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| (Ki w/5 Bin w/5 Kim) OR *@truist.com OR Basham OR *@wellsfargo.com OR Zackfia OR *@williamblair.com OR Badishkanian OR *@wolferesearch.com | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| (Ron* w/5 Josey) OR ronald.josey@citi.com OR ((Nicholas OR Nic OR Nick) w/5 Jones) OR nicholas.jones@citi.com | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| *@davyuk.com OR ((Emmanuel OR Manny) w/5 Rosner) OR *@db.com OR Montani OR *@evercoreisi.com OR (Rajat w/5 Gupta) OR rajat.gupta@jpmorgan.com OR *@jpmorgan.com OR Colantuoni OR Thill OR *@jefferies.com OR (Adam w/5 Jonas) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| *@psc.com OR *@rbccm.com OR Imbro OR Caintic OR (Rick w/5 Nelson) OR *@stephens.com OR ((Michael OR Mike) w/5 Ward) OR *@benchmarkcompany.com OR (Naved w/5 Khan) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| Bottiglieri OR *@exanebnpparibas.com OR ((Nathaniel OR Nate OR Nat) w/5 Schindler) OR *@baml.com OR ((Garrett OR Gary) w/5 Nelson) OR *@cfraresearch.com OR ((Nicholas OR Nick OR Nic) w/5 Jones) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| Carletti OR ((Ronald OR Ron) w/5 Josey) OR *@jmpsecurities.com OR (John w/5 Blackledge) OR ((James OR Jim OR Jimmy) w/5 Kopelman) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |

4

| PLAINTIFFS' PROPOSED SEARCH TERMS | CARVANA DEFENDANTS' COUNTER-PROPOSED SEARCH TERMS |
|---|---|
| Sinkevicius OR *@morganstanley.com OR ((212 w/5 667) AND 8381) OR (Chris w/5 Pierce) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |
| (mislead* OR misled*) w/20 (public OR investor OR investors OR statement OR info*) | Carvana Defendants are willing to meet and confer regarding this search term proposed by plaintiffs |