# EXHIBIT 17

| | |
|---|---|
| **From:** | Natalie.Salazar@lw.com |
| **To:** | Matthew Balotta; Matthew.Peters@lw.com; Kalana.Kariyawasam@lw.com |
| **Cc:** | Erika Oliver; Rachel Cocalis; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Katie Woods; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; AMarconi@fennemorelaw.com; John Eastly; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com |
| **Subject:** | RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence |
| **Date:** | Friday, January 9, 2026 2:10:40 PM |
| **Attachments:** | 2026.01.09_STR for All 25 Custodians.pdf |

EXTERNAL SENDER
Counsel,

We identified a typographical error in one of the search terms in the Jan. 7 hit report. Attached is an updated hit report that corrects that error.

Thank you,

**Natalie R. Salazar**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.777.7106
Email: natalie.salazar@lw.com
https://www.lw.com

**From:** Matthew Balotta <MBalotta@rgrdlaw.com>
**Sent:** Monday, January 5, 2026 12:24 PM
**To:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; AMarconi@fennemorelaw.com; Eastly, John (SF) <John.Eastly@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Matt,

Please provide hit reports for Plaintiffs' search terms for all custodians, including the additional

## Exhibit A[1]

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 1,499,834 | 1,780,564 |

| Term | Documents with hits | Documents with hits, including group | Unique hits[2] |
|---|---|---|---|
| "ASAP Title Services" OR "asaptitleservices.com" OR "EZ Title" | 1,724 | 4,267 | 62 |
| "Barron's" or "Barrons" or "Alderman" | 6,868 | 10,790 | 521 |
| "Citi" OR "Citibank" OR "Citigroup" OR *@citigroup.com | 34,040 | 58,081 | 4,294 |
| "expresstitletag" OR "Express Title" | 22 | 47 | 0 |
| "hold title" | 262 | 578 | 3 |
| "IL" w/3 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,115 | 6,030 | 267 |
| "J.P. Morgan" or "JPM*" or "JPMorgan" or "JP Morgan" OR *@jpmorganchase.com OR *@jpmorgan.com OR *@jpmchase.com | 50,989 | 80,259 | 6,120 |
| "kick" or "kicks" or "kick rate*" | 81,834 | 125,232 | 29,608 |
| "low quality" OR "low-quality" OR "poor quality" | 1,261 | 2,359 | 0 |
| "MTCon*" or "Midterm contribution*" or "Mid-term contribution*" | 2,264 | 9,961 | 327 |
| "NC" w/5 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,295 | 8,703 | 322 |
| "no standard*" | 578 | 1,740 | 34 |
| "offering document" OR "registered public offering" | 685 | 3,212 | 7 |

[1] Due to the different search parameters requested by plaintiffs, several different STRs were required. All are shared per the ESI Order, ECF 137.

[2] Unique hits are based on the totality of the search terms included in this report; therefore, the number of unique hits for a term will change, likely significantly, if any search term is modified and/or excluded.

| | | | |
|---|---|---|---|
| "offering" w/10 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 9,179 | 25,352 | 0 |
| "RUS" OR "Retail Unit Sale*" | 9,469 | 49,386 | 470 |
| "T&R" OR "T/R" OR "T & R" OR "T and R" | 34,946 | 56,152 | 4,300 |
| "Title One" | 2,943 | 7,058 | 182 |
| "value of future sales" | 124 | 627 | 0 |
| ("10-K" OR "10K" OR "10-Q" OR "10Q" OR "8-K" OR "8K" OR "financial statement*" OR release OR "MD&A" OR (financ* w/10 disclos*)) w/20 (file* OR filing OR "prepar*" OR "review" OR "submi*" OR edit* OR comment* OR modif* OR draft* OR revis* OR sign* OR approv* OR disclos* OR withhold* OR conceal* OR omit* OR omission) | 81,180 | 163,934 | 13,850 |
| ("Arizona Department of Transportation" OR ADOT OR "AZ Department of Transportation" OR (("Arizona" or AZ) w/3 "DOT") OR "Arizona" OR "Phoenix") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 26,368 | 48,138 | 6,769 |
| ("Florida Department of Motor Vehicles" OR "FLHSMV" OR "Florida Department of Highway Safety and Motor Vehicles" OR "Florida" OR "Jacksonville") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 18,168 | 31,791 | 2,167 |
| ("IPO" OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*") | 5,919 | 11,264 | 118 |
| ("MDOS" OR "Michigan Department of State" OR "Michigan" OR "Mich" OR "Novi" OR "Oakland") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 10,374 | 16,388 | 1,431 |
| ("NC Situation" OR "N.C. Situation") and ((NC w/3 Situation) OR (N.C. w/3 Situation)) | 77 | 182 | 0 |

2

3

| Query | | | |
|---|---|---|---|
| ("North Carolina Division of Motor Vehicles" OR "N.C. Division of Motor Vehicles" OR "NCDMV" OR "NC DMV" OR "North Carolina" OR "Raleigh" OR "Charlotte") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 11,443 | 21,201 | 1,224 |
| ("Oak Brook" OR "Arlington Heights" OR Illinois) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 25,556 | 44,996 | 1,755 |
| ("Ohio BMV" OR "Ohio") w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 8,362 | 12,729 | 939 |
| ("out of state" OR "out-of-state") w/35 (title OR registr*) | 9,630 | 16,358 | 164 |
| ("retail unit" OR "retail units") w/5 (grow* OR increas* OR boost OR rais*) | 9,546 | 71,720 | 0 |
| ("third party" OR "third-party") w/3 (production OR transport* OR pickup* OR ship* OR logistic*) | 8,264 | 39,649 | 168 |
| ("TOP" OR "TOPS") w/15 ("accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR "permit*" OR issue* OR problem* OR troubl* OR complain* OR violat* OR penal* OR illegal* OR law OR regulat* OR statut* OR "backlog" OR "back log" OR "build up" OR "built up" OR delay*) | 51,264 | 79,873 | 8,163 |
| ("TOP" OR "TOPS") w/15 (increas* OR "late" OR "Covid" OR "complian*" OR comply* OR "policy" OR policies OR procedur* OR "checklist" OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail* OR discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal") | 63,037 | 101,623 | 9,989 |

| | | | |
|---|---|---|---|
| ("Wisconsin" or "WisDOT" or (WI w/3 DOT)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,706 | 4,030 | 351 |
| (("SOX" OR "Sarbanes-Oxley" OR ICFR OR Sarbanes) AND "cert*") OR ("cert*" w/5 302) | 5,174 | 15,659 | 383 |
| (("WSJ" OR "Wall Street Journal") AND (title* OR regist* OR "T&R" OR "T/R" OR "T & R")) | 10,383 | 15,090 | 883 |
| (((("Texas" OR "TX") w/3 "DMV") OR "Texas Department of Motor Vehicles" OR TXDMV OR "Texas") w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 14,798 | 23,691 | 1,397 |
| ((Carvana* OR CVNA* OR *@carvana.com) AND ("K&E" OR *Kirkland.com OR Goedert*)) | 22,504 | 36,122 | 5,184 |
| ((Carvana* OR CVNA*) AND ("Davis Polk" OR *davispolk.com OR Denenberg* OR Gould* OR (Travis* w/3 Mitchell*) OR Lian* OR Azzopardi* OR Kipnis* OR (Brad* w/3 Sherman*) OR Verdolini*)) | 26,637 | 40,179 | 2,906 |
| ((market* OR state* OR region* OR northwest OR pacific OR nationwide) AND (launch* OR new OR expan*)) w/15 (distan* OR mile* OR transport* OR logistic* OR network* OR hub OR IRC OR "third part*" OR "third-part*" OR profit* OR cost* OR margin* OR expense* OR inventory OR far OR transport* OR haul OR pickup* OR ship* OR meter* OR constrain* OR "cut back" OR decreas* OR strain*) | 49,239 | 126,734 | 516 |
| ((Maryland w/3 "Motor Vehicle Administration") OR "MVA" OR "Maryland" OR MDOT) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,826 | 4,066 | 416 |
| ((Offering OR Cactus) w/20 ("solicit*" OR "issue*" OR "sell*" OR "dilig*")) | 17,113 | 43,746 | 437 |
| ((raise OR need) w/5 capital) | 10,765 | 22,001 | 1,062 |

4

| | | | |
|---|---|---|---|
| ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 ("channel" OR track* OR impact* OR driv* OR affect* OR effect* OR caus* OR increas* OR strong* OR strength* OR tank* OR inflat* OR overinflat* OR erod* OR distort* OR mislead* OR flat* OR exaggerat* OR overstat* OR overestimat* OR bloat* OR reduc* OR meter* OR unsustain* OR trend) | 17,879 | 85,009 | 143 |
| ((retail w/3 unit*) OR (retail w/3 sale*)) w/10 (rise OR rising OR boost* OR grew OR higher OR positive* OR profit* OR sustain* OR measur* OR metric* OR increas* OR decreas* OR negative* OR lower OR shrink* OR declin* OR down* OR up OR "revenue" OR "demand" OR "grow*") | 31,320 | 119,261 | 990 |
| ((risk OR risks) w/3 disclos*) AND (10-K OR 10K OR 10-Q OR 10Q OR SEC OR "annual report" OR investor*) | 4,774 | 17,341 | 80 |
| ((SEC OR "Securities and Exchange Commission") w/3 filing*) | 15,971 | 27,854 | 2,198 |
| ((share w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND (Carvana OR CVNA) | 256 | 620 | 0 |
| ((stock w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*)) AND (Carvana OR CVNA) | 562 | 2,307 | 0 |
| ((stock* OR share*) w/10 (up OR down* OR price OR target* OR consensus)) | 127,050 | 202,654 | 16,790 |
| (Adam.Jonas@morganstanley.com OR Armintas.Sinkevicius@morganstanley.com OR Evan.Silverberg@morganstanley.com OR Daniela.Haigian@morganstanley.com OR Matias.Ovrum@morganstanley.com) | 4,968 | 7,958 | 390 |
| (Alabama OR (AL w/3 DMV) OR (AL w/3 Revenue) OR (AL w/3 "Motor Vehicle") OR ALDOR OR ADOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,981 | 4,874 | 389 |

5

| | | | |
|---|---|---|---|
| (alexander.potter@psc.com OR ben.johnson@psc.com OR winnie.dong@psc.com OR jack.kessler@psc.com OR brad.erickson@rbccm.com OR logan.reich@rbccm.com OR vincent.caintic@stephens.com OR daniel.imbro@stephens.com OR rnelson@stephens.com OR mward@benchmarkcompany.com) | 5,197 | 7,681 | 614 |
| (Arkansas OR (AR w/3 DMV) OR (AR w/3 "Motor Vehicle") OR (AR w/3 DFA)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,166 | 6,995 | 210 |
| (berickson@needhamco.com OR cpierce@needhamco.com OR bmcternan@needhamco.com OR emmanuel.rosner@db.com OR edison.yu@db.com OR conor-e.walters@db.com OR Brian.Nagel@opco.com OR William.Dossett@opco.com OR Andrew.Chasanoff@opco.com) | 5,233 | 7,189 | 553 |
| (California OR (CA w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 18,547 | 32,684 | 2,225 |
| (chris.bottiglieri@exanebnpparibas.com OR stephen.mcmanus@exanebnpparibas.com OR ian.davis@exanebnpparibas.com OR nathaniel.schindler@bofa.com OR vincent-peer.huebner@bofa.com OR jen.shi@bofa.com OR garrett.nelson@cfraresearch.com) | 1,680 | 3,203 | 451 |
| (Colorado OR (CO w/3 DMV) OR CDOR) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 2,661 | 4,244 | 519 |
| (CVNA OR stock* OR share* OR securities OR (market w/2 cap*)) w/15 (react* OR chang* OR impact* OR caus* OR increas* OR fell* OR fall* OR reduc* OR declin* OR decreas* OR drop* OR weak* OR soft* OR strong* OR crash* OR tank*) | 161,178 | 277,655 | 20,770 |

6

| | | | |
|---|---|---|---|
| (CVNA w/3 price) w/5 (reason* OR becaus* OR sentiment OR investor*) | 4 | 5 | 0 |
| (due w/5 dilligence) OR (due w/5 diligence) | 23,915 | 46,764 | 3,693 |
| (earning* OR investor* OR shareholder* OR analyst*) w/15 (call* OR present* OR meet* OR conference OR "Q&A" OR deck* OR script* OR slide* OR draft* OR edit* OR comment* OR transcript* OR call* OR presentation* OR report* OR release OR letter OR met OR meet) | 186,611 | 265,389 | 23,355 |
| (Ernie* OR Ernest* OR Garcia* OR Mark* OR Jenkins* OR CEO OR CFO) w/25 (compensat* OR salar* OR bonus* OR severance OR incentive* OR award* OR eligib* OR *equit* OR option* OR performance OR "RSU*" OR "PBU*" OR KPI* OR claw* OR grant* OR target* OR vest* OR defer* OR pension OR parachute* OR perk*) | 351,156 | 530,048 | 135,647 |
| (Expansion w/5 (market* OR state* OR region* OR northwest OR pacific OR nationwide)) AND (profit* OR logistic* OR expens* OR strain*) | 10,073 | 42,614 | 0 |
| (Georgia OR (GA w/3 DDS) OR (GA w/3 DOR)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 7,499 | 12,014 | 379 |
| (Indiana OR (IN w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,320 | 7,682 | 454 |
| (john.blackledge@cowen.com OR william.kerr@cowen.com OR james.kopelman@cowen.com OR logan.whalley@cowen.com OR sdyer@craig-hallum.com OR ryan.sigdahl@craig-hallum.com OR matthew.wegner@craig-hallum.com OR mbaker@dadco.com OR khallberg@dadco.com OR kcox@dadco.com OR MHayes@dadco.com OR james.musker@davyuk.com OR david.reynolds@davyuk.com OR alex.short@davyuk.com OR christopher.allan@davyuk.com) | 4,156 | 5,894 | 477 |

7

| | | | |
|---|---|---|---|
| (Kansas OR (KS w/3 DMV) OR (KS w/3 DOV) OR (KS w/3 (Revenue OR DOR)) OR KDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,597 | 7,853 | 455 |
| (Kentucky OR KYTC OR (KY w/3 MVC) OR (KY w/3 Drive)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,705 | 2,497 | 251 |
| (Maine OR (ME w/3 BMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,934 | 3,334 | 200 |
| (market OR analyst* OR Street) w/10 (react* OR disappoint* OR surpris* OR downgrad* OR miss* OR ((lower* OR reduc*) w/3 rating*)) | 27,929 | 44,543 | 6,968 |
| (market* OR state* OR region* OR northwest OR pacific OR nationwide) w/15 (launch* OR new OR expan*) | 280,632 | 456,417 | 60,411 |
| (Massachusetts OR (MA w/3 RMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 7,135 | 12,640 | 507 |
| (Michael.Montani@evercoreisi.com OR brandon.dempster@evercoreisi.com OR greg.melich@evercoreisi.com OR Daniel.Solomon@evercoreISI.com OR jcolantuoni@jefferies.com OR bthill@jefferies.com) | 4,950 | 6,668 | 574 |
| (Minnesota OR (MN w/3 DVS) OR (MN w/3 DPS)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,581 | 7,422 | 164 |

| | | | |
|---|---|---|---|
| (Missouri OR (MO w/3 DMV) OR (MO w/3 DOR)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,803 | 6,426 | 349 |
| (Montana OR (MT w/3 MVD)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,228 | 1,669 | 215 |
| (Naved.Khan@truist.com OR Youssef.Squali@truist.com OR Robert.Zeller@truist.com OR Daniel.Speed@truist.com OR Nicholas.Cronin@truist.com OR Kibin.Kim@truist.com OR Anthony.Hau@truist.com OR Zachary.Fadem@wellsfargo.com OR Sam.Reid@wellsfargo.com OR David.Lantz@wellsfargo.com OR John.Parke@wellsfargo.com) | 3,149 | 5,624 | 272 |
| (Nevada OR (NV w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,536 | 5,653 | 414 |
| (New York OR (NY w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 25,359 | 36,451 | 2,496 |
| (njones@jmpsecurities.com OR tshubsda@jmpsecurities.com OR rjosey@jmpsecurities.com OR aboone@jmpsecurities.com) | 2,510 | 3,773 | 207 |
| (Oklahoma OR (OK w/3 Service) OR SOK OR OTC OR (OK w/3 DPS) OR (OK w/3 OMES)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,890 | 10,903 | 622 |

9

| | | | |
|---|---|---|---|
| (PENNDOT OR "Pennsylvania Department of Transportation" OR (("Pennsylvania" OR "Penn") w/3 "DOT") OR "Pennsylvania" OR "Philadelphia") w/20 (issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 15,161 | 23,494 | 1,007 |
| (quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (track* OR monitor* OR assess* OR inspect* OR confirm* OR check* OR analy* OR manag* OR eval* OR test* OR low* OR poor OR bad OR trash* OR worth* OR shit* OR junk*) | 111,296 | 233,994 | 23,412 |
| (quality OR condition OR grade OR appearance OR standard* OR "sell to carvana" OR STC) w/10 (verif* OR reject* OR approv* OR formula* OR algorithm* OR procedure* OR data OR criteri* OR offer* OR fit OR valu* OR *demand OR inventory OR salvag* OR wholesale OR wreck* OR scrap* OR damage* OR inoperable) | 105,721 | 261,012 | 15,561 |
| (registration w/5 statement) OR prospectus OR S-3 | 27,229 | 82,851 | 2,736 |
| (sale* OR unit* OR retail OR vehicle* OR car OR cars) w/20 (grow* OR grew OR increas* OR decreas* OR guid* OR projection* OR trend* OR drove OR driv* OR demand OR "on track" OR behind OR ahead OR slip* OR gap OR reforecast* OR variance OR bridge OR plan* OR target OR goal  OR forecast OR "YOY" OR "year*over*" OR higher OR unsustain*) | 469,319 | 709,070 | 146,954 |
| (Secretary w/30 Giannoulias) OR (("Illinois" OR IL) AND "Secretary of state") OR ILSOS OR *@ilsos.gov OR (("Illinois" OR "IL") w/30 "SOS") OR ((Illinois OR IL) AND ("Attorney General" OR AG OR *@ilsos.gov)) w/20 ("situation*" OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,062 | 6,028 | 109 |
| (securit* OR underwrit*) w/20 (offering* OR roadshow* OR prospectus* OR "bring down") AND (Carvana or CVNA) | 20,585 | 47,587 | 490 |

| | | | |
|---|---|---|---|
| (Seth.Basham@wedbush.com OR Nathan.Friedman@wedbush.com OR matthew.mccartney@wedbush.com OR szackfia@williamblair.com OR tanderson@williamblair.com OR gbadishkanian@wolferesearch.com OR clee@wolferesearch.com OR tharbauer@wolferesearch.com OR jmoser@wolferesearch.com OR sstringer@wolferesearch.com) | 8,111 | 10,803 | 643 |
| (South Carolina OR SCDMV OR (SC w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 2,630 | 4,415 | 178 |
| (sub w/3 cert*) OR subcert* OR sub-cert* | 490 | 1,526 | 46 |
| (temp* w/5 tag*) w/35 (delay* OR "late" OR "Covid" OR "complian*" OR "comply*" OR "policy" OR procedur* OR "checklist" OR troubl* OR complain* OR violat* OR "build up" OR "built up" OR increas* OR policies OR track* OR monitor* OR "on time" OR "in time" OR untimely OR missing OR verif* OR accurat* OR timel* OR fail*) | 3,716 | 6,761 | 41 |
| (temp* w/5 tag*) w/35 (discrep* OR investigat* OR penal* OR suspen* OR regulat* OR noncomplian* OR alter* OR valid* OR "legal" OR "accept*" OR "allow*" OR "tolera*" OR "support*" OR "permissible" OR permit* OR issue* OR problem* OR violat* OR penal* OR illegal* OR regulat* OR statut* OR "backlog") | 5,705 | 10,126 | 240 |
| (temporary w/10 plate) OR (registr* w/10 (permit* OR temp*)) | 33,752 | 53,529 | 3,233 |
| (Tennessee OR TDOS OR (TN w/3 DOS) OR TDOR) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 4,447 | 7,744 | 268 |
| (title* OR registr*) w/15 (alter* OR valid* OR comply* OR late OR disrupt* OR undriv* OR track* OR monitor* OR assess* OR analy* OR widespread OR policy OR policies OR procedur* OR process OR issue* OR problem* OR missing OR alter* OR verif*) | 124,436 | 203,167 | 14,077 |

11

| | | | |
|---|---|---|---|
| (title* OR registr*) w/15 (proof OR accurat* OR timel* OR fail* OR discrep* or delay* OR problem* OR issue* OR investigat* OR penal* OR suspen* OR regulat* OR complian* OR noncomplian* OR troubl* OR complain* OR illegal* OR "backlog" OR "back log" OR "build up" OR "built up" OR "on time" OR "in time" OR untimely) | 94,301 | 165,902 | 5,662 |
| (Utah OR (UT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 3,291 | 4,970 | 343 |
| (Vermont or (VT w/3 DMV)) w/20 (situation* OR issue* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "investigat*" OR "violat*" OR complain* OR TOP OR TOPS OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR privilege* OR fraud* OR probat* OR revocat* OR revok*) | 1,295 | 2,092 | 161 |
| (Virginia OR (Va w/3 DMV)) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 5,228 | 9,747 | 777 |
| (Washington OR DolWa) w/20 (situation* OR "suspen*" OR "penal*" OR "problem*" OR "fine*" OR "violat*" OR complain* OR complian* OR noncomplian* OR comply* OR goodwill OR reputation* OR fraud* OR probat* OR revocat* OR revok*) | 6,133 | 11,730 | 719 |
| (Wholesale w/10 (impact* OR result* OR caus*)) w/10 (profit* OR logistic* OR margin*OR expens*) | 1,798 | 9,270 | 0 |
| *@bmv.in.gov | 97 | 163 | 9 |
| *@dds.ga.gov | 14 | 29 | 0 |
| *@dfa.arkansas.gov | 96 | 139 | 26 |
| *@dmclaw.com | 640 | 924 | 95 |
| *@dmv.ca.gov | 1,350 | 1,853 | 186 |
| *@dmv.nv.gov | 233 | 308 | 50 |
| *@dmv.virginia.gov | 125 | 210 | 14 |
| *@dol.wa.gov | 294 | 426 | 71 |
| *@dor.ga.gov | 180 | 287 | 58 |
| *@dor.mo.gov | 433 | 593 | 44 |

12

| | | | |
|---|---:|---:|---:|
| *@dot.state.ma.us | 108 | 129 | 8 |
| *@dot.wi.gov | 519 | 674 | 70 |
| *@dps.ohio.gov | 358 | 721 | 67 |
| *@flhsmv.gov | 931 | 1,535 | 208 |
| *@ks.gov | 90 | 401 | 5 |
| *@maine.gov | 375 | 814 | 40 |
| *@mdot.maryland.gov | 118 | 156 | 14 |
| *@michigan.gov | 2,098 | 3,057 | 388 |
| *@ncdot.gov | 872 | 1,124 | 98 |
| *@pa.gov | 3,629 | 4,582 | 1,634 |
| *@revenue.alabama.gov | 244 | 353 | 34 |
| *@scdmv.net | 68 | 93 | 10 |
| *@sos.in.gov | 827 | 990 | 464 |
| *@state.mn.us | 431 | 573 | 159 |
| *@tn.gov | 1,367 | 1,771 | 460 |
| *@txdmv.gov | 1,584 | 2,278 | 461 |
| *@utah.gov | 483 | 765 | 112 |
| *@vermont.gov | 201 | 293 | 85 |
| *transportation@azag.gov OR *@azdot.gov | 5,303 | 6,427 | 535 |
| @dmv.ny.gov | 1,170 | 1,855 | 0 |
| '@dmv.ny.gov | 1,170 | 1,855 | 0 |
| @state.co.us | 528 | 765 | 0 |
| '@state.co.us | 528 | 765 | 0 |
| ABS OR absautoservices.com | 26,470 | 83,650 | 3,949 |
| acquisition* w/5 (algorithm* OR formula*) | 1,209 | 14,331 | 4 |
| ADESA AND (improv* w/5 logistic*) | 2,119 | 14,597 | 0 |
| ADESA AND (logistic* w/5 (cost* OR expens* OR strain*)) | 3,759 | 26,988 | 0 |
| ADESA w/5 (backfill OR deficient OR intent* OR intend* OR purpos*) | 1,471 | 4,149 | 0 |
| ADESA* | 126,178 | 197,207 | 47,015 |
| analyst* w/10 (report* OR coverage* OR "price target*" OR consensus OR rating* OR upgrade* OR downgrad* OR buy* OR sell* OR hold*) | 45,045 | 68,609 | 1,031 |
| Andrew w/5 Cuthill | 588 | 894 | 0 |
| Brian w/5 Yick | 1,998 | 2,961 | 1 |

13

| | | | |
|---|---|---|---|
| Bridgecrest* | 21,796 | 41,380 | 3,886 |
| buffer w/10 (title OR registration OR "T&R") | 514 | 745 | 0 |
| buffer* OR cushion* | 27,085 | 46,646 | 2,529 |
| call* w/5 (present* OR earning* OR quarter* OR annual* OR investor) | 31,481 | 49,369 | 1,348 |
| Centex | 390 | 728 | 1 |
| Colias | 149 | 228 | 2 |
| customer w/15 ((purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR "third party" OR "third-party" OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile*)) | 16,112 | 65,627 | 546 |
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (condition OR standard* OR inspect* OR rating OR rate* OR verif* OR criteri* OR low* OR poor OR quality OR wholesale OR volume OR lower OR bad OR trash* OR worth* OR shit*) | 21,566 | 90,026 | 1,410 |
| customer* w/15 (purchas* OR buy* OR bought OR sourc* OR trad* OR acquir* OR acquisition OR offer*) w/15 (junk* OR "any car" OR "all cars" OR "all vehicles" OR grow* OR grew OR more OR up OR formula* OR algorithm* OR procedure* OR *valu* OR *demand OR inventory OR salvag* OR beat* OR wreck* OR scrap* OR damage* OR inoperable OR market OR inflat*) | 45,619 | 131,083 | 5,082 |
| CVR OR cvrreg.com | 4,935 | 20,303 | 658 |
| Dealertrack OR coxautoinc.com OR DLRdmv | 23,831 | 45,726 | 9,039 |
| Dickie w/3 mccamey | 1,121 | 1,640 | 29 |
| disclosure w/3 (control* OR procedure* OR committee) | 3,623 | 10,734 | 129 |
| DriveTime AND ("Dealer Market" OR "Dealer Marketplace") | 1,725 | 7,407 | 0 |
| DriveTime w/5 "list price" | 15 | 87 | 0 |
| DriveTime w/5 "pass-through" | 11 | 21 | 0 |
| DriveTime w/5 "unit sales" | 10 | 19 | 0 |
| DriveTime w/5 (COGS OR COS) | 5 | 7 | 0 |
| DriveTime w/5 (RSU OR Unit*) | 804 | 4,882 | 0 |

14

| | | | |
|---|---|---|---|
| DriveTime w/5 pass-through | 11 | 21 | 0 |
| DriveTime w/5 recondition* | 996 | 4,074 | 0 |
| DriveTime w/5 sale* | 2,629 | 9,756 | 0 |
| DriveTime* OR DT* OR "Drive Time*" | 105,608 | 193,085 | 27,460 |
| ernest.garcia@drivetime.com OR ecggar@gmail.com OR ernie.garcia@drivetime.com OR egarcia@verdeinvestments.com | 2,446 | 3,694 | 65 |
| Foldy | 1,435 | 3,736 | 131 |
| Ian w/5 MacAllister | 2,333 | 3,523 | 0 |
| inspect* w/15 (poor OR fail OR "not done") | 1,685 | 5,538 | 73 |
| ky.gov | 314 | 560 | 89 |
| lemon* | 14,007 | 25,308 | 4,943 |
| logistic* w/15 (wholesale OR volume OR capacity OR constrain* OR *"third party" OR "third-party" OR production OR transport* OR haul OR pickup* OR "pick up" OR ship* OR distance OR mile* OR expens* OR "unit economic*") | 45,472 | 126,128 | 5,148 |
| Low* w/2 standard* | 1,316 | 6,949 | 0 |
| Manoj w/5 Vemula | 453 | 660 | 0 |
| Mark w/5 Pinsky | 2,333 | 3,437 | 2 |
| mt.gov | 371 | 644 | 61 |
| Purchase* w/3 standard* | 2,347 | 3,124 | 152 |
| Recondition* w/5 (cost* OR volume*) | 6,868 | 31,919 | 319 |
| Regulat* w/15 action* | 11,089 | 29,114 | 855 |
| Regulat* w/20 investigat* | 10,852 | 23,884 | 515 |
| REGUSA OR "Reg USA" | 16,999 | 23,801 | 1,380 |
| Sale* w/3 "less profitable*" | 175 | 686 | 0 |
| shareholder* W/5 letter | 19,649 | 45,765 | 0 |
| Title* w/30 Registr* | 72,385 | 135,790 | 6,465 |
| TNR | 3,735 | 6,130 | 394 |
| undriv* w/30 (taskforce or (task w/5 force)) | 220 | 337 | 12 |
| unregistered w/3 (car OR cars OR vehicle*) | 578 | 1,075 | 15 |
| Verde* | 15,054 | 33,058 | 2,665 |
| Verif* w/3 standard* | 406 | 1,508 | 0 |
| Vitu | 18,794 | 24,089 | 6,578 |

15

Requested term: [in To/From/CC/BCC Fields:] *@sec.gov OR various @citi.com addresses

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 2,167 | 2,947 |

| Term | Documents with hits | Documents with hits, including family | Unique hits |
|---|---|---|---|
| *@sec.gov | 152 | 165 | 152 |
| alan.dockeray@citi.com | 456 | 671 | 0 |
| alex.zelinski@citi.com | 492 | 723 | 1 |
| andrew.cuthill@citi.com | 427 | 636 | 1 |
| brian.deleo@citi.com | 711 | 994 | 26 |
| brian.yick@citi.com | 1,447 | 2,037 | 114 |
| christian.anderson@citi.com | 1,283 | 1,803 | 148 |
| christian.berardo@citi.com | 305 | 448 | 2 |
| gabriel.xia@citi.com | 544 | 766 | 1 |
| janelle.c.mosley@citi.com | 231 | 334 | 0 |
| juliette.lagasi@citi.com | 346 | 526 | 8 |
| matthew.donovan@citi.com | 442 | 636 | 0 |
| nicholas.jones@citi.com | 110 | 158 | 110 |
| nicholas.landi@citi.com | 274 | 399 | 0 |
| patrick.korth@citi.com | 256 | 355 | 0 |
| paul.abrahimzadeh@citi.com | 939 | 1,316 | 6 |
| richard.chand@citi.com | 584 | 826 | 5 |
| ronald.josey@citi.com | 34 | 35 | 34 |
| ryan.bott@citi.com | 447 | 629 | 13 |
| salman.karim@citi.com | 269 | 391 | 0 |
| tyler.shaw@citi.com | 444 | 669 | 3 |

Requested terms for the period Jan 1, 2022, to April 30, 2022:

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 2,189 | 7,549 |

| Term | Documents with hits | Documents with hits, including family | Unique hits |
|---|---|---|---|
| (Offering or Cactus) AND (underwrit* OR "bring down"  OR roadshow*) | 2,189 | 7,549 | 2,189 |

Requested terms for Garcia Jr. and Jenkins:

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 69,214 | 115,587 |

| Term | Documents with hits | Documents with hits, including family | Unique hits |
|---|---|---|---|
| ("10b5*1" OR "trading plan*") | 290 | 600 | 54 |
| ((sell* OR trade* OR trading OR transact*) w/20 (stock OR share*)) | 17,970 | 34,931 | 6,635 |
| (compens* OR comp OR salar* OR bonus* OR severance OR incentive* OR *equit* OR "perform*based" OR "performance based" OR "RSU*" OR "PBU*" OR KPI* OR "key performance" OR pension OR "key strategic goal*" OR parachute* OR perk*) | 62,307 | 108,259 | 50,878 |
| (Plan* w/10 ((chang* OR terminat* OR cancel* OR outside) AND (stock* OR share* OR sell* OR sale* OR trad*))) | 577 | 1,301 | 169 |

Requested terms for the period September 1, 2022, through February 1, 2023:

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 1,375 | 1,798 |

| Term | Documents with hits | Documents with hits, including family | Unique hits |
|---|---|---|---|

17

| | | | |
|---|---|---|---|
| (Levin*) w/20 (fir* OR terminat* OR leave* OR canned OR dismiss* OR resign* OR sacked OR retir* OR (step* down) OR oust* OR "let go" OR depart* OR "for cause" OR "without cause" OR separat* OR boot*) | 1,375 | 1,798 | 1,375 |

Requested terms for Levin, from September 1, 2022, through February 1, 2023:

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 4,765 | 5,660 |

| Term | Documents with hits | Documents with hits, including family | Unique hits |
|---|---|---|---|
| ("separation agreement" OR leave* OR retir* OR resign* OR severance OR fir* OR terminat* OR "step* down" OR "for cause" OR "without cause" OR quit*) | 4,765 | 5,660 | 4,765 |

Requested terms for Steven Keim and Cristina Bruns:

| Total documents with hits | Total documents with hits, including Family |
|---|---|
| 48,046 | 61,753 |

| Term | Documents with hits | Documents with hits, including family | Unique hits |
|---|---|---|---|
| meter OR logistic* OR profit* OR margin* OR expens* OR "cut back" OR IRC* OR recondition* OR network* OR wholesale OR volume OR capacity OR constrain* OR overflow* OR storage OR park* OR "third-party" OR "third party" OR production OR transport* OR pickup* OR "pick up" OR ship* OR "unit economic*" OR haul* OR distance* OR mile* | 48,046 | 61,753 | 48,046 |

18