# EXHIBIT 18

| From: | Natalie.Salazar@lw.com |
|---|---|
| To: | Matthew Balotta; Matthew.Peters@lw.com; Kalana.Kariyawasam@lw.com |
| Cc: | Erika Oliver; Rachel Cocalis; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Katie Woods; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; AMarconi@fennemorelaw.com; John Eastly; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com |
| Subject: | RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence |
| Date: | Tuesday, January 20, 2026 12:01:16 PM |

EXTERNAL SENDER
Counsel,

In response to your questions below, the null set and elusion sample are based on the original 18 custodians. The null sample was based on full email boxes and drive documents for each custodian limited to the relevant period (Jan. 1, 2020 – Feb. 28, 2023). The null sample also included any targeted shared folders or hyperlink documents that were collected, also restricted by the relevant period.

We will provide our privilege log after substantial completion.

Thank you,

**Natalie R. Salazar**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.777.7106
Email: natalie.salazar@lw.com
https://www.lw.com

---

**From:** Matthew Balotta <MBalotta@rgrdlaw.com>
**Sent:** Thursday, January 15, 2026 6:59 PM
**To:** Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; AMarconi@fennemorelaw.com; Eastly, John (SF) <John.Eastly@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Grant, Meryn (LA) <Meryn.Grant@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence

Matt,

We write to address the parties' search terms dispute.  In their opposition to Plaintiffs' motion to compel, Defendants report a null-set population of 2,117,688 documents.  Opp. at 4.  Please provide responses to the following questions by close of business on Monday, January 19, 2026:

1. Please confirm whether the null set and the elusion sample includes documents from all 25 custodians, or only the 18 original custodians.  We suspect it reflects only the 18 original custodians, as the reported elusion rate is identical to the rate you previously provided for the 18-custodian collection, but we request confirmation.
2. Please specify the sources of information collected from each custodian.  For example, does the document universe used to calculate the null set include the custodians' entire mailboxes, hard drives, and/or other sources?  For each custodian, please specify which sources were actually included in the universe used to calculate the null set (*e.g.*, full mailbox vs. targeted folders; local device vs. network/shared drives; collaboration platforms; mobile/text data).
3.  Were the custodial files collected and included in calculating the null set limited to a particular date range, such as the relevant period, or was it unlimited as to time period?  If limited, please specify the date range.  If the null-set calculation included documents outside the relevant period, please identify that time span and explain why, as inclusion of out-of-period data may materially skew the resulting null-set and responsiveness calculations.

In addition, Defendants' opposition brief reports a responsiveness rate that purportedly accounts for "responsive documents withheld for privilege." Opp. at 8.  Please identify the total number of documents withheld for privilege that are included in Defendants' estimated responsiveness rate.

Best,
Matt

---

**From:** Natalie.Salazar@lw.com <Natalie.Salazar@lw.com>
**Sent:** Wednesday, January 7, 2026 10:00 PM
**To:** Matthew Balotta <MBalotta@rgrdlaw.com>; Matthew.Peters@lw.com; Kalana.Kariyawasam@lw.com
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; sbuergel@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Emma.Peplow@us.dlapiper.com; Melanie.Walker@us.dlapiper.com; Yan.Grinblat@us.dlapiper.com; Madeline.Cordray@us.dlapiper.com; AMarconi@fennemorelaw.com; John Eastly <john.eastly@lw.com>; Andrew.Clubok@lw.com; Jeff.Hammel@lw.com; Christian.Word@LW.com; Susan.Engel@lw.com; Meryn.Grant@lw.com; Ashley.Gebicke@lw.com
**Subject:** RE: In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL -Correspondence