# EXHIBIT 21
# [Filed Under Seal]