ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | DECLARATION OF ERIKA L. OLIVER IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO USE LEAD PLAINTIFFS' PROPOSED SEARCH TERMS |
| All Actions. | |

4935-2755-5209.v1

I, ERIKA L. OLIVER, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 13:    Declaration of Jeff Johnson, dated January 20, 2026 (**REDACTED**);

Exhibit 14:    Declaration of Jerry Bui, dated December 19, 2025;

Exhibit 15:    Plaintiffs' Revised Appendix A;

Exhibit 16:    January 8, 2026 letter from Matthew J. Peters to Erika L. Oliver;

Exhibit 17:    Excerpts of an email chain ending with a January 9, 2026 email to Plaintiffs' counsel from Natalie Salazar with attachment;

Exhibit 18:    Excerpts of an email chain ending with a January 20, 2026 email to Plaintiffs' counsel from Natalie Salazar;

Exhibit 19:    January 2, 2020 email from Mark Jenkins to Michael Maroone et al. (CVNA_CA_00039716-CVNA_CA_00039717) (**FILED UNDER SEAL**);

Exhibit 20:    February 2021 presentation (CVNA_CA_00069136) (**FILED UNDER SEAL**);

Exhibit 21:    April 2021 presentation (CVNA_CA_00293552-CVNA_CA_00293746) (**FILED UNDER SEAL**);

Exhibit 22:    August 8, 2022 email from Benjamin Huston to Tom Taira (CVNA_CA_00302568-CVNA_CA_00302570) (**FILED UNDER SEAL**);

Exhibit 23:    February 16, 2023 email from Brennan Gould to Tom Taira et al. (CVNA_CA_00289218-CVNA_CA_00289219) (**FILED UNDER SEAL**);

Exhibit 24:    February 8, 2023 presentation (CVNA_CA_00289220-CVNA_CA_00289234) (**FILED UNDER SEAL**);

Exhibit 25:    February 8, 2023 spreadsheet (CVNA_CA_00289235) (**FILED UNDER SEAL**);

Exhibit 26:    Document produced by Carvana Co. ("Carvana") (CVNA_CA_00000155);

Exhibit 27:    Document produced by Carvana (CVNA_CA_00006070);

- 1 -

4935-2755-5209.v1

Exhibit 28:    Document produced by Carvana (CVNA_CA_00006078);

Exhibit 29:    Document produced by Carvana (CVNA_CA_00006127);

Exhibit 30:    Document produced by Carvana (CVNA_CA_00007270); and

Exhibit 31:    Document produced by Carvana (CVNA_CA_00007713).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 20, 2026, at San Diego, California.

ERIKA L. OLIVER

- 2 -