# EXHIBIT 24
# [Filed Under Seal]