# EXHIBIT 25
# [Filed Under Seal]