# EXHIBIT 26



CVNA_CA_00000155