# EXHIBIT 27

credit karma™

CONFIDENTIAL

CVNA_CA_00006070