# EXHIBIT 28



CONFIDENTIAL

CVNA_CA_00006078