# EXHIBIT 29



CONFIDENTIAL

CVNA_CA_00006127