# EXHIBIT 30

CONFIDENTIAL

CVNA_CA_00007270