# EXHIBIT 31



**JANETTE BLATZ**
Associate Director
Product, Operations

CONFIDENTIAL

CVNA_CA_00007713