**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United Association National Pension Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Carvana Company, et al., <br><br> Respondents. | No. CV-22-02126-PHX-MTL <br><br> **ORDER** |

Pending before the Court is the parties' Joint Stipulation Regarding Plaintiffs' Forthcoming Motion to Compel. (Doc. 265.) Despite the aging nature of this case, the Court previously modified the scheduling order to accommodate a complex and contentious discovery. The parties must proceed within the existing schedule and bring this case to resolution. The Court will grant the stipulation but alter the deadlines.

**IT IS ORDERED** that the stipulation (Doc. 265) is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs must file their motion to compel no later than **February 5, 2026**. The Carvana Defendants must file a response no later than **February 13, 2026**. Plaintiffs must file a reply no later than **February 18, 2026**.

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** setting oral argument on Plaintiff's motion to compel for **February 24, 2026, at 4:30 p.m.**, in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi. The Court will hear argument for thirty minutes. Any lawyer wishing to argue must appear in-person. Other lawyers may listen by calling (855) 244-8681 and using Access Code: 2315-590-1901. Please avoid the use of speakerphones and headsets.

Dated this 2nd day of February, 2026.

Michael T. Liburdi
United States District Judge