UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
| | ) | |
| | ) | [PROPOSED] ORDER |
| This Document Relates To: | ) | |
| | ) | |
| All Actions. | ) | |
| | ) | |

4935-0616-3341.v1

Having carefully considered Lead Plaintiffs' Motion to Compel the Production of Documents Improperly Withheld as Privileged by the Carvana Defendants (the "Motion"), and good cause appearing,

IT IS ORDERED as follows:

1.    Plaintiffs' Motion is granted; and

2.    Within ten days of this Order, the Carvana Defendants shall: (1) produce all attorney-client communications (including emails, memoranda, notes, and attachments) concerning Carvana's April 2022 offering, the Registration Statement, and related offering materials, and any due diligence undertaken in connection with that offering; and (2) produce all documents reflecting counsel's review, revision, approval, or sign-off of Carvana's public disclosures, including all documents describing counsel's role in that process and documents evidencing counsel's comments, edits, approvals, or objections.

- 1 -

4935-0616-3341.v1