ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To:<br><br>All Actions. | DECLARATION OF SARAH A. FALLON IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED BY THE CARVANA DEFENDANTS |

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an associate of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Ernest Garcia III's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 2: Mark Jenkins's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 3: Stephen Palmer's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 4: Michael Maroone's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 5: Neha Parikh's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 6: Ira Platt's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 7: Greg Sullivan's Responses and Objections to Lead Plaintiffs' First Set of Requests for Admission, dated June 9, 2025;

Exhibit 8: Carvana's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories to the Carvana Defendants, dated July 18, 2025;

Exhibit 9: Defendant Ernest Garcia III's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories to the Carvana Defendants, dated July 18, 2025;

Exhibit 10: Defendant Mark Jenkins's Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories to the Carvana Defendants, dated July 18, 2025;

Exhibit 11: Carvana Defendants' Rule 26(a)(1) Initial Disclosures, dated February 18, 2025;

Exhibit 12: Carvana Defendants' Amended Rule 26(a)(1) Initial Disclosures, dated March 21, 2025;

Exhibit 13: Carvana Defendants' Amended Rule 26(a)(1) Initial Disclosures, dated August 19, 2025;

Exhibit 14: Email chain ending with a January 6, 2026 email to Tor Gronborg from Christian Word;

- 1 -

4923-6636-1485.v1

Exhibit 15:   Carvana Defendants' Categorical Privilege Log, dated October 31, 2025 (**FILED UNDER SEAL**); and

Exhibit 16:   Email chain ending with a January 28, 2026 email to Christian Word from Sarah Fallon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2026, at San Diego, California.

*/s/ Sarah A. Fallon*

SARAH A. FALLON