# EXHIBIT 13

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com

LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
J. Christian Word (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: aclubok@lw.com
Email: christian.word@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

FENNEMORE CRAIG, P.C.
Douglas C. Northup (No. 013987)
Andrea L. Marconi (No. 022577)
2394 E. Camelback Road Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | CASE NO. 2:22-cv-02126-PHX-MTL |
| | **CARVANA DEFENDANTS' AMENDED RULE 26(a)(1) INITIAL DISCLOSURES** |
| This Document Relates to: | |
| ALL ACTIONS. | |

## <u>CARVANA DEFENDANTS' INITIAL DISCLOSURES</u>

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Carvana Co. ("Carvana"), Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (collectively, "Carvana Defendants"), by and through their undersigned counsel, hereby provide the following initial disclosures to Lead Plaintiffs United Association National Pension Fund ("UANPF") and Saskatchewan Healthcare Employees' Pension Plan ("SHEPP," and collectively, "Plaintiffs").

Carvana Defendants have undertaken a reasonable effort to locate and provide the information contained in these initial disclosures. These disclosures are based on information within Carvana Defendants' possession, custody, or control and reasonably available as of this date. Carvana Defendants note that discovery in this action is not yet complete, and that subsequent discovery, independent investigation, legal research and/or analysis may supply additional facts leading to additions, changes, and/or variations from the present disclosures. Accordingly, these disclosures are provided without prejudice to Carvana Defendants' right to supplement these disclosures (at its sole discretion), without assuming any obligation beyond that imposed by the Federal Rules of Civil Procedure.

No incidental or implied admissions are intended by these disclosures. Carvana Defendants do not concede or admit that any of the individuals or documents listed or referred to below have or contain relevant material or admissible information. By making these disclosures, the Carvana Defendants do not waive the right to object to the production of any documents or other information on the basis of the attorney-client privilege, work product protection, or other applicable objections, privileges, or immunities.

**I.     Individuals Likely to Have Discoverable Information – Rule 26(a)(1)(A)(i)**

Carvana Defendants are presently aware of the following individuals who may have discoverable information which they may use to support their defenses (other than for impeachment). The inclusion of any name on the list below, however, is not an affirmation by Carvana Defendants that any individual in fact possesses such information. In making

these disclosures, the Carvana Defendants do not waive their right to object, pursuant to the applicable Local and Federal Rules, to the deposition testimony of the individuals listed below.

| Name | Subject(s) | Contact Information (if known) |
|---|---|---|
| Ernest Garcia III | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Mark Jenkins | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Stephen Palmer | Board activity in connection with April 2022 offering materials. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |

| Michael Maroone | Board activity in connection with April 2022 offering materials. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| --- | --- | --- |
| Neha Parikh | Board activity in connection with April 2022 offering materials. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Ira Platt | Board activity in connection with April 2022 offering materials. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Greg Sullivan | Board activity in connection with April 2022 offering materials. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |

| Ben Huston | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
|---|---|---|
| Chris Olson | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Paul Breaux | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Will Munsil | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

4

| John Greer | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Steve Keim | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Josh Johnson | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| Mark Murphy | Subject matter underlying certain challenged statements. | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

5

| Brian Boyd | Subject matter underlying certain challenged statements | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
|---|---|---|
| Michael Grantham | Subject matter underlying certain challenged statements | Counsel for Carvana Defendants<br><br>Latham & Watkins LLP<br><br>1271 Avenue of the Americas<br><br>New York, NY 10020<br><br>(212) 906-1200 |
| J.P. Morgan Securities LLC | April 2022 offering and related materials. | Counsel for Underwriter Defendants<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>1285 Avenue of the Americas<br><br>New York, NY 10019<br><br>(212) 373-3300 |
| Citigroup | April 2022 offering and related materials. | Counsel for Underwriter Defendants<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>1285 Avenue of the Americas<br><br>New York, NY 10019<br><br>(212) 373-3300 |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

6

| United Association National Pension Fund | Relevant transactions in Carvana common stock and participation in this litigation. | Counsel for Lead Plaintiffs<br><br>Robbins Geller Rudman & Dowd LLP<br><br>655 West Broadway, Suite 1900<br><br>San Diego, CA 92101<br><br>(619) 231-7423 |
| --- | --- | --- |
| Saskatchewan Healthcare Employees' Pension Plan | Relevant transactions in Carvana common stock and participation in this litigation. | Counsel for Lead Plaintiffs<br><br>Robbins Geller Rudman & Dowd LLP<br><br>655 West Broadway, Suite 1900<br><br>San Diego, CA 92101<br><br>(619) 231-7423 |

Carvana Defendants do not authorize communications by Plaintiffs, or any other party, with any individual listed above for whom contact information listed above is the undersigned counsel, and nothing herein should be construed to authorize Plaintiffs or any other party to contact any individuals where such contact would violate applicable law, abridge any rule of professional conduct, induce breach of any contract, or infringe upon any confidentiality agreement.

In addition, Carvana Defendants state that various other individuals may have discoverable information that Carvana Defendants may use to support its claims or defenses, including individuals identified in Plaintiffs' or in any other party's Rule 26(a)(1) initial disclosures, written discovery requests or responses, or in any amendment or supplement to the foregoing. Carvana Defendants reserve the right to modify the foregoing list, and to identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, Carvana Defendants learn that such additional persons have knowledge or information that Carvana Defendants may use to

support their claims or defenses.

**II.     Description of Documents – Rule 26(a)(1)(A)(ii)**

Carvana Defendants identify the below categories of documents, electronically stored information, and tangible things currently in Carvana Defendants' possession, custody, or control that they may use to support their defenses in this action (other than for impeachment).

1.    Documents filed by Carvana Defendants with the U.S. Securities & Exchange Commission ("SEC");

2.    Documents concerning the statements challenged in the ACC related to title and registration, Dkt. 71 at ¶¶ 174, 176, 178, 180, 182, 184, 186, 188, 385;

3.    Documents concerning the statements challenged in the ACC related to Retail Units Sales Growth, *id.* at ¶¶ 212, 214, 383; and

4.    Books and records of Carvana's Board of Directors, including meeting minutes and presentations.

Carvana Defendants' investigation for discoverable information that Carvana Defendants may use to support their defenses in this litigation is ongoing. Carvana Defendants anticipate that other documents in the possession of other parties to this action, third parties, or public sources may be relevant to the material allegations in, and defenses to, the ACC and reserve the right to rely on those documents.  Carvana Defendants may also rely on documents produced by any party to this litigation, including documents produced by Plaintiffs or other putative class members or third parties.

Carvana Defendants make these Initial Disclosures in order to facilitate the discovery process without waiving any objections to the admissibility of any information disclosed under the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and/or the Local Rules of this Court.  By identifying the foregoing categories, Carvana Defendants do not concede the relevance of specific categories of documents, and Carvana Defendants specifically reserve all applicable privileges and protections, including attorney-client privilege and/or work product doctrine.  Carvana Defendants reserve the right to object to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

8

the production of documents on any basis including that the information sought: (i) is not relevant; (ii) is protected from disclosure by an applicable privilege, doctrine, or immunity; (iii) would be unduly burdensome or expensive to produce; (iv) contains third-party confidential information and cannot be produced without that party's notification and consent; and/or (v) constitutes proprietary or trade secret information that should not be produced before an appropriate protective order has been entered.

## III.    Categories of Damages – Rule 26(a)(1)(A)(iii)

Carvana Defendants are not asserting any claim for damages at this time in this action for which disclosure is required by Federal Rule of Civil Procedure 26(a).

## IV.    Insurance Policies – Rule 26(a)(1)(A)(iv)

Any insurance agreements under which persons carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment will be produced on the understanding that they will be treated as confidential discovery material subject to an appropriate protective order.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Dated:  August 19, 2025

Respectfully submitted,

/s/ *Matthew J. Peters*
LATHAM & WATKINS LLP
Andrew B. Clubok (*Pro Hac Vice*)
J. Christian Word (*Pro Hac Vice*)
Susan E. Engel (*Pro Hac Vice*)
Matthew J. Peters (*Pro Hac Vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
Email:christian.word@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

LATHAM & WATKINS LLP
Jeff G. Hammel (*Pro Hac Vice*)
Kalana Kariyawasam (Pro Hac Vice)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com
Email: kalana.kariyawasam@lw.com

FENNEMORE CRAIG, P.C.
Andrea L. Marconi (No. 022577)Douglas
C. Northup (No. 013987)
2394 E. Camelback Road Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  dnorthup@fennemorelaw.com
Email:  amarconi@fennemorelaw.com

*Counsel for Defendants Carvana Co.,
Ernest Garcia III, Mark Jenkins, Stephen
Palmer, Michael Maroone, Neha Parikh, Ira
Platt, and Greg Sullivan*

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On August 19, 2025, I served the following documents described as:

**THE CARVANA DEFENDANTS' AMEMDED INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

by serving a true copy of the above documents by **E-Mail or Electronic Transmission**:

Based on agreement by the parties to accept service by email or electronic transmission, I caused the document(s) to be sent from the e-mail address john.eastly@lw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

| | |
|---|---|
| Daniel S Drosman<br>Rachel A, Cocalis<br>Sarah A. Fallon<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>ddrosman@rgrdlaw.com<br>rcocalis@rgrdlaw.com<br>sfallon@rgrdlaw.com<br><br>*Counsel for Lead Plaintiffs* | ROBERT M. ROTHMAN<br>(Admitted pro hac vice)<br>DAVID A. ROSENFELD<br>(Admitted pro hac vice)<br>BRENT E. MITCHELL<br>(Admitted pro hac vice)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>rrothman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>bmitchell@rgrdlaw.com<br><br>*Counsel for Lead Plaintiffs* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Susanna M. Buergel (pro hac vice)<br>David P. Friedman (pro hac vice)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Email: sbuergel@paulweiss.com<br>Email: dfriedman@paulweiss.com<br><br>*Counsel for Defendants Citigroup Global Markets Inc. and J.P. Morgan* | FENNEMORE CRAIG, P.C.<br>Douglas C. Northup (No. 013987)<br>Andrea L. Marconi (No. 022577)<br>2394 E. Camelback Road Suite 600 Phoenix, Arizona 85016<br>Telephone: (602) 916-5000<br>Email: dnorthup@fennemorelaw.com<br>Email: amarconi@fennemorelaw.com<br><br>*Counsel for Defendants Citigroup Global Markets Inc. and J.P. Morgan Securities LLC* |

| *Securities LLC* | |
| --- | --- |
| **DLA PIPER LLP (US)**<br>Madeline A. Cordray (Bar No. 035788)<br>madeline.cordray@us.dlapiper.com<br>2525 East Camelback Road, Suite 1000<br>Phoenix, Arizona 85016<br>480.606.5100<br>Melanie Walker *(pro hac vice)*<br>melanie.walker@us.dlapiper.com<br>2000 Avenue of the Stars #400,<br>Los Angeles, California 90067<br>310.595.3000<br><br>*Counsel for Defendant Ernest Garcia II* | **DLA PIPER LLP (US)**<br><br>Yan Grinblat *(pro hac vice)*<br>yan.grinblat@us.dlapiper.com<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>312.368.4000<br><br><br>*Counsel for Defendant Ernest Garcia II* |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 19, 2025**, at San Francisco, California.

John M. Eastly

_____
John M. Eastly