# EXHIBIT 15
# [Filed Under Seal]