1  LATHAM & WATKINS LLP
   Andrew B. Clubok (*pro hac vice*)
2  J. Christian Word (*pro hac vice*)
   Susan E. Engel (*pro hac vice*)
3  Matthew J. Peters (*pro hac vice*)
   555 Eleventh Street, N.W., Suite 1000
4  Washington, D.C. 20004
   Telephone: (202) 637-2200
5  Email: andrew.clubok@lw.com
   Email: christian.word@lw.com
6  Email: susan.engel@lw.com
   Email: matthew.peters@lw.com
7
   Jeff G. Hammel (*pro hac vice*)
8  Kalana Kariyawasam (*pro hac vice*)
   1271 Avenue of the Americas
9  New York, NY 10020
   Telephone: (212) 906-1200
10 Email: jeff.hammel@lw.com
   Email: kalana.kariyawasam@lw.com
11
   Meryn C. Grant (*pro hac vice*)
12 10250 Constellation Blvd., Suite 1100
   Los Angeles, CA 90067
13 Telephone: (424) 653-5500
   Email: meryn.grant@lw.com
14
   *Counsel for Defendants Carvana Co., Ernest*
15 *Garcia III, Mark Jenkins, Stephen Palmer,*
   *Michael Maroone, Neha Parikh, Ira Platt, and*
16 *Greg Sullivan*

17                UNITED STATES DISTRICT COURT

18                      DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation. | Case No. 2:22-cv-02126-PHX-MTL |
| | **DECLARATION OF KALANA KARIYAWASAM IN SUPPORT OF THE CARVANA DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION TO COMPEL** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

I, Kalana Kariyawasam, declare as follows:

1. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants Carvana Co. ("Carvana"), Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (the "Carvana Defendants") in the above captioned litigation.

2. I am a member in good standing of the bar of the State of New York. I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Carvana's Form S-3, which was filed with the Securities Exchange Commission on April 20, 2022.

4. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Carvana in this litigation bearing Bates numbers CVNA_CA_00061819 - CVNA_CA_00061826.

5. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Carvana in this litigation bearing Bates numbers CVNA_CA_00061970 – CVNA_CA_00061971.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Carvana in this litigation bearing Bates numbers CVNA_CA_00062748 – CVNA_CA_00062749.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Carvana in this litigation bearing Bates numbers CVNA_CA_00073373 – CVNA_CA_00073381.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Carvana in this litigation bearing Bates numbers CVNA_CA_00070450 – CVNA_CA_00070452.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2026, in the State of New York.

By: */s/ Kalana Kariyawasam*
Kalana Kariyawasam