# Exhibit 2

Message
_____

| | |
|---|---|
| **From:** | Sinclair, Ashley [ashley.sinclair@kirkland.com] |
| on behalf of | Sinclair, Ashley <ashley.sinclair@kirkland.com> [ashley.sinclair@kirkland.com] |
| **Sent:** | 4/19/2022 6:35:14 AM |
| **To:** | Meg Kehan [meg.kehan@carvana.com]; Keeley, Michael P. [michael.keeley@kirkland.com]; Ellis, Johnny [johnny.ellis@kirkland.com]; Johnson, Chris [chris.johnson@kirkland.com]; Goedert, Robert [rgoedert@kirkland.com]; Kevin Hogan [kevin.hogan@carvana.com]; Nathan Herbert [nathan.herbert@carvana.com]; Mike Mckeever [mike.mckeever@carvana.com]; Steve Palmer [steve.palmer@carvana.com] |
| **Subject:** | RE: Call Tonight? — Draft - SHL & Investor Presentation |
| **Attachments:** | Q1 2022 Shareholder Letter DRAFT 4.19.22 12AM (002).docx; Carvana Investor Meeting_DRAFT_Shared_1230AM (DPW 4.19 AM).pdf |

Meg,

# Redacted

Thanks,
Ashley

**Ashley Sinclair\***

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3928  M +1 347 933 3082
F +1 312 862 2200

ashley.sinclair@kirkland.com

*Admitted only in Wisconsin.

**From:** Meg Kehan <meg.kehan@carvana.com>
**Sent:** Tuesday, April 19, 2022 2:41 AM
**To:** Keeley, Michael P. <michael.keeley@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Goedert, Robert <rgoedert@kirkland.com>; Kevin Hogan <kevin.hogan@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Mike Mckeever <mike.mckeever@carvana.com>; Steve Palmer <steve.palmer@carvana.com>
**Subject:** Fwd: Call Tonight? — Draft - SHL & Investor Presentation

Hi KE team-- **Redacted**

# Redacted

Thank you

---------- Forwarded message ---------
From: **Meg Kehan** <meg.kehan@carvana.com>
Date: Tue, Apr 19, 2022 at 12:37 AM
Subject: Re: Call Tonight? — Draft - SHL & Investor Presentation

CONFIDENTIAL                                                    CVNA_CA_00061819

To: Yick, Brian <brian.yick@citi.com>
Cc: Cuthill, Andrew <andrew.cuthill@citi.com>, Karanikolaidis, Stathis <Stathis.Karanikolaidis@jpmorgan.com>, Dockeray, Alan <alan.dockeray@citi.com>, Wagner, Kyle P <kyle.p.wagner@jpmorgan.com>, Ferrara, Peter J <peter.j.ferrara@jpmorgan.com>, Mark Jenkins <mark.jenkins@carvana.com>, Mike Mckeever <mike.mckeever@carvana.com>, Mike Levin <mike.levin@carvana.com>, Margarite Halaris <margarite.halaris@carvana.com>, Kevin Hogan <kevin.hogan@carvana.com>, Steve Palmer <steve.palmer@carvana.com>, Paul Breaux <paul.breaux@carvana.com>, Deleo, Brian <brian.deleo@citi.com>, Sohn, Eugene Y - ECM <eugene.y.sohn@jpmorgan.com>, MacAllister, Ian B <ian.b.macallister@jpmorgan.com>


All, after speaking to Brian and Kyle earlier, attached is an updated IP for the Pref accounts to be used tomorrow, scrubbed to remove any FL statements re Q2.
Also attached for your review (not to be used as part of any marketing materials) is an updated SHL reflecting some updates we've made in the Outlook section and throughout.
I'll share with K&E now as well.
Lastly, what is the expected format for 1-on-1 calls tomorrow? Zoom and screenshare? No screenshare since they'll already have materials?
Thanks,
Meg

On Mon, Apr 18, 2022 at 9:57 PM Meg Kehan <meg.kehan@carvana.com> wrote:

Hi all, do you have an update to share since we last spoke? Hoping to figure out a gameplan before we start losing people for the night.

On Mon, Apr 18, 2022 at 8:02 PM Yick, Brian <brian.yick@citi.com> wrote:

Let's stick with Meg's.

Thanks.


========================
**Brian Yick**
Managing Director
Global Co-Head Internet Banking
M: +1 (415) 328-3179
brian.yick@citi.com

---

**From:** Cuthill, Andrew [ICG-BCMA] <ac79950@citi.com>
**Date:** Monday, Apr 18, 2022, 8:02 PM
**To:** [carvana.com] Meg Kehan <meg.kehan@carvana.com>, Yick, Brian [ICG-BCMA] <by16541@citi.com>
**Cc:** Karanikolaidis, Stathis <Stathis.Karanikolaidis@jpmorgan.com>, Dockeray, Alan [ICG-BCMA] <ad86504@citi.com>, Wagner, Kyle P <kyle.p.wagner@jpmorgan.com>, Ferrara, Peter J <peter.j.ferrara@jpmorgan.com>, Mark Jenkins <mark.jenkins@carvana.com>, Mike Mckeever <mike.mckeever@carvana.com>, Mike Levin <mike.levin@carvana.com>, Margarite Halaris <margarite.halaris@carvana.com>, Kevin Hogan <kevin.hogan@carvana.com>, Steve Palmer <steve.palmer@carvana.com>, Paul Breaux <paul.breaux@carvana.com>, Deleo, Brian [ICG-BCMA] <bd47209@citi.com>, Sohn, Eugene Y - ECM <eugene.y.sohn@jpmorgan.com>, MacAllister, Ian B <ian.b.macallister@jpmorgan.com>
**Subject:** RE: Call Tonight? — Draft - SHL & Investor Presentation

Thank you Meg. I just sent a formal calendar which crossed.

CONFIDENTIAL                                                                                           CVNA_CA_00061820

**From:** [carvana.com] Meg Kehan <meg.kehan@carvana.com>
**Sent:** Monday, April 18, 2022 8:01 PM
**To:** Yick, Brian [ICG-BCMA]
**Cc:** Karanikolaidis, Stathis; Dockeray, Alan [ICG-BCMA]; Wagner, Kyle P; Cuthill, Andrew [ICG-BCMA];
Ferrara, Peter J; Mark Jenkins; Mike Mckeever; Mike Levin; Margarite Halaris; Kevin Hogan; Steve Palmer;
Paul Breaux; Deleo, Brian [ICG-BCMA]; Sohn, Eugene Y - ECM; MacAllister, Ian B
**Subject:** Re: Call Tonight? — Draft - SHL & Investor Presentation

---

**This Message is From an External Sender**

This message came from outside of your organization.

---

We can use this Zoom:

Join Zoom Meeting https://us02web.zoom.us/j/84926336836?pwd=NkFGSGlEMm44ZHBvTGFNdXJlUmdiQT09
Meeting ID: 849 2633 6836 Passcode: 930216 One tap mobile +16699009128,,84926336836#,,,,*930216# US (San Jose)
+12532158782,,84926336836#,,,,*930216# US (Tacoma) Dial by your location +1 669 900 9128 US (San Jose) +1 253
215 8782 US (Tacoma) +1 346 248 7799 US (Houston) +1 646 558 8656 US (New York) +1 301 715 8592 US
(Washington DC) +1 312 626 6799 US (Chicago) Meeting ID: 849 2633 6836 Passcode: 930216 Find your local number:
https://us02web.zoom.us/u/kb0ZDlnHdZ

On Mon, Apr 18, 2022 at 7:53 PM Yick, Brian <brian.yick@citi.com> wrote:

Mark / Mike / Meg,

Could we hop on a call / zoom for a few minutes tonight to discuss?

We have a quorum on the Citi / JPM side at 8pm PT but please let us know what works for you.

Thanks,

Brian

==========================

**Brian Yick**
Managing Director
Global Co-Head Internet Banking
M: +1 (415) 328-3179
brian.yick@citi.com

**From:** [jpmorgan.com] Karanikolaidis, Stathis <Stathis.Karanikolaidis@jpmorgan.com>
**Date:** Monday, Apr 18, 2022, 7:02 PM

CVNA_CA_00061821

**To:** Meg Kehan <meg.kehan@carvana.com>

**Cc:** Yick, Brian [ICG-BCMA] <by16541@citi.com>, Dockeray, Alan [ICG-BCMA] <ad86504@citi.com>, Wagner, Kyle P <kyle.p.wagner@jpmorgan.com>, Cuthill, Andrew [ICG-BCMA] <ac79950@citi.com>, Ferrara, Peter J <peter.j.ferrara@jpmorgan.com>, Mark Jenkins <mark.jenkins@carvana.com>, Mike Mckeever <mike.mckeever@carvana.com>, Mike Levin <mike.levin@carvana.com>, Margarite Halaris <margarite.halaris@carvana.com>, Kevin Hogan <kevin.hogan@carvana.com>, Steve Palmer <steve.palmer@carvana.com>, Paul Breaux <paul.breaux@carvana.com>

**Subject:** RE: Draft - SHL & Investor Presentation

**This Message is From an External Sender**

This message came from outside of your organization.

Thank you for sending this.

I think more work will be needed to diligence and get comfortable with the forward looking statements. Beyond the budget, do you have further data on April that helps support the Q2 budget?

As a result, I think we ll spend tomorrow working on that.

For the purposes of tomorrow, I suggest taking that information out of the deck we ll use with the wall crossed accounts and we can add it for the official marketing.

Regards,

Stathis

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Meg Kehan <meg.kehan@carvana.com>

**Date:** Monday, Apr 18, 2022, 8:42 PM

**To:** Karanikolaidis, Stathis (CIB, USA) <Stathis.Karanikolaidis@jpmorgan.com>

**Cc:** Yick, Brian <brian.yick@citi.com>, Dockeray, Alan <alan.dockeray@citi.com>, Wagner, Kyle P (CIB DCM, USA) <kyle.p.wagner@jpmorgan.com>, Cuthill, Andrew <andrew.cuthill@citi.com>, Ferrara, Peter J (CIB DCM, USA) <peter.j.ferrara@jpmorgan.com>, Mark Jenkins <mark.jenkins@carvana.com>, Mike Mckeever <mike.mckeever@carvana.com>, Mike Levin <mike.levin@carvana.com>, Margarite Halaris <margarite.halaris@carvana.com>, Kevin Hogan <kevin.hogan@carvana.com>, Steve Palmer <steve.palmer@carvana.com>, Paul Breaux <paul.breaux@carvana.com>

**Subject:** Re: Draft - SHL & Investor Presentation

CONFIDENTIAL

CVNA_CA_00061822

Yes see attached.

On Mon, Apr 18, 2022 at 5:39 PM Karanikolaidis, Stathis <Stathis.Karanikolaidis@jpmorgan.com> wrote:

I think it will depend on diligence and back up.

Can we also see the back up.

Thanks,

Stathis

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Meg Kehan <meg.kehan@carvana.com>

**Date:** Monday, Apr 18, 2022, 8:31 PM

**To:** Yick, Brian <brian.yick@citi.com>, Dockeray, Alan <alan.dockeray@citi.com>, Karanikolaidis, Stathis (CIB, USA) <Stathis.Karanikolaidis@jpmorgan.com>, Wagner, Kyle P (CIB DCM, USA) <kyle.p.wagner@jpmorgan.com>, Cuthill, Andrew <andrew.cuthill@citi.com>, Ferrara, Peter J (CIB DCM, USA) <peter.j.ferrara@jpmorgan.com>

**Cc:** Mark Jenkins <mark.jenkins@carvana.com>, Mike Mckeever <mike.mckeever@carvana.com>, Mike Levin <mike.levin@carvana.com>, Margarite Halaris <margarite.halaris@carvana.com>, Kevin Hogan <kevin.hogan@carvana.com>, Steve Palmer <steve.palmer@carvana.com>, Paul Breaux <paul.breaux@carvana.com>

**Subject:** Re: Draft - SHL & Investor Presentation

Citi/JPM--

Updated deck attached reflecting comments from DPW received throughout the day. We also sent KE backup for the forward looking statements throughout (they'll share with DPW).

As you know, we'll need to get this wrapped up tonight so that it can be shared with wall-crossed accounts in the morning. Could you please connect with DPW and ensure they are aware of timing? In the first set of comments, they were very vocal around the forward looking commentary and, through KE, relayed that you all were against us including--which, as discussed with Stathis, isn't the case. I want to make sure they're not spending time commenting unnecessarily on information we're all comfortable including.

Thank you,

Meg

On Sun, Apr 17, 2022 at 10:46 PM Meg Kehan <meg.kehan@carvana.com> wrote:

Citi/JPM teams,

Please see attached the current drafts of the Shareholder Letter and the Investor Presentation.

Our current expectation is to share the SHL and IP with the wall-crossed accounts tomorrow once all parties are signed off (deleting slide 4 for Pref).

CONFIDENTIAL

This is the same deck we'd expect to use for Equity meetings on Thursday AM (+slide 4).

We'll ask K&E to share with DPW tonight.

Thank you,
Meg

--

| | FORTUNE 500 2021 | Meg Kehan<br>Director, Capital Markets<br>1930 W. Rio Salado Parkway /// Tempe AZ 85281<br>M: 215.219.1875 |
|---|---|---|

--

| | FORTUNE 500 2021 | Meg Kehan<br>Director, Capital Markets<br>1930 W. Rio Salado Parkway /// Tempe AZ 85281<br>M: 215.219.1875 |
|---|---|---|

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

--

CVNA_CA_00061824



This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

--

--

--

CONFIDENTIAL

CVNA_CA_00061825

--

| |  | **Meg Kehan**<br>Director, Capital Markets<br>1930 W. Rio Salado Parkway /// Tempe AZ 85281<br>M: 215.219.1875 |
|---|---|---|

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIAL

CVNA_CA_00061826