# Exhibit 3

Message

| | |
|---|---|
| **From:** | Sinclair, Ashley [ashley.sinclair@kirkland.com] |
| on behalf of | Sinclair, Ashley <ashley.sinclair@kirkland.com> [ashley.sinclair@kirkland.com] |
| **Sent:** | 4/20/2022 3:30:16 AM |
| **To:** | Denenberg, Alan F. [alan.denenberg@davispolk.com]; Goedert, Robert [rgoedert@kirkland.com]; Keeley, Michael P. [michael.keeley@kirkland.com]; Gould, Jeffrey [jeffrey.gould@davispolk.com]; Bye, Jonathan [jonathan.bye@davispolk.com]; Mitchell, Travis B. [travis.mitchell@davispolk.com]; Ellis, Johnny [johnny.ellis@kirkland.com]; eugene.y.sohn@jpmorgan.com; Dockeray, Alan [alan.dockeray@citi.com]; Bott, Jack [jack.bott@jpmorgan.com]; Stathis.Karanikolaidis@jpmorgan.com; kyle.p.wagner@jpmorgan.com; Hasegawa, Mana [mana.hasegawa@jpmorgan.com]; mark.b.pinsky@jpmorgan.com; Kim, Eui Hyun [euihyun.kim@jpmorgan.com]; Cuthill, Andrew [andrew.cuthill@citi.com]; Vemula, Manoj [manoj.vemula@jpmorgan.com]; Sawhney, Raghav [raghav.sawhney@jpmorgan.com]; Yick, Brian [brian.yick@citi.com]; ian.b.macallister@jpmorgan.com; Deleo, Brian [brian.deleo@citi.com]; Paul Breaux [paul.breaux@carvana.com]; Meg Kehan [meg.kehan@carvana.com]; Ben Darche [ben.darche@carvana.com]; Kevin Hogan [kevin.hogan@carvana.com]; Sarah Wolf Reust [sarah.wolfreust@carvana.com]; Steve Palmer [steve.palmer@carvana.com]; Nathan Herbert [nathan.herbert@carvana.com]; Michelle Moussa [michelle.moussa@carvana.com]; Mike Mckeever [mike.mckeever@carvana.com]; Johnson, Chris [chris.johnson@kirkland.com] |
| **Subject:** | RE: Carvana Equity Offering Recent Devel Section, Cover Size and Preferred Offering Timing |
| **Attachments:** | Recent Developments Rider (Rider S-3 - 4-20).docx |

All,

The attached will be included in the updated pro supp that is circulated.

Thank you,
Ashley

Ashley Sinclair*

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3928  M +1 347 933 3082
F +1 312 862 2200

ashley.sinclair@kirkland.com

*Admitted only in Wisconsin.

---

**From:** Sinclair, Ashley
**Sent:** Wednesday, April 20, 2022 1:53 AM
**To:** 'Denenberg, Alan F.' <alan.denenberg@davispolk.com>; Goedert, Robert <rgoedert@kirkland.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Mitchell, Travis B. <travis.mitchell@davispolk.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; eugene.y.sohn@jpmorgan.com; Dockeray, Alan <alan.dockeray@citi.com>; Bott, Jack <jack.bott@jpmorgan.com>; Stathis.Karanikolaidis@jpmorgan.com; kyle.p.wagner@jpmorgan.com; Hasegawa, Mana <mana.hasegawa@jpmorgan.com>; mark.b.pinsky@jpmorgan.com; Kim, Eui Hyun <euihyun.kim@jpmorgan.com>; Cuthill, Andrew <andrew.cuthill@citi.com>; Vemula, Manoj <manoj.vemula@jpmorgan.com>; Sawhney, Raghav <raghav.sawhney@jpmorgan.com>; Yick, Brian <brian.yick@citi.com>; ian.b.macallister@jpmorgan.com; Deleo, Brian <brian.deleo@citi.com>; 'Paul Breaux' <paul.breaux@carvana.com>; Meg Kehan <meg.kehan@carvana.com>; Ben Darche <ben.darche@carvana.com>; Kevin Hogan <kevin.hogan@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Steve Palmer <steve.palmer@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Michelle Moussa <michelle.moussa@carvana.com>; Mike Mckeever <mike.mckeever@carvana.com>; Johnson, Chris <chris.johnson@kirkland.com>
**Subject:** RE: Carvana Equity Offering Recent Devel Section, Cover Size and Preferred Offering Timing

CONFIDENTIAL    CVNA_CA_00061970

Thanks, Alan.

Looping in the Carvana team. As discussed, we will circulate proposed language for the recent developments section that aligns with what is in the SHL. Regarding the cover size, the updated pro supp will reflect a $1.0 billion deal size.

Ashley Sinclair*

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3928   M +1 347 933 3082
F +1 312 862 2200

ashley.sinclair@kirkland.com

*Admitted only in Wisconsin.

**From:** Denenberg, Alan F. <alan.denenberg@davispolk.com>
**Sent:** Wednesday, April 20, 2022 1:30 AM
**To:** Sinclair, Ashley <ashley.sinclair@kirkland.com>; Goedert, Robert <rgoedert@kirkland.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Mitchell, Travis B. <travis.mitchell@davispolk.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; eugene.y.sohn@jpmorgan.com; Dockeray, Alan <alan.dockeray@citi.com>; Bott, Jack <jack.bott@jpmorgan.com>; Stathis.Karanikolaidis@jpmorgan.com; kyle.p.wagner@jpmorgan.com; Hasegawa, Mana <mana.hasegawa@jpmorgan.com>; mark.b.pinsky@jpmorgan.com; Kim, Eui Hyun <euihyun.kim@jpmorgan.com>; Cuthill, Andrew <andrew.cuthill@citi.com>; Vemula, Manoj <manoj.vemula@jpmorgan.com>; Sawhney, Raghav <raghav.sawhney@jpmorgan.com>; Yick, Brian <brian.yick@citi.com>; ian.b.macallister@jpmorgan.com; Deleo, Brian <brian.deleo@citi.com>
**Subject:** Carvana Equity Offering Recent Devel Section, Cover Size and Preferred Offering Timing

For 800am PT call on Wednesday – I sent a calendar invite, please forward to others as appropriate.

Thanks.

Alan

**Alan F. Denenberg**

+1 650 752 2004 office
+1 650 996 6413 mobile
alan.denenberg@davispolk.com

Davis Polk & Wardwell LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.