# Exhibit 4

Message

| | |
|---|---|
| **From:** | Johnson, Chris [chris.johnson@kirkland.com] |
| **on behalf of** | Johnson, Chris <chris.johnson@kirkland.com> [chris.johnson@kirkland.com] |
| **Sent:** | 4/20/2022 1:29:01 PM |
| **To:** | Berardo, Christian [ICG-BCMA] [christian.berardo@citi.com]; mark.jenkins@carvana.com; mike.mckeever@carvana.com; paul.breaux@carvana.com; mike.levin@carvana.com; kevin.hogan@carvana.com; meg.kehan@carvana.com; sarah.wolfreust@carvana.com; Joel.Lewison@carvana.com; Matt.dundas@carvana.com; Anderson, Christian [ICG-BCMA] [christian.anderson@citi.com]; Yick, Brian [ICG-BCMA] [brian.yick@citi.com]; Cuthill, Andrew [ICG-BCMA] [andrew.cuthill@citi.com]; Landi, Nicholas [ICG-BCMA] [nicholas.landi@citi.com]; Bott, Ryan [ICG-BCMA] [ryan.bott@citi.com]; Dockeray, Alan [ICG-BCMA] [alan.dockeray@citi.com]; Stack, Thomas [ICG-BCMA] [thomas.stack@citi.com]; Karim, Salman [ICG-BCMA] [salman.karim@citi.com]; Abrahimzadeh, Paul [ICG-BCMA] [paul.abrahimzadeh@citi.com]; Deleo, Brian [ICG-BCMA] [brian.deleo@citi.com]; Zelinski, Alex [ICG-BCMA] [alex.zelinski@citi.com]; Shaw, Tyler [ICG-BCMA] [tyler.shaw@citi.com]; Krastev, Martin [ICG-BCMA] [martin.krastev@citi.com]; Korth, Patrick [ICG-BCMA] [patrick.korth@citi.com]; Chand, Richard [ICG-BCMA] [richard.chand@citi.com]; Xia, Gabriel [ICG-BCMA] [gabriel.xia@citi.com]; Mosley, Janelle C. [ICG-BCMA] [janelle.c.mosley@citi.com]; Lagasi, Juliette [ICG-BCMA] [juliette.lagasi@citi.com]; Donovan, Matthew [ICG-BCMA] [matthew.donovan@citi.com]; mark.b.pinsky@jpmorgan.com; ian.b.macallister@jpmorgan.com; raghav.sawhney@jpmorgan.com; tzivy.lerner@jpmorgan.com; josh.levy@jpmorgan.com; eugene.y.sohn@jpmorgan.com; manoj.vemula@jpmorgan.com; mana.hasegawa@jpmorgan.com; jack.bott@jpmorgan.com; eileen.j.shin@jpmchase.com; euihyun.kim@jpmorgan.com; CACTUSEQT_Core@jpmorgan.com; Goedert, Robert [rgoedert@kirkland.com]; Keeley, Michael P. [michael.keeley@kirkland.com]; Sinclair, Ashley [ashley.sinclair@kirkland.com]; Ellis, Johnny [johnny.ellis@kirkland.com]; Billiter, Laura J. [laura.billiter@kirkland.com]; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; charlie.lian@davispolk.com; jonathan.bye@davispolk.com; ryan.giacolone@us.gt.com; denny.childress@us.gt.com; ashley.nobis@us.gt.com; Richard.Lozoya@us.gt.com; Alex.Broglia@us.gt.com |
| **Subject:** | RE: CVNA Launch PR |
| **Attachments:** | Change-Pro Redline - CVNA - Launch PR (Pref) (K&E Draft 4.20.22)-85768556-v5 and CVNA - Launch PR (Pref) (K&E Draft 4.20.22)-85768556-v6.pdf; Change-Pro Redline - CVNA - Launch PR (Common April 2022) (K&E Draft 4.20.22)-84370301-v17 and CVNA - Launch PR (Common April 2022) (K&E Draft 4.20.22.pdf; CVNA - Launch PR (Common April 2022) (K&E Draft 4.20.22)_(84370301_18).DOCX; CVNA - Launch PR (Pref) (K&E Draft 4.20.22)_(85768556_6).DOCX |

All,

Updated Press Releases attached, as discussed on the call.

Chris Johnson*

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4197   M +1 615 679 6520
F +1 312 862 2200

chris.johnson@kirkland.com

*Admitted only in Tennessee.

-----Original Appointment-----
**From:** Berardo, Christian [ICG-BCMA] <christian.berardo@citi.com>
**Sent:** Tuesday, April 19, 2022 11:31 PM
**To:** Berardo, Christian [ICG-BCMA]; mark.jenkins@carvana.com; mike.mckeever@carvana.com; paul.breaux@carvana.com; mike.levin@carvana.com; kevin.hogan@carvana.com; meg.kehan@carvana.com; sarah.wolfreust@carvana.com; Joel.Lewison@carvana.com; Matt.dundas@carvana.com; Anderson, Christian [ICG-BCMA]; Yick, Brian [ICG-BCMA]; Cuthill, Andrew [ICG-BCMA]; Landi, Nicholas [ICG-BCMA]; Bott, Ryan [ICG-BCMA]; Dockeray, Alan [ICG-BCMA]; Stack, Thomas [ICG-BCMA]; Karim, Salman [ICG-BCMA]; Abrahimzadeh, Paul [ICG-BCMA];

Deleo, Brian [ICG-BCMA]; Zelinski, Alex [ICG-BCMA]; Shaw, Tyler [ICG-BCMA]; Krastev, Martin [ICG-BCMA]; Korth, Patrick [ICG-BCMA]; Chand, Richard [ICG-BCMA]; Xia, Gabriel [ICG-BCMA]; Mosley, Janelle C. [ICG-BCMA]; Lagasi, Juliette [ICG-BCMA]; Donovan, Matthew [ICG-BCMA]; mark.b.pinsky@jpmorgan.com; ian.b.macallister@jpmorgan.com; raghav.sawhney@jpmorgan.com; tzivy.lerner@jpmorgan.com; josh.levy@jpmorgan.com; eugene.y.sohn@jpmorgan.com; manoj.vemula@jpmorgan.com; mana.hasegawa@jpmorgan.com; jack.bott@jpmorgan.com; eileen.j.shin@jpmchase.com; euihyun.kim@jpmorgan.com; CACTUSEQT_Core@jpmorgan.com; Goedert, Robert; Keeley, Michael P.; Sinclair, Ashley; Ellis, Johnny; Johnson, Chris; Billiter, Laura J.; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; charlie.lian@davispolk.com; jonathan.bye@davispolk.com; ryan.giacolone@us.gt.com; denny.childress@us.gt.com; ashley.nobis@us.gt.com; Richard.Lozoya@us.gt.com; Alex.Broglia@us.gt.com
**Subject:** CVNA Go/No-Go & Bring-Down Due Diligence
**When:** Wednesday, April 20, 2022 3:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom Meeting ID 977 345 0266 // Password 528 541

US Dial in: +1 (646) 876-9923
UK Dial in: +44 330 088 5830

Meeting ID: 977 345 0266
Password: 528 541
US one-tap mobile
+16468769923,,9773450266#,,,,,,0#,,528541#
Join Zoom Meeting
https://citi.zoom.us/j/9773450266?pwd=QWFjYnBSUkdDbWFhbzg4bUR6L2tpdz09

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.