# Exhibit 5

Message

---

**From:** Keeley, Michael P. [michael.keeley@kirkland.com]
on behalf of
Keeley, Michael P. <michael.keeley@kirkland.com> [michael.keeley@kirkland.com]
**Sent:** 4/22/2022 8:45:31 AM
**To:** Wagner, Kyle P [kyle.p.wagner@jpmorgan.com]; Martinez, Katy [katy.martinez@kirkland.com]; Mitchell, Travis B. [travis.mitchell@davispolk.com]; Ben Darche [ben.darche@carvana.com]; kevin.hogan@carvana.com; Lisa Johnson [lisa.johnson@carvana.com]; Nathan Herbert [nathan.herbert@carvana.com]; Paul Breaux [paul.breaux@carvana.com]; Sarah Wolf Reust [sarah.wolfreust@carvana.com]; Mike Mckeever [Mike.Mckeever@carvana.com]; Meg Kehan [meg.kehan@carvana.com]
**CC:** Goedert, Robert [rgoedert@kirkland.com]; Sinclair, Ashley [ashley.sinclair@kirkland.com]; Ellis, Johnny [johnny.ellis@kirkland.com]; Johnson, Chris [chris.johnson@kirkland.com]; Billiter, Laura J. [laura.billiter@kirkland.com]; Khan, Laila Amin [laila.khan@kirkland.com]; Kool, Adam [adam.kool@kirkland.com]; Evans, Thomas L. [tevans@kirkland.com]; Shulman, Dean S. [dean.shulman@kirkland.com]; Hendrickson, Paul Stephens [paul.hendrickson@kirkland.com]; Pinsky, Mark B [mark.b.pinsky@jpmorgan.com]; MacAllister, Ian B [ian.b.macallister@jpmorgan.com]; Sawhney, Raghav [raghav.sawhney@jpmorgan.com]; Lerner, Tzivy [tzivy.lerner@jpmorgan.com]; Karanikolaidis, Stathis [Stathis.Karanikolaidis@jpmorgan.com]; Ferrara, Peter J [peter.j.ferrara@jpmorgan.com]; Hodgson, Jack [jack.hodgson@jpmorgan.com]; Sohn, Eugene Y - ECM [eugene.y.sohn@jpmorgan.com]; Vemula, Manoj [manoj.vemula@jpmorgan.com]; Hasegawa, Mana [mana.hasegawa@jpmorgan.com]; Bott, Jack [jack.bott@jpmorgan.com]; Riego De Dios, Gene R [gene.r.riegodedios@jpmorgan.com]; Fishman, Stuart D [Stuart.D.Fishman@chase.com]; Rosado, Liz [liz.rosado@jpmorgan.com]; Wasserman, Peter J [Peter.J.Wasserman@chase.com]; Segal, Yitz [yitz.segal@jpmchase.com]; Shin, Eileen J [eileen.j.shin@jpmchase.com]; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; Denenberg, Alan F. [alan.denenberg@davispolk.com]; Gould, Jeffrey [jeffrey.gould@davispolk.com]; Bye, Jonathan [jonathan.bye@davispolk.com]; Lian, Charlie [charlie.lian@davispolk.com]; Sherman, Bradford [bradford.sherman@davispolk.com]; mario.verdolini@davispolk.com
**Subject:** RE: CVNA- Preferred OM
**Attachments:** CVNA - Preferred OM (bookmarked e-red)_(85675038_14).pdf

carvana and K&E are signed off go ahead with this one thx.

Michael P. Keeley

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2144  F +1 312 862 2200

michael.keeley@kirkland.com

**From:** Wagner, Kyle P <kyle.p.wagner@jpmorgan.com>
**Sent:** Friday, April 22, 2022 9:37 AM
**To:** Martinez, Katy <katy.martinez@kirkland.com>; Mitchell, Travis B. <travis.mitchell@davispolk.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny

CVNA_CA_00073373

<johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis <Stathis.Karanikolaidis@jpmorgan.com>; Ferrara, Peter J <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj <manoj.vemula@jpmorgan.com>; Hasegawa, Mana <mana.hasegawa@jpmorgan.com>; Bott, Jack <jack.bott@jpmorgan.com>; Riego De Dios, Gene R <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D <Stuart.D.Fishman@chase.com>; Rosado, Liz <liz.rosado@jpmorgan.com>; Wasserman, Peter J <Peter.J.Wasserman@chase.com>; Segal, Yitz <yitz.segal@jpmchase.com>; Shin, Eileen J <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; Denenberg, Alan F. <alan.denenberg@davispolk.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Lian, Charlie <charlie.lian@davispolk.com>; Sherman, Bradford <bradford.sherman@davispolk.com>; mario.verdolini@davispolk.com

**Subject:** RE: CVNA- Preferred OM

Carvana team are you able to confirm we're good to distribute

Kyle Wagner, CFA | Executive Director | Leveraged Finance | J.P. Morgan | 383 Madison Avenue, 6th Floor, New York, NY 10179 |T: (212) 270-1203 | C: (917) 405-7759 | kyle.p.wagner@jpmorgan.com | jpmorgan.com

---

**From:** Martinez, Katy [mailto:katy.martinez@kirkland.com]
**Sent:** Friday, April 22, 2022 9:37 AM
**To:** Wagner, Kyle P (CIB DCM, USA) <kyle.p.wagner@jpmorgan.com>; Mitchell, Travis B. <travis.mitchell@davispolk.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B (CIB, USA) <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B (CIB, USA) <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav (CIB IBC, USA) <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy (CIB IBC, USA) <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis (CIB, USA) <Stathis.Karanikolaidis@jpmorgan.com>; Ferrara, Peter J (CIB DCM, USA) <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack (CIB DCM, USA) <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM (CIB, USA) <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj (CIB ECM, USA) <manoj.vemula@jpmorgan.com>; Hasegawa, Mana (CIB ECM, USA) <mana.hasegawa@jpmorgan.com>; Bott, Jack (CIB ECM, USA) <jack.bott@jpmorgan.com>; Riego De Dios, Gene R (CIB Risk, USA) <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D (Legal, USA)

CVNA_CA_00073374

<Stuart.D.Fishman@chase.com>; Rosado, Liz (Legal, USA) <liz.rosado@jpmorgan.com>; Wasserman, Peter J (Legal, USA) <Peter.J.Wasserman@chase.com>; Segal, Yitz (Legal, USA) <yitz.segal@jpmchase.com>; Shin, Eileen J (Legal, USA) <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; Denenberg, Alan F. <alan.denenberg@davispolk.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Lian, Charlie <charlie.lian@davispolk.com>; Sherman, Bradford <bradford.sherman@davispolk.com>; mario.verdolini@davispolk.com
**Subject:** RE: CVNA- Preferred OM

All,

Please see a CPO reflecting the nits we received to the last distribution. Once we receive the company's sign-off we will circulate a bookmarked pdf.

Thanks,
Katy


Katy Martinez

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4248  M +1 312 659 1446
F +1 312 862 2200

katy.martinez@kirkland.com


**From:** Wagner, Kyle P <kyle.p.wagner@jpmorgan.com>
**Sent:** Friday, April 22, 2022 8:25 AM
**To:** Mitchell, Travis B. <travis.mitchell@davispolk.com>; Martinez, Katy <katy.martinez@kirkland.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis <Stathis.Karanikolaidis@jpmorgan.com>; Ferrara, Peter J <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj <manoj.vemula@jpmorgan.com>; Hasegawa, Mana <mana.hasegawa@jpmorgan.com>; Bott, Jack <jack.bott@jpmorgan.com>; Riego De Dios, Gene R <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D <Stuart.D.Fishman@chase.com>; Rosado, Liz <liz.rosado@jpmorgan.com>; Wasserman, Peter J <Peter.J.Wasserman@chase.com>; Segal, Yitz <yitz.segal@jpmchase.com>; Shin, Eileen J <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com;

CONFIDENTIAL                                                              CVNA_CA_00073375

brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; Denenberg, Alan F. <alan.denenberg@davispolk.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Lian, Charlie <charlie.lian@davispolk.com>; Sherman, Bradford <bradford.sherman@davispolk.com>; mario.verdolini@davispolk.com

**Subject:** RE: CVNA- Preferred OM

Thank you

Carvana and K&E teams, can you please confirm sign-off at your earliest convenience so that we can get the OM out to accounts ASAP?

Kyle Wagner, CFA | Executive Director | Leveraged Finance | **J.P. Morgan** | 383 Madison Avenue, 6th Floor, New York, NY 10179 |T: (212) 270-1203 | C: (917) 405-7759 | kyle.p.wagner@jpmorgan.com | jpmorgan.com

---

**From:** Mitchell, Travis B. [mailto:travis.mitchell@davispolk.com]
**Sent:** Friday, April 22, 2022 9:18 AM
**To:** Martinez, Katy <katy.martinez@kirkland.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; adam.kool@kirkland.com; Evans, Thomas L. <tevans@kirkland.com>; adam.kool@kirkland.com; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B (CIB, USA) <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B (CIB, USA) <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav (CIB IBC, USA) <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy (CIB IBC, USA) <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis (CIB, USA) <Stathis.Karanikolaidis@jpmorgan.com>; Wagner, Kyle P (CIB DCM, USA) <kyle.p.wagner@jpmorgan.com>; Ferrara, Peter J (CIB DCM, USA) <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack (CIB DCM, USA) <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM (CIB, USA) <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj (CIB ECM, USA) <manoj.vemula@jpmorgan.com>; Hasegawa, Mana (CIB ECM, USA) <mana.hasegawa@jpmorgan.com>; Bott, Jack (CIB ECM, USA) <jack.bott@jpmorgan.com>; Riego De Dios, Gene R (CIB Risk, USA) <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D (Legal, USA) <Stuart.D.Fishman@chase.com>; Rosado, Liz (Legal, USA) <liz.rosado@jpmorgan.com>; Wasserman, Peter J (Legal, USA) <Peter.J.Wasserman@chase.com>; Segal, Yitz (Legal, USA) <yitz.segal@jpmchase.com>; Shin, Eileen J (Legal, USA) <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; Denenberg, Alan F.

                                                                                    CVNA_CA_00073376

<alan.denenberg@davispolk.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Lian, Charlie <charlie.lian@davispolk.com>; Sherman, Bradford <bradford.sherman@davispolk.com>; mario.verdolini@davispolk.com

**Subject:** RE: CVNA- Preferred OM

DPW is signed off.

**Travis B. Mitchell**

**Davis Polk & Wardwell** LLP
+1 650 752 2036 office
+1 240 431 7610 mobile
travis.mitchell@davispolk.com

---

**From:** Martinez, Katy <katy.martinez@kirkland.com>
**Sent:** Friday, April 22, 2022 4:56 AM
**To:** Keeley, Michael P. <michael.keeley@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; adam.kool@kirkland.com; Evans, Thomas L. <tevans@kirkland.com>; adam.kool@kirkland.com; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; mark.b.pinsky@jpmorgan.com; ian.b.macallister@jpmorgan.com; Sawhney, Raghav (CIB IBC, USA <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy (CIB IBC, USA <tzivy.lerner@jpmorgan.com>; Stathis.Karanikolaidis@jpmorgan.com; kyle.p.wagner@jpmorgan.com; Ferrara, Peter J (CIB DCM, USA <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack (CIB DCM, USA <jack.hodgson@jpmorgan.com>; eugene.y.sohn@jpmorgan.com; Vemula, Manoj (CIB ECM, USA <manoj.vemula@jpmorgan.com>; Hasegawa, Mana (CIB ECM, USA <mana.hasegawa@jpmorgan.com>; Bott, Jack (CIB ECM, USA <jack.bott@jpmorgan.com>; gene.r.riegodedios@jpmorgan.com; Stuart.D.Fishman@chase.com; Rosado, Liz (Legal, USA <liz.rosado@jpmorgan.com>; Peter.J.Wasserman@chase.com; yitz.segal@jpmorgan.com; eileen.j.shin@jpmchase.com; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; Denenberg, Alan F. <alan.denenberg@davispolk.com>; Gould, Jeffrey <jeffrey.gould@davispolk.com>; Mitchell, Travis B. <travis.mitchell@davispolk.com>; Bye, Jonathan <jonathan.bye@davispolk.com>; Lian, Charlie <charlie.lian@davispolk.com>; Sherman, Bradford <bradford.sherman@davispolk.com>; Verdolini, Mario J. <mario.verdolini@davispolk.com>
**Subject:** RE: CVNA- Preferred OM

All,

Attached please find the updated preferred OM with a redline to the draft circulated Wednesday afternoon. We would appreciate everyone's comments or sign-off at their earliest convenience.

CVNA_CA_00073377

Thanks,
Katy

**Katy Martinez**

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4248  M +1 312 659 1446
F +1 312 862 2200

katy.martinez@kirkland.com

---

**From:** Keeley, Michael P. <michael.keeley@kirkland.com>
**Sent:** Thursday, April 21, 2022 3:40 PM
**To:** Martinez, Katy <katy.martinez@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B (CIB, USA <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B (CIB, USA <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav (CIB IBC, USA <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy (CIB IBC, USA <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis (CIB, USA <Stathis.Karanikolaidis@jpmorgan.com>; Wagner, Kyle P (CIB DCM, USA <kyle.p.wagner@jpmorgan.com>; Ferrara, Peter J (CIB DCM, USA <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack (CIB DCM, USA <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM (CIB, USA <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj (CIB ECM, USA <manoj.vemula@jpmorgan.com>; Hasegawa, Mana (CIB ECM, USA <mana.hasegawa@jpmorgan.com>; Bott, Jack (CIB ECM, USA <jack.bott@jpmorgan.com>; Riego De Dios, Gene R (CIB Risk, USA <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D (Legal, USA <Stuart.D.Fishman@chase.com>; Rosado, Liz (Legal, USA <liz.rosado@jpmorgan.com>; Wasserman, Peter J (Legal, USA <Peter.J.Wasserman@chase.com>; yitz.segal@jpmorgan.com; Shin, Eileen J (Legal, USA <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; jonathan.bye@davispolk.com; charlie.lian@davispolk.com; bradford.sherman@davispolk.com; mario.verdolini@davispolk.com
**Subject:** RE: CVNA- Preferred OM

revised, tax disclosure to come, thx

Michael P. Keeley

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2144  F +1 312 862 2200

CONFIDENTIAL                                                                                          CVNA_CA_00073378

michael.keeley@kirkland.com

**From:** Keeley, Michael P. <michael.keeley@kirkland.com>
**Sent:** Tuesday, April 19, 2022 1:58 PM
**To:** Martinez, Katy <katy.martinez@kirkland.com>; Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>; Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>
**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B (CIB, USA <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B (CIB, USA <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav (CIB IBC, USA <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy (CIB IBC, USA <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis (CIB, USA <Stathis.Karanikolaidis@jpmorgan.com>; Wagner, Kyle P (CIB DCM, USA <kyle.p.wagner@jpmorgan.com>; Ferrara, Peter J (CIB DCM, USA <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack (CIB DCM, USA <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM (CIB, USA <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj (CIB ECM, USA <manoj.vemula@jpmorgan.com>; Hasegawa, Mana (CIB ECM, USA <mana.hasegawa@jpmorgan.com>; Bott, Jack (CIB ECM, USA <jack.bott@jpmorgan.com>; Riego De Dios, Gene R (CIB Risk, USA <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D (Legal, USA <Stuart.D.Fishman@chase.com>; Rosado, Liz (Legal, USA <liz.rosado@jpmorgan.com>; Wasserman, Peter J (Legal, USA <Peter.J.Wasserman@chase.com>; yitz.segal@jpmorgan.com; Shin, Eileen J (Legal, USA <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; jonathan.bye@davispolk.com; charlie.lian@davispolk.com; bradford.sherman@davispolk.com; mario.verdolini@davispolk.com
**Subject:** RE: CVNA- Preferred OM

apologies, here's a better redline

Michael P. Keeley

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2144  F +1 312 862 2200

michael.keeley@kirkland.com

**From:** Martinez, Katy <katy.martinez@kirkland.com>
**Sent:** Tuesday, April 19, 2022 1:42 PM
**To:** Ben Darche <ben.darche@carvana.com>; kevin.hogan@carvana.com; Lisa Johnson <lisa.johnson@carvana.com>;

CONFIDENTIAL

Nathan Herbert <nathan.herbert@carvana.com>; Paul Breaux <paul.breaux@carvana.com>; Sarah Wolf Reust <sarah.wolfreust@carvana.com>; Mike Mckeever <Mike.Mckeever@carvana.com>; Meg Kehan <meg.kehan@carvana.com>

**Cc:** Goedert, Robert <rgoedert@kirkland.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Johnson, Chris <chris.johnson@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; Khan, Laila Amin <laila.khan@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Kool, Adam <adam.kool@kirkland.com>; Evans, Thomas L. <tevans@kirkland.com>; Shulman, Dean S. <dean.shulman@kirkland.com>; Hendrickson, Paul Stephens <paul.hendrickson@kirkland.com>; Pinsky, Mark B (CIB, USA <mark.b.pinsky@jpmorgan.com>; MacAllister, Ian B (CIB, USA <ian.b.macallister@jpmorgan.com>; Sawhney, Raghav (CIB IBC, USA <raghav.sawhney@jpmorgan.com>; Lerner, Tzivy (CIB IBC, USA <tzivy.lerner@jpmorgan.com>; Karanikolaidis, Stathis (CIB, USA <Stathis.Karanikolaidis@jpmorgan.com>; Wagner, Kyle P (CIB DCM, USA <kyle.p.wagner@jpmorgan.com>; Ferrara, Peter J (CIB DCM, USA <peter.j.ferrara@jpmorgan.com>; Hodgson, Jack (CIB DCM, USA <jack.hodgson@jpmorgan.com>; Sohn, Eugene Y - ECM (CIB, USA <eugene.y.sohn@jpmorgan.com>; Vemula, Manoj (CIB ECM, USA <manoj.vemula@jpmorgan.com>; Hasegawa, Mana (CIB ECM, USA <mana.hasegawa@jpmorgan.com>; Bott, Jack (CIB ECM, USA <jack.bott@jpmorgan.com>; Riego De Dios, Gene R (CIB Risk, USA <gene.r.riegodedios@jpmorgan.com>; Fishman, Stuart D (Legal, USA <Stuart.D.Fishman@chase.com>; Rosado, Liz (Legal, USA <liz.rosado@jpmorgan.com>; Wasserman, Peter J (Legal, USA <Peter.J.Wasserman@chase.com>; yitz.segal@jpmorgan.com; Shin, Eileen J (Legal, USA <eileen.j.shin@jpmchase.com>; christian.anderson@citi.com; brian.yick@citi.com; andrew.cuthill@citi.com; nicholas.landi@citi.com; ryan.bott@citi.com; alan.dockeray@citi.com; christian.berardo@citi.com; salman.karim@citi.com; paul.abrahimzadeh@citi.com; brian.deleo@citi.com; alex.zelinski@citi.com; tyler.shaw@citi.com; patrick.korth@citi.com; richard.chand@citi.com; gabriel.xia@citi.com; janelle.c.mosley@citi.com; juliette.lagasi@citi.com; matthew.donovan@citi.com; kirkwood.roland@citi.com; bechar.hamdan@citi.com; matt.calhoun@citi.com; ann.paulose@citi.com; jackson.schultz@citi.com; paul.sharkey@citi.com; christopher.herzog@citi.com; eric.sade@citi.com; jordan.lee.jancze@citi.com; aidan.coyle@citi.com; adebayo.akindude@citi.com; doug.baird@citi.com; javier.escobar@citi.com; michael.nahill@citi.com; joe.eroyan@citi.com; natalia.bak@citi.com; julio.gurdian@citi.com; nithya.narayanan@citi.com; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; jonathan.bye@davispolk.com; charlie.lian@davispolk.com; bradford.sherman@davispolk.com; mario.verdolini@davispolk.com

**Subject:** RE: CVNA- Preferred OM

All,

Attached please find the updated Preferred OM which reflects all comments received thus far. We are getting close here, however there still remain some open points which we are running down with the company. Please provide your comments when able.

Thanks,
Katy

Katy Martinez

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4248  M +1 312 659 1446
F +1 312 862 2200

katy.martinez@kirkland.com

CONFIDENTIAL

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIAL