# Exhibit 6

Message
_____

**From:**       Sinclair, Ashley [ashley.sinclair@kirkland.com]
**Sent:**       4/20/2022 1:55:29 PM
**To:**         Johnson, Chris [chris.johnson@kirkland.com]; Berardo, Christian[ICG-BCMA] [christian.berardo@citi.com];
               mark.jenkins@carvana.com; mike.mckeever@carvana.com; paul.breaux@carvana.com; mike.levin@carvana.com;
               kevin.hogan@carvana.com; meg.kehan@carvana.com; sarah.wolfreust@carvana.com; Joel.Lewison@carvana.com;
               Matt.dundas@carvana.com; Anderson, Christian[ICG-BCMA] [christian.anderson@citi.com]; Yick, Brian [ICG-BCMA]
               [brian.yick@citi.com]; Cuthill, Andrew [ICG-BCMA] [andrew.cuthill@citi.com]; Landi, Nicholas [ICG-BCMA]
               [nicholas.landi@citi.com]; Bott, Ryan [ICG-BCMA] [ryan.bott@citi.com]; Dockeray, Alan [ICG-BCMA]
               [alan.dockeray@citi.com]; Stack, Thomas[ICG-BCMA] [thomas.stack@citi.com]; Karim, Salman [ICG-BCMA]
               [salman.karim@citi.com]; Abrahimzadeh, Paul [ICG-BCMA] [paul.abrahimzadeh@citi.com]; Deleo, Brian [ICG-BCMA]
               [brian.deleo@citi.com]; Zelinski, Alex [ICG-BCMA] [alex.zelinski@citi.com]; Shaw, Tyler [ICG-BCMA]
               [tyler.shaw@citi.com]; Krastev, Martin [ICG-BCMA] [martin.krastev@citi.com]; Korth, Patrick[ICG-BCMA]
               [patrick.korth@citi.com]; Chand, Richard [ICG-BCMA] [richard.chand@citi.com]; Xia, Gabriel [ICG-BCMA]
               [gabriel.xia@citi.com]; Mosley, Janelle C. [ICG-BCMA] [janelle.c.mosley@citi.com]; Lagasi,Juliette [ICG-BCMA]
               [juliette.lagasi@citi.com]; Donovan, Matthew[ICG-BCMA] [matthew.donovan@citi.com];
               mark.b.pinsky@jpmorgan.com; ian.b.macallister@jpmorgan.com; raghav.sawhney@jpmorgan.com;
               tzivy.lerner@jpmorgan.com; josh.levy@jpmorgan.com; eugene.y.sohn@jpmorgan.com;
               manoj.vemula@jpmorgan.com; mana.hasegawa@jpmorgan.com; jack.bott@jpmorgan.com;
               eileen.j.shin@jpmchase.com; euihyun.kim@jpmorgan.com; CACTUSEQT_Core@jpmorgan.com; Goedert, Robert
               [rgoedert@kirkland.com]; Keeley, Michael P. [michael.keeley@kirkland.com]; Ellis, Johnny
               [johnny.ellis@kirkland.com]; Billiter, Laura J. [laura.billiter@kirkland.com]; alan.denenberg@davispolk.com;
               jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; charlie.lian@davispolk.com;
               jonathan.bye@davispolk.com; ryan.giacolone@us.gt.com; denny.childress@us.gt.com; ashley.nobis@us.gt.com;
               Richard.Lozoya@us.gt.com; Alex.Broglia@us.gt.com; Martinez, Katy [katy.martinez@kirkland.com]
**Subject:**    RE: CVNA Launch PR
**Attachments:** Change-Pro Redline - CVNA - Launch PR (Common April 2022) (K&E Draft 4.20.22)-84370301-v17 and CVNA - Launch
               PR (Common April 2022) (K&E Draft 4.20.22.pdf; CVNA - Launch PR (Common April 2022) (K&E Draft
               4.20.22)_(84370301_18).DOCX

All,

**Please see below for sign offs needed:**

**PRESS RELEASE:** DPW, Citi and JPM, can you please provide sign off on the press release so that the company can get
this set up to be issued ASAP (reattached here)?

**FORM 8-K INCLUDING FINANCIALS:** DPW, Citi and JPM, please provide sign off as soon as possible.  We have received
sign off from CVNA, GT and KPMG (reattached here).

**FORM S-3:** This is in agreed form, as we have received no further comments.

**PRO SUPP:** Carvana, DPW, Citi and JPM, please provide sign off on the pro supp as soon as possible once we circulate
the updated proof.

Thank you,
Ashley

Ashley Sinclair*

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 3928  M +1 347 933 3082
F +1 312 862 2200

ashley.sinclair@kirkland.com

CONFIDENTIAL                                                                                  CVNA_CA_00070450

*Admitted only in Wisconsin.

**From:** Johnson, Chris <chris.johnson@kirkland.com>
**Sent:** Wednesday, April 20, 2022 2:29 PM
**To:** Berardo, Christian [ICG-BCMA] <christian.berardo@citi.com>; mark.jenkins@carvana.com; mike.mckeever@carvana.com; paul.breaux@carvana.com; mike.levin@carvana.com; kevin.hogan@carvana.com; meg.kehan@carvana.com; sarah.wolfreust@carvana.com; Joel.Lewison@carvana.com; Matt.dundas@carvana.com; Anderson, Christian [ICG-BCMA] <christian.anderson@citi.com>; Yick, Brian [ICG-BCMA] <brian.yick@citi.com>; Cuthill, Andrew [ICG-BCMA] <andrew.cuthill@citi.com>; Landi, Nicholas [ICG-BCMA] <nicholas.landi@citi.com>; Bott, Ryan [ICG-BCMA] <ryan.bott@citi.com>; Dockeray, Alan [ICG-BCMA] <alan.dockeray@citi.com>; Stack, Thomas [ICG-BCMA] <thomas.stack@citi.com>; Karim, Salman [ICG-BCMA] <salman.karim@citi.com>; Abrahimzadeh, Paul [ICG-BCMA] <paul.abrahimzadeh@citi.com>; Deleo, Brian [ICG-BCMA] <brian.deleo@citi.com>; Zelinski, Alex [ICG-BCMA] <alex.zelinski@citi.com>; Shaw, Tyler [ICG-BCMA] <tyler.shaw@citi.com>; Krastev, Martin [ICG-BCMA] <martin.krastev@citi.com>; Korth, Patrick [ICG-BCMA] <patrick.korth@citi.com>; Chand, Richard [ICG-BCMA] <richard.chand@citi.com>; Xia, Gabriel [ICG-BCMA] <gabriel.xia@citi.com>; Mosley, Janelle C. [ICG-BCMA] <janelle.c.mosley@citi.com>; Lagasi, Juliette [ICG-BCMA] <juliette.lagasi@citi.com>; Donovan, Matthew [ICG-BCMA] <matthew.donovan@citi.com>; mark.b.pinsky@jpmorgan.com; ian.b.macallister@jpmorgan.com; raghav.sawhney@jpmorgan.com; tzivy.lerner@jpmorgan.com; josh.levy@jpmorgan.com; eugene.y.sohn@jpmorgan.com; manoj.vemula@jpmorgan.com; mana.hasegawa@jpmorgan.com; jack.bott@jpmorgan.com; eileen.j.shin@jpmchase.com; euihyun.kim@jpmorgan.com; CACTUSEQT_Core@jpmorgan.com; Goedert, Robert <rgoedert@kirkland.com>; Keeley, Michael P. <michael.keeley@kirkland.com>; Sinclair, Ashley <ashley.sinclair@kirkland.com>; Ellis, Johnny <johnny.ellis@kirkland.com>; Billiter, Laura J. <laura.billiter@kirkland.com>; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com; charlie.lian@davispolk.com; jonathan.bye@davispolk.com; ryan.giacolone@us.gt.com; denny.childress@us.gt.com; ashley.nobis@us.gt.com; Richard.Lozoya@us.gt.com; Alex.Broglia@us.gt.com
**Subject:** RE: CVNA Launch PR

All,

Updated Press Releases attached, as discussed on the call.

Chris Johnson*

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4197  M +1 615 679 6520
F +1 312 862 2200

chris.johnson@kirkland.com

*Admitted only in Tennessee.

-----Original Appointment-----
**From:** Berardo, Christian [ICG-BCMA] <christian.berardo@citi.com>
**Sent:** Tuesday, April 19, 2022 11:31 PM
**To:** Berardo, Christian [ICG-BCMA]; mark.jenkins@carvana.com; mike.mckeever@carvana.com; paul.breaux@carvana.com; mike.levin@carvana.com; kevin.hogan@carvana.com; meg.kehan@carvana.com; sarah.wolfreust@carvana.com; Joel.Lewison@carvana.com; Matt.dundas@carvana.com; Anderson, Christian [ICG-BCMA]; Yick, Brian [ICG-BCMA]; Cuthill, Andrew [ICG-BCMA]; Landi, Nicholas [ICG-BCMA]; Bott, Ryan [ICG-BCMA]; Dockeray, Alan [ICG-BCMA]; Stack, Thomas [ICG-BCMA]; Karim, Salman [ICG-BCMA]; Abrahimzadeh, Paul [ICG-BCMA]; Deleo, Brian [ICG-BCMA]; Zelinski, Alex [ICG-BCMA]; Shaw, Tyler [ICG-BCMA]; Krastev, Martin [ICG-BCMA]; Korth, Patrick [ICG-BCMA]; Chand, Richard [ICG-BCMA]; Xia, Gabriel [ICG-BCMA]; Mosley, Janelle C. [ICG-BCMA]; Lagasi, Juliette [ICG-BCMA]; Donovan, Matthew [ICG-BCMA]; mark.b.pinsky@jpmorgan.com; ian.b.macallister@jpmorgan.com; raghav.sawhney@jpmorgan.com; tzivy.lerner@jpmorgan.com; josh.levy@jpmorgan.com;

CVNA_CA_00070451

eugene.y.sohn@jpmorgan.com; manoj.vemula@jpmorgan.com; mana.hasegawa@jpmorgan.com;
jack.bott@jpmorgan.com; eileen.j.shin@jpmchase.com; euihyun.kim@jpmorgan.com;
CACTUSEQT_Core@jpmorgan.com; Goedert, Robert; Keeley, Michael P.; Sinclair, Ashley; Ellis, Johnny; Johnson, Chris;
Billiter, Laura J.; alan.denenberg@davispolk.com; jeffrey.gould@davispolk.com; travis.mitchell@davispolk.com;
charlie.lian@davispolk.com; jonathan.bye@davispolk.com; ryan.giacolone@us.gt.com; denny.childress@us.gt.com;
ashley.nobis@us.gt.com; Richard.Lozoya@us.gt.com; Alex.Broglia@us.gt.com
**Subject:** CVNA Go/No-Go & Bring-Down Due Diligence
**When:** Wednesday, April 20, 2022 3:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Zoom Meeting ID 977 345 0266 // Password 528 541

US Dial in: +1 (646) 876-9923
UK Dial in: +44 330 088 5830

Meeting ID: 977 345 0266
Password: 528 541
US one-tap mobile
+16468769923,,9773450266#,,,,,,0#,,528541#
Join Zoom Meeting
https://citi.zoom.us/j/9773450266?pwd=QWFjYnBSUkdDbWFhbzg4bUR6L2lpdz09

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIAL

CVNA_CA_00070452