# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Respondents. | |

This matter is before the Court upon its own review. On February 27, 2026, undersigned received a telephonic communication from the parties noting a deposition dispute regarding Confidential Witness No. 9. Specifically, the parties disagree on whether the following provision in this Court's August 13, 2025, Order applies equally to both sides:

> Defendants shall not question any confidential witness, whether at deposition or otherwise, about his or her participation in Plaintiffs' prefiling investigation, including the manner, date, frequency or substance of the witness' contacts with Plaintiffs' counsel or anyone working at Plaintiffs' counsels' direction.

(Doc. 192 at 7.) Because of the telephonic communication, this Court conducted an emergency telephonic hearing with the parties. *See* (doc. 338.)

Considering the parties' oral arguments, and in an attempt to balance the equities between the parties, the Court issued a verbal order noting that for Confidential Witness No. 9, the abovementioned provision applied equally as to both sides. This order solely

applied to the deposition of Confidential Witness No. 9. The Court further noted that the parties may file a joint discovery motion pursuant to ¶ 6 of the Scheduling Order (doc. 128).[1]

Accordingly,

**IT IS ORDERED** that, regarding Confidential Witness No. 9, the abovementioned provision of (doc. 192) shall apply equally to both sides.

**IT IS FURTHER ORDERED** that the parties may—but are not required to—submit a discovery dispute on this matter pursuant to ¶ 6 of the Scheduling Order (doc. 128) on or before **MARCH 13, 2026**.

Dated this 27th day of February, 2026.

_____
Honorable John Z. Boyle
United States Magistrate Judge

---

[1]    The parties are not permitted to brief this matter pursuant to LRCiv 7.2.

- 2 -