ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | DECLARATION OF TOR GRONBORG IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| All Actions. | |

4902-5178-5629.v1

I, TOR GRONBORG, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    Declaration of Toni C. Inscoe in Support of Lead Plaintiffs' Motion for Class Certification, dated April 6, 2026;

Exhibit 2:    Declaration of Pamela Peters in Support of Lead Plaintiffs' Motion for Class Certification, dated April 2, 2026;

Exhibit 3:    Expert Report of Matthew D. Cain, Ph.D., dated April 6, 2026; and

Exhibit 4:    Firm Resume of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 6, 2026, at San Diego, California.

TOR GRONBORG

- 1 -

4902-5178-5629.v1