# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
| | ) | |
| This Document Relates To: | ) ) ) | DECLARATION OF TONI C. INSCOE IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| All Actions. | ) ) ) | |

4937-1787-8425.v1

I, Toni C. Inscoe, declare as follows:

1. I respectfully submit this declaration in support of Lead Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Fund Administrator and custodian of records of the United Association National Pension Fund ("UANPF" or the "Fund"). In such capacity, I am authorized to execute this Declaration on behalf of the Fund, which I do based on my own knowledge and information contained in the Fund's records.

3. The UANPF is a multi-employer defined benefit pension plan with approximately $8.0 billion in assets for the benefit of approximately 150,000 participants. The Fund's administrative office is in Alexandria, Virginia.

4. The Fund purchased Carvana common stock during the May 6, 2020 through October 7, 2022 Class Period, including in Carvana's April 2022 public offering, and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. *See* Certification Pursuant to Federal Securities Laws (ECF 71 at pages 325-329) ("UANPF Certification").

5. The Fund was appointed as a Lead Plaintiff in this action on November 2, 2022, and now seeks appointment as a class representative.

6. As a Lead Plaintiff, the Fund has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP, and it will continue to do so if appointed as a class representative. For example, the Fund has and will continue to regularly confer with counsel about various aspects of this

- 1 -

litigation, including pleadings, motion practice, discovery, court orders, and other case developments. The Fund has already received and reviewed documents filed with the Court, including the complaint, Lead Plaintiffs' opposition to defendants' motion to dismiss the Amended Consolidated Complaint, discovery motions, and the Motion for Class Certification. The Fund has diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures, written responses to defendants' interrogatories, and written responses to defendants' document requests; discussing defendants' document requests with Robbins Geller; and searching for and producing documents to defendants. Also, I sat for a seven-hour deposition to provide testimony as the representative of UANPF.

7.    UANPF understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. UANPF is willing and able to serve as a class representative, and if appointed, will vigorously prosecute this litigation in order to maximize recovery for the proposed class.

8.    UANPF, as a proposed class representative, understands that it owes a fiduciary duty to all members of the Class to provide fair and adequate representation, and it intends to continue to work with counsel to obtain the maximum recovery possible for the Class consistent with good faith and meritorious advocacy.

9.    UANPF also intends to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller, whose lawyers have already been actively assisting in the prosecution of this matter and will continue to do so. In addition, the Fund believes that Robbins Geller has substantial experience and expertise in prosecuting

- 2 -

4937-1787-8425.v1

securities class actions and possesses the necessary financial and human resources to prosecute the case effectively.

10. UANPF will not accept any payment for serving as a class representative beyond its pro rata share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court. *See* UANPF Certification, ¶6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6 , 2026, at Alexandria, Virginia.

> _____
> TONI C. INSCOE
> Fund Administrator
> United Association National Pension Fund

- 3 -

4937-1787-8425.v1