# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | DECLARATION OF PAMELA PETERS IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| All Actions. | |

I, Pamela Peters, declare as follows:

1.      I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Chief Financial Officer of the Saskatchewan Healthcare Employees' Pension Plan ("SHEPP").  SHEPP is the largest defined benefit plan in the Saskatchewan providence of Canada and holds more than $10 billion in assets for the benefit of over 60,000 participants.

3.      SHEPP purchased Carvana common stock during the May 6, 2020 through October 7, 2022 Class Period, including in Carvana's April 2022 public offering, and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. *See* Certification Pursuant to Federal Securities Laws (ECF 71 at pages 330-332) ("SHEPP Certification").

4.      SHEPP was appointed as a Lead Plaintiff in this action on November 2, 2022, and now seeks appointment as a class representative.

5.      As a Lead Plaintiff, SHEPP has reviewed and monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP, and it will continue to do so if appointed as a class representative.  For example, SHEPP has and will continue to regularly confer with counsel about various aspects of this litigation, including pleadings, motion practice, discovery, court orders, and other case developments.  SHEPP has already received and reviewed documents filed with the Court, including the Amended Consolidated Complaint, Lead Plaintiffs' opposition to defendants'

- 1 -

4909-7231-3497.v1

motion to dismiss the complaint, discovery motions, and the instant Motion for Class Certification. SHEPP has diligently participated in discovery, including by serving Federal Rule of Civil Procedure 26 disclosures, written responses to defendants' interrogatories, written responses to defendants' document requests, discussing defendants' document requests with Robbins Geller, and searching for and producing documents to defendants, and I sat for a seven hour deposition to provide testimony as the representative of SHEPP.

6. SHEPP understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. SHEPP is willing and able to serve as a class representative, and if appointed, will vigorously prosecute this litigation in order to maximize recovery for the proposed class.

7. SHEPP, as a proposed class representative, understands that it owes a fiduciary duty to all members of the Class to provide fair and adequate representation and intends to continue to work with counsel to obtain the maximum recovery possible for the Class consistent with good faith and meritorious advocacy.

8. SHEPP also intends to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller, whose lawyers have already been actively assisting in the prosecution of this matter and will continue to do so. In addition, SHEPP believes that Robbins Geller has substantial experience and expertise in prosecuting securities class actions and possesses the necessary financial and human resources to prosecute the case effectively.

9. SHEPP will not accept any payment for serving as a class representative beyond its pro rata share of any recovery, except for reimbursement of such reasonable costs

- 2 -

4909-7231-3497.v1

and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. *See* SHEPP Certification, ¶6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2026, at Regina, Saskatchewan.

_____
PAMELA PETERS
Chief Financial Officer
Saskatchewan Healthcare Employees' Pension
Plan

- 3 -

4909-7231-3497.v1