# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Carvana Company, et al., <br><br> Respondents. | No. CV-22-02126-PHX-MTL <br><br> **ORDER** |

On April 24, 2026, the parties notified the Court of a discovery dispute regarding Carvana Defendants' privilege log. Considering the parties' discovery dispute, the Court shall permit the parties to brief the matter pursuant to LRCiv 7.2(e). Additionally, the Court shall set a briefing schedule on this matter.

Accordingly,

**IT IS ORDERED** that LRCiv 7.2(e) shall govern the instant discovery dispute.

**IT IS FURTHER ORDERED** that Plaintiffs' deadline to file their discovery dispute is **APRIL 27, 2026**.

**IT IS FURTHER ORDERED** that Defendants response in opposition will be due on or before **MAY 11, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs' deadline to file a reply in support of their discovery motion is **MAY 18, 2026**.

**IT IS FURTHER ORDERED** that a Telephonic Hearing on Plaintiffs' discovery motion is scheduled for **MAY 22, 2026,** at **10:00 a.m.** before Magistrate Judge John Z.

Boyle. Counsel for the parties are directed to call (855) 244-8681 and use access code 2302 321 0604 five minutes before the hearing.

Dated this 27th day of April, 2026.

Honorable John Z. Boyle
United States Magistrate Judge

- 2 -