UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In re Carvana Co. Securities Litigation | ) | No. CV-22-2126-PHX-MTL |
|---|---|---|
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| This Document Relates To: | ) | LEAD PLAINTIFFS' MOTION TO |
| | ) | COMPEL PRODUCTION OF |
| | ) | DOCUMENTS WITHHELD AS |
| All Actions. | ) | PRIVILEGED AND FOR *IN CAMERA* |
| | ) | REVIEW AND TO APPOINT SPECIAL |
| | ) | MASTER |

4931-9923-0630.v1

Having carefully considered Lead Plaintiffs' Motion to Compel Production of Documents Withheld as Privileged for *In Camera* Review and to Appoint Special Master (the "Motion"), and any response(s) thereto, and for good cause appearing, including the defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan's failure to substantiate their privilege claims,

IT IS ORDERED as follows:

1.     Lead Plaintiffs' Motion is hereby GRANTED.

- 1 -

4931-9923-0630.v1