ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
ERIKA L. OLIVER (CA 306614)
RACHEL A. COCALIS (CA 312376)
MATTHEW J. BALOTTA (CA 310303)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
eoliver@rgrdlaw.com
rcocalis@rgrdlaw.com
mbalotta@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | DECLARATION OF RACHEL A. COCALIS IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS PRIVILEGED FOR *IN CAMERA* REVIEW AND TO APPOINT SPECIAL MASTER |
| All Actions. | |

4910-6773-6229.v1

I, RACHEL A. COCALIS, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiffs United Association National Pension Fund and Saskatchewan Healthcare Employees' Pension Plan ("Plaintiffs") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Lead Plaintiffs' Appendix A (**FILED UNDER SEAL**);

Exhibit 2:      August 1, 2025 email from Kaitlin P. Sheehan to Sarah Fallon et al.;

Exhibit 3:      August 4, 2025 email from Christian Word to Tor Gronborg;

Exhibit 4:      January 23, 2026 email chain from Sarah Fallon to Counsel (**REDACTED**);

Exhibit 5:      Excerpts of February 12, 2026 email chain from Natalie Salazar to Counsel;

Exhibit 6:      Letter from Mathew Andrews to Matthew J. Peters, dated February 21, 2026 (**REDACTED**);

Exhibit 7:      Excerpts of February 28, 2026 email chain from Natalie Salazar to Counsel;

Exhibit 8:      March 3, 2026 email from Kavya Kodungallur to Counsel;

Exhibit 9:      Letter from Matthew J. Peters to Mathew Andrews, dated March 4, 2026 (**REDACTED**);

Exhibit 10:     Letter from Mathew Andrews to Christian Word, dated March 18, 2026 (**REDACTED**);

Exhibit 11:     Letter from Rachel A. Cocalis to Christian Word, dated April 22, 2026 (**REDACTED**);

Exhibit 12:     Excerpts of April 27, 2026 email chain from Scott Dion to Counsel;

Exhibit 13:     The Carvana Defendants' Consolidated and Amended Privilege Log furnished on April 9, 2026 (**FILED UNDER SEAL**);

Exhibit 14:     Letter from Mathew Andrews to Christian Word, dated March 20, 2026 (**REDACTED**); and

- 1 -

4910-6773-6229.v1

Exhibit 15:    Letter from Christian Word to Mathew Andrews, dated March 31, 2026 (**FILED UNDER SEAL**).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 27, 2026, at San Diego, California.

_____
RACHEL A. COCALIS

- 2 -

4910-6773-6229.v1