# EXHIBIT 3

## Sarah Fallon

**From:** Christian.Word@LW.com
**Sent:** Monday, August 4, 2025 1:06 PM
**To:** Tor Gronborg
**Cc:** Matthew.Peters@lw.com; Rachel Cocalis; Sarah Fallon
**Subject:** RE: Carvana

EXTERNAL SENDER
Works for me.  I'll send an invite.  Thanks

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Sent:** Monday, August 4, 2025 4:04 PM
**To:** Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** Re: Carvana

Yes. How about 11:00 am ET?

On Aug 4, 2025, at 9:59 PM, Christian.Word@lw.com wrote:

 EXTERNAL SENDER
Hey Tor.  Does tomorrow work for you?

Best,
Christian

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Sent:** Tuesday, July 29, 2025 2:47 PM
**To:** Word, Christian (DC) <Christian.Word@LW.com>
**Cc:** Peters, Matthew (DC) <Matthew.Peters@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** Re: Carvana

Yes. Email me Monday and let me know what works for you. Enjoy the week.

On Jul 29, 2025, at 11:21 AM, Christian.Word@lw.com wrote:

 EXTERNAL SENDER
Hey Tor.  I'm out this week on vacation.  Can we talk early next week?

**J. Christian Word**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

1

Direct Dial: +1.202.637.2223
Email: christian.word@lw.com
https://www.lw.com

---

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Date:** Tuesday, Jul 29, 2025 at 1:15 PM
**To:** Word, Christian (DC) <Christian.Word@LW.com>, Peters, Matthew (DC) <Matthew.Peters@lw.com>
**Cc:** Rachel Cocalis <RCocalis@rgrdlaw.com>, Sarah Fallon <SFallon@rgrdlaw.com>
**Subject:** Carvana

Christian/Matt, will you please let me know if you're available for a call tomorrow or Thursday regarding Kirkland and the Carvana defendants assertion of privilege. Thanks.

Tor

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.