# EXHIBIT 5

## Sarah Fallon

| | |
|---|---|
| **From:** | Natalie.Salazar@lw.com |
| **Sent:** | Thursday, February 12, 2026 10:03 PM |
| **To:** | Sarah Fallon; Christian.Word@LW.com; Tor Gronborg; Matthew.Peters@lw.com; Kalana.Kariyawasam@lw.com; Meryn.Grant@lw.com |
| **Cc:** | Erika Oliver; Dan Drosman; Rachel Cocalis; Jeff.Hammel@lw.com; Mathew Andrews; Scott Dion; John Eastly |
| **Subject:** | RE: Carvana |
| **Attachments:** | 2026.02.12 Carvana Defendants Categorical Privilege Log.xlsx |

EXTERNAL SENDER
Counsel,

Attached is an initial privilege log which reflects responsive documents and communications that are protected in whole or in part by the attorney-client privilege or attorney work product doctrine. Carvana reserves the right to amend and supplement the privilege log and will provide additional logs on a rolling basis.

Thank you,

**Natalie R. Salazar**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.777.7106
Email: natalie.salazar@lw.com
https://www.lw.com

---

**From:** Sarah Fallon <SFallon@rgrdlaw.com>
**Sent:** Thursday, February 12, 2026 10:07 AM
**To:** Word, Christian (DC) <Christian.Word@LW.com>; Tor Gronborg <TorG@rgrdlaw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; Kariyawasam, Kalana (NY) <Kalana.Kariyawasam@lw.com>
**Cc:** Erika Oliver <EOliver@rgrdlaw.com>; Dan Drosman <DanD@rgrdlaw.com>; Salazar, Natalie (CH) <Natalie.Salazar@lw.com>; Rachel Cocalis <RCocalis@rgrdlaw.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Mathew Andrews <MAndrews@rgrdlaw.com>; Scott Dion <SDion@rgrdlaw.com>
**Subject:** RE: Carvana

Christian,

We have still not received any additional privilege logs from the Carvana Defendants. As Plaintiffs have explained, the production of these logs cannot be put off any longer. For example, Plaintiffs cannot schedule any depositions without having the opportunity to review all corresponding privilege log entries for a given deponent. Given that you have estimated a 102,372-entry log, Plaintiffs will need a substantial amount of time to review its entries. Please confirm that you will immediately begin providing rolling privilege logs. Barring that confirmation, we will promptly seek relief from the Court.

Thanks,
Sarah