# EXHIBIT 8

## Sarah Fallon

| | |
|---|---|
| **From:** | Kavya Kodungallur (SF) <Kavya.Kodungallur@lw.com> |
| **Sent:** | Tuesday, March 3, 2026 9:07 PM |
| **To:** | Rachel Cocalis; Erika Oliver; Dan Drosman; David Rosenfeld; Robert Rothman; Sarah Fallon; Tor Gronborg; Katie Woods; sbuergel@paulweiss.com; Kristina A. Bunting; abenedon@paulweiss.com; mpisem@paulweiss.com; aharper@paulweiss.com; dnorthup@fennemorelaw.com; Walker, Melanie; Grinblat, Yan; 'jmosely@paulweiss.com'; Cordray, Madeline; Matthew Balotta; Katie Woods; Camielle Peters; Mosely, Joseph; Grant, Derrell; Grant, Derrell; Peplow, Emma; Tor Gronborg; Mathew Andrews; Scott Dion |
| **Cc:** | Andrew Clubok (DC); Jeff Hammel (NY); Christian Word (DC); Susan Engel (DC); Matthew Peters (DC); AMarconi@fennemorelaw.com; Kalana Kariyawasam (NY); Meryn Grant (LA); Ashley Gebicke (SD); Natalie Salazar (CH); John Eastly; Celeste Hamre (BN) |
| **Subject:** | In re Carvana Securities Litigation, Case No. 2:22-cv-02126-PHX-MTL - Document Production 35 and Amended Privilege Logs |
| **Attachments:** | 2026.03.03_Third Amended Carvana Defendants Privilege Log.xlsx; 2026.03.03 Letter to Plaintiffs re Production 35.pdf; 2026.03.03_2026.02.12 Second Amended Carvana Defendants Privilege Log.xlsx |

EXTERNAL SENDER
Counsel,

Please see the attached letter from Natalie Salazar. You will receive a separate email with a link to download the documents referenced in the letter.

In addition, attached please find Carvana's third amended privilege log and second amended version of the February 12, 2026 privilege log which reflects responsive documents and communications that are protected in whole or in part by the attorney-client privilege or attorney work product doctrine. Carvana reserves the right to amend and supplement the privilege log and will provide additional logs on a rolling basis.

We are happy to discuss if you have any questions.

Thank you,

**Kavya Kodungallur**
Paralegal

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.623.5419
Email: kavya.kodungallur@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express

permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.