# EXHIBIT 12

| | |
|---|---|
| **From:** | Scott Dion |
| **To:** | "Christian.Word@LW.com"; Rachel Cocalis; Sarah Fallon; Matthew.Peters@lw.com; Tor Gronborg; Erika Oliver; Matthew Balotta; Andrew Friedman; bmitchell@labaton.com; Dan Drosman; David Rosenfeld; Robert Rothman; amarconi@fennemorelaw.com; Andrew.Clubok@lw.com; Ashley.Gebicke@lw.com; dnorthup@fennemorelaw.com; Jeff.Hammel@lw.com; Kalana.Kariyawasam@lw.com; Meryn.Grant@lw.com; Susan.Engel@lw.com; cameron.fine@dlapiper.com; emma.peplow@us.dlapiper.com; madeline.cordray@us.dlapiper.com; melanie.walker@us.dlapiper.com; yan.grinblat@dlapiper.com; dfriedman@paulweiss.com; Kristina A. Bunting; sbuergel@paulweiss.com; aapton@zlk.com; jwilson@faruqilaw.com; Mathew Andrews |
| **Subject:** | RE: United Association National Pension Fund, et al. v. Carvana Company, et al. CV-22-2126-PHX-MTL |
| **Date:** | Monday, April 27, 2026 5:01:30 PM |

Counsel,

Pursuant to § 10 of the Protective Order, we write to notify you that, in the course of preparing Plaintiffs' forthcoming motion to compel, Plaintiffs identified the following documents that were produced in discovery but appear to correspond to entries on Defendants' privilege log:

CVNA_CA_00030164-CVNA_CA_00030172;
CVNA_CA_00039725-CVNA_CA_00039859;
CVNA_CA_00179344-CVNA_CA_00179345;
CVNA_CA_00287595-CVNA_CA_00287600;
CVNA_CA_00361870-CVNA_CA_00361888;
CVNA_CA_00490187-CVNA_CA_00490189;
CVNA_CA_00508499-CVNA_CA_00508520;
CVNA_CA_00515530-CVNA_CA_00515533;
CVNA_CA_00515911-CVNA_CA_00515916;
CVNA_CA_00525393-CVNA_CA_00525396;
CVNA_CA_00528649-CVNA_CA_00528671;
CVNA_CA_00528717-CVNA_CA_00528720;
CVNA_CA_00530399-CVNA_CA_00530419;
CVNA_CA_00546244-CVNA_CA_00546256;
CVNA_CA_00577114-CVNA_CA_00577220;
CVNA_CA_00587930-CVNA_CA_00587987; and
CVNA_CA_00725395-CVNA_CA_00725397.

Because these documents appear to have been designated as privileged, Plaintiffs have promptly notified you and sequestered the materials pending resolution of their status, and have refrained from any further review beyond what was necessary to identify the issue.  Plaintiffs do not agree that these materials are privileged, but will not use them unless and until the issue is resolved by agreement or Court order.

Please advise, by no later than May 4, 2026, whether Defendants intend to maintain their privilege designations as to these documents (including the corresponding entries on the April 9 privilege log), or whether Defendants will withdraw those designations and confirm that the documents may be used. If Defendants elect to maintain their claims, Plaintiffs will promptly present the issue to the Court for determination pursuant to Rule 26(b)(5)(B).

Thanks,

Scott

**Scott I. Dion**
Associate



225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
(561) 961-2252

   

---

**From:** Christian.Word@LW.com <Christian.Word@LW.com>
**Sent:** Monday, April 27, 2026 5:02 PM
**To:** Rachel Cocalis <RCocalis@rgrdlaw.com>; Sarah Fallon <SFallon@rgrdlaw.com>; Matthew.Peters@lw.com; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Andrew Friedman <afriedman@bffb.com>; bmitchell@labaton.com; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; amarconi@fennemorelaw.com; Andrew.Clubok@lw.com; Ashley.Gebicke@lw.com; dnorthup@fennemorelaw.com; Jeff.Hammel@lw.com; Kalana.Kariyawasam@lw.com; Meryn.Grant@lw.com; Susan.Engel@lw.com; cameron.fine@dlapiper.com; emma.peplow@us.dlapiper.com; madeline.cordray@us.dlapiper.com; melanie.walker@us.dlapiper.com; yan.grinblat@dlapiper.com; dfriedman@paulweiss.com; Kristina A. Bunting <kbunting@paulweiss.com>; sbuergel@paulweiss.com; aapton@zlk.com; jwilson@faruqilaw.com; Scott Dion <SDion@rgrdlaw.com>; Mathew Andrews <MAndrews@rgrdlaw.com>
**Subject:** RE: United Association National Pension Fund, et al. v. Carvana Company, et al. CV-22-2126-PHX-MTL

EXTERNAL SENDER
This works for us.  Thanks Rachel.

---

**From:** Rachel Cocalis <RCocalis@rgrdlaw.com>
**Sent:** Monday, April 27, 2026 4:37 PM
**To:** Sarah Fallon <SFallon@rgrdlaw.com>; Peters, Matthew (DC) <Matthew.Peters@lw.com>; Tor Gronborg <TorG@rgrdlaw.com>; Erika Oliver <EOliver@rgrdlaw.com>; Matthew Balotta <MBalotta@rgrdlaw.com>; Andrew Friedman <afriedman@bffb.com>; 'bmitchell@labaton.com' <bmitchell@labaton.com>; Dan Drosman <DanD@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'amarconi@fennemorelaw.com' <amarconi@fennemorelaw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Gebicke, Ashley (SD) <Ashley.Gebicke@lw.com>; 'dnorthup@fennemorelaw.com' <dnorthup@fennemorelaw.com>; Word, Christian (DC) <Christian.Word@LW.com>; Hammel, Jeff (NY) <Jeff.Hammel@lw.com>; Kariyawasam, Kalana (NY)