LATHAM & WATKINS LLP
Andrew B. Clubok (*pro hac vice*)
J. Christian Word (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Matthew J. Peters (*pro hac vice)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
Email: christian.word@lw.com
Email: susan.engel@lw.com
Email: matthew.peters@lw.com

Jeff G. Hammel (*pro hac vice*)
Kalana Kariyawasam (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jeff.hammel@lw.com
Email: kalana.kariyawasam@lw.com

Meryn C.N. Grant (*pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Email: meryn.grant@lw.com

*Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re Carvana Co. Securities Litigation | CASE NO. 2:22-cv-02126-PHX-MTL |
| | **DECLARATION OF MERYN C.N. GRANT IN SUPPORT OF SECURITIES ACT DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXCHANGE ACT DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

I, Meryn C.N. Grant, declare as follows:

1.  I am an attorney with the law firm of Latham & Watkins LLP and counsel for Defendants Carvana Co. ("Carvana"), Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan (collectively, the "Defendants") in the above referenced litigation.

2.  I am a member in good standing of the bar of the State of California. I am admitted *pro hac vice* to practice before this Court.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify competently thereto.

3.  Attached hereto as Exhibits 1-24 is a compilation of true and correct copies of declarations from investors who received shares in Carvana's April 2022 secondary offering.

4.  Attached hereto as Exhibit 25 is a true and correct copy of the expert report by economist Lucy Allen, Senior Managing Director at National Economic Research Associates, on May 18, 2026.

5.  Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the deposition transcript of Baillie Gifford & Co. pursuant to Federal Rule of Civil Procedure 30(b)(6)", whose deposition occurred on April 24, 2026.

6.  Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the deposition transcript of T. Rowe Price Group, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6), whose deposition occurred on February 18, 2026.

7.  Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the deposition transcript of Dr. Matthew Cain, whose deposition occurred on May 8, 2026.

8.  Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the deposition transcript of Jennison Associates LLC pursuant to Federal Rule of Civil Procedure 30(b)(6), whose deposition occurred on February 25, 2026.

9. Attached hereto as Exhibit 30 is a true and correct copy of an article published by *Barron's* on June 24, 2022, titled "Carvana Sought to Disrupt Auto Sales. It Delivered Undriveable Cars." available at https://www.barrons.com/articles/carvana-used-cars-registration-problems-51656111441.

10. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the deposition transcript of Confidential Witness No. 4, whose deposition occurred on April 11, 2026.

11. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the deposition transcript of Confidential Witness No. 6, whose deposition occurred on March 10, 2026.

12. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the deposition transcript of Confidential Witness No. 11, whose deposition occurred on March 19, 2026.

13. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the deposition transcript of Confidential Witness No. 8, whose deposition occurred on March 9, 2026.

14. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the deposition transcript of Confidential Witness No. 9, whose deposition occurred on February 26, 2026.

15. Attached hereto as Exhibit 36 is a document produced in discovery by Defendant Citigroup Global Markets Inc., Bates numbered CARVANA-CITI-00038332.

16. Attached hereto as Exhibit 37 is a true and correct copy of an article published by *The Wall Street Journal* on October 22, 2021, titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints," available at https://www.wsj.com/business/autos/carvana-faces-government-scrutiny-and-fines-following-consumer-complaints-11634902676.

17. Attached hereto as Exhibit 38 is a true and correct copy of an article published by *Denver7* on April 7, 2022, titled "Colorado regulators find 'systemic issue' with

Carvana," available at https://www.denver7.com/news/contact-denver7/colorado-regulators-find-systemic-issue-with-carvana.

18. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the deposition transcript of Confidential Witness No. 5, whose deposition occurred on May 14, 2026.

19. Attached hereto as Exhibit 40 is a true and correct copy of Exhibit 58 from the deposition transcript of T. Rowe Price Group, Inc. Most Knowledgeable Person, whose deposition occurred on February 18, 2026.

20. Attached hereto as Exhibit 41 is a true and correct copy of Exhibit 60 from the deposition transcript of T. Rowe Price Group, Inc. Most Knowledgeable Person, whose deposition occurred on February 18, 2026.

21. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff United Association National Pension Fund Person Most Knowledgeable, Toni Inscoe, whose deposition occurred on November 12, 2025.

22. Attached hereto as Exhibit 43 is a true and correct copy of "Order Denying Plaintiff's Motion for Temporary Restraining Order," *Carvana LLC v. Benson,* No. 22-000172-MZ (Mich. Ct. Claims Oct. 19, 2022).

23. Attached hereto as Exhibit 44 is a true and correct copy of "Complaint for Violation of the Securities Act of 1933," *City of Warwick Ret. Sys. v. Carvana Co., et al.,* No. CV 2022-013054 (Maricopa Cnty. Sup. Ct. Ariz. Sept. 30, 2023).

24. Attached hereto as Exhibit 45 is a true and correct copy of "Under Advisement Ruling – Motions to Dismiss Amended Complaint Granted," *City of Warwick Ret. Sys. v. Carvana Co., et al.,* No. CV 2022-013054 (Maricopa Cnty. Sup. Ct. Ariz. Oct. 26, 2023).

25. Attached hereto as Exhibit 46 is a true and correct copy of Letter to Shareholders for the first quarter of 2026, dated April 29, 2026.

26. Attached hereto as Exhibit 47 is a true and correct copy Carvana Co.'s Form 8-K, which was filed with the United States Securities and Exchange Commission on May 5, 2026, and which is publicly available at www.sec.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May 2026, in the Cologne, Germany.

By: _____

Meryn C.N. Grant