REDACTED

**Index of Exhibits to Declaration of Meryn C.N. Grant in Support of Oppositions to Motions for Class Certification**

| Exhibit | Description |
|---|---|
| 1 | Declaration of ███████, Managing Partner and Portfolio Manager at ██ ███████ |
| 2 | Declaration of ██████, Global Head of Equity Capital Markets at ██ ███████ |
| 3 | Declaration of ██████, Partner and Investment Analyst at ██████ ███████ |
| 4 | Declaration of ███████, Founder and Investment Manager at ██ ███████ |
| 5 | Declaration of ████████ Investment Analyst at ████████████ |
| 6 | Declaration of ██████ Investment Analyst at ███████████ |
| 7 | Declaration of ███████, Executive Director at ██████████████ ████████ |
| 8 | Declaration of ████████, Chief Compliance Officer at ████████ |
| 9 | Declaration of ████████, General Partner and Sector Head for Internet Research at ██████████ |
| 10 | Declaration of ███████, Head of Consolidated Data Services at ███ ████████ |
| 11 | Declaration of ██████, Equity Analyst at ████████████ █████ |
| 12 | Declaration of ████████, Investment Analyst at ██████████ █████ |
| 13 | Declaration of █████████, Member of the General Partner and Portfolio Manager at █████████ |
| 14 | Declaration of ██████ Portfolio Manager at █████████ |
| 15 | Declaration of ████████, Chief Investment Officer at ██████████ |
| 16 | Declaration of ██████, General Counsel at ███████ |

**Index of Exhibits to Declaration of Meryn C.N. Grant in Support of Oppositions to Motions for Class Certification**

| Exhibit | Description |
| --- | --- |
| 17 | Declaration of ███████████, Portfolio Manager and Research Analyst at ████████████████████ |
| 18 | Declaration of ████████ General Counsel at ███ ████████████ ████████ |
| 19 | Declaration of ███████████, Partner at ████████████ |
| 20 | Declaration of █████████, Sector Head at ████████████ |
| 21 | Declaration of ███████, Chief Executive Officer and Chief Investment Officer at ███████████ |
| 22 | Declaration of ███████████, Co-founder at ████████████ ████████ |
| 23 | Declaration of █████████, General Counsel and Chief Compliance Officer at ██████████████ |
| 24 | Declaration of ███████████ Portfolio Manager at █████████████ |
| 25 | Expert report by Lucy Allen, Senior Managing Director at National Economic Research Associates, on May 18, 2026 |
| 26 | Excerpts from the deposition transcript of Baillie Gifford & Co. Most Knowledgeable Person, whose deposition occurred on April 24, 2026 |
| 27 | Excerpts from the deposition transcript of T. Rowe Price Group, Inc. Most Knowledgeable Person, whose deposition occurred on February 18, 2026 |
| 28 | Excerpts from the deposition transcript of Dr. Matthew Cain, whose deposition occurred on May 8, 2026 |
| 29 | Excerpts from the deposition transcript of Jennison Associates LLC Most Knowledgeable Person, whose deposition occurred on February 25, 2026 |
| 30 | Article published by *Barron's* on June 24, 2022, titled "Carvana Sought to Disrupt Auto Sales. It Delivered Undriveable Cars." available at https://www.barrons.com/articles/carvana-used-cars-registration-problems-51656111441 |

**Index of Exhibits to Declaration of Meryn C.N. Grant in Support of Oppositions to Motions for Class Certification**

| Exhibit | Description |
| --- | --- |
| 31 | Excerpts from the deposition transcript of Confidential Witness No. 4, whose deposition occurred on April 11, 2026 |
| 32 | Excerpts from the deposition transcript of Confidential Witness No. 6, whose deposition occurred on March 10, 2026 |
| 33 | Excerpts from the deposition transcript of Confidential Witness No. 11, whose deposition occurred on March 19, 2026 |
| 34 | Excerpts from the deposition transcript of Confidential Witness No. 8, whose deposition occurred on March 9, 2026 |
| 35 | Excerpts from the deposition transcript of Confidential Witness No. 9, whose deposition occurred on February 26, 2026 |
| 36 | Document produced in discovery by Defendant Citigroup Global Markets Inc., Bates numbered CARVANA-CITI-00038332 |
| 37 | Article published by *The Wall Street Journal* on October 22, 2021, titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints," available at https://www.wsj.com/business/autos/carvana-faces-government-scrutiny-and-fines-following-consumer-complaints-11634902676 |
| 38 | Article published by *Denver7* on April 7, 2022, titled "Colorado regulators find 'systemic issue' with Carvana," available at https://www.denver7.com/news/contact-denver7/colorado-regulators-find-systemic-issue-with-carvana |
| 39 | Excerpts from the deposition transcript of Confidential Witness No. 5, whose deposition occurred on May 14, 2026 |
| 40 | Exhibit 58 from the deposition transcript of T. Rowe Price Group, Inc. Most Knowledgeable Person, whose deposition occurred on February 18, 2026 |
| 41 | Exhibit 60 from the deposition transcript of T. Rowe Price Group, Inc. Most Knowledgeable Person, whose deposition occurred on February 18, 2026 |
| 42 | Excerpts from the deposition transcript of Lead Plaintiff United Association National Pension Fund Person Most Knowledgeable, Toni Inscoe, whose deposition occurred on November 12, 2025 |

**Index of Exhibits to Declaration of Meryn C.N. Grant in Support of Oppositions to
Motions for Class Certification**

| Exhibit | Description |
| --- | --- |
| 43 | Order Denying Plaintiff's Motion for Temporary Restraining Order," *Carvana LLC v. Benson,* No. 22-000172-MZ (Mich. Ct. Claims Oct. 19, 2022) |
| 44 | Complaint for Violation of the Securities Act of 1933," *City of Warwick Ret. Sys. v. Carvana Co., et al.,* No. CV 2022-013054 (Maricopa Cnty. Sup. Ct. Ariz. Sept. 30, 2023) |
| 45 | Under Advisement Ruling – Motions to Dismiss Amended Complaint Granted," *City of Warwick Ret. Sys. v. Carvana Co., et al.,* No. CV 2022-013054 (Maricopa Cnty. Sup. Ct. Ariz. Oct. 26, 2023) |
| 46 | Letter to Shareholders for the first quarter of 2026, dated April 29, 2026 |
| 47 | Carvana Co.'s Form 8-K, which was filed with the United States Securities and Exchange Commission on May 5, 2026, and which is publicly available at www.sec.gov |