# Exhibit 1
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL |
| | **DECLARATION OF** ██████████ |

I, ███████████ the undersigned, declare as follows:

1. I am the Managing Partner of ███████████████████ a New York-based hedge fund I founded in 2006. Around April 2022, I served as the Portfolio Manager of ██ ██████████████ a fund managed by ████████████████ (collectively, ██ ███████), during which time I decided to participate in Carvana Co.'s ("Carvana") April 2022 offering of class A common stock ("April 2022 Offering").████████████████ was allocated ███████ shares of Carvana common stock. Everything in this declaration is based on my personal knowledge.

2. ███████████ began investing in Carvana in 2017 shortly after Carvana's IPO. It continues to hold Carvana securities and as of today, Carvana remains one of ██████████ largest positions.

3. ███████████ standard diligence practice includes reviewing publicly available sources, such as SEC filings (e.g., 10-Ks and 10-Qs), company presentations, and media reports, and attending earnings calls and management interviews. In the particular case of Carvana, our diligence also included:

    a. Interviewing former employees;

    b. Meeting the first and second layers of Carvana management;

    c. Conducting close reviews of Carvana's quarterly letters to shareholders;

    d. Tracking media headlines related to Carvana through the Company news (CN) function on the Bloomberg terminal;

    e. Analyzing weekly reports from a third-party web-scraping data company, YipitData, which provided data on retail unit sales, wholesale unit sales,

1

pricing, and inventory; and

f. Following public statements, including on X (formerly Twitter), by short sellers such as Marc Cohodes.

**Title and Registration**

4. I recall reviewing several public sources regarding Carvana's compliance with state and local title and registration laws ahead of the April 2022 Offering. For example, I reviewed headlines that indicated that some Carvana customers had received a stolen vehicle or had not received their registration paperwork from Carvana. And while I do not recall the exact date, I also recall reviewing news articles from The Wall Street Journal, Automotive News, and other articles I received from the Bloomberg terminal. As such, prior to the April 2022 Offering, I was aware that Carvana faced several challenges with complying with title and registration laws in many states, including that Carvana had been barred from selling vehicles in certain locations.

5. ▮▮▮▮▮▮ also has a subscription to YipitData, a third-party data scraping tool that provides weekly information on Carvana's retail unit sales and inventory, as well as information on certain regulatory investigations into Carvana. For example:

   a. On November 2, 2021, YipitData reported that from October 6-8, 2021, customers across multiple states, including Florida and North Carolina, had been unable to receive title and registration paperwork.

   b. On February 1, 2022, YipitData stated that Carvana's license suspension had been lifted in Raleigh, North Carolina the prior day on January 31.

   c. On February 8, 2022, YipitData noted that Carvana had "avoid[ed] suspension of its dealer license in Florida" on February 1, 2022.

6. As such, prior to the April 2022 Offering, I was aware that Carvana had not timely issued title and registration paperwork to each and every one of its customers, and that it had been subject to enforcement actions for its alleged non-compliance with state and local title and registration laws. And I was aware that some regulators had even imposed penalties and

2

fines.

7. I believe that the COVID-19 pandemic added to Carvana's difficulties in getting title and registration paperwork across to customers. Around 2021, Carvana, like many car dealerships at the time, faced unprecedented demand. To meet that demand, Carvana management worked to build up its inventory and logistics system.

8. As I understood, when the Omicron strand of COVID-19 in late 2021 and early 2022 hit, Carvana faced a series of operational challenges. For example, social distancing measures and sick employees caused significant and persistent disruptions in the logistics and transportation networks. And as interest rates rose, demand for used cars dropped and used car prices rose. Further, I understood that Carvana generally prepares for sales volume months in advance, which meant that Carvana had built capacity for significantly more volume than it had fulfilled. Taken together, Carvana had an inventory of cars spread out across the country that was serviced at the time by a constrained logistics system. This, in turn, caused operational constraints with issuing proper title and registration paperwork to customers.

9. I considered the issues discussed above in my valuation of Carvana. In particular, during my assessment of Carvana's financials, I paid close attention to growth in the "Other" cost line. I was aware that title and registration costs were included in the "Other" cost line, and that increases in "Other" costs would have suggested increases in costs related to title and registration. At no point did I believe that these increases in title and registration costs indicated that Carvana would not be able to resolve their title and registration operations. In fact, I believed the opposite: Carvana would be able to fix their title and registration issues.

10. The one uncertain piece of Carvana's business model was whether state regulators would enforce against Carvana and make it unable to operate as a used car dealership in individual states or locales. I understood that local dealerships had power and could potentially sway the opinions of state regulators to protect the industry from disruption. That said, I

understood that these factors were out of Carvana's control and I considered the uncertainty in my assessment of Carvana.

11. Nothing in Carvana's public statements or other publicly available sources led me to believe that Carvana was in full compliance with the different state and local title and registration laws. In fact, I was aware of the series of operational issues Carvana faced, including various title and registration issues, and the related regulatory scrutiny Carvana was subject to in the lead up to the April 2022 Offering. Nevertheless, because I believed Carvana management would eventually work through the operational complexities, I decided to participate in the April 2022 Offering on behalf of

12. Nothing I have learned since the April 2022 Offering has led me to believe that Carvana's offering documents, including the registration statement, prospectus, and any incorporated documents, were misleading or fraudulent. In fact, after the April 2022 Offering, I learned that several additional state attorneys generals had levied penalties against Carvana. And in one instance, Illinois had suspended Carvana's dealer license. Like with prior regulatory actions, I did not consider the Illinois suspension to be material.

**Carvana's Growth Strategies**

13. As a long-term shareholder, I was keenly aware of the various business strategies Carvana had and I understood that Carvana was prioritizing growth over profitability in the short-term and in fact, I had told them to grow as fast as possible without screwing up. It is true that there were instances where I questioned whether Carvana should consider shifting its focus to profitability or ensuring all operational complexities were buttoned up before continuing to grow aggressively. However, I ultimately trusted that the CEO Ernie Garcia III would be able to execute on the proposed model. If it were any other individual at the helm of Carvana, I may not have trusted the model to work.

14. In particular, prior to the April 2022 Offering, I was aware that Carvana was deploying strategies such as:

    a. Expanding nationwide into new markets, including less profitable markets. I

4

had a very good sense of where Carvana's distribution networks were and understood that without entering new markets, even those less profitable, Carvana would not be able to service states located further from the existing distribution networks, such as California. The newer markets that Carvana entered were less profitable than the older markets.

15. Building inventory by purchasing cars from customers, including through Carvana's *Sell to Carvana* program. Within a month the *Sell to Carvana* program was announced, I was aware that cars purchased from customers were sold wholesale and may not have met the same quality standards as cars sold through retail channels. While I do not recall when I became aware, I knew that Carvana and DriveTime engaged in related-party transactions, but the nature of their relationship changed over time. In particular, while DriveTime financials were not available to scrutinize, Carvana had disclosed the rough size of their relationship in their 10-K and I was well aware that Carvana's service contracts were sourced from DriveTime. And as Carvana grew as a company over time, I understood that the size of their relationship relative to the company's size shrank.

16. With respect to cars sourced from DriveTime, I was aware that Carvana was listing DriveTime cars through the *Dealer Marketplace* program. I do not recall whether I learned that Carvana was listing the cars at the same purchase price as DriveTime did and did not recognize revenue from cars sourced from DriveTime prior to the April 2022 Offering. That said, I am not shocked by this practice. And in fact, had I known, I would not have treated it as a bad fact because it would have made Carvana's financials at the time make more sense. If I had known the fact ahead of the April 2022 Offering, it would not have impacted my decision to participate in the April 2022 Offering.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April 2026, in New York City, New York.

By: