# Exhibit 2
REDACTED

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL<br><br>**DECLARATION OF** ▮▮▮▮▮ |

I, ▮▮▮▮▮ the undersigned, declare as follows:

1. I started at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in 2018. I joined as the Global Head of Equity Capital Markets and have served in that role since then. Everything in this declaration is based on my own personal knowledge.

2. In my role, I am responsible for making investment decisions for ▮▮▮▮▮▮ ▮▮ the investing fund for ▮▮▮▮▮. I understand that in Carvana Co.'s ("Carvana" or the "Company") April 2022 Public Offering (the "Offering"), ▮▮▮▮▮ purchased ▮▮▮ shares of Carvana Class A common stock, and then sold those shares by the end of April 2022.

3. Prior to the Offering, I received documents related to the Offering from Citigroup Global Markets Inc. ("Citi"). I also had a working understanding of Carvana's business as an online auto marketplace, but my understanding of Carvana's business was not material to the decision to participate in the Offering.

4. ▮▮▮▮ decision to participate in the Offering was driven by our understanding of subscriber demand for the Offering, relationship with Citi, and attractive Offering pricing. We did not rely on statements in the Company's SEC filings, its public statements, or other public reporting regarding Carvana, including those regarding any legal or regulatory investigations or penalties related to title or registration issues, or

1

Carvana's business strategies, such as the drivers of its retail sales.

5. Prior to learning of this litigation, I was not aware of issues related to Carvana's compliance with title or registration laws or regulations, or related to Carvana's business strategies. At the time of the Offering and since, I have not made any investment decisions relevant to Carvana related to Carvana's title or registration issues.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at New York, New York on May 11, 2026.

