# Exhibit 3

REDACTED

**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

IN RE CARVANA CO. SEC. LITIG.      CASE NO. CV-22-2126-PHX-MTL

**Declaration of** ███████████

I, ████████████ the undersigned, declare as follows:

1. I am a partner and investment analyst at ████████████████████████ where I have been a public equity investor since January 2007. I regularly invest in the stock market, and make investment decisions on behalf of ███-advised funds after conducting due diligence into companies' filings, news articles, third-party analyst reports, public lawsuits and other publicly available sources. The information in this declaration is based on my personal knowledge.

2. ███ advised funds purchased ████████ shares of Carvana Co. ("Carvana" or the "Company") Class A common stock in Carvana's public offering that closed on April 26, 2022 (the "Offering"). I was the principal analyst whose research was available to other ████ investment professionals, and I myself directly participated in the decision to purchase Carvana stock using assets allocated to me.

3. ███ advised funds first purchased Carvana Class A common stock no later than April 2020 and as recently as February 2026, and hold Carvana Class A common stock today. Throughout the time I covered Carvana as an analyst, approximately from June 2019 through December 2023, I performed regular ongoing diligence and research on the Company. That included monitoring ticker alerts, social media—including Twitter/X and Reddit, and other public information sources. I also participated in a call with Carvana's management as part of the April 2022 fundraising process.

4. My decision to participate in the Offering was based on all of my diligence and research to date at that time.

5. Before I decided to participate in the Offering, I was aware that Carvana had received several customer complaints related to delays in title and registration

processing. I knew that Carvana had been investigated by various states for purported violations of state laws related to title and registration requirements, some of which had resulted in regulatory penalties, like fines or suspension of dealer privileges. My recollection is that the issues received a significant amount of press attention.

6. Specifically, in advance of the Offering, I believe I was aware of North Carolina's suspension of one of the Company's North Carolina dealer licenses in August 2021, and various issues described in the October 22, 2021, article published by *The Wall Street Journal*: "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints."

7. I was aware of these issues and took them into consideration when making my investment decisions. While I believed that large-scale issues with processing title and registration could theoretically harm the business by damaging the customer experience (which could prevent the company from taking market share), I did not believe the issues would have a long-term material impact on the business.

8. I have now digested further news about the issues Carvana experienced with title and registration in that time period, including news that was published after the Offering, like the June 24, 2022, article published by *Barron's* titled "Carvana Sought to Disrupt Auto Sales. It Delivered Undriveable Cars." Nothing I recall reading in that article made me reconsider my decision to invest.

9. Prior to the Offering, I reviewed multiple disclosures from Carvana that described its business strategies and financial reporting in depth, including its shareholder letters and SEC filings. Based on those disclosures, I understood that Carvana's business model was focused on growth over profitability—that strategic priority was very clear. My expectation was that Carvana would eventually focus more on profitability, and indeed, it began to do soon after the Offering.

10. I knew that a key part of Carvana's business strategy leading up to the Offering involved purchasing more vehicles from retail customers. I understood that a portion

of the vehicles bought from those customers were of lower quality and would be sold by the company at auction rather than being reconditioned for sale to retail customers.

11. I also knew that part of Carvana's growth strategy involved obtaining greater coverage of the U.S. population, which meant expanding to new markets. I reviewed Carvana's quarterly shareholder letters that detailed the locations of its markets and other infrastructure. I was aware that some of the markets Carvana expanded to were relatively farther from existing infrastructure and would have greater operational and logistics costs associated with them than existing markets.

12. I also recall that I knew, prior to the Offering, that Carvana experimented with various third-party dealer listings in which Carvana effectively acted as a facilitator of sales by third-party dealers through its website and in doing so was able to display greater inventory on its website. I do not recall whether I knew that DriveTime was a part of that program, but it would not have surprised me if it was.

13. I have not learned anything with respect to the aforementioned business strategies after the Offering that has changed my opinion of the attractiveness of Carvana's stock as an investment at the time of the Offering.

I declare under penalty of perjury that the information submitted herein is true and correct.

Executed at San Francisco, California, on 5/4/2026.

By