**Exhibit 4**
REDACTED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE CARVANA CO. SECURITIES LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ███████████

I, ███████████ the undersigned, declare as follows:

1. I am the founder and investment manager of ████████████████████ ██████████████ which I launched in October 2012. I am an experienced investor and have two decades of experience in investing across several industries, including the used car, auto lending, logistics, manufacturing, construction equipment rental, and software industries. Unless stated otherwise, I make this declaration on the basis of my personal knowledge, including my research, recollections and files.

2. ███████████████, as part of its investment strategy, only invests in a small number of companies, and generally invests for the long term. ███████████████, at my direction, first invested in Carvana Co. ("Carvana" or the "Company") in 2018. During the period 2020 to 2022, ████████████████ was one of the largest, if not the largest, third-party shareholders. At times, Carvana was ███████████████ largest investment position. Carvana is our largest investment position today.

3. Throughout our investment and to this day, I was responsible for researching and understanding Carvana's business to support ███████████████ investments. This diligence has been extensive. I reviewed Carvana's SEC filings, earnings reports, and shareholder letters in great detail. I also reviewed sell-side analyst reports and Twitter posts regarding Carvana stock, spoke to former Carvana employees, and even spoke to Carvana customers. Since the beginning of ███████████████ investment in Carvana, I have reviewed and was aware of publicly available customer reviews, including negative ones, and spoken to Carvana management to understand them. I have also subscribed to YipitData since around 2018, which is a third-party web scraping tool that sends weekly data on Carvana's retail unit sales, inventory,

1

cohort analysis, and sales data by market. I compared the YipitData information to data posted on Carvana's website in order to evaluate how many vehicles Carvana was processing, how long it took Carvana to move vehicles through the stages of its logistics system, and even how Carvana was "metering" its inventory on its website—limiting the cars available to customers in certain regions. At some time in 2021, I began building out a more comprehensive data analytics dashboard using alternative data sources with the help of a consulting firm called System2, in order to further understand Carvana's business. I had and have a Bloomberg terminal, and I used the Bloomberg application to track news articles relating to Carvana. Since the beginning of ███ ████████████████ investment in Carvana, I have had regular contact with Carvana management to discuss public information regarding the business. This included emails and phone calls on particular issues, as well as planned meetings after certain earnings reports. I have also visited Carvana facilities including inspection and reconditioning centers, hubs, and their headquarters. In addition to all that, I have studied Carvana's competitors, including Carmax and traditional used car dealerships.

4. Based on the extensive diligence I conducted on Carvana, I had a strong understanding of Carvana's business model and strategy between 2020 and 2022. Since then, that understanding has only deepened, and I have spent a ton of time analyzing the drivers that have made Carvana successful in the long term. In fact, in April 2025, I was asked to participate in a podcast episode for "Invest Like the Best" to discuss a case study of ████████████████ investment in Carvana, including what happened to the company in 2021 and 2022, when Carvana's stock price fell over 99% and then recovered again in subsequent years. A transcript of that podcast is attached as Exhibit A.

5. As I explain on the podcast in Ex. A, when ██████████████████ first invested in Carvana, it was, in part, a distribution company (using its hub and spokes logistics network), retailer (selling cars to the public), manufacturer (reconditioning cars) and lender (using a vertically integrated financing stack). All of these businesses have economies of scale, skill and trust, and the combination of these elements created economies of scope. At the time ███

2

███████████████ invested, I understood that what Carvana was building was going to involve advantages from all of these different businesses that they're effectively in at the same time.  And I was attracted to the fact that Carvana's business was such that it gets better as it gets bigger. But I understood it to be an operationally-complex asset-intensive business, and difficult to get everything right.  I understood this to involve risk, but with a potentially significant upside.  At the time ████████████████ invested, I expected there to be bumps in the road as Carvana grew.

6.  Also on the podcast in Ex. A, I discussed extensively what happened to Carvana's business between 2021 and 2023.  In 2021, the Company had enormous amounts of demand.  I understood that Carvana could not keep up with that demand: they were trying to overcome the challenges of the COVID 19 pandemic, and to build supply to enable them to grow tremendously in 2022.

7.  I believe that it is wildly misunderstood what happened to Carvana in 2022 and 2023.  As I stated on the podcast, "the world threw three once-in-a-generation curveballs at these guys at the same time."  First, Omicron happened, which took a tremendous toll on Carvana's logistics system, and caused cars to get stranded, deliveries delayed, and sales to decline.  But, at the same time, without realizing the impact of Omicron, Carvana continued to purchase cars, and it purchased too many.  The bigger problem was that the Omicron issues obscured the fact that underlying demand was falling off a cliff.  Second, there were chip shortages during 2020 and 2021, which ultimately caused used car prices to rise, which means less people are going to buy used cars.  Third, interest rates rose.  But, the unique thing was that many of Carvana's competitors for car loans didn't increase their rates.  So, it cost even more to purchase a car from Carvana, meaning there was even less demand.

8.  Then, before the impact of lower demand was realized, in March 2022, Carvana made a debt-financed acquisition of ADESA, a traditional auction business.  While this acquisition made long-term sense in order to expand Carvana's reconditioning footprint, it increased Carvana's debt load at a time when market demand had suddenly tanked.  In May 2022, Carvana announced that it was changing its strategy to focus on efficiency and ultimately profitability, not growth.

And the Company became more efficient between May and November, making significant cuts to its business. But, even then, in late 2022, the combination of the macroeconomic factors—including demand falling off a cliff, used car prices, interest rates—and the debt load Carvana faced led to concerns of a possible bankruptcy, which I believe is what drove the stock price down to around $3.55 a share by December 2022.

9. Even during these events, due to the intrinsic value of Carvana's business model and my conviction in Carvana management's long-term ability to execute on the business model, ██ ████████████ continued to invest in Carvana, including by participating in an offering in April 2022 ("April 2022 Offering"). And, in retrospect, this was the right decision. As described in more detail on the podcast in Exhibit A, Carvana was able to navigate these difficult macroeconomic challenges. They became more efficient, they restructured their debt, their business became the highest margin publicly traded auto retailer, and the Company returned to growth.

**April 2022 Offering: Understanding of Carvana's Growth**

10. At the time of the April 2022 Offering, I had an in-depth understanding of what had driven Carvana's tremendous growth through 2021.

a. I understood that Carvana was blitz-scaling, meaning that it prioritized growth over short-term profitability in order to capture market share and drive economies of scale before their competitors. As a nationwide auto retailer, Carvana operates in a capital-intensive industry and had to invest significantly in real estate, cars, and logistics. They also needed to build up word of mouth and consumer trust based on delivering great customer experiences, which takes time. I understood that this strategy was intended to promote profitability in the long term (and it has). I understood this blitz-scaling strategy was not without operational risk. And if Carvana was not the first to achieve that economy of scale, they risked losing market share to competitors.

b. I also knew that Carvana was expanding into new markets, and that these markets were generally less profitable for several reasons, including new markets having lower brand

4

awareness, volumes, and delivery densities.  For example, I understood that as Carvana was building brand awareness and volume in these new markets, its last-mile delivery network in those markets was not optimally efficient, and delivery trucks were not always at capacity.  Carvana also analyzed and disclosed the performance of markets that opened each year, called "cohorts," and charted how each cohort compared in market penetration against the other.  This data reflected that newer cohorts were less profitable than older cohorts.  Newer cohorts also had higher advertising expenses because Carvana was building brand awareness, as well as higher logistics expenses because they tended to be further from scaled inspection and reconditioning centers.

c.  I closely reviewed the related-party disclosures in Carvana's SEC filings and short reports on the relationship between Carvana and DriveTime.  I was aware that Carvana had relationships with DriveTime, including an instance in which they shared a reconditioning facility.  And I was certainly aware of Ernie Garcia III's connection with Ernie Garcia II and DriveTime, including the fact that Carvana had entered into a master dealer agreement with DriveTime under which Carvana collects the retail purchase price of the vehicle service contracts and remits the purchase price net of commission to DriveTime.

d.  As Carvana worked to build up its inventory and satisfy consumer demand in late 2020 and 2021, I knew that Carvana was purchasing more vehicles from customers, including through the "Sell-to-Carvana" program.  While Carvana initially sourced most of its vehicles from auction, over time, that shifted until Carvana acquired more than 90% of its vehicles through the Sell-to-Carvana program as of September 2022.  For every car it purchased from customers, Carvana would either sell the car to its customers or at auction.  That would be determined based on an evaluation of the vehicle's condition.  I was also aware from Carvana's financial statements, shareholder letters, and YipitData that as the number of vehicles purchased from customers increased, the number of cars sold wholesale also increased.  That meant that a

5

significant number of cars purchased from customers did not meet the quality standards for the car to be sold on Carvana's website, and were instead sold wholesale.

11. I do not believe that Carvana ever misled me regarding the drivers of its growth.

**April 2022 Offering:  Understanding of Carvana's Title & Registration Compliance**

12. I first learned about title and registration issues in Carvana's business at some point in 2021.  I reviewed the risk factors in Carvana's SEC filings and understood that like a traditional car dealership, Carvana was subject to different state and local title and registration laws, and that failure to comply could have a material adverse effect on its business and financial results. Based on these risk factors, I understood that the title and registration laws had limited to no interpretation precedent for a novel business model such as a nationwide, online car dealership. After Carvana's title and registration issues surfaced publicly, I came to understand that these laws and regulations were not set up to accommodate Carvana's nationwide e-commerce business model, which involved transportation of cars across state lines.  As Carvana expanded across the country, I expected the company to encounter further challenges under these laws and believed these challenges to be growing pains.

13. At the time of the April 2022 Offering, I was aware of customer complaints, news articles and headlines regarding title and registration issues faced by Carvana.  These headlines would appear in my Bloomberg mobile app and were linked to YipitData's weekly report.  It is my understanding that these sources would have included the fact that Carvana had settled complaints and paid fines in Florida and Texas related to delayed title and registration issuance and improperly issuing temporary registrations; had a dealer license suspended in North Carolina for title and registration issues; and had settled an action in California for transporting vehicles without a state license—for example, I believe the following articles are representative of the information I would have received through Bloomberg and/or YipitData:

    a.   several reports of North Carolina's suspension of a dealer license in August 2021;

    b.   the October 22, 2021, article published by *The Wall Street Journal* titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints;

c. the April 6, 2022, article published by Denver7 titled "Colorado regulators find 'systemic issue' with Carvana"; and

d. articles about issues in Florida, where that state threatened to pull Carvana's dealer license over ongoing issues with delayed titles, and in North Carolina, where the state suspended Carvana's license for its Raleigh location.

14. As of April 2022, I was aware that Carvana was building an incredibly complex business, and doing what no other company was able to do. I was also aware that the COVID-19 pandemic had caused delays in local DMVs, which caused backlogs in the processing of title and registration and in turn, created compliance challenges for used car dealers. And, based on my conversations with Carvana's management, I understood that Carvana had worked proactively to improve its systems, and worked with state DMVs and local regulators to address issues with delays in title and registration for its sales. Nonetheless, regulators still sometimes issued penalties. Carvana management communicated that the reporting of these issues and some of the responses were disproportionate to the magnitude of the problem.

15. I never believed that the reported title and registration issues affected my valuation of Carvana. My understanding was that regulators were imposing small penalties—a $500 fine and $200 in fees for the August 2021 suspension in North Carolina, for instance. In any event, I considered these issues to be corner cases. That is, they were not the norm, and only affected a small fraction of Carvana's growing sales. For example, uncontrollable conditions, such as weather, might affect a customer's title and registration experience – hypothetically, say a customer purchased a car in Florida and needed it delivered to North Carolina, but a hurricane hit while the car was in transit, resulting in an issue with receiving the title. Another example that might arise would be delays in the title and registration process as a result of COVID 19 shutdowns. Another example would be delays resulting from the complexity of Carvana's business and growth. These types of instances were dwarfed by the over 100,000 retail units sold in the quarter preceding the April 2022 Offering, or the 425,000 retail units that Carvana sold in 2021.

16. While such situations garnered media attention, based on my understanding, they did not impact my valuation of Carvana's business. In light of all this, I did not view any of the publicly reported title and registration issues Carvana faced in several states as having an impact on my core investment thesis nor my decision for ███████████████ to participate in the April 2022 Offering.

17. Carvana management did not hide these issues—we discussed them—and I understand that they were working on improving their processes as they grew. I do not believe that Carvana ever misrepresented its compliance with state title and registration laws or the impact on its business. Issues related to title and registration compliance never affected my valuation of Carvana.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed in Connecticut on May 11, 2026.

By: ████████████████████████

8

# Exhibit A

# Introduction

### Patrick

My guest today is ████████████ is the founder of ██████████████████████, a  und he started with ████████████████████████████████ This conversation is different from our typical episodes. We start by talking about ████ investment philosophy, but the bu   of this long discussion is a case study into his remarkable investment in Carvana.

████ is one of the biggest investors in the business, which had a market cap of ove  $60 billion in 2021, then fell 99%, survived, and now has a market cap approaching $50 billion again. While I hosted Carvana CEO Ernie Garcia last year to get the inside perspecti   on managin   through such turbulence, today we hear the investor side of this extraordinary story

It is a singular episode and a rare opportunity to hear a major investor describe h s decision-making process at every stage of a volatile journey. Please enjoy my great conversation with ████████

# From Engineer to Investment Maverick

### Patrick

████ I'm so excited to be able to do this with you. Th s—I' e been asking you to do this for at least three to four years, something like that. So I don t know what made you capitulate, but it's an excuse to talk to you about investing in genera   nd som   very interesting specific episodes that you've been involved with. And I think we ought t   start broad because I want to set the context for everyone that doesn't know who you are or what your setup has been. Maybe just give us like a history of how you started the firm—wha  was it, 2012, something like that—why you started the firm and kind of what it'  been since?



If you'd gone all the way back t   when I w  s in high school, I thought I would have been an inventor. I sort of modeled myself a    n Edison in my mind or something. But when I went to school and I studied enginee      a lot   f inventing is kind of obsessively debugging real things, and nature is pretty unforgiving.

What I learned about myself was that I didn't love that process. Just wasn't as fun for me. I was casting about fo  what I wanted to do and ended up doing an internship at a big private equity firm. An   I just t  ought  t was really neat that I could use—and I discovered I could use a lot of these t  ings I'd been learning in school, like game theory, apply them to these situations. And that br  ught novel insights that these people who've done this for so long weren't using. And   was hooked.

The idea o  being ab e to do that. From there I was trying to kind of get into investing. I thought I wa   going to do private equity. I knew the path into private equity was through a banking analyst program, but I didn't want to do a traditional sell-side analyst program. So I ended up go ng into financial restructuring because I didn't want to do as much marketing.

I worked at   place called Houlihan Lokey, which is a leader in financial restructuring. And I di   that f r a time. I still wanted to get to the buy side, so I went for places called Silver Point for a year and then from there I went to UBS where I spent five years before I started my business.

While I was there, that was really where I think I did a lot of my maturing and I thought a lot about—I'd come from a lending and finance background and at UBS I was involved in trading. Investing in stocks. Trading in stocks. UBS at the time it was their proprietary investing business. It was the bank's own capital. Think of it as a hedge fund with one LP.

And it did a lot of the sort of traditional things that I think a lot of hedge fu ds do. There was a lot of focus on short-term performance. There was a sort of desire o have—yes, we want things to sort of be misvalued, but we want to have a bunch of cata ysts that are g ing to cause the price to go up. There was a lot of trading around events. Ther  was a lot of hedging.

And as I was involved in that, there was an effort to teach me ho  to do it and I didn't like it. I discovered that they would say, well, we should do this and we wou d do this a d I'd sort of say, well, why? And that doesn't make sense. I don't know why this st  k has the 3-beta. Why do I need to short $3 of S&P for every dollar of stocks we're going to b y here? That doesn't make any sense.

This led to a really vigorous debate between me and some of my f rme  colleagues there. And to their credit, I mean, I was young and incredibly difficult to have as someone working for you. And I just hounded them about it and eventually this debate went on and on and it became pretty clear to me that I was right and I was naive enough to think I would just explain to them that I was right and they would just do it differently.

Further occurred to me that they couldn't chang  And the  couldn't change because they had a principal-agent problem. The problem was that they had to deliver steady profits to the bank and if they had big drawdowns that th y would lose their money.

I started poking around quietly looking f r another place to work and I realized that so did all the other firms in the industry have the sam  probl m. In fact, it's endemic. Basically, one might naively think that the investing business is about maximizing performance, but it's not. It's about maximizing marketa lity  nd performance is a component of marketability.

But really what you're trying to o is signal  alent. And the way you do that is, is by finding things with short feedback loops with low amounts of noise so that you can show people, look, we did this and it worked a d we  id this and it worked and we did this and it didn't work. But on average we win.

The type of investing  was thin ing about—basically buying a piece of a company through the stock market and owning it  or a long time. These are multi-year, 3, 5, 10 year feedback loops that are  credib y noisy and they just don't lend themselves to it.

If you think about it p ctically, let's say that I meet with someone from an institution and first of all, and I c nvince them that I've got that, they're going to say, how do you pick stocks? I'm going to  ay, well, I think really hard and they're going to be like, okay, cool. I'm convinced ██ think  really hard, he's good at this. But then they have to go back to their c  mittee a d the committee's going to be like, well, how does ██ pick stocks? And he's like, well, he thinks really hard. And they're like, well, that's not very credible. And then even if they do m ke the investment now, they're going to own it.

And so inva ably we're up, we're down, we're up, we're down. I look smart, I look dumb, and a ng the way they're going to be like, why did we do this? And by the way, we have a board that we're reporting to and we're down this quarter because ██ thinks really hard. Apparently this is just a really challenging setup. What this means is that when I started this I wasn't fully aware of quite how challenging it would be.

 © Copyright Colossus, LLC. All rights reserved.

But the premise was that I would start a business based on really focusing on long-term compounding, finding a relatively small number of stocks, treating it like owning a piece of a business, dealing with the volatility that comes with it, and I figured would be maximally optimized around returns and minimally optimized around marketability. I think certainly on the marketability side we nailed it, that's where we are. But I wouldn't change      ing. It's how I'm built. So that's how I—

# Building a Billion-Dollar Investment Firm

### Patrick

So what did you tell your original investors? Because some people gav   you money, including some well-known institutions. What did you tell them and why were their d  cision-making processes different? And how much did you start with?



Ah, so I launched with $5.2 million.

### Patrick

The old-fashioned way.



Uh huh. It was 2 million from me because I'd been success ul at UBS and they'd paid me. I like to joke, it was a lot for post-crisis, not a lot pre-crisis. And I also got 2 million from my mom. She was a sympathetic audience. I had 1 mill   n from a friend and it was the end.

You always ask people who they're most gra eful t    I had two in mind and he's one of them. I'd known him for years and we talked and he's a very successful person. And I had this meeting, it was like my second ma   etin   meeting ever. And I sit down and he basically is like, "I'm absolutely gonna be in, my docket, no problem." And I was like, wow, this is gonna go great.

The next time I saw a check l ke that w  s years. And then it was a couple hundred thousand from some other people that I knew. Started with that and over the years was sort of able to kind of steadily bring in a litt    bit of money here and there and compound and was fortunate. I've had up years, I'd   ave down years. If you changed the order of the years, get to the same place, bu   I definite y wouldn't have raised any money. So there's also a meaningful componen   of luck

### Patrick

And where do  s that bri  g us today? So how many investors do you have? What's kind of the capital base? How do yo   think about the firm today?



So I don't remember exactly how many investors we have. It's sort of between 1 and 200 across a few different vehicles and the firm moves around every day, but sort of between a billion and   half.

### Patrick

What is your view of investing in markets? Describe how you think it is supposed to be done in

Invest Like the Best - Investing in Carvana
Page 3 of 37. © Copyright Colossus, LLC. All rights reserved.

some detail.



The premise was always let's find a handful of businesses that are publicly traded where I can buy a piece of that business in the markets and own it with a premise of     ning it forever and then own it until basically I find something that I can upgrade  hat I think is even better or I discover that I've misunderstood the business in the first place  There's two ways out of the portfolio. One is that the gap between what I think—I find som  thing better so I can upgrade. Or the other one is that I have some view as to what makes a   usiness successful.

You can think about a mental model of how the business is comp   ing and winning in the ecosystem and that makes predictions about the world and then you   et real-world data and you can compare the real-world data to what your predictions of you  mental models are. And if you discover that your predictions aren't lining up, then you need to update your real-world model. And it might be that you need to throw it   ut. And at some point you should have realized you don't know which way's up anymore. A  d then  hat would be an investment that you would jettison because you just no longer kno

Over time we've had kind of between, we'll call it 4 and 8. It might have been as many as 10 at one point, but that's kind of the number of investments we tend to. Over the course of time I've been investing, I think on average I've bo  ght and/or  old one thing a year. It's a pretty lethargic pace of turnover.

It's this idea that businesses compete and wi   in certain ways. There's sort of a minority of businesses that, you know, once you sort of figu e them out, like you can just tell like they're going to be very successful relative to other similar   priced businesses. And so, and we can talk. There's a lot of like mental models and stuff, lik  ways that I think businesses can be sort of a taxonomy of businesses that I've sor   f  hink about. But those are just, you know, my ways of understanding a really   omplicated world and sort of fight trying to find a few things that work.

## Why Contained Business  s Win

### Patrick

Yeah. So I guess like the obvious and very simple but very big question is like, what is a good business? What is that ta  onomy?    aybe this is the time to talk about one of my favorite ideas of yours that you l  e Busi  esses you described as contained. I've always liked that description when we've talked about companies. Yeah. Give us your view on what makes a good business.



If you thin   about it,  n most markets you shouldn't have a lot of profits. Profits are kind of a fluke of something a  out the setup that makes it so that some reason why competitive f  rces can't d ive   conomic profits to zero. And those reasons, I mean, there's sort of a lot of them. And in terms of how to think about them, I gather different examples from sort of microeconomics, from psychology, from business history, to try to understand different ways that companies have carved out a piece of the world where they are advantaged. And  hen they can.

You can think about a company's profitability over time as kind of its market opportunity times its advantage. I don't think there's anything particularly exciting about what makes a great business. You generally want to have multi-threaded advantages, a lot of things

 © Copyright Colossus, LLC. All rights reserved.

working for you that are very hard for your competitors to replicate. You want to bring a lot of value to your consumers.

You want the things that are working for you to be generally invariant with time as society evolves and changes. And when you kind of have all those things lined up, you  hould be able to have high returns on capital, reasonably good margins, all those thi  gs grow, all those things people look for. Of course, everyone knows everything I just said. And so the whole game is to identify the ones that other people have missed for one reason or another.

And it's, it's the emperor. I think investing is the emperor of activities in the s  nse of intellectual activities, in the sense that in academia people write papers, they're wrong, they're right, eventually they die with a bunch of ideas, most of t  em wrong. In politics, people have views and they're definitely wrong, unlike a lot of them.   nd in busi  ess people, they have this narrow world and they have to be really good about execu  ing i   their narrow world, but they don't necessarily need a deep understanding. You can run a   eli without necessarily having a deep understanding of why meat pric     are what they are. But in investing, it is wildly accountable.

You're making predictions about which businesses are going to win and which are going to lose, which to understand. Businesses are complex social structures embedded in our society, which is a complex social structure. So what do you need to understand how a business's success or failure over time? It's like you kind of need to know everything. So unlike all these other pursuits, this one's highly accountable. I th  k it's the emperor of intellectual pursuits. I think that there's no arena     t  ain pe  ple better about understanding the world. And I think if you're just curious about the worl  , there's nothing more interesting than studying business.

## Patrick

Say why you like this idea, what a conta ned business means and what an uncontained business is, and why you like to avoid them?



I generally think of a contain  d bu  ne  s as one where when you're trying to understand a company, if you find that it's just the p oblem starts to feel intractable in the sense that it's very hard to think about how chang   . There's many things that could change in society that are changing that could c  use your view of what the business could be to change over time. That is just a to  gh problem to live with because it's just, it's very susceptible.

Like as the world evolve   yo   don't know where the company's going to go. Whereas a business where the  hing that makes it work or things that make it work are relatively narrow and in a sort of  art of o  r lives that isn't evolving that much, that would be very contained. Once you sort of understand everything immediately around that other changes outside that are so t of happ  ning feel less relevant.

## Pa rick

Would software  ooling be a good example?



Yeah, that'd be a great example. Right. So who knows how people are going to write software in 10 years? Like for what? For quantum computers. And it's just like you might have a business today, it's like building a castle on sand. Right. It's just very, very hard to

make predictions.

But on the other hand, the cigarette business, nicotine is habit-forming. There's this phenomenon called secondary reinforcers, which is a psychological phenomenon that you can put into ChatGPT. It'll explain it to you, but basically it makes people incredibly brand loyal to things that stimulate the reward systems. And then there's also dis ibution economics. But that is just not an area where there's a lot of dynamic cha ge happening

It's also not an area where I need to think about 15 different moving parts o have a gen ral sense as to what's going to happen. Of course, the problem with these cont ined things is that if they're easy to understand, then everyone understands them. Again, investing is this incredibly challenging endeavor where you're dancing on the kni 's edge, you're looking for these things that, you know, like, on the one hand they're simple to u derstand o you can understand them. On the other hand, they're challenging to understand, o ev ryone else misses it.

# Decoding Business Models

## Patrick

Give us an example of the process you go through to explore a contained system. You're coming across a new company for the first time, you want to start o learn everything. What is your method for doing that? And I recognize that lik to s me degree this is like an obvious answer. You talk to people, you read stuff, you think about it. I lways love these moments where you get like some new click of understandi g And m ybe you could tell the story of one of those clicks of understanding or something from th investing history.

I have in my head a number of differ nt frameworks for how a company can make money over time in a competitive world. A d a simp e example from microeconomics would be that of a Cournot oligopoly. And just for ose who maybe forgot their game theory from college, there are two broad ty s of oligo oly in the economics literature. One is Cournot, the other is Bertrand.

The key difference between them is that in a Cournot oligopoly, the competitors choose the quantity of things they going to sell first and the price falls out. It's the thing that moves. In a Bertrand ligopoly, he competitors choose the price that they're going to sell at and then the quantity falls out and it's the thing that moves. And this seems like a subtle change, but it r sults in a pretty big difference in the competitive equilibrium.

So in a Bertrand oligopoly, that's non-cooperative, that is to say that people aren't figuring out a way to signa and to cooperate, then what happens? Typically, if you imagine, let's say I'm selling ookies a the state fair and there's me and there's another competitor, and there's tw spots to ell cookies and we both can manufacture all the cookies we want in a t ck next to the fa . And let's say people only buy cookies based on price and they're right next to each other in perfect competition, all the rest.

So what hap ens is, let's say each cookie costs a dollar to make. Well, I start out, maybe I started selli g them for $2. I want to make a dollar a cookie. But my competitor realizes that if hey ch rge $1.99, they can get all the sales. And so they charge $1.99 and then I charge $1.98. And before we know it, we're both down to a dollar and we're making no money per cookie. And that's the equilibrium. That's the non-cooperative equilibrium. We make no money.

Invest Like the Best - Investing in Carvana
Page 6 of 37. © Copyright Colossus, LLC. All rights reserved.

But now let's imagine instead that I had to bring a tray with a fixed number of cookies and I can't make more. Well, what happens is that morning I'm trying to figure out how many cookies I'm going to make and I ask myself the question, should I make one more cookie? And if I make one more cookie, it'll have two effects. One is I'll get this an extra cookie and I'll make whatever the profit on the cookies are times that cookie. But the oth    it will increase the number of cookies in the market, which will drive down the pr ce of cookies.

And this will cause me to sell all of my cookies at a slightly lower price. And so as I'm ma  ng this decision, you can see how there would be a natural maximization poin  where I maximize profits. Now in this case, there's two competitors. So when I add an extra c  okie to the market, I lower the price for me. I also lower the price for my competitor. I don't internalize the effect on my competitor.

So I end up behaving like an oligopoly, like a monopolist. But a monopoli    who only absorbs half of their price impact in the marketplace. In other words, one who faces more elastic demand. But I still behave like a monopolist, just with one f  cing more elastic demand. So there's still monopoly profits to be had. So the equilibrium gets work. We will solve our differential equations at the same time. We get to an equilibrium a  d l   and behold, we both end up making profits.

Okay, this is all very theoretical. So you start studying the cruise line industry. Okay, just to pick an example of an industry. I'm not that I'm not   ve never owned a cruise line business. But it's been, you know, I've been around it. It tur  s out that if th  y want more cruise ships, they can't just snap their fingers and have more c ui e ship . The number of cruise ships for a good long while is essentially fixed. What they do is this  s a perfect example of a Cournot oligopoly.

The number of cruise ships is fixed in the  hort to medium term, so they maximize yield, which basically means they're adjusting pric   That leads you down a path of okay, this is a business where just from that perspective, there's lots of other things to think about. There's brand, there's distribution,  here s thi  gs. But from that perspective now you have a sense as to how this is a business where the e should be some monopoly profits.

But what will mediate how much ec   omic profits there are is how many competitors there are and also how much elasti it   of demand there is. And then of course, other factors. And then of course there's also the questi  n of are you in equilibrium or did people accidentally bring too few? Let's sa  you s  ow up at the fair and you bought a tray of cookies and it rains, well now price  f cookies plunges and you lose money, right? Or let's say you show up and for what  ver reason a famous singer shows up and there's a gazillion people and now you sell the coo  ies at p  emium.

So are you at equilibriu   ? Is another good question. But it turns out that a lot of travel businesses are Cou  not oligopolies. Rental cars, air travel, cruises. So this is an example of using a mental mode  that allows you to understand certain types of businesses in a somewhat  ystemat c way. One of the investments I cut my teeth the most on where I first had a lot of su     s was in the construction equipment rental business.

And that is a so, it is a Cournot oligopoly in any market. There's a sort of fixed number of rental comp  nies and they own a certain amount of equipment and their ability to change  hat in the  hort term is constrained. And therefore it's a Cournot oligopoly. And it's also a go  d  e because elasticity of demand is very inelastic. Turns out nobody said, "I see the price of manlifts is down 100 bucks this week. I'm going to rent one." And at the same time nobody ever said "I'm not going to build my building because the price of manlifts is up 100

 © Copyright Colossus, LLC. All rights reserved.

bucks this month."

I hope that got to your question. But basically you can think about there being many of these things, like these concepts that you can then kind of follow to their conclusions. And of course, life is complicated and every company has often a whole confluenc    f these things. And what you're really looking for is a business where you have a so t of a bunch of these things that are working together with the cruise ship industry.

The idea that it takes a long time to build a cruise ship and you can't just s  ap your fing   s and have another cruise ship is fairly invariant to technological change in soc ety. I gu  ss maybe there's some future state where we can like—

## Patrick

Print them out.



Print them out. But like for now and for a long time, foreseeable fu ure  this is going to be fixed. And so you're looking for relatively sort of technological change invariant advantages and layered and interwoven that kind of give you the business. And then from there I have a friend who jokes that a good value investor's memo is like 20 pages about the business and one page on the valuation.

So from then, from there it's like, I don't know, is    cheap?    oes it make a lot of money relative to the price? Is it going to grow a lot relative to th   price? These are pretty trivial calculations.

# Game Theory in Investment D  cisions

## Patrick

If I was thinking about how you would spend yo  r time, it would seem to be incredibly valuable to collect models like this over time. Do you find your way to most of them through a specific business? Which comes first, th   business or the mental model?



Oh, so you're asking how do yo   find the gold on the ground? The answer is yes, it's hard. I keep coming back to  hat. But t  ere's nothing about investing that's not hard. We look for. I hired a Stanford profe  sor to a  semble all of the economics models in all of the courses in Stanford and then just walk me through all of them to make sure I hadn't missed any.

And I picked up a few that I'd missed or forgotten about. I tried to read broadly. Then, of course you study companies and one after the other and in various companies it'll sort of like click for you that something, you know, that something is happening.

## Patrick

T   drive home the point, can you do one more like the Cournot oligopoly, just to give us like a fla  ored sense o  like another thing that you've used in the past?



Secondary reinforcers. So this is just a different place, this is out of psychology. It turns out that there's like a meaningful psychology literature that's been built up in animal studies and

people and all the rest, which basically says this idea that when you give mammals something that stimulates their reward systems, your brain, for lack of a better term, sort of captures the context in which it was received and then if it likes it, tries to replicate that context.

And these are the evolutionary reason why this makes sense, is self-eviden . And what makes that interesting is that it turns out that the strength of these seco  dary reinforce s is proportionate to the power of the stimulus as well as it's proportionate to the, inversely proportionate to the time lag between when the stimulus comes and whe   the pleasure sensors get stimulated.

So if something makes you feel good three hours after you got i   your brain kind of doesn't know where it came from. If something makes you feel good within a moment o  when you got it, then your brain knows exactly. And what's interesting about that i  thes  are called secondary reinforcers because you create these associations between the s imulus and other things that are in the context that it was received.

So you can make rats prefer cocaine that's given to them with a c  rtain color light. They'll continue to seek out that light even when you deprive them of the cocaine. Okay, cool. That's a neat thing to know about the human brain. Where do I see that applied? Well, if I were to rank by margins, the consumer packaged goods industries, I think the ranking might look something like this.

You'd have the nicotine cigarettes at the top, and then you d have like, dip, and then you'd probably have, you know, Coca-Cola, and then you'd prob  bly have coffee, and then you'd probably somewhere have like candy, and then you'd have like sugary sweets, like, you know, cookies and stuff like that. And then you'd h   e like tomato sauce and bread, and then you'd have, I don't know, water. Right  someth ng like that. It's probably a rough, like, ranking.

Well, it turns out that if you go down tha  same list and you ask what is stimulating people's pleasure systems? Well, in the case of nicotine inhaled through a cigarette or a vaping product, nicotine is incredibly   owerful. A  d the respiratory system is a very fast delivery mechanism. So you get this  ery ra  id stimulation of people's pleasure sensors.

And lo and behold, it creates these ve y strong secondary reinforcers which make people very brand loyal. And n  t only if you ever watch smokers, they're not only smoking the same brand, they're smoking at the s  me time in the same place, like every day. It also helps that nicotine is addictive, which creates a trigger for a habit which is a whole other brain function piece   here y  u're kind of making and following habits.

If you go down the list  caffeine is a good stimulator, but it's not as potent necessarily as nicotine. Mo e imp  rtantly, you're taking it through your stomach and by the way, dip goes through y  ur lips. So  t's pretty fast, but not as fast as cigarettes. Caffeine—soda has sugar and caffei  e—it goe  through your stomach, so it's slower, but it still creates a fair bit of a  sociation.   he as  ociation isn't that far apart as you work.

Then you ge  to things like cookies. The cookies mix with fat and stuff, so it slows it down. The sugar is mixed with fat and stuff so it slows it down even more, but it's still pretty potent. It's  bviously a sweet. You work your way farther down, you get to your savories or w   teve  here.

Yes, these are things people really like, but the sort of stimulation is much weaker, it's more time-lagged and as a consequence people, they have a preferred tomato sauce. But in the

Invest Like the Best - Investing in Carvana
Page 9 of 37. © Copyright Colossus, LLC. All rights reserved.

end, it's much less brand loyalty than say a cigarette. Obviously water, other than if you think about brands that are more status-focused. But if you think about just sort of a bottle of water, I don't think in the end anyone's that picky.

# Finding Edge in Brand Loyalty and Ethics

## Patrick

And I guess the valuable thing in markets would then be that markets don't properly value that insight? Like if you look at Philip Morris, at one point it was the best performing sto      US history or something like that for like decades and decades. So it would corroborate this idea that it's probably a valuable insight but at some point it gets priced, lik   insights all g  t priced. And so maybe that's what you're talking about earlier, which is you need a   onfluence of these things in an area that's been neglected to find an interesting opportunity? Som  thing like that.

Yeah, you need something that scares people away. I think the ex  mple I gave, I don't think it's a mystery to most people that Coca-Cola is a good business. Right. I'm not totally convinced that what I just laid out is going to make you a lot of money in the public markets anymore because I think it's priced in.

I'm not totally convinced that the people who own these things understand it. They just have observed that in practice these are very brand-l  yal b  sinesses. However, sometimes things come up and I was involved in a nicotine vaping company which was reasonably successful and ultimately acquired by a large to  acco company.

In the early days you didn't have necess  rily all this evidence that these were going to be really great businesses. But the theoretical   onstru  t that I just laid out to you was an important sort of guiding factor in g  ing me confidence that this was a business. There's a lot of other factors, but this is a bu  iness  ha   would ultimately be successful.

Or I have friends who—I didn't do it becaus   I thought they were right, but I thought I had other things that were bette   And there's opportunity cost to consider. But I have friends who were successful investo s in   hilip Morris International. They were observing Zyn and a lot of this intellectual construct gave them a sense that Zyn was going to have a lot of brand loyalty where at that   me it was unproven.

And Zinn, of course,    quite a b g one, has been proliferated and there's a lot of brand loyalty, but tha  wasn   obviou   At least it wasn't in the historical data. Until all of these tricks, they're not   seful until they are, I guess would be kind of the way to think about it.

## Patrick

If you think ab  ut the cla  sical ways of finding edge in markets, it would be informational, which seems k nd of g  ne; an  lytical, which is a lot of what we're talking about; and then I'll call the las   bucket, like structural or behavioral or something like that. What do you think about ESG? C  mes to mind  ecause of the nicotine examples where there's just a class of investor that's n  t allowed to own it, which creates a weird impact on markets, especially if those asset owners are very large. What do you think about ESG?

### Cliff

I think that if you manage money for other people, you're deeply arrogant if you are going to apply your ethical framework onto the way that you invest. Society in aggregate comes to a

collective view of what's allowed and what's not allowed. And we call that the law.

And if a business is violating the law, that's often a bad investment. Because obviously, if society is evolving and the law is likely to change, that is a risk that one needs to factor into an investment. And you'd be sort of silly not to think about that.

But if something is just disliked by a group of people, but they haven't bu t up the critic l mass necessary to change the law in this country, and you don't think the risk of that happening is particularly high, but you decide that you're going to apply s me moral framework and not make them money to do it, not make money for your par ers to d it, that's a really fraught thing.

Because what sort of gives you this deep wisdom about what's righ and what's wrong that is better than the collective will and judgment of society? And by the w y ma be you'd say, okay, fine, I'm not going to use my judgment, I'm going to use my investor s udgment. But then the question becomes, okay, well, but which investor  And how do you weight them? Equally? Is it by AUM?

What if it's an institution? Do you poll the underlying people at the in titution? This is a wild thing. I think a much better approach is to just say that the goal is to maximize returns. And obviously in doing that, companies have to comply by the law, you have to comply by the law and you have to take the change in norms into a count.

But laying any sort of further ethics onto that, and th n of ourse, you maximize returns. People can, of course, take that money and give it to what ver charity they feel that they want to. And I think that that's sort of the only olution. It s like the only solution that I think kind of resolves this problem that isn't fraught.

I've noticed in my career that people in inve ting ci cles, they talk a lot about panics, this idea that you want to buy when things are bad. I ve also noticed there are sort of moral panics that have happened. And you can uy into moral panics much the way you can buy into economic panics. And you can      well.

Now, economic panics bring within the risk that things get worse and the business might not survive the challenges th t la ahe d. Moral panics bring with them the risk that you could bring about legislative or regulatory or rulemaking change that can hurt the company. And so you need to tak th e things into account.

But I think that it's re sonable a an investor to look to areas that are viewed as sort of bad but are not ille al. And for wha it's worth, when I've dug into most things like this, I've always discovered that these things are far more complicated than the sort of naive. Coal is bad, okay, well, sure, but electricity is pretty good, so it's complicated.

I'll add one other thi g, which is this idea that I think you mentioned, which is funds that can't inves or whate er. There's an implicit point that you're saying, which is an elasticity of pri concept I'm not—that I think the literature on this kind of agrees with me, but I don't think that groups of investors deciding to forgo certain asset classes like oil companies necessarily ause them to be super cheap.

I do think th t there can be more broad-based things where people kind of don't want to own some hing for some reason, and that can have some effect. But I think mostly what happens is people just kind of get—it's more of a panic. People get scared like, "Oh no, this company is going to get shut down because this group of people view it as terrible and they're going to try to kill it."

# Carvana: A Complicated Investment Journey

## Patrick

I think now's a great time to devote a long block of time to your investment in Ca   ana. I think people that know you and your firm's history will certainly associate you with the position. It's been an enormous position for you over time. You're one of the biggest inves  ors in the business. And for me, one of the reasons I've asked you so many times to do   his is that, let'   say dating back five or six years now, I've had the chance to talk to you about this   ompany thr  ugh its many ups and downs.

It's been one of the most interesting educations that I've received from another investor on investing. Just talking to you every so often about this company and wha   you're thinking about it. And so I've been lucky to enjoy that, you know, audience of one. And I tho  ght  t would be an amazing opportunity to hear you tell the story, which is very complicated.

It's a complicated business story. It's a complicated investment st  ry. Your o   n story about how you were going through it all is interesting and complicated. There's a   sort   of dimensionality to it. You were joking that it's like five rivers coming together. You kind of ha  e to explain each river. But we have the luxury of time here.

So I don't know how best to start with which river. Maybe you can pick? But I want to devote like a lot of time and I'll have lots of follow-up questions because I j  st think like you can go look at the Carvana price chart. You can listen to my two   onv  rsat   ns with Ernie. There's lots of stuff out there about Carvana. But the thing that I find interest ng is the investor's perspective as the person that probably had the biggest positio   held onto it, bought more, has been with it the longest. You sort of had the most holistic perspect   e on it. And I want everyone to benefit from what it's like to own and live through o   e of those episodes.



Sure. And part of the reason, actua  y almost   ll the reason I said yes, more than all the reason I said yes to coming on, is that it has been such a wild episode in business history and I sort of worried that if I didn t try to    emorialize it to some extent that it would get forgotten. And it is such an i  terest   g story. I think it deserves to be memorialized.

I also think it's wildly misunderstood i   terms of what happened to Carvana in 2022 and 23 and beyond. So yeah, I guess maybe a place to start just to level set for people who don't know it so well. Carvana is an o  line retailer of used cars. It was founded in 2013 by Ernie Garcia, who you've had on.

If you were to broadly describe the company's history from 2013 to 2021, it was up and to the right. The business   rew every year. Its margins improved every year, and it grew really fast. It was   oublin   often. Every year slid a little bit. But that was kind of roughly the pace.

If you'd sp  ken to m   in 2021, I roughly would have expected a continuation of that trend. A  d of cours   wh  t happened was the business slowed, it lost tons of money, the stock went down 99%, which is more than pretty bad. It's pretty bad. And then to ruin the story, which I thin   most people realize, it turns out that was all a mistake. The company's fine. It's a little behin   where I thought it would be, but it's actually more profitable and it's back on track and the stock's mostly recovered and all the rest. So that's kind of the broad arc.

## Patrick

Especially now that we've laid the groundwork for how you apply ways of thinking to

understand a new company, and so maybe even make it specific to you, like, how did you encounter it? What were some of the models that felt relevant to you as you tried to learn about the business? And use that as a way to introduce how the business works.



I first encountered Carvana in 2018 and they used to have a video up on their site. They might still. That kind of describes the business. It was a pre-IPO video, on  of these thin s you put up or whatever. And I remember sort of watching that video basi ally realizing t is is an amazing business that's going to do great and it's incredibly underpri ed and I'm going to own a lot of this, provided everything they just said is true.

But obviously that's not how reality works in the sense that the re son why I felt like that was years and years and years of context. And so to go further back o er the pr or years, when you're in my business, you're waiting for your stocks to go up. In th me ntime, you're looking at other things. And so I had spent time studying CarMax and I had spent time studying car dealerships.

So I was sort of reasonably fluent in kind of how the auto retailing usiness works. I'd also been involved in the auto lending business. I'd been involved in Credit Acceptance, which is a one-on-one auto lender. I'd also looked, obviously who hasn't studied Amazon and read The Everything Store. And I'd also studied logistics companies, and I'd also looked at manufacturing companies and all the rest and software companies.

It turns out that Carvana is all of these things. As h y were explaining the business, it was clear to me that the economic advantages th t allow som one to build a successful distribution company or a successful retailer or a successful lender, all of them have economies of scale, scale and trust. And Carvana h d what Carvana was building was going to involve all of the advantages from all o  these dif erent businesses that they're effectively in at the same time.

And this is called economies of scope  And b  being great at all of these things, it was going to produce this very—it could produce this very big moat. What I didn't believe necessarily until I saw that video was that anyone would buy a car on the Internet, because that was just common wisdom. And a  the time  this was a while ago, this is before it was obvious, but they had some cohort cur s. And  was like, well, people clearly love this.

And so at that point, it was ki d of like love at first sight, maybe to sort of explain a bit about the business and why I think it's—so the things I identified turned into the tremendous advantages it has tod y and are kind of the most—let me just spend a few minutes. So at the core, the way the Ca van  system works, it will follow a car.

Carvana buys cars mos ly from the public. You take a picture of your license plate and you enter a few things nd it's like four questions. And they'll give you a price. You can exercise it or not. Y u have seven days. Once you do that, you can arrange to have someone pick up the car, or you can, f r a small fee, or you can drop it off at one of their hubs and, you know, get your mon   And the transaction takes no time. Everyone gives them five stars. Doing that's hard, right? Like what I just said, it sounds so simple.

But actually  eing able to take a license plate to map it to a VIN, to map all the features of  he car's VIN, to then be able to figure out, like, what you think you're going to be able to sel h  car for, how much it's going to cost to ship it, how much it's going to cost to recondition it, and be able to work out from all that, therefore, what you think you're going to be able to make on the car, and then to figure out what you want to offer in order to

 © Copyright Colossus, LLC. All rights reserved.

maximize the profits from this lead and to do it all for every car on the road, all the time across the country, it's wild.

Then Carvana owns a real estate footprint. That real estate footprint consists of larger inspection reconditioning centers. These are I think very big facilities that can     ondition up to 40,000 cars a year with 6000, 7000, 8000 cars in the parking lot, wh ch is a lot of cars. Then there's local points of presence, what they call hubs.

And those hubs would be, there's one in Fairfield, Connecticut, small facili  es that origi  ally were sort of purely non-consumer facing. Now they've modified them to be   omewha consumer facing, but they're not very big. And so the car's at the hub, the hub is connected to the IRC. Let's say you have the car picked up, one of their nifty little single-car haulers will come out, it will pick the car up, they'll bring it back to the hub.

From there that hub is connected to the IRC via logistics on a nine-car haul     Those IRCs are then connected to each other via logistics on nine-car   aulers. And what that does is it's built a hub and spoke logistics system. It's like FedEx or somet  ing. The sort of insight there which Ernie had was historically if you wanted to ship cars, it was   ery   low and expensive. And the reason is that the amount of car shipping happening between Fairfield, Connecticut and someplace in Alabama, Mobile, Alabama is just no volume.

And so the car point-to-point system doesn't work  So what they've done in their hub and spoke system is they've collapsed down all this v  lume onto relatively narrow routes. Most of the shipping is happening between IRCs. Ther  's a  elati  ely small number of them and they're sort of sparsely connected. And what that allows t  em to do is to move trucks continuously back and forth loaded with cars b   ween these IRCs.

And you can think about them as train tr  cks. Wher   the vehicles are moving can move continuously between these spots. And wha  that   oes is if a truck travels 40 miles an hour on average and costs $3 a mile to tr  vel, then you can work out what the cost on a nine-car hauler, how fast cars can travel and what the cost is. And it's actually not that high.

But running a hub and spoke log stics netw  rk like this one, it's hard, right? Building a logistic system requires a lot of density, requires a lot of scale. There's also a lot of technology to it, recruiting d  ve s, the e's a lot, but that's the next piece of the system with that the car will come to an IRC and a  that IRC it'll get reconditioned.

And reconditioning a   ar in an  RC is a challenging thing. Which dents do you repair, how do you repair it? And yo   can think about a reconditioning center as a bunch of different stations that d  a bunc   of dif erent work that's relatively homogenous. So changing tires, changing oil, inspe  ting paintless dent repair, painting, whatever the thing may be.

A car starts   ut w  h a mix of work that has to be done to it, that has to be ascertained in an inspection  And then the car is going to be routed through the IRC to different stations and then come out and be imaged and put on the website. Sometime later it sells. They take the c      -car ha  ler to  he hub.

Now you'll s  e this is beautifully balanced. The cars are coming back from the hub, they're also going o  t to the hub. So the car will go from the IRC it's at to the IRC closest to the customer al  ng basically the rails and then it will go from the IRC to the hub and then from th  hub it  l be delivered on the single-car hauler or picked up by the consumer. That's the physical system.

There's also finance. If you go on their site and you enter information instead of searching

by price, you can search every car by payment. So you can adjust the number of the months, your down payment and you can see each payment for each car to the penny based on your individual credit score. And this isn't an estimate, this is exactly what it is.

In order to do this, Carvana has a fully vertically integrated financing stack. So they're essentially underwriting you for every loan combination for every car in rea  time. And then they're taking that and they're making it available to you through this coo  widget. To thi  day, as far as I'm aware, no one's replicated this capability.

In order to do it, you need to be vertically integrated into prime lending, subp ime len   ng. It just turns out that no one else is. And it's also very hard to get into these businesses. Well, there's title and registration, obviously you've got customer serv   e  The thing about this business is you have to remember that this is all great, but things go wrong.

Then you have to deal with all the many, many corner cases that can come     . If you want to entertain yourself like go read the one-star reviews at C  rvana. It's like, well, I was moving and I ordered the car when I lived in Florida, but I needed it de  vered to North Carolina. And then there was a hurricane, and as a consequence, it was late. But  hen there was a problem with a title and you're like. And I was like, oh, my God.

That's kind of how the system works. Now, in that whole system, let's identify some economies of scale. Inventory. Turns out selection matters, matters a lot. And if you think about all the makes, models, trims, years of cars,  s well as mileage, the selection space is massive, massive. And Carvana's coverage, even  t it  size  s still relatively small. And so as a consequence, conversions go up as selection goes up. And so selection is like big economy scale.

## Patrick

Yeah, where they store them.



Yeah, Logistics. The cost of ru  ning a logi  tics system. You can think about moving these trucks as a fixed cost. And if  ou w     to provide complete connectivity and move cars quickly, it turns out conversio    peeds matter a lot. And by the way, when you think about the inventory space, inventory neare  to customers increases conversion because you can get to them faster.

Then you can think about these  RCs. These are very large facilities, it turns out, that run well. You can re  onditio   cars  or a lot less money and time because cars are depreciating assets if you have li  e a big facility. So like, if I have a traditional dealership, the car comes in and like one guy does a l the... One guy or gal does all the repairs.

But the pr  blem is that person isn't necessarily the right level of like, they're overqualified for a lot of  he thing   they're going to do on the car and they have to change tasks and that   ows you do  n  If you're at Carvana, you can have people who are very entry level to do the cleaning and the oil changes and the tire changes. And you can have advanced mechanics do just a very narrow subset of stuff. And you can have people at specialized stations whe  e this is what they're doing, and so they can be more efficient.

No   t  do that, though, you have to efficiently route the cars through the system and all the rest. Also, the dealership is in an expensive place, and so you have less overhead. So these are just examples of places. But there's economies of scale to doing that as well as

enormous process power, economies of skill.

Underwriting loans is obviously an endeavor where you learn the way to do this over time. You connect all these data sources, you learn how to predict defaults. You then get data over years that cycles back into it. Title registration. There's software that's built  o run all this.

So there's enormous economies of scale and skill in terms of being able t  do all these things. And then I would be really remiss if I didn't mention trust. Consume s, when they buy a car, it's an act sight unseen in the air. It's an act of trust. We can talk about  ow Carvana grows, and it was one of the things that went wrong in 2022.

But Carvana is able to get people to buy cars because there's been      enormous amount of word of mouth built up over many years of delivering great experiences And y  u can't buy that. You have to build it up over time. That's trust on the buying side. There   also trust on the selling side a little bit less. There's also trust in the fina  cing business. You make these loans, then you sell them, and the people who buy these loans  ave to tr  st that you're making these loans to spec and that the loans are going to perform kin   of as advertised.

## Patrick

You're a great originator. Yeah.



Subject to economic conditions. The other thing about th s business is if you think about a car transaction, it's a whole series of things that  ave to go right. And if you get any one of them wrong, you're going to lose money on the tra    action and your customers are going to be miserable.

And this is economies of scope. Thi  is the idea that you have to put this whole portfolio of things together and you have to ge  them all  ight, and you have to get them all right every time. And it's this combination of things. If anything I've said sounds easy, it's because I haven't described it right. It's  o hard.

And so that's why everyone wh   s tried to build this business besides Carvana has failed. And that's why it's taken Carvana ove  10 years and $10 billion to get where it is. Outside the U.S. there are other pe  ple trying to copy Carvana in other markets and some of them are doing okay. A lot of t  em have  ailed, but none of them are doing really great. And just the bottom line is that it    so hard.

## Patrick

Just to pause o  just t  e concept of combining skill, scope, trust, traditional economies of scale of different ty  es—is th  re another business that comes to mind? Maybe it's Amazon that you think captures  ll these same things that has interested you through time, just to draw a com  arative poin  for  eople.

I actually lov  the comparison, Amazon. But you know, there's a video I saw once—I know  Famous" i  I love it—where Jeff Bezos is describing why books is the first best place for an Inter    t business. And he talks about how the selection matters so much. And then he talks about how you can get the books and you can ship the books and people can pay for the books.

Well, imagine if—I actually think that from a consumer's perspective, used cars is just as great as books. The selection space is infinite. Selection matters an enormous amount. Also, what I described of Carvana's system is a lower cost to operate system than the traditional dealership system. It's a better experience.

But the thing about books is it's really easy to do. Imagine if you had to sta t Amazon, but you couldn't just call up the manufacturer and get books, you had to man facture them And imagine if you couldn't just call FedEx and have them ship the books You had to bu d basically FedEx.

And imagine if you couldn't just accept Mastercard, you had to build a financing platform. And Lord knows you can't just sell the person the book. You have to do title and registration, right, and all that. And with books, the stakes really just aren't that high And so eople are willing to try it. And if it doesn't go so well, they're disappointed, but it's kay.

Car, second largest purchase of your life. And so you can i agine how that is also really challenging. And so in the sort of fulfillment sense of it, I think sed vehi es are probably the hardest thing to build. But the analogy to Amazon actually, I th nk i apt.

# Management Teams Make the Difference

### Patrick

I've interviewed Ernie a few times. My bias is that I thin very h ghly of Ernie and he's a much maligned figure because of everything that's goin on with Carvana. And it's so fascinating to me to hear all the different Rashomon-style parts of e story. So I'll put out there that I think very highly of Ernie, based on what I've known. I haven s udied the business like you at all. I don't own Carvana. I don't have a dog in this h nt finan ially.

But I think it's important to say a little b t about management. And maybe it's also an excuse, since I haven't asked you yet, to talk about how y u think about management as it relates to certain businesses. And where you fall on the sp ctrum of leadership is everything to the Buffett ham sandwich concept of a business that's so good that a ham sandwich could run it. Because someday someone will every ne will. So talk about Ernie, the management team behind Carvana and kind of your philosoph on management and investing.

██

If you'd asked me fiv years ago I would have put myself firmly in the "let's focus on the business." I do 't think I bring much advantage to understanding management. It's been an exciting five year and in that time one of the things that's come out is the businesses where if you'd ask me "Okay, ██ I get it, you don't care, but rank them anyway." And I'd ranked them The teams hat I was involved with—that ranking would have perfectly predicted ow thing did relative to my expectations at the time.

So hat I le rned there was two things. One, it matters. I knew it mattered. But more importantly, I think I can judge it. And so now I fall into the—obviously I care predominantly about the b siness and the price that is in the end the right thing. A great team with a terrible busi ess is going to be a challenge. It's going to be a slog. There's just no two ways about it.

By the way, just to go back to your contained versus uncontained point, that's another idea. There are businesses where there's a new problem to solve every six to 12 months and it throws up a never-ending series of hard problems. So you want businesses. So a contained

Invest Like the Best - Investing in Carvana
Page 17 of 37. © Copyright Colossus, LLC. All rights reserved.

one would be one where—once it's "set it and forget it" is the wrong term. But there's an obvious "Would you like to sell more cars?" "Yes, yes, I'd like to."

Okay, so now going back to management. So I don't necessarily think I'm going to ever get to a point where I'm like, "This team is great. I don't care that this is a business th t will perpetually throw up hard problems. I'll buy it anyway." But I do think that I' e now come to understand that I can judge it and that management matters a lot. So it g ts weighted i to my thinking in a way it wasn't before. For what it's worth, I'll add to you how I judge it. Meeting with a management team is great.

It turns out all the people who become CEOs figured out how to sound great. I learn a little bit and I certainly listen to them talk in public. And you can defin ely pick up over time who kind of is making what seem like sound business judgments and givin  good rea ons for them and people who aren't.

That being said, the really good way to do it, I find, is I talk  o former employees and I'm certainly interested. I'm using that to learn about the company  learn about how it works, how do you buy things, how do you sell things, blah, blah, blah. Bu  I'm  lso just assessing them. And a company which spits off people who work there for 10 years, left on good terms, who you just are like, "I don't get it. This guy's an idiot." That says something about the caliber of people in the organization. And the human capital exhaust is kind of indicative of what's inside.

And conversely, when you find yourself, when yo  talk to—go talk to 10 former employees who spend at least five years at Capital One, they'll blow your mind. That tells you something about what's going on in Capital On   And so I find that that's really the best approach.

As to Ernie, I think at the risk of inflating his   go, I think that someday people will compare Jeff Bezos to Ernie Garcia, not the other way around. He's extraordinary. This business is incredibly difficult, as I've tried to empha ize so many times. There's a reason why they've succeeded where nobody else in the world h  s been able to succeed.

And I'll also add that I'm awa e obviously of his dad's history with the savings and loan crisis. And this is, I think it was eith r a  0 or  50 fine that he paid as like a late 20s something. And this is, by the way, his dad, not him. And this is 50 years ago or 40 years ago. It's just wild to me that people  hen  ke what his dad—yeah, people take that fact. They're like, "Therefore this comp ny is a fraud." And it's like, oh my God, like this is the—the guy was a billionaire. What was  is plan to  ike, be it, make a few billion more, but send everyone he loves to prison  Like, th s mak s no sense to me.

If you just spend any t me dealing with, talking to people who've dealt with the Garcias over the 35 year  since  he guy made a mistake, which if you actually go through the details of it, it's not ob  ous he d d anything super wrong, but whatever, he got caught up in stuff. Everyone speaks inc edibly highly of them. They've done nothing but behave totally e hically. If y  u go  hrough the experience that the company had in 2022 or whatever, there were plenty of opportunities for them to hurt us as third party shareholders, and they haven't. So,  mean, Ernie does a great job of just tuning all that nonsense out.

As to what  e does well, he's incredibly smart. He's assembled the team around him that are in  edibl  smart. And he does a great job of thinking about things in a variety of perspectives that are very wise.

So on the one hand, he'll analytically explain to you how as an outside investor you could

 © Copyright Colossus, LLC. All rights reserved.

look at CarMax and try to make a sensible guess at what Carvana sees as its price elasticity demand, which is a fairly analytical thing. And then if we were to ask him a question about—once upon a time, I said, "Why don't you adjust your pricing to kind of compete more aggressively with Vroom?" And he basically described how if he made competing with Vroom something that mattered, then suddenly instead of focusing on the cu    mer, everyone in the organization would be sort of when Vroom wins, we lose. When Vroom loses, we win. We're not focused on the customer anymore. And he was t  inking about  he second and third order, like social effects on his culture. And he's very de  berate about things like that.

# Lessons From a 99% Drawdown

## Patrick

All right, now we get to talk about the tough part of the whol  story and experience. What went wrong with the business? Just tell us the whole story, like what it was like to be one of the larger investors in the business as this was going wrong. What did you do? How d d you second guess yourself? What was the psychology like? I'm interested in all aspects of i



It's worth pointing out where the company is today because through most of the company's history it was obvious that Carvana c  uld grow  Margins, however, were improving. But there was always debate around t  e e  onomics of the business. And I said earlier that this is a more efficient system. For a long time  hat was a matter of conjecture. I could work out unit economics and how much d  es it cost to ship a car, a mil, blah, blah, blah. But we couldn't see it on the press release.

As of now, the company's margins, EBITDA margin  , and they have very little stock-based comp and relatively little capex are 10 and a half percent-ish and rising and they'll probably get to the 13, 14-ish percent range base  on what they've said. And there's no reason to doubt it. And the average car dealership's ab  ut 4 and a half. So they make of the order of 2 and a half, 3x the margins of their competi ors.

And we track every car that t  ey sell a  d we compare it to similar cars sold by CarMax. We also compare it to other market indices and we believe that they sell cars of the order of sort of 5, $600 cheape  doing that. Now, in fairness, they charge a bit more on financing, but it's still cheaper o  erall. And they offer obviously a far superior experience, far superior selection. And they're growing.

There's high-frequ  ncy data that's published and so recently they've been growing 45 to 50% year over year. And so the idea that they're putting all of these things together at this point, you n  long   need to speculate about the power of the model. It's also a model that gets bette  as it gets bigger. So as time goes on, the selection gets better.

I    ould mak   a note here. A traditional car dealership is a monolithic unit. Certain number of cars. Even if you think about CarGurus, it's a certain number of dealerships in your area that collectively  ave some number of cars. Carvana's pooled national inventory. There are more cars availabl  on Carvana's website right now than there are for us right now sitting here in the entire s ate of Connecticut from all the other dealerships.

That's only going to improve brand. Also process efficiency. They still have a long ways to go in terms of fixed cost leverage. There's a long ways to go. So this is a business that gets better as it gets bigger. And it's already so much better than its rivals. And its rivals. Of

course, it's very challenging to meaningfully update the processes in a car dealership. It's just not a very skilled organization. How much technology can they really bring to power all the rest?

I thought I'd just finish, finish that story. The company grows. The company had   normous amounts of demand in 2021. Just put a car on the site. Car disappeared. And they were trying to overcome the challenges of the pandemic, to build supply to grow tremendou   y into 2022. They sold something on the order of 425,000 cars in 2021. They had ambitions of doubling or more in 2022 to do that.

Over the course of all 21, they were hiring and hiring as it would work out. Demand collapsed and they discovered all manner of operational problems that they were having. And it made 2022 really challenging.

When you tell a story like this, you have the benefit of everything you learne   during the whole period and everything you learned after. And all the  ime to synthesize it and sit calmly later on and figure it all out. All of this happened in a clo  d of dust with incomplete data. So it's all going to sound so neat and put together and unde   too  .

And there were definitely pieces of this that I had nailed and there were pieces of it that I learned later, but I just want to... Yeah, this was real life. What happened was, at least my understanding of it now was a few things. One is th  y had a bunch of latent operational issues we can walk through. Another was that th   e was just a v  ry unusual used vehicle market, which led to the used vehicle market bei  g signific  ntly smaller than normal in '22, and it still hasn't fully recovered. It's only partially recovered.

In particular, it was bad for independence, and we   talk about that. Another was the vehicle financing market did totally strange things  which made life absolutely miserable for them. And then of course, because things had to b   the way they were, they bought ADESA, they added a bunch of debt, the capital markets were closed to them. All the rest, which is another set of external facts.

So just in terms of, let's just do   ternal op   ational stuff, it's interesting. The company had been growing year after year  circa 100%. And when you're doing something as complicated as what Carvana is doing, an   gr  wing   s fast as Carvana is growing, things were always going wrong. And I would always hear some horror story or another out of some part of the organization. But you looked   t the overall star ratings, they had great reviews.

It was like, well, it's a   ig organi  ation, they're growing really fast. Think about it. If you're doubling every year, le  s than half of your employees on average have been with you for less than a year. Th s is wild. They also had deliberately prioritized speed and growth over necessarily slowing down and really hardening their processes. The reason for this was that they viewed this is a scale business and there was risk that if they weren't first to scale that they woul   be disad  antaged over time.

A    t the t me  th  r competitors hadn't failed yet. They grew. A lot of their operations were more mediated by, I'd call it tribal knowledge and culture and so silly example, but a real one. The  e's a role at the IRC—inspection and reconditioning center—for receiving trucks, takin   the cars off the trucks, putting different cars on the trucks and sending the trucks on their merry way.

This sounds simple enough, but it's a lot of trucks and it's a lot of cars. And there's this question of where do you put the cars and what order you put them on the trucks in. And by the way, if one of them doesn't start, what do you do and how do you staff this operation?

Because it turns out fetching a car in a 6,000-car parking lot, it's not like walking down the street and getting a car right, and all of these things.

And if someone's done it well and sort of smart, they can kind of figure it out and they can do a pretty decent job. But as you scale, you're putting people into roles who m y not be as good at this. And in 2021, in retrospect, for the first time, the business kind of, in part because of COVID in part because of the growth, the business's reach ou stripped its g asp from a process maturity perspective.

Now, in 2022, there's a software system. And the software system tells you    is is how many people you need at these times of the day. And this is where you're gonna put the cars. And here's your protocols. You're gonna have a starter, like   jumper. You're gonna keep it here. And this is how you do this.

And it turns out that this set of protocols, locally and globally, optimizes be   er than even the best people, but also make sure that everybody... So it  akes the best people, makes them better, and then takes everyone else and makes them almost as go  d as the best. That software had never been written because this was just not a func  on that someone had ever bought.

Because think about how that's in and of itself. What I just described is a fairly meaningful project. Before 2018, before 2019, I should say, the   ompany bought almost all of its cars at auction. So the flow of cars was auction to IRC to customers. S  arting in 2019, the company began buying cars in the public. And this has bee   a wildly   uccessful thing. They make a lot more money doing this.

But it turns out that when you do that, you create    e potential that if you buy more cars than your... If you have a node in your sy  tem, an IRC, it's possible, unless you've thought of this, for cars to accumulate at a node. You c  n be buying more cars than are leaving that system, or more cars be transiting in than are leaving. And if you have finite amounts of parking, this can create congestion

And what had happened, what i  terestingl   would happen for the first time in 2021 or so was the buying cars process became really successful. And they were buying more cars for the first time. And so now su  de  ly they had this shift in the logistics system, sort of flip the direction of net flow. This is fine. You just need to build a bunch of things to change it. But this is an example of th   sort   f thing that was happening all at the same time.

A lot of this was cove ed up in ' 1 because they were hiring to beat the band. And so when you have exce    staffi  g it kind of covers up a lot of blemishes. As you get into the end of '21, the first indica  on that something was wrong was slightly weak November. And then Omicron happened. Th  ir whole system became a disaster.

And the re  son is th  t if you think about a car as like a series of events that have to happen one after t  e other.     let's say you have a truck and the truck goes out 250 miles, switches wi   he dri   r and   omes back, well, if that driver calls in sick, like, how does that truck route continue? Okay, so now you have nine cars that just got stranded somewhere, right? How do you get those cars moving again?

And now th   happens all the time. But if this happens a lot, you overwhelm your ability to c  ar the  e things. And now you have cars piling up in, basically giant traffic jams throughout their whole system. And then your delivery times that you're promising on your website have to get way extended because you just can't. So your sales come way down.

 © Copyright Colossus, LLC. All rights reserved.

Which if you haven't had a system before where you could accidentally buy more cars than you're selling, because that's never come up, now suddenly you have a problem where you're buying cars. You're accumulating the system and your flows through your logistics system haven't been optimized for this. Cars are piling up everywhere. You're sort of shuttling cars. This is what the system looked like in January of 2022.

It was total wreck and they were trying to fix it. And it took them a few m nths to do it. t took them three, six months or whatever to fix this. But the important fac is that it obscured demand, which was falling off a cliff. Underlying demand was fa ng off a cliff And it meant that they were still behaving in February like demand was, as it d bee in September, even though by that point in retrospect demand had materially declined. They bought ADESA using debt.

# A Perfect Storm of Challenges

**Patrick**

ADESA was— Just describe what ADESA was.

So ADESA is a traditional auction business. So think a large lot. People bring car dealerships, fleets, they bring cars and they hold n-person auct ons. You drive them down a lane, people bid. The in-person auction business will have a ong tail to it, but it's eventually a decaying business over time. But what they got with ADESA is 54, I believe, very large, centrally located properties on which they can uild IRCs and store facilities.

One of the challenges in their business had been th t, it turns out they worked out that it is better for them to have large IRCs located r lativel close to the customer because fast delivery speeds are good, access to abor pools is good, and those are more important than the benefits of being far away. But t turn o t that getting 200 acres zoned for auto industrial within 10 miles of downtown Bosto is difficult to say the least. It turns out this is the sort of property that ADES had. And o they basically bought it for the commercial real estate.

It came with the auction business, wh ch has a lot of benefits to them as well and makes all the sense in the world I re ospect, it's been a huge home run, but they bought it with all debt. They bought it i Februar of '22 after, if you read the proxy or whatever, they've been talking for years. It ju t so happ ned the timing was bad. So what happens is you get to March and they sort of ealize hat they have a demand problem.

And I haven't really addressed what was going on that caused the demand problem. So there were s far s I know, my best understanding is there were three things, although at the time I retty mu h only sort of knew about two of them. And it's worth pointing out that all of these things, they kind of got worse and worse and worse and worse and worse over ti e. So you houg t you'd identified it and then six months later it was worse.

So the first, here were chip shortages during 2020 and '21, which caused manufacturing shortages and caused used car prices to rise. Think about the used car business as facilitating eople swapping cars. But what happens oftentimes people are swapping cars is th y're u grading. And so if prices are higher, the cost of upgrading is greater. And that tends to reduce people's propensity to swap cars.

As a consequence of that, the used car industry, which is typically about 40 to 42 million

cars a year, it was about 39 and change in 2021, fell to about 36 million cars or 34 million cars. I think it got as low as 34 annualized and 36 for the year or something like that. I might have my stats off, but it fell. This doesn't seem like a huge negative effect, but it was bigger than you might realize because what happened was franchise dealerships, think your Ford or Toyota dealership.

When a lease vehicle is returned, unless the customer exercises their buy ut, the landin dealership, the one you return it to, gets the car at a price that's been set t the time the lease was created. And so when car prices rise, if the lease returning perso —of course dealership has no incentive to tell them that they have the right to buy the ca —doe n t know this, which many people haven't read the fine print of their leases and they return the car, the dealership gets basically a really cheap car.

What this turns into is a big subsidy for franchise dealerships. Those dea rshi s would then turn around and sell this car. It would look to them like a big profit, but was a tually really cheap relative to wholesale prices. But what that's doing is utting enormous pressure on non-franchise dealerships who don't have access to this super heap inventory. Oh, by the way, that's us. We're a non-franchise dealership.

And so the best example to understand the magnitude of this is CarMax. So if CarMax in the Great Recession, CarMax briefly saw nearly a 20% decline in comp store sales for like a few months. And then it was sort of down back up to lik low doub e digits. CarMax's comp store sales were down 20% for the whole year in 2022 A d they by the way, like still haven't recovered. I think they've sort of caught h lf hat b ck.

The reason was in part because cars are more e pensive and interest rates also made the cars more expensive. And the other thing was this eird effect where franchise dealerships were being unusually competitive becau they had access to this unusual source of cheap supply. So as a starting point, you had the biggest decline since the Great Recession, including the Great Recession, bigger than the Great Recession in the number of used transactions at an independent de ersh p, w ich is a rough place to start.

To make matters worse. So tha was the ed vehicle market. Carvana was facing that. The second thing that happened when i erest rates rose, the sort of naive thing you would think was certainly what I tho t was t wouldn't matter all that much to Carvana. Okay, so interest rates will rise. That could affect the overall market a little bit. It will probably affect car prices a bit. So the depre iation curve of a car, but in the end, people's propensity to swap cars shouldn't change tha much.

And yes to Car na's fi ancin business, they just finance a spread off of rates. Whether rates are one or fou shouldn't really matter that much. That's totally correct. And that's exactly where we got t But there was a catch. You see, what I didn't know—

**Patrick**

Whe the 99% p rt comes from?

You see, wh t I didn't know was that when rates would go up, the auto finance market's made up of a bunch of credit unions and small banks and then a bunch of larger banks who comp e and then independents like Carvana who compete. The credit unions price their loans. I mean it depends on the credit union. But off of deposit rates or off of fed funds or off of a napkin, the two year went up and fed funds were low and deposit rates were low

 © Copyright Colossus, LLC. All rights reserved.

and the credit unions.

When I say the two year, it's worth pointing out the average duration of a pool of auto loans including prepayments and defaults is about two years. So the two year is a reasonable proxy for the appropriate kind of risk-free benchmark. So in late '21, as the two    ar goes racing up as people expect fed funds to rise, all these competitors just did   t raise rates because they didn't.

There's no academic reason why they shouldn't have. They just sort of did   't. And then   ven as fed funds began to rise, they were super slow. And I remember there was    long pe  od of time where Navy Federal was offering car loans at a discount to the treasury of the comparable duration. This is a big problem for us. This is funny ex  ept for the fact that we have to compete with this every day.

Industry-wide auto loan spreads by late 2022 were at the lowest levels in th   whole time series. I have going back to before the crisis, before the fin  ncial crisis in 2008. And it was a wild time for that to be the case because every other consum    credit sp  ead was wide for a whole bunch of really good reasons. And the underlying auto co    ter I was the most kind of overpriced it would ever be.

So auto loans should have been really expensive on a spread basis but instead they were at their all-time tights. And the reason was that there was just all these dumb competitors. And then you'd call these.

We did research into what was going on and be like, "Well  our asset liability management committee meets like once a quarter, and then we try not to raise rates more than like to 25 bips at a time." And you just like all the... And then,  It takes us 60 days to implement the rate changes because our systems blah   lah blah," and you're just like... But guys, like it's kind of like...

## Patrick

When oil goes negative like this is n  t suppose   to happen, right?



It's like this is definitely not in the textbook, but so the problem... So CarMax, they just ate it. They just originated at  ow sp  eads and then the next year, and even to somewhat it's getting better now. B  t if you l  ok at their financials, you could see they paid for it a year or two later, but they at   it.

At the time, they s    rificed a bit of the future for the present. Carvana was not in that position. The company needed the money. So Carvana had to price to reality. And that meant that Carvan   was in the market with loans that were meaningfully more expensive than competitors, w  ich did not help.

T   just put t  is in c  ntext, Capital One also priced to reality because they're smart. They saw their auto originations fall 55.0%. So Carvana is dealing with both of those things. The other thing, which I think is more subtle but I also think is true, has to do with early adopters.

And to expl  in this, I need to go back and explain a little about how Carvana grows. And this is  ne of  hese... This is the part that I was least aware of at the time, but I've done more work on and I've come to understand a lot better. Carvana, you know, if you think about a market like Connecticut, Carvana has, I don't know exactly how big Connecticut's, you know, fleet total used vehicle inventory is, but let's say that Carvana has something like 3/4

of all the inventory, including Carvana's inventory in the state of Connecticut.

Just to make up a number, one might ask why we don't have like three quarters of the sales. Because they probably have, I don't know, CT sales have my head with like 1%, something like that. And so the first thing you might do is throw out, "Okay, well, there are    me cars they have there in California. There are shipping fees, there's delays. Let's only look at cars that are nearby." And so you cut that inventory down.

And then you might say, "Well, let's throw out people who haven't heard o  Carvana." It turns out they have like 80% awareness. But we'll throw out some people. Okay, le  s reduce some. Half of people say they don't want to buy a car online right now, although the number is gradually falling. But, like, let's throw out that half.

You're still left with a number that's way higher than where they are. So,  ike, w  ere are the sales? And also weird is, okay, you go into a market, you have all this huge in  entory, this great product. Why does it take all, you know, why do sale   kind of ramp like this as opposed to just like, step function? Like what? Like, what is... What is del  ying people adopting this?

I didn't have a great answer for that for a long time, but I kind of thought it was word of mouth. I was kind of like, "You know, I think it just takes time, word of mouth." And, but, and my evidence for that was that if you surveyed peopl   who bought from Carvana and asked them if they recommended it to people, I think it'   something like four. They would recommend it to four people on average, which i   an enormous number.

### Patrick

Viral thing.



Yeah. And so that's where I'd left it  But   s in  he sort of wreckage of trying to figure all this stuff out, I started thinking harder about this  And it occurred to me that I'd never done two things which seem obvious in  etrospect    ne was I'd never asked people how important this word of mouth was to their de      n to buy from Carvana.

So we added to the survey something to the effect of, "Did you get a recommendation from a friend or family member? H  w important was it?" And we found that 70% of people said that it was either somewhat or  ery important in their choice to buy from Carvana. Therefore, only a third of peopl   were buying from Carvana without the recommendation of a friend or family memb  r

Once I saw that  that g  t me thinking, I wonder what's going on with this third of people who are buy ng wi   out the recommendation? So that convinced me there's virality, but what's goi  g on with these people who are buying without the recommendation of a friend and family member? And my theory was, well, they're early adopters.

So we survey people who bought from Carvana. We ask them questions like, "Do you have a Robinhood account? Have you ever owned Bitcoin? Do you do online grocery shopping?" And the ans   er is, "Of course I do all these things." All. Yes, yes, yes. Way higher than non-Carvana.

So now I can say, look, many people won't do it unless someone says, okay, some people will just give it a plunge, right? And in general, the more early adopter-ish you are, the less nudging you need from relations to do it. And that's what drives the growth curve. It also

gets us back to 2022.

You see, back in '21, let's say that you were the sort of person who had a Robinhood account, and you might have speculated in some SPACs and some cryptocurrencies, you might have had a windfall and you might have thought, "Look, this isn't like billi   s of dollars, this is thousands of dollars, tens of thousands of dollars." Maybe you might have thought that given your windfall, you were going to go buy a car.

And you might have thought to yourself, since you're the sort of person w  o owns SPA  s and cryptocurrencies and shops online, obviously the place you were going    buy a c  r was Carvana. Now you may or may not have actually bought that car at Carvana because Carvana was sold out. And they might not have got what you wa  ted, you might have gone somewhere else.

But here's the deal. You pulled your demand forward. So from Carvana's per  pective, even if this is like Carvana in 2021 had like 1% share. So even at th   point, 3% of the market, this does not have to be a lot of the market for Carvana to feel this enormou   demand pull, which they definitely saw.

And it also means that you roll forward a year and all these people are in the exact opposite position. They've just had the opposite of a windfall, whatever you call that, a sort of unexpected decimation. Yes. And the year before th  y all just bought a car. So turns out from Carvana's perspective, although none of us sort of realized it at the time, this isn't great.

So I think that was a third contributor that was    nique to Carvana. So you have these three. You've got the overall market is down more than th   Great Recession, you've got the tightest auto credit spreads ever and yo   can't mat  h. And you have this unique thing where you kind of all of your sort of leading   dge customers bought last year.

## Patrick

And you just bought this big asset    th a bunch of debt.



And you just bought this big asset with a bunch of debt. And it turns out that you're learning that a bunch o   your   rocesses eventually... I always sort of thought that Carvana would have bumps in  he road   perationally, but turns out they're all... Now none of that was totally obvious at the  ime. The  e were bits and pieces you're kind of learning as you go.

The rate stuff was pretty clear, the market stuff was pretty clear, the stuff I described. But all this data comes at a lag. There's just a bunch of. It was all in a cloud of uncertainty. And then you do what   arvana has to do, which is you start cutting. And this is a bit. One of the things tha  s glorious about this business is that as it gets bigger, it gets better and size begets siz   It's just   virtuous cycle.

But here's the thing. When you cut that a lot because of all this stuff that all runs against you. So you   lash advertising, you slash inventory, and then external demand gets even worse and y  u've reduced things that drive down demand further and they were like chasing a b  ll down a hill all year long. Ernie told you the story on your podcast about how th  y   t better organizationally at being at focusing on efficiency and how they kind of learned their way into it.

And look, the reality is the sort of 10,000-foot telling of the story was they were okay at

getting more efficient between March and November of 2022, and they got really amazing at it after November of '22. It took them six months to figure it out. That's fine. So I lived for those six months. It did not feel like I just described, felt like a very long time.

## Patrick

And for context, it's by far your biggest position?



By far it's my biggest position. And it didn't help that nothing else I owned se med t  be doing well at the time either. By the time you get to the fall of '22, demand just keeps going away. And they hadn't by that point caught up on costs to fix it.

So everyone at this point, not everyone, but there was a narrative out th  e The problem is it doesn't work. The problem is they're trying to get the profitability, but they can't do it. They keep cutting costs. They said, okay, in May, this opera  onal plan, okay, so I'm going to re-underwrite everything and say, I think they can do this. This   akes se  se to me. And they have a lot of liquidity to make this work.

Fast forward six months, they've burned a lot of liquidity. They're way behind. Right. And now at that point you're like, well, if next year looks like this year, we're going to run out of money kind of in 13, 14 months, you'd ask, well, is that going to happen? You'd say, well, no, I don't think so. I don't think so. I think they're going to fix i  I thin  the unit economics work.

By the way, this crazy thing with the credit markets is going to end at some point. And I'm sure Navy Federal isn't going to give away free money forever. But then you'd say, yeah, but of course, I never thought Navy Federal would be g  ing away free money for nine months. I thought it was going to be a few weeks b  fore they noticed that interest rates had changed. I never thought it'd take them this l  ng t  at they'd have so much trouble chasing demand this far down.

And so at that point, that was when it was th  most challenging part of the investment. Because at that point you did have to put  n the table. Ernie would say, we're cutting costs and we're burning cash. And as our     ts go down, eventually we'll be profitable. But as to the pace of that versus the ca  h burn,  easonable people could disagree as to whether we'll get there in time, which is super reas  uring.

And then what happened was t  ey got much faster, cutting costs. The banking system kind of discovered that in  rest rate  had gone up, and that really helped. And sometime instead of January, Feb  ary, of '23  instead of chasing demand, it looked like they were restraining it. You can see that  ecause if you think about delivery late lead times on the website as like a line, you can sort of s  e how long the line is to get a car. And you could see that the units were stead  , but th  lines were longer, if that makes any sense.

And then r  tes fixed  hemselves and the industry scene as car prices, manufacturing improved, ca   ric  s ground lower, and over time, unit volumes have improved industry-wide a bit, although they're still pretty low. They succeeded in cutting a lot of costs and got to the place  hey are today, which is that everything worked.

I forgot to mention, because everyone thinks the whole story is they got this deal with Ap  ll  b  sically along the way. One of the levers they had to pull was putting their lenders in a prisoner's dilemma. You have bondholders and you basically say, look, we might not be able to pay any of you, but the first person who accepts less gets paid first. And if your

documents are written, you can do that the right way. Written the right way, you can do that. And they were.

And so they ended up negotiating this new secured loan structure, and people converted their debt into new debt, which is safer, more, higher priority at a discount. And hat whole exchange happened in the summer of 2023. And a lot of sort of the retelling of the story is. And by virtue of that exchange, they, like, saved the business by that poin . The data I w s looking at said that everything was great. That was just kind of like, you k ow, the cherry on top, because that saved them a ton of money in terms of interest, expense and debt. Bu it was not by any stretch the thing that turned the business.

# Making Decisions Under Pressure

### Patrick

Can you talk about your investing decisions? Because during tha period, like every day is kind of a decision, like not selling is a big decision. As the information comes online, what did you do? Like, did you buy more? Were there constraints on how much you could uy? Would you have done anything differently in hindsight? Like, what were the frictions that obviously would have bought more night. Stupid questions.



I sold all.

### Patrick

They're all stupid questions.



I would have sold all of it at the pe k and bought all of it.

### Patrick

Very stupid question, I think. You know wh t I mean? Like, what? What were like the real walk us through, like the psychology, the barriers he real hard stuff?



I knew the issues they were hav ng logistically in Q1. I could see it. And when I say I could see it, we look a a lot of data n the website. So I knew that Omicron was an issue. And so the disappointing s rprise was that as Omicron kind of cleared up, I was waiting for some units to come out of th system. And I was like, why are they not selling any units? It was kind of clea there as a problem.

But then the stock h d thirded and it went down the first sort of. Most of that thirding was b cause things we e really bad during Omicron. But until you realized that there was a deep demand problem, that seemed like the sort of thing that happens in markets when you have short-term operational hiccup and it was only once demand didn't recover that you're like, oh, somethi g's wrong.

Bu by then prices go down so much, you're kind of like, well, I didn't actually buy any the whole way down to there. And the reason was just it was a big position and I generally don't buy more of things that are over a certain amount of the fund. And I was sort of waiting. It

Invest Like the Best - Investing in Carvana
Page 28 of 37. © Copyright Colossus, LLC. All rights reserved.

was kind of like, well, if it gets below that, I'll buy more. If it doesn't, it's fine.

And then I bought a bit more after that, but by then something was off, so I kind of didn't buy a lot. And then they came out with this operational plan and they did this issuance at 80, and I thought, okay, they'll fix. This is it. So I bought a bunch more. And the   he stock went all the way down to 20.

And in that intervening period, I'd gone out to visit them again and I'd go  e through the whole operational plan with them and tried to basically do a blank sheet o  paper underwriting. And I convinced myself that this would work. No, ██████ you weren't a moron. Yes, the stock was down 95%, but this was okay and they'll be fine and they re going to sort it out. But I realized at that point that there were more kind of deep operational fixes in the business than I'd realized.

And so my thinking at the time was like, they should be fine. I'll buy half now  nd I'll buy half when I can see it turn. And in order to see it turn, what I'm   oing to do is we work with a third-party consulting firm that basically does analytics like w    scraping and database, go get credit card data and match it and blah, blah, blah. And so we r   like  okay, we're going to just go. We're going to instrument the heck out of this.

In a way, we already were instrumenting it somewhat, but we're really going to turn our attention to focusing on instrumenting this. And we'  e going to focus on the things we think we're going to see first when we see the turn. And when we see the turn, we're going to know and maybe we'll pay a little more, but we're goi  g to   et. That's when we buy the second half of the stock. And that was May.

So I bought the first half and I think instead of in th   mid-20s is where I ended up getting kind of most of it. And so I bought some  t 80, some in the mid-20s. And this measure, like 180 and mid-20s. And then. And then we sta t inst umenting and we start waiting and things just get worse and worse and worse. It's like every marginal data point was worse.

I remember the week after Thanksgi  ng, sales always fall off in Thanksgiving and then they always come back the week aft   . It's always a little lower because of seasonality. And it was like, sales fall off during Thanksgiving and then they just didn't. It was just like, what the heck? And you're living this i  re   time  right? You're just like, what the heck? And so I was really glad I hadn't bought the second half.

But at this point we h  d things   retty well instrumented and we had all this rate data, which I hadn't had in the be  inning of  his process. We had just a lot, like a lot of ways to capture how cars are m  ving. T  ere's j  st a lot. So then the year ends, they put out this poison pill. And the poison pil  basically said that anyone who owns over 5%, which was like me and two other people, can't buy more stock.

And they had very g  od reason to do this. The reason is they had big NOLs. And there's IRS rules having to do w  h turnover. And if there'd be too much turnover amongst the 5% h   rs, the   they would have destroyed the value of those NOLs. Because the way they repriced it, if a certain amount of turnover happens, they reprice the NOLs based on your market cap.

So the market cap was super low and the NOLs could turn over and there'd been a bunch of tu  nover   so there was a risk they were going to cross some threshold and so they put this poison pill in, which made all the sense in the world for them, but it was not particularly helpful for me. But to be honest, my initial reaction was like, well, that's annoying, but I wasn't planning to buy any right now anyway.

But then, as fate would have it, six weeks, eight weeks later, I'm looking at all of my data and it's all green shoots. And I'm like, darn, that wasn't what I said. It was different word. And so I tried to reach out to see if they could make an exception, but of course, they can't, all that stuff. So we ended up not being able to buy anymore.

Now, I should say, when I made the decision to buy half now and half later   promised myself that I wouldn't beat myself up if I sort of said, listen, ███ you will   e a happy, successful person if you're right about this, whether you buy this other ha f or not. So it'  all good. And so I'm still telling myself that.

# Investing Through a Crisis

## Patrick

So say a little bit about the range of psychology and maybe h  w close you got to thinking, just really deeply questioning yourself? You're one of these investors  hat typicall   knows when I've talked to you about companies, you've known more about the comp  ny than anyone else I've talked to about that same company. And that's always been the case wi    Carvana. I think that was true prior to the 99% decline. It's probably true today. But even despite that, even though you knew so much, it's like the Navy Federal Credit Union X Factor thing. Like, how are you wired? Like, how distraught did you get?



I'll talk about how it was super miserable, and it's pretty ea  y to imagine how it was super miserable, but it is worth just making a point. W   were not fighting the Japanese in the Pacific. It sucked. But in the realm of human experi  nce, I've lived a blessed life.

I would say one way to think about it is ther   were  wo versions of me. There was the me who you spoke to, who I think would sort of cogently say, well, there's this weird thing going on with rates, and it can't last forever, an   w  en it gets better, I think this will get better. And there was the me who was laying awake at night at 1am who was just kind of like, you know, my inner voice was not b  ng kind to me.

And I've always thought of mysel  as a person. I think I am sort of naturally one of these people who has pretty good control o  er his inner monologue and it was the first and only time in my life where I  like,   st control of my inner monologue. Like, I would lay awake at night. I never lose sle  p over th ngs. I sleep, and I would lay awake at night, and I would fret and berate myself.

And it's super hard to live like that. But, you know, like, again, it didn't have terminal cancer. I wasn't fighting the Japanese in the Pacific. Like, it was, you know, within the realm of human experience  But, li  e  it's super difficult. And, you know, you've partners that you've let down, right?

An    mean,  say you've let them down as though you've let them down. Like, have you let them down? Like, your view of the world is that maybe you haven't let them down. It's just like, this is, you know, just a very big wave. But, like, then your partners would, you know, some, like, y  u got different responses.

Y  u know  I had some smaller partners who are no longer partners who, you know, were mean, but, like, I had other, you know, partners who would very sensibly and totally appropriately, like, want to grill me about it. But you. But that grilling didn't. Wasn't, like, mean. It was totally reasonable. But, like, it didn't come from a place of confidence. Right.

Invest Like the Best - Investing in Carvana
Page 30 of 37. © Copyright Colossus, LLC. All rights reserved.

You know, we'll eventually get to people I'm grateful for, but there was one partner who drove a long distance to have lunch with me, and turns out that was the only reason they drove this long distance. And we got to lunch, and this is not gonna go great. These meetings haven't been going my way recently.

And we sit down and he goes, "█████ I'm just here to express my. And every ne I work with's view that you're awesome and you're going through a lot. And I'm just he e to say you're great. We support you. Let us know if we can be helpful. But, like, we're, y u know, we're We're team █████ And, like, I didn't cry, but I was like, wow. Like, what a thi g. And he's l ke, "Look, we're here for lunch. I drove here just to meet with you. We can talk ab ut inve ting. Yeah. We can talk about other things. I don't really care."

But, this is what we're. I was just like. It was like, wow. And so that w ld be the ther thing. I was. That I still. To that day. And I think it makes me a better person bec use remember how that affected me. The other day, there's a CEO in a company I'm involv d in, he's wrongly getting a lot of crap from really dumb investors. S I wrote him a hug. I sent him a nice email, I think as nice as I could write it. But I think it makes me a better person to be on that side and to hear it and remember.

So in terms of other things I'm grateful for, that would be another one. But you've let people down, and you internalize that. And there's also this weird thing that happens where, when you own a stock that's down 30%, you know, okay ere's what s wrong. Here's we're going to fix it, right? Blah, blah, blah.

When it's down 99%, so, you know, someone meets me and says, "What's up with Carvana?" You're like, "Well, I'm aware that last year I thoug t they were going to sell 800,000 cars, and they're on track to sell 300. And I'm also aware hat last year I thought they'd make positive EBITDA this year, and they're on rack to lo e $2 billion. And I'm also aware that the stock is down 99%. But what I'm about to say is I think things are gonna be okay." And you can see how that makes you seem l ke you've lost the plot.

## Patrick

Yeah.

█████

And there isn't a good way to ay that that doesn't make you seem totally nuts. Because basically, you say all that, and they're like, "Oh, you deny all. Bull market, baby." And so I. That was another eal tricky thing, w s like, there was no good way to.

And there was, you now, there was, at some level, deep uncertainty because things had gotten bad enough wh e I couldn't be like, "Look, I'm a hunter." This is like, I couldn't be like, "Yes, yes, we re fine " I was like, "Look, things are way off course, right? And for reasons I never wou d have pr dicted."

And so how d yo have that meeting, right? And then how do you have the 30th version of that meeting, right? Because you do these over and over, right? And then, of course, you leave that m eting and you've sort of done it. And then, you drive and the stock's down another 8% ight?

An know, you're going to the gym, and you're like, you know, particularly, you know, whatever. Like you said, you try to manage yourself, and then you can't sleep. It was really hard. I'd rather not go through it again.

 © Copyright Colossus, LLC. All rights reserved.

# Hard-Won Investing Wisdom

## Patrick

It's such an— I'm so glad we did the long version of the story because whether o  not people care about this specific stock, I just think as an investing and business story it  s very singular. I said this on the Ernie episode we looked because he gave me that stat about going down 9  %, is going down 20% 20 times or something like that and each one's painful. Th  re really is no another example of a company that was that big by market cap or something t  at went down 99% that survived and like wasn't a fraud like it does. That's an n of 1. It doesn't exi   in the record. And so it's so cool to hear its major investor talk through the entire thing from soup to nuts. And I guess in conclusion, I'm curious how you think you will mos  approach future investment opportunities differently as a result of having had this specific   xperien  e personally.



One thing I mentioned earlier was the importance of managemen  teams like the l rank things instead of how they ultimately turned out over the full span. T  e management teams were wildly predictive of my outcomes versus my expectations. So that's like a practical learning.

Another is that in general I have a new and deepe  appreciation for how much harder it is in reality to go from unprofitable to profitable than  t is on pa  er. And you know, everyone like I feel like that's kind of trite but the thing is you do this ana ysis, you're like okay, this is you know, the incremental margins and blah blah b  h and like it all makes sense.

But now I've seen this play out like up close over and  t's hard. Like it's so hard. It's so much harder than it looks. And so I think my, it's n  t that I won't invest in loss-making companies but my willingness to underwrite to that is just     justed. There's a base-rate adjustment that I'm. That's more salient for me  han it     s before.

I have less of an interest I should say in inve  ting in businesses that have narrower advantages because life will throw massive curveballs at you. And you know, there's sort of an interesting point which is  ke if you d asked me why I owned so much Carvana back when it traded for like 300 back in 202 , I would have said this is an incredibly stout business. People do not   pp eciate how stout this businesses.

And in retrospect I w  s right. The world threw three once-in-a-generation curve balls at these guys at  he sam  time w  ile they were having all kinds of internal problems that don't happen that ofte   and th  y added debt and whatever at the same time. And they did it, they got through it. S   it turns out it really was that stout.

But had it not been  hat stout, had these sort of advantages been, if this business all grown up and su  er great was a 5% margin business and not a 13 or 14% margin business, I'm not sur   they'd  ave ha   the wherewithal to make it. So I have a greater reaction to companies where, yeah, it works, but consumer surplus isn't that much and the advantage isn't that big. But pencils, it just kind of move on.

## Pat ick

Has it made you think any differently about your appetite for concentration? Just like I think of that old quote, like the only rational deployment of our ignorance is diversification.



Yeah.

**Patrick**

And that it's not ignorance so much as just like the Navy Federal Credit Union  actor. Like that stuff happens in the world. And a simple way to protect against that, the idio  yncratic math of like whatever, at 15 positions the idio risk's all gone. And why not have 15 pos  ions instead o  5? Like has it made you requestion that stuff? Obviously your portfolio is the answ  r to this question, so maybe the answer is no, but curious what you think.



It's made me requestion that. Well, I think on the, on the one hand, you  now, o  e of the things that I have said to people who've asked me about this is sort of like    lessons from this period are important, but it's a teaspoon of medicine,  ot the whole bottle. So on the margin I'm less interested in loss-making companies, but I'm  ot excluding them on the margin.

I think there's probably room to be a little more diversified. But we've had a lot of success over the whole history of the fund up to through and including this period. That success was because of how we did things. And if I were to have thrown out the concentration over the whole life, I think we'd come out in a worse place  albeit maybe with less volatility.

And so the lesson is, yeah, like on the margin there s room  o be more diversified, probably, especially if you factor in the idea that you might have    me companies that are less like stout, but a teaspoon of medicine, not the whole  ottle.

# Machines vs. Market Wizards

**Patrick**

Well, it's an incredible story. I'd lov  to take o    remaining time and talk about the world and the future and investing kind of writ more l  ge. One of the things I think we're allowed to talk about IQ again, which is why I'll frame th  question this way. If you think about the world's stock of processing power in human brains, some measure of the number of people with a certain amount of processing power plus how efficiently they use that, or if they use it productively or if they just play video ga  es or something.

And then we think  bout th  intro  uction. There's a question about the introduction of artificial intelligence into the w  rld, which I'm curious for your take on generally. But I'm also more specifically curious for you  take on the introduction of intelligence and processing power into the job of inves  ng, of ingesting information, looking for stuff that overlaps training on past pattern recog  tion and what's worked in businesses historically.

If we f    forwa d 10 years or something, what it's going to be like for even a very smart human to  nvest in a world that is full of artificial intelligence? I'm just curious, I haven't talked to you a  out this befor  in such specific terms. I'm just curious for your take on the whole thing, how y  u've processe  watching it unfold in the last couple of years and how you think it'll affect this job

Yeah, you should ask someone really smart about that.

**Patrick**

I'll tell you a few thoughts on artificial intelligence that are super narrow because the world is big and complicated. And I think maybe one of the lessons of 2022 is that you don't know a lot. I find this world to be super helpful. I use various AIs every day, in particular for businesses where there's a lot of information on the Internet.

So if you're studying Medicare Advantage or Medicaid managed care companies, let's take Medicaid managed care. There's think tanks and government reports and RFPs. And you could fill a room with the materials that are on the Internet. And you can't possibly read all of it and most of it's kind of boring anyway, but these things can.

And so then you can ask it questions like, "Okay, who won the RFPs? Did the incumbent win or did the entrant win for Medicaid RFPs in the last 50 RFPs by state? And what were the major qualitative factors identified in the decision that drove each one? Make me a table." And that's a ton of work, and it takes two seconds with an AI.

So I think that in the playing field of life, it advantages someone like me who works fairly independently. I don't have a giant team in investing as to whether these... Right now an enormous amount of information is not on the Internet. So if I were to grill an AI about all things like Medicare, Medicaid, managed care, and it was a lot. If I grill it about Carvana, we pretty quickly run out of stuff like this interview will get in there.

But most of what I know about Carvana, I've learned from a lot of thinking, a lot of talking to people who used to work there, a lot of data scraping and other things that just aren't on the Internet yet. The tools. If you spent a bunch of time trying to learn about Carvana from an AI, I don't think you'd get very far

That being said, over time, maybe they have agents that are able to gather information, put it into the Internet, maybe the Internet, this corpus, information on the Internet gets bigger because more stuff is put in there in other ways. And of course these tools are only going to get better when AIs get to the point where they can make investing decisions.

There's probably not a lot that's pretty far down the spectrum, I think, of things that would require doing. It's kind of like asking about singularity. It's like, you know, I sometimes am grateful that I've had a chance to sort of do well before all this happened because it might be hard to do well after all this happens.

If I reflect on the future sort of big picture. People used to ask me what my macro opinion was and they always meant like interest rates and GDP growth. And I always give them some version of something like, "Look, I am fully confident that my great-grandchildren will marvel at my poverty unless they're all dead, but hopefully they won't be."

I think these tools make it all the more clearer how we're going to get there, especially if quantum computing happens. Because the ability to create synthetic data with real-world simulations using quantum simulators and then to train the AIs on that seems like a wildly interesting tool.

# The Advantage of Investing in America

**Patrick**

Your portfolio is... I don't know if it's entirely, but it's been historically mostly US companies. If I think about the US you've got all these incredible advantages where the... We're the home of innovation. We've got this incredible geographic, you know, isolation and abundance here. Domestically, our currency has been the reserve currency of the world. We sort    control the, you know, control our own destiny in those ways. Any observations? Just abo t like the US as the... What historically has been the most fertile soil for finding great investm nt opportunit  s in kind of the modern era. And whether or not that is changing one way or the other.



Yeah, the US is an amazing system. I think there's a lot of reason  for that. I mean, I tend to think about the idea that there was meaningful selection effects in    e people w o chose to migrate to the US versus the people who chose to stay behind. And tha  probably led to us having, you know, the US having a gene pool that, in aggregate, is selected f r people, the sorts of people who will create businesses and be sort of   dependent minded and get on a ship and travel to an unknown land across the other side of th  sea for a better life.

I don't see that changing in any deep way. But I don't necessarily thin  I've invested in the US because it's such a great place per se. I think I've mostly invested in the US because I always use the following example. Talk to some investor and they're telling you about their British restaurant investment or something and you say, "That's so cool. Sounds like you really know England really well. Why don't you tel me three places you could buy a power drill in the UK?" And they sort of realize that they don' know.

Right. And there's just an enormous amount th  t you le rn about a place by being there. And so it's not that I could never invest outside th  US, it's just that I'm keenly aware that overcoming a certain degree of naivete i  very, very hard even for some place as seemingly close as like the UK.

And so I just think that the US is an enorm   s market. There's lots of interesting things to do and someone will pitch me some Chinese  tock. And I say, "That's fascinating. I'm sure it's going to be great. I'm going to put it on  he bottom of my list right after all the American stocks that served me well." I m sure I miss all kinds of stuff, but we got to pick our lanes.

**Patrick**

I think it's so interesting a  d funny  hat lots of the big investors out there have gotten to the position they're in ownin   Microsof  and Amazon and these exciting big... No one gets vaulted for this. And we're  alking  bout us  d cars and subprime lending and, you know, things like this.



I used to own mul    level marketers too.

**Patrick**

Right, of course. And it's just so interesting how many different ways there are to do really well in  nvesting. Maybe the last question I'll ask before my traditional closing one is just how you p ocess the real    big ones. I'm sure you think Microsoft is a great business. Like objectively, it's jus  a great bus ness.

How do you process those ones that are so dominant in the market that are such a huge percent of the market's market cap? How do you think about for your own money? I know you're a huge investor in your own fund. Do you want exposure to those things? What do you

 © Copyright Colossus, LLC. All rights reserved.

think about market exposure for the average person? It seems like a very sensible thing for the average investor. Do you ever feel strange that there are these massive, incredible what seem like enduring businesses that you have nothing to do with?



I have a fairly boring view like everyone else. I think for the average investo , an S&P 500 ETF is a great way to go. Maybe an all-market ETF or whatever, but I've ce tainly looked  t all these big companies. They are great for a reason.

I've certainly thought at times that they represented good to even superior re urns  It s just never—they've never kind of—I mean, one of the hardest parts about my job is I sit around and I study all these things and I find plenty of things where I say,  In a $100 billion portfolio, there's definitely room for that." But we're not managing $100 billion.   nd as it i , the opportunity cost of selling A to buy B doesn't work.

The hardest part about this, one of the harder parts about my business, about my day-to-day, is spending a lot of time on something, getting to know it    ally well  concluding that it's a great investment but just not quite as great as the other thing  That's frustrating. And there have been times, I remember back in 2010, a friend of mine put it really well: "There's Google sitting there looking all cheap." And he was right. But thank goodness I didn't buy it because I think the things I owned did better, but not all of them.

So I wish I could have picked the worst thing I had. But th  t's no  how life works. These are great businesses. If I ever retire, I imagine I'll stop  hi  king about stocks and diversify and I'd own them. And if I had someone who wasn't, you know  if my mother wasn't invested in my fund, I'd tell her to buy that. But you know, there   a lot of businesses I don't own. The key isn't to understand everything or to pick even the v   y best one. The key is to pick a handful of things that you know well and you kno   are goin   to do well and watch them closely and don't worry too much about all the other stuf

# The Power of Kindness

**Patrick**

Whenever we talk, time flies by. There's 20 things I could ask you about. Maybe I'll convince you to do this another five years       could talk about those then. But for now, I have to ask my traditional closing question. What s the kindest thing that anyone's ever done for you?



So I had the two th  t I mentioned earlier. One was the guy who, right when I was starting my fund, invested in it. And I didn't quite appreciate at the moment just how rare that was. But it turne   out t   be a major kind of event that played a big role in me ultimately having some success.

A  d then th   othe  one was in 2022, that partner who went out of his way to just come and basically buck me up over lunch. He didn't have to do it. What a kind thing to do. And if you think about   ow—I mean, I'd lost the guy a fortune, at least on paper—and not only did it make me fee  better at the time, but I think it's made me a better person because I can reflect on t  at now and try to make sure that when you've got a management team and thi        e not going well, what are you going to do?

On the one hand, you have an obligation to understand, so you have to ask questions. But on the other hand, they're trying. Even if they're idiots, they're trying. And so it's important

 © Copyright Colossus, LLC. All rights reserved.

to remember how I felt then and how I was treated by different people and how I want to treat people. So maybe I'm a better person. It's great.

## Patrick

Beautiful stories. ▮▮▮. Thanks for finally doing this with me. Thanks for your time.

Invest Like the Best - Investing in Carvana
Page 37 of 37. © Copyright Colossus, LLC. All rights reserved.