# Exhibit 5

REDACTED

Case 2:22-cv-02126-MTL    Document 451-6    Filed 05/18/26    Page 1 of 3

## DECLARATION OF

1.　　I am currently an Investment Analyst at ███████████████, the organization that oversees investments for ███████████████. I have worked at ██████ for 10 years, and I was a Trading Desk Analyst at the time of the relevant trades. In my role as the Trading Desk Analyst, I was responsible for executing buy and sell orders for ██████ as well as providing investment analysts with any relevant market news and information on various offerings. I make this declaration based on my personal knowledge as well as my review of certain ██████ business records relating to ██████ purchase of shares of Carvana Co. ("Carvana") Class A common stock in the offering at issue.

2.　　Investment analysts at ██████ are responsible for developing in-depth knowledge of specified companies and keeping abreast of all pertinent news and information. They are also responsible for researching industries and business models, analyzing financial statements and valuing businesses.

3.　　In connection with completing their work, ██████ investment analysts have access to a wide variety of company, industry, financial and general news and information sources. ██████ records indicate that: (a) ██████ investment analysts reviewed, or had access to, The New York Times, USA Today, The Washington Post, Forbes, The Wall Street Journal, The Associated Press, Dow Jones Institutional News, Business Insider, and CNET News, among others; (b) ██████ investment analysts also had access to market data terminals, such as Bloomberg, which provided access to wire services and web-based news services; (c) ██████ investment analysts had access to third-party analyst reports regarding Carvana; and (d) ██████ investment analysts had access to Carvana's public filings, including its Form 10-Ks, regular periodic filings, and press releases. These publications and other sources assist ██████ investment personnel in researching, analyzing, and evaluating securities. To the extent these publications and other sources contained information relating to Carvana, they may have been considered by ██████ as a component of the information which formed the basis for the decision to invest in Carvana stock on behalf of ██████.

4.　　Particular information that was included in the analysis of the investment in Carvana included: (i) consideration that a decline in used car prices could offset the impacts of rising interest rates on car loans; (ii) that the investment proceeds were to be used to finance the ADESA acquisition, to fund a $1 billion capex commitment, and bridge cash flow needs; (iii) that the founders had committed to buy $443 million of the Carvana Class A shares; (iv) that the COVID-19 pandemic appeared to have turbocharged awareness of online dealer models; (v) that a national footprint could allow national advertising thus decreasing ad costs per unit; (vi) that reconditioning capacity had been scaling at a faster rate than competitors; (vii) that Caravana's business model of owning their own car carriers and delivery vehicles helped provide lower logistics costs per unit when compared to the competition; and (viii) that Caravana had announced an increase in their long-term capacity to 3 million units (up from 2 million) and the ADESA acquisition would seemingly accelerate the path.

5.　　At the time of the purchase of Carvana stock, ██████ investment analysts had access only to publicly-available information regarding Carvana. ██████ investment analysts

- 2 -

were not aware of any non-public information regarding Carvana, and may or may not have been aware of regulatory actions and/or penalties related to Carvana's alleged violations of state and local title and registration laws, to the extent those issues were publicly disclosed. ▮▮▮▮ lacks sufficient information to determine whether or not any specific articles, in The Wall Street Journal or in other publications, were in fact reviewed prior to its investment decision.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 4, 2026, at Seattle, Washington.

