# Exhibit 6

REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

IN RE CARVANA CO. SECURITIES LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ███████████

I, ███████████ the undersigned, declare as follows:

1. I am an investment analyst at ███████████████████████████████ I have been employed at ████████ since May 2009.  At or around April 2022, I was an analyst covering Carvana and its industry.  During this time, I advised the ████████ portfolio manager who made the decision to participate in Carvana Co.'s ("Carvana") April 2022 secondary offering (the "Offering").  ████████ was allocated ████ shares of Carvana Class A common stock in the Offering.  Everything in this declaration is based on my personal knowledge.

2. ████████ has three investment funds which are run by portfolio management teams investing based on a particular strategy.  ████████ has been invested in Carvana since 2017.  Since its initial investment we have periodically purchased and sold Carvana stock at various times for various reasons, including, for example, to rebalance the portfolios or to take advantage of what we considered to be good investment opportunities.  ████████ considers itself overall to be a long-term Carvana investor, and we continue to hold Carvana stock in our portfolios today.

3. ████████ conducts significant due diligence into the companies in which it invests.  Dating back to even before Carvana's initial public offering, I have followed (and continue to follow) Carvana and its industry closely.  As part of this diligence, I reviewed Carvana's SEC filings, public earnings calls, analyst reports, news articles, third-party data services such as Yipitdata, etc.  I also had StreetAccount alerts set to flag articles discussing Carvana or its industry, which I then reviewed.  I also attended company investor calls, including Carvana post-earnings calls and investor relations calls in 2021.  In the weeks leading up

1

to the Offering, I and others from ▮▮▮▮▮ participated in calls with Carvana management, including a March 4, 2022 sell-side investor call and a virtual Q&A session set up by Citi and J.P. Morgan on April 21, 2022 with Carvana's CEO Ernie Garcia III and CFO Mark Jenkins.

4. Based on this diligence, I was aware prior to the Offering that Carvana had been subject to regulatory investigations and penalties in multiple states due to issues with providing customers with title and registration. I viewed this as the result of the varying (and sometimes confusing) title and registration issuance processes across localities. I recall reviewing reports on these issues prior to the Offering, including the October 22, 2021 *The Wall Street Journal* article titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints, as well as other public reports. In particular, I recall reading reporting on title and registration issues Carvana experienced in Florida. Based on this reporting, I performed an analysis to estimate the size of Carvana's business in Florida relative to Carvana as a whole, in order to approximate the impact of the Florida regulatory issues on Carvana's business. Based on this analysis, I concluded the Florida issues were short-term issues that were likely to be resolved, and did not materially impact my long-term view of the company. This was also my conclusion as to the other title and registration issues I learned of, based on YipitData and conversations around this time with other industry participants experiencing similar issues with title and registration.

5. Regarding Carvana's business model and the drivers of its retail sales growth, I maintained a comprehensive central model on Carvana that integrated various pieces of public information, including company filings and shareholder letters, as well as information from certain third party research firms. Based on this model, I understood the drivers of Carvana's retail unit sales growth to be its ability to deliver value to customers; access to the widest range of cars on the market; extensive reconditioning capabilities; an efficient logistics network; and attractive cost structure.

6. I was absolutely aware prior to the Offering that Carvana was prioritizing growth and

expansion over profitability. The portfolio managers and I at ███████ were in favor of this strategy. I also analyzed the impact of the ADESA transaction and also took that into account. In our view and as shown by our model, Carvana's strategy would lower operational and logistics costs and result in eventual profitability. We believe this ultimately proved accurate.

7. Regarding wholesale vehicle sales, I was generally aware that Carvana was purchasing cars and, in some instances, subsequently selling them at the same prices. I understood this to be a smart business decision. I do not recall if I was aware that DriveTime vehicles in particular were being sold on Carvana's website, but I was aware of the core concept that Carvana was increasing its inventory prior to the Offering.

8. Following the Offering, I saw various news articles pertaining to Carvana's title and registration issues. I did not view any of this information as material to Carvana's business, nor have I learned anything that would have been material to my recommendation to invest in the Offering. I am not aware of any information that has led me to believe that Carvana's statements related to the Offering, including the registration statement, prospectus, and all incorporated documents, were misleading or fraudulent.

I declare under penalty of perjury that the information submitted herein is true and correct.

Executed at New York, New York on 5th day of May, 2026.

By: ████████████████