**Exhibit 7**
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

CASE NO. CV-22-2126-PHX-MTL

IN RE CARVANA CO. SECURITIES LITIGATION

**DECLARATION OF** ████████████

I, ████████████, the undersigned, declare as follows:

1. I am an Executive Director at ████████████, an investment team within ███████ ████████████████████████████ I joined ████████████ in November 2015. I was responsible for the recommendation that ████████████████████ investment team purchase ████████ shares of Carvana Co. ("Carvana" or the "Company") Class A common stock in Carvana's public offering that closed on April 26, 2022 (the "Public Offering"). The information in this declaration is based on my own personal knowledge and to the best of my recollection.

2. As the person leading ████████████████ investment in the Offering, I and my team of analysts conducted diligence and research into Carvana and its industry. This diligence included reviewing Carvana and its competitors' public filings, public earnings calls, news articles, third-party analyst reports, industry reports, public lawsuits and other publicly available information regarding Carvana and its industry. As a result, prior to the Offering, I would have seen public reporting related to Carvana's provision of title and registration, such as the August 11, 2021 *The Wall Street Journal* article titled "Carvana Barred From Selling Vehicles in Raleigh, N.C., Area Until January," and the October 22, 2021 *The Wall Street Journal* article titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints."

3. Based on the diligence discussed above, at the time of the Offering, I viewed Carvana as an industry disruptor with significant growth potential, and I viewed an investment in the

Offering (and in Carvana otherwise) as a long-term value purchase. As a result, I recommended ███████████████ participation in the Offering. I understood that, at the time of the Offering, Carvana prioritized growth over short-term profitability, and I was generally aware of Carvana's other business strategies related to retail unit sales, including certain agreements with related party DriveTime, and Carvana's expansion into markets that were further from its reconditioning centers.

4. I was aware at the time of the Offering that Carvana had been subject to regulatory scrutiny and received penalties related to state title and registration laws. These issues were not material to my recommendation that ███████████████ participate in the Offering or invest in Carvana generally because I was focused on Carvana's long-term growth potential. Additionally, in my view, such issues are to be expected, given that Carvana was expanding rapidly and disrupting the traditionally localized used vehicle sales business model. There will inevitably be growing pains as the accompanying regulatory structures—such as those governing title and registration—adjust to accommodate. And I believe Carvana's subsequent success proved that thesis to be accurate.

5. I remain a believer in Carvana and in its management. Nothing I learned since the time of the Offering regarding Carvana's compliance with title and registration requirements would have been material to my recommendation that ███████████████ invest in the Offering.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at ███████████████████████ on 7th May, 2026.

By: ████████████

2