# Exhibit 8
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL |
| | **DECLARATION OF** ████████ ████████ **CHIEF COMPLIANCE OFFICER** |

I, ████████████ the undersigned, declare as follows:

1.     I am the Chief Compliance Officer for ████████, a role I have held since 2016. I oversee ████████ Compliance and Information Technology activities, including financial reporting. Prior to joining ████████, I worked for over thirteen years in public accounting, and I am a Chartered Accountant and Certified Public Accountant.

2.     ████████ maintains its diligence-related materials in a central repository, accessible to all personnel involved in decision making. In preparation for submitting this declaration, I have reviewed the diligence materials, reviewed relevant electronic communications and spoken with certain ████████ staff involved in its investment of Carvana.

3.     ████████ made its initial investment in Carvana in December of 2018 and has held a number of positions in Carvana until closing out its position fully in November of 2022.

4.     Prior to its investment in Carvana, and throughout the period from December 2018 through November 2022, ████████ engaged in a detailed diligence process, which included reviewing Carvana's SEC filings, public statements issued by the company, analyst reports, short seller reports, news articles, and other publicly available information.

5.     On April 22, 2022, ████████ purchased certain shares of Carvana stock in a public offering sponsored by Carvana. Prior to this investment, the ████████ investment team was aware of news reports regarding issues that Carvana was experiencing regarding obtaining titles and processing registration for certain cars it sold. ████████ was aware of this information at the

time it made the decision to invest.

6.      I declare under penalty of perjury that the information submitted herein is true and correct.

Executed on ___MAY 8_____, 2026, at ___JACKSONVILLE, OR.___

By ███████████████████

2