**Exhibit 9**
REDACTED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE CARVANA CO. SECURITIES LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ███████████

I, ███████████ the undersigned, declare as follows:

1. I am a General Partner at ███████████████████ and I have been employed at ████ for approximately 16 years.

2. As General Partner and Sector Head for Internet research, I am responsible for evaluating investment ideas from among public companies that compete in the internet ecosystem based on fundamental analysis.

3. ████ first purchased stock in Carvana on or about April 20, 2022, after conducting research on the company following its Q4'21 earnings report in late February.

4. Following that initial stock purchase, ████ participated in Carvana Co.'s ("Carvana") secondary public offering, which closed on April 22, 2022. In that offering, ████ purchased ████ shares of Class A stock in Carvana at $80.00 dollars per share.

5. At the time of that purchase, I was generally familiar with Carvana based on public information, the company's disclosures, and communications with Carvana's investor relations team.

6. At the time of ████ April 2022 purchases and sales, I was not aware of title and registration issues involving Carvana.

7. With continuing research, I determined shortly after the secondary offering that Carvana did not meet the risk/reward parameters employed by ████ As a result, ████ sold all of its Carvana shares on April 25, 2022.

8. I was unaware of any issues regarding title and registration at the time of the sale.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at Redwood City, California on May 5, 2026.

By: