**Exhibit 10**
REDACTED

<u>DECLARATION OF</u> ███████████

I, ████████, the-undersigned, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am submitting this declaration in the capacity as a custodian of records of ██████ ████████████████████████████████ I am the Head of Consolidated Data Services.

2. ██████ provides investment management services to hundreds of mutual funds and other investment vehicles. Portfolio managers at ██████ are responsible for using their investment acumen to make investment decisions that are in the best interests of their respective funds and fund shareholders.

3. I have examined certain records of ██████ relating to Carvana's April 20, 2022 secondary offering of Class A common stock (the "Offering"). Based on my review, I can testify as follows:

   a. ██████ records reflect that, in connection with the Offering, ██████ portfolio managers, collectively advising (or sub-advising) more than a dozen mutual funds or other investments products (such as collective investments trusts and separately managed accounts), placed purchased orders.

   b. ██████ investment personnel have access to a wide variety of industry and financial publications as well as publicly available news articles. ██████ records reflect that investment personnel at ██████ had access to information about Carvana, including via YipitData, an alternative data and market research firm that analyzes and provide insights on company performance and consumer behavior. Investment personnel also had subscriptions to the Wall Street Journal and access to articles that discussed Carvana's Offering documents, business strategies, and Carvana's compliance with state and local title and registration laws, including:

      i. Nora Naughton, THE WALL STREET JOURNAL, *Carvana Barred from Selling-Vehicles-in Raleigh, NC., Area-Until January* (August-11,2021) ("The [North- Carolina] motor vehicles department has revoked Carvana's dealer license for its Wake Country location until Jan 29. The Tempe, Ariz-based company also has agreed to pay a civil penalty of $500 and an administrative fee of $200, according to court documents."); and

ii.     Ben Foldy and Mike Colias, THE WALL STREET JOURNAL, *Carvana Faces Government Scrutiny and Fines Following Consumer Complaints* (October 22, 2021) ("At least four states [Michigan, Texas, North Caolina, and California] have disciplined Carvana or are investigating the company for violating vehicle-sales rules. Carvana customers have filed dozens of complaints with state officials in Ohio, Texas, Georgia, and North Carolina, state records show.").

4.     This declaration does not purport to be an exhaustive discussion of ▮▮▮▮ records or communications regarding the Offering.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May 2026 in Boston, Massachusetts.

