# Exhibit 11

REDACTED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE CARVANA CO. SECURITIES LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮ the undersigned, declare as follows:

1. Since 2009, I have been employed at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ where I now serve as an Equity Analyst. As part of my role, I cover several industry sectors, such as retail, restaurants, food and beverage, and one-offs such as auto auctions and daycare, and I began coverage of Carvana Co. ("Carvana" or the "Company") in 2017. Everything contained in this declaration is based on my personal knowledge.

2. At ▮▮▮▮▮▮▮▮▮▮▮▮▮ analysts like me conduct due diligence in their areas of coverage. Portfolio managers make final investment decisions, such as the decision to participate in the 2022 Offering, and consult with analysts when doing so. ▮▮▮▮▮▮▮▮▮▮▮▮▮ first invested in Carvana in 2018. Before and after that date, I was responsible for conducting due diligence on Carvana for various portfolio managers.

3. ▮▮▮▮▮▮▮▮▮▮▮▮ also purchased ▮▮▮▮ additional shares of Carvana class A common stock during Carvana's April 22, 2022 public offering (the "2022 Offering").

4. My own research with respect to Carvana included reviewing several different sources of public information. For example, during the period ▮▮▮▮ was invested in Carvana, I reviewed relevant portions of Carvana's quarterly shareholder letters, 10-Ks, and sell-side research. I also subscribed to FactSet, which provides access to financial data and news articles related to Carvana, and I reviewed news articles from major news outlets that I deemed important. As a result, prior to the 2022 Offering, I saw public reporting on Carvana's compliance with title and registration issues, including the October 22, 2021 *The Wall Street Journal* article titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints."

5. Based on this diligence, I was aware that if Carvana could not get the paperwork right for

1

its sales of cars, it was possible that Carvana would not be able to sell cars in certain states. I was also aware that several states had shut off Carvana's ability to sell cars in certain locales, but do not recall the specifics of each state or whether these actions were material. Based on my recollection, Carvana's messaging through conversations with their Head of Investors Relations Mike Levin conveyed that the title and registration issues were growing pains, Carvana would make mistakes, and they would put in layers of protection going forward. At the time, I took their statements at face value. These statements were not included in their official filings, so it appeared that Carvana did not view the title and registration issues as material.

6. At or around the time of the 2022 Offering, I understood that Carvana was showing improvement in its compliance with title and registration laws. ███████ participation in the 2022 Offering was not materially impacted by my knowledge at the time of the regulatory actions taken against Carvana for title and registration.

7. The decision to sell Carvana in late 2022 was based on concerns Carvana would face bankruptcy after their debt-laden ADESA acquisition at a time when used car demand was decreasing.

8. At the time of the April 2022 offering, I understood that Carvana , as an early-stage growth company, was prioritizing growth. For example:

    a. At the time of the Offering, Carvana was expanding into new markets that may have been initially less profitable.

    b. At the time of the Offering, I was also aware that Carvana was selling cars wholesale. While I do not recall the specific GPU on wholesale, I understood that the wholesale GPU was meaningfully lower than that of retail.

    c. At the time of the Offering, I was also aware that the entire used car industry was short on inventory and Carvana and other dealers were doing everything they could to build inventory. I was aware that Carvana was growing the number of cars it purchased from its Sell to Carvana program in late 2020 and 2021. I do not recall assessing the impact of Carvana's purchase of cars from the Sell to Carvana program on the growth of retail

unit sales or wholesale unit sales.

    d.  At the time of the Offering, I did not know Carvana purchased cars from DriveTime and listed them as part of its inventory.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at Boston, Massachusetts, on May 6, 2026.

3