# Exhibit 13
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL |
| | **DECLARATION OF** ▮▮▮▮ |

I, ▮▮▮▮, the undersigned, declare as follows:

1. I am a member of the General Partner of  I have been with ▮▮▮ since July 1, 1999. At or around April 2022, I served as a portfolio manager of the ▮▮▮ funds, which invest in equities and other assets. During this time, I was involved in the decision to participate in Carvana Co.'s ("Carvana") Carvana's April 2022 secondary offering (the "Offering"), in which ▮▮▮ was allocated ▮▮▮ shares of Carvana Class A common stock. Everything in this declaration is based on my personal knowledge.

2. ▮▮▮ has five investment funds, all have positions in Carvana and have been invested in Carvana since May 2017. Carvana is currently one of ▮▮▮ largest positions.

3. As long-term investors, ▮▮▮ conducts significant due diligence into the companies in which it invests. Prior to the Offering, my team of analysts and I followed (and continue to follow) Carvana and its industry closely. For example, we reviewed Carvana's SEC filings, public earnings calls, analyst reports, news articles, etc. We also used Bloomberg alerts set to flag articles discussing Carvana or its industry.

4. Based on our diligence prior to the Offering, I was well aware of the challenges Carvana faced in complying with the state and local title and registration regulations, including regulatory investigations and penalties in multiple states. For example, I was aware of the article titled "Carvana Barred from Selling Vehicles in Raleigh, N.C. Until January," and the October 22, 2021 *The Wall Street Journal* article titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints. In developing our investment thesis about the company, I considered these challenges, but, given their limited scope when

viewed against the entirety of Carvana's business, concluded they were not material.

5. To the contrary, I understood that a main feature of Carvana's value proposition was its disruptive business model—a model we believe in. I also understood that as a result of being a nationwide used car dealer (which was not the traditional practice), Carvana would have to adapt to numerous, different state and local title and registration regulations that were fashioned for physical, localized dealerships. I believed these posed short-term challenges that Carvana would overcome, which it certainly has. Indeed, individuals who work at ████████ have bought and sold vehicles on Carvana and have had very favorable personal experiences.

6. As part of my diligence, I also followed Carvana's business model and strategies closely. As such, I understood that Carvana's business model at or around the time of the Offering prioritized growth over short-term profitability: indeed, the Company disclosed it was not profitable as of that time. I was also aware that Carvana was expanding into less profitable markets, such as in the Pacific Northwest, in order to capture more market share. Carvana's strategy has clearly proven to be a success. Indeed, in my opinion, Carvana is one of the best-run companies we have followed in the last thirty years.

7. Since the Offering, nothing I have learned has led me to believe that Carvana's statements about the Offering, including the registration statement, prospectus, and all incorporated documents, were misleading or fraudulent. I do not believe that Carvana or its management misled investors.

I declare under penalty of perjury that the information submitted herein is true and correct.

Executed at ███████████████████████ on May 4, 2026.

By: ████████████████

LATHAM&WATKINS LLP
ATTORNEYS AT LAW