**Exhibit 14**
REDACTED

## Declaration

I, ██████████ Portfolio Manager, ██████████████ investment advisor for ████████████████ hereby certify as follows:

1. ████████████████████████████ acquired ████████ shares of common stock of Carvana Co. on April 22, 2022 as allocated in connection with a secondary offering of common stock by Carvana Co. (the "Investment").

2. I have been advised that there is a class action lawsuit in connection with Carvana Co.'s title and registration issues.  I have not reviewed the filings or materials in such class action lawsuit.

3. Although I have no recollection of receiving news articles, research reports or other materials with regard to Carvana Co.'s title and registration issues it is possible and most likely that I did receive such materials.  I do not recall receiving nor reviewing such materials and had I reviewed such news articles, research reports or other articles regarding Carvana's title and registration issues it would not have been material to my decision to enter into the Investment and  I would have continued to recommend and close the Investment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of May, 2026 at New York, New York.