**Exhibit 15**
REDACTED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE CARVANA CO. SECURITIES LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ███████████ ████████

I, ███████████ , the undersigned, declare as follows:

1. I am the Chief Investment Officer of ███████████████████████████████ a New York-based family office. I began my employment at ████████████ May 2017 and have been Chief Investment Officer since then.  In my role, I am responsible for making investment decisions on behalf of ████████ and, in April 2022, I was involved in the decision-making process regarding ████████████ participation[1] in Carvana Co.'s ("Carvana") April 2022 Offering of class A common stock (the "Offering"). Everything contained in this declaration is based on my personal knowledge.

2. Starting April 2018, ████████████ has purchased or sold Carvana's Class A common stock from time to time. Immediately prior to the Offering, ████████████ held ████ shares of Class A common stock. ████████████ was allocated ████ shares in the April 2022 Offering.  During the two months after the Offering, ████████████ periodically sold Carvana shares through market sales, completely exiting the position on June 13, 2022.  From June 15, 2022 through March 2023, ████████████ held some economic exposure to Carvana Class A common stock through total return swap, with the size of the position varying over time.

3. At ████████████ analysts are responsible for conducting due diligence into specific companies and making investment recommendations to me as the Chief Investment Officer. The level of due diligence on investment targets varies from investment to investment but, as is typical for investment firms, our due diligence may involve analyzing industry and sector research,

---

[1] For clarity, ████████████ is the investment adviser and/or investment manager to certain investment entities, but it does not invest its own capital. References herein to the investment activities of ████████████ refer to investments made by entities advised or managed by ████████████

companies' financial statements and SEC filings, and other publicly available sources, such as press releases, media headlines, or analyst reports from other investment firms. Analysts may build financial valuation models based on their due diligence. Analysts make investment recommendations based on their analysis. Collectively, the research, any models, and the analyst recommendations help to inform my investment decisions.

4. Analysts at ███████████ have access to and use a variety of research tools and news sources, including major news outlets and industry and sector-specific outlets. In specific, at various times ███████████ has subscribed to YipitData reports for Carvana, including all of calendar year 2022. YipitData is a third-party web scraping tool that provides weekly data on inventory, retail unit sales, cohort analysis, and sales data by market.

5. The analyst at ███████████ who was primarily responsible for conducting diligence on Carvana is no longer employed at ███████████ However, I expect that his analysis of Carvana would have involved reviewing information from some or all the sources described above, and generally would expect an analyst for an active position in a company to have a reasonable understanding of the company's business model and strategies.

6. Specifically, I can verify that the analyst shared with me the following two articles at or around the time they were published, although I do not remember whether I read the articles at that time:

   A. WSJ (Aug. 11, 2021): "Carvana Barred From Selling Vehicles in Raleigh, N.C., Area Until January"

   B. WSJ (Oct. 22, 2021): "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints" (https://www.wsj.com/business/autos/carvana-faces-government-scrutiny-and-fines-following-consumer-complaints-11634902676)

7. I received a link to the following article through a news feed at or around the time it was published: Barron's (June 24, 2022): "Carvana Sought to Disrupt Auto Sales. It Delivered Undriveable Cars", although I do not remember whether I opened the link or read the article at that time.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at New York, New York on May 6, 2026.

By: ████████████████████

3