**Exhibit 16**
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

IN RE CARVANA CO. SECURITIES
LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ███████████

I, ██████████, the undersigned, declare as follows:

1. I am the General Counsel of ████████████████████████████ an investment management firm, and have been in this role since 2016. The primary analyst responsible for covering Carvana Co. ("Carvana" or "Company") is no longer an employee of ████████████, and I was not personally involved in ████████████ decision to participate in its secondary offering in April 2022 (the "Offering"). However, I reviewed ████████████ archives, research, and call notes. Everything set forth in this declaration is based on my personal knowledge and review of ████████████ archival materials.

2. In April 2022, ████████████████████, a private investment fund managed by ████████████ (the "Master Fund"), participated in Carvana's secondary offering of class A common stock (the "Offering."). In total, the Master Fund received 60,000 shares of Carvana securities through the Offering.

3. The Master Fund pursues a sector-diversified beta-neutral long/short equity strategy, which involves buying undervalued stock and simultaneously selling overvalued stock. The Master Fund's investment strategy is supported by deep, fundamental research conducted by ████████████ sector-focused investment teams.

4. From my review of ████████████ materials, I understand that analysts conducted significant due diligence of Carvana. This diligence included calls with industry experts and Carvana management. It also included reviewing news headlines related to the Company, such as those received through the *Wall Street Journal* digest.

5. Also based on my review of ████████████ materials, analysts were aware that as a

used car dealership, issuing titles and providing registration paperwork to customers was an operational component to Carvana's business. Indeed, the notes I reviewed referenced the headcount involved in such work and stated that Carvana had opportunities for efficiency with respect to its title and registration operations.

6. I reviewed several materials in ███████████ archives that discussed Carvana's regulatory scrutiny and penalties. Because these materials were in the archives, I believe analysts were aware that Carvana was facing regulatory scrutiny and penalties at or around the time of the Offering. These materials include:

   a. Notes from a September 14, 2021 investor relations call. These notes reference North Carolina's suspension of Carvana's Raleigh dealership license and state that while Carvana could continue to sell to customers in Raleigh, the cars could not originate from Raleigh vending machines.

   b. The October 22, 2021 *Wall Street Journal* entitled *"Carvana Faces Government Scrutiny and Fines Following Consumer Complaints,"* which discussed Carvana's title and registration compliance challenges and penalties in several states.

7. ███████████ caused the Master Fund to sell out of the shares purchased in the Offering within two days thereafter. After those two days, the Master Fund was short on Carvana, meaning that ███████████ was pursuing its investments on the belief that the market value of Carvana would fall.

8. My review of ███████████ materials indicates that analysts remained aware of Carvana's regulatory challenges after the Offering. In particular:

   a. The archives included the May 13, 2022 *Barron's* article titled *"Carvana's Dealer License Is Suspended in Illinois."*

   b. Multiple employees received the June 24, 2022 *Barron's* article titled *"Carvana Sought to Disrupt Auto Sales. It Delivered Undriveable Cars."* In one email, the Consumer sector head commented that the article had the same

'hit piece' tone that the Wall Street Journal had been delivering over the past twelve months. But, he continued, the issue of temporary plates seemed serious, as it may represent a small percentage of purchases, but it is counter to a good customer experience and while the class action lawsuit mentioned only two dozen plaintiffs, there should be more with time. I understand the reference to the class action lawsuit to be the federal class-action lawsuit in Pennsylvania that alleged Carvana failed to timely transfer title and registration paperwork to customers.

9. I discussed Carvana's title and registration compliance challenges with ▇▇▇▇ ▇▇▇▇ Consumer sector head recently. During our conversation, the sector head recalled he was aware of the title and registration issues, prior to the April 22, 2022 offering. But, title and registration compliance issues faced by Carvana were not material to the investment thesis at all at any time.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12TH day of May 2026, in New York, New York.

By: ▇▇▇▇▇▇▇▇

3