**Exhibit 17**
REDACTED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

IN RE CARVANA CO. SECURITIES
LITIGATION

No. CV-22-02126-PHX-MTL

**DECLARATION OF**
███████████████

I, █████████████, hereby declare the following:

1. I am over the age of 18 years and fully competent to make this Declaration.

2. I am a Portfolio Manager and Research Analyst at ████████████████ ████████████████████████████ a subsidiary of ██████████████████ ██████████████,[1] and authorized by ████████████ to make this Declaration.

3. The statements made in this Declaration are based on my personal knowledge and my review of █████████████ business records.

4. In my role as a Research Analyst, I lead the Consumer Sector Research team, which conducts research and analysis regarding publicly traded companies in the consumer sector whose securities ████████████ portfolio management teams may consider for investment in portfolios managed by ██████████████

---

[1] For the purposes of this Declaration, █████████████████████████████████████████, and their affiliated investment advisory entities are referred to collectively as ██████████████

5. In connection researching and analyzing companies, I typically review financial data included in a company's public filings with the Securities and Exchange Commission, which I use to build a financial model for the company, review sell-side research analysis or participate in sell-side analyst calls, participate in company earnings calls or review transcripts of the calls, and participate in expert network calls (with industry experts).

6. One of the companies I have followed as a Research Analyst for ▮▮▮▮▮▮▮▮ is Carvana Co. ("Carvana"), an e-commerce company that sells pre-owned cars to consumers.

7. On or about April 21, 2022, Carvana issued a secondary public offering of ordinary shares (the "April 2022 Offering").

8. Based on my review of trade data exported from ▮▮▮▮▮▮▮▮ trading systems, which are reflected in the spreadsheets attached hereto collectively as Exhibit A, I understand that certain ▮▮▮▮▮▮▮▮ investment advisory clients, comprised of six ▮▮▮▮ ▮▮▮▮▮▮ affiliated funds and one unaffiliated institutional client (collectively, the "Participating Clients"), participated in the April 2022 Offering.[2]

9. The portfolios of all seven Participating Clients are, or at the time were, managed by ▮▮▮▮▮▮▮▮, a Portfolio Manager on ▮▮▮▮▮▮▮▮ Diversified Alternatives Team, and ▮▮▮▮▮▮▮▮ made the investment decision for the Participating Clients to acquire Carvana ordinary shares in the April 2022 Offering.

10. Around the time of the April 2022 Offering, I published notes regarding my research and analysis of Carvana in ▮▮▮▮▮▮▮▮ research repository, which is generally accessible to ▮▮▮▮▮▮▮▮ portfolio management team members. Attached collectively as

---

[2] For the purposes of client confidentiality, the names of the ▮▮▮▮▮▮▮▮ Clients have been anonymized in spreadsheets attached as Exhibit A.

Exhibit B are the notes regarding my analysis of Carvana that I published in the research repository between January 1, 2022 and April 30, 2022.  Among other things, these notes refer to certain challenges Carvana had been facing, including constraints on sales attributable to logistics, such as delays in completing motor vehicle registrations with state departments of motor vehicles during the COVID-19 pandemic.

11.    ████████████ and other members of the Diversified Alternatives Team would have had access to my published notes at the time the decision was made for the Participating Clients to acquire Carvana ordinary shares in the April 2022 Offering.  However, I understand that the Participating Clients participated in the April 2022 Offering for arbitrage purposes, consistent with the investment strategy applicable to the Participating Clients' portfolios.  For that reason, the research and analysis contained in my notes likely were not material to the decision for the Participating Clients to participate in the offering.

12.    Carvana remains one of the companies I follow as the Research Analyst leading ████████████ Consumer Sector Research team, and I have not seen any media or analyst reports,  statements or disclosures by the company, or other information that causes me to believe that Carvana made false or misleading statements in any of the public statements I previously reviewed or relied upon in connection with my analysis of the company.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>May 5, 2026 | 11:12 MDT</u>.
          Date

- 3 -

# EXHIBIT A



CONFIDENTIAL







# EXHIBIT B



CONFIDENTIAL





4

CONFIDENTIAL

CONFIDENTIAL













CONFIDENTIAL



2

CONFIDENTIAL

4

CONFIDENTIAL

6

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL