**Exhibit 18**
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL <br><br> **DECLARATION OF** ███████████ |

I, ███████████, the undersigned, declare as follows:

1. I am the General Counsel of ███████████████████████████████ an executing equity trading firm based in California. I have been in this role since October 2018. Everything in this declaration is based on my personal knowledge.

2. ███████████ specializes in institutional brokerage and banking, and it offers a range of global services, which include securities execution, investment banking, outsourced trading, and market research. The securities execution service involves brokering trades of securities on behalf of institutional, hedge fund, and private equity clients.

3. During Carvana Co.'s ("Carvana") April 2022 Offering ("Offering"), ███████████ acted as a broker for the purchase of ██████ shares of Carvana Class A common stock on behalf of a client.

4. As a broker to the transaction, ███████████ did not review Carvana's Offering documents, such as the prospectus, registration statement, or any incorporated documents. ███████████ is not obligated to conduct due diligence into transactions on behalf of its institutional clients under these circumstances. Pursuant to its role as a broker, it also did not conduct independent research into publicly available information, such as news articles or analyst reports.

5. The decision to take an allocation in the 2022 Offering was made solely on the basis of ███████████ position as a broker for its institutional client.

6. Nothing ███████████ has learned after the Offering would have been material to its brokerage of the ██████ shares of Carvana class A common stock on behalf of its client.

1

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at Charleston, South Carolina on May 6, 2026.

By: