# Exhibit 19

REDACTED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL |
| | DECLARATION OF ██████████ |

██████████████, the undersigned, declare as follows:

1.     I am a partner at ██████████████████████ a New York-based hedge fund manager that has employed me since October 2006. In my role at ████ I perform research on potential and current investments and manage certain positions.

2.     ████ began holding a position in Carvana Co. ("Carvana") Class A common stock on a regular basis in July 2019 and continued to do so through November 2023.

3.     ████ increased its ownership of Carvana stock by approximately ██████ shares in the first half of 2022. As part of those efforts, ████ purchased ████ shares in Carvana's offering of Class A common stock that closed on April 26, 2022 (the "April 2022 Offering").

4.     ████ purchased Carvana stock with capital over which I was delegated discretion, as well as in accounts managed by the fund portfolio managers. However, each of the other portfolio managers that transacted in Carvana stock did so in consultation with me, based on my research and recommendations.

5.     As with any of my investments, I performed due diligence on Carvana consistently throughout the period in which ████ held or transacted in Carvana stock. That diligence involved reviewing the company's disclosures, researching and reviewing available data regarding the company, and monitoring news, blogs, social media, and other sources for information about the company. For example, I had a Google alert set to capture new articles from news sources pertaining to Carvana, and I reviewed the articles captured by that alert.

6.     In light of my research, I knew that Carvana had faced scrutiny from regulators and a continuing risk of being penalized by them. Carvana was charting a new path by utilizing a multi-state e-commerce model for used car sales. I understood that regional laws relating to title and

1

registration were not yet adapted for that model—they were designed for traditional, brick-and-mortar dealers that largely operated within a small geographic footprint.

7.      Before ████ participated in the April 2022 Offering, I knew that Carvana had been investigated and penalized by several state DMVs or equivalent entities for issues relating to title and registration processes. I was also aware that Carvana had received complaints from customers related to delays in title and registration processing, which had in some instances resulted in consumer class action lawsuits.

8.      I digested news about Carvana's various regulatory challenges contemporaneously. For example, I read *The Wall Street Journal* every day, and would have seen the October 22, 2021 article published by *The Wall Street Journal* titled "Carvana Faces Government Scrutiny and Fines Following Consumer Complaints." I also recall reading numerous other articles related to these topics prior to the April 2022 Offering.

9.      I did not find any of that news surprising or concerning in light of my expectations about Carvana facing challenges associated with its business model clashing with regulatory schemes that were not designed for it. The COVID-19 pandemic was also a known factor that was not only creating operational difficulties for businesses, but was also causing shut-downs of DMVs and thereby creating compliance challenges for companies like Carvana.

10.     I did not (and do not) believe that any of the regulatory challenges that Carvana faced between July 2019 and November 2023 materially impacted Carvana's business.

11.     ` In light of my aforementioned review of Carvana's public disclosures, I had a strong understanding of the company's business strategies in advance of the April 2022 Offering.

12.     I understood that Carvana was explicitly prioritizing growth over profitability in the near-term, at least up to the time of the April 2022 Offering.

13.     I understood that as part of its growth-focused strategy, Carvana would pursue customer sales that it might not have pursued on the same terms if it was more focused on boosting its profitability in the short term.

14.     I understood that Carvana had expanded and was expanding its "Sell to Carvana"

program in which it purchased vehicles from individuals who offered their vehicles through Carvana's website. I understood that cars purchased through that program were more profitable on average. I also knew that certain of the vehicles Carvana bought through Sell to Carvana were lower-quality vehicles that would be ultimately sold wholesale.

15. I understood that Carvana was expanding to new markets before and throughout the period in which ███ held Carvana stock (including, again, at the time of the April 2022 Offering). I knew that in many instances, new markets may have been located a long distance from Carvana's existing infrastructure such that Carvana faced logistical or operational costs associated with transporting cars to or from those markets.

16. I understood that Carvana engaged in several related-party transactions with DriveTime (and others) that were not at arms-length but may have benefited Carvana.

17. At no point since the April 2022 Offering have I learned of any then-existing facts that, had I been aware of them at the time of the April 2022 Offering, would have altered my decision to participate in the April 2022 Offering.

I declare under penalty of perjury that the information submitted herein is true and correct.

Executed at Malibu, California on May 4, 2026.

By: ███████████████████

3