**Exhibit 20**
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL |
| | **DECLARATION OF** ▮▮▮▮▮ |

I, ▮▮▮▮▮, the undersigned, declare as follows:

1. From May 2007 to October 2022, I was employed at ▮▮▮▮▮▮▮▮▮▮ or one of its affiliates. ▮▮▮▮▮▮ purchased ▮▮▮ shares of Carvana Co. ("Carvana" or the "Company") Class A common stock in Carvana's public offering that closed on April 26, 2022 (the "Public Offering"). At and around the time of the Public Offering, I was the Sector Head for a group of investments which included Carvana. The information in this declaration is based on my own personal knowledge.

2. In my role as Sector Head, I oversaw analysts and made investment recommendations to the portfolio manager at ▮▮▮▮▮▮ At ▮▮▮▮▮▮, analysts conduct due diligence into companies' filings, public earnings calls, other public statements by management (*e.g.*, at conferences), news articles, third-party analyst reports, public lawsuits and other publicly available sources to identify investment opportunities and to continue to monitor and analyze the investments in our portfolio. With respect to Carvana, these sources included information on Carvana's business strategies and prioritization of growth over short-term profitability. The results of the analysts' due diligence is maintained in a central location that is accessible to ▮▮▮▮▮▮ personnel involved in investment decisions. The portfolio manager makes strategic investment decisions based on the team's research and recommendation.

3. Leading up to Carvana's Public Offering, based on research and input provided by myself and ▮▮▮▮▮▮ analysts, the portfolio manager decided to participate in the Offering.

4. At some point, I became aware that Carvana had been subject to significant regulatory

1

scrutiny and had penalties imposed upon it based on various states' title and registration laws. I cannot recall whether I learned this before or after ▇▇▇▇▇▇▇▇ decision to purchase Carvana stock in the Public Offering. It is also possible that the ▇▇▇▇▇▇▇ analysts assigned to Carvana was aware of regulatory scrutiny and penalties relating to Carvana's compliance with title and registration laws before I learned of them. Regardless of when I became aware, these issues did not materially impact ▇▇▇▇▇▇▇ investment decisions regarding the Public Offering because we were primarily investing based on our belief in what Carvana would eventually become, and we viewed regulatory scrutiny and penalties relating to Carvana's compliance with title and registration laws to be short term issues which did not impact our investment thesis.

5.  I continued to follow Carvana's performance after the Public Offering. Nothing I have learned since the Public Offering has led me to believe that the Offering Documents were false or misleading. Nothing I have learned regarding Carvana's compliance (or noncompliance) with title and registration requirements (or legal penalties as a result of such issues) would have been material to my recommendation to invest in Carvana stock in the Public Offering.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at Dallas, Texas on May 7, 2026.

By: ▇▇▇▇▇▇▇▇▇▇▇▇▇

2