# Exhibit 21
REDACTED

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

IN RE CARVANA CO. SECURITIES LITIGATION

CASE NO. CV-22-2126-PHX-MTL

**DECLARATION OF** ▮▮▮▮▮▮▮

I, ▮▮▮▮▮, the undersigned, declare as follows:

1. I am the Chief Executive Officer and Chief Investment Officer ("**CIO**") of ▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮ a private family office. I have held these positions since June 2018. Prior to that, I managed public and private equity investments across a variety of industries, as a portfolio manager at ▮▮▮▮▮▮, and as a member of the investment teams at ▮▮▮▮▮▮ and ▮▮▮▮▮▮.

2. As ▮▮▮▮ CIO, I am responsible for managing the company's investment portfolio, setting investment strategies, and overseeing asset allocation to meet financial goals. To achieve our goals, I regularly follow market trends, manage risk, monitor portfolio investments and analyze potential new investments.

3. ▮▮▮▮ was a participant in Carvana's April 2022 public offering of its Class A Common Stock. ▮▮▮▮ was allocated ▮▮▮▮ shares in the offering.

4. I was the person at ▮▮▮▮ with lead responsibility for conducting diligence of Carvana, both prior and subsequent to the April 2022 offering. ▮▮▮▮ had been an investor in Carvana since 2018.

5. As part of my diligence, prior to the April 2022 offering I reviewed many of Carvana's filings with the SEC, news articles, analyst reports, earnings calls, had a few meetings with Carvana's head of Investor Relations, and spoke with a number of auto industry experts.

6. Leading up to the offering, ▮▮▮▮ was acquiring shares of Carvana in the open market. I decided to invest in the offering as a means of obtaining shares at a discount to the then-market value, which meant a lower purchase price on purchases we intended to make. In

SMRH:4907-3183-5038.2

-1-

addition, the offering gave us the opportunity to buy at a predetermined price rather than take the risk that the stock might appreciate or that we might cause the stock price to rise as a result of our buying.

7. While at some point I became aware of the Title and Registration issues that affected Carvana in several states, I cannot recall whether I was aware of those issues at the time of the April 2022 offering in which ███████ participated. Regardless, I would not have considered those issues to be material to ███████ participation in the April 2022 offering, and in fact, ███████ has continued to hold a position in Carvana securities since that time, and still holds a position today.

8. Nothing that I have learned since the April 2022 offering has led me to believe any statements in the offering documents were false or misleading when made, and nothing that I have learned since would have been material to ███████ decision to invest in Carvana.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at ___9:50pm___ on May 6, 2026.

By: ████████████████████

SMRH:4907-3183-5038.2