**Exhibit 23**
REDACTED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE CARVANA CO. SECURITIES LITIGATION | CASE NO. CV-22-2126-PHX-MTL |
| | **DECLARATION OF** ███████████ |

I, ███████████ the undersigned, declare as follows:

1. I am the General Counsel and Chief Compliance Officer at ███████████ ███████████ I have personal knowledge of the facts set forth herein. The source of my personal knowledge is my employment at ███████ for 12 years, as well as my review of certain documents and records related to ███████ investment in Carvana Co. ("Carvana").

2. ███████████ due diligence in advance of participating in Carvana's April 2022 offering included, among other things, discussions with sell-side analysts and meetings with company management. ███████ diligence files also include certain research and articles regarding title and registration regulations affecting Carvana, including those contained in YipitData reports, which are third-party research reports compiling information on company operations and performance. For example, these reports included the following:

   - YipitData report dated November 2, 2021, noting that between October 6, 2021 through October 8, 2021, multiple articles suggesting that certain customers across multiple states (including Florida and North Carolina) were unable to receive title and registration documents and that Carvana had offered to repurchase at lease some of these vehicles.

   - YipitData report dated February 1, 2022, stating that Carvana's license suspension in Raleigh, North Carolina, had been lifted as of January 31, 2022.

   - YipitData report dated February 8, 2022, noting that Carvana had avoided suspension of its dealer license in Florida as of February 1, 2022.

3. ▮▮▮▮ due diligence files also indicated that Carvana was pursuing aggressive expansion, accompanied by operational and logistical challenges, that Carvana might miss first-quarter consensus estimates and potentially lower its full-year outlook, but also that the company was focused on accelerating growth and expected to generate meaningful EBIDTA over time.

4. On or about April 22, 2022, ▮▮▮▮ purchased ▮▮▮▮ shares in Carvana's offering. ▮▮▮▮ sold the shares it received in the offering from April 29, 2022 thru May 27, 2022 for a total loss of approximately ▮▮▮▮

5. This affidavit does not purport to be an exhaustive list of all materials reviewed or considered as part of ▮▮▮▮ due diligence prior to the offering.

I declare under penalty of perjury that the information submitted herein is true and correct to the best of my recollection.

Executed at New York, New York, May 7, 2026    ▮▮▮▮

By: ▮▮▮▮