**Exhibit 24**
REDACTED

*In re Carvana Co. Securities Litigation*

**Civil Action No. 2:22-cv-02126-PHX-MTL**


**DECLARATION OF** ███████████████

I, ██████████ declare as follows:

1. I am a portfolio manager responsible for the management of certain index funds within ████████████████████

   - In that capacity, I have responsibility for overseeing the investment and trading activities of index funds that seek to track the performance of specified market indices.

   - I submit this declaration to describe, based on my experience, the general approach ████████ index funds take when a portfolio company that is already included in the applicable index conducts a share offering (including follow-on or secondary offerings).

   - As it pertains to this specific matter, it is my understanding that the funds managed by either ██████████████████████ or by an affiliated investment advisor received an allocation of ████████ shares of Carvana stock.

2. Index funds are designed to track, as closely as practicable, the performance of a specified benchmark index.

   - The composition and weighting of the securities held by an index fund are therefore primarily driven by the composition and weighting of the underlying index, rather than discretionary investment views.

   - As a result, index fund portfolio managers generally do not make investment decisions based on a view that a security is undervalued or overvalued but instead seek to maintain alignment with the index while managing transaction costs and minimizing tracking error.

   - Tracking error refers to any divergence between a fund's performance and that of its target index. Certain events—including corporate actions, market volatility, and trading constraints—can contribute to tracking differences.

3. A share offering by an issuer that is already included in the relevant index typically increases the number of shares outstanding of that security.

   - Depending on the methodology of the index provider, this may result in a corresponding increase in the weight of that security in the index, either immediately or over time.

   - The index fund's objective is ultimately to reflect that updated weight once it is incorporated into the index.

   - As a result, the index fund will generally seek, subject to market conditions, allocation availability and transaction cost considerations, to acquire an allocation of shares from the offering that will maintain its alignment with the index.

4. Although I cannot speak for every ▮▮▮▮▮ fund that received an allocation of Carvana stock, based on my experience, I expect that each of the ▮▮▮▮▮ index funds would have followed the general approach described above and that the respective portfolio managers did not review individual materials or press releases when deciding to participate in Carvana's 2022 Offering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026 in ▮▮▮▮▮▮▮▮▮▮.

