# Exhibit 26

FILED UNDER SEAL