# Exhibit 29

FILED UNDER SEAL