# Exhibit 31

FILED UNDER SEAL