# Exhibit 32

FILED UNDER SEAL