# Exhibit 33

FILED UNDER SEAL