# Exhibit 34

FILED UNDER SEAL