# Exhibit 35

FILED UNDER SEAL