# Exhibit 36

FILED UNDER SEAL