## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Respondents. | |

On May 28, 2026, the parties notified the Court of a discovery dispute regarding subpoenas issued by Plaintiffs to related third parties. Considering the instant discovery dispute, the Court sets the following briefing schedule:

**IT IS ORDERED** that Plaintiffs' deadline to file their discovery motion is **JUNE 1, 2026**, at **5:00 PM**.

**IT IS FURTHER ORDERED** that Non-Parties' deadline to file a response is **JUNE 15, 2026**, at **12:00 PM**.

**IT IS FURTHER ORDERED** that Plaintiffs' deadline to file a reply is **JUNE 18, 2026**, at **5:00 PM**.

Dated this 1st day of June, 2026.

Honorable John Z. Boyle
United States Magistrate Judge