**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Respondents. | |

Having considered the parties' Joint Stipulation to Extend Certain Pretrial Deadlines (Doc. 484), and for the reasons stated on the record, the Court will grant the Stipulation and adopt the parties' proposed deadlines.

The Court, however, admonishes the parties that it will not further extend the deadlines in the Scheduling Order (Doc. 128) for any foreseeable reason. If the parties cannot satisfy these deadlines, the Court will consider other appropriate measures.

**IT IS THEREFORE ORDERED** that the parties' Joint Stipulation to Extend Certain Pretrial Deadlines (Doc. 484) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order is amended to include the following deadlines:

1. Deadline for Plaintiffs to File Reply in Support of Motion for Class Certification: **August 6, 2026**

2. Deadline for Defendants to File Any Motion for Leave to File Sur-Reply or Motion to Strike: **September 10, 2026**

3.     Deadline to Serve Interrogatories, Requests for Production, and Requests for Admission: **August 21, 2026**

4.     Close of Fact Discovery: **October 2, 2026**

5.     Deadline for Identification of Experts Who Will Provide Affirmative Expert Reports: **October 5, 2026**

6.     Deadline for Affirmative Expert Reports: **October 26, 2026**

7.     Deadline for Identification of Responsive Experts: **October 29, 2026**

8.     Deadline for Responsive Expert Reports: **November 24, 2026**

9.     Deadline for Rebuttal Expert Reports: **January 11, 2027**

10.    Deadline to Complete Expert Depositions: **February 5, 2027**

11.    Deadline to File Dispositive Motions and Motions Challenging Expert Opinion Testimony: **February 25, 2027**

12.    Deadline to File Oppositions to Dispositive Motions and Oppositions to Expert Motions: **April 23, 2027**

13.    Deadline to File Replies in Support of Dispositive Motions and Replies to Expert Motions: **June 10, 2027**

**IT IS FINALLY ORDERED** that the Scheduling Order (Doc. 128) is reaffirmed in all other respects.

Dated this 2nd day of June, 2026.

Michael T. Liburdi
United States District Judge

- 2 -