# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Respondents. | |

Pending before the Court is Plaintiffs' "Motion to Compel Production of Documents from Related Parties" ("Motion to Compel") (doc. 495) and the parties' "Joint Discovery Motion" (doc. 522). Considering the instant discovery disputes, the Court issues the following:

**IT IS ORDERED** that a Telephonic Hearing on Plaintiffs' Motion to Compel (doc. 495) and the parties' Joint Discovery Motion (doc. 522) is scheduled for **JUNE 26, 2026, at 10:00 a.m.** before Magistrate Judge John Z. Boyle. Counsel for the parties and non-parties are directed to call (855) 244-8681 and use access code 2302 321 0604 five minutes before the hearing. The Clerk of Court is kindly directed to transmit by email a copy of this Order to the following attorneys for the non-parties: Brian A. Cabianca at brian.cabianca@squirepb.com and David S. Norris at david.norris@squirepb.com.

Dated this 18th day of June, 2026.

Honorable John Z. Boyle
United States Magistrate Judge