ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (CA 200643)
TOR GRONBORG (CA 179109)
SARA B. POLYCHRON (CA 244685)
ERIKA L. OLIVER (CA 306614)
MATTHEW J. BALOTTA (CA 310303)
RACHEL A. COCALIS (CA 312376)
CHRISTOPHER R. KINNON (CA 316850)
SARAH A. FALLON (CA 345821)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com
mbalotta@rgrdlaw.com
rcocalis@rgrdlaw.com
ckinnon@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re Carvana Co. Securities Litigation | ) ) ) | No. CV-22-2126-PHX-MTL |
| This Document Relates To: | ) ) ) ) | JOINT REPORT REGARDING SETTLEMENT TALKS |
| All Actions. | ) ) ) | |

4923-1615-6085.v1

Pursuant to the Court's Scheduling Order dated February 25, 2025 (ECF 128), the parties, by and through their undersigned counsel, respectfully submit the following status report on settlement talks:

1. On February 26, 2026, counsel for the Carvana Defendants and counsel for Lead Plaintiffs discussed in person, and in good faith, a global settlement to resolve all claims asserted in this action. Counsel continued those discussions thereafter.

2. The parties are unable to reach a settlement at this time.

3. The parties do not currently require the Court's assistance with settlement.

DATED: June 25, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL S. DROSMAN
(Admitted *pro hac vice*)
TOR GRONBORG
(Admitted *pro hac vice*)
SARA B. POLYCHRON
(Admitted *pro hac vice*)
ERIKA L. OLIVER
(Admitted *pro hac vice*)
MATTHEW J. BALOTTA
(Admitted *pro hac vice*)
RACHEL A. COCALIS
(Admitted *pro hac vice*)
CHRISTOPHER R. KINNON
(Admitted *pro hac vice*)
SARAH A. FALLON
(Admitted *pro hac vice*)

s/ Daniel S. Drosman
DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
torg@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com
mbalotta@rgrdlaw.com
rcocalis@rgrdlaw.com
ckinnon@rgrdlaw.com
sfallon@rgrdlaw.com

- 1 -

4923-1615-6085.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT M. ROTHMAN
(Admitted *pro hac vice*)
DAVID A. ROSENFELD
(Admitted *pro hac vice*)
JONATHAN A. OHLMANN
(Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com
iohlmann@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MATHEW ANDREWS
(Admitted *pro hac vice*)
CRISTELLE R. RABBAN
(*Pro hac vice* forthcoming)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
mandrews@rgrdlaw.com
crabban@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELIZABETH A. SHONSON
(Admitted *pro hac vice*)
SCOTT I. DION
(Admitted *pro hac vice*)
LUKE GOVEAS
(Admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
eshonson@rgrdlaw.com
sdion@rgrdlaw.com
lgoveas@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
DINAH S. LEVENTHAL
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C.  20015
Telephone:  202/362-0041
202/362-2640 (fax)
dleventhal@odonoghuelaw.com

- 2 -

4923-1615-6085.v1

Additional Counsel for Lead Plaintiffs

BONNETT FAIRBOURN FRIEDMAN
  & BALINT PC
ANDREW FRIEDMAN
7301 N. 16th Street, Suite 102
Phoenix, AZ  85020
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com

Local Counsel

Dated:  June 25, 2026

LATHAM & WATKINS LLP
ANDREW B. CLUBOK (*pro hac vice*)
SUSAN E. ENGEL (*pro hac vice*)
J. CHRISTIAN WORD (*pro hac vice*)
MATTHEW J. PETERS (*pro hac vice*)

s/ Matthew J. Peters (with permission)
MATTHEW J. PETERS

555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com
christian.word@lw.com
matthew.peters@lw.com

LATHAM & WATKINS LLP
MERYN C.N. GRANT (*pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
meryn.grant@lw.com

LATHAM & WATKINS LLP
JEFF G. HAMMEL (*pro hac vice*)
KALANA KARIYAWASAM (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
jeff.hammel@lw.com
kalana.kariyawasam@lw.com

- 3 -

4923-1615-6085.v1

FENNEMORE CRAIG, P.C.
DOUGLAS C. NORTHUP (No. 013987)
ANDREA L. MARCONI (No. 022577)
2394 E. Camelback Road Suite 600
Phoenix, Arizona  85016
Telephone: (602) 916-5000
dnorthup@fennemorelaw.com
amarconi@fennemorelaw.com

Counsel for Defendants Carvana Co., Ernest Garcia III, Mark Jenkins, Stephen Palmer, Michael Maroone, Neha Parikh, Ira Platt, and Greg Sullivan

Dated:  June 25, 2026

DLA PIPER (US)
MELANIE WALKER (*pro hac vice*)


   s/ Melanie Walker (with permission)
            MELANIE WALKER

2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4735
Telephone:  310/595-3130
melanie.walker@us.dlapiper.com

DLA PIPER (US)
CAMERON A. FINE
MADELINE A. CORDRAY
2525 East Camelback Road, Suite 1000
Phoenix,  AZ  85016
Telephone:  480/606-5100
cameron.fine@us.dlapiper.com
madeline.cordray@us.dlapiper.com

DLA PIPER (US)
YAN GRINBLAT (*pro hac vice*)
444 West Lake Street, Suite 900
Chicago, IL  60606
Telephone:  312/368-4000
yan.grinblat@dlapiper.com

Counsel for Defendant Ernest Garcia II

- 4 -

4923-1615-6085.v1

Dated:  June 25, 2026

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
DAVID P. FRIEDMAN
SUSANNA M. BUERGEL
KRISTINA A. BUNTING
MICHAEL J. PISEM

s/ David P. Friedman (with permission)
DAVID P. FRIEDMAN

1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  212/373-3935
dfriedman@paulweiss.com
sbuergel@paulweiss.com
kbunting@paulweiss.com
mpisem@paulweiss.com

Counsel for Defendants Citigroup Global
Markets Inc. and J.P. Morgan Securities LLC

- 5 -

4923-1615-6085.v1