# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Respondents. | |

This matter is before the Court upon its own review. On July 10, 2026, Defendants filed an objection to the Special Master's Report and Recommendation. (Doc. 562.) Given the Objection, the Court issues the following:

**IT IS ORDERED** directing the Special Master to Review Defendants Objection (doc. 562) and exhibits attached thereto.

**IT IS FURTHER ORDERED** directing the Special Master to file an updated ruling no later than **JULY 20, 2026**, at **5:00 PM**.

**THE PARTIES ARE PUT ON NOTICE** that any and all materials related to the Special Master's review of Defendants' privilege log should—if not already—be timely provided to the Special Master. Materials **SHOULD NOT** be provided, for the first time, in a party's objection.

Dated this 13th day of July, 2026.

Honorable John Z. Boyle
United States Magistrate Judge