# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United Association National Pension Fund, et al., | No. CV-22-02126-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Carvana Company, et al., | |
| Respondents. | |

Pending before the Court is Nonparties Bridgecrest, Verde, and DriveTime's ("Nonparties") "Unopposed Motion for Extension of Time to Comply with July 16, 2026 Order[.]" (Doc. 576.) In the Unopposed Motion, Nonparties "request and move for a 21-day extension, up to and including August 14, 2026, to comply with th[is] Court's July 16, 2026 Order." (*Id.* at 1.) Considering that this requested extension relates to a deadline established in a discovery order issued by this Court, *see* (doc. 568), and good cause appearing, the Court shall grant the Unopposed Motion.

//

///

//

///

//

///

//

Accordingly,

**IT IS ORDERED** that Nonparties' Unopposed Motion for Extension of Time to Comply with July 16, 2026 Order (doc. 576) is **GRANTED**.

**IT IS FURTHER ORDERED** that Nonparties shall have an additional twenty-one (21) days, up to and including **AUGUST 14, 2026**, to comply with the Court's July 16, 2026 Order.

Dated this 22nd day of July, 2026.

Honorable John Z. Boyle
United States Magistrate Judge

- 2 -