**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United Association National Pension Fund, *et al.*,** | |
| **Plaintiffs,** | **CASE NO. CV-22-02126-PHX-MTL** |
| **v.** | **SPECIAL MASTER COHEN** |
| **Carvana Company, *et al.*,** | **RULING REGARDING TRANCHE THREE OF CARVANA DOCUMENTS** |
| **Defendants.** | |

This Honorable Court appointed the undersigned as Special Master to review *in camera* documents withheld as privileged by Defendants. *See* docket no. 500 ("Appointment Order"). The Special Master earlier issued rulings on a First Tranche and a Second Tranche of documents. See docket nos. 552, 587.

Plaintiffs identified a Third Tranche of bellwether documents for *in camera* review, consisting of 232 documents. Carvana responded by re-reviewing these documents, withdrawing entirely its privilege claims for 132 of them, and producing the remaining documents *in camera* to the Special Master, with supporting factual and legal explanations. (During its re-review, Carvana may have also reduced the *extent* of its privilege claims for some of the remaining 100 documents before submitting them—for example, by reducing the number of redactions—but the Special Master does not have data on this detail.)

In the attached chart, the Special Master now provides rulings on Carvana's privilege claims for the remaining 100 documents. The Special Master applied the legal standards earlier

set forth in the Tranche One and Tranche Two Rulings. *See* docket no. 552 at 2-9; docket no. 587 at 2-3.

**RESPECTFULLY SUBMITTED,**

**/s/ David R. Cohen**

**David R. Cohen**
**Special Master**

**Dated: August 26, 2026**