**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United Association National Pension Fund, et al.,

Plaintiffs,

v.

Carvana Company, et al.,

Respondents.

No. CV-22-02126-PHX-MTL

**ORDER**

Pending before the Court is the parties' "Joint Motion for Discovery." (Doc. 639.) Considering the instant discovery dispute, the Court issues the following:

**IT IS ORDERED** that a telephonic hearing on the parties' Joint Motion for Discovery (doc. 639) is scheduled for **SEPTEMBER 11, 2026,** at **2:30 p.m.** before Magistrate Judge John Z. Boyle. Counsel for the parties are directed to call (855) 244-8681 and use access code 2302 321 0604 five minutes before the hearing.

Dated this 8th day of September, 2026.

Honorable John Z. Boyle
United States Magistrate Judge