**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United Association National Pension Fund, et al.,

Plaintiffs,

v.

Carvana Company, et al.,

Respondents.

No. CV-22-02126-PHX-MTL

**ORDER**

Pending before the Court is Special Master Cohen's "Ruling Regarding Tranche Three of Carvana Documents."[1] (Doc. 650.) In the Ruling, Special Master Cohen sustained Defendants' privilege designations as to 91 documents, overruling only nine privilege claims. (*Id.* at 18.) Given that no objections were filed within the 14-day objection period, *see* (doc. 500 at 3), and finding the Ruling reasonable, the Court adopts the Ruling in its entirety. *See, e.g.*, *Deguchi v. Allstate Ins. Co.*, No. 07-00144 JMS/LEK, 2008 U.S. Dist. LEXIS 85303, at *1 (D. Haw. Oct. 22, 2008) (adopting special master's report in the absence of objections).

//

///

//

///

//

[1] Discovery matters in this action have been referred to this Court by the presiding United States District Judge. (Doc. 125.)

Accordingly,

**IT IS ORDERED** that Special Master Cohen's Ruling Regarding Tranche Three of Carvana Documents (doc. 650) is **ADOPTED**.

Dated this 10th day of September, 2026.

Honorable John Z. Boyle
United States Magistrate Judge