| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00010891 | Privileged – Withhold | Sustained | Sustained in Tranche 2 |
| PLOG00010892 | Privileged – Withhold | Sustained | Sustained in Tranche 2 |
| PLOG00011396 | Privileged – Withhold | Sustained | Reflects a request for or provision of legal advice. |
| PLOG00011397 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00011409 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00011410 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00011419 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00011420 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00013042 | Privileged – Redact | Overruled | No redactions to review. |
| PLOG00013393 | Privileged – Redact | Overruled | Primary purpose is business, not legal. Does not reflect a request for or provision of legal advice. |
| PLOG00018543 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards), including in prior tranches. Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00019473 | Privileged – Redact | Sustained | Narrowly tailored redactions withholding the request for and subsequent provision of legal advice. |
| PLOG00019542 | Privileged – Redact | Sustained | Narrowly tailored redactions reflect advice that is predominantly legal. |
| PLOG00022293 | Privileged – Redact | Sustained | Narrowly tailored redactions reflect advice that is predominantly legal. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00022322 | Privileged – Redact | Sustained | Narrowly tailored redactions reflect advice that is predominantly legal. |
| PLOG00027613 | Privileged – Withhold | Overruled | Ministerial conveyance of attachment in which Carvana's privilege assertion was overruled. |
| PLOG00027614 | Privileged – Withhold | Overruled | Carvana failed to carry its burden to show this document contains the provision of or request for legal advice or was prepared in anticipation of litigation. Underlying facts are not independently privileged. |
| PLOG00031868 | Privileged – Redact | Overruled | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. See 13042. |
| PLOG00032486 | Privileged – Redact | Overruled | Carvana failed to carry its burden to show this is predominantly legal personnel discussing legal matters. |
| PLOG00036455 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards), including in prior tranches. Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00039150 | Privileged – Withhold | Overruled | Primary purpose is business, not legal. Does not reflect a request for or provision of legal advice. |
| PLOG00041192 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00041379 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00043390 | Privileged – Redact | Sustained | Sustained in Tranche 1 |
| PLOG00045853 | Privileged – Withhold | Sustained | Reflects a lawyer's request for information to facilitate the provision of legal advice. |
| PLOG00045854 | Privileged – Withhold | Sustained | Reflects a lawyer's request for information to facilitate the provision of legal advice. |
| PLOG00046766 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00046767 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00046768 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00048818 | Privileged – Withhold | Sustained | Sustained in Tranche 1 |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00048819 | Privileged – Withhold | Sustained | Sustained in Tranche 1 |
| PLOG00048820 | Privileged – Withhold | Sustained | Sustained in Tranche 1 |
| PLOG00048821 | Privileged – Withhold | Sustained | Sustained in Tranche 1 |
| PLOG00049262 | Privileged – Withhold | Sustained | Sustained in Tranche 1 |
| PLOG00049263 | Privileged – Withhold | Sustained | Sustained in Tranche 1 |
| PLOG00049714 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00049715 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00049716 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00050429 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00050430 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00050431 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00050432 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00050433 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00052991 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00052992 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00055860 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056246 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00056247 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056327 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056328 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056336 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056337 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00056352 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056353 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056360 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00056361 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056368 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00056369 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056379 | Privileged – Redact | Overruled | No redactions to review. |
| PLOG00056380 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00056387 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056388 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056397 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056398 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056416 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00056417 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056418 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00056963 | Privileged – Withhold | Sustained | Reflects a request for or provision of legal advice. |
| PLOG00056964 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00056965 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00057422 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00057423 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00057424 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057425 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057426 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057427 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057428 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057429 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057430 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057431 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057432 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057433 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057434 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057465 | Privileged – Withhold | Sustained | Reflects a lawyer's request for information to facilitate the provision of legal advice. |
| PLOG00057466 | Privileged – Withhold | Sustained | Reflects a lawyer's request for information to facilitate the provision of legal advice. |
| PLOG00057636 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00057637 | Privileged – Withhold | Sustained | Underlying facts are not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00057777 | Privileged – Withhold | Sustained | Reflects a request for or provision of legal advice. |
| PLOG00057778 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00057779 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00057999 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00062078 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00064251 | Privileged – Redact | Overruled | Primary purpose is business, not legal. Does not reflect a request for or provision of legal advice. |
| PLOG00066267 | Privileged – Redact | Overruled | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. See 13042. |
| PLOG00066268 | Privileged – Redact | Overruled | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. See 13042. |
| PLOG00066269 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. See 13042. |
| PLOG00066270 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066271 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00066272 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066273 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066274 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066275 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066276 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066277 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00066278 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066279 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066280 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066281 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066282 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066287 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00066296 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066297 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066309 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066325 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066331 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066336 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00066345 | Privileged – Redact | Sustained | Narrowly tailored redactions reflect advice that is predominantly legal. |
| PLOG00066357 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066371 | Privileged – Redact | Overruled | Primary purpose is business, not legal. Does not reflect a request for or provision of legal advice. Public comments discussed are not material. |
| PLOG00066429 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066430 | Privileged – Withhold | Sustained | Independently privileged attachment. Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066431 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00066432 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00066433 | Privileged – Withhold | Sustained | Independently privileged attachment. Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066434 | Privileged – Withhold | Sustained | Not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00066435 | Privileged – Withhold | Sustained | Independently privileged attachment. Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066436 | Privileged – Withhold | Overruled | This document consists of a collection of copied and pasted email threads. Carvana may not withhold this document, but may redact each email thread only and always to the same extent as the least redacted document from which the email thread was copied. |
| PLOG00066502 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066507 | Privileged – Withhold | Overruled | This document appears to have been shared with a third party. Carvana failed to carry its burden to show otherwise. |
| PLOG00066508 | Privileged – Withhold | Overruled | This document appears to have been shared with a third party. Carvana failed to carry its burden to show otherwise. |
| PLOG00066509 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00066518 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00066532 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066537 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066636 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066657 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066707 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00066720 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00067636 | Privileged – Redact | Sustained | Sustained in Tranche 3 |
| PLOG00067637 | Privileged – Withhold | Sustained | Sustained in Tranche 3 |
| PLOG00067638 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00073929 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00074415 | Privileged – Redact | Overruled | Primary purpose is business, not legal. Does not reflect a request for or provision of legal advice. Carvana failed to carry its burden to show this is predominantly legal personnel discussing legal matters. |
| PLOG00075350 | Privileged – Redact | Sustained | Reflects a request for or provision of legal advice. |
| PLOG00075411 | Privileged – Redact | Overruled | Ministerial conveyance of privileged attachment. |
| PLOG00075413 | Privileged – Redact | Overruled | Ministerial conveyance of privileged attachment. This email thread is more redacted than 75411, which was overruled. |
| PLOG00076155 | Privileged – Redact | Overruled | Ministerial conveyance of non-privileged material. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00078895 | Privileged – Withhold | Sustained | Underlying facts are not independently privileged. Sustained as an attachment to a protected email so long as the document has been or is otherwise produced. |
| PLOG00078896 | Privileged – Withhold | Sustained | Reflects advice that is predominantly legal. |
| PLOG00079181 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00079182 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00079615 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00079616 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00079645 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00079850 | Privileged – Withhold | Sustained | Reflects a request for or provision of legal advice. |
| PLOG00079851 | Privileged – Withhold | Sustained | Draft document reflects mental impressions of an attorney. Draft may be withheld so long as final version of document is produced. |
| PLOG00080091 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00080092 | Privileged – Withhold | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00080117 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00080263 | Privileged – Redact | Sustained | Narrowly tailored redactions reflect advice that is predominantly legal. |
| PLOG00080264 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080265 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080266 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080267 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080268 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080269 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080270 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00080271 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080272 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080273 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080274 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080275 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080276 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080277 | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |
| PLOG00080876 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00080877 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| PLOG00080906 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00080908 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00080911 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |

| Priv Log ID | Carvana Privilege Assertion | Special Master Ruling | Special Master Reasoning |
|---|---|---|---|
| PLOG00080914 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00080917 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00080919 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00080921 | Privileged – Redact | Sustained in part | Carvana has produced many iterations of this email thread (e.g., multiple replies and forwards). Even though these iterations contain identical language, certain text is redacted in some of those documents and not others. Any redacted text in a document that was not redacted in another iteration of the document is overruled. Each of these documents must be redacted only and always to the same extent as the least redacted document. |
| PLOG00080924 | Privileged – Redact | Sustained | Reflects a lawyer's advice on public statements that are likely to be material. |
| | Not Privileged | Sustained | Carvana's designation of "not privileged" is sustained. The document should be produced if it hasn't already. |

| Ruling | Count |
|---|---|
| Sustained | 96 |
| Overruled | 19 |
| Sustained in Part | 35 |
| No Privilege Claim | 35 |