**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United Association National Pension Fund, et al.,

Plaintiffs,

v.

Carvana Company, et al.,

Respondents.

No. CV-22-02126-PHX-MTL

**ORDER**

Pending before the Court is Special Master Cohen's "Ruling Regarding Tranche Four of Carvana Documents" (doc. 824) and Defendants' "Motion to Seal . . ." (doc. 828).[1] The Court, for the following reasons, shall adopt the Special Master's Ruling and grant Defendants' Motion to Seal.

As to the Ruling, Special Master Cohen sustained Defendants' privilege designations as to 96 documents, sustained 35 designations in part, overruled 19 privilege claims, and sustained Defendants' assertion that 35 documents were not privileged and should be produced to Plaintiffs. *See generally* (doc. 824-1.) Given that no objections were filed within the 14-day objection period, *see* (doc. 500 at 3), and finding the Ruling reasonable, the Court adopts it in its entirety. *See, e.g.*, *Deguchi v. Allstate Ins. Co.*, No. 07-00144 JMS/LEK, 2008 U.S. Dist. LEXIS 85303, at *1 (D. Haw. Oct. 22, 2008) (adopting special master's report in the absence of objections).

Turning next to Defendants' Motion to Seal, the Court shall grant the Motion

[1] Discovery matters in this action have been referred to this Court by the presiding United States District Judge. (Doc. 125.)

because the District Court granted a Protective Order which rationally covers the documents involved. *See* (doc. 136.) Hence, the District Court has, *ipso facto*, determined that good cause exists to protect these materials. *See, e.g.*, *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1214 (9th Cir. 2002) ("When a court grants a protective order for information produced during discovery, it already has determined that "good cause" exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.").

Accordingly,

**IT IS ORDERED** that Special Master Cohen's Ruling Regarding Tranche Four of Carvana Documents (doc. 824) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Seal (doc. 828) is **GRANTED**. The Clerk of Court is kindly directed to file (doc. 768) and the enclosed exhibits **UNDER SEAL**.

Dated this 28th day of October, 2026.

Honorable John Z. Boyle
United States Magistrate Judge