# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United Association National Pension Fund, et al.,

Plaintiffs,

v.

Carvana Company, et al.,

Respondents.

No. CV-22-02126-PHX-MTL

**ORDER**

The Court, having considered Defendants Citigroup Global Markets Inc. and J.P. Morgan Securities LLC (the "Underwriter Defendants") and Defendant Ernest Garcia II's (together with the Underwriter Defendants, the "Movants") motion seeking leave for the parties' counsel and representatives to attend the hearing on Plaintiffs' motion to certify a class, set for November 5, 2026 at 9:00 a.m. (the "Hearing"), by telephone on a listen-only line (Doc. 840), there being no objection to the motion, and for good cause appearing,

**IT IS ORDERED** that the Movants' motion seeking leave for the parties' counsel and representatives to attend the Hearing by telephone on a listen-only line (Doc. 840) is **GRANTED**. Counsel and client representatives who will not be presenting argument may appear telephonically at the November 5, 2026 Oral Argument by calling (855) 244-8681 and using Access Code: 2314 684 3558.

Dated this 2nd day of November, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge